UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-09366-SVW-MAN | Date | February 25, 2013 |
|---|---|---|---|
| Title | Jennifer L Saavedra v. Eli Lilly and Company | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gretchen Freeman Cappio<br>Michael D Woerner | Colleen A Kelly<br>Mark H Lynch |

**Proceedings:**     [46]     MOTION to Dismiss Case Pursuant to Fed. R. Civ. P. 12(b) of Eli Lilly and Company

Hearing held. Motion submitted. Order to issue. The Court sets the following schedule:

Filing of Motion for Summary Judgment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 27, 2013
Opposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 3, 2013
Reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 10, 2013

Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 29, 2013 at 1:30 p.m.

| | : | 13 |
|---|---|---|
| | Initials of Preparer | PMC |