1  Clara J. Shin, SB #214809
       E-mail: cshin@cov.com
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111
   Telephone: (415) 591-7058
4  Facsimile: (415) 591-6091

5  Mark H. Lynch (*admitted pro hac vice*)
       E-mail: mlynch@cov.com
6  Michael X. Imbroscio (*admitted pro hac vice*)
       E-mail: mimbroscio@cov.com
7  Phyllis A. Jones (*admitted pro hac vice*)
       E-mail: pajones@cov.com
8  Colleen A. Kelly (*admitted pro hac vice*)
       E-mail: ckelly@cov.com
9  COVINGTON & BURLING LLP
   1201 Pennsylvania Avenue NW
10 Washington, DC 20004
   Telephone: (202) 662-6000
11 Facsimile: (202) 662-6291

12 Attorneys for Defendant
   ELI LILLY AND COMPANY

13

14              UNITED STATES DISTRICT COURT

15          FOR THE CENTRAL DISTRICT OF CALIFORNIA

16  JENNIFER L. SAAVEDRA, et al., on      No. 2:12-cv-09366-SVW-MAN
    behalf of themselves and all other
17  persons similarly situated,           DECLARATION OF SARAH L.
                                          HELGESON
18          Plaintiffs,
                                          Date:      April 29, 2013
19          v.                            Time:      1:30 p.m.
                                          Location: Courtroom 6
20  ELI LILLY AND COMPANY, an             Judge:     Hon. Stephen V. Wilson
    Indiana corporation,
21
            Defendant.
22

23

24

25

26

27

28

---

1

I, Sarah L. Helgeson, state as follows:

A.   Background and Qualifications

1.   Since 2011, I have served as Director, Global Medical Information at Eli Lilly and Company ("Lilly").   In this role, I oversee a team of medical information professionals responsible for the preparation, review, and dissemination of "Medical Information Letters," a communication tool intended to answer unsolicited requests from healthcare professionals concerning the benefits and risks of Lilly products.

2.   Prior to moving into my current role, I was Lilly's Director, Global Medical Communications from 2007 to 2011.   Before that, I was a Manager for Scientific Communications from 2002 to 2007.   I have a Bachelor of Arts degree from Cornell College.

3.   Based upon my work at Lilly, I am knowledgeable about the process for creating Medical Information Letters and the manner in which they are disseminated to health care providers, including the Medical Information Letters prepared by Lilly on discontinuation-emergent adverse events ("DEAEs") related to the use of Cymbalta (duloxetine).

4.   I make this Declaration in support of the Memorandum of Points and Authorities supporting Lilly's Motion for Summary Judgment under Fed. R. Civ. P. 56.

B.   Medical Information Letters

5.   Medical Information Letters are ordinarily formulated based upon input from a team of Lilly clinical research physicians, medical information professionals, and potentially other cross-functional individuals based on the topic, such as statisticians.   Medical Information Letters address a range of topics related to safety, efficacy, and other relevant disease-state information and describe and cite relevant peer-reviewed medical literature.   They are regularly

updated based upon the collection of additional data or further developments in the medical literature.

6. Medical Information Letters are available to healthcare professionals who make an unsolicited request for specific information about a drug. Healthcare professionals can obtain access to Lilly's Medical Information Letters through several means: (a) by making an unsolicited request by phone via 1-800-LillyRx, Lilly's information line, which is identified in the Cymbalta United States Package Insert; (b) by making an unsolicited request to Lilly's sales representatives, who then forward the unsolicited requests to Lilly medical personnel; (c) by making an unsolicited request to Lilly medical personnel at conferences and medical meetings; and (d) by submitting unsolicited requests on "www.LillyMedical.com," Lilly's online medical information resource for practicing healthcare professionals in the U.S. and Puerto Rico, which contains all current versions of Lilly's Medical Information Letters. To access www.LillyMedical.com, healthcare professionals need only register for use of the site.

C.   Medical Information Letters On Cymbalta DEAEs

7. Since October 2004, Lilly has had in effect a Medical Information Letter on possible DEAEs related to the use of Cymbalta. Lilly has regularly updated this Medical Information Letter to incorporate new clinical trial data on DEAEs and new information from the relevant medical literature. Attached hereto are true and correct copies of the Medical Information Letters on Cymbalta DEAEs, revised as of the following dates:

        a.   October 2004 (Exhibit 1)

        b.   February 2005 (Exhibit 2)

        c.   September 2006 (Exhibit 3)

        d.   January 2007 (Exhibit 4)

        e.   September 2007 (Exhibit 5)

f.      March 2009  (Exhibit 6)

g.      December 2009 (Exhibit 7)

h.      April 2010 (Exhibit 8)

i.       November 2010 (Exhibit 9)

j.       January 2012 (Exhibit 10)

k.      February 2013 (Exhibit 11)

8.      In September 2006, the Medical Information Letter on Cymbalta DEAEs incorporated the clinical trial data from David G. Perahia et al., <u>Symptoms following abrupt discontinuation of duloxetine treatment in patients with major depressive disorder</u>, 89 J. of Affective Disorders 207 (2005) ("2005 JAD Article").  All subsequent versions of the Medical Information Letter on Cymbalta DEAEs have summarized the clinical trial data from the 2005 JAD Article and cited the article.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on March 27, 2013.

Sarah L. Helgeson

# EXHIBIT 1

Exhibit 1
6

CYO17

ENTERED OCT 1 2 2004

# CYMBALTA®--DISCONTINUATION SYMPTOMS

## INTRODUCTION

Discontinuation symptoms experienced upon abrupt discontinuation of an antidepressant agent, have been reported for all classes of antidepressants including the tricyclics (TCAs), monoamine oxidase inhibitors (MAOIs), selective serotonin reuptake inhibitors (SSRIs), and miscellaneous agents such as venlafaxine, nefazodone and mirtazapine[1].

During marketing of other SSRIs and SNRIs (serotonin and norepinephrine reuptake inhibitors), there have been spontaneous reports of adverse events occurring upon discontinuation of these drugs, particularly when abrupt, including the following: dysphoric mood, irritability, agitation, dizziness, sensory disturbances (e.g., paresthesias such as electric shock sensations), anxiety, confusion, headache, lethargy, emotional lability, insomnia, hypomania, tinnitus, and seizures. Although these events are generally self-limiting, some have been reported to be severe[2,3].

Numerous review articles are available in the literature on discontinuation symptoms that may be experienced in each antidepressant class. The remainder of this document will focus on discontinuation symptoms associated with Cymbalta, a potent and selective serotonin and norepinephrine reuptake inhibitor (SSNRI), that were observed during clinical trials[2].

## INVESTIGATION OF DISCONTINUATION SYMPTOMS IN CLINICAL TRIALS

Discontinuation symptoms (discontinuation-emergent adverse events) were proactively studied during Cymbalta depression clinical studies. Six varying-dose studies were analyzed (2 studies using doses of Cymbalta 60 mg BID (twice-daily), 2 studies using 20 mg BID and 40 mg BID, and 2 studies using 60 mg daily).

The analyses focused on discontinuation-emergent adverse events that occurred on visits after cessation of active study drug. Therefore, the last two visits prior to cessation of study drug were considered as the baseline period for these analyses. The studies used a blinded, abrupt discontinuation phase, where Cymbalta was switched to placebo and no tapering of Cymbalta was employed; these studies included a 1-2 week placebo lead-out phase in which patients were observed for the occurrence of adverse events. Of the patients who entered the placebo lead out phase, 380 patients were taking placebo and 490 patients were taking Cymbalta (Table 1). Adverse events that occurred due to



Exhibit 1
7

discontinuation of therapy were only noted (for these patients) if these adverse events were new or worse compared to patient reports during the two visits prior to the placebo "switch" or lead out.

One long-term (up to 34 weeks) study was designed with a 3-day tapering of Cymbalta therapy.  (The effectiveness of Cymbalta in long-term use for major depressive disorder, that is, for more than 9 weeks, has not been systematically evaluated in controlled trials.)  The most important findings from this study are summarized as follows[2]:

- Adverse events seen on discontinuation were generally reported to be mild or moderate by patients.
- The pattern and frequency of discontinuation-emergent adverse events appeared somewhat higher following acute treatment compared with long-term treatment of up to 34 weeks.
- A 3-day taper employed in one long-term study appeared insufficient to substantially decrease the incidence of discontinuation-emergent adverse events.

### Incidence of Adverse Events Following Abrupt Discontinuation of Cymbalta

During major depressive disorder (MDD) clinical trials, the effects of abrupt (no tapering) discontinuation following acute Cymbalta treatment were compared to continued placebo treatment in a group of 870 patients (Placebo N = 380, Cymbalta N = 490)[2].  Table 1 summarizes those discontinuation-emergent adverse events that occurred during the placebo lead-out phase.

**TABLE 1:  Discontinuation Emergent Adverse Events During Placebo Lead-Out Phase**

| Event | Placebo (N=380) n (%) | Cymbalta (N=490) n (%) | Fishers Exact p-value |
|---|---|---|---|
| Dizziness | 5 (1.3%) | 67 (13.7%) | <.001 |
| Headache | 10 (2.6%) | 44 (9.0%) | <.001 |
| Nausea | 1 (0.3%) | 38 (7.8%) | <.001 |
| Irritability | 3 (0.8%) | 16 (3.3%) | 0.017 |
| Diarrhea NOS | 3 (0.8%) | 15 (3.1%) | 0.028 |
| Insomnia | 4 (1.1%) | 15 (3.1%) | 0.060 |
| Parasthesia | 1 (0.3%) | 14 (2.9%) | 0.003 |
| Vomiting NOS | 2 (0.5%) | 13 (2.7%) | 0.018 |
| Anxiety | 2 (0.5%) | 10 (2.0%) | 0.078 |
| Fatigue | 5 (1.3%) | 10 (2.0%) | 0.447 |
| Nightmare | 0 (0.0%) | 10 (2.0%) | 0.003 |
| Sweating increased | 1 (0.3%) | 10 (2.0%) | 0.028 |
| Myalgia | 1 (0.3%) | 9 (1.8%) | 0.049 |

Abbreviations: N = total number of patients in the studies who entered the lead-out phase; n = number of patients with event; NOS = not otherwise specified.

Exhibit 1
8

The number of patients who discontinued a study due to an adverse event during the placebo lead-out phase for the Cymbalta-treated group was 15 out of 490 patients (3.1%), compared to 0/380 (0.0%) for the placebo-treated group[2]. The most common event leading to discontinuation during the lead-out phase was dizziness and then headache. Overall, abrupt discontinuation of Cymbalta was well tolerated, although a small number of patients did experience discomfort to a degree that they elected to discontinue treatment prior to study completion. Patients should be monitored for these symptoms when discontinuing treatment with Cymbalta. A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible[3].

### Severity of Discontinuation-Emergent Adverse Events

In order to better understand the clinical importance of adverse events reported during the placebo lead-out phase, the severity of adverse events (mild, moderate, or severe) as rated by the patients was examined[2]. Dizziness, headache, and nausea were the only discontinuation emergent adverse events reported at a rate $\geq 5\%$ by patients who entered the lead-out phase. The events reported during discontinuation tended to be rated mild or moderate in severity by study patients.

### Cymbalta Relapse Prevention Study

In a study of Cymbalta's long-term efficacy, a randomized, double-blind, placebo-controlled study was conducted in Europe and the U. S., in which 533 outpatients with MDD received open-label Cymbalta 60 mg QD for up to 12 weeks. Responders were then randomized to either continue Cymbalta 60 mg QD (N = 136) or switch to placebo (N = 142) for 26 weeks (continuation phase)[4]. Therefore, 278 patients entered the continuation phase. The time to relapse was significantly longer for patients continued on Cymbalta 60 mg/day than for those switched to placebo. Significantly fewer patients receiving Cymbalta (n= 23; 17.4%) relapsed compared to patients receiving placebo (n= 39; 28.5%)[4].

Of the 278 patients who entered the continuation phase, a total of 7 (2.5%) patients experienced serious adverse events during this therapy phase (5 Cymbalta 60 mg QD-treated [3.7%] and 2 placebo-treated [1.4%]). Overall, 10 patients discontinued because of adverse events (5 Cymbalta-treated [3.7%] and 5 placebo-treated [3.5%]. There were no statistically significant differences between treatment groups in adverse events reported as the reason for discontinuation. The treatment-emergent adverse events (TEAE) that occurred during the continuation therapy phase were defined as events that first occurred or worsened during the continuation therapy phase of the study as compared with the maximum severity in the acute therapy phase. Of the 278 patients, headache (9.7%), dizziness (7.2%), and anxiety (5.8%) were the most frequent TEAEs seen during the continuation phase. No statistically significant treatment-group differences were observed for frequency of occurrence for any TEAEs.

Exhibit 1

9

At the conclusion of the relapse prevention study, patients had their study drug dose reduced in half in the first 3 days and received no treatment thereafter[4]. For example, patients taking Cymbalta 60 mg twice daily received Cymbalta 30 mg twice daily for 3 days. Patients taking placebo continued to receive placebo for 3 days. 48 (24.0%) patients reported at least one discontinuation-emergent adverse event. In general, patients in the Cymbalta treatment groups experienced a higher frequency of discontinuation-emergent adverse events compared with the placebo treatment group. No patients discontinued due to adverse events during this phase of the study, and reported events were reported as mild in severity.

## SUMMARY

Discontinuation symptoms have been systematically evaluated in patients taking Cymbalta. Following blinded, abrupt discontinuation in placebo-controlled clinical trials of up to 9-weeks duration, the following symptoms occurred at a rate greater than or equal to 2% and at a significantly higher rate in Cymbalta-treated patients compared to those discontinuing from placebo: dizziness; headache; nausea; irritability; diarrhea NOS; paresthesia; vomiting NOS; nightmare; and increased sweating[3].

Patients should be monitored for discontinuation-type symptoms when discontinuing treatment with Cymbalta. A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible. If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may continue decreasing the dose but at a more gradual rate[3].

Cymbalta®, duloxetine, Lilly

## REFERENCES

1. Haddad PM. Antidepressant discontinuation syndromes: Clinical relevance, prevention and management. *Drug Saf* 2001; 24(3): 183-197.

2. Data on File, Lilly Research Laboratories.

3. Cymbalta full Prescribing Information. Indianapolis, IN: Eli Lilly and Co; 2004.

4. Detke, M., Gilaberte, I., Perahia, D.G., et al. Duloxetine vs. Placebo in the Prevention of Relapse of Major Depressive Disorder. Poster presented at American College of Neuropsychopharmacology, 12/7-11, 2003, Puerto Rico.

Exhibit 1
10

# EXHIBIT 2

Exhibit 2
11

CY019

ENTERED FEB 1 1 2005

ass

CYMBALTA®--DISCONTINUATION SYMPTOMS

**"See important safety information, including boxed warning, in the attached prescribing information."**

**INTRODUCTION**

Discontinuation symptoms experienced upon abrupt discontinuation of an antidepressant agent, have been reported for all classes of antidepressants including the tricyclics (TCAs), monoamine oxidase inhibitors (MAOIs), selective serotonin reuptake inhibitors (SSRIs), and miscellaneous agents such as venlafaxine, nefazodone and mirtazapine[1].

During marketing of other SSRIs and SNRIs (serotonin and norepinephrine reuptake inhibitors), there have been spontaneous reports of adverse events occurring upon discontinuation of these drugs, particularly when abrupt, including the following: dysphoric mood, irritability, agitation, dizziness, sensory disturbances (e.g., paresthesias such as electric shock sensations), anxiety, confusion, headache, lethargy, emotional lability, insomnia, hypomania, tinnitus, and seizures. Although these events are generally self-limiting, some have been reported to be severe[2,3].

Numerous review articles are available in the literature on discontinuation symptoms that may be experienced in each antidepressant class. The remainder of this document will focus on discontinuation symptoms associated with Cymbalta, a potent and selective serotonin and norepinephrine reuptake inhibitor (SSNRI), that were observed during clinical trials[2].

**INVESTIGATION OF DISCONTINUATION SYMPTOMS IN CLINICAL TRIALS**

Discontinuation symptoms (discontinuation-emergent adverse events) were proactively studied during Cymbalta depression clinical studies. Six varying-dose studies were analyzed (2 studies using doses of Cymbalta 60 mg BID (twice-daily), 2 studies using 20 mg BID and 40 mg BID, and 2 studies using 60 mg QD (once-daily)).

The analyses focused on discontinuation-emergent adverse events that occurred on visits after cessation of active study drug. Therefore, the last two visits prior to cessation of study drug were considered as the baseline period for these analyses. The studies used a blinded, abrupt discontinuation phase, where Cymbalta was switched to placebo and no tapering of Cymbalta was employed; these studies included a 1-2 week placebo lead-out



Exhibit 2
12

Page 2

phase in which patients were observed for the occurrence of adverse events. Of the patients who entered the placebo lead out phase, 380 patients were taking placebo and 490 patients were taking Cymbalta (Table 1). Adverse events that occurred due to discontinuation of therapy were only noted (for these patients) if these adverse events were new or worse compared to patient reports during the two visits prior to the placebo "switch" or lead out.

One long-term (up to 34 weeks) study was designed with a 3-day tapering of Cymbalta therapy. (The effectiveness of Cymbalta in long-term use for major depressive disorder (MDD), that is, for more than 9 weeks, has not been systematically evaluated in controlled trials.) The most important findings from this study are summarized as follows[2]:

- Adverse events seen on discontinuation were generally reported to be mild or moderate by patients.
- The pattern and frequency of discontinuation-emergent adverse events appeared somewhat higher following acute treatment compared with long-term treatment of up to 34 weeks.
- A 3-day taper employed in one long-term study appeared insufficient to substantially decrease the incidence of discontinuation-emergent adverse events.

### Incidence of Adverse Events Following Abrupt Discontinuation of Cymbalta

During major depressive disorder (MDD) clinical trials, the effects of abrupt (no tapering) discontinuation following acute Cymbalta treatment were compared to continued placebo treatment in a group of 870 patients (Placebo N = 380, Cymbalta N = 490)[2]. Table 1 summarizes those discontinuation-emergent adverse events that occurred during the placebo lead-out phase.

**TABLE 1: Discontinuation Emergent Adverse Events During Placebo Lead-Out Phase**

| Event | Placebo (N=380) n (%) | Cymbalta (N=490) n (%) | Fishers Exact p-value |
|---|---|---|---|
| Dizziness | 5 (1.3%) | 67 (13.7%) | <.001 |
| Headache | 10 (2.6%) | 44 (9.0%) | <.001 |
| Nausea | 1 (0.3%) | 38 (7.8%) | <.001 |
| Irritability | 3 (0.8%) | 16 (3.3%) | 0.017 |
| Diarrhea NOS | 3 (0.8%) | 15 (3.1%) | 0.028 |
| Insomnia | 4 (1.1%) | 15 (3.1%) | 0.060 |
| Parasthesia | 1 (0.3%) | 14 (2.9%) | 0.003 |
| Vomiting NOS | 2 (0.5%) | 13 (2.7%) | 0.018 |
| Anxiety | 2 (0.5%) | 10 (2.0%) | 0.078 |
| Fatigue | 5 (1.3%) | 10 (2.0%) | 0.447 |
| Nightmare | 0 (0.0%) | 10 (2.0%) | 0.003 |
| Sweating increased | 1 (0.3%) | 10 (2.0%) | 0.028 |
| Myalgia | 1 (0.3%) | 9 (1.8%) | 0.049 |

Abbreviations: N = total number of patients in the studies who entered the lead-out phase; n = number of patients with event; NOS = not otherwise specified.

Exhibit 2

13

The number of patients who discontinued a study due to an adverse event during the placebo lead-out phase for the Cymbalta-treated group was 15 out of 490 patients (3.1%), compared to 0/380 (0.0%) for the placebo-treated group[2]. The most common event leading to discontinuation during the lead-out phase was dizziness and then headache. Overall, abrupt discontinuation of Cymbalta was well tolerated, although a small number of patients did experience discomfort to a degree that they elected to discontinue treatment prior to study completion. Patients should be monitored for these symptoms when discontinuing treatment with Cymbalta. A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible[3].

### Severity of Discontinuation-Emergent Adverse Events

In order to better understand the clinical importance of adverse events reported during the placebo lead-out phase, the severity of adverse events (mild, moderate, or severe) as rated by the patients, was examined[2]. Dizziness, headache, and nausea were the only discontinuation emergent adverse events reported at a rate $\geq 5\%$ by those patients who entered the lead-out phase. The events reported during discontinuation tended to be rated mild or moderate in severity by study patients.

### Cymbalta Relapse Prevention Study

In a study of Cymbalta's long-term efficacy, a randomized, double-blind, placebo-controlled study was conducted in Europe and the U. S., in which 533 outpatients with MDD received open-label Cymbalta 60 mg QD for up to 12 weeks. Responders were then randomized to either continue Cymbalta 60 mg QD (N = 136) or switch to placebo (N = 142) for 26 weeks (continuation phase)[4]. Therefore, 278 patients entered the continuation phase. The time to relapse was significantly longer for patients continued on Cymbalta 60 mg/day than for those switched to placebo. Significantly fewer patients receiving Cymbalta (n= 23; 17.4%) relapsed compared to patients receiving placebo (n= 39; 28.5%)[4].

Of the 278 patients who entered the continuation phase, a total of 7 (2.5%) patients experienced serious adverse events during this therapy phase (5 Cymbalta 60 mg QD-treated [3.7%] and 2 placebo-treated [1.4%]). Overall, 10 patients discontinued because of adverse events (5 Cymbalta-treated [3.7%] and 5 placebo-treated [3.5%]. There were no statistically significant differences between treatment groups in adverse events reported as the reason for discontinuation. The treatment-emergent adverse events (TEAE) that occurred during the continuation therapy phase were defined as events that first occurred or worsened during the continuation therapy phase of the study as compared with the maximum severity in the acute therapy phase. Of the 278 patients, headache (9.7%), dizziness (7.2%), and anxiety (5.8%) were the most frequent TEAEs seen during the continuation phase. No statistically significant treatment-group differences were observed for frequency of occurrence for any TEAEs.

Exhibit 2
14

At the conclusion of the relapse prevention study, patients had their study drug dose reduced in half in the first 3 days and received no treatment thereafter[4]. For example, patients taking Cymbalta 60 mg twice daily received Cymbalta 30 mg twice daily for 3 days. Patients taking placebo continued to receive placebo for 3 days. 48 (24.0%) patients reported at least one discontinuation-emergent adverse event. In general, patients in the Cymbalta treatment groups experienced a higher frequency of discontinuation-emergent adverse events compared with the placebo treatment group. No patients discontinued due to adverse events during this phase of the study, and reported events were reported as mild in severity.

## SUMMARY

Discontinuation symptoms have been systematically evaluated in patients taking Cymbalta. As per the current Cymbalta label, following blinded, abrupt discontinuation in placebo-controlled clinical trials of up to 9-weeks duration, the following symptoms occurred at a rate greater than or equal to 2% and at a significantly higher rate in Cymbalta-treated patients compared to those discontinuing from placebo: dizziness; headache; nausea; irritability; diarrhea NOS; paresthesia; vomiting NOS; nightmare; and increased sweating[3].

Patients should be monitored for discontinuation-type symptoms when discontinuing treatment with Cymbalta. A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible. If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may continue decreasing the dose but at a more gradual rate[3].

Cymbalta®, duloxetine, Lilly

## REFERENCES

1.  Haddad PM. Antidepressant discontinuation syndromes: Clinical relevance, prevention and management. *Drug Saf* 2001; 24(3): 183-197.

2.  Data on File, Lilly Research Laboratories.

3.  Cymbalta full Prescribing Information. Indianapolis, IN: Eli Lilly and Co; 2004.

4.  Detke, M., Gilaberte, I., Perahia, D.G., et al. Duloxetine vs. Placebo in the Prevention of Relapse of Major Depressive Disorder. Poster presented at American College of Neuropsychopharmacology, 12/7-11, 2003, Puerto Rico.

Exhibit 2
15

# EXHIBIT 3

Exhibit 3
16

CY019

ENTERED SEP 2 7 2006

dss

# Cymbalta® (duloxetine HCl)
# Discontinuation Symptoms

## SUMMARY

*Information on Cymbalta® and the prevalence of discontinuation symptoms is briefly summarized below. This information is discussed in more detail in the sections that follow.*

- **"See important safety information, including boxed warning, in the attached prescribing information."**
- Discontinuation symptoms have been systematically evaluated in patients taking Cymbalta in placebo-controlled, acute and long term clinical trials (up to 26 weeks), as well as one 52-week open-label trial. In all trials, the following symptoms occurred at a statistically significantly higher rate ($p<0.05$) in those patients discontinuing Cymbalta compared to placebo: dizziness; nausea; headache; paresthesia; vomiting; irritability; and nightmare.
- Patients should be monitored for discontinuation symptoms when stopping Cymbalta.
- A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible.
- If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may decrease the dose at a more gradual rate.

## INTRODUCTION

*Symptomatology*

Discontinuation symptoms experienced upon abrupt discontinuation of an antidepressant agent have been reported for all classes of antidepressants including the tricyclics (TCAs), monoamine oxidase inhibitors (MAOIs), selective serotonin reuptake inhibitors (SSRIs), serotonin and norepinephrine reuptake inhibitors (SNRIs), and miscellaneous agents such as nefazodone and mirtazapine[1,2,3].

During marketing of SSRIs and SNRIs, there have been spontaneous reports of adverse events occurring upon abrupt discontinuation of these drugs [4]. These adverse events can be categorized into key symptom groups (see Table 1) [1]. The course of these discontinuation symptoms is quite typical, in that symptoms tend to emerge within 2-5 days from treatment discontinuation, and last 7-14 days [5]. Although often self-limiting, discontinuation symptoms can vary across a wide spectrum of severity: some patients manifest a single symptom; others, a cluster of symptoms; and symptoms vary from mild to severely disabling [1,4].



Exhibit 3
17

**Table 1.   Key Symptom Groups of Abrupt SSRI Discontinuation[1]**

| Disequilibrium | Sensory Symptoms | General Somatic Symptoms[a] | Sleep Disturbance[a] | Gastrointestinal Symptoms[a] | Affective Symptoms[a] |
|---|---|---|---|---|---|
| Light headedness/dizziness | Paraesthesia | Lethargy | Insomnia | Nausea | Irritability |
| Vertigo | Numbness | Headache | Nightmares | Vomiting | Anxiety/Agitation |
| Ataxia | Electric-shock-like sensations | Tremor | Excessive Dreaming | Diarrhea | Low mood |
| | | Sweating | | | |
| | | Anorexia | | | |

a: These symptoms are also common following termination of TCAs.
This table only lists the more common symptoms, many others may occur.

*Etiology*

Down-regulation of the serotonin transporters by SSRIs/SNRIs tends to enhance synaptic levels of serotonin in the brain.  The serotonin system undergoes adaptive changes after interference with reuptake transporters. Benmansour, S., et al. reported that this adaptive change produces a greater effect on serotonin transport than pharmacologic intervention. Therefore, progressive recovery of the transporters following cessation of treatment with SSRIs/SNRIs could contribute to decreases in synaptic availability of serotonin and result in discontinuation symptoms [6].

Shorter half-lives, longer duration of treatment, and abrupt discontinuation of treatment have been considered primary risk factors for the development of discontinuation symptoms [5]. In these cases, it is therefore likely that an abrupt decrease in serotonin availability is responsible for these symptoms.  It is well accepted that reintroduction of SSRI/SNRI treatment can promptly reverse discontinuation symptoms.  In general, the shorter the half-life of the SSRI/SNRI, the greater the likelihood patients will experience discontinuation symptoms following abrupt cessation [6].

Numerous review articles are available in the literature on discontinuation symptoms that may be experienced in each antidepressant class.  The remainder of this document will focus on discontinuation symptoms temporally associated with Cymbalta, a potent and selective serotonin and norepinephrine reuptake inhibitor (SSNRI), observed during clinical trials [7].

INVESTIGATION OF DISCONTINUATION SYMPTOMS IN CYMBALTA CLINICAL TRIALS

Discontinuation symptoms (discontinuation-emergent adverse events [DEAEs]) were proactively studied during clinical trials assessing the safety and efficacy of Cymbalta in major depressive disorder (MDD).  Data were reviewed from 9 multi-center clinical trials conducted in the United States, Europe, and Latin America which are described in Appendix A.  In all studies, Cymbalta was abruptly discontinued, followed by a lead-out phase of 1-2 weeks to allow for the collection of DEAEs.  In the placebo-controlled studies, patients received placebo during the lead-out phase.  Events were registered as DEAEs if they occurred for the first time or worsened following discontinuation of treatment relative to the

Exhibit 3
18

treatment-emergent adverse events occurring during the previous period.  The incidence rates reported are based on those patients who entered the lead-out phase of each study [2].

*Acute Treatment (Studies 1-6, Appendix A)*

DEAEs, shown in Table 2, were categorically analyzed according to the last dose taken immediately prior to discontinuation of acute treatment.  DEAEs were reported by 22.9%, 42.4%, 39.2%, 36.9%, and 62.1% of patients receiving placebo, Cymbalta 40, 60, 80, and 120 mg/day respectively.  A higher incidence of DEAEs was seen with patients receiving 120 mg/day Cymbalta compared with lower doses.  Additionally, the reporting rate of DEAEs for patients treated with 40, 60, 80, and 120 mg/day of Cymbalta statistically significantly separated from placebo (p<0.01) [2].

**Table 2.   DEAEs Following Acute Treatment (Studies 1-6) [2]**

| Event | Placebo (N=380; n (%)) | Cymbalta (N=490; n (%)) |
|---|---|---|
| Patients with ≥ 1 event | 87 (22.9) | 217 (44.3)* |
| Dizziness | 3 (0.8) | 61 (12.4)* |
| Nausea | 1 (0.3) | 29 (5.9)* |
| Headache NOS | 3 (0.8) | 26 (5.3)* |
| Paraesthesia | 1 (0.3) | 14 (2.9)* |
| Diarrhea NOS | 3 (0.8) | 11 (2.2) |
| Vomiting NOS | 2 (0.5) | 12 (2.4)* |
| Irritability | 1 (0.3) | 12 (2.4)* |
| Insomnia | 2 (0.5) | 10 (2.0) |
| Nightmare | 0 (0.0) | 10 (2.0)* |

NOS=not otherwise specified; *P<0.05 vs. placebo, Fisher's Exact Test
DEAEs above represent those reported by at least 2% of Cymbalta-treated patients

Severity and Duration

Five hundred ten separate DEAEs were reported by 217 patients receiving Cymbalta.  Of these, 203 (39.8%), 258 (50.6%), and 49 (9.6%) were mild, moderate, or severe respectively.  Placebo-treated patients with at least one DEAE (n=87) reported a total of 139 separate events.  Of these, 64 (46.0%), 68 (48.9%), and 7 (5.0%) were mild, moderate, or severe respectively.  A total of 15/490 (3.1%) Cymbalta-treated patients and no placebo-treated patients discontinued from these studies as the result of a DEAE, with dizziness being the most commonly reported at 26.7% [2].

Exhibit 3
19

Page 4

**Figure 1.   Duration of DEAEs in Cymbalta/Placebo Treated Patients Following Acute Treatment (Studies 1-6) [2]**



*Placebo-controlled long-term treatment (Studies 7-8, Appendix A)*

As in the acute-treatment trials, significantly more Cymbalta-treated patients reported at least 1 DEAE compared with placebo, with dizziness being the most common symptom (Table 3). No difference was seen, however, in the number of patients reporting at least 1 DEAE between the 80 and 120 mg/day groups after abrupt discontinuation following long-term treatment with Cymbalta [3].

**Table 3.   DEAEs Following Long-term Treatment by Dose [2]**

| Event | Placebo (N=101; n (%)) | CYM 80 mg/day (40 mg/BID) (N=118; n (%)) | CYM 120 mg/day (60 mg/BID) (N=124; n (%)) | CYM total (N=242; n (%)) |
|---|---|---|---|---|
| Patient with >1 DEAE | 2 (2.0) | 10 (8.5)* | 12 (9.7)* | 22 (9.1)* |
| Dizziness | 1 (1.0) | 4 (3.4) | 4 (3.2) | 8 (3.3) |
| Anxiety | 0 (0.0) | 1 (0.8) | 1 (0.8) | 2 (0.8) |
| Headache NOS | 0 (0.0) | 0 (0.0) | 2 (1.6) | 2 (0.8) |
| Irritability | 0 (0.0) | 1 (0.8) | 1 (0.8) | 2 (0.8) |
| Nausea | 0 (0.0) | 0 (0.0) | 2 (1.6) | 2 (0.8) |
| Vomiting NOS | 0 (0.0) | 0 (0.0) | 2 (1.6) | 2 (0.8) |

CYM=Cymbalta; NOS=not otherwise specified; BID=twice daily.
*P<0.05 vs. placebo, Fisher's Exact Test.
DEAEs above represent those occurring in at least 2 CYM-treated patients.

Severity and Duration

Thirty-four separate DEAEs were reported by 22 Cymbalta-treated patients.  Of these, 34 (70.6%), 9 (26.5%), and 1 (2.9%) were mild, moderate, or severe, respectively.  One Cymbalta treated patient discontinued from the trial as a result of the DEAE dizziness [2].

Exhibit 3
20

**Figure 2.  Duration of DEAEs in Cymbalta-Treated Patients Following Long-term Treatment [2]**



*Open-label 52-week treatment (Study 9, Appendix A)*

In the uncontrolled, open-label study, half of the patients reported at least 1 DEAE with dizziness being the most frequently reported (Table 4).

**Table 4.   DEAEs Following 52-week Open-Label Study [2]**

| Event | Cymbalta (N=553; n (%)) |
|---|---|
| Patients with ≥ 1 DEAE | 281 (50.8) |
| Dizziness (excluding vertigo) | 106 (19.2) |
| Anxiety NEC | 55 (9.9) |
| Nausea | 54 (9.8) |
| Headache NOS | 40 (7.2) |
| Insomnia | 37 (6.7) |
| Irritability | 33 (6.0) |
| Vomiting NOS | 24 (4.3) |
| Nightmare | 16 (2.9) |
| Paraesthesia | 16 (2.9) |
| Tinnitus | 16 (2.9) |
| Crying | 15 (2.7) |
| Depressed mood | 15 (2.7) |
| Depression NOS | 15 (2.7) |
| Anorexia | 14 (2.5) |
| Diarrhea NOS | 14 (2.5) |
| Myalgia | 13 (2.4) |
| Tremor | 12 (2.2) |
| Nervousness | 11 (2.0) |

NOS=not otherwise specified; NEC=not elsewhere classified
DEAEs above represent those occurring at a rate of at least 2%.

Exhibit 3
21

<u>Severity and Duration</u>

Seven hundred ninety-three DEAEs were reported by 281 Cymbalta-treated patients. Of these, 290 (36.6%), 367 (46.3%), and 136 (17.2%) were reported as mild, moderate, or severe respectively [2].

**Figure 3.   Duration of DEAEs in Cymbalta-treated Patients following 52-weeks of Treatment [2]**



**CONCLUSION**

The pattern of DEAEs across the 3 categories of trials (short-term, placebo-controlled; long-term, placebo-controlled; and long-term, open-label) was similar.  Dizziness was the most common DEAE reported across the 3 categories, with nausea and headache consistently reported by patients.  A majority of patients who experienced DEAEs described them as mild to moderate.  Overall, 45.1% of DEAEs had resolved prior to final study contact, with an average of 59.6% of those events resolving within 7 days of onset in Cymbalta patients across all 9 studies [2].

Patients discontinuing Cymbalta should be monitored for discontinuation symptoms.  A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible.  If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered.  Subsequently, the physician may continue decreasing the dose but at a more gradual rate [4].

Cymbalta®, duloxetine, Lilly

*Last Reviewed: 25 September 2006*

**Exhibit 3**
**22**

REFERENCES

1.   Haddad PM.  Antidepressant discontinuation syndromes: Clinical relevance, prevention and management.  *Drug Saf* 2001; 24(3): 183-197.

2.   Perahia, D.G., Kajdasz, D.K., Desaiah D, Haddad, P.M.  Symptoms following abrupt discontinuation of duloxetine treatment in patients with major depressive disorder.  *Journal of Affective Disorders* 2005; 89: 207-212.

3.   Shelton, R.C.  The Nature of the Discontinuation Syndrome Associated With Antidepressant Drugs.  *J Clin Psychiatry.* 2006; 67[suppl 4]: 3-7.

4.   Cymbalta [package insert] Indianapolis, IN: Eli Lilly and Co; 2005.

5.   Fava, M.  Prospective Studies of Adverse Events Related to Antidepressant Discontinuation.  *J Clin Psychiatry.* 2006; 67[suppl 4]: 14-21.

6.   Blier, P., Tremblay, P.  Physiologic Mechanisms Underlying the Antidepressant Discontinuation Syndrome.  *J Clin Psychiatry.* 2006; 67[suppl 4]: 8-13.

7.   Bymaster F.P., Lee T.C., Knadler M.P., et al. The Dual Transporter Inhibitor Duloxetine: A Review of its Preclinical Pharmacology, Pharmacokinetic Profile, and Clinical Results in Depression. *Current Pharmaceutical Design.* 2005; 11: 1475-1493.

Exhibit 3
23

## Appendix A.    Summary of Clinical Trials [2]

| Study | Study design | Treatments (N) | Weeks of treatment |
|---|---|---|---|
| 1 | Parallel, double-blind, placebo-controlled, randomized, vs. fluoxetine | Placebo (70) | 8 |
|   |   | Duloxetine 20–60 mg BID₁(70) |   |
|   |   | Fluoxetine 20 mg QD (33) |   |
| 2 | Parallel, double-blind, placebo-controlled, randomized vs. fluoxetine | Placebo (75) | 8 |
|   |   | Duloxetine 20–60 mg BID₁(82) |   |
|   |   | Fluoxetine 20 mg QD (37) |   |
| 3 | Parallel, double-blind, placebo-controlled, randomized | Placebo (122) | 9 |
|   |   | Duloxetine 60 mg QD (123) |   |
| 4 | Parallel, double-blind, placebo-controlled, randomized | Placebo (139) | 9 |
|   |   | Duloxetine 60 mg QD (128) |   |
| 5 | Parallel, double-blind, placebo-controlled, randomized vs. paroxetine | Placebo (90) | 8 |
|   |   | Duloxetine 20 mg BID (91) |   |
|   |   | Duloxetine 40 mg BID (84) |   |
|   |   | Paroxetine 20 mg QD (89) |   |
| 6 | Parallel, double-blind, placebo-controlled, randomized, vs. paroxetine | Placebo (89) | 8 |
|   |   | Duloxetine 20 mg BID (86) |   |
|   |   | Duloxetine 40 mg BID (91) |   |
|   |   | Paroxetine 20 mg QD (87) |   |
| 7 | Parallel, double-blind, placebo-controlled, randomized, vs. paroxetine | Placebo (93) | 8; +26-week extension phase |
|   |   | Duloxetine 40 mg BID (93) |   |
|   |   | Duloxetine 60 mg BID (95) |   |
|   |   | Paroxetine 20 mg QD (86) |   |
| 8 | Parallel, double-blind, placebo-controlled, randomized, vs. paroxetine | Placebo (99) | 8; +26-week extension phase |
|   |   | Duloxetine 40 mg BID (93) |   |
|   |   | Duloxetine 60 mg BID (103) |   |
|   |   | Paroxetine 20 mg QD (97) |   |
| 9 | Open-label | Duloxetine 40–60 mg BID (1279) | 52 |

In all these studies, the observation period for DEAEs is 2 weeks; BID = twice daily; QD = once daily
₁Forced titration to 120 mg/day.

Exhibit 3
24

# EXHIBIT 4

Exhibit 4
25

JAN 1 0 2007

CY 019.02
SS

# Cymbalta® (duloxetine HCl)
# Discontinuation Symptoms

### SUMMARY

*Information on Cymbalta® and the prevalence of discontinuation symptoms is briefly summarized below. This information is discussed in more detail in the sections that follow.*

- **"See important safety information, including boxed warning, in the attached prescribing information."**
- Discontinuation symptoms have been systematically evaluated in patients taking Cymbalta in placebo-controlled, acute and long term clinical trials (up to 26 weeks), as well as one 52-week open-label trial. In all trials, the following symptoms occurred at a statistically significantly higher rate ($p<0.05$) in those patients discontinuing Cymbalta compared to placebo: dizziness; nausea; headache; paresthesia; vomiting; irritability; and nightmare.
- Patients should be monitored for discontinuation symptoms when stopping Cymbalta.
- A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible.
- If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may decrease the dose at a more gradual rate.

### INTRODUCTION

*Symptomatology*

Discontinuation symptoms experienced upon abrupt discontinuation of an antidepressant agent have been reported for all classes of antidepressants including the tricyclics (TCAs), monoamine oxidase inhibitors (MAOIs), selective serotonin reuptake inhibitors (SSRIs), serotonin and norepinephrine reuptake inhibitors (SNRIs), and miscellaneous agents such as nefazodone and mirtazapine[1,2,3].

During marketing of SSRIs and SNRIs, there have been spontaneous reports of adverse events occurring upon abrupt discontinuation of these drugs[4]. These adverse events can be categorized into key symptom groups (see Table 1)[1]. The course of these discontinuation symptoms is quite typical, in that symptoms tend to emerge within 2-5 days from treatment discontinuation, and last 7-14 days[5]. Although often self-limiting, discontinuation symptoms can vary across a wide spectrum of severity: some patients manifest a single symptom; others, a cluster of symptoms; and symptoms vary from mild to severely disabling[1,4].



Exhibit 4
26

Table 1.  Key Symptom Groups of Abrupt SSRI Discontinuation[1]

| Disequilibrium | Sensory Symptoms | General Somatic Symptoms[a] | Sleep Disturbance[a] | Gastrointestinal Symptoms[a] | Affective Symptoms[a] |
|---|---|---|---|---|---|
| Light headedness/dizziness | Paraesthesia | Lethargy | Insomnia | Nausea | Irritability |
| Vertigo | Numbness | Headache | Nightmares | Vomiting | Anxiety/Agitation |
| Ataxia | Electric-shock-like sensations | Tremor | Excessive Dreaming | Diarrhea | Low mood |
| | | Sweating | | | |
| | | Anorexia | | | |

a: These symptoms are also common following termination of TCAs.
This table only lists the more common symptoms, many others may occur.

*Etiology*

Down-regulation of the serotonin transporters by SSRIs/SNRIs tends to enhance synaptic levels of serotonin in the brain.  The serotonin system undergoes adaptive changes after interference with reuptake transporters.  Benmansour, S., et al. reported that this adaptive change produces a greater effect on serotonin transport than pharmacologic intervention. Therefore, progressive recovery of the transporters following cessation of treatment with SSRIs/SNRIs could contribute to decreases in synaptic availability of serotonin and result in discontinuation symptoms[6].

Shorter half-lives, longer duration of treatment, and abrupt discontinuation of treatment have been considered primary risk factors for the development of discontinuation symptoms[5]. In these cases, it is therefore likely that an abrupt decrease in serotonin availability is responsible for these symptoms.  It is well accepted that reintroduction of SSRI/SNRI treatment can promptly reverse discontinuation symptoms.  In general, the shorter the half-life of the SSRI/SNRI, the greater the likelihood patients will experience discontinuation symptoms following abrupt cessation[6].

Numerous review articles are available in the literature on discontinuation symptoms that may be experienced in each antidepressant class.  The remainder of this document will focus on discontinuation symptoms temporally associated with Cymbalta, a potent and selective serotonin and norepinephrine reuptake inhibitor (SSNRI), observed during clinical trials[7].

INVESTIGATION OF DISCONTINUATION SYMPTOMS IN CYMBALTA CLINICAL TRIALS

Discontinuation symptoms (discontinuation-emergent adverse events [DEAEs]) were proactively studied during clinical trials assessing the safety and efficacy of Cymbalta in major depressive disorder (MDD).  Data were reviewed from 9 multi-center clinical trials conducted in the United States, Europe, and Latin America which are described in Appendix A.  In all studies, Cymbalta was abruptly discontinued, followed by a lead-out phase of 1-2 weeks to allow for the collection of DEAEs.  In the placebo-controlled studies,

Exhibit 4
27

patients received placebo during the lead-out phase. Events were registered as DEAEs if they occurred for the first time or worsened following discontinuation of treatment relative to the treatment-emergent adverse events occurring during the previous period. The incidence rates reported are based on those patients who entered the lead-out phase of each study[2].

*Acute Treatment (Studies 1-6, Appendix A)*

DEAEs, shown in Table 2, were categorically analyzed according to the last dose taken immediately prior to discontinuation of acute treatment. DEAEs were reported by 22.9%, 42.4%, 39.2%, 36.9%, and 62.1% of patients receiving placebo, Cymbalta 40, 60, 80, and 120 mg/day respectively. A higher incidence of DEAEs was seen with patients receiving 120 mg/day Cymbalta compared with lower doses. Additionally, the reporting rate of DEAEs for patients treated with 40, 60, 80, and 120 mg/day of Cymbalta statistically significantly separated from placebo ($p < 0.01$)[2].

**Table 2. DEAEs Following Acute Treatment (Studies 1-6)[2]**

| Event | Placebo (N=380; n (%)) | Cymbalta (N=490; n (%)) |
|---|---|---|
| Patients with ≥ 1 event | 87 (22.9) | 217 (44.3)* |
| Dizziness | 3 (0.8) | 61 (12.4)* |
| Nausea | 1 (0.3) | 29 (5.9)* |
| Headache NOS | 3 (0.8) | 26 (5.3)* |
| Paraesthesia | 1 (0.3) | 14 (2.9)* |
| Diarrhea NOS | 3 (0.8) | 11 (2.2) |
| Vomiting NOS | 2 (0.5) | 12 (2.4)* |
| Irritability | 1 (0.3) | 12 (2.4)* |
| Insomnia | 2 (0.5) | 10 (2.0) |
| Nightmare | 0 (0.0) | 10 (2.0)* |

NOS=not otherwise specified; *P<0.05 vs. placebo, Fisher's Exact Test
DEAEs above represent those reported by at least 2% of Cymbalta-treated patients

<u>Severity and Duration</u>

Five hundred ten separate DEAEs were reported by 217 patients receiving Cymbalta. Of these, 203 (39.8%), 258 (50.6%), and 49 (9.6%) were mild, moderate, or severe respectively. Placebo-treated patients with at least one DEAE (n=87) reported a total of 139 separate events. Of these, 64 (46.0%), 68 (48.9%), and 7 (5.0%) were mild, moderate, or severe respectively. A total of 15/490 (3.1%) Cymbalta-treated patients and no placebo-treated patients discontinued from these studies as the result of a DEAE, with dizziness being the most commonly reported at 26.7%[2].

**Exhibit 4**
28

### Figure 1.   Duration of DEAEs in Cymbalta/Placebo Treated Patients Following Acute Treatment (Studies 1-6)[2]



Duration

\* Final contact with study patients.  DEAEs resolving after 2 weeks are not included in analysis.

*Placebo-controlled long-term treatment (Studies 7-8, Appendix A)*

As in the acute-treatment trials, significantly more Cymbalta-treated patients reported at least 1 DEAE compared with placebo, with dizziness being the most common symptom (Table 3). No difference was seen, however, in the number of patients reporting at least 1 DEAE between the 80 and 120 mg/day groups after abrupt discontinuation following long-term treatment with Cymbalta[3].

### Table 3.   DEAEs Following Long-term Treatment by Dose[2]

| Event | Placebo (N=101; n (%)) | CYM 80 mg/day (40 mg/BID) (N=118; n (%)) | CYM 120 mg/day (60 mg/BID) (N=124; n (%)) | CYM total (N=242; n (%)) |
|---|---|---|---|---|
| Patient with >1 DEAE | 2 (2.0) | 10 (8.5)* | 12 (9.7)* | 22 (9.1)* |
| Dizziness | 1 (1.0) | 4 (3.4) | 4 (3.2) | 8 (3.3) |
| Anxiety | 0 (0.0) | 1 (0.8) | 1 (0.8) | 2 (0.8) |
| Headache NOS | 0 (0.0) | 0 (0.0) | 2 (1.6) | 2 (0.8) |
| Irritability | 0 (0.0) | 1 (0.8) | 1 (0.8) | 2 (0.8) |
| Nausea | 0 (0.0) | 0 (0.0) | 2 (1.6) | 2 (0.8) |
| Vomiting NOS | 0 (0.0) | 0 (0.0) | 2 (1.6) | 2 (0.8) |

CYM=Cymbalta; NOS=not otherwise specified; BID=twice daily.
*P<0.05 vs. placebo, Fisher's Exact Test.
DEAEs above represent those occurring in at least 2 CYM-treated patients.

<u>Severity and Duration</u>

Thirty-four separate DEAEs were reported by 22 Cymbalta-treated patients.  Of these, 34 (70.6%), 9 (26.5%), and 1 (2.9%) were mild, moderate, or severe, respectively.  One Cymbalta treated patient discontinued from the trial as a result of the DEAE dizziness[2].

Exhibit 4
29

**Figure 2.  Duration of DEAEs in Cymbalta-Treated Patients Following Long-term Treatment [2]**



\* Final contact with study patients.  DEAEs resolving after 2 weeks are not included in analysis.

*Open-label 52-week treatment (Study 9, Appendix A)*

In the uncontrolled, open-label study, half of the patients reported at least 1 DEAE with dizziness being the most frequently reported (Table 4).

**Table 4.   DEAEs Following 52-week Open-Label Study[2]**

| Event | Cymbalta (N=553; n (%)) |
|---|---|
| Patients with ≥ 1 DEAE | 281 (50.8) |
| Dizziness (excluding vertigo) | 106 (19.2) |
| Anxiety NEC | 55 (9.9) |
| Nausea | 54 (9.8) |
| Headache NOS | 40 (7.2) |
| Insomnia | 37 (6.7) |
| Irritability | 33 (6.0) |
| Vomiting NOS | 24 (4.3) |
| Nightmare | 16 (2.9) |
| Paraesthesia | 16 (2.9) |
| Tinnitus | 16 (2.9) |
| Crying | 15 (2.7) |
| Depressed mood | 15 (2.7) |
| Depression NOS | 15 (2.7) |
| Anorexia | 14 (2.5) |
| Diarrhea NOS | 14 (2.5) |
| Myalgia | 13 (2.4) |
| Tremor | 12 (2.2) |
| Nervousness | 11 (2.0) |

NOS=not otherwise specified; NEC=not elsewhere classified
DEAEs above represent those occurring at a rate of at least 2%.

Severity and Duration

Seven hundred ninety-three DEAEs were reported by 281 Cymbalta-treated patients.  Of these, 290 (36.6%), 367 (46.3%), and 136 (17.2%) were reported as mild, moderate, or severe respectively[2].

Exhibit 4
30

Page 6

**Figure 3.   Duration of DEAEs in Cymbalta-treated Patients following 52-weeks of Treatment [2]**



\* Final contact with study patients.  DEAEs resolving after 2 weeks are not included in analysis.

CONCLUSION

The pattern of DEAEs across the 3 categories of trials (short-term, placebo-controlled; long-term, placebo-controlled; and long-term, open-label) was similar.  Dizziness was the most common DEAE reported across the 3 categories, with nausea and headache consistently reported by patients.  A majority of patients who experienced DEAEs described them as mild to moderate.  Overall, 45.1% of DEAEs had resolved prior to final study contact, with an average of 59.6% of those events resolving within 7 days of onset in Cymbalta patients across all 9 studies[2].

Patients discontinuing Cymbalta should be monitored for discontinuation symptoms.  A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible.  If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered.  Subsequently, the physician may continue decreasing the dose but at a more gradual rate[4].

Cymbalta®, duloxetine, Lilly

*Last Reviewed: 04 January 2007*

**Exhibit 4**
**31**

REFERENCES

1.  Haddad PM.  Antidepressant discontinuation syndromes: Clinical relevance, prevention and management.  *Drug Saf* 2001; 24(3): 183-197.

2.  Perahia, D.G., Kajdasz, D.K., Desaiah D, Haddad, P.M.  Symptoms following abrupt discontinuation of duloxetine treatment in patients with major depressive disorder. *Journal of Affective Disorders* 2005; 89: 207-212.

3.  Shelton, R.C.  The Nature of the Discontinuation Syndrome Associated With Antidepressant Drugs.  *J Clin Psychiatry.* 2006; 67[suppl 4]: 3-7.

4.  Cymbalta [package insert] Indianapolis, IN: Eli Lilly and Co; 2005.

5.  Fava, M.  Prospective Studies of Adverse Events Related to Antidepressant Discontinuation.  *J Clin Psychiatry.* 2006; 67[suppl 4]: 14-21.

6.  Blier, P., Tremblay, P.  Physiologic Mechanisms Underlying the Antidepressant Discontinuation Syndrome.  *J Clin Psychiatry.* 2006; 67[suppl 4]: 8-13.

7.  Bymaster F.P., Lee T.C., Knadler M.P., et al.  The Dual Transporter Inhibitor Duloxetine: A Review of its Preclinical Pharmacology, Pharmacokinetic Profile, and Clinical Results in Depression. *Current Pharmaceutical Design.* 2005; 11: 1475-1493.

Exhibit 4
32

## Appendix A.   Summary of Clinical Trials[2]

| Study | Study design | Treatments (N) | Weeks of treatment |
|-------|-------------|----------------|--------------------|
| 1 | Parallel, double-blind, placebo-controlled, randomized, vs. fluoxetine | Placebo (70) | 8 |
|   |   | Duloxetine 20–60 mg BID₁ (70) |   |
|   |   | Fluoxetine 20 mg QD (33) |   |
| 2 | Parallel, double-blind, placebo-controlled, randomized vs. fluoxetine | Placebo (75) | 8 |
|   |   | Duloxetine 20–60 mg BID₁ (82) |   |
|   |   | Fluoxetine 20 mg QD (37) |   |
| 3 | Parallel, double-blind, placebo-controlled, randomized | Placebo (122) | 9 |
|   |   | Duloxetine 60 mg QD (123) |   |
| 4 | Parallel, double-blind, placebo-controlled, randomized | Placebo (139) | 9 |
|   |   | Duloxetine 60 mg QD (128) |   |
| 5 | Parallel, double-blind, placebo-controlled, randomized vs. paroxetine | Placebo (90) | 8 |
|   |   | Duloxetine 20 mg BID (91) |   |
|   |   | Duloxetine 40 mg BID (84) |   |
|   |   | Paroxetine 20 mg QD (89) |   |
| 6 | Parallel, double-blind, placebo-controlled, randomized, vs. paroxetine | Placebo (89) | 8 |
|   |   | Duloxetine 20 mg BID (86) |   |
|   |   | Duloxetine 40 mg BID (91) |   |
|   |   | Paroxetine 20 mg QD (87) |   |
| 7 | Parallel, double-blind, placebo-controlled, randomized, vs. paroxetine | Placebo (93) | 8; +26-week extension phase |
|   |   | Duloxetine 40 mg BID (93) |   |
|   |   | Duloxetine 60 mg BID (95) |   |
|   |   | Paroxetine 20 mg QD (86) |   |
| 8 | Parallel, double-blind, placebo-controlled, randomized, vs. paroxetine | Placebo (99) | 8; +26-week extension phase |
|   |   | Duloxetine 40 mg BID (93) |   |
|   |   | Duloxetine 60 mg BID (103) |   |
|   |   | Paroxetine 20 mg QD (97) |   |
| 9 | Open-label | Duloxetine 40–60 mg BID (1279) | 52 |

In all these studies, the observation period for DEAEs is 2 weeks; BID = twice daily; QD = once daily
₁Forced titration to 120 mg/day.

Exhibit 4
33

# EXHIBIT 5

Exhibit 5
34

# Cymbalta® (duloxetine HCl)
# Discontinuation Symptoms in Major Depressive Disorder and Generalized Anxiety Disorder

## SUMMARY

*Information on Cymbalta® and the incidence, duration, and severity of discontinuation symptoms is briefly summarized below. This information is discussed in more detail in the sections that follow.*

- **"See important safety information, including boxed warning, in the attached prescribing information."**
- Discontinuation symptoms have been systematically evaluated in patients taking Cymbalta in acute, placebo-controlled MDD and GAD clinical trials (up to 10 weeks); in long term, placebo-controlled MDD trials (up to 26 weeks); and one 52-week open-label MDD trial[2,7].
- The following symptoms occurred at a statistically significantly higher rate (p<0.05) in those patients discontinuing Cymbalta compared to placebo: dizziness, nausea, headache, paresthesia, vomiting, irritability, insomnia, and nightmare[2,7].
- In the single GAD study where Cymbalta-treated patients were re-randomized to abrupt or gradual discontinuation, differences in frequency of DEAEs based on method of discontinuation were not statistically significant for Cymbalta-treated patients[7].
- Patients should be monitored for discontinuation symptoms when stopping Cymbalta[4].
- A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible[4].
- If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may decrease the dose at a more gradual rate[4].

## INTRODUCTION

*Symptomatology*

Discontinuation symptoms experienced upon abrupt discontinuation of an antidepressant agent have been reported for numerous antidepressants including the tricyclics (TCAs), monoamine oxidase inhibitors (MAOIs), selective serotonin reuptake inhibitors (SSRIs), serotonin and norepinephrine reuptake inhibitors (SNRIs), and miscellaneous agents such as nefazodone and Remeron*[1,2,3].

Exhibit 5
35

During marketing of SSRIs and SNRIs, there have been spontaneous reports of adverse events occurring upon abrupt discontinuation of these drugs[4]. These adverse events can be categorized into key symptom groups (see Table 1)[1]. The course of antidepressant discontinuation symptoms often share several common features: symptoms tend to emerge within days of treatment discontinuation; symptoms tend to be short-lived (lasting days to a few weeks); symptoms tend to rapidly resolve upon reinitiating treatment with the same antidepressant[1-3,5]. Although often self-limiting, discontinuation symptoms can vary across a wide spectrum of severity: some patients manifest a single symptom; others, a cluster of symptoms; and symptoms vary from mild to severely disabling[1,4].

**Table 1. Key Symptom Groups of Abrupt SSRI Discontinuation[1]**

| Disequilibrium | Sensory Symptoms | General Somatic Symptoms[a] | Sleep Disturbance[a] | Gastrointestinal Symptoms[a] | Affective Symptoms[a] |
|---|---|---|---|---|---|
| Light headedness/dizziness | Paraesthesia | Lethargy | Insomnia | Nausea | Irritability |
| Vertigo | Numbness | Headache | Nightmares | Vomiting | Anxiety/Agitation |
| Ataxia | Electric-shock-like sensations | Tremor | Excessive Dreaming | Diarrhea | Low mood |
| | | Sweating | | | |
| | | Anorexia | | | |

a: These symptoms are also common following termination of TCAs.
This table only lists some of the more common symptoms, many others may occur.

*Etiology*

The exact etiology of discontinuation symptoms is unknown, although it has been postulated that SSRI discontinuation symptoms may be attributable to a rapid decrease in serotonin availability[6].

Shorter half-lives of medications, longer duration of treatment, and abrupt discontinuation of treatment should be considered primary risk factors for the development of discontinuation symptoms[5]. In general, the shorter the half-life of the SSRI/SNRI, the greater the likelihood patients will experience discontinuation symptoms following abrupt cessation[6].

Numerous review articles are available in the literature on discontinuation symptoms that may be experienced in each antidepressant class. Discontinuation symptoms (discontinuation-emergent adverse events [DEAEs]) were proactively studied during clinical trials assessing the safety and efficacy of Cymbalta in major depressive disorder (MDD) and generalized anxiety disorder (GAD). The remainder of this document will focus on discontinuation symptoms temporally associated with Cymbalta, a potent and selective SNRI, observed during clinical trials for the treatment of MDD and GAD[2,7].

**MAJOR DEPRESSIVE DISORDER**

Overall DEAE data from 9 multi-center MDD clinical trials (described in Appendix A) conducted in the United States, Europe, and Latin America were reviewed[2]. Cymbalta was abruptly discontinued in all studies, followed by a 1- or 2-week lead-out phase to allow for the collection of DEAEs at a specified time after discontinuation of treatment. In the

**Exhibit 5**
**36**

placebo-controlled studies. patients received placebo during the lead-out phase to maintain the blind. Events were registered as DEAEs if they occurred for the first time or worsened following discontinuation of treatment. The incidence rates reported are based on those patients who entered the lead-out phase of each study[2].

*Acute. Placebo-Controlled Treatment (Studies 1-6. Appendix A)*

Table 2 lists the DEAEs reported by ≥2% of Cymbalta-treated patients. A significantly greater proportion of Cymbalta-treated patients reported ≥1 DEAE (44.3%) than those who received placebo (22.9%; $p<0.05$). The occurrence of DEAEs was analyzed by Cymbalta dose and showed that more patients receiving 120 mg/day reported DEAEs (62.1%) than patients receiving Cymbalta at doses of 40-, 60-, and 80 mg/day (42.4%, 39.2%, 36.9% respectively)[2].

**Table 2.   DEAEs Reported by ≥2% of Cymbalta-Treated Patients with MDD Who Entered the Lead-Out Phase (Studies 1-6)[2]**

| Event | Placebo (n=380) n (%) | Cymbalta (n=490) n (%) |
|---|---|---|
| Patients with ≥ 1 event | 87 (22.9) | 217 (44.3)* |
| Dizziness | 3 (0.8) | 61 (12.4)* |
| Nausea | 1 (0.3) | 29 (5.9)* |
| Headache NOS | 3 (0.8) | 26 (5.3)* |
| Paraesthesia | 1 (0.3) | 14 (2.9)* |
| Diarrhea NOS | 3 (0.8) | 11 (2.2) |
| Vomiting NOS | 2 (0.5) | 12 (2.4)* |
| Irritability | 1 (0.3) | 12 (2.4)* |
| Insomnia | 2 (0.5) | 10 (2.0) |
| Nightmare | 0 (0.0) | 10 (2.0)* |

Abbreviations: DEAE = discontinuation-emergent adverse event. NOS = not otherwise specified.
*$p<0.05$ vs. placebo. Fisher's Exact Test

<u>Severity and Duration</u>

A total 217 Cymbalta-treated patients and 87 placebo-treated patients reported 510 and 139 DEAEs, respectively. The majority of these events (91.4%) were mild or moderate in severity across both Cymbalta- and placebo-treated patients (Figure 1A). In acute studies. 46.3% and 47.5% of all DEAEs reported by Cymbalta- and placebo-treated patients, respectively, were resolved prior to final contact, with most lasting ≤7 days (Figure 1B)[2].

Discontinuation-emergent adverse events leading to study discontinuation were reported in 15 Cymbalta-treated patients (3.1%) and no placebo-treated patients. Dizziness, reported in 4 Cymbalta-treated patients. was the most commonly reported DEAE leading to study discontinuation[2].

Exhibit 5
37

**Figure 1A. Severity of DEAE in Acute MDD Studies (Studies 1-6)[2]**

**Figure 1B. Duration of DEAE in Acute MDD Studies (Studies 1-6)[2]**





DEAEs resolving after 2 weeks are not included in analysis. N = number of events

*Long-term, Placebo-Controlled Treatment (Studies 7-8, Appendix A)*

As in the acute, placebo-controlled trials, significantly more Cymbalta-treated patients reported at least 1 DEAE (9.1%) compared with placebo (2.0%; p<0.05), with dizziness being the most common symptom (Table 3). No difference was seen in the number of patients reporting at least 1 DEAE between the 80 and 120 mg/day groups after abrupt discontinuation following long-term treatment with Cymbalta[2].

**Table 3.    DEAEs Following Long-Term, Placebo-Controlled Treatment of MDD by Dose[2]**

| Event | Placebo (n=101), n (%) | CYM 40 mg BID (n=118), n (%) | CYM 60 mg BID (n=124), n (%) | CYM total (n=242), n (%) |
|---|---|---|---|---|
| Patient with >1 DEAE | 2 (2.0) | 10 (8.5)* | 12 (9.7)* | 22 (9.1)* |
| Dizziness | 1 (1.0) | 4 (3.4) | 4 (3.2) | 8 (3.3) |
| Anxiety | 0 (0.0) | 1 (0.8) | 1 (0.8) | 2 (0.8) |
| Headache NOS | 0 (0.0) | 0 (0.0) | 2 (1.6) | 2 (0.8) |
| Irritability | 0 (0.0) | 1 (0.8) | 1 (0.8) | 2 (0.8) |
| Nausea | 0 (0.0) | 0 (0.0) | 2 (1.6) | 2 (0.8) |
| Vomiting NOS | 0 (0.0) | 0 (0.0) | 2 (1.6) | 2 (0.8) |

CYM=Cymbalta; NOS=not otherwise specified; BID=twice daily; DEAE=discontinuation-emergent adverse event
*p<0.05 vs. placebo, Fisher's Exact Test; Data are from patients who entered lead-out phase. DEAEs above represent those occurring in at least 2 CYM-treated patients.

Exhibit 5
38

*Open-label 52-week treatment (Study 9, Appendix A)*

In the uncontrolled, open-label study, half of the patients reported ≥1 DEAE, with dizziness being the most frequently reported event (Table 4).

**Table 4.   DEAEs Following 52-week Open-Label MDD Study[2]**

| Event | Cymbalta (n=553), n (%) |
|---|---|
| Patients with ≥ 1 DEAE | 281 (50.8) |
| Dizziness (excluding vertigo) | 106 (19.2) |
| Anxiety NEC | 55 (9.9) |
| Nausea | 54 (9.8) |
| Headache NOS | 40 (7.2) |
| Insomnia | 37 (6.7) |
| Irritability | 33 (6.0) |
| Vomiting NOS | 24 (4.3) |
| Nightmare | 16 (2.9) |
| Paraesthesia | 16 (2.9) |
| Tinnitus | 16 (2.9) |
| Crying | 15 (2.7) |
| Depressed mood | 15 (2.7) |
| Depression NOS | 15 (2.7) |
| Anorexia | 14 (2.5) |
| Diarrhea NOS | 14 (2.5) |
| Myalgia | 13 (2.4) |
| Tremor | 12 (2.2) |
| Nervousness | 11 (2.0) |

NOS=not otherwise specified; NEC=not elsewhere classified

DEAEs above represent those occurring at a rate of at least 2%.

Severity and Duration in Long-term MDD Trials

In the long-term placebo-controlled trials, 34 separate DEAEs were reported by 22 Cymbalta-treated patients (Figure 2A). Of these events, 24 (70.6%), 9 (26.5%), and 1 (2.9%) were mild, moderate, or severe, respectively. One Cymbalta-treated patient discontinued from the trial during the lead-out phase as a result of the DEAE dizziness. In the open-label study, 793 DEAEs were reported by 281 Cymbalta-treated patients (Figure 2A). Of these, 290 (36.6%), 367 (46.3%), and 136 (17.2%) were reported as mild, moderate, or severe respectively[2].

Exhibit 5
39

**Figure 2A. Severity of DEAE : Duloxetine-treated patients in Long-term MDD Studies[2]**

**Figure 2B. Duration of DEAE : Duloxetine-treated patients in Long-term MDD Studies[2]**



DEAEs resolving after 2 weeks are not included in analysis.  N = number of events.  Data are from patients who entered the lead-out phase.

## GENERALIZED ANXIETY DISORDER

Data from 3 double-blind, placebo-controlled studies in patients with GAD were pooled by Allgulander et al.[7]. The pooled dataset included an intent-to-treat sample of 668 patients randomly assigned to Cymbalta and 495 patients randomly assigned to placebo.  These included a 9-week study at fixed Cymbalta doses of 60 mg/day or 120 mg/day and two 10-week flexible dose studies (60 to 120 mg/day). All studies included a 2-week discontinuation phase. In the 9-week, fixed dose study, patients taking Cymbalta were re-randomized in the discontinuation phase to either abrupt discontinuation or a gradual taper. In the other 2 studies, Cymbalta was discontinued by gradual taper[7].

In the pooled analysis, there was no statistically significant difference between placebo and Cymbalta groups in the proportion of patients experiencing any DEAE during the discontinuation phase (Figure 3). Dizziness was the most commonly reported DEAE and occurred statistically significantly more often in Cymbalta-treated patients ($p \leq 0.01$ vs. placebo). Headache and insomnia were also reported statistically significantly more by Cymbalta-treated patients compared with placebo-treated patients ($p \leq 0.05$). In the 9-week study, the method of discontinuation (i.e., abrupt or gradual) did not affect the frequency of DEAEs in Cymbalta-treated patients[7].

Exhibit 5
40



## Figure 3. DEAEs Occurring at a Frequency of >2%[7]



*$p \leq .05$. **$p \leq .01$.
Abbreviations: URI = Upper respiratory tract infection.

## CONCLUSION

The pattern of DEAEs across the 3 categories of MDD trials (acute, placebo-controlled; long-term, placebo-controlled; and long-term, open-label), and across MDD and GAD indications, were similar. Dizziness was the most common DEAE reported across the 3 categories of MDD trials and in GAD trials, with nausea and headache consistently reported by patients[2,7]. A majority of patients who experienced DEAEs described them as mild to moderate. In the acute, placebo-controlled MDD trials, DEAEs that resolved prior to final study contact generally did so in <7 days. In the long-term, placebo-controlled MDD trials, events that resolved prior to final study contact generally did so between 7-14 days. A higher percentage of DEAEs in the Cymbalta treatment group were unresolved prior to final study contact[2].

Patients discontinuing Cymbalta should be monitored for discontinuation symptoms. A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible. If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may continue decreasing the dose but at a more gradual rate[4].

CYMBALTA®, duloxetine, Lilly

*Last Reviewed: September 2007*

Exhibit 5
41

## REFERENCES

1.  Haddad PM.  Antidepressant discontinuation syndromes: Clinical relevance, prevention and management.  *Drug Saf* 2001; 24(3): 183-197.

2.  Perahia DG, Kajdasz DK, Desaiah D, Haddad PM.  Symptoms following abrupt discontinuation of duloxetine treatment in patients with major depressive disorder.  *J Affect Disord* 2005; 89: 207-212.

3.  Shelton RC.  The nature of the discontinuation syndrome associated with antidepressant drugs.  *J Clin Psychiatry.* 2006; 67[suppl 4]: 3-7.

4.  Cymbalta (duloxetine HCl) [package insert] Indianapolis, IN: Eli Lilly and Co; 2007.

5.  Fava M.  Prospective studies of adverse events related to antidepressant discontinuation.  *J Clin Psychiatry.* 2006; 67[suppl 4]: 14-21.

6.  Blier P, Tremblay P.  Physiologic mechanisms underlying the antidepressant discontinuation syndrome.  *J Clin Psychiatry.* 2006; 67[suppl 4]: 8-13.

7.  Allgulander C, Hartford J, Russell J, et al.  Pharmacotherapy of generalized anxiety disorder: results of duloxetine treatment from a pooled analysis of three clinical trials.  *Curr Med Res Opin.* 2007;23:1245-1252.

**Exhibit 5**
**42**

Page 9

## Appendix A.   Summary of MDD Clinical Trials[2]

| Study | Study design | Treatments (N) | Weeks of treatment |
|---|---|---|---|
| 1 | Parallel, double-blind, placebo-controlled, randomized; fluoxetine-controlled | Placebo (70) | 8 |
| | | Duloxetine 20–60 mg BID[a] (70) | |
| | | Fluoxetine 20 mg QD (33) | |
| 2 | Parallel, double-blind, placebo-controlled, randomized; fluoxetine-controlled | Placebo (75) | 8 |
| | | Duloxetine 20–60 mg BID[a] (82) | |
| | | Fluoxetine 20 mg QD (37) | |
| 3 | Parallel, double-blind, placebo-controlled, randomized | Placebo (122) | 9 |
| | | Duloxetine 60 mg QD (123) | |
| 4 | Parallel, double-blind, placebo-controlled, randomized | Placebo (139) | 9 |
| | | Duloxetine 60 mg QD (128) | |
| 5 | Parallel, double-blind, placebo-controlled, randomized; paroxetine-controlled | Placebo (90) | 8 |
| | | Duloxetine 20 mg BID (91) | |
| | | Duloxetine 40 mg BID (84) | |
| | | Paroxetine 20 mg QD (89) | |
| 6 | Parallel, double-blind, placebo-controlled, randomized; paroxetine-controlled | Placebo (89) | 8 |
| | | Duloxetine 20 mg BID (86) | |
| | | Duloxetine 40 mg BID (91) | |
| | | Paroxetine 20 mg QD (87) | |
| 7 | Parallel, double-blind, placebo-controlled, randomized; paroxetine-controlled | Placebo (93) | 8; +26-week extension phase |
| | | Duloxetine 40 mg BID (93) | |
| | | Duloxetine 60 mg BID (95) | |
| | | Paroxetine 20 mg QD (86) | |
| 8 | Parallel, double-blind, placebo-controlled, randomized; paroxetine-controlled | Placebo (99) | 8; +26-week extension phase |
| | | Duloxetine 40 mg BID (93) | |
| | | Duloxetine 60 mg BID (103) | |
| | | Paroxetine 20 mg QD (97) | |
| 9 | Open-label | Duloxetine 40–60 mg BID (1279) | 52 |

In all these studies, the observation period for DEAEs is 2 weeks;
Abbreviations: BID = twice daily; QD = once daily
[a] Forced titration to 120 mg/day.

Exhibit 5
43

# EXHIBIT 6

Exhibit 6
44

# Cymbalta® (duloxetine HCl)
# Discontinuation-Emergent Adverse Events in MDD/GAD

**"See important safety information, including boxed warning, in the attached prescribing information."**

*Information on Cymbalta and discontinuation-emergent adverse events in MDD/GAD is briefly summarized below. This information is discussed in more detail in the sections that follow.*

## SUMMARY OF INFORMATION REGARDING CYMBALTA AND DISCONTINUATION-EMERGENT ADVERSE EVENTS IN MDD/GAD

- Information on the discontinuation-emergent adverse events in MDD/GAD included in this letter may contain information that does not completely match the current US prescribing information for Cymbalta. Please see prescribing information for approved label information.
- DEAEs have been systematically evaluated in patients taking Cymbalta in acute, placebo-controlled MDD and GAD clinical trials (up to 10 weeks); in long-term placebo-controlled MDD trials (up to 26 weeks); and one 52-week open-label MDD trial[Perahia, 2005; Allgulander, 2007].
- In acute, placebo-controlled MDD trials, dizziness, nausea, headache, paresthesia, vomiting, irritability, insomnia, and nightmares occurred at a statistically significantly higher rate ($p < 0.05$) in those patients discontinuing Cymbalta compared to placebo[Perahia, 2005].
- The pattern of DEAEs reported in GAD studies was similar to that observed in MDD studies. In the single GAD study where Cymbalta-treated patients were re-randomized to abrupt or gradual discontinuation, the method of discontinuation did not affect the frequency of DEAEs[Allgulander, 2007].
- A majority of DEAEs in acute and long-term studies were described as mild to moderate, and were also unresolved at final study contact[Perahia, 2005].
- In post-marketing spontaneous reports across all indications, tinnitus, seizures, mania, aggression, and anger upon discontinuation have each been very rarely reported (<0.01%) as of 03 December 2008[Data on File].
- As with other drugs with similar pharmacological action (SSRI or SNRI), isolated cases of suicidal ideation and suicidal behaviors have been reported during Cymbalta therapy or early after treatment discontinuation[Data on File].
- Patients should be monitored for discontinuation symptoms when stopping Cymbalta[Cymbalta package insert, 2009].
- A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible[Cymbalta package insert, 2009].
- If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may decrease the dose at a more gradual rate[Cymbalta package insert, 2009].

Exhibit 6

45

**DISCONTINUATION-EMERGENT ADVERSE EVENTS IN CLINICAL TRIALS IN PATIENTS WITH MAJOR DEPRESSIVE DISORDER**

Discontinuation-emergent adverse events (DEAEs) were proactively studied during clinical trials assessing the safety and efficacy of Cymbalta in major depressive disorder (MDD). Overall, DEAE data from nine multicenter clinical trials conducted in the United States, Europe, and Latin America were reviewed. Cymbalta was abruptly discontinued in all studies, followed by a 1- to 2-week lead-out phase to allow for the collection of DEAEs[Perahia, 2005].

*Incidence, Severity, and Duration of DEAEs Following Acute Treatment:*

A significantly greater proportion of Cymbalta-treated patients reported ≥ 1 DEAE (44.3%) than those who received placebo (22.9%, p<0.05). The DEAEs occurring at a statistically significantly higher rate in patients discontinuing Cymbalta compared with placebo (p<0.05) were: dizziness, nausea, headache, paresthesia, vomiting, irritability, and nightmares. The relationship between dose and incidence of DEAEs was not linear, although a higher incidence of DEAEs was seen in the 120-mg/day group. A total of 510 and 139 DEAEs were reported in the Cymbalta and placebo groups, respectively. In the Cymbalta group, 39.8%, 50.6%, and 9.6% of DEAEs reported were mild, moderate, or severe, respectively. In the placebo group, 46.0%, 48.9%, and 5.0% of DEAEs reported were mild, moderate, or severe, respectively. Of all DEAEs reported by Cymbalta- and placebo-treated patients, 46.3% and 47.5% were resolved prior to final study contact, respectively[Perahia, 2005].

DEAEs leading to study discontinuation were reported in 15 Cymbalta-treated patients (3.1%) and no placebo-treated patients. Dizziness was the most commonly reported DEAE leading to study discontinuation, reported in 4 out of those 15 Cymbalta-treated patients (26.7%)[Perahia, 2005].

*Incidence, Severity, and Duration of DEAEs Following Long-Term Treatment:*

As in the acute treatment trials, significantly more Cymbalta-treated patients reported ≥ 1 DEAE (9.1%) compared with placebo (2.0%, p<0.05), with dizziness being the most common symptom. No difference was seen in the number of patients reporting at least one DEAE between the 80- and 120-mg/day groups after abrupt discontinuation following long-term treatment with Cymbalta. In the uncontrolled, open-label study, 50.8% of the patients reported ≥ 1 DEAE, with dizziness being the most frequently reported (by 19.2% of patients)[Perahia, 2005].

In the long-term placebo-controlled trials, 70.6%, 26.5%, and 2.9% of DEAEs reported were mild, moderate, or severe, respectively. Also, 35.3% of all DEAEs reported by Cymbalta-treated patients were resolved prior to final study contact. One Cymbalta-treated patient discontinued from the trial as a result of the DEAE dizziness. In the open-label study, 36.6%, 46.3%, and 17.2% of DEAEs were reported as mild, moderate, or severe, respectively. Also, 44.8% of all DEAEs reported by Cymbalta-treated patients in this study were resolved prior to final study contact[Perahia, 2005].

**Exhibit 6**
**46**

### DISCONTINUATION-EMERGENT ADVERSE EVENTS IN CLINICAL TRIALS IN PATIENTS WITH GENERALIZED ANXIETY DISORDER

Data from three double-blind, placebo-controlled studies in patients with generalized anxiety disorder (GAD) were pooled by Allgulander et al. These included a 9-week study at fixed Cymbalta doses of 60 mg or 120 mg/day and two 10-week flexible-dose studies (60 to 120 mg/day). All studies included a 2-week discontinuation phase. In the 9-week fixed-dose study, patients taking Cymbalta were re-randomized in the discontinuation phase to either abrupt discontinuation or a gradual taper. In the other 2 studies, Cymbalta was discontinued by gradual taper[Allgulander, 2007].

In the pooled dataset, there was no statistically significant difference between placebo and Cymbalta groups in the proportion of patients experiencing any DEAEs. Five DEAEs occurring in >2% of patients were reported, with headache, dizziness, and insomnia occurring more frequently in Cymbalta- than placebo-treated patients ($p \leq 0.01$ to $p \leq 0.05$). Dizziness was the most commonly reported. In the 9-week study, the method of discontinuation (that is, abrupt or gradual) did not affect the frequency of DEAEs[Allgulander, 2007].

### DISCONTINUATION-EMERGENT ADVERSE EVENTS FROM POST-MARKETING SPONTANEOUS REPORTS

In post-marketing spontaneous reports across all indications, the adverse events of tinnitus, seizures, mania, aggression, and anger upon discontinuation have each been very rarely reported (<0.01%) as of 03 December 2008. These data do not represent the rate of occurrence of an adverse event in a treated population; they merely represent the rate of reporting of a particular adverse event to the company[Data on File].

As with other drugs with similar pharmacological action (selective serotonin reuptake inhibitors (SSRIs) or selective norepinephrine reuptake inhibitors (SNRIs)), isolated cases of suicidal ideation and suicidal behaviors have been reported during Cymbalta therapy or early after treatment discontinuation[Data on File].

### DISCUSSION

The patterns of DEAEs across the 3 categories of MDD trials (acute, placebo-controlled; long-term, placebo-controlled; and long-term, open-label) and across MDD and GAD indications were similar. Dizziness was the most common DEAE reported across the 3 categories of MDD trials and in GAD trials, with nausea and headache consistently reported by patients[Perahia, 2005; Allgulander, 2007]. A majority of patients who experienced DEAEs described them as mild to moderate. In the acute, placebo-controlled MDD trials, DEAEs that resolved prior to final study contact generally did so in < 7 days. In the long-term, placebo-controlled MDD trials, events that resolved prior to final study contact generally did so between 7-14 days. A higher percentage of DEAEs in the Cymbalta treatment group were unresolved prior to final study contact[Perahia, 2005].

Exhibit 6
47

Page 4

Patients should be monitored for discontinuation symptoms when stopping Cymbalta. A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible. If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may decrease the dose at a more gradual rate[Cymbalta Package Insert, 2009].

CYMBALTA® (duloxetine HCl), Lilly

*Last Reviewed: February 2009.*

*Based on feedback that health care providers wanted to receive a response to their question supported with peer-reviewed, published literature, publication(s) are attached/linked for additional reference (indicated by bolded text in the reference list). The attached/linked publication(s) were selected using the following criteria; however, all published references listed are available upon request by contacting 1-800-LillyRx. The method used to select the relevant publication(s) included a preference for peer-reviewed journals, the ability for the publication(s) to best answer the question from a clinical perspective, and publications that would provide scientific and/or fair balance. The most current publications meeting these criteria were considered.*

### REFERENCES

Allgulander C, Hartford J, Russell J, et al. Pharmacotherapy of generalized anxiety disorder: results of duloxetine treatment from a pooled analysis of three clinical trials. *Curr Med Res Opin* 2007;23:1245-1252. [DDRTALLGU]

Cymbalta [package insert]. Indianapolis, IN: Eli Lilly and Company; 2009.

Data on file, Eli Lilly and Company and/or one of its subsidiaries.

Perahia DG, Kajdasz DK, Desaiah D, Haddad PM. Symptoms following abrupt discontinuation of duloxetine treatment in patients with major depressive disorder. *J Affect Disord* 2005;89:207-212. [DDRTPERAH03]

**Exhibit 6**
**48**

# EXHIBIT 7

Exhibit 7
49

# Duloxetine
## Discontinuation-Emergent Adverse Events in MDD/GAD

**"See important safety information, including boxed warning, in the attached prescribing information."**

### SUMMARY

*Information on duloxetine and discontinuation-emergent adverse events in MDD/GAD is briefly summarized below. This information is discussed in more detail in the sections that follow.*

- Information on the discontinuation-emergent adverse events in MDD/GAD included in this letter may contain information that does not completely match the current US prescribing information for Cymbalta. **Please see prescribing information for approved label information.**
- DEAEs have been systematically evaluated in patients taking duloxetine in acute, placebo-controlled MDD and GAD clinical trials (up to 10 weeks); in long-term placebo-controlled MDD trials (up to 26 weeks); and one 52-week open-label MDD trial (Perahia, 2005; Allgulander, 2007).
- In acute, placebo-controlled MDD trials, dizziness, nausea, headache, paresthesia, vomiting, irritability, and nightmares occurred at a statistically significantly higher rate ($p<.05$) in those patients discontinuing duloxetine compared to placebo (Perahia, 2005).
- The pattern of DEAEs reported in GAD studies was similar to that observed in MDD studies. In the single GAD study where duloxetine-treated patients were re-randomized to abrupt or gradual discontinuation, the method of discontinuation did not affect the frequency of DEAEs (Allgulander, 2007).
- A majority of DEAEs in acute and long-term studies were described as mild to moderate, and were also unresolved at final study contact (Perahia, 2005).
- In post-marketing spontaneous reports across all indications, tinnitus, seizures, mania, aggression, and anger upon discontinuation have each been very rarely reported (<0.01%) as of 03 December 2008 (Data on file).
- As with other drugs with similar pharmacological action (SSRI or SNRI), isolated cases of suicidal ideation and suicidal behaviors have been reported during duloxetine therapy or early after treatment discontinuation (Data on file).
- Patients should be monitored for discontinuation symptoms when stopping duloxetine (Cymbalta package insert, 2009).
- A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible (Cymbalta package insert, 2009).
- If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may decrease the dose at a more gradual rate (Cymbalta package insert, 2009).

Exhibit 7
50

### DISCONTINUATION-EMERGENT ADVERSE EVENTS IN CLINICAL TRIALS IN PATIENTS WITH MAJOR DEPRESSIVE DISORDER

Discontinuation-emergent adverse events (DEAEs) were proactively studied during clinical trials assessing the safety and efficacy of duloxetine in major depressive disorder (MDD). Overall, DEAE data from nine multicenter clinical trials conducted in the United States, Europe, and Latin America were reviewed. Eight of the studies consisted of 8-9 weeks of acute treatment and two of those eight had a 26-week placebo-controlled extension. One study was a 52-week open-label trial. In all studies, duloxetine was abruptly discontinued, followed by a 1- to 2-week lead-out phase to allow for the collection of DEAEs (Perahia, 2005).

*Incidence, Severity, and Duration of DEAEs Following Acute Treatment:*

A significantly greater proportion of duloxetine-treated patients reported ≥1 DEAE (44.3%) than those who received placebo (22.9%, p<.05). The DEAEs occurring at a statistically significantly higher rate in patients discontinuing duloxetine compared with placebo (p<.05) were: dizziness, nausea, headache, paresthesia, vomiting, irritability, and nightmares. The relationship between dose and incidence of DEAEs was not linear, although a higher incidence of DEAEs was seen in the 120-mg/day group. A total of 510 and 139 DEAEs were reported in the duloxetine and placebo groups, respectively. In the duloxetine group, 39.8%, 50.6%, and 9.6% of DEAEs reported were mild, moderate, or severe, respectively. In the placebo group, 46.0%, 48.9%, and 5.0% of DEAEs reported were mild, moderate, or severe, respectively. Of all DEAEs reported by duloxetine - and placebo-treated patients, 46.3% and 47.5% were resolved prior to final study contact, respectively (Perahia, 2005)

DEAEs leading to study discontinuation during the final lead-out phase were reported in 15 duloxetine -treated patients (3.1%) and no placebo-treated patients. Dizziness was the most commonly reported DEAE leading to study discontinuation, reported in 4 out of those 15 duloxetine -treated patients (26.7%) (Perahia, 2005).

*Incidence, Severity, and Duration of DEAEs Following Long-Term Treatment:*

In the 2 placebo-controlled long-term extension phases, significantly more duloxetine -treated patients reported ≥1 DEAE (9.1%) compared with placebo (2.0%, p<.05), with dizziness being the most common symptom. No difference was seen in the number of patients reporting at least one DEAE between the 80- and 120-mg/day groups after abrupt discontinuation following long-term treatment with duloxetine. In the uncontrolled, open-label study, 50.8% of the patients reported ≥1 DEAE, with dizziness being the most frequently reported (by 19.2% of patients) (Perahia, 2005).

**Exhibit 7**
51

In the long-term placebo-controlled trials. 70.6%, 26.5%, and 2.9% of DEAEs reported were mild, moderate, or severe, respectively. Also, 35.3% of all DEAEs reported by duloxetine - treated patients were resolved prior to final study contact. One duloxetine -treated patient discontinued from the trial as a result of the DEAE dizziness. In the open-label study, 36.6%, 46.3%, and 17.2% of DEAEs were reported as mild, moderate, or severe, respectively. Also, 44.8% of all DEAEs reported by duloxetine -treated patients in this study were resolved prior to final study contact (Perahia, 2005).

**DISCONTINUATION-EMERGENT ADVERSE EVENTS IN CLINICAL TRIALS IN PATIENTS WITH GENERALIZED ANXIETY DISORDER**

Data from three double-blind, placebo-controlled studies in patients with generalized anxiety disorder (GAD) were pooled by Allgulander et al. These included a 9-week study at fixed duloxetine doses of 60 mg or 120 mg/day and two 10-week flexible-dose studies (60 to 120 mg/day). All studies included a 2-week discontinuation phase. In the 9-week fixed-dose study, patients taking duloxetine were re-randomized in the discontinuation phase to either abrupt discontinuation or a gradual taper. In the other 2 studies, duloxetine was discontinued by gradual taper (Allgulander, 2007). In all three studies, patients for whom their duloxetine dose was tapered followed a tapering schedule that was dependent upon their starting dose (Data on file). Patients randomized to 120mg or 90mg/day took 60mg/day for 1 week followed by 30mg/day for 1 week. Patients assigned 60mg/day took 30mg/day for 2 weeks (Data on file).

In the pooled dataset, there was no statistically significant difference between placebo and duloxetine groups in the proportion of patients experiencing any DEAEs. Five DEAEs occurring in >2% of patients were reported, with headache, dizziness, and insomnia occurring more frequently in duloxetine - than placebo-treated patients ($p \leq .01$ to $p \leq .05$). Dizziness was the most commonly reported. In the 9-week study, the method of discontinuation (that is, abrupt or gradual) did not affect the frequency of DEAEs (Allgulander, 2007).

**DISCONTINUATION-EMERGENT ADVERSE EVENTS FROM POST-MARKETING SPONTANEOUS REPORTS**

In post-marketing spontaneous reports across all indications, the adverse events of tinnitus, seizures, mania, aggression, and anger upon discontinuation have each been very rarely reported (<0.01%) as of 03 December 2008. These data do not represent the rate of occurrence of an adverse event in a treated population; they merely represent the rate of reporting of a particular adverse event to the company (Data on file).

As with other drugs with similar pharmacological action (selective serotonin reuptake inhibitors (SSRIs) or selective norepinephrine reuptake inhibitors (SNRIs)), isolated cases of suicidal ideation and suicidal behaviors have been reported during Cymbalta therapy or early after treatment discontinuation (Data on file).

**Exhibit 7**
**52**

## DISCUSSION

The patterns of DEAEs across the 3 categories of MDD trials (acute, placebo-controlled; long-term, placebo-controlled; and long-term, open-label) and between MDD and GAD indications were similar. Dizziness was the most common DEAE reported across the 3 categories of MDD trials and in GAD trials. (Perahia, 2005; Allgulander, 2007). A majority of patients who experienced DEAEs described them as mild to moderate. In the acute, placebo-controlled MDD trials, DEAEs that resolved prior to final study contact generally did so in <7 days. In the long-term, placebo-controlled MDD trials, events that resolved prior to final study contact generally did so between 7-14 days. A higher percentage of DEAEs in the duloxetine treatment group in the MDD trials were unresolved prior to final study contact (Perahia, 2005).

Patients should be monitored for discontinuation symptoms when stopping duloxetine. A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible. If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may decrease the dose at a more gradual rate (Cymbalta package insert, 2009).

CYMBALTA® (duloxetine HCl), Lilly

*Last Reviewed: 17 December 2009*

*Based on feedback that health care providers wanted to receive a response to their question supported with peer-reviewed, published literature, publication(s) are attached/linked for additional reference (indicated by bolded text in the reference list). The attached/linked publication(s) were selected using the following criteria; however, all published references listed are available upon request by contacting 1-800-LillyRx. The method used to select the relevant publication(s) included a preference for peer-reviewed journals, the ability for the publication(s) to best answer the question from a clinical perspective, and publications that would provide scientific and/or fair balance. The most current publications meeting these criteria were considered.*

## REFERENCES

**Allgulander C, Hartford J, Russell J, et al. Pharmacotherapy of generalized anxiety disorder: results of duloxetine treatment from a pooled analysis of three clinical trials.** *Curr Med Res Opin.* **2007;23(6):1245-1252.** [DDRTALLGU]

Cymbalta [package insert]. Indianapolis, IN: Eli Lilly and Company; 2009.

Data on file, Eli Lilly and Company and/or one of its subsidiaries.

**Perahia DG, Kajdasz DK, Desaiah D, Haddad PM. Symptoms following abrupt discontinuation of duloxetine treatment in patients with major depressive disorder.** *J Affect Disord.* **2005;89(1-3):207-212.** [DDRTPERAH03]

Exhibit 7
53

# EXHIBIT 8

Exhibit 8
54

# Duloxetine HCl
## Discontinuation-Emergent Adverse Events in MDD/GAD

**"See important safety information, including boxed warning, in the attached prescribing information."**

SUMMARY

*Information on duloxetine and discontinuation-emergent adverse events in MDD/GAD is briefly summarized below. This information is discussed in more detail in the sections that follow.*

- Information on the discontinuation-emergent adverse events in MDD/GAD included in this letter may contain information that does not completely match the current US prescribing information for duloxetine. **Please see prescribing information for approved label information.**
- DEAEs have been systematically evaluated in patients taking duloxetine in acute, placebo-controlled MDD and GAD clinical trials (up to 10 weeks); in long-term placebo-controlled MDD trials (up to 26 weeks); and one 52-week open-label MDD trial (Perahia, 2005; Allgulander, 2007).
- In acute, placebo-controlled MDD trials, dizziness, nausea, headache, paresthesia, vomiting, irritability, and nightmares occurred at a statistically significantly higher rate (p<.05) in those patients discontinuing duloxetine compared to placebo (Perahia, 2005).
- The pattern of DEAEs reported in GAD studies was similar to that observed in MDD studies. In the single GAD study where duloxetine-treated patients were re-randomized to abrupt or gradual discontinuation, the method of discontinuation did not affect the frequency of DEAEs (Allgulander, 2007).
- A majority of DEAEs in acute and long-term studies were described as mild to moderate, and were also unresolved at final study contact (Perahia, 2005).
- In post-marketing spontaneous reports across all indications, tinnitus, seizures, mania, aggression, and anger upon discontinuation have each been very rarely reported (<0.01%) (Data on file).
- As with other drugs with similar pharmacological action (SSRI or SNRI), isolated cases of suicidal ideation and suicidal behaviors have been reported during duloxetine therapy or early after treatment discontinuation (Data on file).
- Patients should be monitored for discontinuation symptoms when stopping duloxetine (Cymbalta package insert, 2010).
- A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible (Cymbalta package insert, 2010).
- If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may decrease the dose at a more gradual rate (Cymbalta package insert, 2010).

**Exhibit 8**
**55**

### DISCONTINUATION-EMERGENT ADVERSE EVENTS IN CLINICAL TRIALS IN PATIENTS WITH MAJOR DEPRESSIVE DISORDER

Discontinuation-emergent adverse events (DEAEs) were proactively studied during clinical trials assessing the safety and efficacy of duloxetine in major depressive disorder (MDD). Overall, DEAE data from nine multicenter clinical trials conducted in the United States, Europe, and Latin America were reviewed. Eight of the studies consisted of 8-9 weeks of acute treatment and two of those eight had a 26-week placebo-controlled extension. One study was a 52-week open-label trial. In all studies, duloxetine was abruptly discontinued, followed by a 1- to 2-week lead-out phase to allow for the collection of DEAEs (Perahia, 2005).

*Incidence, Severity, and Duration of DEAEs Following Acute Treatment:*

A significantly greater proportion of duloxetine-treated patients reported ≥1 DEAE (44.3%) than those who received placebo (22.9%, p<.05). The DEAEs occurring at a statistically significantly higher rate in patients discontinuing duloxetine compared with placebo (p<.05) were: dizziness, nausea, headache, paresthesia, vomiting, irritability, and nightmares. The relationship between dose and incidence of DEAEs was not linear, although a higher incidence of DEAEs was seen in the 120-mg/day group. A total of 510 and 139 DEAEs were reported in the duloxetine and placebo groups, respectively. In the duloxetine group, 39.8%, 50.6%, and 9.6% of DEAEs reported were mild, moderate, or severe, respectively. In the placebo group, 46.0%, 48.9%, and 5.0% of DEAEs reported were mild, moderate, or severe, respectively. Of all DEAEs reported by duloxetine - and placebo-treated patients, 46.3% and 47.5% were resolved prior to final study contact, respectively (Perahia, 2005)

DEAEs leading to study discontinuation during the final lead-out phase were reported in 15 duloxetine -treated patients (3.1%) and no placebo-treated patients. Dizziness was the most commonly reported DEAE leading to study discontinuation, reported in 4 out of those 15 duloxetine -treated patients (26.7%) (Perahia, 2005).

*Incidence, Severity, and Duration of DEAEs Following Long-Term Treatment:*

In the 2 placebo-controlled long-term extension phases, significantly more duloxetine -treated patients reported ≥1 DEAE (9.1%) compared with placebo (2.0%, p<.05), with dizziness being the most common symptom. No difference was seen in the number of patients reporting at least one DEAE between the 80- and 120-mg/day groups after abrupt discontinuation following long-term treatment with duloxetine. In the uncontrolled, open-label study, 50.8% of the patients reported ≥1 DEAE, with dizziness being the most frequently reported (by 19.2% of patients) (Perahia, 2005).

**Exhibit 8**

56

In the long-term placebo-controlled trials, 70.6%, 26.5%, and 2.9% of DEAEs reported were mild, moderate, or severe, respectively. Also, 35.3% of all DEAEs reported by duloxetine -treated patients were resolved prior to final study contact. One duloxetine -treated patient discontinued from the trial as a result of the DEAE dizziness. In the open-label study, 36.6%, 46.3%, and 17.2% of DEAEs were reported as mild, moderate, or severe, respectively. Also, 44.8% of all DEAEs reported by duloxetine -treated patients in this study were resolved prior to final study contact (Perahia, 2005).

### DISCONTINUATION-EMERGENT ADVERSE EVENTS IN CLINICAL TRIALS IN PATIENTS WITH GENERALIZED ANXIETY DISORDER

Data from three double-blind, placebo-controlled studies in patients with generalized anxiety disorder (GAD) were pooled by Allgulander et al. These included a 9-week study at fixed duloxetine doses of 60 mg or 120 mg/day and two 10-week flexible-dose studies (60 to 120 mg/day). All studies included a 2-week discontinuation phase. In the 9-week fixed-dose study, patients taking duloxetine were re-randomized in the discontinuation phase to either abrupt discontinuation or a gradual taper. In the other 2 studies, duloxetine was discontinued by gradual taper (Allgulander, 2007). In all three studies, patients for whom their duloxetine dose was tapered followed a tapering schedule that was dependent upon their starting dose (Data on file). Patients randomized to 120mg or 90mg/day took 60mg/day for 1 week followed by 30mg/day for 1 week. Patients assigned 60mg/day took 30mg/day for 2 weeks (Data on file).

In the pooled dataset, there was no statistically significant difference between placebo and duloxetine groups in the proportion of patients experiencing any DEAEs. Five DEAEs occurring in >2% of patients were reported, with headache, dizziness, and insomnia occurring more frequently in duloxetine - than placebo-treated patients ($p \leq .01$ to $p \leq .05$). Dizziness was the most commonly reported. In the 9-week study, the method of discontinuation (that is, abrupt or gradual) did not affect the frequency of DEAEs (Allgulander, 2007).

### DISCONTINUATION-EMERGENT ADVERSE EVENTS FROM POST-MARKETING SPONTANEOUS REPORTS

In post-marketing spontaneous reports across all indications, the adverse events of tinnitus, seizures, mania, aggression, and anger upon discontinuation have each been very rarely reported (<0.01%). These data do not represent the rate of occurrence of an adverse event in a treated population; they merely represent the rate of reporting of a particular adverse event to the company (Data on file).

As with other drugs with similar pharmacological action (selective serotonin reuptake inhibitors (SSRIs) or selective norepinephrine reuptake inhibitors (SNRIs)), isolated cases of suicidal ideation and suicidal behaviors have been reported during duloxetine therapy or early after treatment discontinuation (Data on file).

Exhibit 8
57

## DISCUSSION

The patterns of DEAEs across the 3 categories of MDD trials (acute, placebo-controlled; long-term, placebo-controlled; and long-term, open-label) and between MDD and GAD indications were similar. Dizziness was the most common DEAE reported across the 3 categories of MDD trials and in GAD trials, (Perahia, 2005; Allgulander, 2007). A majority of patients who experienced DEAEs described them as mild to moderate. In the acute, placebo-controlled MDD trials, DEAEs that resolved prior to final study contact generally did so in <7 days. In the long-term, placebo-controlled MDD trials, events that resolved prior to final study contact generally did so between 7-14 days. A higher percentage of DEAEs in the duloxetine treatment group in the MDD trials were unresolved prior to final study contact (Perahia, 2005).

Patients should be monitored for discontinuation symptoms when stopping duloxetine. A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible. If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may decrease the dose at a more gradual rate (Cymbalta package insert, 2010).

CYMBALTA® (duloxetine HCl), Lilly

*Last Reviewed: 7 April 2010*

*Based on feedback that health care providers wanted to receive a response to their question supported with peer-reviewed, published literature, publication(s) are attached/linked for additional reference (indicated by bolded text in the reference list). The attached/linked publication(s) were selected using the following criteria; however, all published references listed are available upon request by contacting 1-800-LillyRx. The method used to select the relevant publication(s) included a preference for peer-reviewed journals, the ability for the publication(s) to best answer the question from a clinical perspective, and publications that would provide scientific and/or fair balance. The most current publications meeting these criteria were considered.*

## REFERENCES

**Allgulander C, Hartford J, Russell J, et al. Pharmacotherapy of generalized anxiety disorder: results of duloxetine treatment from a pooled analysis of three clinical trials.** *Curr Med Res Opin.* **2007;23(6):1245-1252.** [DDRTALLGU]

Cymbalta [package insert]. Indianapolis, IN: Eli Lilly and Company; 2010.

Data on file, Eli Lilly and Company and/or one of its subsidiaries.

**Perahia DG, Kajdasz DK, Desaiah D, Haddad PM. Symptoms following abrupt discontinuation of duloxetine treatment in patients with major depressive disorder.** *J Affect Disord.* **2005;89(1-3):207-212.** [DDRTPERAH03]

**Exhibit 8**
58

# EXHIBIT 9

Exhibit 9
59

# Duloxetine HCl
# Discontinuation-Emergent Adverse Events in MDD/GAD

**"See important safety information, including boxed warning, in the attached prescribing information."**

SUMMARY

*Information on duloxetine and discontinuation-emergent adverse events in MDD/GAD is briefly summarized below. This information is discussed in more detail in the sections that follow.*

- Information on the discontinuation-emergent adverse events in MDD/GAD included in this letter may contain information that does not completely match the current US prescribing information for duloxetine. **Please see prescribing information for approved label information.**
- DEAEs have been systematically evaluated in patients taking duloxetine in acute, placebo-controlled MDD and GAD clinical trials (up to 10 weeks); in long-term placebo-controlled MDD trials (up to 26 weeks); and one 52-week open-label MDD trial (Perahia, 2005; Allgulander, 2007).
- In acute, placebo-controlled MDD trials, dizziness, nausea, headache, paresthesia, vomiting, irritability, and nightmares occurred at a statistically significantly higher rate (p<.05) in those patients discontinuing duloxetine compared to placebo (Perahia, 2005).
- The pattern of DEAEs reported in GAD studies was similar to that observed in MDD studies. In the single GAD study where duloxetine-treated patients were re-randomized to abrupt or gradual discontinuation, the method of discontinuation did not affect the frequency of DEAEs (Allgulander, 2007).
- A majority of DEAEs in acute and long-term studies were described as mild to moderate, and were also unresolved at final study contact (Perahia, 2005).
- In post-marketing spontaneous reports across all indications, tinnitus, seizures, mania, aggression, and anger upon discontinuation have each been very rarely reported (<0.01%) (Data on file).
- As with other drugs with similar pharmacological action (SSRI or SNRI), isolated cases of suicidal ideation and suicidal behaviors have been reported during duloxetine therapy or early after treatment discontinuation (Data on file).
- Patients should be monitored for discontinuation symptoms when stopping duloxetine (Cymbalta package insert, 2010).
- A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible (Cymbalta package insert, 2010).
- If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may decrease the dose at a more gradual rate (Cymbalta package insert, 2010).

Exhibit 9
60

### DISCONTINUATION-EMERGENT ADVERSE EVENTS IN CLINICAL TRIALS IN PATIENTS WITH MAJOR DEPRESSIVE DISORDER

Discontinuation-emergent adverse events (DEAEs) were proactively studied during clinical trials assessing the safety and efficacy of duloxetine in major depressive disorder (MDD). Overall, DEAE data from nine multicenter clinical trials conducted in the United States, Europe, and Latin America were reviewed. Eight of the studies consisted of 8-9 weeks of acute treatment and two of those eight had a 26-week placebo-controlled extension.  One study was a 52-week open-label trial.  In all studies, duloxetine was abruptly discontinued, followed by a 1- to 2-week lead-out phase to allow for the collection of DEAEs (Perahia, 2005).

*Incidence, Severity, and Duration of DEAEs Following Acute Treatment:*

A significantly greater proportion of duloxetine-treated patients reported ≥1 DEAE (44.3%) than those who received placebo (22.9%, p<.05). The DEAEs occurring at a statistically significantly higher rate in patients discontinuing duloxetine compared with placebo (p<.05) were: dizziness, nausea, headache, paresthesia, vomiting, irritability, and nightmares. The relationship between dose and incidence of DEAEs was not linear, although a higher incidence of DEAEs was seen in the 120-mg/day group. A total of 510 and 139 DEAEs were reported in the duloxetine and placebo groups, respectively. In the duloxetine group, 39.8%, 50.6%, and 9.6% of DEAEs reported were mild, moderate, or severe, respectively. In the placebo group, 46.0%, 48.9%, and 5.0% of DEAEs reported were mild, moderate, or severe, respectively. Of all DEAEs reported by duloxetine - and placebo-treated patients, 46.3% and 47.5% were resolved prior to final study contact, respectively (Perahia, 2005)

DEAEs leading to study discontinuation during the final lead-out phase were reported in 15 duloxetine -treated patients (3.1%) and no placebo-treated patients. Dizziness was the most commonly reported DEAE leading to study discontinuation, reported in 4 out of those 15 duloxetine -treated patients (26.7%) (Perahia, 2005).

*Incidence, Severity, and Duration of DEAEs Following Long-Term Treatment:*

In the 2 placebo-controlled long-term extension phases, significantly more duloxetine -treated patients reported ≥1 DEAE (9.1%) compared with placebo (2.0%, p<.05), with dizziness being the most common symptom. No difference was seen in the number of patients reporting at least one DEAE between the 80- and 120-mg/day groups after abrupt discontinuation following long-term treatment with duloxetine. In the uncontrolled, open-label study, 50.8% of the patients reported ≥1 DEAE, with dizziness being the most frequently reported (by 19.2% of patients) (Perahia, 2005).

Exhibit 9

61

In the long-term placebo-controlled trials, 70.6%, 26.5%, and 2.9% of DEAEs reported were mild, moderate, or severe, respectively. Also, 35.3% of all DEAEs reported by duloxetine - treated patients were resolved prior to final study contact. One duloxetine -treated patient discontinued from the trial as a result of the DEAE dizziness. In the open-label study, 36.6%, 46.3%, and 17.2% of DEAEs were reported as mild, moderate, or severe, respectively. Also, 44.8% of all DEAEs reported by duloxetine -treated patients in this study were resolved prior to final study contact (Perahia, 2005).

### DISCONTINUATION-EMERGENT ADVERSE EVENTS IN CLINICAL TRIALS IN PATIENTS WITH GENERALIZED ANXIETY DISORDER

Data from three double-blind, placebo-controlled studies in patients with generalized anxiety disorder (GAD) were pooled by Allgulander et al. These included a 9-week study at fixed duloxetine doses of 60 mg or 120 mg/day and two 10-week flexible-dose studies (60 to 120 mg/day). All studies included a 2-week discontinuation phase. In the 9-week fixed-dose study, patients taking duloxetine were re-randomized in the discontinuation phase to either abrupt discontinuation or a gradual taper. In the other 2 studies, duloxetine was discontinued by gradual taper (Allgulander, 2007). In all three studies, patients for whom their duloxetine dose was tapered followed a tapering schedule that was dependent upon their starting dose (Data on file). Patients randomized to 120mg or 90mg/day took 60mg/day for 1 week followed by 30mg/day for 1 week. Patients assigned 60mg/day took 30mg/day for 2 weeks (Data on file).

In the pooled dataset, there was no statistically significant difference between placebo and duloxetine groups in the proportion of patients experiencing any DEAEs. Five DEAEs occurring in >2% of patients were reported, with headache, dizziness, and insomnia occurring more frequently in duloxetine - than placebo-treated patients ($p \leq .01$ to $p \leq .05$). Dizziness was the most commonly reported. In the 9-week study, the method of discontinuation (that is, abrupt or gradual) did not affect the frequency of DEAEs (Allgulander, 2007).

### DISCONTINUATION-EMERGENT ADVERSE EVENTS FROM POST-MARKETING SPONTANEOUS REPORTS

In post-marketing spontaneous reports across all indications, the adverse events of tinnitus, seizures, mania, aggression, and anger upon discontinuation have each been very rarely reported (<0.01%). These data do not represent the rate of occurrence of an adverse event in a treated population; they merely represent the rate of reporting of a particular adverse event to the company (Data on file).

As with other drugs with similar pharmacological action (selective serotonin reuptake inhibitors (SSRIs) or selective norepinephrine reuptake inhibitors (SNRIs)), isolated cases of suicidal ideation and suicidal behaviors have been reported during duloxetine therapy or early after treatment discontinuation (Data on file).

**Exhibit 9**
**62**

## DISCUSSION

The patterns of DEAEs across the 3 categories of MDD trials (acute, placebo-controlled; long-term, placebo-controlled; and long-term, open-label) and between MDD and GAD indications were similar. Dizziness was the most common DEAE reported across the 3 categories of MDD trials and in GAD trials, (Perahia, 2005; Allgulander, 2007). A majority of patients who experienced DEAEs described them as mild to moderate. In the acute, placebo-controlled MDD trials, DEAEs that resolved prior to final study contact generally did so in <7 days. In the long-term, placebo-controlled MDD trials, events that resolved prior to final study contact generally did so between 7-14 days. A higher percentage of DEAEs in the duloxetine treatment group in the MDD trials were unresolved prior to final study contact (Perahia, 2005).

Patients should be monitored for discontinuation symptoms when stopping duloxetine. A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible. If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may decrease the dose at a more gradual rate (Cymbalta package insert, 2010).

CYMBALTA® (duloxetine HCl), Lilly

*Last Reviewed: 7 April 2010, US_DLX148_DEAE_MOOD v6*

*Based on feedback that health care providers wanted to receive a response to their question supported with peer-reviewed, published literature, publication(s) are attached/linked for additional reference (indicated by bolded text in the reference list). The attached/linked publication(s) were selected using the following criteria; however, all published references listed are available upon request by contacting 1-800-LillyRx. The method used to select the relevant publication(s) included a preference for peer-reviewed journals, the ability for the publication(s) to best answer the question from a clinical perspective, and publications that would provide scientific and/or fair balance. The most current publications meeting these criteria were considered.*

## REFERENCES

**Allgulander C, Hartford J, Russell J, et al. Pharmacotherapy of generalized anxiety disorder: results of duloxetine treatment from a pooled analysis of three clinical trials.** *Curr Med Res Opin.* **2007;23(6):1245-1252.** [DDRTALLGU]

Cymbalta [package insert]. Indianapolis, IN: Eli Lilly and Company; 2010.

Data on file. Eli Lilly and Company and/or one of its subsidiaries.

**Perahia DG, Kajdasz DK, Desaiah D, Haddad PM. Symptoms following abrupt discontinuation of duloxetine treatment in patients with major depressive disorder.** *J Affect Disord.* **2005;89(1-3):207-212.** [DDRTPERAH03]

**Exhibit 9**
**63**

# EXHIBIT 10

Exhibit 10
64

# Duloxetine HCl
# Discontinuation-Emergent Adverse Events in MDD/GAD

**"See important safety information, including boxed warning, in the attached prescribing information."**

## SUMMARY

*Information on duloxetine and discontinuation-emergent adverse events in MDD/GAD is briefly summarized below. This information is discussed in more detail in the sections that follow.*

- Information on the discontinuation-emergent adverse events in MDD/GAD included in this letter contains information in addition to that provided in the current US prescribing information for duloxetine. **Please see prescribing information for approved label information.**
- DEAEs have been systematically evaluated in patients taking duloxetine in acute, placebo-controlled MDD and GAD clinical trials (up to 10 weeks); in long-term placebo-controlled MDD trials (up to 26 weeks); and one 52-week open-label MDD trial (Perahia, 2005; Allgulander, 2007).
- In acute, placebo-controlled MDD trials, dizziness, nausea, headache, paresthesia, vomiting, irritability, and nightmares occurred at a statistically significantly higher rate (p<.05) in those patients discontinuing duloxetine compared to placebo (Perahia, 2005).
- The pattern of DEAEs reported in GAD studies was similar to that observed in MDD studies. In the single GAD study where duloxetine-treated patients were re-randomized to abrupt or gradual discontinuation, the method of discontinuation did not affect the frequency of DEAEs (Allgulander, 2007).
- A majority of DEAEs in acute and long-term studies were described as mild to moderate, and were also unresolved at final study contact (Perahia, 2005).
- Tinnitus, seizures, mania, aggression, and anger have been reported upon discontinuation (Cymbalta package insert, 2011).
- As with other drugs with similar pharmacological action (SSRI or SNRI), isolated cases of suicidal ideation and suicidal behaviors have been reported during duloxetine therapy or early after treatment discontinuation (Cymbalta package insert, 2011).
- Patients should be monitored for discontinuation symptoms when stopping duloxetine (Cymbalta package insert, 2011).
- A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible (Cymbalta package insert, 2011).
- If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may decrease the dose at a more gradual rate (Cymbalta package insert, 2011).

**Exhibit 10**
**65**

### DISCONTINUATION-EMERGENT ADVERSE EVENTS IN CLINICAL TRIALS IN PATIENTS WITH MAJOR DEPRESSIVE DISORDER

Discontinuation-emergent adverse events (DEAEs) were proactively studied during clinical trials assessing the safety and efficacy of duloxetine in major depressive disorder (MDD). Overall, DEAE data from nine multicenter clinical trials conducted in the United States, Europe, and Latin America were reviewed. Eight of the studies consisted of 8-9 weeks of acute treatment and two of those eight had a 26-week placebo-controlled extension.  One study was a 52-week open-label trial.  In all studies, duloxetine was abruptly discontinued, followed by a 1- to 2-week lead-out phase to allow for the collection of DEAEs (Perahia, 2005).

*Incidence, Severity, and Duration of DEAEs Following Acute Treatment:*

A significantly greater proportion of duloxetine-treated patients reported ≥1 DEAE (44.3%) than those who received placebo (22.9%, p<.05). The DEAEs occurring at a statistically significantly higher rate in patients discontinuing duloxetine compared with placebo (p<.05) were: dizziness, nausea, headache, paresthesia, vomiting, irritability, and nightmares. The relationship between dose and incidence of DEAEs was not linear, although a higher incidence of DEAEs was seen in the 120-mg/day group. A total of 510 and 139 DEAEs were reported in the duloxetine and placebo groups, respectively. In the duloxetine group, 39.8%, 50.6%, and 9.6% of DEAEs reported were mild, moderate, or severe, respectively. In the placebo group, 46.0%, 48.9%, and 5.0% of DEAEs reported were mild, moderate, or severe, respectively. Of all DEAEs reported by duloxetine - and placebo-treated patients, 46.3% and 47.5% were resolved prior to final study contact, respectively (Perahia, 2005)

DEAEs leading to study discontinuation during the final lead-out phase were reported in 15 duloxetine -treated patients (3.1%) and no placebo-treated patients. Dizziness was the most commonly reported DEAE leading to study discontinuation, reported in 4 out of those 15 duloxetine -treated patients (26.7%) (Perahia, 2005).

*Incidence, Severity, and Duration of DEAEs Following Long-Term Treatment:*

In the 2 placebo-controlled long-term extension phases, significantly more duloxetine -treated patients reported ≥1 DEAE (9.1%) compared with placebo (2.0%, p<.05), with dizziness being the most common symptom. No difference was seen in the number of patients reporting at least one DEAE between the 80- and 120-mg/day groups after abrupt discontinuation following long-term treatment with duloxetine. In the uncontrolled, open-label study, 50.8% of the patients reported ≥1 DEAE, with dizziness being the most frequently reported (by 19.2% of patients) (Perahia, 2005).

**Exhibit 10**

**66**

In the long-term placebo-controlled trials, 70.6%, 26.5%, and 2.9% of DEAEs reported were mild, moderate, or severe, respectively. Also, 35.3% of all DEAEs reported by duloxetine - treated patients were resolved prior to final study contact. One duloxetine -treated patient discontinued from the trial as a result of the DEAE dizziness. In the open-label study, 36.6%, 46.3%, and 17.2% of DEAEs were reported as mild, moderate, or severe, respectively. Also, 44.8% of all DEAEs reported by duloxetine -treated patients in this study were resolved prior to final study contact (Perahia, 2005).

### DISCONTINUATION-EMERGENT ADVERSE EVENTS IN CLINICAL TRIALS IN PATIENTS WITH GENERALIZED ANXIETY DISORDER

Data from three double-blind, placebo-controlled studies in patients with generalized anxiety disorder (GAD) were pooled by Allgulander et al. These included a 9-week study at fixed duloxetine doses of 60 mg or 120 mg/day and two 10-week flexible-dose studies (60 to 120 mg/day). All studies included a 2-week discontinuation phase. In the 9-week fixed-dose study, patients taking duloxetine were re-randomized in the discontinuation phase to either abrupt discontinuation or a gradual taper. In the other 2 studies, duloxetine was discontinued by gradual taper (Allgulander, 2007). In all three studies, patients for whom their duloxetine dose was tapered followed a tapering schedule that was dependent upon their starting dose (Data on file). Patients randomized to 120mg or 90mg/day took 60mg/day for 1 week followed by 30mg/day for 1 week. Patients assigned 60mg/day took 30mg/day for 2 weeks (Data on file).

In the pooled dataset, there was no statistically significant difference between placebo and duloxetine groups in the proportion of patients experiencing any DEAEs. Five DEAEs occurring in >2% of patients were reported, with headache, dizziness, and insomnia occurring more frequently in duloxetine - than placebo-treated patients ($p \leq .01$ to $p \leq .05$). Dizziness was the most commonly reported. In the 9-week study, the method of discontinuation (that is, abrupt or gradual) did not affect the frequency of DEAEs (Allgulander, 2007).

### DISCONTINUATION-EMERGENT ADVERSE EVENTS FROM POST-MARKETING SPONTANEOUS REPORTS

In post-marketing spontaneous reports across all indications, the adverse events of tinnitus, seizures, mania, aggression, and anger upon discontinuation have each been very rarely reported (<0.01%). These data do not represent the rate of occurrence of an adverse event in a treated population; they merely represent the rate of reporting of a particular adverse event to the company (Data on file).

As with other drugs with similar pharmacological action (selective serotonin reuptake inhibitors (SSRIs) or selective norepinephrine reuptake inhibitors (SNRIs)), isolated cases of suicidal ideation and suicidal behaviors have been reported during duloxetine therapy or early after treatment discontinuation (Cymbalta package insert, 2011).

Exhibit 10
67

## DISCUSSION

The patterns of DEAEs across the 3 categories of MDD trials (acute, placebo-controlled; long-term, placebo-controlled; and long-term, open-label) and between MDD and GAD indications were similar. Dizziness was the most common DEAE reported across the 3 categories of MDD trials and in GAD trials. (Perahia, 2005; Allgulander, 2007). A majority of patients who experienced DEAEs described them as mild to moderate. In the acute, placebo-controlled MDD trials, DEAEs that resolved prior to final study contact generally did so in <7 days. In the long-term, placebo-controlled MDD trials, events that resolved prior to final study contact generally did so between 7-14 days. A higher percentage of DEAEs in the duloxetine treatment group in the MDD trials were unresolved prior to final study contact (Perahia, 2005).

Patients should be monitored for discontinuation symptoms when stopping duloxetine. A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible. If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may decrease the dose at a more gradual rate (Cymbalta package insert, 2011).

CYMBALTA® (duloxetine HCl), Lilly

*Last Reviewed: 5 Jan 2012, US_DLX148_DEAE_MOOD v9*

*Based on feedback that health care providers wanted to receive a response to their question supported with peer reviewed, published literature, publication(s) are attached/linked for additional reference (indicated by bolded text in the reference list). The attached/linked publication(s) were selected using the following criteria; however, all published references listed are available upon request by contacting 1-800-LillyRx. The method used to select the relevant publication(s) included a preference for peer reviewed journals, the ability for the publication(s) to best answer the question from a clinical perspective, and publications that would provide scientific and/or fair balance. The most current publications meeting these criteria were considered.*

## REFERENCES

**Allgulander C, Hartford J, Russell J, et al. Pharmacotherapy of generalized anxiety disorder: results of duloxetine treatment from a pooled analysis of three clinical trials. *Curr Med Res Opin.* 2007;23(6):1245-1252.** [DDRTALLGU]

Cymbalta [package insert]. Indianapolis, IN: Eli Lilly and Company; 2011.

Data on file, Eli Lilly and Company and/or one of its subsidiaries.

**Perahia DG, Kajdasz DK, Desaiah D, Haddad PM. Symptoms following abrupt discontinuation of duloxetine treatment in patients with major depressive disorder. *J Affect Disord.* 2005;89(1-3):207-212.** [DDRTPERAH03]

**Exhibit 10**
**68**

# EXHIBIT 11

Exhibit 11
69

# Duloxetine HCl
## Discontinuation-Emergent Adverse Events

**"See important safety information, including boxed warning, in the attached prescribing information."**

SUMMARY

*Information on duloxetine and discontinuation-emergent adverse events is briefly summarized below. This information is discussed in more detail in the sections that follow.*

- Information on duloxetine and discontinuation-emergent adverse events included in this letter contains information in addition to that provided in the current US prescribing information for duloxetine. **Please see prescribing information for approved label information.**
- With all classes of antidepressants, discontinuation may precipitate or increase the risk of certain AEs (Shelton, 2001); these reactions are referred to as DEAEs.
- Antidepressant discontinuation syndrome does not indicate addiction or dependence (Schatzberg, 2006).
- Following abrupt or tapered discontinuation in placebo-controlled clinical trials (all indications), the following symptoms occurred at 1% or greater and at a significantly higher rate in duloxetine-treated patients compared to those discontinuing from placebo: dizziness, headache, nausea, diarrhea, paresthesia, irritability, vomiting, insomnia, anxiety, hyperhidrosis, and fatigue (Cymbalta Package Insert, 2012).
- In acute, placebo-controlled MDD trials, dizziness, nausea, headache, paresthesia, vomiting, irritability, and nightmares occurred at a statistically significantly higher rate (p<.05) in those patients discontinuing duloxetine compared to placebo (Perahia, 2005).
- A majority of DEAEs in acute and long-term studies were described as mild to moderate, and were also unresolved at final study contact (Perahia, 2005).
- As with other drugs with similar pharmacological action (SSRI or SNRI), isolated cases of suicidal ideation and suicidal behaviors have been reported during duloxetine therapy or early after treatment discontinuation (Data on file).
- Discontinuation syndrome may be mistaken for a relapse or recurrence (Shelton, 2001). Clinicians should monitor their patients to determine whether the symptoms are a re-emergence of the depressive disorder or are related to the discontinuation of the antidepressant (Schatzberg, 2006).
- Patients should be educated about discontinuation syndrome before and during antidepressant treatment, the importance of taking medication consistently, and the need to taper medication at the end of a course of treatment to minimize such symptoms (Schatzberg, 2006).
- When discontinuing duloxetine a gradual reduction in the dose rather than abrupt cessation is recommended whenever possible. If intolerable symptoms occur upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may continue decreasing the dose but at a more gradual rate (Cymbalta Package Insert, 2012).

DLX148

**Exhibit 11**
**70**

- Switching to an agent with an extended half-life, such as fluoxetine can help reduce the incidence of antidepressant discontinuation syndrome (Benazzi, 1998; Schatzberg, 2006).

## BACKGROUND

With all classes of antidepressants, discontinuation may precipitate or increase the risk of certain adverse events (AEs). These reactions, referred to as discontinuation-emergent adverse events (DEAEs), may emerge within a couple of days, or even hours, after the abrupt discontinuation of an antidepressant with a short half-life. Although discontinuation responses are generally mild, they can be severe, interfering with home, work, and daily activities such as driving. It is important to recognize the potential for these DEAEs and educate patients about the need to take all antidepressants at the doses prescribed; warning them of the symptoms that may occur if they skip doses or stop their medication too quickly. Although discontinuation symptoms are most often associated with the abrupt discontinuation of an antidepressant, they have been reported during gradual tapering and intermittent noncompliance as well (Shelton, 2001).

Antidepressant discontinuation syndrome does not indicate addiction or dependence (Schatzberg, 2006). Since antidepressants are not addictive agents and do not directly evoke the brain reward systems, the term "discontinuation" is preferred over "withdrawal" when describing these symptoms (Shelton, 2001).

During marketing of other SSRIs and SNRIs (serotonin and norepinephrine reuptake inhibitors), there have been spontaneous reports of adverse events occurring upon discontinuation of these drugs, particularly when abrupt, including the following: dysphoric mood, irritability, agitation, dizziness, sensory disturbances (e.g., paresthesias such as electric shock sensations), anxiety, confusion, headache, lethargy, emotional lability, insomnia, hypomania, tinnitus, and seizures. Although these events are generally self-limiting, some have been reported to be severe (Cymbalta Package Insert, 2012).

As with other drugs with similar pharmacological action (SSRI or SNRI), isolated cases of suicidal ideation and suicidal behaviors have been reported during duloxetine therapy or early after treatment discontinuation (Data on file).

## DISTINGUISHING DISCONTINUATION FROM RELAPSE OR RECURRENCE

Discontinuation syndrome may be mistaken for a relapse or recurrence. Discontinuation reactions may be physical as well as psychological, and they are usually not attributable to other causes. A distinctive symptom of discontinuation is dizziness, which is not characteristic of relapse and can often therefore be used in making the differentiation. If symptoms of discontinuation emerge, they may potentially be reversed by restarting the original antidepressant or a similar medication, which should then be slowly tapered to minimize the recurrence of the symptoms. Symptoms of relapse or recurrence are not so readily reversed.  All classes of antidepressants with a short half-life have documented discontinuation symptom reactions that may occur within a couple of days or sometimes hours after abrupt discontinuation and gradually subside over a few days to 2 weeks. In

Exhibit 11
71

contrast, relapse or recurrence typically takes 2 or 3 weeks or longer after the medication is discontinued to emerge, and these events are accompanied by worsening depression, insomnia, and psychomotor symptoms (Shelton, 2001).

## DISCONTINUATION EMERGENT ADVERSE EVENTS

*Clinical Trials: All Indications*

Discontinuation symptoms have been systematically evaluated in patients taking duloxetine. Following abrupt or tapered discontinuation in placebo-controlled clinical trials, the following symptoms occurred at 1% or greater and at a significantly higher rate in duloxetine-treated patients compared to those discontinuing from placebo: dizziness, headache, nausea, diarrhea, paraesthesia, irritability, vomiting, insomnia, anxiety, hyperhidrosis, and fatigue (Cymbalta Package Insert, 2012).

*MDD Clinical Trials*

Discontinuation-emergent adverse events (DEAEs) were proactively studied during clinical trials assessing the safety and efficacy of duloxetine in major depressive disorder (MDD). Overall, DEAE data from nine multicenter clinical trials were conducted: eight of the studies consisted of 8-9 weeks of acute treatment and two of those eight had a 26-week placebo-controlled extension. One study was a 52-week open-label trial. In all studies, duloxetine was abruptly discontinued, followed by a 1- to 2-week lead-out phase to allow for the collection of DEAEs (Perahia, 2005).

*Incidence, Severity, and Duration of DEAEs Following Acute Treatment:*

A significantly greater proportion of duloxetine-treated patients reported ≥1 DEAE (44.3%) than those who received placebo (22.9%, p<.05). The DEAEs occurring at a statistically significantly higher rate in patients discontinuing duloxetine compared with placebo (p<.05) were: dizziness, nausea, headache, paresthesia, vomiting, irritability, and nightmares. The relationship between dose and incidence of DEAEs was not linear, although a higher incidence of DEAEs was seen in the 120-mg/day group. A total of 510 and 139 DEAEs were reported in the duloxetine and placebo groups, respectively. In the duloxetine group, 39.8%, 50.6%, and 9.6% of DEAEs reported were mild, moderate, or severe, respectively. In the placebo group, 46.0%, 48.9%, and 5.0% of DEAEs reported were mild, moderate, or severe, respectively. Of all DEAEs reported by duloxetine - and placebo-treated patients, 46.3% and 47.5% were resolved prior to final study contact, respectively (Perahia, 2005)

DEAEs leading to study discontinuation during the final lead-out phase were reported in 15 duloxetine -treated patients (3.1%) and no placebo-treated patients. Dizziness was the most commonly reported DEAE leading to study discontinuation, reported in 4 out of those 15 duloxetine -treated patients (26.7%) (Perahia, 2005).

*Incidence, Severity, and Duration of DEAEs Following Long-Term Treatment:*

In the 2 placebo-controlled long-term extension phases, significantly more duloxetine -treated patients reported ≥1 DEAE (9.1%) compared with placebo (2.0%, p<.05), with dizziness

**Exhibit 11**

**72**

being the most common symptom. No difference was seen in the number of patients reporting at least one DEAE between the 80- and 120-mg/day groups after abrupt discontinuation following long-term treatment with duloxetine. In the uncontrolled, open-label study, 50.8% of the patients reported ≥1 DEAE, with dizziness being the most frequently reported (by 19.2% of patients) (Perahia, 2005).

In the long-term placebo-controlled trials, 70.6%, 26.5%, and 2.9% of DEAEs reported were mild, moderate, or severe, respectively. Also, 35.3% of all DEAEs reported by duloxetine - treated patients were resolved prior to final study contact. One duloxetine -treated patient discontinued from the trial as a result of the DEAE dizziness. In the open-label study, 36.6%, 46.3%, and 17.2% of DEAEs were reported as mild, moderate, or severe, respectively. Also, 44.8% of all DEAEs reported by duloxetine -treated patients in this study were resolved prior to final study contact (Perahia, 2005).

*Post-Marketing Spontaneous Reports*

During marketing of other SSRIs and SNRIs, there have been spontaneous reports of AEs occurring upon discontinuation of these drugs, particularly when abrupt, including the following: dysphoric mood, irritability, agitation, dizziness, sensory disturbances (e.g., paresthesias such as electric shock sensations), anxiety, confusion, headache, lethargy, emotional lability, insomnia, hypomania, tinnitus, and seizures. Although these events are generally self-limiting, some have been reported to be severe (Cymbalta Package Insert, 2012).

In duloxetine post-marketing spontaneous reports across all indications, the AEs of tinnitus, seizures, paraesthesia, aggression, and anger have been reported upon discontinuation (Data on file). Spontaneous reporting of adverse events can be highly variable and is not controlled clinical information on which to assess causality of a drug to an adverse event. Spontaneous reporting has limitations due to bias in reporting including incomplete information concerning the patient. In addition, the spontaneous database may include reports of adverse events for products that are available from a variety of manufacturers. When verification for product produced by Eli Lilly and Company is not obtainable, these cases are included in the spontaneous reporting database. This data does not represent the rate of occurrence of an adverse event; they merely represent the rate of reporting of a particular adverse event to the company (Data on file).

*Discontinuation Syndrome in Neonates*

Neonates exposed to SSRIs or SNRIs, late in the third trimester have developed complications requiring prolonged hospitalization, respiratory support, and tube feeding. Such complications can arise immediately upon delivery. Reported clinical findings have included respiratory distress, cyanosis, apnea, seizures, temperature instability, feeding difficulty, vomiting, hypoglycemia, hypotonia, hypertonia, hyperreflexia, tremor, jitteriness, irritability, and constant crying. These features are consistent with either a direct toxic effect of SSRIs and SNRIs or, possibly, a drug discontinuation syndrome. It should be noted that, in some cases, the clinical picture is consistent with serotonin syndrome (Cymbalta Package Insert, 2012).

**Exhibit 11**
**73**

### TAPERING SCHEDULES UTILIZED IN DULOXETINE CLINICAL STUDIES

When discontinuing duloxetine a gradual reduction in the dose rather than abrupt cessation is recommended whenever possible. If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may continue decreasing the dose but at a more gradual rate (Cymbalta Package Insert, 2012).

Drug-taper phases for duloxetine were included in studies for the following conditions: MDD, generalized anxiety disorder (GAD), diabetic peripheral neuropathic pain (DPNP), fibromyalgia (FM), chronic low back pain (CLBP), and osteoarthritis (OA) knee pain. The duration of the studies ranged from 9 weeks (Kornstein, 2009) to more than 2 years (Wohlreich, 2007). There were slight variations from one study to another in the duloxetine clinical trials that included a drug-taper phase, but in general, patients were tapered over a period of 2 weeks, with a duloxetine dose reduction of 50% each week. In most cases, the lowest taper dose received by patients was duloxetine 30 mg daily (QD); after a reduction to duloxetine 30 mg QD for 1 week, patients were discontinued from duloxetine (Arnold, 2005; Arnold, 2010; Perahia, 2008; Russell, 2008; Chappell, 2009; Skljarevski, 2009a; Skljarevski, 2010; Data on file). There were several studies where patients receiving duloxetine 120 mg daily during the active treatment phase were tapered to 60 mg QD for 1 week and then discontinued (Raskin, 2006; Wernicke, 2006; Wernicke, 2007).

A few studies included a duloxetine 90 mg/day dose. Patients who were on a 90 mg/day dose during the active treatment phases were tapered down to 60 mg QD for a week, followed by 30 mg QD for a week (Perahia, 2008; Arnold, 2010; Data on file). A couple of studies included a 20 mg QD dose, which is a subtherapeutic dose (Russell, 2008; Skljarevski, 2009b). Patients receiving duloxetine 20 mg QD during active treatment either remained on the same dose or received placebo for the duration of the drug taper phase (Russell, 2008; Data on file).

In one MDD study where the only duloxetine dose evaluated was 60 mg, the taper phase consisted of a 50% dose reduction for 3 days; no study drug was taken after 3 days (Perahia, 2006). In another MDD study that included duloxetine daily doses of 60 mg, 90 mg, and 120 mg, the duloxetine dose was reduced by 30 mg every 4 days (at a minimum), but the rate of taper could be reduced at the investigator's discretion (Wohlreich, 2007; Data on file).

### MANAGEMENT OF DISCONTINUATION SYNDROME

A literature search was performed for guidance on the management of discontinuation syndrome of SSRIs and SNRIs. A review for consensus panel recommendations (Schatzberg, 2006) as well as individual case reports (Benazzi, 1998; Benazzi, 2008) were found and described below.

According to the guidelines written by Schatzberg *et al.* (2006), clinicians should monitor their patients to determine whether the symptoms are a re-emergence of the depressive disorder or are related to the discontinuation of the antidepressant, and should ensure monitoring during the usual window for onset of discontinuation symptoms (within about 2

Exhibit 11
74

weeks from discontinuation time). Patients should be educated about discontinuation syndrome before and during antidepressant treatment, the importance of taking medication consistently, and the need to taper medication at the end of a course of treatment of 3 to 4 weeks or longer to minimize the occurrence of such symptoms. Patients should be reassured that the symptoms associated with discontinuation syndrome are likely to be mild and short-lived. Patients should also be informed that discontinuation-like syndromes could also occur with medications used for other conditions (i.e. beta blockers for hypertension, lithium in bipolar disorder) (Schatzberg, 2006).

Schatzberg et al. also noted that for severe and distressing symptoms, the dosage of the drug prescribed immediately before the dose decrease that lead to the onset of discontinuation symptoms should be restarted and the rate of taper slowed (Schatzberg, 2006). Benazzi et al. (2008) published another strategy used to treat discontinuation syndrome, based on clinical observations found in case reports and in clinicians' clinical practice which is switching the SSRI/SNRI to fluoxetine (Benazzi, 2008). Switching to an agent with an extended half-life, such as fluoxetine can help reduce the incidence of SRI discontinuation syndrome (Schatzberg, 2006).

Eli Lilly and Company and/or one of its subsidiaries has not systematically studied the co-administration of fluoxetine and duloxetine to minimize discontinuation symptoms or switching from duloxetine to fluoxetine during an incidence of discontinuation syndrome. Given the primary CNS effects of duloxetine, it should be used with caution when it is taken in combination with or substituted for other centrally acting drugs, including those with a similar mechanism of action (Cymbalta Package Insert, 2012).

CYMBALTA® (duloxetine HCl), Lilly

*Last Reviewed: 16-Oct-2012, US_DLX148_DEAEv10*

*The published references below are available upon request by contacting 1-800-LillyRx.*

## REFERENCES

Arnold LM, Clauw D, Wang F, et al. Flexible dosed duloxetine in the treatment of fibromyalgia: a randomized, double-blind, placebo-controlled trial. *J Rheumatol.* 2010;37(12):2578-2586.

Arnold LM, Rosen A, Pritchett YL, et al. A randomized, double-blind, placebo-controlled trial of duloxetine in the treatment of women with fibromyalgia with or without major depressive disorder. *Pain.* 2005;119(1):5-15.

Benazzi F. SSRI Discontinuation Syndrome Treated with Fluoxetine. [letter to the editor]. *Int J Geriatr Psychiatry.* 1998;13(6):421-422.

Benazzi F. Fluoxetine for the treatment of SSRI discontinuation syndrome [letter to the editor]. *Int J Neuropsychopharmacol.* 2008;11(5):725-726.

**Exhibit 11**
**75**

Chappell AS, Ossanna MJ, Liu-Seifert H, et al. Duloxetine, a centrally acting analgesic, in the treatment of patients with osteoarthritis knee pain: a 13-week, randomized, placebo-controlled trial. *Pain.* 2009;146(3):253-260.

Cymbalta [package insert]. Indianapolis, IN: Eli Lilly and Company: 2012.

Data on file, Eli Lilly and Company and/or one of its subsidiaries

Kornstein S, Russell JM, Spann ME, et al. Duloxetine in the treatment of generalized anxiety disorder. *Expert Rev Neurother.* 2009;9(2):155-165.

Perahia DGS, Pritchett YL, Kajdasz DK, et al. A randomized, double-blind comparison of duloxetine and venlafaxine in the treatment of patients with major depressive disorder. *J Psychiatric Res.* 2008;42(1):22-34.

Perahia DG, Gilaberte I, Wang F, et al. Duloxetine in the prevention of relapse of major depressive disorder: double-blind placebo-controlled study. *Br J Psychiatry.* 2006;188:346-353.

Perahia DG, Kajdasz DK, Desaiah D, Haddad PM. Symptoms following abrupt discontinuation of duloxetine treatment in patients with major depressive disorder. *J Affect Disord.* 2005;89(1):207-212.

Raskin J, Wang F, Pritchett YL, Goldstein DJ. Duloxetine for patients with diabetic peripheral neuropathic pain: a 6-month open-label safety study. *Pain Med.* 2006;7(5):373-385.

Russell IJ, Mease PJ, Smith TR, et al. Efficacy and safety of duloxetine for treatment of fibromyalgia in patients with or without major depressive disorder: results from a 6-month, randomized, double-blind, placebo-controlled, fixed-dose trial. *Pain.* 2008;136(3):432-444.

Schatzberg AF, Blier P, Dlegado PL, et al. Antidepressant discontinuation syndrome: consensus panel recommendations for clinical management and additional research. *J Clin Psychiatry.* 2006;67(suppl 4):27-30.

Shelton RC. Steps Following Attainment of Remission: Discontinuation of Antidepressant Therapy. *J Clin Psychiatry.* 2001;3(4):168-174.

Skljarevski V, Desaiah D, Zhang Q, et al. Evaluating the maintenance of effect of duloxetine in patients with diabetic peripheral neuropathic pain. "Primary Care Companion" *Diabetes Metab Res Rev.* 2009a;25(7):623-631.

Skljarevski V, Ossanna M, Liu-Seifert H, et al. A double-blind, randomized trial of duloxetine versus placebo in the management of chronic low back pain. *Eur J Neurol.* 2009b;16(9):1041-1048.

Skljarevski V, Zhang S, Desaiah D, et al. Duloxetine versus placebo in patients with chronic low back pain: a 12-week, fixed-dose, randomized, double-blind trial. *J Pain.* 2010;11(12):1282-1290.

**Exhibit 11**
76

Wernicke JF, Pritchett YL, D'Souza DN, et al. A randomized controlled trial of duloxetine in diabetic peripheral neuropathic pain. *Neurology*. 2006;67(8):1411-1420.

Wernicke JF, Wang F, Pritchett YL, et al. An open-label 52-week clinical extension comparing duloxetine with routine care in patients with diabetic peripheral neuropathic pain. *Pain Med*. 2007;8(6):503-513.

Wohlreich MM, Mallinckrodt CH, Prakash A, et al. Duloxetine for the treatment of major depressive disorder: safety and tolerability associated with dose escalation. *Depress Anxiety*. 2007;24(1):41-52.

Exhibit 11
77