UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-09366-SVW-MAN | Date | April 29, 2013 |
|---|---|---|---|
| Title | Jennifer L Saavedra v. Eli Lilly and Company | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Havila C. Unrein | Michael X. Imbroscio |
| Micael D. Woerner | Phyllis A. Jones |

**Proceedings:** [54] MOTION for Summary Judgment Pursuant to Fed. R. Civ. P. 56(a) filed by defendant Eli Lilly and Company

Hearing held. The motion is submitted. Order to issue.

: 49

Initials of Preparer    PMC