UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:12-cv-09366-SVW-MAN | Date | September 17, 2013 |
|---|---|---|---|
| Title | Jennifer L Saavedra v. Eli Lilly and Company | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER Re OPPOSITION to MOTION to Certify Class Pursuant to Rule 23(b)(3) [84]

Upon consideration of Defendant's Opposition to Plaintiffs' Motion for Class Certification, the Court agrees that Defendant should be given the opportunity to develop a factual record in support of its Opposition before the Court can resolve class certification. In short, the Court cannot assume that the facts in this case are similar or identical to the facts in the cases Defendant cites.

Therefore, Defendant is hereby ordered to submit a supplemental brief with accompanying exhibits that describes the evidentiary support for its position no later than three weeks from the date of this order. Plaintiffs will be permitted to file a reply no later than two weeks after Defendant's filing.

A further hearing will be held on November 4, 2013 at 1:30 p.m.

|  | : |  |
|---|---|---|
| Initials of Preparer | PMC | |