1  Clara J. Shin, SB #214809
     E-mail: cshin@cov.com
2  COVINGTON & BURLING LLP
   One Front Street
3  San Francisco, CA 94111
   Telephone: (415) 591-7058
4  Facsimile: (415) 591-6091

5  Mark H. Lynch (*admitted pro hac vice*)
     E-mail: mlynch@cov.com
6  Michael X. Imbroscio (*admitted pro hac vice*)
     E-mail: mimbroscio@cov.com
7  Phyllis A. Jones (*admitted pro hac vice*)
     E-mail: pajones@cov.com
8  Colleen A. Kelly (*admitted pro hac vice*)
     E-mail: ckelly@cov.com
9  COVINGTON & BURLING LLP
   1201 Pennsylvania Avenue NW
10  Washington, DC 20004
   Telephone: (202) 662-6000
11  Facsimile: (202) 662-6291

12  Attorneys for Defendant
   ELI LILLY AND COMPANY

13

14            UNITED STATES DISTRICT COURT

15        FOR THE CENTRAL DISTRICT OF CALIFORNIA

16  JENNIFER L. SAAVEDRA, et al., on        No. 2:12-cv-09366-SVW-MAN
   behalf of themselves and all other
17  persons similarly situated,             DECLARATION OF DOUGLAS
                                           JACOBS, M.D.
18        Plaintiffs,
                                           Date:     November 4, 2013
19        v.                                Time:     1:30 p.m.
                                           Location: Courtroom 6
20  ELI LILLY AND COMPANY, an              Judge:    Hon. Stephen V. Wilson
   Indiana corporation,
21
          Defendant.
22

23

24

25

26

27

28

                              1

I, Douglas Jacobs, state as follows:

A.    Qualifications

1.    I am a board-certified psychiatrist and an Associate Clinical Professor of Psychiatry at Harvard Medical School.

2.    In 1971, I received my medical degree from the University of Pennsylvania School of Medicine.  I received my post-graduate clinical training at Harvard Medical School, where I completed a three-year residency in adult psychiatry at the Massachusetts Mental Health Center.

3.    Since 1975, I have been a member of the Harvard Medical School faculty, where I have taught psychiatry.

4.    I maintain an active clinical practice and am on staff at McLean Hospital in Belmont, Massachusetts.

5.    I am the Founder, President, and Medical Director of Screening for Mental Health, Inc., which is a non-profit organization dedicated to promoting the improvement of mental health by providing the public with education, screening, and treatment resources.

6.    I am a member of the American Psychiatric Association's Work Group on the Practice Guideline for Psychiatric Evaluation.

7.    I have written extensively on many topics concerning the practice of psychiatry, including the evaluation and treatment of depression, the evaluation and care of suicidal behavior, and screening for eating disorders.  Attached hereto as Exhibit A is a true and correct copy of my curriculum vitae.

8.    I have been asked by counsel for Eli Lilly and Company ("Lilly") to address issues regarding the use of antidepressant medications, antidepressant discontinuation symptoms, the adequacy of Cymbalta's label, and a physician's decision to prescribe an antidepressant like Cymbalta.

B.    Antidepressant Medications

9.    There are several different classes of antidepressant medications.

10.     Cymbalta (duloxetine) belongs to a class of antidepressants known as serotonin and norepinephrine reuptake inhibitors ("SNRIs").   Other antidepressants in the SNRI class are Pristiq (desvenlafaxine) and Effexor XR (venlafaxine).

11.     Another class of antidepressants is known as selective serotonin reuptake inhibitors ("SSRIs").   This class includes Prozac (fluoxetine), Zoloft (sertraline), Paxil (paroxetine), Celexa (citalopram), and Lexapro (escitalopram).

12.     Other types of older antidepressants include tricyclic and tetracyclic antidepressants ("TCAs") and monoamine oxidase inhibitors ("MAOIs").

C.     Prescribing Antidepressant Medications

13.     A physician's decision to prescribe an antidepressant is individualized and unique to that particular patient.

14.     A physician considers many patient-specific factors in deciding whether to prescribe an antidepressant for a patient.  These factors include: (1) the severity of the patient's depression; (2) the patient's other medical or psychiatric conditions; (3) the patient's past experience with other antidepressant medications; (4) the family history of response to antidepressant medications; (5) the patient's other medications and the potential for any drug interactions; (6) the patient's medical history, including drug allergies; and (7) the probability of patient compliance with the antidepressant treatment.

15.     A physician also takes into account the unique propensities of the antidepressant medication in making a prescribing decision.   There is a wide variety of sources available to physicians on the benefits and risks of an antidepressant medication.   These sources of information include: (1) clinical practice guidelines, including those published by the American Psychiatric Association ("APA"); (2) medical resources on the internet, such as *Web*MD, the

Mayo Clinic, and the electronic medical textbook UpToDate®[1]; (3) a physician's own clinical experience prescribing an antidepressant; (4) peer-reviewed medical journal articles; (5) discussions with colleagues; (6) medical conferences; (7) continuing medical education programs; (8) medical information letters from drug manufacturers; (9) the manufacturer's label, which is also reproduced in the Physicians' Desk Reference; and (10) information and materials from sales representatives.

16.   All physicians are different and rely on different sources of information to learn about the risks and benefits of an antidepressant medication. For instance, many physicians choose not to rely on any information provided by drug manufacturers, instead relying on their clinical experience and the experience of colleagues as reflected in papers, discussions at conferences, and professional interactions. The practice of psychiatry, in reality, is based upon multiple sources and is not dependent upon nor restricted by information that might be contained in a particular product's label.

17.   Physicians typically rely heavily on their own experience with particular antidepressant medications. If a physician has had positive results with certain antidepressant medications, a physician is more likely to prescribe those medications.   For additional information on antidepressant medications, physicians tend to read and rely on practice guidelines, published literature, online medical resources, and medical education programs.

18.   Like prescription medications in general, every antidepressant medication has side effects. A physician will prescribe an antidepressant despite knowledge of these side effects.

---

[1]   UpToDate® is available by subscription at http://www.uptodate.com/home. This resource is frequently used in medical schools and hospitals.

19.     In prescribing an antidepressant medication for a patient, a physician provides information to the patient about the treatment plan and the potential side effects of the medication.   The APA's Practice Guideline for the Treatment of Patients with Major Depressive Disorder states that "[e]ducation about the symptoms and treatment of major depressive disorder should be provided in language that is readily understandable to the patient." Attached hereto as Exhibit B is a true and correct copy of excerpts from the APA practice guideline. Physicians have a wide range of latitude in how they choose to convey information to their patients about the benefits and risks of an antidepressant medication.

D.     Patient Responses to Antidepressant Medications

20.     Each patient's experience with an antidepressant medication is unique and highly variable.

21.     Different patients respond to and tolerate different antidepressant medications in widely varying ways.   An antidepressant medication that is effective and well-tolerated in one patient may be ineffective or not well-tolerated in another patient.

22.     Given patients' idiosyncratic responses to different antidepressant medications, antidepressant medications are far from interchangeable.  The value of a particular antidepressant medication varies from patient to patient depending on their unique tolerance of the medication and the clinical benefits experienced.

23.     A physician's choice of antidepressant treatment for a patient is thus often a process of "trial and error."  A physician strives to find the antidepressant that a patient will respond to and tolerate the best.  The assessment of the benefits and risks of an antidepressant medication will be different for every patient.

24.     While physicians consider a range of factors in deciding which antidepressant to prescribe, price is almost never such a factor.  Physicians care about getting the best medication for the patient before them regardless of the

1   price.  Furthermore, nearly all patients have some form of third-party paying the
2   vast cost of their medications (employer health plan, private insurance,
3   government insurance like Medicare or TriCare).  Because of the wide variations
4   in insurance coverage, physicians seldom know how much a pharmacy is going to
5   charge for a prescription or how much of that price the patient will be required to
6   pay out of pocket.

7   E.   Antidepressant Discontinuation Symptoms

8       25.   For at least fifteen years — long before Cymbalta was approved by
9   the FDA in August 2004 — psychiatrists and health care professionals have
10  known that discontinuation symptoms are common following antidepressant
11  treatment with or without tapering.

12      26.   In 1997, a consensus panel reviewed the data on antidepressant
13  discontinuation symptoms and provided recommendations for clinical
14  management of the symptoms.  The clinical management strategies were
15  published in the Journal of Clinical Psychiatry in 1997.  Jerrold F. Rosenbaum &
16  John Zajecka, Clinical Management of Antidepressant Discontinuation, 58 supp. 7
17  J. Clinical Psychiatry 37 (1997).  Attached hereto as Exhibit C is a true and correct
18  copy of the Rosenbaum and Zajecka article.  The authors note that
19  "[d]iscontinuation symptoms occur in about one third of patients who stop
20  serotonin reuptake inhibitor (SRI) therapy."  The authors state that the "most
21  common symptoms are physical and may include feelings of disequilibrium (e.g.,
22  dizziness, light-headedness); nausea and vomiting; flu-like symptoms like fatigue,
23  lethargy, myalgia, and chills; and sensory and sleep disturbances."  The authors
24  explain that the symptoms begin within one to three days after antidepressant
25  discontinuation and typically last from one to two weeks.  The authors discuss
26  strategies for physicians to manage their patients' discontinuation symptoms,
27  including: (1) providing reassurance to patients with mild symptoms that the
28  symptoms will be short-lived; (2) for patients with acute symptoms, reinstating the

dose of the antidepressant and slowing the rate of taper; (3) gradually tapering all SRIs (except for Prozac due to its long half-life); and (4) switching patients to an antidepressant with an extended half-life, such as Prozac. The authors emphasize that, for antidepressant medications with shorter half-lives, physicians should always slowly taper their patients off the medications. Additionally, the authors state that physicians should educate patients "about the importance of taking every dose and about the risk of discontinuation symptoms if treatment is stopped abruptly or interrupted regularly."

27.    In April 2004, a consensus panel convened to review the latest clinical data on antidepressant discontinuation symptoms and to update the 1997 panel's recommendations for clinical management of the symptoms. The recommendations were published in 2006 in the Journal of Clinical Psychiatry. Alan F. Schatzberg, et al., <u>Antidepressant Discontinuation Syndrome: Consensus Panel Recommendations for Clinical Management and Additional Research</u>, 67 supp. 4 J. Clinical Psychiatry 27 (2006). Attached hereto as Exhibit D is a true and correct copy of the Schatzberg et al. article. The authors state that "[s]ince the original panel met in 1997, interest in SRI discontinuation syndrome has greatly increased." The authors conducted a literature search, which yielded more than thirty published articles on antidepressant discontinuation syndrome between 1997 and 2006. The authors note that several practitioners had proposed diagnostic criteria for discontinuation syndrome in 1998, 2000, and 2006. The authors state that it is well accepted that discontinuation symptoms are related to an antidepressant's half-life. The authors conclude that the 1997 treatment recommendations regarding slow tapering and drug substitution with longer half-life drugs are "still among the best management strategies for minimizing and/or preventing SRI discontinuation syndrome." The authors emphasize the importance of physicians monitoring patients during tapering and for several weeks after discontinuing antidepressant treatment. The authors also emphasize

1    that early patient education is a key factor in the management of discontinuation

2    symptoms.  The authors state that "clinicians should educate patients about the

3    possibility and nature of discontinuation symptoms" and that "clinicians should

4    emphasize that SRI discontinuation does not indicate addiction or dependence."

5    28.    Today, psychiatrists and health care professionals are very

6    knowledgeable about discontinuation symptoms following antidepressant

7    treatment.  Physicians understand the risk profile of antidepressant discontinuation

8    symptoms and the clinical management techniques to prevent or mitigate the

9    symptoms.  For instance, physicians know that they should gradually taper the

10   antidepressant to mitigate the risks of discontinuation symptoms.  Physicians also

11   understand that the frequency of discontinuation symptoms is linked to an

12   antidepressant's half-life.  Antidepressant medications with shorter half-lives are

13   more likely to cause antidepressant discontinuation symptoms.

14   29.    Online medical resources for physicians are replete with information

15   and management strategies related to antidepressant discontinuation symptoms.

16   Many physicians are exposed to and rely on this information.

17   30.    The APA's Practice Guideline for the Treatment of Patients with

18   Major Depressive Disorder discusses antidepressant discontinuation symptoms in

19   multiple sections.  (Exhibit B).  In the guideline's Summary of Recommendations,

20   a section entitled "Discontinuation of treatment" states:

21          When pharmacotherapy is being discontinued, it is best to taper the

22          medication over the course of at least several weeks. To minimize the

23          likelihood of discontinuation symptoms, patients should be advised

24          not to stop medications abruptly and to take medications with them

25          when they travel or are away from home. A slow taper or temporary

26          change to a longer half-life antidepressant may reduce the risk of

27          discontinuation syndrome when discontinuing antidepressants or

28          reducing antidepressant doses.

31.    In the main section on "Discontinuation of Treatment," the APA practice guideline elaborates on discontinuation symptoms:

> Discontinuation syndromes are problematic because their symptoms include disturbances of mood, energy, sleep, and appetite and can therefore be mistaken for or mask signs of relapse. Consequently, patients should be advised not to stop medications abruptly and to take medications with them when they travel or are away from home. Discontinuation syndromes have been found to be more frequent after discontinuation of medications with shorter half-lives, and patients maintained on short-acting agents should have their medications tapered gradually over a longer period. Another strategy is to change to a brief course of fluoxetine, e.g., 10 mg for 1–2 weeks, and then discontinue the fluoxetine. The psychiatrist should closely monitor patients withdrawing from antidepressants and provide reassurance that symptoms are time-limited and can be addressed by more gradual tapering.

32.    With regard to the side effects of SSRIs, the APA practice guideline notes that discontinuation symptoms are more likely to occur with Paxil and less likely to occur with Prozac, due to the medications' respective short and long half-lives.  The guideline notes that discontinuation symptoms include "both flu-like experiences such as nausea, headache, light-headedness, chills, and body aches, and neurological symptoms such as paresthesias, insomnia, and 'electric shock-like' phenomena."  The guideline states that symptoms typically resolve on their own over one to two weeks but that "some patients do experience more protracted discontinuation syndromes . . . and may require a slower downward titration regime."  The guideline notes that SSRIs should be tapered over several weeks to minimize discontinuation symptoms.

33.     With regard to the side effects of SNRIs, the APA practice guideline notes that, "[a]s with the SSRIs, abrupt discontinuation of SNRIs should be avoided whenever possible.  Discontinuation symptoms, which are sometimes protracted, are more likely to occur with venlafaxine [Effexor] (and, by implication, desvenlafaxine [Pristiq]) than duloxetine [Cymbalta] and may necessitate a slower downward titration regimen or change to fluoxetine [Prozac]."

34.     In addition to the APA's practice guideline, The American Psychiatric Publishing Textbook of Psychiatry (5th ed. 2008) discusses the common phenomena of discontinuation symptoms following antidepressant treatment.  This textbook is used in U.S. medical schools.  In discussing antidepressant medications, the textbook states:

> Before prescribing an antidepressant, clinicians should be aware of several potentially harmful effects.  The antidepressant discontinuation syndrome follows the abrupt cessation of any serotonergic agent—most commonly, SSRIs with a short half-life and venlafaxine.  Within a few days, a syndrome of anxiety, tearfulness, dizziness, electric shock-like sensations, irritability, myoclonus, nausea, and tremor may ensue.  Clinicians should be mindful of this adverse effect and exercise caution when reducing or stopping such an agent.  If this syndrome occurs, clinicians often use substitution and subsequent withdrawal of an agent with a longer half-life.

Additionally, in a section entitled "Discontinuation of Antidepressants," the textbook states:

> It is advisable to taper the dose while monitoring for signs and symptoms of relapse. . . .

Discontinuation symptoms appear to occur most commonly after discontinuation of short-half-life serotonergic drugs (Coupland et al. 1996), such as fluvoxamine, paroxetine, and venlafaxine.   Patients describe symptoms as "flulike," including nausea, diarrhea, insomnia, malaise, muscle aches, anxiety, irritability, dizziness, vertigo, and vivid dreams (Coupland et al. 1996).   Patients also may experience transient "electric shock" sensations. . . .

Discontinuation symptoms usually occur within 1-2 days after abrupt discontinuation of a medication and subside within 7-10 days.   In some instances, symptoms also may occur during tapering and dose reduction, and they may persist for up to 3 weeks.   Restarting treatment with the medication and then tapering more slowly may be necessary, although it is often possible to attenuate withdrawal symptoms produced by short-half-life SSRIs by administering one dose of fluoxetine (which has a longer half-life).

Attached hereto as Exhibit E is a true and correct copy of excerpts from the textbook.

35.   *Web*MD has a webpage devoted to "Antidepressant Withdrawal." Attached hereto as Exhibit F is a true and correct copy of *Web*MD's webpage. *Web*MD states that "[a]ntidepressant withdrawal, more correctly called antidepressant discontinuation syndrome, refers to a unique set of symptoms that can develop after you stop taking an antidepressant."   The webpage states that "[t]apering down your medication gradually under the supervision of your health care provider can help avoid or minimize symptoms. However, it is still possible in those who decrease their dose too rapidly or sometimes even slowly quit the medicine."   The webpage notes that all antidepressant medications can potentially lead to discontinuation symptoms.   It notes that discontinuation symptoms are

"more likely with antidepressants that stay in your body for a shorter period of time, especially those that affect both serotonin and norepinephrine, such as Effexor (venlafaxine) and Cymbalta (duloxetine)."   The webpage states that potential discontinuation symptoms include electric shock sensations, tremors, and nightmares, among others.

36.    The Mayo Clinic also has a webpage that discusses antidepressant discontinuation symptoms.   Attached hereto as Exhibit G is a true and correct copy of the Mayo Clinic's webpage.   The Mayo Clinic notes that "[q]uitting an antidepressant suddenly may cause symptoms within a day or two, such as: irritability, anxiety, insomnia or vivid dreams, headaches, dizziness, tiredness, flu-like symptoms, including achy muscles and chills, nausea, and return of depression symptoms."   The webpage states that "[h]aving antidepressant withdrawal symptoms doesn't mean you're addicted to an antidepressant."   The Mayo Clinic notes that a patient's doctor might gradually reduce the dose of the antidepressant for several weeks to minimize antidepressant discontinuation symptoms.

37.    The risk of antidepressant discontinuation symptoms is common knowledge in the medical community.   Any reasonable physician understands the nature of the risk and the clinical management strategies to mitigate the risk.

F.    The 2005 Journal of Affective Disorders Article

38.    The 1997 Rosenbaum and Zajecka article on the clinical management of discontinuation symptoms noted the importance of collecting additional clinical data on discontinuation symptoms.   (Exhibit C).   Specifically, the article noted that "[i]deally, every antidepressant should be included in a double-blind, placebo-controlled study of discontinuation events as part of the phase 3 evaluations during the Food and Drug Administration (FDA) approval process."   Lilly followed this recommendation in gathering information in clinical studies of Cymbalta relating to discontinuation events.

39.     In 2005, Lilly physicians co-wrote a medical journal article discussing Lilly's clinical research data on discontinuation symptoms seen in the clinical trials conducted for Cymbalta, which had recently been approved for marketing.  David G. Perahia, Daniel K. Kajdasz, Durisala Desaiah & Peter M. Haddad, Symptoms Following Abrupt Discontinuation of Duloxetine Treatment in Patients with Major Depressive Disorder, 89 J. of Affective Disorders 207 (2005) ("2005 JAD Article").  Attached hereto as Exhibit H is a true and correct copy of the 2005 JAD Article.  The Journal of Affective Disorders is a prominent medical journal that is widely read by many psychiatrists and health care professionals.

40.     The 2005 JAD Article discussed the pooled data from six placebo-controlled acute treatment studies of Cymbalta.  The authors concluded that "Significantly more duloxetine-treated patients (44.3%) reported at least 1 [discontinuation symptom] than placebo-treated patients (22.9%)."  Table 2 listed the discontinuation symptoms "reported by at least 2% of duloxetine-treated patients," which included dizziness (12.4%), nausea (5.9%), headache (5.3%), paresthesia (2.9%), vomiting (2.4%), irritability (2.4%) and nightmares (2.0%).

G.     The Cymbalta Label is Accurate and not Misleading

41.     On August 3, 2004, the FDA approved Cymbalta for the treatment of Major Depressive Disorder.  Cymbalta's FDA-approved prescription drug labeling included a three-paragraph discontinuation warning.  The warning read as follows:

**PRECAUTIONS**

. . .

Discontinuation of Treatment with Cymbalta- Discontinuation symptoms have been systematically evaluated in patients taking Cymbalta. Following abrupt discontinuation in placebo-controlled clinical trials of up to 9-weeks duration, the following symptoms occurred at a rate greater than or equal to 2% and at a significantly higher rate in duloxetine-treated patients compared to those

1  discontinuing from placebo:  dizziness; nausea; headache; paresthesia;

2  vomiting; irritability; and nightmare.

3

4  During marketing of other SSRIs and SNRIs (Serotonin and

5  Noreprinephrine Reuptake Inhibitors), there have been spontaneous

6  reports of adverse events occurring upon discontinuation of these

7  drugs, particularly when abrupt, including the following: dysphoric

8  mood, irritability, agitation, dizziness, sensory disturbances (e.g.,

9  paresthesias such as electric shock sensations), anxiety, confusion,

10  headache, lethargy, emotional lability, insomnia, hypomania, tinnitus,

11  and seizures.  Although these events are generally self-limiting, some

12  have been reported to be severe.

13

14  Patients should be monitored for these symptoms when discontinuing

15  treatment with Cymbalta.  A gradual reduction in the dose rather than

16  abrupt cessation is recommended whenever possible.  If intolerable

17  symptoms occur following a decrease in the dose or upon

18  discontinuation of treatment, then resuming the previously prescribed

19  dose may be considered.  Subsequently, the physician may continue

20  decreasing the dose but at a more gradual rate (See DOSAGE AND

21  ADMINISTRATION).

22  Attached hereto as Exhibit I is a true and correct copy of the August 3, 2004

23  Cymbalta label.

24      42.   The first paragraph of the discontinuation warning discusses the

25  Cymbalta clinical trial data regarding discontinuation symptoms.  The second

26  paragraph of the warning discusses antidepressant discontinuation symptoms more

27  generally, addressing the spontaneous reports of discontinuation symptoms during

28  the marketing of SSRIs and SNRIs.  The third paragraph of the warning provides

14

guidance to physicians on managing patients' discontinuation of Cymbalta. The latter two paragraphs appear at the FDA's direction in the labeling for all SSRI and SNRI antidepressant medications.

43.     The Cymbalta discontinuation warning has undergone only slight revisions since its approval in 2004. The current Cymbalta discontinuation warning reads as follows:

**WARNINGS AND PRECAUTIONS**

. . .

**5.7 Discontinuation of Treatment with Cymbalta**

Discontinuation symptoms have been systematically evaluated in patients taking duloxetine. Following abrupt or tapered discontinuation in placebo-controlled clinical trials, the following symptoms occurred at 1% or greater and at a significantly higher rate in duloxetine-treated patients compared to those discontinuing from placebo: dizziness, headache, nausea, diarrhea, paresthesia, irritability, vomiting, insomnia, anxiety, hyperhidrosis, and fatigue.

During marketing of other SSRIs and SNRIs (serotonin and norepinephrine reuptake inhibitors), there have been spontaneous reports of adverse events occurring upon discontinuation of these drugs, particularly when abrupt, including the following: dysphoric mood, irritability, agitation, dizziness, sensory disturbances (e.g., paresthesias such as electric shock sensations), anxiety, confusion, headache, lethargy, emotional lability, insomnia, hypomania, tinnitus, and seizures. Although these events are generally self-limiting, some have been reported to be severe.

Patients should be monitored for these symptoms when discontinuing treatment with Cymbalta.  A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible.  If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered.  Subsequently, the physician may continue decreasing the dose but at a more gradual rate *[see Dosage and Administration (2.4)]*.

Attached hereto as Exhibit J is a true and correct copy of the current Cymbalta label.

44.    The Cymbalta discontinuation warning accurately describes Lilly's clinical trial data and is entirely consistent with the data presented in the 2005 JAD Article.   The first paragraph of the warning states that discontinuation symptoms occurred "at a significantly higher rate in duloxetine-treated patients compared to those discontinuing from placebo."   This language directly corresponds to the language used in the 2005 JAD Article: "Significantly more duloxetine-treated patients (44.3%) reported at least 1 [discontinuation symptom] than placebo-treated patients (22.9%)."

45.    The three-paragraph Cymbalta discontinuation warning — from its FDA approval to the present — adequately warns prescribers of the risk of discontinuation symptoms.

46.    The Cymbalta discontinuation warning clearly states that discontinuation symptoms occur more frequently in Cymbalta-treated patients.  A reasonable physician would not read the "1%" figure in the warning to mean that discontinuation symptoms occur only in 1% of Cymbalta-treated patients.  Instead, a reasonable physician would understand that the 1% figure reflects the reporting threshold for listing each of the specified symptoms and does not represent the frequency of discontinuation symptoms.

47.     I understand that Plaintiffs contend that the failure to include in the warning that 44% of Cymbalta-treated patients in clinical studies suffered at least one discontinuation event is misleading.  But it would be misleading to suggest that this 44% statistic reflects the actual frequency of discontinuation symptoms in Cymbalta-treated patients, in light of the fact that 23% of placebo-treated patients in the clinical studies suffered at least one discontinuation event.  (Exhibit H). The crucial information to be gleaned from the 44% versus 23% statistics is that discontinuation symptoms occur more frequently in Cymbalta-treated patients than placebo-treated patients.  The Cymbalta discontinuation warning accurately reflects this information, as it clearly states that discontinuation symptoms occurred "at a significantly higher rate in duloxetine-treated patients compared to those discontinuing from placebo."

48.     It is instructive to review how a similar antidepressant medication, Paxil (paroxetine hydrochloride), reflects the same information relating to discontinuation symptoms.   The current Paxil prescribing information reads as follows:

**PRECAUTIONS**

. . .

**Discontinuation of Treatment With PAXIL:** Recent clinical trials supporting the various approved indications for PAXIL employed a taper-phase regimen, rather than an abrupt discontinuation of treatment. The taper-phase regimen used in GAD and PTSD clinical trials involved an incremental decrease in the daily dose by 10 mg/day at weekly intervals. When a daily dose of 20 mg/day was reached, patients were continued on this dose for 1 week before treatment was stopped.

With this regimen in those studies, the following adverse events were reported at an incidence of 2% or greater for PAXIL and were at least twice that reported for placebo: Abnormal dreams, paresthesia, and dizziness. In the majority of patients, these events were mild to moderate and were self-limiting and did not require medical intervention.

During marketing of PAXIL and other SSRIs and SNRIs, there have been spontaneous reports of adverse events occurring upon the discontinuation of these drugs (particularly when abrupt), including the following: Dysphoric mood, irritability, agitation, dizziness, sensory disturbances (e.g., paresthesias such as electric shock sensations and tinnitus), anxiety, confusion, headache, lethargy, emotional lability, insomnia, and hypomania. While these events are generally self-limiting, there have been reports of serious discontinuation symptoms.

Patients should be monitored for these symptoms when discontinuing treatment with PAXIL. A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible. If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may continue decreasing the dose but at a more gradual rate (see DOSAGE AND ADMINISTRATION).

Attached hereto as Exhibit K is a true and correct copy of the current Paxil label.

49.     Similar to the labeling for Cymbalta, Paxil begins with a summary of the clinical data unique to Paxil, and then concludes with substantively the same

two paragraphs of FDA-mandated class labeling as Cymbalta. Importantly, when reporting the data from the Paxil clinical trials, the Paxil labeling uses the same formulation as Cymbalta — reporting those events that occurred above a certain low threshold (2%), and explaining that those events occurred much more frequently on drug than on placebo. *See* Exhibit K. Indeed, FDA recommends that such clinical data be presented in exactly this format. *See* FDA, <u>Guidance for Industry: Adverse Reactions Section of Labeling for Human Prescription Drug and Biological Products–Content and Format</u> (Jan. 2006). Attached hereto as Exhibit L is a true and correct copy of the FDA's 2006 guidance document. In the guidance document, the FDA states that the label should list the adverse reactions "that occurred at or above a specified rate that is appropriate to the drug's safety database."

50.    In addition to the three-paragraph Cymbalta discontinuation warning in the Warnings and Precautions section, the label also alerts prescribers to the risk of Cymbalta discontinuation symptoms in the Dosage and Administration section. Section 2.4 is entitled "Discontinuing Cymbalta" and states: "Symptoms associated with discontinuation of Cymbalta and other SSRIs and SNRIs have been reported. A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible." (Exhibit J; *see also* Exhibit I for similar language).

51.    Furthermore, the label alerts prescribers to the risk of Cymbalta discontinuation symptoms in the Pharmacokinetics section, where Cymbalta's half-life is mentioned. The Pharmacokinetics section states that "Duloxetine has an elimination half-life of about 12 hours (range 8 to 17 hours) . . . ." (Exhibit J; Exhibit I). Cymbalta's half-life is in the intermediate range when compared to other antidepressants in the SNRI and SSRI classes. Given Cymbalta's half-life, physicians understand that discontinuation symptoms are relatively common in Cymbalta-treated patients.

52.     Physicians who read the Cymbalta label would be adequately informed, and would not be misled, about the risk of Cymbalta discontinuation symptoms.

53.     In sum, there is a wealth of information regarding discontinuation symptoms with antidepressant use available to medical professionals, and there is a concomitant widespread understanding of this phenomenon in the medical community.   In fact, the anticipation, recognition, and management of discontinuation symptoms from antidepressants has become a part of routine practice.  While I of course cannot exclude that any given physician is not aware of this issue, to do so would take a detailed, doctor-by-doctor inquiry to truly understand the level of knowledge of any particular physician.

H.      A Physician's Decision to Prescribe Cymbalta

54.     I have prescribed Cymbalta to my patients with major depressive disorder with and without comorbid pain.  In my opinion, Cymbalta has a very positive benefit/risk profile.

55.     Physicians must consider a range of potentially serious risks when deciding whether to prescribe an antidepressant.  While all potential risks must be factored into the complex medical judgment of which medication, if any, to prescribe, the risk of discontinuation symptoms does not figure prominently into most physicians' individualized risk-benefit calculus.   For one, the risk of discontinuation symptoms is generally not a serious occurrence; while there have been reports of serious events, these risks are generally manageable and tolerable through proper clinical tapering.  For example, discontinuation symptoms do not lead to suicide.  For another, the risk of discontinuation symptoms exists with all antidepressants, and their rates of occurrence are not a clinically differentiating factor in choosing an antidepressant.

56.     Even if the Cymbalta discontinuation warning included the specific frequencies reported in the 2005 JAD Article (44% for Cymbalta-treated patients

versus 23% for placebo-treated patients), it is unlikely that such a modification of the labeling would have made any impact on the prescribing decisions of the vast majority of physicians using Cymbalta.  First, as noted above, any competent and responsible physician would have been independently well aware of the risk of discontinuation symptoms with the use of Cymbalta and all other antidepressants, and they would have already known that these symptoms can frequently occur, especially in the absence of tapering.  Second, Cymbalta provides many benefits to its patients and has a low risk profile, and most physicians in my view would have still decided that the strong potential clinical benefit available with Cymbalta was well worth this numerical risk of discontinuation syndrome.  Third, in my view many physicians would not have relied upon the Cymbalta label prior to prescribing the medication to their patients, instead relying on the extensive information available to them in their medical training, their professional interactions, their own clinical experience, and other available literature and public resources.

57.    Moreover, it would take a detailed, doctor-specific inquiry to determine a host of individualized issues presented by this situation:  (1) Did the specific doctor know about the risk of discontinuation symptoms? (2) Would the inclusion of the frequencies reported in the 2005 JAD Article (44% for Cymbalta-treated patients versus 23% for placebo-treated patients) have made any difference to that doctor's decision to prescribe the medication to any particular patient? and (3) Did the physician even read or otherwise rely on the Cymbalta label in the first instance?   All of these questions make it impossible to determine in any generalized sense how the medical community would have responded to such a change to the Cymbalta labeling, if at all, in managing their patients' care with the use of antidepressants.

1    I declare under penalty of perjury that the foregoing is a true and correct

2  summary of my opinions in this case.   Executed on October 7, 2013.

3

4

5                                   Douglas Jacobs, M.D.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

## CURRICULUM VITAE

**Name:**              Douglas G. Jacobs, MD

**Office Address:**    One Washington Street, Suite 302
                       Wellesley Hills, MA  02481-1706

**Email:**             drj@djacobsmd.com                 Phone: 781-591-5221
                                                         Fax: 781-235-6390

**Education:**         1967  A.B.   Trinity College
                       1971  M.D.  University of Pennsylvania
                                   School of Medicine

### Post-doctoral Training:
1971-1972    Medical-Psychiatric Intern, Hospital of the University of Pennsylvania
             Philadelphia, Pennsylvania
1972-1974    Resident in Psychiatry, Massachusetts Mental Health Center
             Boston, Massachusetts
1974-1975    Chief Resident in Psychiatry, Southard Clinic
             Massachusetts Mental Health Center
             Boston, Massachusetts

### Licensure and Certification:
1971         Massachusetts Board of Medicine License
1977         American Board of Psychiatry and Neurology, Certificate

### Academic Appointments:
1972-1975    Clinical Fellow in Psychiatry, Harvard Medical School
1974-1984    Instructor in Psychiatry, Harvard Medical School
1979-1984    Faculty, Northeastern University Paramedic Course,
             Section:  Management of the Behavioral Emergencies
1984-1988    Assistant Professor of Psychiatry, Harvard Medical School
1988-1997    Assistant Clinical Professor of Psychiatry, Harvard Medical School
1997-        Associate Clinical Professor of Psychiatry, Harvard Medical School

### Hospital or Affiliated Institution Appointments:
1975-1987    Staff Psychiatrist, The Cambridge Hospital, Cambridge, MA
1984-1985    Medical Director, Metropolitan State Hospital, Waltham, MA
1985-1988    Courtesy Staff, Westwood Lodge, Westwood, MA
1985-2009    Courtesy Staff, Newton-Wellesley Hospital, Newton, MA
1987-2002    Associate Attending Psychiatrist, McLean Hospital, Belmont, MA
2003-2004    Attending Psychiatrist, McLean Hospital, Belmont, MA
2004-        Clinical Associate, McLean Hospital, Belmont, MA

### Other Professional Positions and Major Visiting Appointments:
1978         Examiner, American Board of Psychiatry and Neurology
1986-1990    Educational Consultant, Hospital Corporation of America Psychiatry Company

Page 2

## Hospital and Health Care Organization Service Responsibilities:

| | |
|---|---|
| 1975- | Private Practice |
| 1975-1977 | Staff Psychiatrist, Cambridge-Somerville Unit, Westboro State Hospital, Westboro, MA |
| 1975-1983 | Director, Psychiatric Emergency Services, The Cambridge Hospital, Cambridge, MA |
| 1983-1984 | Acting Medical Director, Metropolitan State Hospital, Waltham, MA |
| 1983-1985 | Clinical Director, Cambridge Psychiatric Associates, Cambridge, MA |
| 1985- | Clinical Director, Professional Psychiatric Associates, Wellesley Hills, MA. |

## Major Administrative Responsibilities:

| | |
|---|---|
| 1977-1985 | Director, Continuing Education Division, The Cambridge Hospital |
| 1986-1990 | Founder and Director, Suicide Education Institute of Boston |
| 1991- | Founder, National Depression Screening Day |
| 1994- | Founder, President & Medical Director, Screening for Mental Health, Inc. (formerly National Mental Illness Screening Project, Inc.) |

## Major Committee Assignments:

| | |
|---|---|
| 1977-1981 | Chairman, Continuing Education Committee, Massachusetts Psychiatric Society |
| 1989-1991 | Member, Public Affairs Committee, Massachusetts Psychiatric Society |
| 1992-1994 | Chairman, Suicide Risk Advisory Committee of the Risk Management Foundation of the Harvard Medical Institutions |
| 2001-2003 | Chair, American Psychiatric Association's Work Group on Practice Guideline for the Assessment and Treatment of Patients with Suicidal Behaviors. American Journal of Psychiatry (Suppl.) Vol. 160, No. 11, November 2003 |
| 2011- | Member, American Psychiatric Association's Work Group on the Practice Guideline for Psychiatric Evaluation. |

## Professional Societies:

| | |
|---|---|
| 1975- | Massachusetts Psychiatric Society |
| 1975- | American Psychiatric Association |
| 1984- | American Association of Suicidology |
| 1988-2009 | American Academy of Psychiatry and the Law |

## Community Service Related to Professional Work:

| | |
|---|---|
| 1985-Current, Consultant | Consult to schools in the area when a suicide occurs. |
| 1991-Current, Consultant | Respond to inquiries from the media regarding mental health issues.  Do the necessary research to make sure the information is accurate both for written and television/radio interviews. |
| 1991-Current, CEO, SMH | Develop educational materials designed for mental health professionals in the community and provide programs for screening of mental disorders and available treatment. |

**Exhibit A**
**25**

Page 3

**Editorial Boards:**
  1999-   Ad Hoc Reviewer, General Hospital Psychiatry

**Awards and Honors:**
  2003-   Distinguished Fellow, American Psychiatric Association
  2004-   Outstanding Psychiatrist of the Year 2004 for Advancing the
         Profession, Massachusetts Psychiatric Society
  2007-   Commendation for commitment to mental health education and
         establishing National Depression Screening Day, Commonwealth of
         Massachusetts House of Representatives

**Local, Regional, National or International Presentations:**

September - December, 1978 – Two Post-Graduate Seminars Management Issues on Mental Health Practice (12 session seminar). Clinical Behavior Therapy (8 session seminar). Sponsored by The Cambridge Hospital, Department of Psychiatry and Harvard Medical School.

January 29, 1981 – The Evaluation and Management of Chronically Suicidal Patients in Emergency Settings. Presented at: Suicide: Assessment and Management. Sponsored by The Cambridge Hospital, Department of Psychiatry and Harvard Medical School.

February 1, 1982 – Chronic Suicidal Behavior: A Dilemma for Clinicians. Presented at: Suicide, Why, Who and What To Do. Sponsored by The Cambridge Hospital, Department of Psychiatry and Harvard Medical School.

January 28, 1983 – Psychotherapy with Suicidal Patients. Presented at: Suicide: The Essence of Psychodynamic Clinical Work. Sponsored by The Cambridge Hospital, Department of Psychiatry and Harvard Medical School

January 27, 1984 – A Confrontation with Despair. Presented at: Suicide-Context, Dynamics and Treatment: A Synthesis. Sponsored by The Cambridge Hospital, Department of Psychiatry and Harvard Medical School.

February 1, 1985 – The Empathic Method. Presented at: Suicide: What is the Clinician's Responsibility? Ethical and Empathic Dilemmas. Sponsored by The Cambridge Hospital, Department of Psychiatry and Harvard Medical School.

April 4-5, 1986 – Program Moderator. The Essence of Inpatient Psychiatry. HCA First Clinical Symposium. Sponsored by Hospital Corporation of America. Nashville, Tennessee.

February 6, 1987 – Intro and Overview. Presented at: Aftermath of Suicide: Impact and Response. Sponsored by The Cambridge Hospital, Department of Psychiatry and Harvard Medical School.

April 16, 1988 – Program Moderator. The Essence of Inpatient Psychiatry.
The Second Bi-Annual Clinical Symposium. Sponsored by Hospital Corporation of America. Nashville, Tennessee.

January 24, 1992 – The Dangers of Clinical Practice. Sponsored by Massachusetts Mental Health Center and Harvard Medical School. Boston, Massachusetts.

May 4, 1992 – Suicide and Clinical Practice. APA Annual Meeting. Washington, DC.

January 9, 1993 – A Training Forum on Suicide. Sponsored by McLean Hospital and Harvard Medical School. Belmont, Massachusetts.

May 24, 1993 – Suicide and Clinical Practice: An Overview. APA Annual Meeting. Washington, DC.

January 8, 1994 – Clinical Update: A Forum on Suicide. Presented by The Consolidated Harvard Department of Psychiatry and Sponsored by McLean Hospital and Risk Management Foundation of the Harvard Medical Institutions, Boston, Massachusetts

May 23, 1994 – Suicide and Clinical Practice: An Overview. APA Annual Meeting. Washington, DC.

September 12, 1997 – Suicide Assessment Protocol. Presented at: Suicide: Critical Issues in Assessment and Treatment. Sponsored by The Cambridge Hospital, Department of Psychiatry and Harvard Medical School with the Cooperation of The Suicide Education Division of The National Mental Illness Screening Project.

May 16, 1999 – Suicide: Clinical/Risk Management Issues for the Psychiatrist. APA Annual Meeting. Washington, DC.

June 7, 1999 – The White House Conference on Mental Health. Washington, D.C.

June 20-22, 1999 – Isotretinoin Consensus Conference. (Suicide and Isotretinoin: Is There a Relationship?). Location Arden House, Harriman, New York.

January 26, 2000 – Suicide Assessment. Harvard Longwood Residency Training Program. Massachusetts Mental Health Center. Boston, MA.

February 8, 2000 – Grand Rounds: Harvard Longwood Department of Psychiatry. Clinical Crossroads and Risk Management: Suicide. Beth Israel-Deaconess Medical Center, Boston, MA.

February 10, 2000 – Grand Rounds: Harvard University Health Services. Use of Suicide Contracts: Pros and Cons. Cambridge, MA.

October, 2000 – Roaccutane, Acne and Depression: Is there a Link?  World Association of Dermatology Convention. Geneva, Switzerland.

December 6, 2000 – Residency Training Program: Harvard Longwood Psychiatry Program: Diagnosis and Therapeutics. Massachusetts Mental Health Center, Boston, MA.

December 5, 2001 – Suicide Assessment Protocol. Harvard Longwood Residency Training Program.  Massachusetts Mental Health Center. Boston, MA.

May 23, 2002 – Guidelines for the Treatment of Suicidal Behaviors. APA Annual Meeting. Philadelphia, PA.

Page 5

December 4, 2002 – Suicide Assessment Protocol. Harvard Longwood Residency Training Program. Massachusetts Mental Health Center. Boston, MA.

April 24, 2003 – American Medical Association Suicide Media Briefing.

May 18, 2003 – Reducing Suicidality in Schizophrenia and Bipolar Disorder. APA Annual Meeting. San Francisco, CA.

June 3-4, 2003 – Signs of Suicide (SOS) Prevention Program. American Foundation for Suicide Youth Suicide Prevention Workshop. New York, NY.

June 20, 2003 – Risk Management Seminar: Patients with Suicidal Behaviors. Risks & Risk Management Strategies. The Psychiatrists Program e/o Professional Risk Management Services.

June 30, 2003 – Suicide Assessment. MGH/McLean Hospital Psychiatry Program for 2nd Year Residents. McLean Hospital. Belmont, MA.

October 31, 2003 – National Strategy for Suicide Prevention Working Group Meeting. Washington, DC.

December 3, 2003 – Assessment of the Patient for Suicidality. Harvard Longwood Residency Training Program. Massachusetts Mental Health Center. Boston, MA.

December 19, 2003 – Suicide Assessment. University of Michigan Depression Center. Ann Arbor, MI

September 23, 2004 – Suicide Assessment for Inpatient Populations. Prevention of Patient and Resident Suicides. JCAHO. Chicago, IL.

January 28, 2005 – Adolescent Suicide Practice Guidelines: Assessment and Treatment Planning.  Harvard Medical School Symposium. Boston, MA

November 3, 2005 – Assessment and Assignment of Suicide Risk. University of Massachusetts Medical Center. Boston, MA.

January 25, 2006 – Assessment and Assignment of Suicide Risk. Charles River Counseling. Newton, MA.

April 26, 2006 – Assessment and Assignment of Suicide Risk. 5th Annual Massachusetts Suicide Prevention Conference. Sturbridge, MA.

July 12, 2006 – Assessment and Assignment of Suicide Risk. Sheppard Pratt Health System. Baltimore, MD.

September 12, 2006 – Assessment and Assignment of Suicide Risk. Napa State Hospital. Napa, CA.

December 12, 2006 – Testimony on the Necessity for Funding for Suicide Prevention. Massachusetts State House. JCAHO. Boston, MA.

Page 6

May 16, 2007 – Suicide Assessment Five-step Evaluation and Triage.  6th Annual Massachusetts Suicide Prevention Conference. Sturbridge, MA.

June 19, 2007 – Suicide Assessment Clinical Risk and Management Issues. San Francisco Department of Public Health. San Francisco, CA.

July 10, 2007 – Men and Depression. Newton-Wellesley Hospital. Newton, MA.

July 17, 2007 – Men and Depression. North Shore Medical Center. Salem, MA.

September 29, 2007 – Suicide Assessment Five-step Evaluation and Triage. VA Suicide Prevention: Strategies Conference. Natick, MA.

October 10, 2007 – National Depression Screening Day: The Importance of Screening. Erich Lindemann Mental Health Center. Boston, MA.

May 14, 2008 – Suicide Assessment Five-step Evaluation and Triage. 7th Annual Massachusetts Suicide Prevention Conference. Sturbridge, MA.

June 23, 2008 – Suicide Assessment Five-step Evaluation and Triage. Boston University School of Social Work. Boston, MA.

July 29, 2008 – The Massachusetts Workplace Initiative.  Massachusetts State House. Boston, MA.

October 24, 2008 – Suicide Assessment Five-step Evaluation and Triage. North Shore Medical Center Grand Rounds. Salem, MA

January 14, 2009 – Suicide Assessment Five-step Evaluation and Triage. DoD/VA Suicide Prevention Conference. San Antonio, TX

January 14, 2009 – Suicide Risk: Understanding and Responding. DoD/VA Suicide Prevention Conference. San Antonio, TX

February 6, 2009 – Suicide Assessment Five-step Evaluation and Triage. Mental Health Legal Advisory Committee. Boston, MA

September 30, 2009 – Suicide Assessment Five-step Evaluation and Triage. Harvard Vanguard 2009 Behavioral Health All Staff Meeting. Newton, MA.

January 13, 2010 – Suicide Assessment Five-step Evaluation and Triage. Webinar Presentation for Nantucket Primary Care Physicians. Nantucket, MA.

January 22, 2010 – Suicide Assessment Five-step Evaluation and Triage. Needham Suicide Prevention Coalition. Needham, MA.

October 29, 2010 – Suicide Assessment Five-step Evaluation and Triage.  Lawrence and Memorial Hospital.  New London, CT.

Page 7

March 9, 2011 – Suicide Assessment Five-step Evaluation and Triage. Webinar Presentation for
Cape and Islands Primary Care Physicians. Nantucket, MA.

May 24, 2011 – Adolescent Suicide: Learning from Youth, Incorporating the SAFE-T.  10th
Annual Massachusetts Suicide Prevention Conference.  Marlboro, MA.

September 15, 2011 – Suicide Assessment Five Step Evaluation and Triage. Webinar
Presentation for Crisis Care Network clinicians. Wellesley Hills, MA.

March 29, 2012 – Current Status of Suicide Assessment.  Institute of Living, Hartford Hospital.
Hartford, CT.

April 26, 2012 – Current Status of Suicide Assessment.  Harvard University Mental Health
Services. Cambridge, MA.

October 2, 2012 – Current Status of Suicide Assessment.  Boston College Health Services.
Chestnut Hill, MA.

**Bibliography**
**Original Articles:**

Jacobs D, Garcia C, Rickels K, Preucel RW. A prospective study on the psychological effects of
therapeutic abortion. Compr Psychiatry. 1974; 15:423-434.

Perry JC, Jacobs D. Overview: Clinical Applications of the Amytal Interview in Psychiatric
Emergency Settings. Am J Psychiatry. 1982; 139:5, 552-559.

Jacobs D. Evaluation and Care of Suicidal Behavior in Emergency Settings. Int J Psychiatry
Med. 1982-83; 12:4, 295-310.

Jacobs D. Evaluation and Management of the Violent Patient in Emergency Settings. Psychiatr
Clin North Am. 1983; 6:259-269.

Jacobs D. The Treatment Capabilities of Psychiatric Emergency Services. Gen Hosp Psychiatry.
1983; 5:171-177.

Jacobs D. Psychopharmacologic Management of the Psychiatric Emergency Patient. Gen Hosp
Psychiatry. 1984; 6:203-210.

Jacobs D, Mack JE. Case Report of Psychiatric Intervention by Mail: A Way of Responding to a
Suicidal Crisis. Am J Psychiatry. 1986; 143:92-93.

Ellison JM, Jacobs DG. Emergency Psychopharmacology: A Review and Update. Ann Emerg
Med. 1986; 15:962-968.

Berman AL, Jacobs DG, Jobes DA. Suicide in the Workplace. Suicide Life Threat Behav.
1993;23:268-272.

Jacobs DG, Kopans BS, Reizes JM.  Re-Evaluation of Depression:  What the General
Practitioner Needs to Know.  Mind/Body Med. 1995; 1: 17-22.

Jacobs D, Klein-Benheim M. The Psychological Autopsy: A Useful Tool for Determining Proximate Causation in Suicide Cases. Bull Am Acad Psychiatry Law 1995; 23:165-82.
Baer L, Jacobs DG, Cukor P, O'Laughlen I, Coyle JT, Magruder KM. Fully Automated Telephone Screening Survey for Depression. JAMA 1995; 273:1943-1944.

Magruder KM, Norquist GS, Feil MB, Kopans B, Jacobs DG. Who Comes to a Voluntary Depression Screening Program? Am J Psychiatry 1995; 152:1615-1622.

Jacobs DG. National Depression Screening Day: Educating the Public, Reaching Those in Need of Treatment, and Broadening Professional Understanding. Harvard Rev Psychiatry 1995; 3:156-159.

Greenfield SF, Reizes JM, Magruder KM, Muenz LR, Kopans B, Jacobs DG. Effectiveness of Community-Based Screening for Depression. Am J Psychiatry. 1997; 154:1391-1397.

Fawcett J, Busch KA, Jacobs D, Kravitz HM, Fogg L. Suicide: A Four Pathway Clinical-Biochemical Model. Annals New York Academy of Sciences. 1998; 836:288-301.

Miller MC, Jacobs DG, Gutheil TG. Talisman or Taboo: The Controversy of the Suicide-Prevention Contract. Harvard Rev Psychiatry. 1998; 6:78-87.

Jacobs DG. Depression Screening as an Intervention Against Suicide. J Clin Psychiatry. 1999; 60 (suppl 2): 42-45.

Greenfield SF, Keliher A, Jacobs D, Gordis E. The Development of National Alcohol Screening Day. Harvard Review of Psychiatry. 1999; 6(6):327-330.

Baer L, Jacobs DG, Meszler-Reizes J, Blais M, Fava M, Kessler R, Magruder K, Murphy J, Kopans B, Curkor P, Leahy L, O'Laughlen J. Development of a Brief Screening Instrument: The HANDS. Psychother Psychosom. 2000; 69:35-41.

Jacobs DG, Jamison KR, Baldessarini RJ, Fawcett JA, Hendin H, Gutheil TG. Suicide: Clinical/Risk Management Issues for Psychiatrists. International Journal of Neuropsychiatric Medicine, CNS Spectrums Academic Supplement. 2000; 5(2): 31-48.

Jacobs, DG. A 52-Year-Old Suicidal Man. JAMA 2000; 283: 2693-2699.

Jacobs, DG. Screening for Depression in Primary Care [letter]. JAMA 2000; 284(11):1379-80.

Greenfield SF, Reizes JM, Munez LR, Kopans B, Kozloff RC, Jacobs DG. Treatment for Depression Following the 1996 National Depression Screening Day. Am J Psychiatry 2000; 157:1867-1869.

Jacobs, DG. Suicidal Ideation in the United States [comment]. Suicide Life Threat Behav. 2000; 30(2):177-178.

Jacobs DG, Deutsch NL, Brewer M. Suicide, Depression, and Isotretinoin: Is There a Causal Link? J Am Acad Dermatology 2001; 45:S168-S175.

Page 9

Busch, KA, Fawcett, J, Jacobs, DG.  Clinical Correlates of Inpatient Suicide. Journal of Clinical Psychiatry 2003; 64:14-19.

Bloom AS, Kopans BS, Jacobs DG. The Comprehensive College Initiative: Success of Screenings for Depression and Manic Depression on US College Campuses. TEN: Trends in Evidence-Based Neuropsychiatry, 2003; 5(2):63-69.

Greenfield SF, Keliher A, Sugarman D, Kozloff R, Reizes JM, Kopans B, Jacobs D. Who Comes to Voluntary, Community-Based Alcohol Screenings? Results of the First Annual National Alcohol Screening Day, 1999.  Am J Psychiatry 2003; 160:1677-1683.

Jacobs DG, Brewer MB. APA Practice Guideline for the Assessment and Treatment of Patients with Suicidal Behaviors – An Overview of Recommendations.  Psychiatric Annals 2004; 34(5): 373-380.

Dupre ME, Aseltine RH, Wallenstein GV, and Jacobs DG.  An Overview of National Alcohol Screening Day: Trends from 2001 to 2003. Alcohol Research & Health 2004/2005; 28(1): 23-26.

Jacobs DG, Brewer ML. Application of the APA Practice Guidelines on Suicide to Clinical Practice. CNS Spectrums 2006; 11(6): 447-454.

Wallenstein GV, Pigeon S, Kopans B, Jacobs DG, Aseltine R. Results of National Alcohol Screening Day: College Demographics, Clinical Characteristics, and Comparison with Online Screening. Journal of American College Health 2007; 55(6):341-349.

Aseltine RH, Schilling EA, James A, Murray M, Jacobs DG.  An Evaluation of National Alcohol Screening Day. Alcohol & Alcoholism 2008; 43(1): 97-103.

Austin SB, Ziyadeh NJ, Forman S, Prokop LA, Keliher A, Jacobs D. Screening High School Students for Eating Disorders: Results of a National Initiative. Preventing Chronic Disease: Public Health Research, Practice, and Policy 2008; 5(4): 1-10.

Austin SB, Ziyadeh NJ, Vohra S, Forman S, Gordon CM, Prokop LA, Keliher A, Jacobs D. Irregular Menses Linked to Vomiting in a Nonclinical Sample: Findings from the National Eating Disorder Screening Program in High Schools. Journal of Adolescent Health 2008; 42(5): 450-457.

Schilling EA, Aseltine RH, Glanovsky MS, James A, Jacobs D.  Adolescent Alcohol Use, Suicidal Ideation, and Suicide Attempts. Journal of Adolescent Health 2009; 44: 335-341.

Aseltine RH, James A, Schilling EA, Jacobs D. Age Variability in the Association between Heavy Episodic Drinking and Adolescent Suicide Attempts: Findings from a Large-Scale, School-Based Screening Program. Journal of the American Academy of Child and Adolescent Psychiatry Decision 2009; 48(3): 262-270.

Aseltine RH, Demarco FJ, Wallenstein GV, Jacobs DG. Assessing Barriers to Change in Drinking Behavior: Results of an Online Employee Screening Program. Work 2009; 32(2): 165-9.

**Reviews, Chapters and Editorials:**

Jacobs DG.  Psychotherapy with Suicidal Patients: The Empathic Method.  In: Jacobs DG, Brown HN, editors.  Suicide: Understanding and Responding, Madison, CT: International Universities Press, Inc., 1989, p. 329-342.

Jacobs D. Evaluating and Treating Suicidal Behavior in the Borderline Patient. In: Jacobs D, editor. Suicide and Clinical Practice. Washington, D.C.: American Psychiatric Press, Inc.; 1992, p. 115-130.

Jacobs DG, Deutsch N.  Recognizing Suicide Potential in Women:  When to suspect, how to screen, what to do.  Women's Health in Primary Care 1998, 7: 560-570.

Jacobs DG, Klein ME. The Expanding Role of Psychological Autopsies: A Review of the Literature and Two Case Examples. In: Leenaars AA, editor. Suicidology: Essays in Honor of Edwin S. Shneidman. Northvale, New Jersey: Jason Aronson Inc; 1993, p. 209-247.

Jacobs DG, Brewer M, Klein-Benheim M. Suicide Assessment: An Overview and Recommendation Protocol. In: Jacobs DG, ed. The Harvard Medical School Guide to Suicide Assessment and Intervention.  San Francisco, CA. Jossey-Bass Publisher; 1998.

**Books and Monographs:**

Jacobs DG, Brown HN, eds. Suicide: Understanding and Responding: Harvard Medical School Perspectives. Madison, CT: International Universities Press, Inc.; 1989.

Jacobs D, editor. Suicide and Clinical Practice. Washington, D.C.: American Psychiatric Press, Inc.; 1992.

Jacobs DG, ed. The Harvard Medical School Guide to Suicide Assessment and Intervention.  San Francisco, CA. Jossey-Bass Publisher; 1999.

American Psychiatric Association. Practice Guideline for the Assessment and Treatment of Patients with Suicidal Behaviors. American Journal of Psychiatry (Suppl.) Vol. 160, No. 11, November 2003.

# EXHIBIT B

# PRACTICE GUIDELINE FOR THE
# Treatment of Patients With Major Depressive Disorder

## Third Edition

### WORK GROUP ON MAJOR DEPRESSIVE DISORDER

Alan J. Gelenberg, M.D., Chair
Marlene P. Freeman, M.D.
John C. Markowitz, M.D.
Jerrold F. Rosenbaum, M.D.
Michael E. Thase, M.D.
Madhukar H. Trivedi, M.D.
Richard S. Van Rhoads, M.D., Consultant

### INDEPENDENT REVIEW PANEL

Victor I. Reus, M.D., Chair
J. Raymond DePaulo, Jr., M.D.
Jan A. Fawcett, M.D.
Christopher D. Schneck, M.D.
David A. Silbersweig, M.D.

This practice guideline was approved in May 2010 and published in October 2010. A guideline watch, summarizing significant developments in the scientific literature since publication of this guideline, may be available at http://www.psychiatryonline.com/pracGuide/pracGuideTopic_7.aspx.

Copyright 2010, American Psychiatric Association. APA makes this practice guideline freely available to promote its dissemination and use; however, copyright protections are enforced in full. No part of this guideline may be reproduced except as permitted under Sections 107 and 108 of U.S. Copyright Act. For permission for reuse, visit APPI Permissions & Licensing Center at http://www.appi.org/CustomerService/Pages/Permissions.aspx.

Exhibit B
35

# CONTENTS

STATEMENT OF INTENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

OVERVIEW OF GUIDELINE DEVELOPMENT PROCESS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

GUIDE TO USING THIS PRACTICE GUIDELINE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

OFF-LABEL USE OF MEDICATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

**PART A: TREATMENT RECOMMENDATIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15**

   I. EXECUTIVE SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
      A. Coding System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
      B. Summary of Recommendations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
         1. Psychiatric management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
            a. Establish and maintain a therapeutic alliance . . . . . . . . . . . . . . . . . . . . . 15
            b. Complete the psychiatric assessment . . . . . . . . . . . . . . . . . . . . . . . . . . 15
            c. Evaluate the safety of the patient . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
            d. Establish the appropriate setting for treatment . . . . . . . . . . . . . . . . . . . 16
            e. Evaluate functional impairment and quality of life . . . . . . . . . . . . . . . . . 16
            f. Coordinate the patient's care with other clinicians . . . . . . . . . . . . . . . . 16
            g. Monitor the patient's psychiatric status . . . . . . . . . . . . . . . . . . . . . . . 16
            h. Integrate measurements into psychiatric management . . . . . . . . . . . . . . 16
            i. Enhance treatment adherence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
            j. Provide education to the patient and the family . . . . . . . . . . . . . . . . . . . 16
         2. Acute phase . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
            a. Choice of an initial treatment modality . . . . . . . . . . . . . . . . . . . . . . . . 17
                1. Pharmacotherapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
                2. Other somatic therapies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
                3. Psychotherapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
                4. Psychotherapy plus antidepressant medication . . . . . . . . . . . . . . . . 18
            b. Assessing the adequacy of treatment response . . . . . . . . . . . . . . . . . . 18
            c. Strategies to address nonresponse . . . . . . . . . . . . . . . . . . . . . . . . . . 18
        3. Continuation phase . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        4. Maintenance phase . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        5. Discontinuation of treatment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
        6. Clinical factors influencing treatment . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
            a. Psychiatric factors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
            b. Demographic and psychosocial factors . . . . . . . . . . . . . . . . . . . . . . . . 20
            c. Co-occurring general medical conditions . . . . . . . . . . . . . . . . . . . . . . . 21

   II. FORMULATION AND IMPLEMENTATION OF A TREATMENT PLAN . . . . . . . . . . . . . . . . . . . 22
      A. Psychiatric Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
         1. Establish and maintain a therapeutic alliance . . . . . . . . . . . . . . . . . . . . . . 23
         2. Complete the psychiatric assessment. . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Copyright 2010, American Psychiatric Association. APA makes this practice guideline freely available to promote its dissemination and use; however, copyright protections are enforced in full. No part of this guideline may be reproduced except as permitted under Sections 107 and 108 of U.S. Copyright Act. For permission for reuse, visit APPI Permissions & Licensing Center at http://www.appi.org/CustomerService/Pages/Permissions.aspx.

3. Evaluate the safety of the patient . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25
4. Establish the appropriate setting for treatment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26
5. Evaluate functional impairment and quality of life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26
6. Coordinate the patient's care with other clinicians . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27
7. Monitor the patient's psychiatric status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27
8. Integrate measurements into psychiatric management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28
9. Enhance treatment adherence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28
10. Provide education to the patient and the family . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29
B. Acute Phase . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30
   1. Choice of initial treatment modality . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30
   2. Pharmacotherapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .31
      a. Efficacy of antidepressant medications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .33
         1. Selective serotonin reuptake inhibitors. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .33
         2. Serotonin norepinephrine reuptake inhibitors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .33
         3. Other antidepressant medications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .35
         4. Tricyclic antidepressants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .35
         5. Monoamine oxidase inhibitors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .35
      b. Side effects of antidepressant medications. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .36
         1. Selective serotonin reuptake inhibitors. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .36
            a. Gastrointestinal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .36
            b. Activation/insomnia  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .36
            c. Sexual side effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .36
            d. Neurological effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38
            e. Falls  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38
            f. Effects on weight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
            g. Serotonin syndrome . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
            h. Drug interactions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
            i. Discontinuation syndrome . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
         2. Serotonin norepinephrine reuptake inhibitors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
         3. Other antidepressant medications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
            a. Bupropion  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
            b. Mirtazapine  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
            c. Trazodone  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
            d. Nefazodone  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
         4. Tricyclic antidepressants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
            a. Cardiovascular effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
            b. Anticholinergic side effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
            c. Sedation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
            d. Weight gain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
            e. Neurological effects. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
            f. Falls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
            g. Medication interactions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
         5. Monoamine oxidase inhibitors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
            a. Hypertensive crises . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
            b. Serotonin syndrome . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43
            c. Cardiovascular effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43

Copyright 2010, American Psychiatric Association. APA makes this practice guideline freely available to promote its dissemination and use; however, copyright protections are enforced in full. No part of this guideline may be reproduced except as permitted under Sections 107 and 108 of U.S. Copyright Act. For permission for reuse, visit APPI Permissions & Licensing Center at http://www.appi.org/CustomerService/Pages/Permissions.aspx.

Exhibit B

d. Weight gain ......................................................... 43
e. Sexual side effects ................................................... 43
f. Neurological effects ................................................. 43
c. Implementation of pharmacotherapy ..................................... 43
3. Other somatic therapies ................................................... 44
a. Electroconvulsive therapy ............................................. 44
1. Side effects of electroconvulsive therapy ............................ 45
2. Implementation of electroconvulsive therapy ......................... 45
b. Transcranial magnetic stimulation ...................................... 46
c. Vagus nerve stimulation .............................................. 46
4. Psychotherapy ........................................................... 46
a. Specific psychotherapies .............................................. 47
1. Cognitive and behavioral therapies ................................. 47
2. Interpersonal psychotherapy ....................................... 47
3. Psychodynamic psychotherapy ..................................... 48
4. Problem-solving therapy .......................................... 48
5. Marital therapy and family therapy ................................. 48
6. Group therapy .................................................. 48
b. Implementation ..................................................... 49
c. Combining psychotherapy and medication ............................... 49
5. Complementary and alternative treatments ................................... 50
a. St. John's wort ...................................................... 50
b. S-adenosyl methionine ............................................... 50
c. Omega-3 fatty acids ................................................. 51
d. Folate .............................................................. 51
e. Light therapy ....................................................... 51
f. Acupuncture ........................................................ 51
6. Assessing response and adequacy of treatment ............................... 52
7. Strategies to address incomplete response ................................... 52
a. Maximizing initial treatments ......................................... 53
b. Changing to other treatments ......................................... 54
c. Augmenting and combining treatments .................................. 54
C. Continuation Phase ......................................................... 56
D. Maintenance Phase ......................................................... 57
E. Discontinuation of Treatment ................................................ 58

III. SPECIFIC CLINICAL FEATURES INFLUENCING THE TREATMENT PLAN ..................... 59
A. Psychiatric Factors ......................................................... 59
1. Depressive symptoms ..................................................... 59
a. Suicidal ideation and behaviors ........................................ 59
b Major depressive disorder–related cognitive dysfunction .................. 60
2. DSM depressive subtypes ................................................. 61
a. Psychotic features ................................................... 61
b. Catatonic features ................................................... 61
c. Melancholic features ................................................. 61
d. Atypical features .................................................... 62
e. Seasonal pattern .................................................... 62

Copyright 2010, American Psychiatric Association. APA makes this practice guideline freely available to promote its dissemination and use; however, copyright protections are enforced in full. No part of this guideline may
be reproduced except as permitted under Sections 107 and 108 of U.S. Copyright Act. For permission for reuse, visit APPI Permissions & Licensing Center at http://www.appi.org/CustomerService/Pages/Permissions.aspx.

3. Co-occurring psychiatric disorders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .62
    a. Dysthymic disorder . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .62
    b. Anxiety disorders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .63
    c. Dementia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .63
    d. Substance use disorders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .63
    e. Personality disorders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .64
    f. Eating disorders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .65
B. Demographic and Psychosocial Variables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .65
    1. Major psychosocial stressors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .65
    2. Bereavement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .65
    3. Culture and ethnicity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .66
    4. Older age. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .66
    5. Gender . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .68
    6. Pregnancy and postpartum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .69
        a. Depression during pregnancy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .69
            1. Risks of antidepressants during pregnancy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .69
            2. Implementation of pharmacotherapy during pregnancy . . . . . . . . . . . . . . . . . . . . . .70
        b. Postpartum depression . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .71
    7. Family history. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .72
C. Treatment Implications of Co-occurring General Medical Conditions . . . . . . . . . . . . . . . . . . . . . . .72
    1. Hypertension . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .72
    2. Cardiac disease . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .72
    3. Stroke. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .73
    4. Parkinson's disease . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .73
    5. Epilepsy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .74
    6. Obesity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .74
    7. Diabetes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .75
    8. Sleep apnea. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .75
    9. Human immunodeficiency virus and hepatitis C infections . . . . . . . . . . . . . . . . . . . . . . . . . .75
    10. Pain syndromes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .76
    11. Obstructive uropathy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .77
    12. Glaucoma . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .77

**PART B: BACKGROUND INFORMATION AND REVIEW OF AVAILABLE EVIDENCE . . . . . . . . . . . . . . . 77**

IV. DISEASE DEFINITION, EPIDEMIOLOGY, NATURAL HISTORY, AND COURSE . . . . . . . . . . . . . . . . . . .77
    A. Disease Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .77
    B. Epidemiology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .78
    C. Natural History and Course . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .81
        1. Recurrence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .81
        2. Interepisode status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .81
        3. Complications and prognosis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .81

V. REVIEW AND SYNTHESIS OF AVAILABLE EVIDENCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .81
    A. Acute Phase Somatic Treatments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .83
        1. Antidepressant medications. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .83
            a. Selective serotonin reuptake inhibitors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .83
            b. Serotonin norepinephrine reuptake inhibitors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .84

Copyright 2010, American Psychiatric Association. APA makes this practice guideline freely available to promote its dissemination and use; however, copyright protections are enforced in full. No part of this guideline may be reproduced except as permitted under Sections 107 and 108 of U.S. Copyright Act. For permission for reuse, visit APPI Permissions & Licensing Center at http://www.appi.org/CustomerService/Pages/Permissions.aspx.

Exhibit B
39

        c. Other antidepressant medications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85
              1. Bupropion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85
              2. Mirtazapine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85
              3. Nefazodone and trazodone. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86
        d. Tricyclic antidepressants. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86
        e. Monoamine oxidase inhibitors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
    2. Electroconvulsive therapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
    3. Transcranial magnetic stimulation  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89
    4. Vagus nerve stimulation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90
    5. Complementary and alternative treatments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
        a. St. John's wort . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
        b. S-adenosyl methionine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
        c. Omega-3 fatty acids . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92
        d. Folate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92
        e. Light therapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92
        f. Acupuncture. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92
  B. Specific Psychotherapies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
    1. Cognitive and behavioral therapies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
        a. Cognitive-behavioral therapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
        b. Behavior therapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94
    2. Interpersonal therapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94
    3. Psychodynamic psychotherapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94
    4. Marital therapy and family therapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95
    5. Problem-solving therapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95
    6. Group therapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95
  C. Psychotherapy Combined With Pharmacotherapy  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 96
  D. Lack of Response to Pharmacotherapy in the Acute Phase . . . . . . . . . . . . . . . . . . . . . . . . . . . 97
    1. Maximizing initial treatments. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97
    2. Changing to other treatments. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97
    3. Augmenting and combining treatments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98
  E. Continuation Treatment  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98
  F. Maintenance Treatment  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99

**PART C: FUTURE RESEARCH NEEDS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **100**

**APPENDIX: EDUCATIONAL RESOURCES FOR PATIENTS AND FAMILIES** . . . . . . . . . . . . . . . . . . . . . **101**

INDIVIDUALS AND ORGANIZATIONS THAT SUBMITTED COMMENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102

ACKNOWLEDGMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103

REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103

Copyright 2010, American Psychiatric Association. APA makes this practice guideline freely available to promote its dissemination and use; however, copyright protections are enforced in full. No part of this guideline may be reproduced except as permitted under Sections 107 and 108 of U.S. Copyright Act. For permission for reuse, visit APPI Permissions & Licensing Center at http://www.appi.org/CustomerService/Pages/Permissions.aspx.

### d. Establish the appropriate setting for treatment

The psychiatrist should determine the least restrictive setting for treatment that will be most likely not only to address the patient's safety, but also to promote improvement in the patient's condition [I]. The determination of an appropriate setting for treatment should include consideration of the patient's symptom severity, co-occurring psychiatric and general medical conditions, available support system, and level of functioning [I]. The determination of a treatment setting should also include consideration of the patient's ability to adequately care for him- or herself, to provide reliable feedback to the psychiatrist, and to cooperate with treatment of the major depressive disorder [I]. Measures such as hospitalization should be considered for patients who pose a serious threat of harm to themselves or others [I]. Patients who refuse inpatient treatment can be hospitalized involuntarily if their condition meets the criteria of the local jurisdiction for involuntary admission [I]. Admission to a hospital or, if available, an intensive day program, may also be indicated for severely ill patients who lack adequate social support outside of a hospital setting, who have complicating psychiatric or general medical conditions, or who have not responded adequately to outpatient treatment [I]. The optimal treatment setting and the patient's likelihood of benefit from a different level of care should be reevaluated on an ongoing basis throughout the course of treatment [I].

### e. Evaluate functional impairment and quality of life

Major depressive disorder can alter functioning in numerous spheres of life including work, school, family, social relationships, leisure activities, or maintenance of health and hygiene. The psychiatrist should evaluate the patient's activity in each of these domains and determine the presence, type, severity, and chronicity of any dysfunction [I]. In developing a treatment plan, interventions should be aimed at maximizing the patient's level of functioning as well as helping the patient to set specific goals appropriate to his or her functional impairments and symptom severity [I].

### f. Coordinate the patient's care with other clinicians

Many patients with major depressive disorder will be evaluated by or receive treatment from other health care professionals in addition to the psychiatrist. If more than one clinician is involved in providing the care, all treating clinicians should have sufficient ongoing contact with the patient and with each other to ensure that care is coordinated, relevant information is available to guide treatment decisions, and treatments are synchronized [I].

In ruling out general medical causes of depressive symptoms, it is important to ensure that a general medical evaluation has been done [I], either by the psychiatrist or by another health care professional. Extensive or specialized testing for general medical causes of depressive symptoms may be conducted based on individual characteristics of the patient [III].

### g. Monitor the patient's psychiatric status

The patient's response to treatment should be carefully monitored [I]. Continued monitoring of co-occurring psychiatric and/or medical conditions is also essential to developing and refining a treatment plan for an individual patient [I].

### h. Integrate measurements into psychiatric management

Tailoring the treatment plan to match the needs of the particular patient requires a careful and systematic assessment of the type, frequency, and magnitude of psychiatric symptoms as well as ongoing determination of the therapeutic benefits and side effects of treatment [I]. Such assessments can be facilitated by integrating clinician- and/or patient-administered rating scale measurements into initial and ongoing evaluation [II].

### i. Enhance treatment adherence

The psychiatrist should assess and acknowledge potential barriers to treatment adherence (e.g., lack of motivation or excessive pessimism due to depression; side effects of treatment; problems in the therapeutic relationship; logistical, economic, or cultural barriers to treatment) and collaborate with the patient (and if possible, the family) to minimize the impact of these potential barriers [I]. In addition, the psychiatrist should encourage patients to articulate any fears or concerns about treatment or its side effects [I]. Patients should be given a realistic notion of what can be expected during the different phases of treatment, including the likely time course of symptom response and the importance of adherence for successful treatment and prophylaxis [I].

### j. Provide education to the patient and the family

Education about the symptoms and treatment of major depressive disorder should be provided in language that is readily understandable to the patient [I]. With the patient's permission, family members and others involved in the patient's day-to-day life may also benefit from education about the illness, its effects on functioning (including family and other interpersonal relationships), and its treatment [I]. Common misperceptions about antidepressants (e.g., they are addictive) should be clarified [I]. In addition, education about major depressive disorder should address the need for a full acute course of treatment, the risk of relapse, the early recognition of recurrent symptoms, and the need to seek treatment as early as possible to reduce the risk

Copyright 2010, American Psychiatric Association. APA makes this practice guideline freely available to promote its dissemination and use; however, copyright protections are enforced in full. No part of this guideline may be reproduced except as permitted under Sections 107 and 108 of U.S. Copyright Act. For permission for reuse, visit APPI Permissions & Licensing Center at http://www.appi.org/CustomerService/Pages/Permissions.aspx.

**Exhibit B**

of complications or a full-blown episode of major depression [I]. Patients should also be told about the need to taper antidepressants, rather than discontinuing them precipitously, to minimize the risk of withdrawal symptoms or symptom recurrence [I]. Patient education also includes general promotion of healthy behaviors such as exercise, good sleep hygiene, good nutrition, and decreased use of tobacco, alcohol, and other potentially deleterious substances [I]. Educational tools such as books, pamphlets, and trusted web sites can augment the face-to-face education provided by the clinician [I].

## 2. Acute phase

### a. Choice of an initial treatment modality

Treatment in the acute phase should be aimed at inducing remission of the major depressive episode and achieving a full return to the patient's baseline level of functioning [I]. Acute phase treatment may include pharmacotherapy, depression-focused psychotherapy, the combination of medications and psychotherapy, or other somatic therapies such as electroconvulsive therapy (ECT), transcranial magnetic stimulation (TMS), or light therapy, as described in the sections that follow. Selection of an initial treatment modality should be influenced by clinical features (e.g., severity of symptoms, presence of co-occurring disorders or psychosocial stressors) as well as other factors (e.g., patient preference, prior treatment experiences) [I]. Any treatment should be integrated with psychiatric management and any other treatments being provided for other diagnoses [I].

### 1. Pharmacotherapy

An antidepressant medication is recommended as an initial treatment choice for patients with mild to moderate major depressive disorder [I] and definitely should be provided for those with severe major depressive disorder unless ECT is planned [I]. Because the effectiveness of antidepressant medications is generally comparable between classes and within classes of medications, the initial selection of an antidepressant medication will largely be based on the anticipated side effects, the safety or tolerability of these side effects for the individual patient, pharmacological properties of the medication (e.g., half-life, actions on cytochrome P450 enzymes, other drug interactions), and additional factors such as medication response in prior episodes, cost, and patient preference [I]. For most patients, a selective serotonin reuptake inhibitor (SSRI), serotonin norepinephrine reuptake inhibitor (SNRI), mirtazapine, or bupropion is optimal [I]. In general, the use of nonselective monoamine oxidase inhibitors (MAOIs) (e.g., phenelzine, tranylcypromine, isocarboxazid) should be restricted

to patients who do not respond to other treatments [I], given the necessity for dietary restrictions with these medications and the potential for deleterious drug-drug interactions. In patients who prefer complementary and alternative therapies, S-adenosyl methionine (SAMe) [III] or St. John's wort [III] might be considered, although evidence for their efficacy is modest at best, and careful attention to drug-drug interactions is needed with St. John's wort [I].

Once an antidepressant medication has been initiated, the rate at which it is titrated to a full therapeutic dose should depend upon the patient's age, the treatment setting, and the presence of co-occurring illnesses, concomitant pharmacotherapy, or medication side effects [I]. During the acute phase of treatment, patients should be carefully and systematically monitored on a regular basis to assess their response to pharmacotherapy, identify the emergence of side effects (e.g., gastrointestinal symptoms, sedation, insomnia, activation, changes in weight, and cardiovascular, neurological, anticholinergic, or sexual side effects), and assess patient safety [I]. The frequency of patient monitoring should be determined based upon the patient's symptom severity (including suicidal ideas), co-occurring disorders (including general medical conditions), cooperation with treatment, availability of social supports, and the frequency and severity of side effects with the chosen treatment [II]. If antidepressant side effects do occur, an initial strategy is to lower the dose of the antidepressant or to change to an antidepressant that is not associated with that side effect [I].

### 2. Other somatic therapies

ECT is recommended as a treatment of choice for patients with severe major depressive disorder that is not responsive to psychotherapeutic and/or pharmacological interventions, particularly in those who have significant functional impairment or have not responded to numerous medication trials [I]. ECT is also recommended for individuals with major depressive disorder who have associated psychotic or catatonic features [I], for those with an urgent need for response (e.g., patients who are suicidal or nutritionally compromised due to refusal of food or fluids) [I], and for those who prefer ECT or have had a previous positive response to ECT [II].

Bright light therapy might be used to treat seasonal affective disorder as well as nonseasonal depression [III].

### 3. Psychotherapy

Use of a depression-focused psychotherapy alone is recommended as an initial treatment choice for patients with mild to moderate major depressive disorder [I], with clinical evidence supporting the use of cognitive-behavioral therapy (CBT) [I], interpersonal psychotherapy [I], psy-

Copyright 2010, American Psychiatric Association. APA makes this practice guideline freely available to promote its dissemination and use; however, copyright protections are enforced in full. No part of this guideline may be reproduced except as permitted under Sections 107 and 108 of U.S. Copyright Act. For permission for reuse, visit APPI Permissions & Licensing Center at http://www.appi.org/CustomerService/Pages/Permissions.aspx.

Exhibit B
42

### 5.  Discontinuation of treatment

When pharmacotherapy is being discontinued, it is best to taper the medication over the course of at least several weeks [I]. To minimize the likelihood of discontinuation symptoms, patients should be advised not to stop medications abruptly and to take medications with them when they travel or are away from home [I]. A slow taper or temporary change to a longer half-life antidepressant may reduce the risk of discontinuation symptoms [II] when discontinuing antidepressants or reducing antidepressant doses. Before the discontinuation of active treatment, patients should be informed of the potential for a depressive relapse and a plan should be established for seeking treatment in the event of recurrent symptoms [I]. After discontinuation of medications, patients should continue to be monitored over the next several months and should receive another course of adequate acute phase treatment if symptoms recur [I].

For patients receiving psychotherapy, it is important to raise the issue of treatment discontinuation well in advance of the final session [I], although the exact process by which this occurs will vary with the type of therapy.

### 6.  Clinical factors influencing treatment

#### a.  Psychiatric factors

For suicidal patients, psychiatrists should consider an increased intensity of treatment, including hospitalization when warranted [I] and/or combined treatment with pharmacotherapy and psychotherapy [II]. Factors to consider in determining the nature and intensity of treatment include (but are not limited to) the nature of the doctor-patient alliance, the availability and adequacy of social supports, access to and lethality of suicide means, the presence of a co-occurring substance use disorder, and past and family history of suicidal behavior [I].

For patients who exhibit psychotic symptoms during an episode of major depressive disorder, treatment should include a combination of antipsychotic and antidepressant medications or ECT [I]. When patients exhibit cognitive dysfunction during a major depressive episode, they may have an increased likelihood of future dementia, making it important to assess cognition in a systematic fashion over the course of treatment [I].

Catatonic features that occur as part of a major depressive episode should be treated with a benzodiazepine [I] or barbiturate [II], typically in conjunction with an antidepressant [II]. If catatonic symptoms persist, ECT is recommended [I]. To reduce the likelihood of general medical complications, patients with catatonia may also require supportive medical interventions, such as hydration, nutritional support, prophylaxis against deep vein thrombo-

sis, turning to reduce risks of decubitus ulcers, and passive range of motion to reduce risk of contractures [I]. If antipsychotic medication is needed, it is important to monitor for signs of neuroleptic malignant syndrome, to which patients with catatonia may have a heightened sensitivity [II].

When patients with a major depressive disorder also have a co-occurring psychiatric illness, the clinician should address each disorder as part of the treatment plan [I]. Benzodiazepines may be used adjunctively in individuals with major depressive disorder and co-occurring anxiety [II], although these agents do not treat depressive symptoms, and careful selection and monitoring is needed in individuals with co-occurring substance use disorders [I].

In patients who smoke, bupropion [I] or nortriptyline [II] may be options to simultaneously treat depression and assist with smoking cessation. When possible, a period of substance abstinence can help determine whether the depressive episode is related to substance intoxication or withdrawal [II]. Factors that suggest a need for antidepressant treatment soon after cessation of substance use include a family history of major depressive disorder and a history of major depressive disorder preceding the onset of the substance use disorder or during periods of sobriety [II].

For patients who have a personality disorder as well as major depressive disorder, psychiatrists should institute treatment for the major depressive disorder [I] and consider psychotherapeutic and adjunctive pharmacotherapeutic treatment for personality disorder symptoms [II].

#### b.  Demographic and psychosocial factors

Several aspects of assessment and treatment differ between women and men. Because the symptoms of some women may fluctuate with gonadal hormone levels, the evaluation should include a detailed assessment of mood changes across the reproductive life history (e.g., menstruation, pregnancy, birth control including oral contraception use, abortions, menopause) [I]. When prescribing medications to women who are taking oral contraceptives, the potential effects of drug-drug interactions must be considered [I]. For women in the perimenopausal period, SSRI and SNRI antidepressants are useful in ameliorating depression as well as in reducing somatic symptoms such as hot flashes [II]. Both men and women who are taking antidepressants should be asked whether sexual side effects are occurring with these medications [I]. Men for whom trazodone is prescribed should be warned of the risk of priapism [I].

The treatment of major depressive disorder in women who are pregnant or planning to become pregnant requires a careful consideration of the benefits and risks of

Copyright 2010, American Psychiatric Association. APA makes this practice guideline freely available to promote its dissemination and use; however, copyright protections are enforced in full. No part of this guideline may be reproduced except as permitted under Sections 107 and 108 of U.S. Copyright Act. For permission for reuse, visit APPI Permissions & Licensing Center at http://www.appi.org/CustomerService/Pages/Permissions.aspx.

Exhibit B

**TABLE 8.**   Required Washout Times Between Antidepressant Trials

| To | From | Minimum Washout Period (weeks) |
|---|---|---|
| MAOI | Drug with long-half-life metabolites (e.g., fluoxetine) | 5–6 |
| | Drug without long-half-life metabolites (e.g., TCAs, paroxetine, fluvoxamine, venlafaxine) | 2 |
| | MAOI | 2 |
| Non-MAOI | MAOI | 2 |

may no longer be needed, although such interventions have not been found to alter fall risk, per se (152). Inquiring about a history of falls in the past year and assessing for abnormalities in gait and balance can also help in identifying patients at particular risk for falling (153).

*f.  Effects on weight*

Weight gain, at times substantial, occurs in some patients taking SSRIs (154). Patients who take paroxetine have a higher incidence of weight gain than those who take other SSRIs (98, 155). Fluoxetine causes an initial reduction in weight, which tends to normalize with continued treatment (156).

*g.  Serotonin syndrome*

Use of SSRIs has been associated with the rare development of a syndrome caused by an excess of central nervous system serotonergic activity. Features of serotonin syndrome include abdominal pain, diarrhea, flushing, sweating, hyperthermia, lethargy, mental status changes, tremor and myoclonus, rhabdomyolysis, renal failure, cardiovascular shock, and possibly death (157). Although serotonin syndrome can occur rarely with the use of SSRIs alone, it is usually associated with the simultaneous use of multiple serotonergic agents and is most severe when SSRIs are given together with MAOIs. Consequently, when an SSRI is being changed to an MAOI or vice versa, particular attention must be give to the duration of time between treatments (Section II.B.2.b) to avoid precipitating a potentially lethal serotonin syndrome. Serotonin syndrome has also been reported when SSRIs are used in combination with tramadol, high-dose triptans, or the antibiotic linezolid, which also has some ability to inhibit MAO (158, 159).

*h.  Drug interactions*

The potential for drug-drug interactions differs significantly across the SSRIs. Selective serotonin reuptake inhibitors have variable effects on hepatic microsomal enzymes and therefore cause both increases and decreases in the blood levels of other medications. For example, when SSRIs that strongly inhibit the CYP 2D6 isoenzyme (e.g., paroxetine, fluoxetine) are administered concomitantly with tamoxifen, the metabolism of tamoxifen to its active metabolite is reduced (76–79), resulting in a potential decrease in its efficacy in preventing breast cancer relapse (80, 81). Interaction with other drugs was higher for fluoxetine, fluvoxamine, and paroxetine than for sertraline, citalopram, and escitalopram (98, 160, 161).

As described above, there can be a potentially lethal interaction between SSRIs and MAOIs: the serotonin syndrome. At least five half-lives should elapse between the time an SSRI is stopped and an MAOI is started; for fluoxetine discontinuation, this means waiting approximately 5–6 weeks before starting an MAOI; for discontinuation of other SSRIs, approximately 2 weeks should pass before starting an MAOI (162). A 2-week waiting period has been suggested after discontinuing an MAOI before starting an SSRI or another MAOI (Table 8).

*i.  Discontinuation syndrome*

Selective serotonin reuptake inhibitors generally should not be abruptly discontinued after extended therapy and, whenever possible, should be tapered over several weeks to minimize discontinuation-emergent symptoms. Clinical experience and a few controlled studies suggest that among the SSRIs, discontinuation-emergent symptoms are more likely with paroxetine than sertraline, citalopram, or escitalopram and least likely to occur with fluoxetine (due to the long elimination half-life of its primary metabolite, norfluoxetine) (163, 164). Discontinuation-emergent symptoms include both flu-like experiences such as nausea, headache, light-headedness, chills, and body aches, and neurological symptoms such as paresthesias, insomnia, and "electric shock-like" phenomena. These symptoms typically resolve without specific treatment over 1–2 weeks. However, some patients do experience more protracted discontinuation syndromes, particularly those treated with paroxetine, and may require a slower downward titration regimen. Another strategy is to change to a brief course of fluoxetine, e.g., 10 mg for 1–2 weeks, and then taper and discontinue the fluoxetine (165).

Copyright 2010, American Psychiatric Association. APA makes this practice guideline freely available to promote its dissemination and use; however, copyright protections are enforced in full. No part of this guideline may be reproduced except as permitted under Sections 107 and 108 of U.S. Copyright Act. For permission for reuse, visit APPI Permissions & Licensing Center at http://www.appi.org/CustomerService/Pages/Permissions.aspx.

**40**

### 2. Serotonin norepinephrine reuptake inhibitors

The most common side effects of the SNRIs (venlafaxine, desvenlafaxine, and duloxetine) are similar to those seen with SSRIs, including nausea and vomiting, sexual dysfunction, and activation; like the side effects seen with SSRIs, those with SNRIs can attenuate with continued use. The SNRIs also are more likely to be associated with side effects that reflect noradrenergic activity, including increased pulse rate, dilated pupils, dry mouth, excessive sweating, and constipation. Although all three SNRIs carry the warning of increased blood pressure, this risk is greater during therapy with venlafaxine at doses above 150 mg/day (166) than with duloxetine at doses of 60–120 mg/day (167) or desvenlafaxine at doses of 50–100 mg/day (168). Because this blood pressure increase is dose-related, SNRI-induced hypertension may respond to dose reduction. In the absence of a reduction in hypertension, a different antidepressant medication may be considered. Alternatively, in a patient with well-controlled depressive symptoms, it may be preferable to add an antihypertensive agent rather than risk a depressive relapse or recurrence with medication tapering. As with the SSRIs, abrupt discontinuation of SNRIs should be avoided whenever possible. Discontinuation symptoms, which are sometimes protracted, are more likely to occur with venlafaxine (and, by implication, desvenlafaxine) than duloxetine (100) and may necessitate a slower downward titration regimen or change to fluoxetine. As described above (Section II.B.2.b), there can be a potentially lethal interaction between SNRIs and MAOIs: the serotonin syndrome.

### 3. Other antidepressant medications

#### a. Bupropion

Bupropion differs from other modern antidepressants by its lack of direct effects on serotonergic neurotransmission and, as a consequence, a virtual lack of sexual side effects (169). Neurologic side effects with bupropion include headaches, tremors, and seizures (106). The risk of seizures is minimized by avoiding high doses (e.g., using no more than 450 mg/day), avoiding rapid titration, using divided dosing schedules for the immediate-release and sustained-release formulations, and avoiding use of bupropion in patients with risk factors for seizures. Bupropion should also not be used in patients who have had anorexia nervosa or bulimia nervosa because of elevated risk of seizures (170). The risk of seizures may also be increased by the concomitant use of inhibitors of CYP 2B6 (e.g., desipramine, sertraline, paroxetine, fluoxetine) due to the resulting increase in bupropion blood levels. Bupropion has been associated with a low risk of psychotic symptoms, including delusions and hallucinations. It should therefore be used

cautiously in patients with psychotic disorders. Other side effects with bupropion include agitation, jitteriness, mild cognitive dysfunction, insomnia, and gastrointestinal upset.

#### b. Mirtazapine

The most common side effects of mirtazapine include dry mouth, sedation, and weight gain. For this reason, mirtazapine is often given at night and may be chosen for depressed patients with initial insomnia and weight loss. Although these side effects tend to occur early in the treatment course and may attenuate with continued use, the weight gain associated with mirtazapine is greater than that with other non-TCA, non-MAOI antidepressants (95) and may make it a less attractive choice for some patients. Mirtazapine increases serum cholesterol levels in some patients (171). Although several patients treated with mirtazapine were observed to have agranulocytosis in early studies, subsequent clinical experience has not confirmed an elevated risk (172).

#### c. Trazodone

The most common side effect with trazodone is sedation. Because the sedation associated with trazodone is greater than that with other non-TCA, non-MAOI antidepressants (95), this can be an advantage in patients with initial insomnia (173). Trazodone can also cause cardiovascular side effects, including orthostasis, particularly among elderly patients or those with preexisting heart disease. Use of trazodone has also been associated with life-threatening ventricular arrhythmias in several case reports (173). Trazodone also can cause sexual side effects, including erectile dysfunction in men; in rare instances, priapism occurs, which might require surgical correction (174, 175).

#### d. Nefazodone

Side effects with nefazodone include dry mouth, nausea, constipation, orthostasis, and visual alterations (176). Sedation is also common and may necessitate a gradual titration of nefazodone. However, in patients with insomnia, the sedating properties of nefazodone can be helpful in improving sleep (177). There appears to be a low incidence of treatment-emergent sexual dysfunction (178, 179) with nefazodone and, unlike trazodone, it has not been associated with priapism. Nefazodone has also been associated with rare but potentially fatal liver failure (180, 181), which has limited its use in recent years. Drug-drug interactions can also be problematic as nefazodone inhibits hepatic microsomal enzymes and can raise levels of concurrently administered medications such as certain antihistamines, benzodiazepines, and digoxin.

Copyright 2010, American Psychiatric Association. APA makes this practice guideline freely available to promote its dissemination and use; however, copyright protections are enforced in full. No part of this guideline may be reproduced except as permitted under Sections 107 and 108 of U.S. Copyright Act. For permission for reuse, visit APPI Permissions & Licensing Center at http://www.appi.org/CustomerService/Pages/Permissions.aspx.

**Exhibit B**

**TABLE 10.  Risk Factors for Recurrence of Major Depressive Disorder**

Persistence of subthreshold depressive symptoms

Prior history of multiple episodes of major depressive disorder

Severity of initial and any subsequent episodes

Earlier age at onset

Presence of an additional nonaffective psychiatric diagnosis

Presence of a chronic general medical disorder

Family history of psychiatric illness, particularly mood disorder

Ongoing psychosocial stressors or impairment

Negative cognitive style

Persistent sleep disturbances

the most study. There have been more than 30 trials of pharmacotherapy in the maintenance phase, and results have generally demonstrated the effectiveness of antidepressant medication for relapse prevention (105, 226, 314, 505–507). Many of these trials used TCAs (314, 506), although results of trials involving newer antidepressant medications have been assessed in a recent meta-analysis (507). Lithium has also been used as maintenance treatment for major depressive disorder (441). Despite this, there is limited information on many of the clinical decisions involving medication use in the maintenance phase. Even though lower doses of medication are less likely to produce side effects, results from one study suggest that full doses are superior to lower doses in the maintenance phase (508). Particularly if medications are well-tolerated, it is generally advisable to prescribe the same antidepressant medication doses for maintenance therapy that were effective in prior phases of treatment. Even with adequate maintenance treatment, pharmacotherapy is not invariably successful in preventing relapse and return of symptoms, which still occur in as many as 25% of individuals (509, 510). It is unclear whether some relapses during maintenance therapy are loss of therapeutic efficacy, a phenomenon that has been referred to as tachyphylaxis, but many such relapses appear related to inadequate prophylactic effects of medication (511). When relapses occur, clinicians typically address them using the same approaches described to treat incomplete responses to treatment, such as increasing the dose of medication, changing to a different medication, or adding another medication or a depression-focused psychotherapy to augment therapeutic response (510, 512).

There have been fewer investigations of the effectiveness of psychotherapy in the maintenance phase. Nonethe-

less, several studies have shown that acute psychotherapies for major depressive disorder also have maintenance benefits. For example, even once-monthly maintenance IPT has been shown to forestall relapse in patients at high risk for relapse (289, 314, 315, 513). Most of these studies have used once-monthly maintenance IPT, but research has not demonstrated that frequency of sessions affects outcome (289). In one study, maintenance cognitive therapy delivered over 2 years was as effective as maintenance medication for recurrent major depressive disorder (514). Combining psychotherapy—such as CBT, cognitive therapy, or IPT—with pharmacotherapy in the maintenance phase has also been considered by investigators. Some results suggest that the combination of antidepressant medications plus psychotherapy may be more effective in preventing relapse than treatment with single modalities (314, 365, 506, 515, 516).

For patients receiving treatment with pharmacotherapy and/or psychotherapy, the frequency of visits during the maintenance phase should be set according to the clinical condition and the specific treatments being used. The frequency can range from as low as once every several months for stable patients who require only psychiatric management and medication monitoring to as high as once or twice per week for those receiving psychodynamic psychotherapy. For CBT and IPT, maintenance-phase treatments usually involve a decreased frequency of visits (e.g., once a month). The duration of the maintenance phase will vary depending on the frequency and severity of prior major depressive episodes, the tolerability of treatments, and patient preferences. For many patients, some form of maintenance treatment may be required indefinitely.

Electroconvulsive therapy has also been used in the maintenance phase, although evidence for its benefits comes largely from case reports (239). Patients who exhibit repeated episodes of moderate or severe major depressive disorder despite optimal pharmacological treatment or patients who are medically ineligible for such treatment may be maintained with periodic ECT. Although the optimal frequency and duration of maintenance phase ECT treatments has not been well studied, maintenance ECT is often administered monthly; individuals for whom this is insufficient may find treatment at more frequent intervals to be beneficial (501).

## E. DISCONTINUATION OF TREATMENT

If maintenance-phase treatment is not indicated, stable patients may be considered for discontinuation of treatment after the continuation phase. The precise timing and method of discontinuing psychotherapy and pharma-

Copyright 2010, American Psychiatric Association. APA makes this practice guideline freely available to promote its dissemination and use; however, copyright protections are enforced in full. No part of this guideline may be reproduced except as permitted under Sections 107 and 108 of U.S. Copyright Act. For permission for reuse, visit APPI Permissions & Licensing Center at http://www.appi.org/CustomerService/Pages/Permissions.aspx.

cotherapy for major depressive disorder have not been systematically studied.

The decision to discontinue treatment should be based on the same factors considered in the decision to initiate maintenance treatment (Table 10), including the probability of recurrence, the frequency and severity of past episodes, the persistence of depressive symptoms after recovery, the presence of co-occurring disorders, and patient preferences. The type of treatment being received may also play a role in the decision making. In general, psychotherapy has a longer lasting treatment effect and carries a lower risk of relapse following discontinuation than pharmacotherapy. In terms of timing, patients should be advised not to discontinue medications before holidays, significant events (e.g., weddings), or stressful events.

Patients should be carefully monitored during and immediately after treatment discontinuation to ensure that remission is stable. The highest risk for a relapse is seen in the first 2 months after discontinuation of treatment. Hence, it is important to schedule a follow-up visit during this period to ensure stability.

When pharmacotherapy is being discontinued, it is best to taper the medication over the course of at least several weeks. Such tapering allows for the detection of recurring symptoms at a time when patients are still partially treated and therefore more easily returned to full therapeutic treatment if needed. In addition, such tapering can help minimize the incidence of antidepressant medication discontinuation syndromes, particularly with paroxetine and venlafaxine (98, 163, 164). Discontinuation syndromes are problematic because their symptoms include disturbances of mood, energy, sleep, and appetite and can therefore be mistaken for or mask signs of relapse (517). Consequently, patients should be advised not to stop medications abruptly and to take medications with them when they travel or are away from home. Discontinuation syndromes have been found to be more frequent after discontinuation of medications with shorter half-lives, and patients maintained on short-acting agents should

have their medications tapered gradually over a longer period (518, 519). Another strategy is to change to a brief course of fluoxetine, e.g., 10 mg for 1–2 weeks, and then discontinue the fluoxetine (165). The psychiatrist should closely monitor patients withdrawing from antidepressants and provide reassurance that symptoms are time-limited and can be addressed by more gradual tapering (see Section II.B.2.b.1.i).

How to end psychotherapy is typically dependent on the type of therapy. For time-limited approaches, termination is usually broached from the initiation of treatment and periodically revisited, as the therapist-patient dyad notes which session they are in, how many remain, and how they have progressed toward defined goals. In dynamically oriented psychotherapy, the therapist typically raises termination as an issue well in advance of the final session, using the opportunity to explore remaining and unresolved issues in transference.

Before the discontinuation of active treatment, patients should be informed of the potential for a depressive relapse. Early signs of major depressive disorder should be reviewed, often with a family member, and a plan established for seeking treatment in the event of recurrent symptoms. Patients should continue to be monitored over the next several months to identify early evidence of recurrent symptoms. Again, systematic assessment of symptoms, side effects, adherence, and functional status during this period of high vulnerability is strongly recommended. If a patient does suffer a recurrence after discontinuing medication, treatment should be promptly reinitiated. Usually, the previous treatment regimen to which the patient responded in the acute and continuation phases should be reinitiated (520). Patients who have a recurrence following discontinuation of antidepressant therapy should be considered to have experienced another major depressive disorder episode and should receive adequate acute-phase treatment followed by continuation-phase treatment and possibly maintenance-phase treatment.

# III.   SPECIFIC CLINICAL FEATURES INFLUENCING THE TREATMENT PLAN

## A. PSYCHIATRIC FACTORS

### 1.   Depressive symptoms

#### a.   Suicidal ideation and behaviors

Because suicide is the worst outcome of major depressive disorder, a patient's risk for suicide must be assessed re-

peatedly over the course of treatment. For patients who report suicidal ideation, intention, or planning, close surveillance is necessary (see Sections II.A.3 and II.A.4). Psychiatrists should consider greater intensity of treatment for suicidal patients, including hospitalization when warranted and/or combined treatment with pharmacother-

Copyright 2010, American Psychiatric Association. APA makes this practice guideline freely available to promote its dissemination and use; however, copyright protections are enforced in full. No part of this guideline may be reproduced except as permitted under Sections 107 and 108 of U.S. Copyright Act. For permission for reuse, visit APPI Permissions & Licensing Center at http://www.appi.org/CustomerService/Pages/Permissions.aspx.

Exhibit B
47

# EXHIBIT C

Exhibit C
48

# THE JOURNAL OF
# CLINICAL PSYCHIATRY

Volume 58                    1997                    Supplement 7

# SUPPLEMENT



Antidepressant
Discontinuation Syndrome:
Update on Serotonin Reuptake Inhibitors

HEALTH SCIENCES LIBRARY
University of Wisconsin

JUL 1 5 1997

1305 Linden Drive
Madison, WI 53706

Celebrating Over 50 Years of Service to Psychiatrists

Exhibit C
49

# The Journal of
# Clinical Psychiatry

HEALTH SCIENCES LIBRARY
University of Wisconsin

.IIII 1 5 1997

1305 Linden Drive
Madison, WI 53706

The Journal of Clinical Psychiatry (ISSN 0160-6689) is owned and published monthly by Physicians Postgraduate Press, Inc., P.O. Box 752870, Memphis, TN 38175-2870. Physicians Postgraduate Press, Inc., does not hold itself responsible for statements made by contributors in the Journal.

The Journal of Clinical Psychiatry is indexed in Index Medicus, Excerpta Medica, Psychological Abstracts, Current Contents, Science Citation Index, Hospital Literature Index, Biological Abstracts, Cumulative Index of Allied Health and Nursing, International Nursing, Industrial Medicine, Chemical Abstracts, and Adolescent Mental Health Abstracts.

The Journal of Clinical Psychiatry requires the express transfer of copyright to Physicians Postgraduate Press, Inc., so that the author(s) and Physicians Postgraduate Press, Inc., are protected from misuse of copyrighted material. All submissions must be accompanied by a copyright transfer signed by all authors.

A $00.75 fee per page for photocopying material appearing in the Journal is payable to Physicians Postgraduate Press. This fee is waived in lieu of a specific charge to be determined on a case-by-case basis for classroom and library use; it is the responsibility of the institution or individual to obtain permission for such use.

All advertising accepted conforms to high medical standards. Acceptance does not imply endorsement by Physicians Postgraduate Press, Inc.

© Copyright 1997 Physicians Postgraduate Press, Inc. All rights reserved.

## BOARD OF EDITORS

| | |
|---|---|
| Editor in Chief | Alan J. Gelenberg, M.D. |
| Deputy Editor | Eric M. Reiman, M.D. |
| Book Review Editor | Hagop S. Akiskal, M.D. |

## EDITORIAL BOARD

Geoffrey L. Ahern, M.D., Ph.D.
Judith V. Becker, Ph.D.
Joseph Biederman, M.D.
Jonathan F. Borus, M.D.
Rubin Bressler, M.D.
Andrew W. Brotman, M.D.
James L. Claghorn, M.D.
Paula J. Clayton, M.D.
Jonathan O. Cole, M.D.
Pedro L. Delgado, M.D.
William E. Falk, M.D.
Max Fink, M.D.
Ellen Frank, Ph.D.
Jack M. Gorman, M.D.
John H. Greist, M.D.
John G. Gunderson, M.D.
David B. Herzog, M.D.
James W. Jefferson, M.D.
Dilip V. Jeste, M.D.
John M. Kane, M.D.
T. Byram Karasu, M.D.
Paul E. Keck, Jr., M.D.
Samuel J. Keith, M.D.
Martin B. Keller, M.D.
Donald F. Klein, M.D.
Philip W. Lavori, Ph.D.
R. Bruce Lydiard, M.D., Ph.D.
Stephen R. Marder, M.D.
Susan L. McElroy, M.D.
Herbert Y. Meltzer, M.D.

Roger E. Meyer, M.D.
Mark J. Mills, M.D., J.D.
Erwin B. Montgomery, Jr., M.D.
George B. Murray, M.D.
Henry A. Nasrallah, M.D.
Mark H. Pollack, M.D.
Harrison G. Pope, Jr., M.D.
Michael K. Popkin, M.D.
Robert M. Post, M.D.
Robert F. Prien, Ph.D.
Frederic M. Quitkin, M.D.
John C. Racy, M.D.
Judith L. Rapoport, M.D.
Steven A. Rasmussen, M.D.
Elliott Richelson, M.D.
Steven P. Roose, M.D.
Patricia I. Rosebush, M.D., F.R.C.P.(C)
Jerrold F. Rosenbaum, M.D.
A. John Rush, Jr., M.D.
José M. Santiago, M.D.
Nina R. Schooler, Ph.D.
Mogens Schou, M.D.
George M. Simpson, M.D.
Gary W. Small, M.D.
Susan E. Swedo, M.D.
John A. Talbott, M.D.
Michael E. Thase, M.D.
Richard D. Weiner, M.D., Ph.D.
George Winokur, M.D.

## PUBLICATION STAFF

| | | | | | |
|---|---|---|---|---|---|
| Publisher | Irving Shelton | Managing Editor | Meg M. Waters | Senior Proofreader | Kathy E. Shassere |
| Advertising Director | John S. Shelton, Ph.D. | Deputy Managing Editor | Jane B. Eckstein | Graphic Arts Manager | Faye M. Green |
| Assistant Advertising Director | J. Sherman | Senior Editor | Kathryn Hedges | Publications Manager | C. J. Firestone |
| Administrative Manager | Judy Beach | Assistant Editor | Heather S. Hopkins | Circulation Manager | Sharon Landers |
| | | CME Coordinator | Anne M. Gresham | | |

This material may be protected by Copyright law (Title 17 U.S. Code)

# Clinical Management
# of Antidepressant Discontinuation

## Jerrold F. Rosenbaum, M.D., and John Zajecka, M.D.

To minimize the symptoms of antidepressant discontinuation, gradual tapering is necessary for all serotonin reuptake inhibitors (SRIs) except fluoxetine, which has an extended half-life. Agents with shorter half-lives such as venlafaxine, fluvoxamine, and paroxetine should be tapered gradually. Discontinuation symptoms, which frequently emerge after abrupt discontinuation or intermittent non-compliance and, less frequently, during dose reduction, are generally mild, short-lived, and self-limiting but can be distressing and may lead to missed work days and decreased productivity. The symptoms may be somatic (e.g., dizziness and light-headedness; nausea and vomiting; fatigue, lethargy, myalgia, chills, and other flu-like symptoms; sensory and sleep disturbances) or psychological (anxiety and/or agitation, crying spells, irritability). Mild symptoms can often be treated by simply reassuring the patient that they are usually transient, but for more severe symptoms, it may be necessary to reinstitute the dosage of the original antidepressant and slow the rate of taper. Symptoms of discontinuation may be mistaken for physical illness or relapse into depression; misdiagnosing the symptoms may lead to unnecessary, costly tests and treatment. Thus, health care professionals need to be educated about the potential adverse effects of SRI discontinuation.
*(J Clin Psychiatry 1997;58[suppl 7]:37–40)*

Discontinuation symptoms occur in about one third of patients who stop serotonin reuptake inhibitor (SRI) therapy.[1] The most common symptoms are physical and may include feelings of disequilibrium (e.g., dizziness, light-headedness); nausea and vomiting; flu-like symptoms like fatigue, lethargy, myalgia, and chills; and sensory and sleep disturbances. However, psychological symptoms such as anxiety and agitation, crying spells, and irritability have also been noted.[2] Paying attention to the time frame of symptoms that emerge upon antidepressant discontinuation or when doses are missed will aid in the diagnosis of discontinuation symptoms. These symptoms usually commence within 24 to 72 hours of SRI discontinuation and last from 7 to 14 days. Reassurance is often the only treatment needed, but for cases where symptoms are particularly bothersome or severe, it may be necessary to reinstitute the antidepressant dose and slow the rate of taper. The risk of discontinuation events can be minimized

by tapering all SRIs except for fluoxetine, which has an extended half-life.

## IMPORTANCE OF DIAGNOSIS

While treatment guidelines for depression provide advice on diagnosing depression, starting treatment, and establishing a maintenance regimen, little attention has been given to discontinuing treatment. As a result, few physicians are concerned with therapy termination, and many often fail to recognize and/or diagnose this cluster of symptoms as an antidepressant discontinuation event. Thus, the symptoms that accompany discontinuation are often either mistaken for the flu or a depressive relapse. Patients who experience discontinuation events are sometimes given costly, unnecessary diagnostic tests. For example, one patient with discontinuation dizziness was examined by a neurologist and otorhinolaryngologist, had magnetic resonance imaging of the head, and underwent tests for Lyme disease.[3] Other patients have been given complete physical examinations[4] or laboratory tests.[5] Psychiatric symptoms of discontinuation such as anxiety and agitation, crying spells, or irritability are also sometimes misdiagnosed as a depressive relapse and, as a result, the patient may resume antidepressant treatment for up to 1 year. Some patients who experience these psychiatric symptoms when they stop treatment or miss several doses of their antidepressant may become reluctant to continue treatment in the mistaken belief that they have become ad-

*From the Clinical Psychopharmacology Unit, Massachusetts General Hospital, Boston, Mass. (Dr. Rosenbaum) and Rush Presbyterian St. Luke's Medical Center, Chicago, Ill. (Dr. Zajecka).*

*Presented at the closed symposium "SSRI Discontinuation Events" held December 17, 1996, in Phoenix, Ariz., and sponsored by an unrestricted educational grant from Eli Lilly and Company.*

*Reprint requests to: Jerrold F. Rosenbaum, M.D., Clinical Psychopharmacology Unit, WACC-715, Massachusetts General Hospital, 15 Parkman Street, Boston, MA 02114.*

Exhibit C
51

37

dicted to the antidepressant. Or, if the depression recurs several years later, they may not present for treatment because of the memory of adverse discontinuation events. Patients may also mistakenly conclude that symptoms of discontinuation are evidence of the need for continued treatment or continue with treatment to which they are only partially responsive because of adverse discontinuation events.

Untreated depression can be costly to society in terms of lowered productivity as well as increased morbidity and mortality. Although the symptoms of SRI discontinuation are seldom medically dangerous, they have an adverse effect on many patients' quality of life and have led to missed work days, lowered productivity, and higher medical costs. In one study,[6] 5 of 14 patients who discontinued fluvoxamine treatment took at least 1 day off from work, and 3 sought medical attention locally. Another patient was confined to bed and absent from work for 3 days because of severe dizziness associated with paroxetine discontinuation.[7] Frost and Lal[8] reported on two patients who had difficulty walking because of "electric shocks" and dizziness when paroxetine treatment was ended and one patient whose dizziness caused him to lose control of the steering wheel of his car after sertraline was stopped. Discontinuation events may also increase health care costs in terms of extra visits to physicians and hospital emergency rooms.

When patients present with new symptoms, particularly in an emergency room, they should be routinely asked if they have missed or forgotten to take any doses of medication, if the dosage has been changed recently, or if they have stopped taking any medication within the past several days. These questions are important for physicians in all specialties to ask, since, for example, an infant whose mother discontinued antidepressant treatment while breast-feeding experienced discontinuation symptoms.[9] Symptoms sometimes appear when patients miss several antidepressant doses, particularly of the shorter-acting SRIs such as paroxetine, sertraline, and venlafaxine for which discontinuation symptoms have been observed in as few as 12 to 24 hours after a missed dose.

Symptoms of antidepressant discontinuation can be differentiated from symptoms of depressive relapse by the time frame. Discontinuation-emergent symptoms usually begin within 1 to 3 days after antidepressant treatment is stopped, while signs of relapse are unlikely to become evident for 2 to 3 weeks. Withdrawal symptoms are unlikely to occur in patients who have been treated with SRIs for fewer than 7 weeks.[2] In addition, discontinuation events will remit within a couple of days after the antidepressant is reinstituted or one that is pharmacologically similar is substituted. Patients who have a history of antidepressant noncompliance, who have experienced discontinuation symptoms in the past, or who have treatment-emergent anxiety are at highest risk for experiencing discontinuation phenomena.

| Table 1. Strategies to Manage Discontinuation Events |
| --- |
| • Reassure the patient that the symptoms are likely to be short-lived and mild |
| • For acute symptoms, reinstitute the dosage and slow the rate of taper |
| • Gradually taper all serotonin reuptake inhibitors except fluoxetine |
| • Treat with agent with an extended half-life, e.g. fluoxetine |

## CLINICAL MANAGEMENT

Strategies to treat discontinuation symptoms are listed in Table 1. They include providing reassurance to the patient if symptoms are mild, slowing the rate of taper, and, for acute symptoms, reinstituting the antidepressant dosage or substituting another antidepressant that has a similar pharmacologic profile.

### Provide Reassurance

Because discontinuation symptoms are usually mild and transient, many patients need only reassurance to help them cope with the adverse events. Results from studies on the contribution of cognitive-behavioral factors to the occurrence of discontinuation phenomena may lead to specific therapeutic interventions. For example, Otto et al.[10] found in a study of discontinuation of benzodiazepine patients that 76% of patients who received a combination of slow tapering and cognitive-behavioral therapy, as opposed to 25% of the group who received slow tapering alone, remained benzodiazepine-free at the 3-month follow up. The patients who received cognitive-behavioral therapy were informed about possible discontinuation symptoms and taught specific behaviors to cope with anxiety. The two groups experienced the same biological perturbations, but the group who had cognitive-behavioral therapy had their coping skills enhanced, which suggests that educational interventions can be helpful in successful antidepressant discontinuation. Often, it will be sufficient to tell the patient that the symptoms are likely to disappear within a few days.

Patients who have been responding well to SRI therapy and present with new symptoms such as dizziness and light-headedness, nausea and vomiting, sensory and sleep disturbances, flu-like symptoms, anxiety/agitation, crying spells, or irritability should be asked if they have forgotten or missed any doses. For example, they may have left their medication at home when they went on vacation. Since intermittent noncompliance can lead to discontinuation events, patients may need to be reminded frequently about the importance of taking every dose.

### Slow the Rate of Taper

When a patient successfully completes treatment, the agents with shorter half-lives such as fluvoxamine, paroxetine, sertraline, and venlafaxine should be routinely tapered slowly to the minimum therapeutic dose or often

Exhibit C
52

Clinical Management of Antidepressant Discontinuation

**Table 2. Suggested Rate of Taper for SRIs After Successful Treatment***

| SRI | Rate of Taper[a] (mg/d) | Minimum Therapeutic Dose (mg/d) | Usual Final Dose (mg/d) |
|---|---|---|---|
| Fluoxetine | ...[b] | 20 | 20 |
| Fluvoxamine | 50 | 100 | 25–50 |
| Paroxetine | 10 | 20 | 5–10 |
| Sertraline | 50 | 50 | 25–50 |
| Venlafaxine[c] | 25 | 75 | 25–50 |

*Abbreviation: SRI = serotonin reuptake inhibitor.
[a]Dose should be lowered every 5 to 7 days.
[b]Gradual taper generally unnecessary for fluoxetine.
[c]Manufacturer recommends taper for anyone who has been treated for ≥ 1 week.

below it (Table 2). The rate of taper should depend on a number of factors, including the pharmacologic profile of the specific drug, the current dose, and the duration of treatment. Paroxetine should be tapered slowly; the rate of taper should depend on the patient's comfort and discontinuation symptoms. The final dose may be below the minimum therapeutic dose. For example, a patient who has been taking 60 mg/day of paroxetine for 12 months should be tapered by 10 to 20 mg/week. If discontinuation symptoms appear while the patient is taking the recommended minimum therapeutic dose, it may be necessary to continue to half the dose until the patient is taking 5 mg/day. Similarly, it is often necessary for the final dose of fluvoxamine or sertraline to be lower than the starting dose.

Sometimes discontinuation symptoms persevere even if the SRI is being tapered slowly.[11,12] In that case, it may be necessary to reinstitute the original antidepressant dose and further slow the rate of taper. However, symptoms are occasionally so severe that patients are unable to discontinue antidepressant treatment.[13] If the symptoms continue, one additional strategy is to substitute fluoxetine, which has an extended half-life, for the original agent, as illustrated in one case in which the severe dizziness experienced by one patient after paroxetine discontinuation was alleviated when fluoxetine therapy was begun.[7]

Patients may also experience discontinuation symptoms when they are switched from one agent to another for lack of efficacy. Thus, the two drugs should be titrated, upward and downward, against the adverse effects. If the drugs have similar pharmacologic profiles, it is usually possible to reduce the dose of the initial drug quickly and simultaneously add the new medication.

### FUTURE NEEDS

Guidelines for the treatment of depression should include advice on discontinuing SRI therapy. It is particularly important that information about the possibility of discontinuation reactions be included in patient educational materials designed for primary care physicians, who often treat depression. Medical students, psychologists,

nurses, and pharmacists should also be aware that patients may experience discontinuation symptoms when they stop SRI treatment since patients often bring complaints to these nonphysicians.

Patient education should be provided by physicians and other mental health professionals. When antidepressant treatment is begun or shortly after the patient has started to respond to an antidepressant, he or she should be educated about the importance of taking every dose and about the risk of discontinuation symptoms if treatment is stopped abruptly or interrupted regularly.

Additional clinical strategies to treat antidepressant discontinuation events may become evident after more data is gathered about the phenomenon. For example, little research has been published on the percentage of paroxetine-, sertraline-, or venlafaxine-treated patients who experience discontinuation reactions. Ideally, every antidepressant should be included in a double-blind, placebo-controlled study of discontinuation events as part of the phase 3 evaluations during the Food and Drug Administration (FDA) approval process. Basic studies are also necessary to establish the mechanism of action of the discontinuation phenomena and the specific risk factors for discontinuation symptoms. In addition, specific groups such as the young or the elderly or patients who become anxious or nauseated when they start therapy should be studied to ascertain whether they may be at greater risk for suffering through a discontinuation reaction.

### CONCLUSION

When initiating antidepressant therapy for a patient, a physician must consider the eventual risk of a discontinuation syndrome. While patients may experience discontinuation reactions when they stop therapy with any SRI, discontinuation-emergent symptoms have been reported much less frequently for fluoxetine than the short half-life SRIs, paroxetine, sertraline, fluvoxamine, and venlafaxine. Patients who are discontinuing therapy need to be tapered gradually from all SRIs except fluoxetine; sometimes the final dose will be lower than the minimum therapeutic dose. The extended half-life of fluoxetine may provide protection against discontinuation symptoms, and patients who are unable to tolerate these discontinuation events may benefit from a switch to fluoxetine.

*Drug names:* fluoxetine (Prozac), fluvoxamine (Luvox), paroxetine (Paxil), sertraline (Zoloft), venlafaxine (Effexor)

### REFERENCES

1. Oehrberg S, Christiansen PE, Behnke K, et al. Paroxetine in the treatment of panic disorder: a randomized, double-blind, placebo-controlled study. Br J Psychiatry 1995;167:374–379
2. Coupland NJ, Bell CJ, Potokar JP. Serotonin reuptake inhibitor withdrawal. J Clin Psychopharmacol 1996;16:356–362
3. Einbinder E. Fluoxetine withdrawal [letter]? Am J Psychiatry 1995;152:1235

**Exhibit C**
**53**

39

4. Fava GA, Grandi S. Withdrawal syndromes after paroxetine and sertraline discontinuation [letter]. J Clin Psychopharmacol 1995;15:374–375
5. Debattista C, Schatzberg AF. Physical symptoms associated with paroxetine withdrawal [letter]. Am J Psychiatry 1995;152:1235–1236
6. Black DW, Wesner R, Gabel J. The abrupt discontinuation of fluvoxamine in patients with panic disorder. J Clin Psychiatry 1993;54:146–149
7. Keuthen NJ, Cyr P, Ricciardi JA, et al. Medication withdrawal symptoms in obsessive-compulsive disorder patients treated with paroxetine [letter]. J Clin Psychopharmacol 1994; 14:206–207
8. Frost L, Lal S. Shock-like sensations after discontinuation of selective re-uptake inhibitors [letter]. Am J Psychiatry 1995;152:810

9. Kent LSW, Laidlaw JDD. Suspected congenital sertraline dependence. Br J Psychiatry 1995;167:412–413
10. Otto MW, Pollack MH, Sachs GS, et al. Discontinuation of benzodiazepine treatment: efficacy of cognitive-behavioral therapy for patients with panic disorder. Am J Psychiatry 1993;150:1485–1490
11. Barr LC, Goodman WK, Price LH. Physical symptoms associated with paroxetine discontinuation [letter]. Am J Psychiatry 1994;151:289
12. Pacheco L, Malo P, Aragues E, et al. More cases of paroxetine withdrawal syndrome [letter]. Br J Psychiatry 1996;169:384
13. Farah A, Laurer TE. Possible venlafaxine withdrawal syndrome [letter]. Am J Psychiatry 1996;153:576

# Discussion

**Dr. Haddad:** Physicians routinely ask patients to list the medications they are taking, but, when someone presents with acute symptoms, the physician seldom asks, "Are there any medications that you have stopped taking in the last few days?" That question should also be routine.

**Dr. Schatzberg:** The immediate drug history is extremely important. It should include changes in medication as well as those that have been discontinued. We don't teach residents—particularly those who are working in emergency rooms—to ask these questions.

**Dr. Rosenbaum:** For example, in August a patient was hospitalized at my medical center to rule out a myocardial infarction. It turned out that the symptoms occurred in the context of venlafaxine discontinuation. When venlafaxine was reintroduced, the symptoms abated. The patient was ultimately switched to fluoxetine.

**Dr. Young:** Serotonin selective reuptake inhibitors (SSRIs) are the first-line treatment for premenstrual dysphoric disorder (PMDD), but many women want to discontinue taking medication during certain parts of the menstrual cycle. Thus, my colleagues and I tend to prescribe fluoxetine for PMDD because it is more robust during discontinuation.

**Dr. Haddad:** Discontinuation symptoms are often misdiagnosed. Einbinder [Am J Psychiatry 1995;152:1235] described a young woman who was sent to a neurologist and an otorhinolaryngologist, had magnetic resonance imaging of her head, and was tested for Lyme disease because of dizziness that occurred in the context of SSRI discontinuation. Some patients miss a few doses and then drop out of treatment when they experience discontinuation symptoms. Symptoms develop in other patients when the antidepressant is stopped abruptly at the end of treatment. When depression recurs several years later, the patient is unwilling to begin treatment because the discontinuation phenomena after the first episode were unpleasant.

**Dr. Young:** To avoid discontinuation symptoms, my colleagues and I educate the patients about possible symptoms and reassure them when the symptoms occur that they will be short-lived. We titrate the dose down against the discontinuation syndrome. The rate of titration depends on the pharmacologic characteristics of the drug. Thus, paroxetine is titrated more gradually than fluoxetine.

**Dr. Schatzberg:** I decrease the paroxetine dose about 10 mg/day every 5 to 7 days.

**Dr. Young:** The crucial period is at the end when patients are taking 10 mg/day of paroxetine. I tend to decrease the paroxetine dose to 5 mg/day.

**Dr. Haddad:** The SSRIs, except for paroxetine, can usually be discontinued when the patient is taking the minimum therapeutic dose, but the daily paroxetine dose needs to be tapered to below 20 mg, i.e., the smallest tablet that the manufacturer makes.

**Dr. Kaplan:** Some patients have discontinuation symptoms when they stop the minimum therapeutic dose of sertraline or fluvoxamine.

**Dr. Young:** Any condition that makes long-term patient compliance less likely is something that has profound pharmacoeconomic costs and costs in terms of human suffering.

764   02/03 76
26820



# EXHIBIT D

7J81373

# THE JOURNAL OF
# CLINICAL PSYCHIATRY

VOLUME 67                    2006                    SUPPLEMENT 4

## SUPPLEMENT



**Antidepressant Discontinuation Syndrome:
Current Perspectives and Consensus
Recommendations for Management**

EBLING LIBRARY
UNIVERSITY OF WISCONSIN

MAY 1 9 2006

750 Highland Avenue
Madison, WI 53705

THE OFFICIAL JOURNAL OF THE AMERICAN SOCIETY OF CLINICAL PSYCHOPHARMACOLOGY

EBLING LIBRARY
UNIVERSITY OF WISCONSIN
MAY 1 9 2006
750 Highland Avenue
Madison, WI 53705

# THE JOURNAL OF
# CLINICAL PSYCHIATRY

**VOLUME 67**  **2006**  **SUPPLEMENT 4**


Physicians
Postgraduate
Press, Inc.

## BOARD OF EDITORS

Editor in Chief .......... Alan J. Gelenberg, M.D.
Deputy Editor .......... Eric M. Reiman, M.D.
Deputy Editor ............. Michael H. Ebert, M.D.
Deputy Editor ........ Marlene P. Freeman, M.D.

## PUBLICATION STAFF

Publisher ............................... John S. Shelton, Ph.D.
Founding Publisher 1978–2005 ..................... Irving Shelton
Assistant Publisher ............................. Judy Beach
Publications Manager ........................... C. J. Firestone
Permissions Editor ...................... Maureen Bunner-Hunsucker
Director of Editorial Services ........................ Meg M. Waters
Managing Editor ............................. Kathryn Hedges
Deputy Managing Editor ................... Sarah L. Brownd
Deputy Managing Editor .................... Sallie L. Gatlin
Senior Developmental Editor .................. Erin Mullin Hanski
Senior Editor .................................. John R. Reed
Senior Editor ............................. David M. Twombly
Assistant Editor ........................ Lorraine M. McStay
Senior Proofreader ..................... Kathy E. Shassere
Senior Proofreader ............................ David Spicer
Publications Coordinator ..................... Anna Kwapien
Production Coordinator ................... Diana L. Baessler
Production Assistant ......................... Tracy Burgess
Media Director ............................... Faye M. Green
Electronic Media Manager ................. F. Grant Whittle, Ph.D.
Print Media Manager ......................... Erik Adamec
Journal Media Manager ..................... Sara G. Amelang
Media Content Manager ................... Danna Greenfield
Interface Designer ........................... Randall Cook
Media Assistant .......................... Michael Harrison
Media Assistant .......................... Mark A. Kledzik
Media Assistant ............................... Dell Walker
Media Assistant ............................. Kyle Baker
Director of Circulation ..................... Sharon Landers
Circulation Coordinator ...................... Dianne Ware
Circulation Assistant ...................... Kristen Miller

## CME INSTITUTE

Managing Director ........................... Jane B. Eckstein
Development Director .................... Lee Harrington, R.Ph.
Assistant CME Director ............... Becky Brown Derych
Assistant CME Director ................ Jennifer G. Alessi
CME Coordinator .......................... Diane Brunner
CME Assistant ........................... Susan Bedford
Project Manager .......................... Apryl M. Cox
Project Manager ......................... Susan K. Beaton
Project Associate ............................. K. L. Cox
Project Associate ...................... Kathryn Maceri
Project Assistant ......................... Sally A. Elliott

**EXECUTIVE DIRECTORS**
Chair: Michael H. Ebert, M.D.     Alan J. Gelenberg, M.D.
Jonathan R. T. Davidson, M.D.     John M. Kane, M.D.
David L. Dunner, M.D.             David J. Kupfer, M.D.

**CME ADVISORY BOARD**
Chair:
 Michael H. Ebert, M.D.           John M. Downs, M.D.
Vice Chair:                       Alan J. Gelenberg, M.D.
 Richard C. Shelton, M.D.         Paul King, M.D.
E. Sherwood Brown, Ph.D., M.D.    Joseph A. Lieberman, III, M.D.
Stephanie Cavanaugh, M.D.         Elizabeth H. B. Lin, M.D.
Lawrence J. Cohen, Pharm.D.       Frank W. Ling, M.D.
Larry Culpepper, M.D., M.P.H.     J. Sloan Manning, M.D.
                                  Meir Steiner, M.D., Ph.D.

## EDITORIAL BOARD

Geoffrey L. Ahern, M.D., Ph.D.
Hagop S. Akiskal, M.D.
Judith V. Becker, Ph.D.
Joseph Biederman, M.D.
Rubin Bressler, M.D.
Andrew W. Brotman, M.D.
Paula J. Clayton, M.D.
Jonathan O. Cole, M.D.
Melissa P. DelBello, M.D.
William E. Falk, M.D.
Maurizio Fava, M.D.
Ellen Frank, M.D.
Ira D. Glick, M.D.
Jack M. Gorman, M.D.
John H. Greist, M.D.
Bernard I. Grosser, M.D.
John G. Gunderson, M.D.
Anne M. Herring, Ph.D.
David B. Herzog, M.D.
Robert M. A. Hirschfeld, M.D.
James I. Hudson, M.D.
James W. Jefferson, M.D.
Dilip V. Jeste, M.D.
John M. Kane, M.D.
Paul E. Keck, Jr., M.D.
Samuel J. Keith, M.D.
Martin B. Keller, M.D.
Donald F. Klein, M.D.
James H. Kocsis, M.D.
Susan G. Kornstein, M.D.
Richard D. Lane, M.D., Ph.D.
R. Bruce Lydiard, M.D., Ph.D.
Husseini K. Manji, M.D.
Stephen R. Marder, M.D.
Susan L. McElroy, M.D.
Herbert Y. Meltzer, M.D.
Roger E. Meyer, M.D.
Erwin B. Montgomery, Jr., M.D.
Francisco A. Moreno, M.D.
George B. Murray, M.D.
Henry A. Nasrallah, M.D.
Andrew A. Nierenberg, M.D.
H. George Nurnberg, M.D.
Mark H. Pollack, M.D.
Harrison G. Pope, Jr., M.D.
Michael K. Popkin, M.D.
Robert M. Post, M.D.
Sheldon H. Preskorn, M.D.
John C. Racy, M.D.
Judith L. Rapoport, M.D.
Steven A. Rasmussen, M.D.
Elliott Richelson, M.D.
Steven P. Roose, M.D.
Patricia I. Rosebush, M.D.
Jerrold F. Rosenbaum, M.D.
A. John Rush, Jr., M.D.
José M. Santiago, M.D.
Nina R. Schooler, Ph.D.
George M. Simpson, M.D.
Gary W. Small, M.D.
John A. Talbott, M.D.
Michael E. Thase, M.D.
Mauricio F. Tohen, M.D., Dr.P.H.
Richard D. Weiner, M.D., Ph.D.
Roger D. Weiss, M.D.
Katherine L. Wisner, M.D.
Carlos A. Zarate, Jr., M.D.

*The Journal of Clinical Psychiatry* (ISSN 0160-6689) is published monthly by Physicians Postgraduate Press, Inc. Address correspondence to P.O. Box 752870, Memphis, TN 38175-2870; phone inquiries to (901) 751-3800.

Periodical postage paid at Memphis, TN, and additional mailing offices. POSTMASTER: Send address changes to Circulation Department, Physicians Postgraduate Press, Inc., P.O. Box 752870, Memphis, TN 38175-2870.

Subscriptions for individuals:
US: $132.00; Int'l: $176.00
Single issues: US: $27.00; Int'l: $42.00

*The Journal of Clinical Psychiatry* is indexed in Index Medicus, EMBASE/Excerpta Medica, Psychological Abstracts, Current Contents, Science Citation Index, Hospital Literature Index, Biological Abstracts, Cumulative Index of Allied Health and Nursing, International Nursing, PsycINFO, Chemical Abstracts, Adolescent Mental Health Abstracts, and Alcohol and Alcohol Science Problems Database.

*The Journal of Clinical Psychiatry* is owned and published by Physicians Postgraduate Press, Inc., 3175 Lenox Park Blvd., Suite 409, Memphis, TN 38115. All articles appearing in this publication, including editorials, letters, and book reviews, represent the opinions of the authors and do not necessarily reflect the official policy or opinions of Physicians Postgraduate Press, Inc. or the institution with which the author is affiliated, unless this is clearly specified.

Physicians Postgraduate Press, Inc. disclaims any liability to any party for the accuracy, completeness, or availability of any and all Physicians Postgraduate Press, Inc. publications and other material, or for any damages arising out of the use or non-use of this publication, and any and all Physicians Postgraduate Press, Inc. publications (and other material), and any information contained therein.

*The Journal of Clinical Psychiatry* requires the express transfer of copyright to Physicians Postgraduate Press, Inc. so that the author(s) and Physicians Postgraduate Press, Inc. are protected from misuse of copyrighted material. All submissions must be accompanied by a copyright transfer signed by all authors.

Acceptance of any and all advertising in this publication, or any other material published by Physicians Postgraduate Press, Inc. does not imply endorsement by Physicians Postgraduate Press, Inc.

Visit our Web site at www.psychiatrist.com.

© Copyright 2006 Physicians Postgraduate Press, Inc. All rights reserved.

This material may be protected by Copyright law (Title 17 U.S. Code)

# Antidepressant Discontinuation Syndrome: Consensus Panel Recommendations for Clinical Management and Additional Research

Alan F. Schatzberg, M.D.; Pierre Blier, M.D., Ph.D.;
Pedro L. Delgado, M.D.; Maurizio Fava, M.D.;
Peter M. Haddad, M.D., M.R.C.Psych.; and Richard C. Shelton, M.D.

***Objective:*** Currently, no evidence-based guidelines exist for the management of serotonin reuptake inhibitor (SRI) discontinuation syndrome. This article summarizes recommendations with respect to future research as well as clinical management recommendations for SRI discontinuation syndrome. ***Participants:*** In April 2004, a panel of physicians convened in New York City to discuss recommendations for clinical management of and additional research on SRI discontinuation syndrome. ***Evidence:*** Previous guidance for management of SRI discontinuation syndrome was proposed in 1997 in a consensus meeting also chaired by Alan F. Schatzberg. A literature search of the PubMed database was conducted to identify articles on SRI discontinuation syndrome that have been published since 1997. ***Consensus Process:*** The 2004 panel reviewed important preclinical and clinical studies, discussed prospective investigation of this syndrome in clinical trials, and suggested the establishment of a research network to collect data in naturalistic settings. The panel also reviewed the management recommendations published in 1997 and subsequently updated the recommendations, taking into account the latest clinical data as well as the personal experience of its members with patients. ***Conclusions:*** Additional preclinical and clinical studies are necessary to further elucidate the underlying biological mechanisms of SRI discontinuation syndrome and to identify the patient populations and agents that are most affected by this phenomenon. Management strategies include gradual tapering of doses and should emphasize clinical monitoring and patient education.

*(J Clin Psychiatry 2006;67[suppl 4]:27–30)*

I n 1997, a consensus panel reviewed the data on serotonin reuptake inhibitor (SRI) discontinuation syndrome and made a number of recommendations for clinical management. In April 2004, a panel of physicians convened in New York City and made recommendations for clinical management of and additional research on SRI discontinuation syndrome. These recommendations included outlining important preclinical and clinical studies to understand biological mechanisms, discussing prospective investigation of this syndrome in clinical trials, and proposing the establishment of a research network to collect data in naturalistic settings. Importantly, the panel also reviewed the management recommendations published in 1997[1] and updated its recommendations according to the latest clinical data as well as the personal experiences of the members with patients.

Since the original panel met in 1997, interest in SRI discontinuation syndrome has greatly increased. A literature search of the PubMed database (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?) reveals that more than 30 review articles on SRI discontinuation syndrome have been published since 1997. Notably, diagnostic criteria for this syndrome were proposed by Haddad[2] in 1998 and Black et al.[3] in 2000 and are described in this supplement by Shelton.[4]

However, few studies have investigated the underlying biological mechanisms of this phenomenon. Some studies have better characterized the patient populations that are affected by SRI discontinuation syndrome and have compared effects elicited by discontinuation of different SRIs, but the panel concurred that much work remains to be

*From Stanford University School of Medicine, Stanford, Calif. (Dr. Schatzberg); the Department of Psychiatry, Institute of Mental Health Research, University of Ottawa, Ottawa, Ontario, Canada (Dr. Blier); the Department of Psychiatry, the University of Texas Health Sciences Center at San Antonio, San Antonio (Dr. Delgado); the Depression Clinical and Research Program, Massachusetts General Hospital, Boston (Dr. Fava); the Neuroscience and Psychiatry Unit, University of Manchester, Manchester, United Kingdom (Dr. Haddad); and the Department of Psychiatry, Vanderbilt University School of Medicine, Nashville, Tenn. (Dr. Shelton).*

*These recommendations derive from the meeting "Antidepressant Discontinuation Syndrome: Current Perspectives and Consensus Recommendations for Management," held April 30, 2004, in New York, N.Y.*

*Funding was provided by Wyeth Pharmaceuticals, Inc. Financial disclosure appears at the end of this article.*

*Corresponding author and reprints: Alan F. Schatzberg, M.D., Stanford University School of Medicine, the Department of Psychiatry and Behavioral Sciences, 401 Quarry Rd., Administration, 3rd Floor, Palo Alto, CA 94305-5717 (e-mail: afschatz@stanford.edu).*

Exhibit D

58

Schatzberg et al.

done in this area. In 2000, results of a double-blind, placebo-controlled study investigated the effects of a short (4 to 7 days) SRI discontinuation in 87 patients and showed that discontinuation symptoms were more frequent and more severe in patients who were receiving paroxetine compared with those who were being treated with fluoxetine, sertraline, or citalopram.[5] Two further studies[6,7] with a similar design, published in 2000 and 2002, also found that SRI discontinuation syndrome was more common in paroxetine-treated patients than in fluoxetine-treated patients. Another 2002 study[8] revealed that discontinuation of paroxetine is also associated with a higher incidence of SRI discontinuation syndrome than is discontinuation of fluoxetine in dysthymic patients and that discontinuation syndrome is also more likely in patients who were diagnosed at an earlier age and in females. The higher frequency of discontinuation effects with paroxetine, in contrast with other selective SRIs, may be attributable to its high affinity for the serotonin (5-HT) transporter and short half-life.

In this supplement, Shelton[4] reviews recent studies that assess the prevalence of adverse events in neonates exposed to maternal antidepressant use during pregnancy.[9–11] A high prevalence of such symptoms has been reported, but there is debate as to whether such symptoms represent a neonatal-selective SRI discontinuation phenomenon or 5-HT toxicity.[12] These are not mutually exclusive, and each may apply to different cases. Tapering expectant mothers from SRI therapy before delivery has the potential to reduce the occurrence of such symptoms irrespective of the mechanism by which the antidepressant use causes them. However, the downside is that the mother is at increased risk for depressive relapse. More data are needed to confirm the optimal management strategy for this unique patient population.

This article summarizes the recommendations of the 2004 consensus panel with respect to future research as well as its clinical management recommendations of SRI discontinuation syndrome.

## RESEARCH RECOMMENDATIONS

### Preclinical Studies

To further elucidate the biological and pharmacologic mechanisms of SRI discontinuation syndrome, a number of different types of preclinical studies are needed. First, the relationship between 5-HT receptor desensitization and SRI discontinuation syndrome should be investigated. (See Blier and Tremblay.[13]) Sustained blockade of 5-HT reuptake during exposure to SRIs has been shown to produce a subsequent desensitization of postsynaptic $5\text{-HT}_{1A}$ receptors in some, but not all, brain structures.[14–16] Restoration of 5-HT reuptake activity occurs following discontinuation of SRI treatment, which, in combination with such desensitized postsynaptic $5\text{-HT}_{1A}$ receptors, could lead to an acute hyposerotonergic state. This state could, in turn, potentially

alter the function of several other interacting neurotransmitter systems, resulting in the symptoms associated with SRI discontinuation syndrome.[17,18] Thus, the restoration of enhanced synaptic 5-HT availability over time would correspond to the gradual improvement of discontinuation symptoms. In 1999, Raap and colleagues[19] investigated the time course and mechanism of this desensitization after discontinuation of fluoxetine administration and found that desensitization of $5\text{-HT}_{1A}$ receptors lasted for at least 60 days in rats and appeared to be due to altered interactions among various components of the $5\text{-HT}_{1A}$ receptor system. It was agreed that similar studies should be performed with other shorter-acting SRIs.

Serotonin transporter (5-HTT) density should also be investigated; specifically, does the density of 5-HTTs increase above the prior normal level following cessation of treatment, and is there a rebound effect in 5-HTT levels after discontinuation of sustained treatment? Finally, considering the cross talk between different neurotransmitter systems, it would be interesting to define the roles of other neurotransmitter systems in SRI discontinuation syndrome. Some researchers have found that the norepinephrine and dopamine systems are affected in patients with SRI discontinuation syndrome, but, to our knowledge, the reverse situation has not yet been examined. With respect to the norepinephrine system, studies should be conducted to evaluate whether a rebound in noradrenergic activity, caused by the removal of the enhanced inhibitory 5-HT tone exerted by the SRI, contributes to discontinuation phenomena. In addition, effects of the dopamine system should also be assessed using microdialysis techniques, particularly with respect to the ventral tegmental area and substantia nigra firing activity and the levels of dopamine in their projecting regions. Depending on results of preclinical studies evaluating the role of other neurotransmitter systems in SRI discontinuation syndrome, antidote studies could be performed to determine whether and which specific drugs would abate or prevent some symptoms of discontinuation.

### Pharmacogenetic and Clinical Pharmacology Studies

Pharmacogenetic/pharmacogenomic studies investigating the relationship between polymorphisms in genes encoding proteins that participate in the serotonergic system and SRI discontinuation syndrome could potentially shed light on which patients might be more susceptible to this phenomenon. Indeed, at least one researcher has proposed that genetics may play a role in SRI discontinuation syndrome.[20] Shelton and colleagues have developed a "short" list of approximately 120 genes in this system that each have about 3 to 5 polymorphic variants (R.C.S., unpublished data). While polymorphisms in the 5-HTT promoter and the $5\text{-HT}_{2A}$ receptor are the 2 leading candidates for influencing discontinuation reactions, analysis of other genes is expected to yield additional information.

28

Although the role of a drug's half-life in SRI discontinuation syndrome has been well accepted, it would be interesting to investigate whether other pharmacokinetic or transport parameters could serve as predictors of SRI discontinuation syndrome, e.g., medication drug resistance and glycoprotein.

## Clinical Studies

The symptom profile of SRI discontinuation syndrome is quite complex, so a critical analysis of how the symptoms associated with this syndrome are related to its underlying biology would greatly facilitate our understanding of this phenomenon. Positron emission tomographic studies similar to those performed in tryptophan depletion studies (see Delgado[21]) could be used to evaluate the time course of symptom onset following discontinuation as a function of transporter density. Investigation of whether certain symptoms tend to occur earlier versus later following discontinuation, both within and across patient populations, could enable clinicians to better distinguish SRI discontinuation syndrome symptoms from those of other conditions. It would also be useful to investigate whether different SRIs are associated with different symptom profiles. In addition, determining whether different symptoms, particularly psychological symptoms, are observed in nondepressed patient populations who rapidly discontinue their SRIs might reveal if certain symptoms are related to the underlying disease rather than the treatment. Discontinuation characteristics as a function of treatment duration should also be determined; that is, do discontinuation syndrome characteristics differ between patients treated for shorter versus longer periods? Finally, any differences in SRI discontinuation syndrome severity or occurrence should be compared in patients who have a successful versus unsuccessful response to treatment.

Other suggested research includes naturalistic studies to determine how frequently discontinuation syndrome prevents stoppage of antidepressants: studies to determine the most effective antidepressant taper for minimizing discontinuation symptoms and studies of neonates exposed to antidepressants in the third trimester up to delivery to determine the incidence of adverse neonatal symptoms and to clarify whether the responsible mechanism is 5-HT toxicity or discontinuation syndrome. (Both mechanisms may apply in different cases.)

## Prospective Investigation of SRI Discontinuation Syndrome in Clinical Trials

Because all psychotropic agents have potential discontinuation issues, the panel recommends that formal assessment of discontinuation syndromes should be conducted in phase III clinical studies when new compounds are developed. Characteristics of onset, duration, and severity of any discontinuation symptoms should be compared with those of the active comparator in these studies.

The recommended instrument for evaluating symptoms is the Discontinuation-Emergent Signs and Symptoms (DESS) Checklist, a 43-item scale that can be administered in a clinician-rated form, a self-rated form, or an interactive voice-response form. (See Fava.[23]) Members of the panel recommended that the 43-item DESS Checklist be used, as shorter versions may not be sensitive enough to detect discontinuation reactions, with the understanding that the DESS Checklist itself may require further tweaking, since this scale has not yet been validated. Use of a single version of the DESS also has the advantage of facilitating comparison between studies.

## Establishment of a Research Network to Collect Data in Naturalistic Settings

Capturing information from patients as they go through treatment in the community, using standardized measures that become part of the national practice, would help to answer some of the questions that might be difficult to address in the context of clinical trials. The National Institute of Mental Health is establishing a research network to accomplish these goals (R.C.S., unpublished observation). The panel also recommends that quality improvements and tracking as well as outcomes assessment be merged with systems and health services research.

## RECOMMENDATIONS FOR CLINICAL MANAGEMENT

Following the 1997 panel meeting, Rosenbaum and Zajecka[1] published clinical management strategies for the treatment of SRI discontinuation syndrome. These included (1) reassuring patients that the symptoms associated with SRI discontinuation syndrome are likely to be short-lived and mild; (2) for severe and distressing symptoms, the dosage of the drug prescribed immediately before the dose decrease that led to the onset of discontinuation symptoms should be reinstituted and the rate of taper should be slowed; (3) all SRIs, with the exception of fluoxetine, should be gradually tapered; and (4) using or switching to agents with an extended half-life, such as fluoxetine, can help reduce the incidence of SRI discontinuation syndrome.[1]

The panel reviewed the 1997 treatment recommendations and agreed that slow tapering and drug substitution with longer-acting drugs, such as fluoxetine, were still among the best management strategies for minimizing and/or preventing SRI discontinuation syndrome. In addition, the importance of careful patient monitoring was discussed. Clinicians should be able to distinguish between the onset of discontinuation symptoms versus the return of depressive symptoms. In addition, monitoring should be open-ended during the usual window for onset of discontinuation symptoms (i.e., from the time of discontinuation through about 2 weeks afterward). Clinicians or members

**Exhibit D**
**60**

Schatzberg et al.

of their team should be available by phone and/or e-mail during the tapering period and weeks immediately after stopping. Clinicians may want to check on their patients during this critical period, particularly if there is a history of severe discontinuation symptoms.

Patient education is still considered a key factor in the management of SRI discontinuation syndrome, and clinicians should reassure their patients that this syndrome is easily manageable. Prior to initiating treatment or early in its course, clinicians should educate patients about the possibility and nature of discontinuation symptoms, the importance of taking medication consistently, and the general need to taper medication at the end of a course of treatment of 3 to 4 weeks or longer to minimize the occurrence of such symptoms. Because antidepressants are generally used long-term, patients should be reminded frequently about these issues during treatment and especially that discontinuation symptoms may occur if the antidepressant is abruptly stopped, doses are missed, or the prescription is not refilled. This is particularly relevant given data that suggest a significant proportion of patients surreptitiously discontinue antidepressants without telling their prescribing clinician.[24] Patients should also be informed that discontinuation-like syndromes are not unique to antidepressants and can frequently occur with medications used for other conditions (e.g., β-blockers for hypertension, lithium in bipolar disorder). Importantly, clinicians should emphasize that SRI discontinuation does not indicate addiction or dependence. Finally, it is common practice in psychiatry to involve a key carer (e.g., spouse, partner, family member, close friend of the patient) in the patient's management plan, assuming the patient agrees. In this situation, the panel members supported the potential benefit of educating the carer about the importance of the patient's taking medication consistently not only for its therapeutic effects but also to prevent discontinuation symptoms.

It is important that health professionals are educated about discontinuation syndrome so that they are familiar with the concept and can provide appropriate advice to patients, recognize discontinuation symptoms when they occur, and provide appropriate management.

## CONCLUSION

A number of preclinical and clinical studies are necessary to further elucidate the underlying biological mechanisms of SRI discontinuation syndrome as well as the patient populations and agents that are most affected by this phenomenon. The management strategies that were developed build on those drafted by the 1997 panel and place particular emphasis on monitoring and patient education. Implementing these recommendations in the near future may minimize the occurrence of SRI discontinuation syndrome.

*Drug names:* citalopram (Celexa), fluoxetine (Prozac and others), paroxetine (Paxil, Pexeva, and others), sertraline (Zoloft).

*Financial disclosure:* Dr. Schatzberg is a consultant for Bristol-Myers Squibb, GlaxoSmithKline, Lilly, Pfizer, and Wyeth and is a stockholder in Corcept; Dr. Blier has financial involvement with Biovail, CIHR, Cyberonics, Eli Lilly, Forest, Janssen, Lundbeck, Medical Multimedia, Mitsubishi, Organon, Roche, Sepracor, Steelbeach, and Wyeth; Dr. Delgado has financial or other relationships with Bristol-Myers Squibb, Corcept Therapeutics, Eli Lilly, Forest, GlaxoSmithKline, National Institute of Mental Health, Organon, Paramount Biosciences, Pfizer, Pierre Fabre, and Wyeth-Ayerst; Dr. Fava has received research support and/or honoraria from Abbott, Aspect Medical, AstraZeneca, Bayer AG, Biovail, BrainCells, Bristol-Myers Squibb, Cephalon, Compellis, Cypress, DOV, Eli Lilly, EPIX, Fabre-Kramer, Forest, GlaxoSmithKline, Grunenthal GmbH, J & J Pharmaceuticals, Janssen, Knoll, Litchwer Pharma GmbH, Lorex, Lundbeck, MedAvante, Novartis, Organon, Pharmavite, Pfizer, Roche, Sanofi-Synthelabo, Sepracor, Solvay, Somerset, and Wyeth-Ayerst; Dr. Haddad has received honoraria from the manufacturers of several antidepressants for lecturing and/or attending advisory boards; and Dr. Shelton has financial interests in Abbott, Bristol-Myers Squibb, Eli Lilly, Glaxo, Janssen, Pfizer, Rhone-Poulenc-Rorer, Sanofi, SmithKline Beecham, Solvay, and Wyeth-Ayerst, and Zeneca.

## REFERENCES

1. Rosenbaum JF, Zajecka J. Clinical management of antidepressant discontinuation. J Clin Psychiatry 1997;58(suppl 7):37–40
2. Haddad P. The SSRI discontinuation syndrome. J Psychopharmacol 1998;12:305–313
3. Black K, Shea C, Dursun S, et al. Selective serotonin reuptake inhibitor discontinuation syndrome: proposed diagnostic criteria. J Psychiatry Neurosci 2000;25:255–261
4. Shelton RC. The nature of the discontinuation syndrome associated with antidepressant drugs. J Clin Psychiatry 2006;67(suppl 4):3–7
5. Hindmarch I, Kimber S, Cockle SM. Abrupt and brief discontinuation of antidepressant treatment: effects on cognitive function and psychomotor performance. Int Clin Psychopharmacol 2000;15:305–318
6. Judge R, Parry MG, Quail D, et al. Discontinuation symptoms: comparison of brief interruption in fluoxetine and paroxetine treatment. Int Clin Psychopharmacol 2002;17:217–225
7. Michelson D, Fava M, Amsterdam J, et al. Interruption of selective serotonin reuptake inhibitor treatment: double-blind, placebo-controlled trial. Br J Psychiatry 2000;176:363–368
8. Bogetto F, Bellino S, Revello RB, et al. Discontinuation syndrome in dysthymic patients treated with selective serotonin reuptake inhibitors: a clinical investigation. CNS Drugs 2002;16:273–283
9. Costei AM, Kozer E, Ho T, et al. Perinatal outcome following third trimester exposure to paroxetine. Arch Pediatr Adolesc Med 2002;156:1129–1132
10. Haddad PM. Antidepressant discontinuation syndromes. Drug Saf 2001;24:183–197
11. Oberlander TF, Misri S, Fitzgerald CE, et al. Pharmacologic factors associated with transient neonatal symptoms following prenatal psychotropic medication exposure. J Clin Psychiatry 2004;65:230–237
12. Haddad PM, Pal BR, Clarke P, et al. Neonatal symptoms following maternal paroxetine treatment: serotonin toxicity or paroxetine discontinuation syndrome? J Psychopharmacol 2005;19:554–557
13. Blier P, Tremblay P. Physiologic mechanisms underlying the antidepressant discontinuation syndrome. J Clin Psychiatry 2006;67(suppl 4):8–13
14. Li Q, Muma NA, Battaglia G, et al. A desensitization of hypothalamic 5-HT1A receptors by repeated injections of paroxetine: reduction in the levels of G(i) and G(o) proteins and neuroendocrine responses, but not in the density of 5-HT1A receptors. J Pharmacol Exp Ther 1997;282:1581–1590
15. Blier P, de Montigny C. Current advances and trends in the treatment of depression. Trends Pharmacol Sci 1994;15:220–226
16. El Mansari M, Blier P. Responsiveness of 5-HT(1A) and 5-HT2 receptors in the rat orbitofrontal cortex after long-term serotonin reuptake inhibition. J Psychiatry Neurosci 2005;30:268–274
17. Schatzberg AF, Haddad P, Kaplan EM, et al. Possible biological

**Exhibit D**

mechanisms of the serotonin reuptake inhibitor discontinuation syndrome. Discontinuation Consensus Panel. J Clin Psychiatry 1997;58(suppl 7): 23–27

18. Zajecka J, Tracy KA, Mitchell S. Discontinuation symptoms after treatment with serotonin reuptake inhibitors: a literature review. J Clin Psychiatry 1997;58:291–297

19. Raap DK, Garcia F, Muma NA, et al. Sustained desensitization of hypothalamic 5-hydroxytryptamine1A receptors after discontinuation of fluoxetine: inhibited neuroendocrine responses to 8-hydroxy-2-(dipropylamino)tetralin in the absence of changes in Gi/o/z proteins. J Pharmacol Exp Ther 1999;288:561–567

20. Rosenstock HA. Sertraline withdrawal in two brothers: a case report. Int Clin Psychopharmacol 1996;11:58–59

21. Delgado PL. Monoamine depletion studies: implications for antidepressant discontinuation syndrome. J Clin Psychiatry 2006;67(suppl 4):22–26

22. Kellner R. A symptom questionnaire. J Clin Psychiatry 1987;48:268–274

23. Fava M. Prospective studies of adverse events related to antidepressant discontinuation. J Clin Psychiatry 2006;67(suppl 4):14–21

24. Simon GE, Von Korff M, Rutter CM, et al. Treatment process and outcomes for managed care patients receiving new antidepressant prescriptions from psychiatrists and primary care physicians. Arch Gen Psychiatry 2001;58:395–401

Exhibit D
62

# EXHIBIT E

GEORGE WASHINGTON UNIVERSITY
PAUL HIMMELFARB HEALTH SCIENCES LIBRARY
2300 EYE STREET N. W
WASHINGTON, D.C. 20037

# The American Psychiatric Publishing Textbook of Psychiatry

## FIFTH EDITION

Edited by

Robert E. Hales, M.D., M.B.A.
Stuart C. Yudofsky, M.D.
Glen O. Gabbard, M.D.

With Foreword by
Alan F. Schatzberg, M.D.



American Psychiatric Publishing, Inc.

Washington, DC
London, England

**Note:** The authors have worked to ensure that all information in this book is accurate at the time of publication and consistent with general psychiatric and medical standards, and that information concerning drug dosages, schedules, and routes of administration is accurate at the time of publication and consistent with standards set by the U.S. Food and Drug Administration and the general medical community. As medical research and practice continue to advance, however, therapeutic standards may change. Moreover, specific situations may require a specific therapeutic response not included in this book. For these reasons and because human and mechanical errors sometimes occur, we recommend that readers follow the advice of physicians directly involved in their care or the care of a member of their family.

Books published by American Psychiatric Publishing, Inc., represent the views and opinions of the individual authors and do not necessarily represent the policies and opinions of APPI or the American Psychiatric Association.

**Note:** This book cannot be returned once the panel on the inside front cover has been scratched off and the activation code is exposed. The book includes a single-user license. The code on the inside front cover will activate online access for only one user. For multi-user and site licenses, visit www.psychiatryonline.com/institutions, or contact institutions@psych.org; 1-800-368-5777, ext. 8538; 703-907-8538.

If you would like to buy between 25 and 99 copies of this or any other APPI title, you are eligible for a 20% discount; please contact APPI Customer Service at appi@psych.org or 800-368-5777. If you wish to buy 100 or more copies of the same title, please email us at bulksales@psych.org for a price quote.

Diagnostic criteria included in this book are reprinted, with permission, from the *Diagnostic and Statistical Manual of Mental Disorders*, 4th Edition, Text Revision. Copyright 2000, American Psychiatric Association.

Copyright © 2008 American Psychiatric Publishing, Inc.
ALL RIGHTS RESERVED

Manufactured in the United States of America on acid-free paper
12  11  10  09  08    5  4  3  2  1
Fifth Edition

Typeset in Adobe's AvantGarde and Palatino.

American Psychiatric Publishing, Inc.
1000 Wilson Boulevard
Arlington, VA 22209-3901
www.appi.org

**Library of Congress Cataloging-in-Publication Data**
The American Psychiatric Publishing textbook of psychiatry / edited by Robert E. Hales, Stuart C. Yudofsky, Glen O. Gabbard; with foreword by Alan F. Schatzberg. — 5th ed.
    p. ; cm.
    Rev. ed. of: The American Psychiatric Publishing textbook of clinical psychiatry / edited by Robert E. Hales, Stuart C. Yudofsky. 4th ed. c2003.
    Includes bibliographical references and index.
    ISBN 978-1-58562-257-3 (hardcover : alk. paper)
    1. Psychiatry.  I. Hales, Robert E. II. Yudofsky, Stuart C. III. Gabbard, Glen O. IV. American Psychiatric Publishing. V. American Psychiatric Publishing textbook of clinical psychiatry. VI. Title: Textbook of psychiatry.
    [DNLM:  1. Mental Disorders.   2. Psychiatry.   WM 140 A5126 2008]
    RC454.A419 2008
    616.89—dc22
                                                                              2007038178

**British Library Cataloguing in Publication Data**
A CIP record is available from the British Library.

Other side effects include confusion, urinary retention, and blurred vision in the elderly; and increased appetite and weight gain.

TCAs originally were thought to be more effective in major depression with melancholic features (Paykel 1972). Depression with atypical features may not respond best to TCAs (J.W. Stewart et al. 2002). Care needs to be taken if TCAs are to be used in the elderly, and TCAs are generally not used in children and adolescents in view of lack of efficacy.

Some drug interactions of the TCAs need to be taken into account. Generally, these result from induced or impaired metabolism by the liver microsomal cytochrome P450 system. Care should be taken when any other drug with potential anticholinergic, anti-adrenergic, or monoamine inhibition is given. The TCAs generally should be administered in a slow, upward dosage titration. The measurement of plasma levels may be indicated in suspected overdose or poor adherence and to establish a minimum effective dose.

The monoamine oxidase inhibitors (MAOIs) act by the inhibition of the presynaptic enzyme MAO. This produces an increase in synaptic concentrations of all monoamines. The two isoforms are MAO-A and MAO-B. The MAOIs are classified according to the degree of reversibility of binding to MAO and by their binding to the respective isoforms. Tranylcypromine and phenelzine are irreversible inhibitors of both isoforms; selegiline is more selective for MAO-B; moclobemide is a reversible inhibitor of MAO-A (not available in the United States). The inhibition of MAO-A leads to an increase in NE, which may precipitate a hypertensive crisis. For this reason, a diet free of the precursor tyramine is mandatory in patients taking these drugs. Problems in the use of MAOIs have curtailed their use, but a transdermal preparation of selegiline may offer a novel approach to depression, particularly depression with atypical features. Transdermal selegiline has the advantage over older MAOIs in that it does not irreversibly inhibit gut or liver MAO-A, while binding to both forms of MAO in the brain. This preparation may therefore be better tolerated and provide the therapeutic effects of the MAOIs sought by clinicians (Thase 2006). Other adverse effects of the MAOIs include anticholinergic effects, dizziness, nausea, forgetfulness, and myoclonic jerks. Weight gain, muscle cramps, sexual dysfunction, and hypoglycemia are late effects. The MAOIs may interact with a range of medications. Prescribers should be particularly aware of any other medications that may increase adrenergic tone or increase serotonin or dopamine concentrations to dangerous levels. The MAOIs are useful in bipolar depression or atypical depression, but they are not commonly used in view of dietary restrictions and adverse events.

## Selective Serotonin Reuptake Inhibitors

The SSRIs are a group of drugs with similar but not identical effects. They are safer in overdose than are TCAs. Activities and dosing are given in Table 11–15. In general, antidepressant response rates across studies vary from 60% to 75%, with no drug being more effective than another. Some studies have shown that SSRIs are less effective in melancholic depression (P.J. Perry 1996), whereas they are more effective for atypical depression. Neither finding can be conclusively accepted.

## Serotonin–Norepinephrine Reuptake Inhibitors

Venlafaxine is an inhibitor of serotonin and NE transporters. It is prescribed in the dosage range of 75–225 mg/day. The extended-release preparation may be administered once daily (Gutierrez et al. 2003). Some elevation of blood pressure may be seen at higher doses, and this should be monitored in patients with a history of hypertension. Duloxetine is a more newly introduced serotonin-norepinephrine reuptake inhibitor that is given in dosages ranging from 20 to 80 mg/day.

## Other Antidepressants

Bupropion is an inhibitor of both NE and dopamine reuptake. It also may facilitate presynaptic release of these monoamines. It may spare depressed individuals from the sexual side effects commonly seen with serotonergic agents. It is regarded as having a lower tendency to induce rapid cycling or to induce mania compared with other antidepressants (Stoll et al. 1994). Bupropion is also approved for the treatment of smoking cessation. Adverse effects include anxiety, agitation, dizziness, and nausea. The risk of seizures may be significantly increased, and it should be used with caution in individuals with any predisposing factors for seizures. Dosages should not exceed 400 mg/day.

Mirtazapine is a novel tetracyclic that antagonizes the NE $\alpha_2$ receptor, as well as the 5-HT$_{2A}$ receptor (noradrenergic and serotonin specific antidepressant) (de Boer et al. 1996). In addition, it blocks 5-HT$_2$ and 5-HT$_3$ receptors, which contribute to anxiolysis. Antihistaminic effects include weight gain and sedation. Patients are given dosages between 15 and 45 mg/day.

Before prescribing an antidepressant, clinicians should be aware of several potentially harmful effects. The antidepressant discontinuation syndrome follows the abrupt cessation of any serotonergic agent—most commonly, SSRIs with a short half-life and venlafaxine.

**TABLE 11–15. Selective serotonin reuptake inhibitors (SSRIs): activity, prescribing notes, and dosing**

| SSRI | Activity | Indications | Notes | Dosing |
|---|---|---|---|---|
| Fluoxetine | SRI, weak NRI and 5-HT2c | Major depression, anxiety disorders, impulse-control disorders, bulimia nervosa | Long half-life (2 weeks); require long, without before switching; highly protein bound | Usual dose 20 mg/day; increase gradually to 80 mg/day. Start 10 mg in young and old |
| Paroxetine | SRI, weak ACh, His, and NRI | Major depression, panic disorder, generalized anxiety disorder, OCD | Produces sedation and anticholinergic effects; short half-life; discontinuation a problem | Start 20 mg/day; may increase to 60 mg/day |
| Sertraline | SRI, weak NRI and DRI | Major depression, PTSD | | Start 50 mg/day; may increase to 200 mg/day |
| Fluvoxamine | NRI, SRI | OCD, depression | | Start 50 mg/day; may increase to 200 mg/day |
| Citalopram | SRI, NRI (weak) | Major depression, panic disorder, and agoraphobia | Low inhibition of cytochrome P450 system; useful when drug interactions may be a problem | Start 20 mg/day; may increase to 60 mg/day |
| Escitalopram | SRI, NRI (weak) | Major depression, panic disorder, and agoraphobia | Low inhibition of cytochrome P450 system; useful when drug interactions may be a problem | Start 10 mg/day; may increase to 30 mg/day |

Note. SRI = serotonin reuptake inhibition; NRI = norepinephrine reuptake inhibition; DRI = dopamine reuptake inhibition; 5-HT = serotonin type 2 receptor antagonism; ACh = anticholinergic; His = histamine blockade; OCD = obsessive-compulsive disorder; PTSD = posttraumatic stress disorder.

Within a few days, a syndrome of anxiety, tearfulness, dizziness, electric shock–like sensations, irritability, myoclonus, nausea, and tremor may ensue. Clinicians should be mindful of this adverse effect and exercise caution when reducing or stopping such an agent. If this syndrome occurs, clinicians often use substitution and subsequent withdrawal of an agent with a longer half-life.

Sexual dysfunction is another relatively common effect of serotonergic agents. Problems include decreased libido, erectile dysfunction, and delayed ejaculation in men and delayed or absent orgasm in women. The distinction between depression-induced and drug-induced dysfunction can be difficult. If this problem persists, the clinician may be forced to switch to another agent with less potential to cause sexual dysfunction, such as mirtazapine or bupropion.

## Mood Stabilizers

In some ways, the term *mood stabilizer* is a misnomer because these drugs have wider uses than for mood disorders. Also, many other drugs (e.g., atypical antipsychotics) have mood-stabilizing properties. However, lithium and the older anticonvulsants remain the archetypal mood stabilizers.

### Lithium

In acute mania, lithium remains effective across a range of domains of the illness (Hirschfeld et al. 2002). Treatment response usually can be seen within 5–14 days. Some evidence suggests that lithium is most effective when used in classic or euphoric mania or when the patient has had few lifetime episodes (Bowden 1995). In addition, efficacy appears to be accelerated when dose titration is rapid (Keck et al. 2001). Plasma monitoring is essential in lithium treatment. A range of 0.6–1.2 mEq/L is regarded as therapeutic. Levels greater than that may raise the risk of toxicity, with nausea, vomiting, confusion, myoclonus, seizures, hyperreflexia, and coma. Lower levels may increase the risk of relapse. Other adverse effects of lithium treatment include tremor, cognitive dulling, nausea, weight gain, and sedation.

In the maintenance phase of bipolar illness, lithium has been shown to reduce the risk of relapse (Burgess et al. 2001). More recent studies have confirmed lithium's effectiveness in this regard but also have shown that most patients require more than one drug to achieve stability (Grof 2003). In one study, the combination of lithium and valproate resulted in a significantly lower rate of relapse, compared with monotherapy (Solomon et al. 1997).

Lithium also has been shown to reduce the risk of suicide independently of its mood-stabilizing properties (Baldessarini et al. 2003). In acute bipolar depression, lithium is superior to placebo, although response is usually partial (Zornberg and Pope 1993). This finding often provokes the concomitant use of antidepressants. As for acute mania, plasma levels of lithium need to be greater than 0.8 mEq/L. In unipolar depression, lithium has proven useful in treatment-refractory cases. Rates of improvement of 56%–96% have been reported (M.P. Freeman et al. 2004).

### Valproate and Carbamazepine

In the late 1980s, valproate (sodium valproate or divalproex) was found to be superior to placebo in the treatment of acute mania (Bowden et al. 1994). Although studies have failed to show differences in efficacy among agents, the presence of depressive symptoms, impulsivity, hyperactivity, and multiple prior episodes may be associated with a better treatment response for valproate than for lithium (T.W. Freeman et al. 1992; Swann et al. 2002). The usual dose of valproate is 20 mg/kg but this can be increased to 30 mg/kg. Adverse effects include sedation, tremor, nausea and vomiting, hair loss, and weight gain. Rare problems include hepatotoxicity and pancreatitis.

Carbamazepine has been shown in recent studies to be effective in acute mania (Weisler et al. 2004). Adverse effects of carbamazepine include diplopia, blurred vision, ataxia, sedation, and nausea. Rarer problems such as blood dyscrasias, hepatic failure, pancreatitis, and exfoliative dermatitis have been reported. Some data suggest that carbamazepine is effective in maintenance treatment (Dardennes et al. 1995). Small studies have shown some effects of carbamazepine in acute bipolar and unipolar depression, but these were in treatment-refractory cases (Kramlinger and Post 1989). Oxcarbazepine is a similar agent with a lower incidence of side effects, but data on its efficacy are limited.

### Other Anticonvulsants

Several newer anticonvulsants have been studied in bipolar illness, including gabapentin, lamotrigine, and topiramate. To date, no trials have conclusively shown that any of these agents is effective in acute mania (Keck and McElroy 2006). In maintenance treatment, lamotrigine has been shown to reduce the incidence of depressive episodes but not manic ones (Bowden et al. 2003). Lamotrigine also has proven effective in acute bipolar depression (Calabrese et al. 1999). Adverse effects of lamotrigine include headache, nausea, and

both to ensure that the patient has had an adequate trial of a single agent and to be aware of possible drug interactions or additive side effects. Nonpharmacological options (e.g., ECT, vagus nerve stimulation, and psychotherapy) also should be considered in cases of inadequate response to treatment.

## Pharmacotherapy for Borderline Personality Disorder

Numerous studies have investigated the treatment of borderline personality disorder with various antidepressants, including TCAs, MAOIs, SSRIs, and venlafaxine (American Psychiatric Association 2001; Soloff 2000). The American Psychiatric Association (2001) *Practice Guideline for the Treatment of Patients With Borderline Personality Disorder* recommends the use of SSRIs and venlafaxine (at usual antidepressant doses) for treating mood lability, depressed mood, rejection sensitivity, disinhibited anger, impulsivity, and self-damaging behaviors. The positive effects of these antidepressants on impulsive aggression and anger in placebo-controlled studies appeared to be independent of changes in affective symptoms (Salzman et al. 1995). Lithium augmentation is recommended for patients who have a partial response to an SSRI, whereas a switch to another SSRI is recommended for patients who have no response to an initial SSRI. Atypical antipsychotic agents may be useful but have been less well studied to date (Zanarini et al. 2004). MAOIs also may be effective, particularly in patients with atypical depressive symptoms, but are not recommended as first-line agents because of side effects and the need for dietary restrictions.

## Discontinuation of Antidepressants

Discontinuation of antidepressant medication should be concordant with the guidelines for treatment duration (see "Pharmacotherapy for Acute Major Depression" subsection earlier in this chapter). It is advisable to taper the dose while monitoring for signs and symptoms of relapse. Abrupt discontinuation is also more likely to lead to antidepressant discontinuation symptoms, often referred to as *withdrawal symptoms*. The occurrence of these symptoms after medication discontinuation does not imply that antidepressants are addictive.

Discontinuation symptoms appear to occur most commonly after discontinuation of short-half-life serotonergic drugs (Coupland et al. 1996), such as fluvoxamine, paroxetine, and venlafaxine. Patients describe symptoms as "flulike," including nausea, diarrhea, insomnia, malaise, muscle aches, anxiety, irritability, dizziness, vertigo, and vivid dreams (Coupland et al. 1996). Patients also may experience transient "electric shock" sensations. This unique symptom is diagnostically useful and strongly suggests to the clinician that the patient is experiencing antidepressant discontinuation symptoms because the symptom rarely occurs in other conditions or as a side effect of a new medication.

Discontinuation symptoms usually occur within 1–2 days after abrupt discontinuation of a medication and subside within 7–10 days. In some instances, symptoms also may occur during tapering and dose reduction, and they may persist for up to 3 weeks. Restarting treatment with the medication and then tapering more slowly may be necessary, although it is often possible to attenuate withdrawal symptoms produced by short-half-life SSRIs by administering one dose of fluoxetine (which has a longer half-life).

Abrupt discontinuation of TCAs commonly results in diarrhea, increased sweating, anxiety, and dizziness. These symptoms were previously attributed to cholinergic rebound, but the occurrence of similar symptoms after the discontinuation of many of the newer serotonergic antidepressants suggests that the pathophysiology may be more closely related to changes in serotonin.

## Antidepressant Switching

Particular care must be exercised when switching from an MAOI to other antidepressant classes. In patients who have completed an MAOI trial without achieving a therapeutic response, treatment with other antidepressants should not be started until 14 days after discontinuation of the original MAOI. Equal care is required when switching from most other antidepressants to an MAOI. An interval equal to five times the half-life of the drug, including active metabolites, is required between stopping treatment with other antidepressant medications and starting MAOI therapy. A 2-week interval is also recommended when switching from phenelzine to tranylcypromine because tranylcypromine is an amphetamine derivative.

Switching between other antidepressants is less problematic. Often, clinicians choose to discontinue the first medication before introducing the second one. In most instances, however, a medication-free period is not critical if neither medication is an MAOI. In many instances, it is possible to start administering the new drug while tapering the dose of the first. This overlapping of medications is sometimes helpful to minimize patient discomfort but must be weighed against the

# EXHIBIT F

# WebMD

My WebMD | Sign in | Sign Up | Why WebMD?

Symptoms | Doctors | Health Insurance

| Health A-Z | Drugs & Supplements | Living Healthy | Family & Pregnancy | News & Experts |

WebMD Home ▸ Mental Health Center ▸ Depression Health Center ▸ Depression Guide

Print Article | Save | Email a Friend

**Depression Trends:** Depression Tests | Seasonal Affective Disorder | Panic Disorder | Postpartum Depression | Depression Symptoms | Childhood Depression

## Depression Health Center

**Addiction Home** ▸
- Medical Reference
- Features
- Video
- Slideshows & Images
- Expert Commentary
- News Archive
- Community

**Depression Guide**
1. Overview & Facts
2. Symptoms & Types
3. Diagnosis & Tests
4. Treatment & Care
5. Home Remedies
6. Finding Help for Depression

**Related to Depression**
- Anxiety & Panic Disorders
- Crisis Assistance
- Depression Videos
- Mental Health
- Pill Identifier
- Bipolar Videos
- Healthy Living
- Postpartum Depression
- Psychotic Depression
- More Related Topics

### Tools & Resources

- Natural Remedies for Dry Mouth
- Utah Health Insurance Marketplace
- Avoid These Depression Traps
- Why You Need Your ZZZs
- Take Your Life Back
- True Cost of Mental Conditions

Listen

## Antidepressant Withdrawal

Save This Article For Later     Share this:     Font size:  A A A

Your doctor prescribed an antidepressant to help boost your mood or ease your anxiety. But, as soon as you feel better, you figure you no longer need the medicine. So you stop taking it.

And suddenly, you feel like you have the flu, or a stomach bug, or perhaps you find it hard to think and have disturbing thoughts.

You're probably having antidepressant withdrawal.

Antidepressant withdrawal, more correctly called antidepressant discontinuation syndrome, refers to a unique set of symptoms that can develop after you stop taking an antidepressant. It most often occurs in those who abruptly quit the medication. About one in five people who take an antidepressant for six or more weeks will experience withdrawal symptoms if they suddenly stop taking the medicine. Tapering down your medication gradually under the supervision of your health care provider can help avoid or minimize symptoms. However, it is still possible in those who decrease their dose too rapidly or sometimes even slowly quit the medicine. Even missing a dose for a few days may trigger discontinuation symptoms.

Your doctor may diagnose you with antidepressant withdrawal if:

- You suddenly develop symptoms days after stopping an antidepressant
- Symptoms rapidly go away when you start taking the antidepressant again

It's important to note that withdrawal symptoms do not mean you are addicted to the antidepressant. The National Institutes of Health says you can't get "hooked on" antidepressants, and that they aren't habit forming.

**What Causes Antidepressant Withdrawal?**

**Recommended**
**Related to Depression**

Postpartum Depression: More Common Than You Know

Tina Merritt, now 39, of Virginia Beach, Va., had heard of postpartum depression when she was pregnant seven years ago. But when she gave birth to her son, Graham, she expected nothing but joy as she and her husband welcomed the baby boy who would be the first grandchild on both sides of their families."It took me a while to get pregnant, and it was a huge deal for everyone," Merritt says."I worked right up to the end of my pregnancy and felt great. I'd planned so long for this baby, I really...

Read the Postpartum Depression: More Common Than You Know article > >

### Today on WebMD


**ASSESSMENT**
How Is ADHD Affecting Your Life?


**SLIDESHOW**
What's Killing Your Concentration?


**ARTICLE**
Bringing Home Baby: 7 Things to Know


**ARTICLE**
Free Screenings for Depression

ADVERTISEMENT

ADVERTISEMENT

There's no way to predict if you will have withdrawal symptoms after quitting an antidepressant. Scientists are not exactly sure why some people develop antidepressant discontinuation syndrome while others do not.

Antidepressants help restore the balance of naturally occurring, mood-regulating substances in the brain, called neurotransmitters, including serotonin and norepinephrine. Some mental health experts theorize that abruptly quitting an antidepressant simply does not give your brain time to adjust to the rapid changes.

**Hardest-to-Quit Antidepressants**

All depression drugs can potentially lead to withdrawal symptoms. In fact, antidepressant labels often warn that stopping the medication too quickly may lead to bothersome symptoms. However, withdrawal symptoms are more likely with antidepressants that stay in your body for a shorter period of time, especially those that affect both serotonin and norepinephrine, such as Effexor (venlafaxine) and Cymbalta (duloxetine). Other short-acting medications that affect mainly serotonin include:

- **Celexa** (citalopram)
- **Lexapro** (escitalopram)
- **Paxil** (paroxetine)
- **Zoloft** (sertraline)

Withdrawal is less common with medications that take longer for the body to clear, such as Prozac (fluoxetine). However, longer-acting antidepressants may still cause withdrawal symptoms.

Withdrawal symptoms have also been reported in people trying to quit older types of antidepressant medications, including tricyclics and monoamine oxidase inhibitors (MAOIs).

1 | 2  NEXT PAGE >

 Save This Article For Later

**WebMD Medical Reference**

Next Article:   Depression Treatments   GO >

Depression Guide



1  Overview & Facts       4  Treatment & Care

2  Symptoms & Types       5  Home Remedies

3  Diagnosis & Tests      6  Finding Help for Depression

**Experiencing Bipolar Disorder Symptoms?**

- Learn to Recognize the Manic Highs and Depressive Lows
- Learn About a Treatment Option
- Get Bipolar Disorder Treatment Info

**Learn More Now**



**From Our Sponsor**


QUIZ
Why You Need Your ZZZs


SLIDESHOW
Brain Foods That Help You Focus


SLIDESHOW
What's Killing Your Concentration?


SLIDESHOW
Adult ADHD: Do You Have It?


ARTICLE
What Your Smile Says About You


SLIDESHOW
The Dangers of Irregular Heartbeat


SLIDESHOW
Brain Foods for Better Focus


SLIDESHOW
What's Killing Your Concentration?

**Subscribe**
to WebMD Newsletters

☐ Depression
☐ Emotional Wellness
☐ Men's Health
☐ Women's Health

☐ *I have read and agree to WebMD's* Privacy Policy.

Enter Email Address    Submit

Sign up for more topics!

**WebMD Special Sections**

- 8 Important Things to Do About Depression
- Breaking the Depression Cycle
- Popular Questions About Depression
- Recognizing and Treating Depression
- Help Your Depression Treatment Work

Health Solutions From Our Sponsors

- High Triglycerides?
- Testosterone Treatment
- Vaccine Questions?
- Help for ED
- Cochlear Implants
- Low T Medication
- Help for Low T
- Vaccines for All Ages
- Erectile Dysfunction?
- Osteoarthritis Knee Pain
- Could It Be IBS-C?
- Learn About Triglycerides
- Testosterone Therapy
- Bent Fingers?
- Why Get Vaccinated?

**Exhibit F**

# WebMD

 

🔍 My**WebMD** Sign in | Sign Up | Why WebMD?

☑ Symptoms | ☷ Doctors | ☷ Health Insurance

| Health A-Z | Drugs & Supplements | Living Healthy | Family & Pregnancy | News & Experts |

WebMD Home › Mental Health Center › Depression Health Center › Depression Guide

🖶 Print Article  💾 Save  ✉ Email a Friend

**Depression Trends:** Depression Tests | Seasonal Affective Disorder | Panic Disorder | Postpartum Depression | Depression Symptoms | Childhood Depression

**Addiction Home** ▸
- Medical Reference
- Features
- Video
- Slideshows & Images
- Expert Commentary
- News Archive
- Community

**Depression Guide**
1. Overview & Facts
2. Symptoms & Types
3. Diagnosis & Tests
4. Treatment & Care
5. Home Remedies
6. Finding Help for Depression

**Related to Depression**
- Anxiety & Panic Disorders
- Crisis Assistance
- Depression Videos 📷
- Mental Health
- Pill Identifier
- Bipolar Videos 📷
- Healthy Living
- Postpartum Depression
- Psychotic Depression
- More Related Topics

## Depression Health Center

**Tools & Resources**
- Natural Remedies for Dry Mouth
- Avoid These Depression Traps
- Utah Health Insurance Marketplace
- What's Your Sleep IQ?
- Take Your Life Back
- True Cost of Mental Conditions

### Today on WebMD


**ASSESSMENT**
How Is ADHD Affecting Your Life?


**SLIDESHOW**
What's Killing Your Concentration?

🔊 **Listen**

## Antidepressant Withdrawal
(continued)

➕ Save This Article For Later    Share this: [f] [t]

Font size: A A A


**ARTICLE**
Bringing Home Baby: 7 Things to Know


**ARTICLE**
Free Screenings for Depression

### Symptoms of Antidepressant Withdrawal

Symptoms of antidepressant withdrawal depend on the specific medication you have been taking. Studies have not revealed factors that predict the chances of developing antidepressant discontinuation symptoms – including how long someone has been taking an antidepressant – although some research has found that discontinuation symptoms may be more likely in people who have had a more complete initial response to their antidepressant.

Symptoms most often occur within three days of stopping the antidepressant. They are usually mild and go away within about two weeks. Symptoms can include:

- Anxiety
- Irritability
- Depression and mood swings
- Light-headedness
- Dizziness and balance problems
- Electric shock sensations
- Fatigue
- Flu-like symptoms
- Headache
- Loss of coordination
- Muscle spasms
- Nausea
- Nightmares
- Tremors
- Trouble sleeping
- Vomiting

In rare cases, in people who have bipolar disorder, antidepressant withdrawal has been known to trigger mania. Withdrawal from certain, older types of antidepressants called MAOIs has also (though rarely) been reported to cause confusion and psychotic symptoms.

ADVERTISEMENT


**How to Quit Antidepressants Safely**

If you are thinking about stopping your antidepressant therapy, talk to your doctor. Never stop "cold turkey." In many cases, the best and safest way to quit an antidepressant is to slowly cut back your dose under the guidance of your doctor. This is called tapering. Tapering helps your brain adjust to the chemical changes and can help prevent severe withdrawal symptoms. Your doctor will tell you how to cut back your dose over a couple of days. Never try to do this on your own.

Sometimes, doctors can prescribe medicines to help with discontinuation symptoms such as nausea or insomnia. They also may advise switching from a short- to a long-acting antidepressant to ease the transition off of a medicine for depression.

Withdrawal symptoms usually go away within a few weeks. But if you have extremely severe withdrawal symptoms, your doctor may recommend other medicines to relieve them.

Further Reading:

- Why do Thrill Seekers Love Being Scared?
- When Scab-Picking, Cutting Becomes Addictive
- Addiction: Life in a Bottle
- The New Addictions
- Defining and Treating Internet Addictions
- Addicted to Baseball
- Hooked Online
- ▸ See All Addiction Topics

< PREVIOUS PAGE

1 | 2


Save This Article For Later

**WebMD Medical Reference**

View Article Sources 

Reviewed by Joseph Goldberg, MD on May 11, 2013

© 2013 WebMD, LLC. All rights reserved.

**Next Article:** Depression Treatments   GO ▸

Depression Guide

1 Overview & Facts
2 Symptoms & Types
3 Diagnosis & Tests
4 Treatment & Care
5 Home Remedies
6 Finding Help for Depression

# Server Error in '/' Application.

ADVERTISEMENT


QUIZ
Why You Need Your ZZZs


SLIDESHOW
Brain Foods That Help You Focus


ARTICLE
Early Signs & Symptoms of HIV & AIDS


SLIDESHOW
Symptoms & Treatments for Multiple Sclerosis


VIDEO
Bleeding Gums May Signal Trouble


SLIDESHOW
What Bit You?


ARTICLE
What Your Smile Says About You


SLIDESHOW
11 Surprising Foods That Stain Teeth

**Subscribe**
to WebMD Newsletters

☐ Depression
☐ Emotional Wellness
☐ Men's Health
☐ Women's Health

☐ I have read and agree to WebMD's Privacy Policy.

Enter Email Address   Submit

Sign up for more topics!

**WebMD Special Sections**

- 8 Important Things to Do About Depression
- Breaking the Depression Cycle
- Popular Questions About Depression
- Recognizing and Treating Depression
- Help Your Depression Treatment Work

**Health Solutions** From Our Sponsors

- High Triglycerides?
- Testosterone Treatment
- Vaccine Questions?
- Help for ED
- Cochlear Implants
- Low T Medication
- Help for Low T
- Vaccines for All Ages
- Erectile Dysfunction?
- Osteoarthritis Knee Pain
- Could It Be IBS-C?
- Learn About Triglycerides
- Testosterone Therapy
- Bent Fingers?
- Why Get Vaccinated?

Breast Cancer Assessment   RA Basics   Ulcerative Colitis Diet   Crohn's Disease   Insomnia Myths   Low Testosterone   Joint Replacement   HIV Myths

# EXHIBIT G



**MAYO CLINIC**

| Patient Care | Health Information | For Medical Professionals | Research | Education |

Request an Appointment    Find a Doctor    Find a Job      Log in to Patient Account    Give to Mayo Clinic

| Enter search term here | Search | Diseases and Conditions | Symptoms | Drugs and Supplements | Tests and Procedures | Healthy Lifestyle | First Aid |



Home › Diseases and Conditions › Depression (major depression) › Expert Answers › Antidepressant withdrawal: Is there such a thing?

# Depression (major depression)

Text Size:

| Basics | In-Depth | Multimedia | **Expert Answers** | Resources |

Advertisement

Share on:

🖶 Print   📄 Reprints

With Mayo Clinic psychiatrist

**Daniel K. Hall-Flavin, M.D.**

▸ read biography

**Definition (1)**

▸ 'Clinical depression': What does that mean?

**Risk factors (1)**

▸ Junk food blues: Are depression and diet related?

**Symptoms (2)**

▸ Pain and depression: Is there a link?

▸ Nervous breakdown: What does it mean?

**Causes (4)**

▸ Vitamin B-12 and depression: Are they related?

▸ Caffeine and depression: Is there a link?

▸ Marijuana and depression: What's the link?

▸ see all in Causes

**Complications (2)**

▸ Depression and anxiety: Can I have both?

▸ Tinnitus causes: Could my antidepressant be the culprit?

## Question

Antidepressant withdrawal: Is there such a thing?

**If you stop taking antidepressants, could you experience antidepressant withdrawal? Do withdrawal symptoms mean you were addicted to the drug?**

## Answer

from Daniel K. Hall-Flavin, M.D.

Antidepressant withdrawal is possible if you abruptly stop taking an antidepressant, particularly if you've been taking it longer than six weeks. Symptoms of antidepressant withdrawal are sometimes called antidepressant discontinuation syndrome.

**Managing Depression**

Subscribe to our **Managing Depression** e-newsletter to stay up to date on depression topics.

✉ Sign up now

Quitting an antidepressant suddenly may cause symptoms within a day or two, such as:

- Irritability
- Anxiety
- Insomnia or vivid dreams
- Headaches
- Dizziness
- Tiredness
- Flu-like symptoms, including achy muscles and chills
- Nausea
- Return of depression symptoms

Certain antidepressants are more likely to cause withdrawal symptoms than others. If you have any concerns about withdrawal symptoms, talk with your doctor.

Having antidepressant withdrawal symptoms doesn't mean you're addicted to an antidepressant. Addiction represents harmful, long-term chemical

**Mayo Clinic Store**

Check out these best-sellers and special offers on books and newsletters from Mayo Clinic.

📕 Try Mayo Clinic Health Letter FREE!
📕 Mayo Clinic Book of Alternative Medicine
📕 Control fibromyalgia with a three-step action plan
📕 NEW! Mayo Clinic Guide to Pain Relief

**The Mayo Clinic Diet — Eat well. Enjoy life. Lose weight.**

**Treatments and drugs (9)**

- Mild depression: Are antidepressants effective?
- After a flood, are food and medicine safe to use?
- Antidepressants: Can they stop working?
- see all in Treatments and drugs

**Alternative medicine (4)**

- Fish oil supplements: Can they treat depression?
- Natural remedies for depression: Are they effective?
- Do the benefits of vitamin C include improved mood?
- see all in Alternative medicine



Advertisement

the Mayo Clinic Diet

LOSE
Get well. Enjoy life.
Lose weight.
LEARN MORE >>

**Free E-newsletter**
Subscribe to Housecall

Our weekly general interest e-newsletter keeps you up to date on a wide variety of health topics.

- Sign up now

 **RSS Feeds**

changes in the brain. It's characterized by intense cravings, the inability to control your use of a substance and negative consequences from that substance use. Antidepressants don't cause these issues.

To minimize the risk of antidepressant withdrawal, talk with your doctor before you stop taking an antidepressant. Your doctor may recommend that you gradually reduce the dose of your antidepressant for several weeks or more to allow your brain to adapt to the absence of the drug.

In some cases, your doctor may prescribe another antidepressant or other type of medication on a short-term basis to help ease symptoms as your body adjusts. If you're switching from one type of antidepressant to another, your doctor may have you start taking the new one before you completely stop taking the original medication.

It's sometimes difficult to tell the difference between withdrawal symptoms and returning depression symptoms after you stop taking an antidepressant. Keep your doctor informed of your signs and symptoms. If your depression symptoms return, your doctor may recommend that you begin taking an antidepressant again or that you get other treatment.

Next question
Lexapro side effects: Is breast tenderness common?

**Mayo Clinic products and services**

- Depression treatment at Mayo Clinic
- Book: Mayo Clinic Healthy Heart for Life!
- Give today to find cures for tomorrow

**See Also**

- Antidepressants: Get tips to cope with side effects
- Monoamine oxidase inhibitors (MAOIs)
- Treatment-resistant depression
- MAOIs and diet: Is it necessary to restrict tyramine?
- Dealing with depression
- Selective serotonin reuptake inhibitors (SSRIs)
- Serotonin and norepinephrine reuptake inhibitors (SNRIs)
- Antidepressants: Can they stop working?
- Antidepressants and alcohol: What is the concern?
- Video: Electroconvulsive therapy (ECT)
- Antidepressants: Selecting one that's right for you
- Antidepressants and weight gain: What causes it?
- Lexapro side effects: Is breast tenderness common?
- Tricyclic antidepressants and tetracyclic antidepressants
- Antidepressants: Which cause the fewest sexual side effects?
- Mild depression: Are antidepressants effective?
- Atypical antidepressants
- Video: Antidepressants — How they help relieve depression
- Breast-feeding and medications: What's safe?
- Serotonin syndrome
- When is self-help not enough?
- Vagus nerve stimulation
- Deep brain stimulation

Mayo Clinic is a not-for-profit organization and proceeds from Web advertising help support our mission. Mayo Clinic does not endorse any of the non-Mayo products and services advertised.

- Advertising and sponsorship policy
- Advertising and sponsorship opportunities

- Transcranial magnetic stimulation
- Psychotherapy
- Delayed ejaculation
- Mental health providers: Tips on finding one
- Cognitive behavioral therapy
- After a flood, are food and medicine safe to use?
- Antidepressants: Safe during pregnancy?
- Electroconvulsive therapy (ECT)
- Family therapy
- Postpartum depression
- Antidepressants for children and teens
- Seasonal affective disorder (SAD)
- Atypical depression
- Dysthymia
- Teen depression

⊞ References

Jan. 24, 2013                                                                            AN01425

© 1998-2013 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved. A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.com," "EmbodyHealth," "Enhance your life," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.

| About this site | Site help | Contact us | E-newsletter |
| Blogs | Podcasts | Slide shows | Videos |
| Site map | Reprint permissions | | Interest-Based Ads |

Find Mayo Clinic on      Facebook      Twitter      YouTube

Privacy policy (Updated July 13, 2013)     Terms and conditions of use policy (Updated July 13, 2013)

LEGAL CONDITIONS AND TERMS OF USE APPLICABLE TO ALL USERS OF THIS SITE. ANY USE OF THIS SITE CONSTITUTES YOUR AGREEMENT TO THESE TERMS AND CONDITIONS OF USE.

© 1998-2013 Mayo Foundation for Medical Education and Research. All rights reserved.

 We comply with the HONcode standard for trustworthy health information: verify here.

# EXHIBIT H



JOURNAL OF
**AFFECTIVE DISORDERS**

Journal of Affective Disorders 89 (2005) 207–212

www.elsevier.com/locate/jad

Brief report

# Symptoms following abrupt discontinuation of duloxetine treatment in patients with major depressive disorder ☆

David G. Perahia [a,b,*], Daniel K. Kajdasz [c], Durisala Desaiah [c], Peter M. Haddad [d]

[a] Lilly Research Centre, EMC Building, Erl Wood Manor, Sunninghill Road, Windlesham, Surrey, GU20 6PH, UK
[b] The Gordon Hospital, London SW1, UK
[c] Lilly Research Laboratories, Eli Lilly and Company, Indianapolis, IN, USA
[d] Neuroscience and Psychiatry Unit, University of Manchester, UK

Received 10 January 2005; received in revised form 26 August 2005; accepted 5 September 2005
Available online 2 November 2005

## Abstract

*Background:* Discontinuation symptoms are common following antidepressant treatment. This report characterizes symptoms following duloxetine discontinuation.

*Methods:* Data were obtained from 9 clinical trials assessing the efficacy and safety of duloxetine in the treatment of major depressive disorder (MDD).

*Results:* In a pooled analysis of 6 short-term treatment trials, in which treatment was stopped abruptly, discontinuation-emergent adverse events (DEAEs) were reported by 44.3% and 22.9% of duloxetine- and placebo-treated patients, respectively ($p < 0.05$). Among duloxetine-treated patients reporting at least 1 DEAE, the mean number of symptoms was 2.4. DEAEs reported significantly more frequently on abrupt discontinuation of duloxetine compared with placebo were dizziness (12.4%), nausea (5.9%), headache (5.3%), paresthesia (2.9%), vomiting (2.4%), irritability (2.4%), and nightmares (2.0%). Dizziness was also the most frequently reported DEAE in the analyses of 3 long-term duloxetine studies. Across the short- and long-term data sets, 45.1% of DEAEs had resolved in the duloxetine-treated populations by the end of the respective studies, and the majority of these (65.0%) resolved within 7 days. Most patients rated the severity of their symptoms as mild or moderate. A higher proportion of patients reporting DEAEs were seen with 120 mg/day duloxetine compared with lower doses. For doses between 40 and 120 mg/day duloxetine the proportion of patients reporting at least one DEAE differed significantly from placebo. Extended treatment with duloxetine beyond 8–9 weeks did not appear to be associated with an increased incidence or severity of DEAEs.

*Conclusions:* Abrupt discontinuation of duloxetine is associated with a DEAE profile similar to that seen with other selective serotonin reuptake inhibitor (SSRI) and selective serotonin and norepinephrine reuptake inhibitor (SNRI) antidepressants. It is

☆ Declaration of interest. David Perahia, Daniel Kajdasz, and Durisala Desaiah are employees of Eli Lilly and Company. Peter Haddad has received payment from Eli Lilly and Company and other pharmaceutical companies for attending advisory boards, lecturing and consultancy work.

* Corresponding author. Lilly Research Centre, EMC Building, Erl Wood Manor, Sunninghill, Surrey, GU20 6PH, UK.
  *E-mail address:* d.perahia@lilly.com (D.G. Perahia).

0165-0327/$ - see front matter © 2005 Elsevier B.V. All rights reserved.
doi:10.1016/j.jad.2005.09.003

*D.G. Perahia et al. / Journal of Affective Disorders 89 (2005) 207–212*

recommended that, whenever possible, clinicians gradually reduce the dose no less than 2 weeks before discontinuation of duloxetine treatment.

*Limitations:* The main limitation is the use of spontaneously reported DEAEs.

© 2005 Elsevier B.V. All rights reserved.

*Keywords:* Duloxetine; Discontinuation; Antidepressant; Safety/tolerability; Adverse events

## 1. Introduction

Discontinuation-emergent adverse events (DEAEs) have been documented with tricyclic antidepressants (Ceccherini-Nelli et al., 1993; Dilsaver and Greden, 1984), monoamine oxidase inhibitors (Halle and Dilsaver, 1993), SSRIs (Rosenbaum and Zajecka, 1997) and more recently launched antidepressants including venlafaxine, mirtazapine, and nefazodone (Benazzi, 1998; Fava et al., 1997; MacCall and Callender, 1999). Symptoms usually commence within a few days of stopping an antidepressant, are mild and short-lived, and resolve within 1 week without treatment (Haddad, 2001). In a minority of patients, however, symptoms can be severe and last many weeks (Haddad et al., 2001). Symptoms may be misdiagnosed, for example as a relapse or recurrence of depression. This report aims to characterize DEAEs associated with duloxetine hydrochloride (Cymbalta®), a new SNRI recently approved in several countries for the treatment of MDD.

## 2. Methods

Data were reviewed from 9 multi-center clinical trials conducted in the United States (studies 1–6), Europe (studies 7 and 8), and Latin America (study 9) examining the efficacy and safety of duloxetine in MDD (Table 1). All studies were funded, designed and conducted by Eli Lilly and Company (Detke et al., 2003a; Detke et al., 2003b; Nemeroff et al., 2002; Raskin et al., 2003). Eight studies were randomized, double blind, placebo-controlled trials that examined 8–9 weeks of acute treatment, of which 2 had a 26-week placebo-controlled extension phase (studies 7 and 8). Study 9 was a 52-week open-label trial.

Study patients were depressed as defined by the *Diagnostic and Statistical Manual of Mental Disorders, 4th edition* (DSM-IV) and confirmed by the Mini International Neuropsychiatric Interview (MINI) (Sheehan et al., 1981); they had a total score $\geq 15$ on the $HAMD_{17}$ and $\geq 4$ on the Clinical Global Impression-Severity (CGI-S) scale at baseline. The inclusion and exclusion criteria of the patients in all 9 trials have been previously published (Nemeroff et al., 2002; Greist et al., 2004).

In all studies, duloxetine was abruptly discontinued, followed by a lead-out phase of 1 or 2 weeks to allow for the collection of DEAEs at a set time after the discontinuation of duloxetine or placebo. In the placebo-controlled studies, patients received placebo during the lead-out phase; investigators and patients were blinded to the exact study visit at which the placebo lead-out phase would commence. DEAEs were elicited by non-probing inquiry, recorded regardless of perceived causality, and rated as mild, moderate, or severe. Events were registered as DEAEs if they occurred for the first time or worsened following discontinuation of treatment with reference to the treatment-emergent adverse events occurring during the prior treatment period. The incidence rates presented are based on those patients who entered the lead-out phase for each study. The duration of DEAEs resolved at the end of each study was determined as a function of time in days.

## 3. Results

### 3.1. Acute treatment (studies 1 to 6, Table 1)

Significantly more duloxetine-treated patients (44.3%) reported at least 1 DEAE than placebo-treated patients (22.9%), with dizziness being the most common symptom (Table 2). Two hundred and seventeen duloxetine-treated patients reported at least 1 DEAE, with a total of 510 separate events being reported. Of the 510 events reported, 203 (39.8%) were mild, 258 (50.6%) were moderate and 49 (9.6%)

Table 1
Summary of clinical trials

| Study | Study design | Treatments (N) | Weeks of treatment |
|---|---|---|---|
| 1 | Parallel, double-blind, placebo-controlled, randomized, fluoxetine-controlled | Placebo (70)<br>Duloxetine 20–60 mg BID[a] (70)<br>Fluoxetine 20 mg QD (33)<br>Total (173) | 8 |
| 2 | Parallel, double-blind, placebo-controlled, randomized, fluoxetine-controlled | Placebo (75)<br>Duloxetine 20–60 mg BID[a] (82)<br>Fluoxetine 20 mg QD (37)<br>Total (194) | 8 |
| 3 | Parallel, double-blind, placebo-controlled, randomized | Placebo (122)<br>Duloxetine 60 mg QD (123)<br>Total (245) | 9 |
| 4 | Parallel, double-blind, placebo-controlled, randomized | Placebo (139)<br>Duloxetine 60 mg QD (128)<br>Total (267) | 9 |
| 5 | Parallel, double-blind, placebo-controlled, randomized, paroxetine-controlled | Placebo (90)<br>Duloxetine 20 mg BID (91)<br>Duloxetine 40 mg BID (84)<br>Paroxetine 20 mg QD (89)<br>Total (354) | 8 |
| 6 | Parallel, double-blind, placebo-controlled, randomized, paroxetine-controlled | Placebo (89)<br>Duloxetine 20 mg BID (86)<br>Duloxetine 40 mg BID (91)<br>Paroxetine 20 mg QD (87)<br>Total (353) | 8 |
| 7 | Parallel, double-blind, placebo-controlled, randomized, paroxetine-controlled | Placebo (93)<br>Duloxetine 40 mg BID (93)<br>Duloxetine 60 mg BID (95)<br>Paroxetine 20 mg QD (86)<br>Total (367) | 8; +26-week extension phase |
| 8 | Parallel, double-blind, placebo-controlled, randomized, paroxetine-controlled | Placebo (99)<br>Duloxetine 40 mg BID (93)<br>Duloxetine 60 mg BID (103)<br>Paroxetine 20 mg QD (97)<br>Total (392) | 8; +26-week extension phase |
| 9 | Open-label | Duloxetine 40–60 mg BID (1279) | 52 |

In all these studies, the observation period for DEAEs is 2 weeks; BID=twice daily; QD=once daily.
[a] Forced titration to 120 mg/day.

were severe. Eighty-seven placebo-treated patients reported at least 1 DEAE, with a total of 139 separate events being reported. Of the 139 events, 64 (46.0%) were mild, 68 (48.9%) were moderate, and 7 (5.0%) were severe. A total of 15 (3.1%) duloxetine-treated patients and no placebo-treated patients withdrew from these studies due to a DEAE. Four patients reported dizziness as the reason for study discontinuation.

DEAEs were analyzed according to the dose taken immediately prior to discontinuation of acute treatment. DEAEs were reported by 22.9%, 42.4%, 39.2%, 36.9%, and 62.1% of patients receiving placebo, duloxetine 40, 60, 80, and 120 mg/day,

respectively. A higher incidence of DEAEs was seen with 120 mg/day duloxetine compared with lower doses, but the relationship between dose and the proportion of patients reporting DEAEs is not linear as similar incidences were reported for patients taking 40, 60 or 80 mg/day of duloxetine. Furthermore, patients treated with 40, 60 80 and 120 mg/day of duloxetine reported significantly more DEAEs than patients treated with placebo ($p < 0.01$).

In terms of the duration of DEAEs reported by patients following duloxetine discontinuation, 46.3% had resolved prior to final contact with study patients, and the remaining 53.7% were unresolved. Of the

Exhibit H
82

*D.G. Perahia et al. / Journal of Affective Disorders 89 (2005) 207–212*

Table 2
Discontinuation-emergent adverse events after acute treatment reported by at least 2% of duloxetine-treated patients who entered the lead-out phase of studies 1, 2, 3, 4, 5 and 6

| Event | Placebo (N=380; n (%)) | Duloxetine (N=490; n (%)) |
|---|---|---|
| Patients with ≥ 1 event | 87 (22.9) | 217 (44.3)* |
| Dizziness | 3 (0.8) | 61 (12.4)* |
| Nausea | 1 (0.3) | 29 (5.9)* |
| Headache NOS | 3 (0.8) | 26 (5.3)* |
| Paraesthesia | 1 (0.3) | 14 (2.9)* |
| Diarrhea NOS | 3 (0.8) | 11 (2.2) |
| Vomiting NOS | 2 (0.5) | 12 (2.4)* |
| Irritability | 1 (0.3) | 12 (2.4)* |
| Insomnia | 2 (0.5) | 10 (2.0) |
| Nightmare | 0 (0.0) | 10 (2.0)* |

NOS=not otherwise specified.
* $P<0.05$ vs. placebo, Fisher's Exact Test.

resolved DEAEs, 30.5% had resolved within 1–2 days of duloxetine discontinuation, 37.7% within 3–7 days, and 31.8% resolved after 7 days but prior to final study contact. In patients previously receiving placebo, 47.5% of DEAEs had resolved prior to final study contact and 52.5% were unresolved. Of the resolved DEAEs, 47.0% had resolved within 1–2 days, 37.9% within 3–7 days, and 15.1% after 7 days but prior to final study contact.

### 3.2. Placebo-controlled long-term treatment (studies 7 and 8, Table 1)

Significantly more duloxetine-treated patients reported at least 1 DEAE (9.1%) than did placebo-treated patients (2.0%) with dizziness being the most common symptom (Table 3). Twenty-two patients

reported at least 1 DEAE, with a total of 34 DEAEs being reported. Of the 34 DEAEs reported, 24 (70.6%) were mild, 9 (26.5%) were moderate, and 1 (2.9%) was severe. One patient treated with duloxetine discontinued due to dizziness during the lead-out phase. In terms of the duration of DEAEs reported by patients following duloxetine discontinuation, 35.3% of DEAEs had resolved prior to final contact with study patients and the remaining 64.7% were unresolved. Of the resolved DEAEs, 16.7% had resolved within 1–2 days of duloxetine discontinuation, 25.0% within 3–7 days, and 58.3% after 7 days but prior to final study contact. In patients receiving placebo, 1 out of the 2 reported DEAEs resolved within 7 days. Contrary to the findings associated with short-term exposure, no difference was seen in the number of patients reporting at least 1 DEAE between the 80 and 120 mg/day groups after abrupt discontinuation after long-term treatment with duloxetine.

### 3.3. Open-label 52-week treatment (study 9, Table 1)

In the uncontrolled 52-week open label study, half of the patients reported at least 1 DEAE with dizziness being the most common symptom (Table 4). Among the 281 patients reporting at least 1 DEAE, there were a total of 793 DEAEs reported of which 290 (36.6%) were reported as being of mild severity, 367 (46.3%) moderate, and 136 (17.2%) severe. Prior to final contact with study patients 44.8% DEAEs had resolved and the remaining 55.2% were unresolved. Of the resolved DEAEs, 9.1% had resolved within 1–2 days of duloxetine discontinuation, 54.6% within 3–

Table 3
Discontinuation-emergent adverse events after long-term treatment occurring in at least 2 duloxetine-treated patients by dose

| Event | Placebo (N=101; n (%)) | DLX 80 mg/day (40 mg/BID) (N=118; n (%)) | DLX 120 mg/day (60 mg BID) (N=124; n (%)) | DLX total (N=242; n (%)) |
|---|---|---|---|---|
| Patient with>1 DEAE | 2 (2.0) | 10 (8.5)* | 12 (9.7)* | 22 (9.1)* |
| Dizziness | 1 (1.0) | 4 (3.4) | 4 (3.2) | 8 (3.3) |
| Anxiety | 0 (0.0) | 1 (0.8) | 1 (0.8) | 2 (0.8) |
| Headache NOS | 0 (0.0) | 0 (0.0) | 2 (1.6) | 2 (0.8) |
| Irritability | 0 (0.0) | 1 (0.8) | 1 (0.8) | 2 (0.8) |
| Nausea | 0 (0.0) | 0 (0.0) | 2 (1.6) | 2 (0.8) |
| Vomiting NOS | 0 (0.0) | 0 (0.0) | 2 (1.6) | 2 (0.8) |

Data are from patients who entered the lead-out phase of studies 7 and 8.
DLX=duloxetine; NOS=not otherwise specified; BID=twice daily.
* $P<0.05$ vs. placebo, Fisher's Exact Test.

**Exhibit H**
**83**

D.G. Perahia et al. / Journal of Affective Disorders 89 (2005) 207–212

211

Table 4
Discontinuation-emergent adverse events after long-term treatment for which the incidence was at least 2%

| Event | Duloxetine ($N$=553; $n$ (%)) |
|---|---|
| Patients with ≥1 DEAE | 281 (50.8) |
| Dizziness (excluding vertigo) | 106 (19.2) |
| Anxiety NEC | 55 (9.9) |
| Nausea | 54 (9.8) |
| Headache NOS | 40 (7.2) |
| Insomnia | 37 (6.7) |
| Irritability | 33 (6.0) |
| Vomiting NOS | 24 (4.3) |
| Nightmare | 16 (2.9) |
| Paraesthesia | 16 (2.9) |
| Tinnitus | 16 (2.9) |
| Crying | 15 (2.7) |
| Depressed mood | 15 (2.7) |
| Depression NOS | 15 (2.7) |
| Anorexia | 14 (2.5) |
| Diarrhea NOS | 14 (2.5) |
| Myalgia | 13 (2.4) |
| Tremor | 12 (2.2) |
| Nervousness | 11 (2.0) |

NEC=not elsewhere classified; NOS=not otherwise specified.

7 days, and 36.3% after 7 days but prior to final study contact.

## 4. Discussion

The pattern of DEAEs seen across all 3 groups of studies (short-term placebo-controlled, long-term placebo-controlled, and the long-term open-label study) was similar (Tables 2–4). In all 3 groups, dizziness was the most common DEAE in duloxetine-treated patients, with nausea and headache also consistently reported. This symptom profile is similar to that reported with SSRIs and venlafaxine (Haddad, 2001). A majority of patients who experienced DEAEs described them as mild to moderate in severity. Consistent with this and across all 9 studies, only 22 (1.7%) patients out of the total of 1285 who entered the lead-out phases discontinued study participation due to DEAEs.

When the pooled incidence rate for DEAEs in the 6 short-term studies was compared with that seen in the 3 long-term studies, a slightly higher rate was observed in the 52-week open-label study. This may be explained in part by the absence of blinding in the long-term open-label study and the fact that patients therefore knew for certain when active drug was being discontinued (unique to this study). The proportions of DEAEs rated as severe by duloxetine-treated patients were similar in both short-term and long-term placebo-controlled studies. Overall, the comparisons suggest that the incidence and severity of DEAEs is not increased significantly when the duration of duloxetine treatment is extended beyond 8 or 9 weeks. This finding is consistent with data reported for other antidepressants (Baldwin et al., 2005).

Overall, 45.1% of DEAEs had resolved prior to final contact with study patients receiving duloxetine, and of these resolved DEAEs, 68.2%, 47.1%, and 63.7% had resolved within 7 days of duloxetine discontinuation in studies 1–6, 7 and 8, and 9, respectively. It is of note that the proportion of DEAEs resolved at the final study contact was similar for duloxetine and placebo regardless of duration of treatment.

Given that the majority of duloxetine DEAEs were rated as mild to moderate in severity, reassurance by the clinician may be all that is required for most patients (Haddad, 2001; Rosenbaum and Zajecka, 1997). For more severe symptoms the prescribing clinician may wish to consider reinstating the original dose and slowing the rate of taper. Consistent with this, the current European Union Summary of Product Characteristics for duloxetine recommends a gradual reduction in the dose over no less than 2 weeks before discontinuation, while the U.S. Product Information for duloxetine recommends a gradual reduction of the dose whenever possible. The main limitation of this review is that DEAEs were assessed by means of spontaneous reports rather than a symptom checklist. The latter might be expected to produce higher incidence rates. The occurrence of DEAEs in the placebo arms emphasizes the importance of using placebo-controlled studies to assess DEAEs.

## Acknowledgments

This work was supported by Eli Lilly and Company, Indianapolis, IN, USA. The authors would like to thank Thomas Lee, MS, for his initial participation in the preparation of this manuscript, and to Barry S. Brolley, MS, and Steven C. Gelwicks, MS, for their assistance with statistical analyses.

212                          *D.G. Perahia et al. / Journal of Affective Disorders 89 (2005) 207–212*

## References

Baldwin, D., Montgomery, S.A., Nil, R., Lader, M., 2005. Discontinuation Symptoms in Affective Disorder (Poster, WFSBP, 2005).

Benazzi, F., 1998. Nefazodone withdrawal symptoms. Can. J. Psychiatry—Rev. Can. Psychiatr. 43, 194–195.

Ceccherini-Nelli, A., Bardellini, L., Cur, A., Guazzelli, M., Maggini, C., Dilsaver, S.C., 1993. Antidepressant withdrawal: prospective findings. Am. J. Psychiatry 150, 165.

Detke, M.J., Gilaberte, I., Perahia, D.G., Wang, F., McNamara, R.K., Tran, P.V., Miner, C.M., Montgomery, S.A., 2003a. Duloxetine vs placebo in the prevention of relapse of major depressive disorder. Eur. Neuropsychopharmacol. 13, S261–S262.

Detke, M.J., Wiltse, C.G., McNamara, R.K., Tran, P.V., 2003b. Duloxetine versus placebo and paroxetine in the acute and maintenance treatment of major depression. Biol. Psychiatry 5318, 130S–131S.

Dilsaver, S.C., Greden, J.F., 1984. Antidepressant withdrawal-induced activation (hypomania and mania): is withdrawal-induced cholinergic overdrive causally significant? J. Clin. Psychopharmacol. 4, 174–175.

Fava, M., Mulroy, R., Alpert, J., Nierenberg, A.A., Rosenbaum, J.F., 1997. Emergence of adverse events following discontinuation of treatment with extended-release venlafaxine. Am. J. Psychiatry 154, 1760–1762.

Greist, J., McNamara, R.K., Mallinckrodt, C.H., Rayamajhi, J.N., Raskin, J., 2004. Incidence and duration of antidepressant-induced nausea: duloxetine compared with paroxetine and fluoxetine. Clin. Ther. 26, 1446–1455.

Haddad, P.M., 2001. Antidepressant discontinuation syndromes. Drug Safety 24, 183–197.

Haddad, P.M., Sivakumaran, D., Dursun, S.M., 2001. Antidepressant discontinuation symptoms presenting as 'stroke'. J. Psychopharmacol. 15, 139–141.

Halle, M.T., Dilsaver, S.C., 1993. Tranylcypromine withdrawal phenomena. J. Psychiatry Neurosci. 18, 49–50.

MacCall, C., Callender, J., 1999. Mirtazapine withdrawal causing hypomania. Br. J. Psychiatry 175, 390.

Nemeroff, C.B., Schatzberg, A.F., Goldstein, D.J., Detke, M.J., Mallinckrodt, C.H., Lu, Y., Tran, P.V., 2002. Duloxetine for the treatment of major depressive disorder. Psychopharmacol. Bull. 36, 106–132.

Raskin, J., Goldstein, D.J., Mallinckrodt, C., Ferguson, M.B., 2003. Duloxetine in the long-term treatment of major depressive disorder. J. Clin. Psychiatry 64, 1237–1244.

Rosenbaum, J.F., Zajecka, J., 1997. Clinical management of antidepressant discontinuation. J. Clin. Psychiatry 58 (Suppl. 7), 37–40.

Sheehan, D.V., Lecrubier, Y., Sheehan, K.H., Amorim, P., Janavs, J., Weiller, E., Hergueta, T., Baker, R., Dunbar, G.C., 1981. The Mini-International Neuropsychiatric Interview (M.I.N.I.): the development and validation of a structured diagnostic psychiatric interview for DSM-IV and ICD-10. J. Clin. Psychiatry 59, 22–33.

# EXHIBIT I

Exhibit I
86

FINAL AGREED-UPON LABELING 08-03-04                    1
CLEAN COPY

# CYMBALTA®
## (duloxetine hydrochloride)

### DESCRIPTION

Cymbalta® (duloxetine hydrochloride) is a selective serotonin and norepinephrine reuptake inhibitor (SSNRI) for oral administration. Its chemical designation is (+)-(*S*)-*N*-methyl-γ-(1-naphthyloxy)-2-thiophenepropylamine hydrochloride. The empirical formula is $C_{18}H_{19}NOS \cdot HCl$, which corresponds to a molecular weight of 333.88. The structural formula is:



Duloxetine hydrochloride is a white to slightly brownish white solid, which is slightly soluble in water.

Each capsule contains enteric-coated pellets of 22.4, 33.7, or 67.3 mg of duloxetine hydrochloride equivalent to 20, 30, or 60 mg of duloxetine, respectively. These enteric-coated pellets are designed to prevent degradation of the drug in the acidic environment of the stomach. Inactive ingredients include FD&C Blue No. 2, gelatin, hypromellose, hydroxypropyl methylcellulose acetate succinate, sodium lauryl sulfate, sucrose, sugar spheres, talc, titanium dioxide, and triethyl citrate. The 20 and 60 mg capsules also contain iron oxide yellow.

### CLINICAL PHARMACOLOGY

**Pharmacodynamics**

Although the mechanism of the antidepressant action of duloxetine in humans is unknown, it is believed to be related to its potentiation of serotonergic and noradrenergic activity in the CNS. Preclinical studies have shown that duloxetine is a potent inhibitor of neuronal serotonin and norepinephrine reuptake and a less potent inhibitor of dopamine reuptake. Duloxetine has no significant affinity for dopaminergic, adrenergic, cholinergic or histaminergic receptors *in vitro*. Duloxetine does not inhibit monoamine oxidase (MAO). Duloxetine undergoes extensive metabolism, but the major circulating metabolites have not been shown to contribute significantly to the pharmacologic activity of duloxetine.

**Pharmacokinetics**

Duloxetine has an elimination half-life of about 12 hours (range 8 to 17 hours) and its pharmacokinetics are dose proportional over the therapeutic range. Steady-state plasma concentrations are typically achieved after 3 days of dosing. Elimination of duloxetine is mainly through hepatic metabolism involving two P450 isozymes, CYP2D6 and CYP1A2.

Absorption and Distribution — Orally administered duloxetine hydrochloride is well absorbed. There is a median 2-hour lag until absorption begins ($T_{lag}$), with maximal plasma concentrations ($C_{max}$) of duloxetine occurring 6 hours post dose. Food does not affect the $C_{max}$ of duloxetine, but delays the time to reach peak concentration from 6 to 10 hours and it marginally decreases the extent of absorption (AUC) by about 10%. There is a 3-hour delay in absorption and a one-third increase in apparent clearance of duloxetine after an evening dose as compared to a morning dose.

Exhibit I
87

**FINAL AGREED-UPON LABELING 08-03-04**      **2**
**CLEAN COPY**

38    The apparent volume of distribution averages about 1640 L. Duloxetine is highly bound (>90%)
39    to proteins in human plasma, binding primarily to albumin and $\alpha_1$-acid glycoprotein. Plasma
40    protein binding of duloxetine is not affected by renal or hepatic impairment.

41    <u>Metabolism and Elimination</u> — Biotransformation and disposition of duloxetine in humans have
42    been determined following oral administration of $^{14}$C-labeled duloxetine. Duloxetine comprises
43    about 3% of the total radiolabeled material in the plasma, indicating that it undergoes extensive
44    metabolism to numerous metabolites. The major biotransformation pathways for duloxetine
45    involve oxidation of the naphthyl ring followed by conjugation and further oxidation. Both
46    CYP2D6 and CYP1A2 catalyze the oxidation of the naphthyl ring *in vitro*. Metabolites found in
47    plasma include 4-hydroxy duloxetine glucuronide and 5-hydroxy, 6-methoxy duloxetine sulfate.
48    Many additional metabolites have been identified in urine, some representing only minor pathways
49    of elimination. Only trace (<1% of the dose) amounts of unchanged duloxetine are present in the
50    urine. Most (about 70%) of the duloxetine dose appears in the urine as metabolites of duloxetine;
51    about 20% is excreted in the feces.

52    **Special Populations**
53    <u>Gender</u> — Duloxetine's half-life is similar in men and women. Dosage adjustment based on
54    gender is not necessary.

55    <u>Age</u> — The pharmacokinetics of duloxetine after a single dose of 40 mg were compared in
56    healthy elderly females (65 to 77 years) and healthy middle-age females (32 to 50 years). There
57    was no difference in the $C_{max}$, but the AUC of duloxetine was somewhat (about 25%) higher and
58    the half-life about 4 hours longer in the elderly females. Population pharmacokinetic analyses
59    suggest that the typical values for clearance decrease by approximately 1% for each year of age
60    between 25 to 75 years of age; but age as a predictive factor only accounts for a small percentage
61    of between-patient variability. Dosage adjustment based on the age of the patient is not necessary
62    (*see* DOSAGE AND ADMINISTRATION).

63    <u>Smoking Status</u> — Duloxetine bioavailability (AUC) appears to be reduced by about one-third
64    in smokers. Dosage modifications are not recommended for smokers.

65    <u>Race</u> — No specific pharmacokinetic study was conducted to investigate the effects of race.

66    <u>Renal Insufficiency</u> — Limited data are available on the effects of duloxetine in patients with
67    end stage renal disease (ESRD). After a single 60 mg dose of duloxetine, $C_{max}$ and AUC values
68    were approximately 100% greater in patients with end stage renal disease receiving chronic
69    intermittent hemodialysis than in subjects with normal renal function. The elimination half-life,
70    however, was similar in both groups. The AUCs of the major circulating metabolites, 4-hydroxy
71    duloxetine glucuronide and 5-hydroxy, 6-methoxy duloxetine sulfate, largely excreted in urine,
72    were approximately 7- to 9-fold higher and would be expected to increase further with multiple
73    dosing. For this reason, duloxetine is not recommended for patients with ESRD (*see* DOSAGE
74    AND ADMINISTRATION). Studies have not been conducted in patients with a moderate degree
75    of renal dysfunction, but population PK analyses suggest that mild renal dysfunction has no
76    significant effect on duloxetine apparent clearance.

77    <u>Hepatic Insufficiency</u> — Patients with clinically evident hepatic insufficiency have decreased
78    duloxetine metabolism and elimination. After a single 20 mg dose of duloxetine, 6 cirrhotic
79    patients with moderate liver impairment (Child-Pugh Class B) had a mean plasma duloxetine
80    clearance about 15% that of age- and gender-matched healthy subjects, with a 5-fold increase in
81    mean exposure (AUC). Although $C_{max}$ was similar to normals in the cirrhotic patients, the half-life
82    was about 3 times longer (*see* PRECAUTIONS). It is recommended that duloxetine not be
83    administered to patients with any hepatic insufficiency (*see* DOSAGE AND
84    ADMINISTRATION).

**Exhibit I**
**88**

**FINAL AGREED-UPON LABELING 08-03-04**                                             3
**CLEAN COPY**

85   **Drug-Drug Interactions (also *see* PRECAUTIONS, Drug Interactions)**

86   Potential for Other Drugs to Affect Duloxetine
87      Both CYP1A2 and CYP2D6 are responsible for duloxetine metabolism.
88      Inhibitors of CYP1A2 — When duloxetine was co-administered with fluvoxamine, a potent
89   CYP1A2 inhibitor, to male subjects (n = 14) the AUC was increased over 5-fold, the Cmax was
90   increased about 2.5-fold, and duloxetine $t_{1/2}$ was increased approximately 3-fold. Other drugs that
91   inhibit CYP1A2 metabolism include cimetidine and quinolone antimicrobials such as
92   ciprofloxacin and enoxacin.
93      Inhibitors of CYP2D6 — Because CYP2D6 is involved in duloxetine metabolism, concomitant
94   use of duloxetine with potent inhibitors of CYP2D6 would be expected to, and does, result in
95   higher concentrations of duloxetine (*see* PRECAUTIONS, Drug Interactions).
96      Studies with Benzodiazepines —
97      *Lorazepam* — Under steady-state conditions, for duloxetine (60 mg Q 12 hours) and lorazepam
98   (2 mg Q 12 hours) the pharmacokinetics of duloxetine were not affected by co-administration.
99      *Temazepam* — Under steady-state conditions, for duloxetine (20 mg qhs) and temazepam (30 mg
100  qhs), the pharmacokinetics of duloxetine were not affected by co-administration.

101  Potential for Duloxetine to Affect Other Drugs
102     Drugs Metabolized by CYP1A2 — *In vitro* drug interaction studies demonstrate that duloxetine
103  does not induce CYP1A2 activity. Therefore, an increase in the metabolism of CYP1A2 substrates
104  (e.g., theophylline, caffeine) resulting from induction is not anticipated, although clinical studies of
105  induction have not been performed. Although duloxetine is an inhibitor of the CYP1A2 isoform in
106  *in vitro* studies, the pharmacokinetics of theophylline, a CYP1A2 substrate, were not significantly
107  affected by co-administration with duloxetine (60 mg BID). Duloxetine is thus unlikely to have a
108  clinically significant effect on the metabolism of CYP1A2 substrates.
109     Drugs Metabolized by CYP2D6 — Duloxetine is a moderate inhibitor of CYP2D6 and increases
110  the AUC and $C_{max}$ of drugs metabolized by CYP2D6 (*see* PRECAUTIONS). Therefore, co-
111  administration of duloxetine with other drugs that are extensively metabolized by this isozyme and
112  that have a narrow therapeutic index should be approached with caution (*see* PRECAUTIONS,
113  Drug Interactions).
114     Drugs Metabolized by CYP2C9 — Duloxetine does not inhibit the *in vitro* enzyme activity of
115  CYP2C9. Inhibition of the metabolism of CYP2C9 substrates is therefore not anticipated, although
116  clinical studies have not been performed.
117     Drugs Metabolized by CYP3A — Results of *in vitro* studies demonstrate that duloxetine does
118  not inhibit or induce CYP3A activity. Therefore, an increase or decrease in the metabolism of
119  CYP3A substrates (e.g., oral contraceptives and other steroidal agents) resulting from induction or
120  inhibition is not anticipated, although clinical studies have not been performed.
121     Studies with Benzodiazepines —
122     *Lorazepam* — Under steady-state conditions, for duloxetine (60 mg Q 12 hours) and lorazepam
123  (2 mg Q 12 hours) the pharmacokinetics of lorazepam were not affected by co-administration.
124     *Temazepam* — Under steady-state conditions, for duloxetine (20 mg qhs) and temazepam (30 mg
125  qhs), the pharmacokinetics of temazepam were not affected by co-administration.
126     Drugs Highly Bound to Plasma Protein — Because duloxetine is highly bound to plasma protein,
127  administration of duloxetine to a patient taking another drug that is highly protein bound may cause
128  increased free concentrations of the other drug, potentially resulting in adverse events.
129

**Exhibit I**
**89**

**FINAL AGREED-UPON LABELING 08-03-04**      **4**
**CLEAN COPY**

### CLINICAL STUDIES

130
131      The efficacy of Cymbalta as a treatment for depression was established in 4 randomized,
132 double-blind, placebo-controlled, fixed-dose studies in adult outpatients (18 to 83 years) meeting
133 DSM-IV criteria for major depression. In 2 studies, patients were randomized to Cymbalta 60 mg
134 once daily (N=123 and N=128, respectively) or placebo (N=122 and N=139, respectively) for 9
135 weeks; in the third study, patients were randomized to Cymbalta 20 or 40 mg twice daily (N=86
136 and N=91, respectively) or placebo (N=89) for 8 weeks; in the fourth study, patients were
137 randomized to Cymbalta 40 or 60 mg twice daily (N=95 and N=93, respectively) or placebo
138 (N=93) for 8 weeks. There is no evidence that doses greater than 60 mg/day confer any additional
139 benefit.
140      In all 4 studies, Cymbalta demonstrated superiority over placebo as measured by improvement
141 in the 17-item Hamilton Depression Rating Scale (HAMD-17) total score.
142      Analyses of the relationship between treatment outcome and age, gender, and race did not
143 suggest any differential responsiveness on the basis of these patient characteristics.

### INDICATIONS AND USAGE

144
145      Cymbalta is indicated for the treatment of major depressive disorder (MDD).
146      The efficacy of Cymbalta has been established in 8- and 9-week placebo-controlled trials of
147 outpatients who met DSM-IV diagnostic criteria for major depressive disorder (*see* CLINICAL
148 STUDIES).
149      A major depressive episode (DSM-IV) implies a prominent and relatively persistent (nearly
150 every day for at least 2 weeks) depressed or dysphoric mood that usually interferes with daily
151 functioning, and includes at least 5 of the following 9 symptoms: depressed mood, loss of interest
152 in usual activities, significant change in weight and/or appetite, insomnia or hypersomnia,
153 psychomotor agitation or retardation, increased fatigue, feelings of guilt or worthlessness, slowed
154 thinking or impaired concentration, or a suicide attempt or suicidal ideation.
155      The effectiveness of Cymbalta in hospitalized patients with major depressive disorder has not
156 been studied.
157      The effectiveness of Cymbalta in long-term use for major depressive disorder, that is, for more
158 than 9 weeks, has not been systematically evaluated in controlled trials. The physician who elects
159 to use Cymbalta for extended periods should periodically evaluate the long-term usefulness of the
160 drug for the individual patient.

### CONTRAINDICATIONS

161
162 **Hypersensitivity**
163      Duloxetine is contraindicated in patients with a known hypersensitivity to the product.

164 **Monoamine Oxidase Inhibitors**
165      Concomitant use in patients taking monoamine oxidase inhibitors (MAOIs) is contraindicated
166 (*see* WARNINGS).

167 **Uncontrolled Narrow-Angle Glaucoma**
168      In clinical trials, duloxetine use was associated with an increased risk of mydriasis; therefore,
169 its use should be avoided in patients with uncontrolled narrow-angle glaucoma.

### WARNINGS

170
171      **Clinical Worsening and Suicide Risk** — Patients with major depressive disorder, both adult
172 and pediatric, may experience worsening of their depression and/or the emergence of suicidal
173 ideation and behavior (suicidality), whether or not they are taking antidepressant medications, and
174 this risk may persist until significant remission occurs. Although there has been a long-standing
175 concern that antidepressants may have a role in inducing worsening of depression and the
176 emergence of suicidality in certain patients, a causal role for antidepressants in inducing such

**Exhibit I**
**90**

**FINAL AGREED-UPON LABELING 08-03-04**      **5**
**CLEAN COPY**

177   behaviors has not been established. **Nevertheless, patients being treated with antidepressants**
178   **should be observed closely for clinical worsening and suicidality, especially at the beginning**
179   **of a course of drug therapy, or at the time of dose changes, either increases or decreases**.
180   Consideration should be given to changing the therapeutic regimen, including possibly
181   discontinuing the medication, in patients whose depression is persistently worse or whose
182   emergent suicidality is severe, abrupt in onset, or was not part of the patient's presenting
183   symptoms.
184      Because of the possibility of co-morbidity between major depressive disorder and other
185   psychiatric and nonpsychiatric disorders, the same precautions observed when treating patients
186   with major depressive disorder should be observed when treating patients with other psychiatric
187   and nonpsychiatric disorders.
188      The following symptoms – anxiety, agitation, panic attacks, insomnia, irritability, hostility
189   (aggressiveness), impulsivity, akathisia (psychomotor restlessness), hypomania, and mania – have
190   been reported in adult and pediatric patients being treated with antidepressants for major
191   depressive disorder as well as for other indications, both psychiatric and nonpsychiatric. Although
192   a causal link between the emergence of such symptoms and either the worsening of depression
193   and/or the emergence of suicidal impulses has not been established, consideration should be given
194   to changing the therapeutic regimen, including possibly discontinuing the medication, in patients
195   for whom such symptoms are severe, abrupt in onset, or were not part of the patient's presenting
196   symptoms.
197      **Families and caregivers of patients being treated with antidepressants for major depressive**
198   **disorder or other indications, both psychiatric and nonpsychiatric, should be alerted about the**
199   **need to monitor patients for the emergence of agitation, irritability, and the other symptoms**
200   **described above, as well as the emergence of suicidality, and to report such symptoms**
201   **immediately to health care providers.** Prescriptions for Cymbalta should be written for the
202   smallest quantity of capsules consistent with good patient management, in order to reduce the risk
203   of overdose.
204      If the decision has been made to discontinue treatment, medication should be tapered, as rapidly
205   as is feasible, but with recognition that abrupt discontinuation can be associated with certain
206   symptoms (*see* PRECAUTIONS *and* DOSAGE AND ADMINISTRATION, Discontinuing
207   Cymbalta (duloxetine hydrochloride), for a description of the risks of discontinuation of
208   Cymbalta).
209      A major depressive episode may be the initial presentation of bipolar disorder. It is generally
210   believed (though not established in controlled trials) that treating such an episode with an
211   antidepressant alone may increase the likelihood of precipitation of a mixed/manic episode in
212   patients at risk for bipolar disorder. Whether any of the symptoms described above represent such
213   a conversion is unknown. However, prior to initiating treatment with an antidepressant, patients
214   should be adequately screened to determine if they are at risk for bipolar disorder; such screening
215   should include a detailed psychiatric history, including a family history of suicide, bipolar
216   disorder, and depression. It should be noted that Cymbalta is not approved for use in treating
217   bipolar depression.
218   **Monoamine Oxidase Inhibitors (MAOI) — In patients receiving a serotonin reuptake**
219   **inhibitor in combination with a monoamine oxidase inhibitor, there have been reports of**
220   **serious, sometimes fatal, reactions including hyperthermia, rigidity, myoclonus, autonomic**
221   **instability with possible rapid fluctuations of vital signs, and mental status changes that**
222   **include extreme agitation progressing to delirium and coma. These reactions have also been**
223   **reported in patients who have recently discontinued serotonin reuptake inhibitors and are**
224   **then started on an MAOI. Some cases presented with features resembling neuroleptic**
225   **malignant syndrome. The effects of combined use of duloxetine and MAOIs have not been**
226   **evaluated in humans or animals. Therefore, because duloxetine is an inhibitor of both**

**Exhibit I**
**91**

227    **serotonin and norepinephrine reuptake, it is recommended that duloxetine not be used in**
228    **combination with an MAOI, or within at least 14 days of discontinuing treatment with an**
229    **MAOI. Based on the half-life of duloxetine, at least 5 days should be allowed after stopping**
230    **duloxetine before starting an MAOI.**

231    <center>**PRECAUTIONS**</center>

232    ## General

233    <u>Hepatotoxicity</u>

234    Duloxetine increases the risk of elevation of serum transaminase levels. Liver transaminase
235    elevations resulted in the discontinuation of 0.3% (27/8454) of duloxetine-treated patients. In
236    these patients, the median time to detection of the transaminase elevation was about two months.
237    In controlled trials in MDD, elevations of alanine transaminase (ALT) to > 3 times the upper limit
238    of normal occurred in 0.9% (8/930) of duloxetine-treated patients and in 0.3% (2/652) placebo-
239    treated patients. In the full cohort of placebo controlled trials in any indication, 1% (39/3732) of
240    duloxetine-treated patients had a > 3 times the upper limit of normal elevation of ALT compared to
241    0.2% (6/2568) of placebo-treated patients. In placebo-controlled studies using a fixed dose
242    design, there was evidence of a dose-response relationship for ALT and AST elevation of > 3
243    times the upper limit of normal and > 5 times the upper limit of normal, respectively.

244    The combination of transaminase elevations and elevated bilirubin, without evidence of
245    obstruction, is generally recognized as an important predictor of severe liver injury. Three
246    duloxetine patients had elevations of transaminases and bilirubin, but also had elevation of
247    alkaline phosphatase, suggesting an obstructive process; in these patients, there was evidence of
248    heavy alcohol use and this may have contributed to the abnormalities seen. Two placebo-treated
249    patients also had transaminase elevations with elevated bilirubin. Because it is possible that
250    duloxetine and alcohol may interact to cause liver injury, duloxetine should ordinarily not be
251    prescribed to patients with substantial alcohol use.

252    <u>Effect on Blood Pressure</u> —In clinical trials, duloxetine treatment was associated with mean
253    increases in blood pressure, averaging 2 mm Hg systolic and 0.5 mm Hg diastolic and an increase
254    in the incidence of at least one measurement of systolic blood pressure over 140 mm Hg compared
255    to placebo. Blood pressure should be measured prior to initiating treatment and periodically
256    measured throughout treatment (*see* ADVERSE REACTIONS, Vital Sign Changes).

257    <u>Activation of Mania/Hypomania</u> — In placebo-controlled trials in patients with major
258    depressive disorder, activation of mania or hypomania was reported in 0.1% (1/1139) of
259    duloxetine-treated patients and 0.1% (1/777) of placebo-treated patients. Activation of
260    mania/hypomania has been reported in a small proportion of patients with mood disorders who
261    were treated with other marketed drugs effective in the treatment of major depressive disorder. As
262    with these other agents, duloxetine should be used cautiously in patients with a history of mania.

263    <u>Seizures</u> — Duloxetine has not been systematically evaluated in patients with a seizure disorder,
264    and such patients were excluded from clinical studies. In placebo-controlled clinical trials in
265    patients with major depressive disorder, seizures occurred in 0.1% (1/1139) of patients treated
266    with duloxetine and 0% (0/777) of patients treated with placebo. Like other drugs effective in the
267    treatment of major depressive disorder, duloxetine should be prescribed with care in patients with
268    a history of a seizure disorder.

269    <u>Controlled Narrow-Angle Glaucoma</u> — In clinical trials, duloxetine was associated with an
270    increased risk of mydriasis; therefore, it should be used cautiously in patients with controlled
271    narrow-angle glaucoma. (see CONTRAINDICATIONS, Uncontrolled Narrow-Angle Glaucoma).

272    <u>Discontinuation of Treatment with Cymbalta</u>- Discontinuation symptoms have been
273    systematically evaluated in patients taking Cymbalta. Following abrupt discontinuation in placebo-
274    controlled clinical trials of up to 9-weeks duration, the following symptoms occurred at a rate
275    greater than or equal to 2% and at a significantly higher rate in duloxetine-treated patients

**Exhibit I**
**92**

**FINAL AGREED-UPON LABELING 08-03-04**                                    7
**CLEAN COPY**

276 compared to those discontinuing from placebo: dizziness; nausea; headache; paresthesia; vomiting;
277 irritability; and nightmare.
278     During marketing of other SSRIs and SNRIs (Serotonin and Norepinephrine Reuptake
279 Inhibitors), there have been spontaneous reports of adverse events occurring upon discontinuation
280 of these drugs, particularly when abrupt, including the following: dysphoric mood, irritability,
281 agitation, dizziness, sensory disturbances (e.g. paresthesias such as electric shock sensations),
282 anxiety, confusion, headache, lethargy, emotional lability, insomnia, hypomania, tinnitus, and
283 seizures. Although these events are generally self-limiting, some have been reported to be severe.
284     Patients should be monitored for these symptoms when discontinuing treatment with Cymbalta.
285 A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible.
286 If intolerable symptoms occur following a decrease in the dose or upon discontinuation of
287 treatment, then resuming the previously prescribed dose may be considered. Subsequently, the
288 physician may continue decreasing the dose but at a more gradual rate (see DOSAGE AND
289 ADMINISTRATION).
290     Use in Patients with Concomitant Illness — Clinical experience with duloxetine in patients with
291 concomitant systemic illnesses is limited. There is no information on the effect that alterations in
292 gastric motility may have on the stability of duloxetine's enteric coating. As duloxetine is rapidly
293 hydrolyzed in acidic media to naphthol, caution is advised in using duloxetine in patients with
294 conditions that may slow gastric emptying.
295     Duloxetine has not been systematically evaluated in patients with a recent history of myocardial
296 infarction or unstable coronary artery disease. Patients with these diagnoses were generally
297 excluded from clinical studies during the product's premarketing testing. However, the
298 electrocardiograms of 321 patients who received duloxetine in placebo-controlled clinical trials
299 and had qualitatively normal ECGs at baseline were evaluated; duloxetine was not associated with
300 the development of clinically significant ECG abnormalities (*see* ADVERSE REACTIONS,
301 Electrocardiogram Changes).
302     Increased plasma concentrations of duloxetine, and especially of its metabolites, occur in
303 patients with ESRD and severe renal impairment (creatinine clearance <30 mL/min). For this
304 reason, duloxetine is not recommended for patients with ESRD (*see* CLINICAL
305 PHARMACOLOGY *and* DOSAGE AND ADMINISTRATION).
306     Markedly increased exposure to duloxetine occurs in patients with hepatic insufficiency and
307 duloxetine should not be administered to these patients (*see* CLINICAL PHARMACOLOGY *and*
308 DOSAGE AND ADMINISTRATION).

309 **Information for Patients**
310     Physicians are advised to discuss the following issues with patients for whom they prescribe
311 Cymbalta.
312     Patients and their families should be encouraged to be alert to the emergence of anxiety,
313 agitation, panic attacks, insomnia, irritability, hostility, impulsivity, akathisia, hypomania, mania,
314 worsening of depression, and suicidal ideation, especially early during antidepressant treatment.
315 Such symptoms should be reported to the patient's physician, especially if they are severe, abrupt
316 in onset, or were not part of the patient's presenting symptoms.
317     Duloxetine should be swallowed whole and should not be chewed or crushed, nor should the
318 contents be sprinkled on food or mixed with liquids. All of these might affect the enteric coating.
319     Any psychoactive drug may impair judgment, thinking, or motor skills. Although in controlled
320 studies duloxetine has not been shown to impair psychomotor performance, cognitive function, or
321 memory, it may be associated with sedation. Therefore, patients should be cautioned about
322 operating hazardous machinery including automobiles, until they are reasonably certain that
323 duloxetine therapy does not affect their ability to engage in such activities.

**Exhibit I**
93

**FINAL AGREED-UPON LABELING 08-03-04**     **8**
**CLEAN COPY**

324     Patients should be advised to inform their physicians if they are taking, or plan to take, any
325   prescription or over-the-counter medications, since there is a potential for interactions.

326     Although duloxetine does not increase the impairment of mental and motor skills caused by
327   alcohol, use of duloxetine concomitantly with heavy alcohol intake may be associated with severe
328   liver injury. For this reason, duloxetine should ordinarily not be prescribed for patients with
329   substantial alcohol use.

330     Patients should be advised to notify their physician if they become pregnant or intend to become
331   pregnant during therapy.

332     Patients should be advised to notify their physician if they are breast-feeding.

333     While patients may notice improvement with duloxetine therapy in 1 to 4 weeks, they should be
334   advised to continue therapy as directed.

335   **Laboratory Tests**
336     No specific laboratory tests are recommended.

337   **Drug Interactions (also *see* CLINICAL PHARMACOLOGY, Drug-Drug Interactions)**
338   Potential for Other Drugs to Affect Duloxetine
339     Both CYP1A2 and CYP2D6 are responsible for duloxetine metabolism.

340     Inhibitors of CYP1A2 — Concomitant use of duloxetine with fluvoxamine, an inhibitor of
341   CYP1A2, results in approximately a 6-fold increase in AUC and about a 2.5-fold increase in $C_{max}$
342   of duloxetine. Some quinolone antibiotics would be expected to have similar effects and these
343   combinations should be avoided.

344     Inhibitors of CYP2D6 — Because CYP2D6 is involved in duloxetine metabolism, concomitant
345   use of duloxetine with potent inhibitors of CYP2D6 may result in higher concentrations of
346   duloxetine. Paroxetine (20 mg QD) increased the concentration of duloxetine (40 mg QD) by about
347   60%, and greater degrees of inhibition are expected with higher doses of paroxetine. Similar
348   effects would be expected with other potent CYP2D6 inhibitors (e.g., fluoxetine, quinidine).

349   Potential for Duloxetine to Affect Other Drugs
350     Drugs Metabolized by CYP1A2 — *In vitro* drug interaction studies demonstrate that duloxetine
351   does not induce CYP1A2 activity, and it is unlikely to have a clinically significant effect on the
352   metabolism of CYP1A2 substrates. (*see* CLINICAL PHARMACOLOGY, Drug Interactions).

353     Drugs Metabolized by CYP2D6 — Duloxetine is a moderate inhibitor of CYP2D6. When
354   duloxetine was administered (at a dose of 60 mg BID) in conjunction with a single 50 mg dose of
355   desipramine, a CYP2D6 substrate, the AUC of desipramine increased 3-fold. Therefore, co-
356   administration of duloxetine with other drugs that are extensively metabolized by this isozyme and
357   which have a narrow therapeutic index, including certain antidepressants (tricyclic antidepressants
358   [TCAs], such as nortriptyline, amitriptyline, and imipramine), phenothiazines and Type 1C
359   antiarrhythmics (e.g., propafenone, flecainide), should be approached with caution. Plasma TCA
360   concentrations may need to be monitored and the dose of the TCA may need to be reduced if a
361   TCA is co-administered with duloxetine. Because of the risk of serious ventricular arrhythmias
362   and sudden death potentially associated with elevated plasma levels of thioridazine, duloxetine
363   and thioridazine should not be co-administered.

364     Drugs Metabolized by CYP3A — Results of *in vitro* studies demonstrate that duloxetine does
365   not inhibit or induce CYP3A activity. (*see* CLINICAL PHARMACOLOGY, Drug Interactions).
366

367   Duloxetine May Have a Clinically Important Interaction with the Following Other Drugs:
368     Alcohol — When duloxetine and ethanol were administered several hours apart so that peak
369   concentrations of each would coincide, duloxetine did not increase the impairment of mental and
370   motor skills caused by alcohol.

**Exhibit I**
94

**FINAL AGREED-UPON LABELING 08-03-04**                    **9**
**CLEAN COPY**

371     In the duloxetine clinical trials database, three duloxetine treated patients had liver injury as
372 manifested by ALT and total bilirubin elevations, with evidence of obstruction. Substantial
373 intercurrent ethanol use was present in each of these cases, and this may have contributed to the
374 abnormalities seen. (*see* PRECAUTIONS, Hepatotoxicity).

375     <u>CNS Acting Drugs</u> — Given the primary CNS effects of duloxetine, it should be used with
376 caution when it is taken in combination with or substituted for other centrally acting drugs,
377 including those with a similar mechanism of action.

378     <u>Potential for Interaction with Drugs that Affect Gastric Acidity</u> — Duloxetine has an enteric
379 coating that resists dissolution until reaching a segment of the gastrointestinal tract where the pH
380 exceeds 5.5. In extremely acidic conditions, duloxetine, unprotected by the enteric coating, may
381 undergo hydrolysis to form naphthol. Drugs that raise the gastrointestinal pH may lead to an earlier
382 release of duloxetine. However, co-administration of duloxetine with aluminum- and magnesium-
383 containing antacids (51 mEq) or duloxetine with famotidine, had no significant effect on the rate or
384 extent of duloxetine absorption after administration of a 40 mg oral dose. It is unknown whether the
385 concomitant administration of proton pump inhibitors affects duloxetine absorption.

386     <u>Monoamine Oxidase Inhibitors</u> — See CONTRAINDICATIONS *and* WARNINGS.

### Carcinogenesis, Mutagenesis, Impairment of Fertility

388     <u>Carcinogenesis</u> — Duloxetine was administered in the diet to mice and rats for 2 years.
389     In female mice receiving duloxetine at dietary doses of approximately 140 mg/kg/day (11 times
390 the maximum recommended human dose [MRHD] of 60 mg/day on a mg/m$^2$ basis), there was an
391 increased incidence of hepatocellular adenomas and carcinomas; the no-effect level was
392 approximately 50 mg/kg (4 times the MRHD on a mg/m$^2$ basis). Tumor incidence was not
393 increased in male mice receiving duloxetine at dietary doses up to approximately 100 mg/kg/day
394 (8 times the MRHD on a mg/m$^2$ basis).
395     In rats, dietary doses of duloxetine up to approximately 27 mg/kg/day in females (4 times the
396 MRHD on a mg/m$^2$ basis) or approximately 36 mg/kg/day in males (6 times the MRHD on a mg/m$^2$
397 basis) did not increase the incidence of tumors.

398     <u>Mutagenesis</u> — Duloxetine was not mutagenic in the *in vitro* bacterial reverse mutation assay
399 (Ames test) and was not clastogenic in an *in vivo* chromosomal aberration test in mouse bone
400 marrow cells. Additionally, duloxetine was not genotoxic in an *in vitro* mammalian forward gene
401 mutation assay in mouse lymphoma cells or in an *in vitro* unscheduled DNA synthesis (UDS) assay
402 in primary rat hepatocytes, and did not induce sister chromatid exchange in Chinese hamster bone
403 marrow *in vivo*.

404     <u>Impairment of Fertility</u> — Duloxetine administered orally to either male or female rats prior to
405 and throughout mating at daily doses up to 45 mg/kg (7 times the maximum recommended human
406 dose [MRHD] on a mg/m$^2$ basis) did not alter mating or fertility.

### Pregnancy
**Pregnancy-Nonteratogenic Effects**

409     Neonates exposed to SSRIs or serotonin and norepinephrine reuptake inhibitors (SNRIs), late in
410 the third trimester have developed complications requiring prolonged hospitalization, respiratory
411 support, and tube feeding. Such complications can arise immediately upon delivery. Reported
412 clinical findings have included respiratory distress, cyanosis, apnea, seizures, temperature
413 instability, feeding difficulty, vomiting, hypoglycemia, hypotonia, hypertonia, hyperreflexia,
414 tremor, jitteriness, irritability, and constant crying. These features are consistent with either a
415 direct toxic effect of SSRIs and SNRIs or, possibly, a drug discontinuation syndrome. It should be
416 noted that, in some cases, the clinical picture is consistent with serotonin syndrome (see
417 WARNINGS, Monoamine Oxidase Inhibitors).  When treating a pregnant woman with Cymbalta
418 during the third trimester, the physician should carefully consider the potential risks and benefits of
419 treatment (see DOSAGE AND ADMINISTRATION).

**Exhibit I**
**95**

420     <u>Pregnancy Category C</u> — In animal reproduction studies, duloxetine has been shown to have
421     adverse effects on embryo/fetal and postnatal development.
422         When duloxetine was administered orally to pregnant rats and rabbits during the period of
423     organogenesis, there was no evidence of teratogenicity at doses up to 45 mg/kg/day (7 and 15
424     times the maximum recommended human dose [MRHD] on a mg/m$^2$ basis, in rats and rabbits,
425     respectively). However, fetal weights were decreased at this dose, with a no-effect level of 10
426     mg/kg (2 and 3 times the MRHD on a mg/m$^2$ basis, in rats and rabbits, respectively).
427         When duloxetine was administered orally to pregnant rats throughout gestation and lactation, the
428     survival of pups to 1 day postpartum and pup body weights at birth and during the lactation period
429     were decreased following maternal exposure to 30 mg/kg/day (5 times the MRHD on a mg/m$^2$
430     basis), with a no-effect level of 10 mg/kg. Furthermore, behaviors consistent with increased
431     reactivity, such as increased startle response to noise and decreased habituation of locomotor
432     activity, were observed in pups following maternal exposure to 30 mg/kg/day. Post-weaning
433     growth and reproductive performance of the progeny were not affected adversely by maternal
434     duloxetine treatment.
435         There are no adequate and well-controlled studies in pregnant women; therefore, duloxetine
436     should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

437     **Labor and Delivery**
438         The effect of duloxetine on labor and delivery in humans is unknown. Duloxetine should be used
439     during labor and delivery only if the potential benefit justifies the potential risk to the fetus.

440     **Nursing Mothers**
441         Duloxetine and/or its metabolites are excreted into the milk of lactating rats. It is unknown
442     whether or not duloxetine and/or its metabolites are excreted into human milk, but nursing while on
443     duloxetine is not recommended.

444     **Pediatric Use**
445         Safety and efficacy in pediatric patients have not been established (*see* WARNINGS, Clinical
446     Worsening and Suicide Risk).

447     **Geriatric Use**
448         Of the 2418 patients in clinical studies of duloxetine, 5.9% (143) were 65 years of age or over.
449     No overall differences in safety or effectiveness were observed between these subjects and
450     younger subjects, and other reported clinical experience has not identified differences in responses
451     between the elderly and younger patients, but greater sensitivity of some older individuals cannot
452     be ruled out.

453                                     **ADVERSE REACTIONS**
454         Duloxetine has been evaluated for safety in 2418 patients diagnosed with major depressive
455     disorder who participated in multiple-dose premarketing trials, representing 1099 patient-years of
456     exposure. Among these 2418 duloxetine-treated patients, 1139 patients participated in eight 8- or
457     9-week, placebo-controlled trials at doses ranging from 40 to 120 mg/day, while the remaining
458     1279 patients were followed for up to 1 year in an open-label safety study using flexible doses
459     from 80 to 120 mg/day. Two placebo-controlled studies with doses of 80 and 120 mg/day had 6-
460     month maintenance extensions. Of these 2418 patients, 993 duloxetine-treated patients were
461     exposed for at least 180 days and 445 duloxetine-treated patients were exposed for at least 1 year.
462     Adverse reactions were assessed by collecting adverse events, results of physical examinations,
463     vital signs, weights, laboratory analyses, and ECGs.
464         Clinical investigators recorded adverse events using descriptive terminology of their own
465     choosing. To provide a meaningful estimate of the proportion of individuals experiencing adverse
466     events, grouping similar types of events into a smaller number of standardized event categories is

**Exhibit I**
96

FINAL AGREED-UPON LABELING 08-03-04                 11
CLEAN COPY

467   necessary. In the tables and tabulations that follow, MedDRA terminology has been used to
468   classify reported adverse events.
469       The stated frequencies of adverse events represent the proportion of individuals who
470   experienced, at least once, a treatment-emergent adverse event of the type listed. An event was
471   considered treatment-emergent if it occurred for the first time or worsened while receiving therapy
472   following baseline evaluation. Events reported during the studies were not necessarily caused by
473   the therapy, and the frequencies do not reflect investigator impression (assessment) of causality.
474       The cited figures provide the prescriber with some basis for estimating the relative contribution
475   of drug and non-drug factors to the adverse event incidence rate in the population studied. The
476   prescriber should be aware that the figures in the tables and tabulations cannot be used to predict
477   the incidence of adverse events in the course of usual medical practice where patient
478   characteristics and other factors differ from those that prevailed in the clinical trials. Similarly, the
479   cited frequencies cannot be compared with figures obtained from other clinical investigations
480   involving different treatments, uses, and investigators.

481   **Adverse Events Reported as Reasons for Discontinuation of Treatment in**
482   **Placebo-Controlled Trials**
483       Approximately 10% of the 1139 patients who received duloxetine in the placebo-controlled
484   trials discontinued treatment due to an adverse event, compared with 4% of the 777 patients
485   receiving placebo. Nausea (duloxetine 1.4%, placebo 0.1%) was the only common adverse event
486   reported as reason for discontinuation and considered to be drug-related (i.e., discontinuation
487   occurring in at least 1% of the duloxetine-treated patients and at a rate of at least twice that of
488   placebo).

489   **Adverse Events Occurring at an Incidence of 2% or More Among Duloxetine-**
490   **Treated Patients in Placebo-Controlled Trials**
491       Table 1 gives the incidence of treatment-emergent adverse events that occurred in 2% or more of
492   patients treated with duloxetine in the acute phase of MDD placebo-controlled trials and with an
493   incidence greater than placebo. The most commonly observed adverse events in duloxetine-treated
494   MDD patients (incidence of 5% or greater and at least twice the incidence in placebo patients)
495   were: nausea; dry mouth; constipation; decreased appetite; fatigue; somnolence; and increased
496   sweating (*see* Table 1).

Exhibit I
97

FINAL AGREED-UPON LABELING 08-03-04                    12
CLEAN COPY

497

**Table 1: Treatment-Emergent Adverse Events Incidence
in Placebo-Controlled Trials[1]**

| System Organ Class / Adverse Event | Percentage of Patients Reporting Event | |
|---|---|---|
| | Duloxetine (N=1139) | Placebo (N=777) |
| **Gastrointestinal Disorders** | | |
| Nausea | 20 | 7 |
| Dry mouth | 15 | 6 |
| Constipation | 11 | 4 |
| Diarrhea | 8 | 6 |
| Vomiting | 5 | 3 |
| **Metabolism and Nutrition Disorders** | | |
| Appetite decreased[2] | 8 | 2 |
| **Investigations** | | |
| Weight decreased | 2 | 1 |
| **General Disorders and Administration Site Conditions** | | |
| Fatigue | 8 | 4 |
| **Nervous System Disorders** | | |
| Dizziness | 9 | 5 |
| Somnolence | 7 | 3 |
| Tremor | 3 | 1 |
| **Skin and Subcutaneous Tissue Disorders** | | |
| Sweating increased | 6 | 2 |
| **Vascular Disorders** | | |
| Hot flushes | 2 | 1 |
| **Eye Disorders** | | |
| Vision blurred | 4 | 1 |
| **Psychiatric Disorders** | | |
| Insomnia[3] | 11 | 6 |
| Anxiety | 3 | 2 |
| Libido decreased | 3 | 1 |
| Orgasm abnormal[4] | 3 | 1 |
| **Reproductive System and Breast Disorders** | | |
| Erectile dysfunction[5] | 4 | 1 |
| Ejaculation delayed[5] | 3 | 1 |
| Ejaculatory dysfunction[5,6] | 3 | 1 |

Exhibit I
98

**FINAL AGREED-UPON LABELING 08-03-04**
**CLEAN COPY**
13

498 [1]Events reported by at least 2% of patients treated with duloxetine and more often with placebo. The following
499   events were reported by at least 2% of patients treated with duloxetine and had an incidence equal to or less than
500   placebo: upper abdominal pain, palpitations, dyspepsia, back pain, arthralgia, headache, pharyngitis, cough,
501   nasopharyngitis, and upper respiratory tract infection.
502 [2]Term includes anorexia.
503 [3]Term includes middle insomnia.
504 [4]Term includes anorgasmia.
505 [5]Male patients only.
506 [6]Term includes ejaculation disorder and ejaculation failure.
507

508   Adverse events seen in men and women were generally similar except for effects on sexual
509 function (described below). Clinical studies of CYMBALTA did not suggest a difference in
510 adverse event rates in people over or under 65 years of age. There were too few non-Caucasian
511 patients studied to determine if these patients responded differently from Caucasian patients.
512

### Effects on Male and Female Sexual Function

513
514   Although changes in sexual desire, sexual performance and sexual satisfaction often occur as
515 manifestations of a psychiatric disorder, they may also be a consequence of pharmacologic
516 treatment. Reliable estimates of the incidence and severity of untoward experiences involving
517 sexual desire, performance and satisfaction are difficult to obtain, however, in part because
518 patients and physicians may be reluctant to discuss them. Accordingly, estimates of the incidence
519 of untoward sexual experience and performance cited in product labeling are likely to
520 underestimate their actual incidence. Table 2 displays the incidence of sexual side effects
521 spontaneously reported by at least 2% of either male or female patients taking duloxetine in
522 placebo-controlled trials.
523

**Table 2: Treatment-Emergent Sexual Dysfunction-Related Adverse Events Incidence**
**in Placebo-Controlled Trials[1]**

| Adverse Event | Percentage of Patients Reporting Event | | | |
|---|---|---|---|---|
| | % Male Patients | | % Female Patients | |
| | Duloxetine (N=378) | Placebo (N=247) | Duloxetine (N=761) | Placebo (N=530) |
| Orgasm abnormal[2] | 4 | 1 | 2 | 0 |
| Ejaculatory dysfunction[3] | 3 | 1 | NA | NA |
| Libido decreased | 6 | 2 | 1 | 0 |
| Erectile dysfunction | 4 | 1 | NA | NA |
| Ejaculation delayed | 3 | 1 | NA | NA |

524 [1]Events reported by at least 2% of patients treated with duloxetine and more often than with placebo.
525 [2]Term includes anorgasmia.
526 [3]Term includes ejaculation disorder and ejaculation failure.
527 NA= Not applicable.
528

529   Because adverse sexual events are presumed to be voluntarily underreported, the Arizona Sexual
530 Experience Scale (ASEX), a validated measure designed to identify sexual side effects, was used
531 prospectively in 4 placebo-controlled trials. In these trials, as shown in Table 3 below, patients
532 treated with duloxetine experienced significantly more sexual dysfunction, as measured by the total
533 score on the ASEX, than did patients treated with placebo. Gender analysis showed that this
534 difference occurred only in males. Males treated with duloxetine experienced more difficulty with
535 ability to reach orgasm (ASEX Item 4) than males treated with placebo. Females did not
536 experience more sexual dysfunction on duloxetine than on placebo as measured by ASEX total

**Exhibit I**
99

**FINAL AGREED-UPON LABELING 08-03-04**          **14**
**CLEAN COPY**

537 score. These studies did not, however, include an active control drug with known effects on female
538 sexual dysfunction, so that there is no evidence that its effects differ from other antidepressants.
539 Negative numbers signify an improvement from a baseline level of dysfunction, which is
540 commonly seen in depressed patients. Physicians should routinely inquire about possible sexual
541 side effects.
542

**Table 3: Mean Change in ASEX Scores by Gender
in Placebo-Controlled Trials**

| | Male Patients | | Female Patients | |
|---|---|---|---|---|
| | Duloxetine (n=175) | Placebo (n=83) | Duloxetine (n=241) | Placebo (n=126) |
| ASEX Total (Items 1-5) | 0.56* | -1.07 | -1.15 | -1.07 |
| Item 1 – Sex drive | -0.07 | -0.12 | -0.32 | -0.24 |
| Item 2 – Arousal | 0.01 | -0.26 | -0.21 | -0.18 |
| Item 3 – Ability to achieve erection (men); Lubrication (women) | 0.03 | -0.25 | -0.17 | -0.18 |
| Item 4 – Ease of reaching orgasm | 0.40** | -0.24 | -0.09 | -0.13 |
| Item 5 – Orgasm satisfaction | 0.09 | -0.13 | -0.11 | -0.17 |

543 n=Number of patients with non-missing change score for ASEX total.
544 *p=0.013 versus placebo.
545 **p<0.001 versus placebo.
546

547 **Urinary Hesitation**
548 Duloxetine is in a class of drugs known to affect urethral resistance. If symptoms of urinary
549 hesitation develop during treatment with duloxetine, consideration should be given to the
550 possibility that they might be drug-related.

551 **Laboratory Changes**
552 Duloxetine treatment, for up to 9-weeks in placebo-controlled clinical trials, was associated
553 with small mean increases from baseline to endpoint in ALT, AST, CPK, and alkaline
554 phosphatase; infrequent, modest, transient, abnormal values were observed for these analytes in
555 duloxetine-treated patients when compared with placebo-treated patients (*see* PRECAUTIONS).

556 **Vital Sign Changes**
557 Duloxetine treatment, for up to 9-weeks in placebo-controlled clinical trials of 40 to 120 mg
558 daily doses caused increases in blood pressure, averaging 2 mm Hg systolic and 0.5 mm Hg
559 diastolic compared to placebo and an increase in the incidence of at least one measurement of
560 systolic blood pressure over 140 mm Hg (*see* PRECAUTIONS).
561 Duloxetine treatment, for up to 9-weeks in placebo-controlled clinical trials caused a small
562 increase in heart rate compared to placebo of about 2 beats per minute.

563 **Weight Changes**
564 In placebo-controlled clinical trials, patients treated with duloxetine for up to 9-weeks
565 experienced a mean weight loss of approximately 0.5 kg, compared with a mean weight gain of
566 approximately 0.2 kg in placebo-treated patients.

567 **Electrocardiogram Changes**
568 Electrocardiograms were obtained from 321 duloxetine-treated patients with major depressive
569 disorder and 169 placebo-treated patients in clinical trials lasting up to 8-weeks. The rate-
570 corrected QT (QTc) interval in duloxetine-treated patients did not differ from that seen in placebo-

**Exhibit I**
**100**

FINAL AGREED-UPON LABELING 08-03-04          15
CLEAN COPY

571 treated patients. No clinically significant differences were observed for QT, PR, and QRS
572 intervals between duloxetine-treated and placebo-treated patients.
573
574 **Other Adverse Events Observed During the Premarketing Evaluation of Duloxetine**
575
576 Following is a list of modified MedDRA terms that reflect treatment-emergent adverse events as
577 defined in the introduction to the ADVERSE REACTIONS section reported by patients treated
578 with duloxetine at multiple doses throughout the dose range studied during any phase of a trial
579 within the premarketing database. The events included are those not already listed elsewhere in
580 ADVERSE REACTIONS and not considered in the WARNINGS and PRECAUTIONS sections,
581 that were reported with an incidence of greater than or equal to 0.05%, are not common as
582 background events and were considered possibly drug related (e.g., because of the drug's
583 pharmacology) or potentially important.
584
585 It is important to emphasize that, although the events reported occurred during treatment with
586 duloxetine, they were not necessarily caused by it. Events are further categorized by body system
587 and listed in order of decreasing frequency according to the following definitions: frequent
588 adverse events are those occurring in at least 1/100 patients (only those not already listed in the
589 tabulated results from placebo controlled trials appear in this listing); infrequent adverse events
590 are those occurring in 1/100 to 1/1000 patients; rare events are those occurring in fewer than
591 1/1000 patients.
592
593 **Blood and Lymphatic System Disorders** — *Infrequent:* anemia, leukopenia, increased white
594 blood cell count, lymphadenopathy, and thrombocytopenia.
595 **Gastrointestinal Disorders** — *Frequent:* gastritis; *Infrequent:* blood in stool, colitis, dysphagia,
596 esophageal stenosis acquired, gastric ulcer, gingivitis, irritable bowel syndrome, and lower
597 abdominal pain.
598 **Psychiatric Disorders** — *Frequent:* initial insomnia; irritability, lethargy, nervousness,
599 nightmare, restlessness, and sleep disorder; *Infrequent:* completed suicide, mania, mood swings,
600 pressure of speech, sluggishness, and suicide attempt.
601 **Renal and Urinary Disorders** — *Frequent:* dysuria; *Infrequent:* micturition urgency, urinary
602 hesitation, urinary incontinence, urinary retention, and urine flow decreased.
603 **Skin and Subcutaneous Tissue Disorders** — *Frequent:* night sweats, pruritus, and rash;
604 *Infrequent:* acne, alopecia, cold sweat, ecchymosis, eczema, erythema, face edema, increased
605 tendency to bruise, and photosensitivity reaction.
606 **Vascular Disorders** — *Infrequent:* peripheral edema and phlebitis.
607
608                          **DRUG ABUSE AND DEPENDENCE**
609 **Controlled Substance Class**
610     Duloxetine is not a controlled substance.
611 **Physical and Psychological Dependence**
612     In animal studies, duloxetine did not demonstrate barbiturate-like (depressant) abuse potential.
613 In drug dependence studies, duloxetine did not demonstrate dependence-producing potential in
614 rats.
615     While duloxetine has not been systematically studied in humans for its potential for abuse, there
616 was no indication of drug-seeking behavior in the clinical trials. However, it is not possible to

Exhibit I
101

617 predict on the basis of premarketing experience the extent to which a CNS active drug will be
618 misused, diverted, and/or abused once marketed. Consequently, physicians should carefully
619 evaluate patients for a history of drug abuse and follow such patients closely, observing them for
620 signs of misuse or abuse of duloxetine (e.g., development of tolerance, incrementation of dose,
621 drug-seeking behavior).

## OVERDOSAGE

623 There is limited clinical experience with duloxetine overdose in humans. In premarketing
624 clinical trials, as of November 2002, no cases of fatal acute overdose of duloxetine have been
625 reported. Four non-fatal acute ingestions of duloxetine (300 to 1400 mg), alone or in combination
626 with other drugs, have been reported.

### Management of Overdose

628 There is no specific antidote to duloxetine. In case of acute overdose, treatment should consist of
629 those general measures employed in the management of overdose with any drug effective in the
630 treatment of major depressive disorder.

631 An adequate airway, oxygenation, and ventilation should be assured, and cardiac rhythm and
632 vital signs should be monitored. Induction of emesis is not recommended. Gastric lavage with a
633 large-bore orogastric tube with appropriate airway protection, if needed, may be indicated if
634 performed soon after ingestion or in symptomatic patients.

635 Activated charcoal may be useful in limiting absorption of duloxetine from the gastrointestinal
636 tract. Administration of activated charcoal has been shown to decrease AUC and $C_{max}$ by an
637 average of one-third, although some subjects had a limited effect of activated charcoal. Due to the
638 large volume of distribution of this drug, forced diuresis, dialysis, hemoperfusion, and exchange
639 transfusion are unlikely to be beneficial.

640 In managing overdose, the possibility of multiple drug involvement should be considered. A
641 specific caution involves patients who are taking or have recently taken duloxetine and might
642 ingest excessive quantities of a TCA. In such a case, decreased clearance of the parent tricyclic
643 and/or its active metabolite may increase the possibility of clinically significant sequelae and
644 extend the time needed for close medical observation (*see* PRECAUTIONS, Drug Interactions).
645 The physician should consider contacting a poison control center for additional information on the
646 treatment of any overdose. Telephone numbers for certified poison control centers are listed in the
647 *Physicians' Desk Reference* (PDR).

## DOSAGE AND ADMINISTRATION

### Initial Treatment

651 Cymbalta should be administered at a total dose of 40 mg/day (given as 20 mg BID) to 60
652 mg/day (given either once a day or as 30 mg BID) without regard to meals.

653 There is no evidence that doses greater than 60 mg/day confer any additional benefit.

### Maintenance/Continuation/Extended Treatment

655 It is generally agreed that acute episodes of major depression require several months or longer
656 of sustained pharmacologic therapy. There is insufficient evidence available to answer the
657 question of how long a patient should continue to be treated with Cymbalta. Patients should be
658 periodically reassessed to determine the need for maintenance treatment and the appropriate dose
659 for such treatment.

### Special Populations

661 Dosage for Renally Impaired Patients —Cymbalta is not recommended for patients with end
662 stage renal disease (ESRD) (*see* CLINICAL PHARMACOLOGY).

**Exhibit I**
**102**

663     <u>Dosage for Hepatically Impaired Patients</u> —It is recommended that Cymbalta not be
664 administered to patients with any hepatic insufficiency (*see* CLINICAL PHARMACOLOGY *and*
665 PRECAUTIONS).

666     <u>Dosage for Elderly Patients</u> — No dose adjustment is recommended for elderly patients on the
667 basis of age. As with any drugs effective in the treatment of major depressive disorder, however,
668 caution should be exercised in treating the elderly. When individualizing the dosage, extra care
669 should be taken when increasing the dose.

670     <u>Treatment of Pregnant Women During the Third Trimester</u>-Neonates exposed to SSRIs or SNRIs,
671 late in the third trimester have developed complications requiring prolonged hospitalization,
672 respiratory support, and tube feeding (see PRECAUTIONS). When treating pregnant women with
673 Cymbalta during the third trimester, the physician should carefully consider the potential risks and
674 benefits of treatment.  The physician may consider tapering Cymbalta in the third trimester.

## Discontinuing Cymbalta (duloxetine hydrochloride)

675
676     Symptoms associated with discontinuation of Cymbalta and other SSRIs and SNRIs, have been
677 reported (see **PRECAUTIONS**). Patients should be monitored for these symptoms when
678 discontinuing treatment. A gradual reduction in the dose rather than abrupt cessation is
679 recommended whenever possible. If intolerable symptoms occur following a decrease in the dose
680 or upon discontinuation of treatment, then resuming the previously prescribed dose may be
681 considered. Subsequently, the physician may continue decreasing the dose but at a more gradual
682 rate.

## Switching Patients to or from a Monoamine Oxidase Inhibitor

683
684     At least 14 days should elapse between discontinuation of an MAOI and initiation of therapy
685 with Cymbalta. In addition, at least 5 days should be allowed after stopping Cymbalta before
686 starting an MAOI (*see* CONTRAINDICATIONS *and* WARNINGS).

687

Exhibit I
103

**FINAL AGREED-UPON LABELING 08-03-04**                              **18**
**CLEAN COPY**

## HOW SUPPLIED

688
689    Cymbalta® (duloxetine hydrochloride) capsules are available in 20, 30, and 60 mg strengths.
690    The 20 mg* capsule has an opaque green body and cap, and is imprinted with "20 mg" on the
691    body and "LILLY 3235" on the cap:
692         NDC 0002-3235-30 (PU3235) – Bottles of 30
693         NDC 0002-3235-60 (PU3235) – Bottles of 60
694         NDC 0002-3235-90 (PU3235) – Bottles of 90
695         NDC 0002-3235-71 (PU3235) – Bottles of 180
696         NDC 0002-3235-04 (PU3235) – Bottles of 1000
697         NDC 0002-3235-33 (PU3235) – (ID†100) Blisters
698    The 30 mg* capsule has an opaque white body and opaque blue cap, and is imprinted with "30
699    mg" on the body and "LILLY 3240" on the cap:
700         NDC 0002-3240-30 (PU3240) – Bottles of 30
701         NDC 0002-3240-90 (PU3240) – Bottles of 90
702         NDC 0002-3240-04 (PU3240) – Bottles of 1000
703         NDC 0002-3240-33 (PU3240) – (ID†100) Blisters
704    The 60 mg* capsule has an opaque green body and opaque blue cap, and is imprinted with "60
705    mg" on the body and "LILLY 3237" on the cap:
706         NDC 0002-3237-30 (PU3237) – Bottles of 30
707         NDC 0002-3237-90 (PU3237) – Bottles of 90
708         NDC 0002-3237-04 (PU3237) – Bottles of 1000
709         NDC 0002-3237-33 (PU3237) – (ID†100) Blisters
710    _____
711    *equivalent to duloxetine base
712    †Identi-Dose® (unit dose medication, Lilly)
713    Store at 25°C (77°F); excursions permitted to 15-30°C (59°-86°F) [see USP Controlled Room
714    Temperature].

715

716    Literature issued Month dd, yyyy

717                          **Eli Lilly and Company**
718                         **Indianapolis, IN 46285, USA**

719                          **www.Cymbalta.com**

720                                                          PRINTED IN USA
721              Copyright © 2004, Eli Lilly and Company. All rights reserved.

**Exhibit I**
**104**

# EXHIBIT J

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use CYMBALTA safely and effectively. See full prescribing information for CYMBALTA.**
**CYMBALTA (duloxetine hydrochloride) Delayed-Release Capsules for Oral Use.**
**Initial U.S. Approval: 2004**

---

**WARNING: SUICIDAL THOUGHTS AND BEHAVIORS**
*See full prescribing information for complete boxed warning.*
- **Increased risk of suicidal thinking and behavior in children, adolescents, and young adults taking antidepressants (5.1)**
- **Monitor for worsening and emergence of suicidal thoughts and behaviors (5.1)**
- **Cymbalta is not approved for use in pediatric patients (8.4)**

---

------------------------ RECENT MAJOR CHANGES ------------------------
Dosage and Administration:
   Switching a Patient To or From a Monoamine Oxidase Inhibitor (MAOI) Intended to Treat Psychiatric Disorders (2.5)   10/2012
   Use of Cymbalta with Other MAOIs such as Linezolid or Methylene Blue (2.6)   10/2012
Contraindications – Monoamine Oxidase Inhibitors (4.1)   10/2012
Warnings and Precautions:
   Serotonin Syndrome (5.4)   10/2012
   Discontinuation of Treatment with Cymbalta (5.7)   08/2012

------------------------ INDICATIONS AND USAGE ------------------------
Cymbalta® is a serotonin and norepinephrine reuptake inhibitor (SNRI) indicated for:
- Major Depressive Disorder (MDD) (1.1)
- Generalized Anxiety Disorder (GAD) (1.2)
- Diabetic Peripheral Neuropathic Pain (DPNP) (1.3)
- Fibromyalgia (FM) (1.4)
- Chronic Musculoskeletal Pain (1.5)

------------------------ DOSAGE AND ADMINISTRATION ------------------------
- Cymbalta should generally be administered once daily without regard to meals. Cymbalta should be swallowed whole and should not be chewed or crushed, nor should the capsule be opened and its contents be sprinkled on food or mixed with liquids (2)

| Indication | Starting Dose | Target Dose | Maximum Dose |
|---|---|---|---|
| MDD (2.1, 2.2) | 40 mg/day to 60 mg/day | Acute Treatment: 40 mg/day (20 mg twice daily) to 60 mg/day (once daily or as 30 mg twice daily); Maintenance Treatment: 60 mg/day | 120 mg/day |
| GAD (2.1) | 60 mg/day | 60 mg/day (once daily) | 120 mg/day |
| DPNP (2.1) | 60 mg/day | 60 mg/day (once daily) | 60 mg/day |
| FM (2.1) | 30 mg/day | 60 mg/day (once daily) | 60 mg/day |
| Chronic Musculoskeletal Pain (2.1) | 30 mg/day | 60 mg/day (once daily) | 60 mg/day |

- Some patients may benefit from starting at 30 mg once daily (2.1)
- There is no evidence that doses greater than 60 mg/day confers additional benefit, while some adverse reactions were observed to be dose-dependent (2.1)
- Discontinuing Cymbalta: A gradual dose reduction is recommended to avoid discontinuation symptoms (2.4, 5.7)

------------------------ DOSAGE FORMS AND STRENGTHS ------------------------
20 mg, 30 mg, and 60 mg capsules (3)

------------------------ CONTRAINDICATIONS ------------------------
- Serotonin Syndrome and MAOIs: Do not use MAOIs intended to treat psychiatric disorders with Cymbalta or within 5 days of stopping treatment with Cymbalta. Do not use Cymbalta within 14 days of stopping an MAOI intended to treat psychiatric disorders. In addition, do not start Cymbalta in a patient who is being treated with linezolid or intravenous methylene blue (4.1)
- Use in patients with uncontrolled narrow-angle glaucoma (4.2)

------------------------ WARNINGS AND PRECAUTIONS ------------------------
- Suicidality: Monitor for clinical worsening and suicide risk (5.1)
- Hepatotoxicity: Hepatic failure, sometimes fatal, has been reported in patients treated with Cymbalta. Cymbalta should be discontinued in patients who develop jaundice or other evidence of clinically significant liver dysfunction and should not be resumed unless another cause can be established. Cymbalta should not be prescribed to patients with substantial alcohol use or evidence of chronic liver disease (5.2)
- Orthostatic Hypotension and Syncope: Cases have been reported with duloxetine therapy (5.3)
- Serotonin Syndrome: Serotonin syndrome has been reported with SSRIs and SNRIs, including with Cymbalta, both when taken alone, but especially when co-administered with other serotonergic agents (including triptans, tricyclic antidepressants, fentanyl, lithium, tramadol, tryptophan, buspirone and St. John's Wort). If such symptoms occur, discontinue Cymbalta and initiate supportive treatment. If concomitant use of Cymbalta with other serotonergic drugs is clinically warranted, patients should be made aware of a potential increased risk for serotonin syndrome, particularly during treatment initiation and dose increases (5.4)
- Abnormal Bleeding: Cymbalta may increase the risk of bleeding events. Patients should be cautioned about the risk of bleeding associated with the concomitant use of duloxetine and NSAIDs, aspirin, or other drugs that affect coagulation (5.5, 7.4)
- Severe Skin Reactions: Severe skin reactions, including erythema multiforme and Stevens-Johnson Syndrome (SJS), can occur with Cymbalta. Cymbalta should be discontinued at the first appearance of blisters, peeling rash, mucosal erosions, or any other sign of hypersensitivity if no other etiology can be identified. (5.6)
- Discontinuation: May result in symptoms, including dizziness, headache, nausea, diarrhea, paresthesia, irritability, vomiting, insomnia, anxiety, hyperhidrosis, and fatigue (5.7)
- Activation of mania or hypomania has occurred (5.8)
- Seizures: Prescribe with care in patients with a history of seizure disorder (5.9)
- Blood Pressure: Monitor blood pressure prior to initiating treatment and periodically throughout treatment (5.10)
- Inhibitors of CYP1A2 or Thioridazine: Should not administer with Cymbalta (5.11)
- Hyponatremia: Cases of hyponatremia have been reported (5.12)
- Hepatic Insufficiency and Severe Renal Impairment: Should ordinarily not be administered to these patients (5.13)
- Controlled Narrow-Angle Glaucoma: Use cautiously in these patients (5.13)
- Glucose Control in Diabetes: In diabetic peripheral neuropathic pain patients, small increases in fasting blood glucose, and $HbA_{1c}$ have been observed (5.13)
- Conditions that Slow Gastric Emptying: Use cautiously in these patients (5.13)
- Urinary Hesitation and Retention (5.14)

------------------------ ADVERSE REACTIONS ------------------------
- Most common adverse reactions (≥5% and at least twice the incidence of placebo patients): nausea, dry mouth, somnolence, constipation, decreased appetite, and hyperhidrosis (6.3).

**To report SUSPECTED ADVERSE REACTIONS, contact Eli Lilly and Company at 1-800-LillyRx (1-800-545-5979) or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

------------------------ DRUG INTERACTIONS ------------------------
- Potent inhibitors of CYP1A2 should be avoided (7.1).
- Potent inhibitors of CYP2D6 may increase duloxetine concentrations (7.2).
- Duloxetine is a moderate inhibitor of CYP2D6 (7.9).

------------------------ USE IN SPECIFIC POPULATIONS ------------------------
- Pregnancy and Nursing Mothers: Use only if the potential benefit justifies the potential risk to the fetus or child (2.3, 8.1, 8.3).

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide**

**Revised: 10/2012**

**FULL PRESCRIBING INFORMATION: CONTENTS***
**WARNING: SUICIDAL THOUGHTS AND BEHAVIORS**

1    **INDICATIONS AND USAGE**
     1.1    Major Depressive Disorder
     1.2    Generalized Anxiety Disorder
     1.3    Diabetic Peripheral Neuropathic Pain
     1.4    Fibromyalgia
     1.5    Chronic Musculoskeletal Pain
2    **DOSAGE AND ADMINISTRATION**
     2.1    Initial Treatment
     2.2    Maintenance/Continuation/Extended Treatment
     2.3    Dosing in Special Populations
     2.4    Discontinuing Cymbalta
     2.5    Switching a Patient To or From a Monoamine Oxidase Inhibitor (MAOI) Intended to Treat Psychiatric Disorders
     2.6    Use of Cymbalta with Other MAOIs such as Linezolid or Methylene Blue
3    **DOSAGE FORMS AND STRENGTHS**
4    **CONTRAINDICATIONS**
     4.1    Monoamine Oxidase Inhibitors (MAOIs)
     4.2    Uncontrolled Narrow-Angle Glaucoma
5    **WARNINGS AND PRECAUTIONS**
     5.1    Suicidal Thoughts and Behaviors in Adolescents and Young Adults
     5.2    Hepatotoxicity
     5.3    Orthostatic Hypotension and Syncope
     5.4    Serotonin Syndrome
     5.5    Abnormal Bleeding
     5.6    Severe Skin Reactions
     5.7    Discontinuation of Treatment with Cymbalta
     5.8    Activation of Mania/Hypomania
     5.9    Seizures
     5.10   Effect on Blood Pressure
     5.11   Clinically Important Drug Interactions
     5.12   Hyponatremia
     5.13   Use in Patients with Concomitant Illness
     5.14   Urinary Hesitation and Retention
     5.15   Laboratory Tests
6    **ADVERSE REACTIONS**
     6.1    Clinical Trial Data Sources
     6.2    Adverse Reactions Reported as Reasons for Discontinuation of Treatment in Placebo-Controlled Trials
     6.3    Most Common Adverse Reactions
     6.4    Adverse Reactions Occurring at an Incidence of 5% or More Among Duloxetine-Treated Patients in Placebo-Controlled Trials
     6.5    Adverse Reactions Occurring at an Incidence of 2% or More Among Duloxetine-Treated Patients in Placebo-Controlled Trials
     6.6    Effects on Male and Female Sexual Function
     6.7    Vital Sign Changes
     6.8    Weight Changes
     6.9    Laboratory Changes
     6.10   Electrocardiogram Changes
     6.11   Other Adverse Reactions Observed During the Premarketing and Postmarketing Clinical Trial Evaluation of Duloxetine
     6.12   Postmarketing Spontaneous Reports
7    **DRUG INTERACTIONS**
     7.1    Inhibitors of CYP1A2
     7.2    Inhibitors of CYP2D6
     7.3    Dual Inhibition of CYP1A2 and CYP2D6
     7.4    Drugs that Interfere with Hemostasis (e.g., NSAIDs, Aspirin, and Warfarin)
     7.5    Lorazepam
     7.6    Temazepam
     7.7    Drugs that Affect Gastric Acidity
     7.8    Drugs Metabolized by CYP1A2
     7.9    Drugs Metabolized by CYP2D6
     7.10   Drugs Metabolized by CYP2C9
     7.11   Drugs Metabolized by CYP3A
     7.12   Drugs Metabolized by CYP2C19
     7.13   Monoamine Oxidase Inhibitors (MAOIs)
     7.14   Serotonergic Drugs
     7.15   Alcohol
     7.16   CNS Drugs
     7.17   Drugs Highly Bound to Plasma Protein
8    **USE IN SPECIFIC POPULATIONS**
     8.1    Pregnancy
     8.2    Labor and Delivery
     8.3    Nursing Mothers
     8.4    Pediatric Use
     8.5    Geriatric Use
     8.6    Gender
     8.7    Smoking Status
     8.8    Race
     8.9    Hepatic Insufficiency
     8.10   Severe Renal Impairment
9    **DRUG ABUSE AND DEPENDENCE**
     9.2    Abuse
     9.3    Dependence
10   **OVERDOSAGE**
     10.1   Signs and Symptoms
     10.2   Management of Overdose
11   **DESCRIPTION**
12   **CLINICAL PHARMACOLOGY**
     12.1   Mechanism of Action
     12.2   Pharmacodynamics
     12.3   Pharmacokinetics
13   **NONCLINICAL TOXICOLOGY**
     13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
14   **CLINICAL STUDIES**
     14.1   Major Depressive Disorder
     14.2   Generalized Anxiety Disorder
     14.3   Diabetic Peripheral Neuropathic Pain
     14.4   Fibromyalgia
     14.5   Chronic Musculoskeletal Pain
16   **HOW SUPPLIED/STORAGE AND HANDLING**
     16.1   How Supplied
     16.2   Storage
17   **PATIENT COUNSELING INFORMATION**
     17.1   Information on Medication Guide
     17.2   Suicidal Thoughts and Behaviors
     17.3   Medication Administration
     17.4   Continuing the Therapy Prescribed
     17.5   Hepatotoxicity
     17.6   Alcohol
     17.7   Orthostatic Hypotension and Syncope
     17.8   Serotonin Syndrome
     17.9   Abnormal Bleeding
     17.10  Severe Skin Reaction
     17.11  Discontinuation of Treatment
     17.12  Activation of Mania or Hypomania
     17.13  Seizures
     17.14  Effects on Blood Pressure
     17.15  Concomitant Medications
     17.16  Hyponatremia
     17.17  Concomitant Illnesses
     17.18  Urinary Hesitancy and Retention
     17.19  Pregnancy and Breast Feeding
     17.20  Interference with Psychomotor Performance

* Sections or subsections omitted from the full prescribing information are not listed.

**FULL PRESCRIBING INFORMATION**

<div style="border:1px solid black">

**WARNING: SUICIDAL THOUGHTS AND BEHAVIORS**

**Antidepressants increased the risk of suicidal thoughts and behavior in children, adolescents, and young adults in short-term studies. These studies did not show an increase in the risk of suicidal thoughts and behavior with antidepressant use in patients over age 24; there was a reduction in risk with antidepressant use in patients aged 65 and older [see Warnings and Precautions (5.1)].**
**In patients of all ages who are started on antidepressant therapy, monitor closely for worsening, and for emergence of suicidal thoughts and behaviors. Advise families and caregivers of the need for close observation and communication with the prescriber [see Warnings and Precautions (5.1)].**
**Cymbalta is not approved for use in pediatric patients [see Use in Specific Populations (8.4)].**

</div>

## 1    INDICATIONS AND USAGE

### 1.1    Major Depressive Disorder

Cymbalta is indicated for the treatment of major depressive disorder (MDD). The efficacy of Cymbalta was established in four short-term and one maintenance trial in adults [see Clinical Studies (14.1)].

A major depressive episode (DSM-IV) implies a prominent and relatively persistent (nearly every day for at least 2 weeks) depressed or dysphoric mood that usually interferes with daily functioning, and includes at least 5 of the following 9 symptoms: depressed mood, loss of interest in usual activities, significant change in weight and/or appetite, insomnia or hypersomnia, psychomotor agitation or retardation, increased fatigue, feelings of guilt or worthlessness, slowed thinking or impaired concentration, or a suicide attempt or suicidal ideation.

### 1.2    Generalized Anxiety Disorder

Cymbalta is indicated for the treatment of generalized anxiety disorder (GAD). The efficacy of Cymbalta was established in three short-term trials and one maintenance trial in adults [see Clinical Studies (14.2)].

Generalized anxiety disorder is defined by the DSM-IV as excessive anxiety and worry, present more days than not, for at least 6 months. The excessive anxiety and worry must be difficult to control and must cause significant distress or impairment in normal functioning. It must be associated with at least 3 of the following 6 symptoms: restlessness or feeling keyed up or on edge, being easily fatigued, difficulty concentrating or mind going blank, irritability, muscle tension, and/or sleep disturbance.

### 1.3    Diabetic Peripheral Neuropathic Pain

Cymbalta is indicated for the management of neuropathic pain (DPNP) associated with diabetic peripheral neuropathy [see Clinical Studies (14.3)].

### 1.4    Fibromyalgia

Cymbalta is indicated for the management of fibromyalgia (FM) [see Clinical Studies (14.4)].

### 1.5    Chronic Musculoskeletal Pain

Cymbalta is indicated for the management of chronic musculoskeletal pain. This has been established in studies in patients with chronic low back pain (CLBP) and chronic pain due to osteoarthritis [see Clinical Studies (14.5)].

## 2    DOSAGE AND ADMINISTRATION

Cymbalta should be swallowed whole and should not be chewed or crushed, nor should the capsule be opened and its contents sprinkled on food or mixed with liquids. All of these might affect the enteric coating. Cymbalta can be given without regard to meals.

### 2.1    Initial Treatment

Major Depressive Disorder — Cymbalta should be administered at a total dose of 40 mg/day (given as 20 mg twice daily) to 60 mg/day (given either once daily or as 30 mg twice daily). For some patients, it may be desirable to start at 30 mg once daily for 1 week, to allow patients to adjust to the medication before increasing to 60 mg once daily. While a 120 mg/day dose was shown to be effective, there is no evidence that doses greater than 60 mg/day confer any additional benefits. The safety of doses above 120 mg/day has not been adequately evaluated [see Clinical Studies (14.1)].

Generalized Anxiety Disorder — For most patients, the recommended starting dose for Cymbalta is 60 mg administered once daily. For some patients, it may be desirable to start at 30 mg once daily for 1 week, to allow patients to adjust to the medication before increasing to 60 mg once daily. While a 120 mg once daily dose was shown to be effective, there is no evidence that doses greater than 60 mg/day confer additional benefit. Nevertheless, if a decision is made to increase the dose beyond 60 mg once daily, dose increases should be in increments of 30 mg once daily. The safety of doses above 120 mg once daily has not been adequately evaluated [see Clinical Studies (14.2)].

Diabetic Peripheral Neuropathic Pain — The recommended dose for Cymbalta is 60 mg administered once daily. There is no evidence that doses higher than 60 mg confer additional significant benefit and the higher dose is clearly less well tolerated [see Clinical Studies (14.3)]. For patients for whom tolerability is a concern, a lower starting dose may be considered.

Exhibit J
108

Since diabetes is frequently complicated by renal disease, a lower starting dose and gradual increase in dose should be considered for patients with renal impairment *[see Dosage and Administration (2.3), Use in Specific Populations (8.10), and Clinical Pharmacology (12.3)]*.

Fibromyalgia — The recommended dose for Cymbalta is 60 mg administered once daily. Treatment should begin at 30 mg once daily for 1 week, to allow patients to adjust to the medication before increasing to 60 mg once daily. Some patients may respond to the starting dose. There is no evidence that doses greater than 60 mg/day confer additional benefit, even in patients who do not respond to a 60 mg dose, and higher doses are associated with a higher rate of adverse reactions *[see Clinical Studies (14.4)]*.

Chronic Musculoskeletal Pain — The recommended dose for Cymbalta is 60 mg once daily. Dosing may be started at 30 mg for one week, to allow patients to adjust to the medication before increasing to 60 mg once daily. There is no evidence that higher doses confer additional benefit, even in patients who do not respond to a 60 mg dose, and higher doses are associated with a higher rate of adverse reactions *[see Clinical Studies (14.5)]*.

**2.2    Maintenance/Continuation/Extended Treatment**

Major Depressive Disorder — It is generally agreed that acute episodes of major depression require several months or longer of sustained pharmacologic therapy. Maintenance of efficacy in MDD was demonstrated with Cymbalta as monotherapy. Cymbalta should be administered at a total dose of 60 mg once daily. Patients should be periodically reassessed to determine the need for maintenance treatment and the appropriate dose for such treatment *[see Clinical Studies (14.1)]*.

Generalized Anxiety Disorder — It is generally agreed that episodes of generalized anxiety disorder require several months or longer of sustained pharmacological therapy. Maintenance of efficacy in GAD was demonstrated with Cymbalta as monotherapy. Cymbalta should be administered in a dose range of 60-120 mg once daily. Patients should be periodically reassessed to determine the continued need for maintenance treatment and the appropriate dose for such treatment *[see Clinical Studies (14.2)]*.

Diabetic Peripheral Neuropathic Pain — As the progression of diabetic peripheral neuropathy is highly variable and management of pain is empirical, the effectiveness of Cymbalta must be assessed individually. Efficacy beyond 12 weeks has not been systematically studied in placebo-controlled trials.

Fibromyalgia — Fibromyalgia is recognized as a chronic condition. The efficacy of Cymbalta in the management of fibromyalgia has been demonstrated in placebo-controlled studies up to 3 months. The efficacy of Cymbalta was not demonstrated in longer studies; however, continued treatment should be based on individual patient response.

Chronic Musculoskeletal Pain — The efficacy of Cymbalta has not been established in placebo-controlled studies beyond 13 weeks.

**2.3    Dosing in Special Populations**

Hepatic Insufficiency — It is recommended that Cymbalta should ordinarily not be administered to patients with any hepatic insufficiency *[see Warnings and Precautions (5.13) and Use in Specific Populations (8.9)]*.

Severe Renal Impairment — Cymbalta is not recommended for patients with end-stage renal disease or severe renal impairment (estimated creatinine clearance <30 mL/min) *[see Warnings and Precautions (5.13) and Use in Specific Populations (8.10)]*.

Elderly Patients — No dose adjustment is recommended for elderly patients on the basis of age. As with any drug, caution should be exercised in treating the elderly. When individualizing the dosage in elderly patients, extra care should be taken when increasing the dose *[see Use in Specific Populations (8.5)]*.

Pregnant Women — There are no adequate and well-controlled studies in pregnant women; therefore, Cymbalta should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus *[see Use in Specific Populations (8.1)]*.

Lilly maintains a pregnancy registry to monitor the pregnancy outcomes of women exposed to Cymbalta while pregnant. Healthcare providers are encouraged to register any patient who is exposed to Cymbalta during pregnancy by calling the Cymbalta Pregnancy Registry at 1-866-814-6975 or by visiting www.cymbaltapregnancyregistry.com

Nursing Mothers — Because the safety of duloxetine in infants is not known, nursing while on Cymbalta is not recommended *[see Use in Specific Populations (8.3)]*.

**2.4    Discontinuing Cymbalta**

Symptoms associated with discontinuation of Cymbalta and other SSRIs and SNRIs have been reported. A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible *[see Warnings and Precautions (5.7)]*.

**2.5    Switching a Patient To or From a Monoamine Oxidase Inhibitor (MAOI) Intended to Treat Psychiatric Disorders**

At least 14 days should elapse between discontinuation of an MAOI intended to treat psychiatric disorders and initiation of therapy with Cymbalta. Conversely, at least 5 days should be allowed after stopping Cymbalta before starting an MAOI intended to treat psychiatric disorders *[see Contraindications (4.1)]*.

**2.6    Use of Cymbalta with Other MAOIs such as Linezolid or Methylene Blue**

Exhibit J
109

Do not start Cymbalta in a patient who is being treated with linezolid or intravenous methylene blue because there is an increased risk of serotonin syndrome. In a patient who requires more urgent treatment of a psychiatric condition, other interventions, including hospitalization, should be considered [see Contraindications (4.1)].

In some cases, a patient already receiving Cymbalta therapy may require urgent treatment with linezolid or intravenous methylene blue. If acceptable alternatives to linezolid or intravenous methylene blue treatment are not available and the potential benefits of linezolid or intravenous methylene blue treatment are judged to outweigh the risks of serotonin syndrome in a particular patient, Cymbalta should be stopped promptly, and linezolid or intravenous methylene blue can be administered. The patient should be monitored for symptoms of serotonin syndrome for 5 days or until 24 hours after the last dose of linezolid or intravenous methylene blue, whichever comes first. Therapy with Cymbalta may be resumed 24 hours after the last dose of linezolid or intravenous methylene blue [see Warnings and Precautions (5.4)].

The risk of administering methylene blue by non-intravenous routes (such as oral tablets or by local injection) or in intravenous doses much lower than 1 mg/kg with Cymbalta is unclear. The clinician should, nevertheless, be aware of the possibility of emergent symptoms of serotonin syndrome with such use [see Warnings and Precautions (5.4)].

## 3   DOSAGE FORMS AND STRENGTHS

Cymbalta is available as delayed release capsules:
20 mg opaque green capsules imprinted with "Lilly 3235 20mg"
30 mg opaque white and blue capsules imprinted with "Lilly 3240 30mg"
60 mg opaque green and blue capsules imprinted with "Lilly 3237 60mg"
60 mg opaque green and blue capsules imprinted with "Lilly 3270 60mg"

## 4   CONTRAINDICATIONS

### 4.1   Monoamine Oxidase Inhibitors (MAOIs)

The use of MAOIs intended to treat psychiatric disorders with Cymbalta or within 5 days of stopping treatment with Cymbalta is contraindicated because of an increased risk of serotonin syndrome. The use of Cymbalta within 14 days of stopping an MAOI intended to treat psychiatric disorders is also contraindicated [see Dosage and Administration (2.5) and Warnings and Precautions (5.4)].

Starting Cymbalta in a patient who is being treated with MAOIs such as linezolid or intravenous methylene blue is also contraindicated because of an increased risk of serotonin syndrome [see Dosage and Administration (2.6) and Warnings and Precautions (5.4)].

### 4.2   Uncontrolled Narrow-Angle Glaucoma

In clinical trials, Cymbalta use was associated with an increased risk of mydriasis; therefore, its use should be avoided in patients with uncontrolled narrow-angle glaucoma [see Warnings and Precautions (5.13)].

## 5   WARNINGS AND PRECAUTIONS

### 5.1   Suicidal Thoughts and Behaviors in Adolescents and Young Adults

Patients with major depressive disorder (MDD), both adult and pediatric, may experience worsening of their depression and/or the emergence of suicidal ideation and behavior (suicidality) or unusual changes in behavior, whether or not they are taking antidepressant medications, and this risk may persist until significant remission occurs. Suicide is a known risk of depression and certain other psychiatric disorders, and these disorders themselves are the strongest predictors of suicide. There has been a long-standing concern, however, that antidepressants may have a role in inducing worsening of depression and the emergence of suicidality in certain patients during the early phases of treatment.

Pooled analyses of short-term placebo-controlled trials of antidepressant drugs (SSRIs and others) showed that these drugs increase the risk of suicidal thinking and behavior (suicidality) in children, adolescents, and young adults (ages 18-24) with major depressive disorder (MDD) and other psychiatric disorders. Short-term studies did not show an increase in the risk of suicidality with antidepressants compared to placebo in adults beyond age 24; there was a reduction with antidepressants compared to placebo in adults aged 65 and older.

The pooled analyses of placebo-controlled trials in children and adolescents with MDD, obsessive compulsive disorder (OCD), or other psychiatric disorders included a total of 24 short-term trials of 9 antidepressant drugs in over 4400 patients. The pooled analyses of placebo-controlled trials in adults with MDD or other psychiatric disorders included a total of 295 short-term trials (median duration of 2 months) of 11 antidepressant drugs in over 77,000 patients. There was considerable variation in risk of suicidality among drugs, but a tendency toward an increase in the younger patients for almost all drugs studied. There were differences in absolute risk of suicidality across the different indications, with the highest incidence in MDD. The risk of differences (drug vs placebo), however, were relatively stable within age strata and across indications. These risk differences (drug-placebo difference in the number of cases of suicidality per 1000 patients treated) are provided in Table 1.

| Table 1 | |
|---|---|
| **Age Range** | **Drug-Placebo Difference in Number of Cases of Suicidality per 1000 Patients Treated** |

|  | Increases Compared to Placebo |
| --- | --- |
| <18 | 14 additional cases |
| 18-24 | 5 additional cases |
|  | Decreases Compared to Placebo |
| 25-64 | 1 fewer case |
| ≥65 | 6 fewer cases |

No suicides occurred in any of the pediatric trials. There were suicides in the adult trials, but the number was not sufficient to reach any conclusion about drug effect on suicide.

It is unknown whether the suicidality risk extends to longer-term use, i.e., beyond several months. However, there is substantial evidence from placebo-controlled maintenance trials in adults with depression that the use of antidepressants can delay the recurrence of depression.

**All patients being treated with antidepressants for any indication should be monitored appropriately and observed closely for clinical worsening, suicidality, and unusual changes in behavior, especially during the initial few months of a course of drug therapy, or at times of dose changes, either increases or decreases.**

The following symptoms, anxiety, agitation, panic attacks, insomnia, irritability, hostility, aggressiveness, impulsivity, akathisia (psychomotor restlessness), hypomania, and mania, have been reported in adult and pediatric patients being treated with antidepressants for major depressive disorder as well as for other indications, both psychiatric and nonpsychiatric. Although a causal link between the emergence of such symptoms and either the worsening of depression and/or the emergence of suicidal impulses has not been established, there is concern that such symptoms may represent precursors to emerging suicidality.

Consideration should be given to changing the therapeutic regimen, including possibly discontinuing the medication, in patients whose depression is persistently worse, or who are experiencing emergent suicidality or symptoms that might be precursors to worsening depression or suicidality, especially if these symptoms are severe, abrupt in onset, or were not part of the patient's presenting symptoms.

If the decision has been made to discontinue treatment, medication should be tapered, as rapidly as is feasible, but with recognition that discontinuation can be associated with certain symptoms *[see Dosage and Administration (2.4) and Warnings and Precautions (5.7) for descriptions of the risks of discontinuation of Cymbalta].*

**Families and caregivers of patients being treated with antidepressants for major depressive disorder or other indications, both psychiatric and nonpsychiatric, should be alerted about the need to monitor patients for the emergence of agitation, irritability, unusual changes in behavior, and the other symptoms described above, as well as the emergence of suicidality, and to report such symptoms immediately to health care providers. Such monitoring should include daily observation by families and caregivers. Prescriptions for Cymbalta should be written for the smallest quantity of capsules consistent with good patient management, in order to reduce the risk of overdose.**

**Screening Patients for Bipolar Disorder** — A major depressive episode may be the initial presentation of bipolar disorder. It is generally believed (though not established in controlled trials) that treating such an episode with an antidepressant alone may increase the likelihood of precipitation of a mixed/manic episode in patients at risk for bipolar disorder. Whether any of the symptoms described above represent such a conversion is unknown. However, prior to initiating treatment with an antidepressant, patients with depressive symptoms should be adequately screened to determine if they are at risk for bipolar disorder; such screening should include a detailed psychiatric history, including a family history of suicide, bipolar disorder, and depression. It should be noted that Cymbalta (duloxetine) is not approved for use in treating bipolar depression.

**5.2    Hepatotoxicity**

There have been reports of hepatic failure, sometimes fatal, in patients treated with Cymbalta. These cases have presented as hepatitis with abdominal pain, hepatomegaly, and elevation of transaminase levels to more than twenty times the upper limit of normal with or without jaundice, reflecting a mixed or hepatocellular pattern of liver injury. Cymbalta should be discontinued in patients who develop jaundice or other evidence of clinically significant liver dysfunction and should not be resumed unless another cause can be established.

Cases of cholestatic jaundice with minimal elevation of transaminase levels have also been reported. Other postmarketing reports indicate that elevated transaminases, bilirubin, and alkaline phosphatase have occurred in patients with chronic liver disease or cirrhosis.

Cymbalta increased the risk of elevation of serum transaminase levels in development program clinical trials. Liver transaminase elevations resulted in the discontinuation of 0.3% (89/29,435) of Cymbalta-treated patients. In most patients, the median time to detection of the transaminase elevation was about two months. In placebo-controlled trials in any indication, for patients with normal and abnormal baseline ALT values, elevation of ALT >3 times the upper limit of normal occurred in 1.37% (132/9611) of Cymbalta-treated patients compared to 0.49% (35/7182) of placebo-treated patients. In placebo-controlled studies using a fixed dose design, there was evidence of a dose response relationship for ALT and AST elevation of >3 times the upper limit of normal and >5 times the upper limit of normal, respectively.

Because it is possible that duloxetine and alcohol may interact to cause liver injury or that duloxetine may aggravate pre-existing liver disease, Cymbalta should not be prescribed to patients with substantial alcohol use or evidence of chronic liver disease.

**5.3    Orthostatic Hypotension and Syncope**

Orthostatic hypotension and syncope have been reported with therapeutic doses of duloxetine. Syncope and orthostatic hypotension tend to occur within the first week of therapy but can occur at any time during duloxetine treatment, particularly after dose increases. The risk of blood pressure decreases may be greater in patients taking concomitant medications that induce orthostatic hypotension (such as antihypertensives) or are potent CYP1A2 inhibitors *[see Warnings and Precautions (5.11) and Drug Interactions (7.1)]* and in patients taking duloxetine at doses above 60 mg daily. Consideration should be given to discontinuing duloxetine in patients who experience symptomatic orthostatic hypotension and/or syncope during duloxetine therapy.

**5.4    Serotonin Syndrome**

The development of a potentially life-threatening serotonin syndrome has been reported with SNRIs and SSRIs, including Cymbalta, alone but particularly with concomitant use of other serotonergic drugs (including triptans, tricyclic antidepressants, fentanyl, lithium, tramadol, tryptophan, buspirone, and St. John's Wort) and with drugs that impair metabolism of serotonin (in particular, MAOIs, both those intended to treat psychiatric disorders and also others, such as linezolid and intravenous methylene blue).

Serotonin syndrome symptoms may include mental status changes (e.g., agitation, hallucinations, delirium, and coma), autonomic instability (e.g., tachycardia, labile blood pressure, dizziness, diaphoresis, flushing, hyperthermia), neuromuscular symptoms (e.g., tremor, rigidity, myoclonus, hyperreflexia, incoordination), seizures, and/or gastrointestinal symptoms (e.g., nausea, vomiting, diarrhea). Patients should be monitored for the emergence of serotonin syndrome.

The concomitant use of Cymbalta with MAOIs intended to treat psychiatric disorders is contraindicated. Cymbalta should also not be started in a patient who is being treated with MAOIs such as linezolid or intravenous methylene blue. All reports with methylene blue that provided information on the route of administration involved intravenous administration in the dose range of 1 mg/kg to 8 mg/kg. No reports involved the administration of methylene blue by other routes (such as oral tablets or local tissue injection) or at lower doses. There may be circumstances when it is necessary to initiate treatment with an MAOI such as linezolid or intravenous methylene blue in a patient taking Cymbalta. Cymbalta should be discontinued before initiating treatment with the MAOI *[see Dosage and Administration (2.5, 2.6), and Contraindications (4.1)]*.

If concomitant use of Cymbalta with other serotonergic drugs including triptans, tricyclic antidepressants, fentanyl, lithium, tramadol, buspirone, tryptophan and St. John's Wort is clinically warranted, patients should be made aware of a potential increased risk for serotonin syndrome, particularly during treatment initiation and dose increases. Treatment with Cymbalta and any concomitant serotonergic agents, should be discontinued immediately if the above events occur and supportive symptomatic treatment should be initiated.

**5.5    Abnormal Bleeding**

SSRIs and SNRIs, including duloxetine, may increase the risk of bleeding events. Concomitant use of aspirin, nonsteroidal anti-inflammatory drugs, warfarin, and other anti-coagulants may add to this risk. Case reports and epidemiological studies (case-control and cohort design) have demonstrated an association between use of drugs that interfere with serotonin reuptake and the occurrence of gastrointestinal bleeding. Bleeding events related to SSRIs and SNRIs use have ranged from ecchymoses, hematomas, epistaxis, and petechiae to life-threatening hemorrhages.

Patients should be cautioned about the risk of bleeding associated with the concomitant use of duloxetine and NSAIDs, aspirin, or other drugs that affect coagulation.

**5.6    Severe Skin Reactions**

Severe skin reactions, including erythema multiforme and Stevens-Johnson Syndrome (SJS), can occur with Cymbalta. The reporting rate of SJS associated with Cymbalta use exceeds the general population background incidence rate for this serious skin reaction (1 to 2 cases per million person years). The reporting rate is generally accepted to be an underestimate due to underreporting.

Cymbalta should be discontinued at the first appearance of blisters, peeling rash, mucosal erosions, or any other sign of hypersensitivity if no other etiology can be identified.

**5.7    Discontinuation of Treatment with Cymbalta**

Discontinuation symptoms have been systematically evaluated in patients taking duloxetine. Following abrupt or tapered discontinuation in placebo-controlled clinical trials, the following symptoms occurred at 1% or greater and at a significantly higher rate in duloxetine-treated patients compared to those discontinuing from placebo: dizziness, headache, nausea, diarrhea, paresthesia, irritability, vomiting, insomnia, anxiety, hyperhidrosis, and fatigue.

During marketing of other SSRIs and SNRIs (serotonin and norepinephrine reuptake inhibitors), there have been spontaneous reports of adverse events occurring upon discontinuation of these drugs, particularly when abrupt, including the following: dysphoric mood, irritability, agitation, dizziness, sensory disturbances (e.g., paresthesias such as electric shock sensations), anxiety, confusion, headache, lethargy, emotional lability, insomnia, hypomania, tinnitus, and seizures. Although these events are generally self-limiting, some have been reported to be severe.

Patients should be monitored for these symptoms when discontinuing treatment with Cymbalta. A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible. If intolerable symptoms occur following a decrease in the dose or upon discontinuation of treatment, then resuming the previously prescribed dose may be considered. Subsequently, the physician may continue decreasing the dose but at a more gradual rate *[see Dosage and Administration (2.4)]*.

**5.8    Activation of Mania/Hypomania**

In placebo-controlled trials in patients with major depressive disorder, activation of mania or hypomania was reported in 0.1% (2/2489) of duloxetine-treated patients and 0.1% (1/1625) of placebo-treated patients. No activation of mania or hypomania was reported in GAD, fibromyalgia, or chronic musculoskeletal pain placebo-controlled trials. Activation of mania or hypomania has been reported in a small proportion of patients with mood disorders who were treated with other marketed drugs effective in the treatment of major depressive disorder. As with these other agents, Cymbalta should be used cautiously in patients with a history of mania.

**5.9    Seizures**

Duloxetine has not been systematically evaluated in patients with a seizure disorder, and such patients were excluded from clinical studies. In placebo-controlled clinical trials, seizures/convulsions occurred in 0.03% (3/10,524) of patients treated with duloxetine and 0.01% (1/7699) of patients treated with placebo. Cymbalta should be prescribed with care in patients with a history of a seizure disorder.

**5.10   Effect on Blood Pressure**

In placebo-controlled clinical trials across indications from baseline to endpoint, duloxetine treatment was associated with mean increases of 0.5 mm Hg in systolic blood pressure and 0.8 mm Hg in diastolic blood pressure compared to mean decreases of 0.6 mm Hg systolic and 0.4 mm Hg diastolic in placebo-treated patients. There was no significant difference in the frequency of sustained (3 consecutive visits) elevated blood pressure. In a clinical pharmacology study designed to evaluate the effects of duloxetine on various parameters, including blood pressure at supratherapeutic doses with an accelerated dose titration, there was evidence of increases in supine blood pressure at doses up to 200 mg twice daily. At the highest 200 mg twice daily dose, the increase in mean pulse rate was 5.0 to 6.8 beats and increases in mean blood pressure were 4.7 to 6.8 mm Hg (systolic) and 4.5 to 7 mm Hg (diastolic) up to 12 hours after dosing.

Blood pressure should be measured prior to initiating treatment and periodically measured throughout treatment *[see Adverse Reactions (6.7)]*.

**5.11   Clinically Important Drug Interactions**

Both CYP1A2 and CYP2D6 are responsible for duloxetine metabolism.

Potential for Other Drugs to Affect Cymbalta

*CYP1A2 Inhibitors* — Co-administration of Cymbalta with potent CYP1A2 inhibitors should be avoided *[see Drug Interactions (7.1)]*.

*CYP2D6 Inhibitors* — Because CYP2D6 is involved in duloxetine metabolism, concomitant use of duloxetine with potent inhibitors of CYP2D6 would be expected to, and does, result in higher concentrations (on average of 60%) of duloxetine *[see Drug Interactions (7.2)]*.

Potential for Cymbalta to Affect Other Drugs

*Drugs Metabolized by CYP2D6* — Co-administration of Cymbalta with drugs that are extensively metabolized by CYP2D6 and that have a narrow therapeutic index, including certain antidepressants (tricyclic antidepressants [TCAs], such as nortriptyline, amitriptyline, and imipramine), phenothiazines and Type 1C antiarrhythmics (e.g., propafenone, flecainide), should be approached with caution. Plasma TCA concentrations may need to be monitored and the dose of the TCA may need to be reduced if a TCA is co-administered with Cymbalta. Because of the risk of serious ventricular arrhythmias and sudden death potentially associated with elevated plasma levels of thioridazine, Cymbalta and thioridazine should not be co-administered *[see Drug Interactions (7.9)]*.

Other Clinically Important Drug Interactions

*Alcohol* — Use of Cymbalta concomitantly with heavy alcohol intake may be associated with severe liver injury. For this reason, Cymbalta should not be prescribed for patients with substantial alcohol use *[see Warnings and Precautions (5.2) and Drug Interactions (7.15)]*.

*CNS Acting Drugs* — Given the primary CNS effects of Cymbalta, it should be used with caution when it is taken in combination with or substituted for other centrally acting drugs, including those with a similar mechanism of action *[see Warnings and Precautions (5.11) and Drug Interactions (7.16)]*.

**5.12   Hyponatremia**

Hyponatremia may occur as a result of treatment with SSRIs and SNRIs, including Cymbalta. In many cases, this hyponatremia appears to be the result of the syndrome of inappropriate antidiuretic hormone secretion (SIADH). Cases with serum sodium lower than 110 mmol/L have been reported and appeared to be reversible when Cymbalta was discontinued. Elderly patients may be at greater risk of developing hyponatremia with SSRIs and SNRIs. Also, patients taking diuretics or who are otherwise volume depleted may be at greater risk *[see Use in Specific Populations (8.5)]*. Discontinuation of Cymbalta should be considered in patients with symptomatic hyponatremia and appropriate medical intervention should be instituted.

Signs and symptoms of hyponatremia include headache, difficulty concentrating, memory impairment, confusion, weakness, and unsteadiness, which may lead to falls. More severe and/or acute cases have been associated with hallucination, syncope, seizure, coma, respiratory arrest, and death.

**5.13   Use in Patients with Concomitant Illness**

Clinical experience with Cymbalta in patients with concomitant systemic illnesses is limited. There is no information on the effect that alterations in gastric motility may have on the stability of Cymbalta's enteric coating. In extremely acidic conditions, Cymbalta, unprotected by the enteric coating, may undergo hydrolysis to form naphthol. Caution is advised in using Cymbalta in patients with conditions that may slow gastric emptying (e.g., some diabetics).

Cymbalta has not been systematically evaluated in patients with a recent history of myocardial infarction or unstable coronary artery disease. Patients with these diagnoses were generally excluded from clinical studies during the product's premarketing testing.

Hepatic Insufficiency — Cymbalta should ordinarily not be used in patients with hepatic insufficiency *[see Dosage and Administration (2.3), Warnings and Precautions (5.2), and Use in Specific Populations (8.9)]*.

Severe Renal Impairment — Cymbalta should ordinarily not be used in patients with end-stage renal disease or severe renal impairment (creatinine clearance <30 mL/min). Increased plasma concentration of duloxetine, and especially of its metabolites, occur in patients with end-stage renal disease (requiring dialysis) *[see Dosage and Administration (2.3) and Use in Specific Populations (8.10)]*.

Controlled Narrow-Angle Glaucoma — In clinical trials, Cymbalta was associated with an increased risk of mydriasis; therefore, it should be used cautiously in patients with controlled narrow-angle glaucoma *[see Contraindications (4.2)]*.

Glycemic Control in Patients with Diabetes — As observed in DPNP trials, Cymbalta treatment worsens glycemic control in some patients with diabetes. In three clinical trials of Cymbalta for the management of neuropathic pain associated with diabetic peripheral neuropathy, the mean duration of diabetes was approximately 12 years, the mean baseline fasting blood glucose was 176 mg/dL, and the mean baseline hemoglobin $A_{1c}$ (Hb$A_{1c}$) was 7.8%. In the 12-week acute treatment phase of these studies, Cymbalta was associated with a small increase in mean fasting blood glucose as compared to placebo. In the extension phase of these studies, which lasted up to 52 weeks, mean fasting blood glucose increased by 12 mg/dL in the Cymbalta group and decreased by 11.5 mg/dL in the routine care group. Hb$A_{1c}$ increased by 0.5% in the Cymbalta and by 0.2% in the routine care groups.

**5.14   Urinary Hesitation and Retention**

Cymbalta is in a class of drugs known to affect urethral resistance. If symptoms of urinary hesitation develop during treatment with Cymbalta, consideration should be given to the possibility that they might be drug-related.

In post marketing experience, cases of urinary retention have been observed. In some instances of urinary retention associated with duloxetine use, hospitalization and/or catheterization has been needed.

**5.15   Laboratory Tests**

No specific laboratory tests are recommended.

**6      ADVERSE REACTIONS**

**6.1   Clinical Trial Data Sources**

The data described below reflect exposure to duloxetine in placebo-controlled trials for MDD (N=2489), GAD (N=910), OA (N=239), CLBP (N=600), DPNP (N=906), and FM (N=876). The population studied was 17 to 91 years of age; 65.5%, 62.5%, 61.5%, 42.9%, and 94.9% female; and 86.5%, 81.2%, 86.2 %, 74.0%, and 88% Caucasian for MDD, GAD, OA and CLBP, DPNP, and FM, respectively. Most patients received doses of a total of 60 to 120 mg per day *[see Clinical Studies (14)]*.

The stated frequencies of adverse reactions represent the proportion of individuals who experienced, at least once, a treatment-emergent adverse reaction of the type listed. A reaction was considered treatment-emergent if it occurred for the first time or worsened while receiving therapy following baseline evaluation. Reactions reported during the studies were not necessarily caused by the therapy, and the frequencies do not reflect investigator impression (assessment) of causality.

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

**6.2   Adverse Reactions Reported as Reasons for Discontinuation of Treatment in Placebo-Controlled Trials**

Major Depressive Disorder — Approximately 9% (209/2327) of the patients who received duloxetine in placebo-controlled trials for MDD discontinued treatment due to an adverse reaction, compared with 4.7% (68/1460) of the patients receiving placebo. Nausea (duloxetine 1.3%, placebo 0.5%) was the only common adverse reaction reported as a reason for discontinuation and considered to be drug-related (i.e., discontinuation occurring in at least 1% of the duloxetine-treated patients and at a rate of at least twice that of placebo).

Generalized Anxiety Disorder — Approximately 15.3% (102/668) of the patients who received duloxetine in placebo-controlled trials for GAD discontinued treatment due to an adverse reaction, compared with 4.0% (20/495) for placebo. Common adverse reactions reported as a reason for discontinuation and considered to be drug-related (as

defined above) included nausea (duloxetine 3.7%, placebo 0.2%), and vomiting (duloxetine 1.3%, placebo 0.0%), and dizziness (duloxetine 1.0%, placebo 0.2%).

Diabetic Peripheral Neuropathic Pain — Approximately 12.9% (117/906) of the patients who received duloxetine in placebo-controlled trials for DPNP discontinued treatment due to an adverse reaction, compared with 5.1% (23/448) for placebo. Common adverse reactions reported as a reason for discontinuation and considered to be drug-related (as defined above) included nausea (duloxetine 3.5%, placebo 0.7%), dizziness (duloxetine 1.2%, placebo 0.4%), and somnolence (duloxetine 1.1%, placebo 0.0%).

Fibromyalgia — Approximately 19.6% (172/876) of the patients who received duloxetine in 3 to 6 month placebo-controlled trials for FM discontinued treatment due to an adverse reaction, compared with 11.8% (63/535) for placebo. Common adverse reactions reported as a reason for discontinuation and considered to be drug-related (as defined above) included nausea (duloxetine 1.9%, placebo 0.7%), somnolence (duloxetine 1.5%, placebo 0.0%), and fatigue (duloxetine 1.3%, placebo 0.2%).

Chronic Pain due to Osteoarthritis — Approximately 16.3% (39/239) of the patients who received duloxetine in 13-week, placebo-controlled trials for chronic pain due to OA discontinued treatment due to an adverse reaction, compared with 5.6% (14/248) for placebo. Common adverse reactions reported as a reason for discontinuation and considered to be drug-related (as defined above) included nausea (duloxetine 2.9%, placebo 0.8%) and asthenia (duloxetine 1.3%, placebo 0.0%).

Chronic Low Back Pain — Approximately 16.5% (99/600) of the patients who received duloxetine in 13-week, placebo-controlled trials for CLBP discontinued treatment due to an adverse reaction, compared with 6.3% (28/441) for placebo. Common adverse reactions reported as a reason for discontinuation and considered to be drug-related (as defined above) included nausea (duloxetine 3.0%, placebo 0.7%), and somnolence (duloxetine 1.0%, placebo 0.0%).

**6.3    Most Common Adverse Reactions**

Pooled Trials for all Approved Indications — The most commonly observed adverse reactions in Cymbalta-treated patients (incidence of at least 5% and at least twice the incidence in placebo patients) were nausea, dry mouth, somnolence, constipation, decreased appetite, and hyperhidrosis.

Diabetic Peripheral Neuropathic Pain — The most commonly observed adverse reactions in Cymbalta-treated patients (as defined above) were nausea, somnolence, decreased appetite, constipation, hyperhidrosis, and dry mouth.

Fibromyalgia — The most commonly observed adverse reactions in Cymbalta-treated patients (as defined above) were nausea, dry mouth, constipation, somnolence, decreased appetite, hyperhidrosis, and agitation.

Chronic Pain due to Osteoarthritis — The most commonly observed adverse reactions in Cymbalta-treated patients (as defined above) were nausea, fatigue, and constipation.

Chronic Low Back Pain — The most commonly observed adverse reactions in Cymbalta-treated patients (as defined above) were nausea, dry mouth, insomnia, somnolence, constipation, dizziness, and fatigue.

**6.4    Adverse Reactions Occurring at an Incidence of 5% or More Among Duloxetine-Treated Patients in Placebo-Controlled Trials**

Table 2 gives the incidence of treatment-emergent adverse reactions in placebo-controlled trials for approved indications that occurred in 5% or more of patients treated with duloxetine and with an incidence greater than placebo.

**Table 2: Treatment-Emergent Adverse Reactions: Incidence of 5% or More in Placebo-Controlled Trials of Approved Indications[a]**

| Adverse Reaction | Percentage of Patients Reporting Reaction | |
|---|---|---|
|  | Cymbalta (N=6020) | Placebo (N=3962) |
| Nausea | 24 | 8 |
| Headache | 14 | 13 |
| Dry mouth | 13 | 5 |
| Fatigue[b] | 10 | 5 |
| Somnolence[c,e] | 10 | 3 |
| Insomnia[c,d] | 10 | 6 |
| Dizziness | 10 | 5 |
| Constipation[c] | 10 | 4 |
| Diarrhea | 9 | 6 |
| Decreased appetite[c,f] | 8 | 2 |
| Hyperhidrosis | 7 | 2 |

[a]  The inclusion of an event in the table is determined based on the percentages before rounding; however, the percentages displayed in the table are rounded to the nearest integer.

[b]  Also includes asthenia.

[c]  Events for which there was a significant dose-dependent relationship in fixed-dose studies, excluding three MDD studies which did not have a placebo lead-in period or dose titration.

[d]  Also includes middle insomnia, early morning awakening, and initial insomnia.

<sup>e</sup> Also includes hypersomnia and sedation.
<sup>f</sup> Also includes anorexia.


[e] Also includes hypersomnia and sedation.
[f] Also includes anorexia.

## 6.5    Adverse Reactions Occurring at an Incidence of 2% or More Among Duloxetine-Treated Patients in Placebo-Controlled Trials

Pooled MDD and GAD Trials — Table 3 gives the incidence of treatment-emergent adverse reactions in MDD and GAD placebo-controlled trials for approved indications that occurred in 2% or more of patients treated with duloxetine and with an incidence greater than placebo.

**Table 3: Treatment-Emergent Adverse Reactions: Incidence of 2% or More in MDD and GAD Placebo-Controlled Trials[a]**

| System Organ Class / Adverse Reaction | Percentage of Patients Reporting Reaction | |
| --- | --- | --- |
| | Cymbalta (N=2995) | Placebo (N=1955) |
| **Cardiac Disorders** | | |
| Palpitations | 2 | 2 |
| **Eye Disorders** | | |
| Vision blurred | 3 | 2 |
| **Gastrointestinal Disorders** | | |
| Nausea | 25 | 9 |
| Dry mouth | 15 | 6 |
| Diarrhea | 10 | 7 |
| Constipation[b] | 10 | 4 |
| Abdominal pain[c] | 4 | 4 |
| Vomiting | 5 | 2 |
| **General Disorders and Administration Site Conditions** | | |
| Fatigue[d] | 10 | 6 |
| **Investigations** | | |
| Weight decreased[b] | 2 | <1 |
| **Metabolism and Nutrition Disorders** | | |
| Decreased appetite[e] | 7 | 2 |
| **Nervous System Disorders** | | |
| Dizziness | 10 | 6 |
| Somnolence[f] | 10 | 4 |
| Tremor | 3 | <1 |
| **Psychiatric Disorders** | | |
| Insomnia[g] | 10 | 6 |
| Agitation[h] | 5 | 3 |
| Anxiety | 3 | 2 |
| Libido decreased[i] | 4 | 1 |
| Orgasm abnormal[b,j] | 3 | <1 |
| Abnormal dreams[k] | 2 | 1 |
| **Reproductive System and Breast Disorders** | | |
| Erectile dysfunction[l] | 4 | 1 |
| Ejaculation delayed[b,l] | 3 | <1 |
| Ejaculation disorder[l,m] | 2 | <1 |
| **Respiratory, Thoracic, and Mediastinal Disorders** | | |
| Yawning | 2 | <1 |
| **Skin and Subcutaneous Tissue Disorders** | | |
| Hyperhidrosis | 6 | 2 |
| **Vascular Disorders** | | |
| Hot flush | 2 | <1 |

[a] The inclusion of an event in the table is determined based on the percentages before rounding; however, the percentages displayed in the table are rounded to the nearest integer.

[b] Events for which there was a significant dose-dependent relationship in fixed-dose studies, excluding three MDD studies which did not have a placebo lead-in period or dose titration.

[c] Also includes abdominal pain upper, abdominal pain lower, abdominal tenderness, abdominal discomfort, and gastrointestinal pain

[d] Also includes asthenia

Reference ID: 3205434

Exhibit J
116

e  Also includes anorexia
f  Also includes hypersomnia and sedation
g  Also includes middle insomnia, early morning awakening and initial insomnia
h  Also includes feeling jittery, nervousness, restlessness, tension and psychomotor agitation
i  Also includes loss of libido
j  Also includes anorgasmia
k  Also includes nightmare
l  Male patients only
m Also includes ejaculation failure and ejaculation dysfunction

DPNP, FM, OA, and CLBP — Table 4 gives the incidence of treatment-emergent adverse events that occurred in 2% or more of patients treated with Cymbalta (determined prior to rounding) in the premarketing acute phase of DPNP, FM, OA, and CLBP placebo-controlled trials and with an incidence greater than placebo.

**Table 4: Treatment-Emergent Adverse Reactions: Incidence of 2% or More in DPNP, FM, OA, and CLBP Placebo-Controlled Trials[a]**

| System Organ Class / Adverse Reaction | Percentage of Patients Reporting Reaction | |
|---|---|---|
| | Cymbalta (N=2621) | Placebo (N=1672) |
| **Gastrointestinal Disorders** | | |
| Nausea | 23 | 7 |
| Dry Mouth[b] | 11 | 3 |
| Constipation[b] | 10 | 3 |
| Diarrhea | 9 | 6 |
| Abdominal Pain[c] | 6 | 5 |
| Vomiting | 3 | 2 |
| Dyspepsia[d] | 2 | 1 |
| **General Disorders and Administration Site Conditions** | | |
| Fatigue[e] | 11 | 5 |
| **Infections and Infestations** | | |
| Nasopharyngitis | 5 | 4 |
| Upper Respiratory Tract Infection | 4 | 4 |
| Influenza | 3 | 2 |
| **Metabolism and Nutrition Disorders** | | |
| Decreased Appetite[b,f] | 9 | 1 |
| **Musculoskeletal and Connective Tissue** | | |
| Musculoskeletal Pain[b,g] | 4 | 4 |
| Muscle Spasms | 3 | 2 |
| **Nervous System Disorders** | | |
| Headache | 13 | 9 |
| Somnolence[b,h] | 12 | 3 |
| Dizziness | 10 | 5 |
| Paraesthesia[i] | 2 | 2 |
| Tremor[b] | 2 | <1 |
| **Psychiatric Disorders** | | |
| Insomnia[b,j] | 10 | 6 |
| Agitation[k] | 3 | <1 |
| **Reproductive System and Breast Disorders** | | |
| Erectile Dysfunction[b,l] | 4 | <1 |
| Ejaculation Disorder[m] | 2 | <1 |
| **Respiratory, Thoracic, and Mediastinal Disorders** | | |
| Cough | 3 | 2 |
| Oropharyngeal Pain[b] | 2 | 2 |
| **Skin and Subcutaneous Tissue Disorders** | | |
| Hyperhidrosis | 6 | 1 |
| **Vascular Disorders** | | |
| Flushing[n] | 3 | 1 |

a  The inclusion of an event in the table is determined based on the percentages before rounding; however, the percentages displayed in the table are rounded to the nearest integer.

Reference ID: 3205434

[b] Incidence of 120 mg/day is significantly greater than the incidence for 60 mg/day.
[c] Also includes abdominal discomfort, abdominal pain lower, abdominal pain upper, abdominal tenderness and gastrointestinal pain
[d] Also includes stomach discomfort
[e] Also includes asthenia
[f] Also includes anorexia
[g] Also includes myalgia and neck pain
[h] Also includes hypersomnia and sedation
[i] Also includes hypoaesthesia, hypoaesthesia facial and paraesthesia oral
[j] Also includes middle insomnia, early morning awakening and initial insomnia
[k] Also includes feeling jittery, nervousness, restlessness, tension and psychomotor hyperactivity
[l] Male patients only (N=885 for duloxetine, 494 for placebo)
[m] Male patients only (N=885 for duloxetine, 494 for placebo). Also includes ejaculation failure
[n] Also includes hot flush

## 6.6    Effects on Male and Female Sexual Function

Changes in sexual desire, sexual performance and sexual satisfaction often occur as manifestations of psychiatric disorders or diabetes, but they may also be a consequence of pharmacologic treatment. Because adverse sexual reactions are presumed to be voluntarily underreported, the Arizona Sexual Experience Scale (ASEX), a validated measure designed to identify sexual side effects, was used prospectively in 4 MDD placebo-controlled trials. In these trials, as shown in Table 5 below, patients treated with Cymbalta experienced significantly more sexual dysfunction, as measured by the total score on the ASEX, than did patients treated with placebo. Gender analysis showed that this difference occurred only in males. Males treated with Cymbalta experienced more difficulty with ability to reach orgasm (ASEX Item 4) than males treated with placebo. Females did not experience more sexual dysfunction on Cymbalta than on placebo as measured by ASEX total score. Negative numbers signify an improvement from a baseline level of dysfunction, which is commonly seen in depressed patients. Physicians should routinely inquire about possible sexual side effects.

**Table 5: Mean Change in ASEX Scores by Gender in MDD Placebo-Controlled Trials**

|  | Male Patients[a] | | Female Patients[a] | |
|---|---|---|---|---|
|  | Cymbalta (n=175) | Placebo (n=83) | Cymbalta (n=241) | Placebo (n=126) |
| ASEX Total (Items 1-5) | 0.56[b] | -1.07 | -1.15 | -1.07 |
| Item 1 — Sex drive | -0.07 | -0.12 | -0.32 | -0.24 |
| Item 2 — Arousal | 0.01 | -0.26 | -0.21 | -0.18 |
| Item 3 — Ability to achieve erection (men); Lubrication (women) | 0.03 | -0.25 | -0.17 | -0.18 |
| Item 4 — Ease of reaching orgasm | 0.40[c] | -0.24 | -0.09 | -0.13 |
| Item 5 — Orgasm satisfaction | 0.09 | -0.13 | -0.11 | -0.17 |

[a] n=Number of patients with non-missing change score for ASEX total
[b] p=0.013 versus placebo
[c] p<0.001 versus placebo

## 6.7    Vital Sign Changes

In placebo-controlled clinical trials across approved indications, duloxetine treatment was associated with mean increases of 0.07 mm Hg in systolic blood pressure and 0.62 mm Hg in diastolic blood pressure compared to mean decreases of 1.31 mm Hg systolic and 0.73 mm Hg diastolic in placebo-treated patients. There was no significant difference in the frequency of sustained (3 consecutive visits) elevated blood pressure *[see Warnings and Precautions (5.3 and 5.10)]*.

Duloxetine treatment, for up to 26 weeks in placebo-controlled trials across approved indications, typically caused a small increase in heart rate for change from baseline to endpoint compared to placebo of up to 1.40 beats per minute.

## 6.8    Weight Changes

In placebo-controlled clinical trials, MDD and GAD patients treated with Cymbalta for up to 10 weeks experienced a mean weight loss of approximately 0.5 kg, compared with a mean weight gain of approximately 0.2 kg in placebo-treated patients. In studies of DPNP, FM, OA, and CLBP, patients treated with Cymbalta for up to 26 weeks experienced a mean weight loss of approximately 0.6 kg compared with a mean weight gain of approximately 0.2 kg in placebo-treated patients. In one long-term fibromyalgia 60-week uncontrolled study, duloxetine patients had a mean weight increase of 0.7 kg. In one long-term CLBP 54-week study (13-week, placebo-controlled acute phase and 41-week, uncontrolled

extension phase), duloxetine patients had a mean weight decrease of 0.6 kg in 13 weeks of acute phase compared to study entry, then a mean weight increase of 1.4 kg in 41 weeks of extension phase compared to end of acute phase.

**6.9     Laboratory Changes**
          Cymbalta treatment in placebo-controlled clinical trials across approved indications, was associated with small mean increases from baseline to endpoint in ALT, AST, CPK, and alkaline phosphatase; infrequent, modest, transient, abnormal values were observed for these analytes in Cymbalta-treated patients when compared with placebo-treated patients *[see Warnings and Precautions (5.2)]*.

**6.10    Electrocardiogram Changes**
          The effect of duloxetine 160 mg and 200 mg administered twice daily to steady state was evaluated in a randomized, double-blinded, two-way crossover study in 117 healthy female subjects. No QT interval prolongation was detected. Duloxetine appears to be associated with concentration-dependent but not clinically meaningful QT shortening.

**6.11    Other Adverse Reactions Observed During the Premarketing and Postmarketing Clinical Trial Evaluation of Duloxetine**
          Following is a list of treatment-emergent adverse reactions reported by patients treated with duloxetine in clinical trials. In clinical trials of all indications, 29,435 patients were treated with duloxetine. Of these, 30.4% (8953) took duloxetine for at least 6 months, and 14.7% (4317) for at least one year. The following listing is not intended to include reactions (1) already listed in previous tables or elsewhere in labeling, (2) for which a drug cause was remote, (3) which were so general as to be uninformative, (4) which were not considered to have significant clinical implications, or (5) which occurred at a rate equal to or less than placebo.
          Reactions are categorized by body system according to the following definitions: frequent adverse reactions are those occurring in at least 1/100 patients; infrequent adverse reactions are those occurring in 1/100 to 1/1000 patients; rare reactions are those occurring in fewer than 1/1000 patients.
          **Cardiac Disorders** — *Frequent:* palpitations; *Infrequent:* myocardial infarction and tachycardia.
          **Ear and Labyrinth Disorders** — *Frequent:* vertigo; *Infrequent:* ear pain and tinnitus.
          **Endocrine Disorders** — *Infrequent:* hypothyroidism.
          **Eye Disorders** — *Frequent:* vision blurred; *Infrequent:* diplopia, and visual disturbance.
          **Gastrointestinal Disorders** — *Frequent:* flatulence; *Infrequent:* eructation, gastritis, halitosis, and stomatitis; *Rare:* gastric ulcer, hematochezia, and melena.
          **General Disorders and Administration Site Conditions** — *Frequent:* chills/rigors; *Infrequent:* feeling abnormal, feeling hot and/or cold, malaise, and thirst; *Rare:* gait disturbance.
          **Infections and Infestations** — *Infrequent:* gastroenteritis and laryngitis.
          **Investigations** — *Frequent:* weight increased; *Infrequent:* blood cholesterol increased.
          **Metabolism and Nutrition Disorders** — *Infrequent:* dehydration and hyperlipidemia; *Rare:* dyslipidemia.
          **Musculoskeletal and Connective Tissue Disorders** — *Frequent:* musculoskeletal pain; *Infrequent:* muscle tightness and muscle twitching.
          **Nervous System Disorders** — *Frequent:* dysgeusia, lethargy, and parasthesia/hypoesthesia; *Infrequent:* disturbance in attention, dyskinesia, myoclonus, and poor quality sleep; *Rare:* dysarthria.
          **Psychiatric Disorders** — *Frequent:* abnormal dreams and sleep disorder; *Infrequent:* apathy, bruxism, disorientation/confusional state, irritability, mood swings, and suicide attempt; *Rare:* completed suicide.
          **Renal and Urinary Disorders** — *Infrequent:* dysuria, micturition urgency, nocturia, polyuria, and urine odor abnormal.
          **Reproductive System and Breast Disorders** — *Frequent:* anorgasmia/orgasm abnormal; *Infrequent:* menopausal symptoms, and sexual dysfunction.
          **Respiratory, Thoracic and Mediastinal Disorders** — *Frequent:* yawning; *Infrequent:* throat tightness.
          **Skin and Subcutaneous Tissue Disorders** — *Infrequent:* cold sweat, dermatitis contact, erythema, increased tendency to bruise, night sweats, and photosensitivity reaction; *Rare:* ecchymosis.
          **Vascular Disorders** — *Frequent:* hot flush; *Infrequent:* flushing, orthostatic hypotension, and peripheral coldness.

**6.12    Postmarketing Spontaneous Reports**
          The following adverse reactions have been identified during postapproval use of Cymbalta. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.
          Adverse reactions reported since market introduction that were temporally related to duloxetine therapy and not mentioned elsewhere in labeling include: anaphylactic reaction, aggression and anger (particularly early in treatment or after treatment discontinuation), angioneurotic edema, extrapyramidal disorder, galactorrhea, glaucoma, gynecological bleeding, hallucinations, hyperglycemia, hyperprolactinemia, hypersensitivity, hypertensive crisis, muscle spasm, rash, restless legs syndrome, seizures upon treatment discontinuation, supraventricular arrhythmia, tinnitus (upon treatment discontinuation), trismus, and urticaria.

**7     DRUG INTERACTIONS**
        Both CYP1A2 and CYP2D6 are responsible for duloxetine metabolism.

### 7.1 Inhibitors of CYP1A2

When duloxetine 60 mg was co-administered with fluvoxamine 100 mg, a potent CYP1A2 inhibitor, to male subjects (n=14) duloxetine AUC was increased approximately 6-fold, the $C_{max}$ was increased about 2.5-fold, and duloxetine $t_{1/2}$ was increased approximately 3-fold. Other drugs that inhibit CYP1A2 metabolism include cimetidine and quinolone antimicrobials such as ciprofloxacin and enoxacin [see Warnings and Precautions (5.11)].

### 7.2 Inhibitors of CYP2D6

Concomitant use of duloxetine (40 mg once daily) with paroxetine (20 mg once daily) increased the concentration of duloxetine AUC by about 60%, and greater degrees of inhibition are expected with higher doses of paroxetine. Similar effects would be expected with other potent CYP2D6 inhibitors (e.g., fluoxetine, quinidine) [see Warnings and Precautions (5.11)].

### 7.3 Dual Inhibition of CYP1A2 and CYP2D6

Concomitant administration of duloxetine 40 mg twice daily with fluvoxamine 100 mg, a potent CYP1A2 inhibitor, to CYP2D6 poor metabolizer subjects (n=14) resulted in a 6-fold increase in duloxetine AUC and $C_{max}$.

### 7.4 Drugs that Interfere with Hemostasis (e.g., NSAIDs, Aspirin, and Warfarin)

Serotonin release by platelets plays an important role in hemostasis. Epidemiological studies of the case-control and cohort design that have demonstrated an association between use of psychotropic drugs that interfere with serotonin reuptake and the occurrence of upper gastrointestinal bleeding have also shown that concurrent use of an NSAID or aspirin may potentiate this risk of bleeding. Altered anticoagulant effects, including increased bleeding, have been reported when SSRIs or SNRIs are co-administered with warfarin. Concomitant administration of warfarin (2-9 mg once daily) under steady state conditions with duloxetine 60 or 120 mg once daily for up to 14 days in healthy subjects (n=15) did not significantly change INR from baseline (mean INR changes ranged from 0.05 to +0.07). The total warfarin (protein bound plus free drug) pharmacokinetics ($AUC_{\tau,ss}$, $C_{max,ss}$ or $t_{max,ss}$) for both R- and S-warfarin were not altered by duloxetine. Because of the potential effect of duloxetine on platelets, patients receiving warfarin therapy should be carefully monitored when duloxetine is initiated or discontinued [see Warnings and Precautions (5.5)].

### 7.5 Lorazepam

Under steady-state conditions for duloxetine (60 mg Q 12 hours) and lorazepam (2 mg Q 12 hours), the pharmacokinetics of duloxetine were not affected by co-administration.

### 7.6 Temazepam

Under steady-state conditions for duloxetine (20 mg qhs) and temazepam (30 mg qhs), the pharmacokinetics of duloxetine were not affected by co-administration.

### 7.7 Drugs that Affect Gastric Acidity

Cymbalta has an enteric coating that resists dissolution until reaching a segment of the gastrointestinal tract where the pH exceeds 5.5. In extremely acidic conditions, Cymbalta, unprotected by the enteric coating, may undergo hydrolysis to form naphthol. Caution is advised in using Cymbalta in patients with conditions that may slow gastric emptying (e.g., some diabetics). Drugs that raise the gastrointestinal pH may lead to an earlier release of duloxetine. However, co-administration of Cymbalta with aluminum- and magnesium-containing antacids (51 mEq) or Cymbalta with famotidine, had no significant effect on the rate or extent of duloxetine absorption after administration of a 40 mg oral dose. It is unknown whether the concomitant administration of proton pump inhibitors affects duloxetine absorption [see Warnings and Precautions (5.13)].

### 7.8 Drugs Metabolized by CYP1A2

In vitro drug interaction studies demonstrate that duloxetine does not induce CYP1A2 activity. Therefore, an increase in the metabolism of CYP1A2 substrates (e.g., theophylline, caffeine) resulting from induction is not anticipated, although clinical studies of induction have not been performed. Duloxetine is an inhibitor of the CYP1A2 isoform in in vitro studies, and in two clinical studies the average (90% confidence interval) increase in theophylline AUC was 7% (1%-15%) and 20% (13%-27%) when co-administered with duloxetine (60 mg twice daily).

### 7.9 Drugs Metabolized by CYP2D6

Duloxetine is a moderate inhibitor of CYP2D6. When duloxetine was administered (at a dose of 60 mg twice daily) in conjunction with a single 50 mg dose of desipramine, a CYP2D6 substrate, the AUC of desipramine increased 3-fold [see Warnings and Precautions (5.11)].

### 7.10 Drugs Metabolized by CYP2C9

Results of in vitro studies demonstrate that duloxetine does not inhibit activity. In a clinical study, the pharmacokinetics of S-warfarin, a CYP2C9 substrate, were not significantly affected by duloxetine [see Drug Interactions (7.4)].

### 7.11 Drugs Metabolized by CYP3A

Results of in vitro studies demonstrate that duloxetine does not inhibit or induce CYP3A activity. Therefore, an increase or decrease in the metabolism of CYP3A substrates (e.g., oral contraceptives and other steroidal agents) resulting from induction or inhibition is not anticipated, although clinical studies have not been performed.

### 7.12 Drugs Metabolized by CYP2C19

Results of *in vitro* studies demonstrate that duloxetine does not inhibit CYP2C19 activity at therapeutic concentrations. Inhibition of the metabolism of CYP2C19 substrates is therefore not anticipated, although clinical studies have not been performed.

### 7.13    Monoamine Oxidase Inhibitors (MAOIs)
*[See Dosage and Administration (2.5, 2.6), Contraindications (4.1), and Warnings and Precautions (5.4)].*

### 7.14    Serotonergic Drugs
*[See Dosage and Administration (2.5, 2.6), Contraindications (4.1), and Warnings and Precautions (5.4)].*

### 7.15    Alcohol
When Cymbalta and ethanol were administered several hours apart so that peak concentrations of each would coincide, Cymbalta did not increase the impairment of mental and motor skills caused by alcohol.

In the Cymbalta clinical trials database, three Cymbalta-treated patients had liver injury as manifested by ALT and total bilirubin elevations, with evidence of obstruction. Substantial intercurrent ethanol use was present in each of these cases, and this may have contributed to the abnormalities seen *[see Warnings and Precautions (5.2 and 5.11)].*

### 7.16    CNS Drugs
*[See Warnings and Precautions (5.11)].*

### 7.17    Drugs Highly Bound to Plasma Protein
Because duloxetine is highly bound to plasma protein, administration of Cymbalta to a patient taking another drug that is highly protein bound may cause increased free concentrations of the other drug, potentially resulting in adverse reactions. However, co-administration of duloxetine (60 or 120 mg) with warfarin (2-9 mg), a highly protein-bound drug, did not result in significant changes in INR and in the pharmacokinetics of either total S-or total R-warfarin (protein bound plus free drug) *[see Drug Interactions (7.4)].*

## 8      USE IN SPECIFIC POPULATIONS

### 8.1    Pregnancy
Teratogenic Effects, Pregnancy Category C — In animal reproduction studies, duloxetine has been shown to have adverse effects on embryo/fetal and postnatal development.

When duloxetine was administered orally to pregnant rats and rabbits during the period of organogenesis, there was no evidence of teratogenicity at doses up to 45 mg/kg/day (7 times the maximum recommended human dose [MRHD, 60 mg/day] and 4 times the human dose of 120 mg/day on a mg/m$^2$ basis, in rat; 15 times the MRHD and 7 times the human dose of 120 mg/day on a mg/m$^2$ basis in rabbit). However, fetal weights were decreased at this dose, with a no-effect dose of 10 mg/kg/day (2 times the MRHD and ≈1 times the human dose of 120 mg/day on a mg/m$^2$ basis in rat; 3 times the MRHD and 2 times the human dose of 120 mg/day on a mg/m$^2$ basis in rabbits).

When duloxetine was administered orally to pregnant rats throughout gestation and lactation, the survival of pups to 1 day postpartum and pup body weights at birth and during the lactation period were decreased at a dose of 30 mg/kg/day (5 times the MRHD and 2 times the human dose of 120 mg/day on a mg/m$^2$ basis); the no-effect dose was 10 mg/kg/day. Furthermore, behaviors consistent with increased reactivity, such as increased startle response to noise and decreased habituation of locomotor activity, were observed in pups following maternal exposure to 30 mg/kg/day. Post-weaning growth and reproductive performance of the progeny were not affected adversely by maternal duloxetine treatment.

There are no adequate and well-controlled studies in pregnant women; therefore, duloxetine should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

Nonteratogenic Effects — Neonates exposed to SSRIs or serotonin and norepinephrine reuptake inhibitors (SNRIs), late in the third trimester have developed complications requiring prolonged hospitalization, respiratory support, and tube feeding. Such complications can arise immediately upon delivery. Reported clinical findings have included respiratory distress, cyanosis, apnea, seizures, temperature instability, feeding difficulty, vomiting, hypoglycemia, hypotonia, hypertonia, hyperreflexia, tremor, jitteriness, irritability, and constant crying. These features are consistent with either a direct toxic effect of SSRIs and SNRIs or, possibly, a drug discontinuation syndrome. It should be noted that, in some cases, the clinical picture is consistent with serotonin syndrome *[see Warnings and Precautions (5.4)].*

When treating pregnant women with Cymbalta during the third trimester, the physician should carefully consider the potential risks and benefits of treatment. The physician may consider tapering Cymbalta in the third trimester *[see Dosage and Administration (2.3)].*

Lilly maintains a pregnancy registry to monitor the pregnancy outcomes of women exposed to Cymbalta while pregnant. Healthcare providers are encouraged to register any patient who is exposed to Cymbalta during pregnancy by calling the Cymbalta Pregnancy Registry at 1-866-814-6975 or by visiting www.cymbaltapregnancyregistry.com

### 8.2    Labor and Delivery
The effect of duloxetine on labor and delivery in humans is unknown. Duloxetine should be used during labor and delivery only if the potential benefit justifies the potential risk to the fetus.

### 8.3    Nursing Mothers

Exhibit J
121

Duloxetine is excreted into the milk of lactating women. The estimated daily infant dose on a mg/kg basis is approximately 0.14% of the maternal dose. Because the safety of duloxetine in infants is not known, nursing while on Cymbalta is not recommended. However, if the physician determines that the benefit of duloxetine therapy for the mother outweighs any potential risk to the infant, no dosage adjustment is required as lactation did not influence duloxetine pharmacokinetics.

The disposition of duloxetine was studied in 6 lactating women who were at least 12 weeks postpartum. Duloxetine 40 mg twice daily was given for 3.5 days. Like many other drugs, duloxetine is detected in breast milk, and steady state concentrations in breast milk are about one-fourth those in plasma. The amount of duloxetine in breast milk is approximately 7 µg/day while on 40 mg BID dosing. The excretion of duloxetine metabolites into breast milk was not examined. Because the safety of duloxetine in infants is not known, nursing while on Cymbalta is not recommended *[see Dosage and Administration (2.3)]*.

### 8.4   Pediatric Use

Efficacy was not demonstrated in two 10-week, placebo-controlled trials with 800 pediatric patients with MDD, age 7-17. Neither Cymbalta nor the active control (indicated for treatment of pediatric depression) statistically separated from placebo. Duloxetine steady state plasma concentration was comparable in children (7 - 12 years), adolescents (13 - 17 years) and adults. Cymbalta has not been studied in patients under the age of 7. Thus, safety and effectiveness in the pediatric population has not been established *[see Boxed Warning and Warnings and Precautions (5.1)]*.

Decreased appetite and weight loss have been observed in association with the use of SSRIs and SNRIs. Pediatric patients treated with Cymbalta in MDD clinical trials experienced a 0.2 kg mean decrease in weight at 10-weeks, compared with a mean weight gain of approximately 0.6 kg in placebo-treated patients. The proportion of patients who experienced a clinically significant decrease in weight ($\geq$3.5%) was greater in the Cymbalta group than in the placebo group (11% and 6%, respectively). Subsequently, over the six-month uncontrolled extension period, most Cymbalta-treated patients trended toward recovery to their expected baseline weight percentile based on population data from age- and gender-matched peers. Perform regular monitoring of weight and growth in children and adolescents treated with an SNRI such as Cymbalta.

In the 2 pediatric MDD studies, the safety findings were consistent with the known safety and tolerability profile for Cymbalta.

Duloxetine administration to young rats from post-natal day 21 (weaning) through post-natal day 90 (adult) resulted in decreased body weights that persisted into adulthood, but recovered when drug treatment was discontinued; slightly delayed (~1.5 days) sexual maturation in females, without any effect on fertility; and a delay in learning a complex task in adulthood, which was not observed after drug treatment was discontinued. These effects were observed at the high dose of 45 mg/kg/day; the no-effect-level was 20 mg/kg/day.

### 8.5   Geriatric Use

Of the 2,418 patients in premarketing clinical studies of Cymbalta for MDD, 5.9% (143) were 65 years of age or over. Of the 1041 patients in CLBP premarketing studies, 21.2% (221) were 65 years of age or over. Of the 487 patients in OA premarketing studies, 40.5% (197) were 65 years of age or over. Of the 1,074 patients in the DPNP premarketing studies, 33% (357) were 65 years of age or over. Of the 1,761 patients in FM premarketing studies, 7.9% (140) were 65 years of age or over. Premarketing clinical studies of GAD did not include sufficient numbers of subjects age 65 or over to determine whether they respond differently from younger subjects. In the MDD, DPNP, FM, OA, and CLBP studies, no overall differences in safety or effectiveness were observed between these subjects and younger subjects, and other reported clinical experience has not identified differences in responses between the elderly and younger patients, but greater sensitivity of some older individuals cannot be ruled out. SSRIs and SNRIs, including Cymbalta have been associated with cases of clinically significant hyponatremia in elderly patients, who may be at greater risk for this adverse event *[see Warnings and Precautions (5.12)]*.

The pharmacokinetics of duloxetine after a single dose of 40 mg were compared in healthy elderly females (65 to 77 years) and healthy middle-age females (32 to 50 years). There was no difference in the $C_{max}$, but the AUC of duloxetine was somewhat (about 25%) higher and the half-life about 4 hours longer in the elderly females. Population pharmacokinetic analyses suggest that the typical values for clearance decrease by approximately 1% for each year of age between 25 to 75 years of age; but age as a predictive factor only accounts for a small percentage of between-patient variability. Dosage adjustment based on the age of the patient is not necessary *[see Dosage and Administration (2.3)]*.

### 8.6   Gender

Duloxetine's half-life is similar in men and women. Dosage adjustment based on gender is not necessary.

### 8.7   Smoking Status

Duloxetine bioavailability (AUC) appears to be reduced by about one-third in smokers. Dosage modifications are not recommended for smokers.

### 8.8   Race

No specific pharmacokinetic study was conducted to investigate the effects of race.

### 8.9   Hepatic Insufficiency

Patients with clinically evident hepatic insufficiency have decreased duloxetine metabolism and elimination. After a single 20 mg dose of Cymbalta, 6 cirrhotic patients with moderate liver impairment (Child-Pugh Class B) had a mean

plasma duloxetine clearance about 15% that of age- and gender-matched healthy subjects, with a 5-fold increase in mean exposure (AUC). Although $C_{max}$ was similar to normals in the cirrhotic patients, the half-life was about 3 times longer *[see Dosage and Administration (2.3) and Warnings and Precautions (5.13)].*

### 8.10   Severe Renal Impairment

Limited data are available on the effects of duloxetine in patients with end-stage renal disease (ESRD). After a single 60 mg dose of duloxetine, $C_{max}$ and AUC values were approximately 100% greater in patients with end-stage renal disease receiving chronic intermittent hemodialysis than in subjects with normal renal function. The elimination half-life, however, was similar in both groups. The AUCs of the major circulating metabolites, 4-hydroxy duloxetine glucuronide and 5-hydroxy, 6-methoxy duloxetine sulfate, largely excreted in urine, were approximately 7- to 9-fold higher and would be expected to increase further with multiple dosing. Population PK analyses suggest that mild to moderate degrees of renal dysfunction (estimated CrCl 30-80 mL/min) have no significant effect on duloxetine apparent clearance *[see Dosage and Administration (2.3) and Warnings and Precautions (5.13)].*

## 9   DRUG ABUSE AND DEPENDENCE

### 9.2   Abuse

In animal studies, duloxetine did not demonstrate barbiturate-like (depressant) abuse potential.

While Cymbalta has not been systematically studied in humans for its potential for abuse, there was no indication of drug-seeking behavior in the clinical trials. However, it is not possible to predict on the basis of premarketing experience the extent to which a CNS active drug will be misused, diverted, and/or abused once marketed. Consequently, physicians should carefully evaluate patients for a history of drug abuse and follow such patients closely, observing them for signs of misuse or abuse of Cymbalta (e.g., development of tolerance, incrementation of dose, drug-seeking behavior).

### 9.3   Dependence

In drug dependence studies, duloxetine did not demonstrate dependence-producing potential in rats.

## 10   OVERDOSAGE

### 10.1   Signs and Symptoms

In postmarketing experience, fatal outcomes have been reported for acute overdoses, primarily with mixed overdoses, but also with duloxetine only, at doses as low as 1000 mg. Signs and symptoms of overdose (duloxetine alone or with mixed drugs) included somnolence, coma, serotonin syndrome, seizures, syncope, tachycardia, hypotension, hypertension, and vomiting.

### 10.2   Management of Overdose

There is no specific antidote to Cymbalta, but if serotonin syndrome ensues, specific treatment (such as with cyproheptadine and/or temperature control) may be considered. In case of acute overdose, treatment should consist of those general measures employed in the management of overdose with any drug.

An adequate airway, oxygenation, and ventilation should be assured, and cardiac rhythm and vital signs should be monitored. Induction of emesis is not recommended. Gastric lavage with a large-bore orogastric tube with appropriate airway protection, if needed, may be indicated if performed soon after ingestion or in symptomatic patients.

Activated charcoal may be useful in limiting absorption of duloxetine from the gastrointestinal tract. Administration of activated charcoal has been shown to decrease AUC and $C_{max}$ by an average of one-third, although some subjects had a limited effect of activated charcoal. Due to the large volume of distribution of this drug, forced diuresis, dialysis, hemoperfusion, and exchange transfusion are unlikely to be beneficial.

In managing overdose, the possibility of multiple drug involvement should be considered. A specific caution involves patients who are taking or have recently taken Cymbalta and might ingest excessive quantities of a TCA. In such a case, decreased clearance of the parent tricyclic and/or its active metabolite may increase the possibility of clinically significant sequelae and extend the time needed for close medical observation *[see Warnings and Precautions (5.4) and Drug Interactions (7)].* The physician should consider contacting a poison control center for additional information on the treatment of any overdose. Telephone numbers for certified poison control centers are listed in the *Physicians' Desk Reference* (PDR).

## 11   DESCRIPTION

Cymbalta® (duloxetine hydrochloride) is a selective serotonin and norepinephrine reuptake inhibitor (SSNRI) for oral administration. Its chemical designation is (+)-(S)-N-methyl-γ-(1-naphthyloxy)-2-thiophenepropylamine hydrochloride. The empirical formula is $C_{18}H_{19}NOS \cdot HCl$, which corresponds to a molecular weight of 333.88. The structural formula is:

Duloxetine hydrochloride is a white to slightly brownish white solid, which is slightly soluble in water.

Each capsule contains enteric-coated pellets of 22.4, 33.7, or 67.3 mg of duloxetine hydrochloride equivalent to 20, 30, or 60 mg of duloxetine, respectively. These enteric-coated pellets are designed to prevent degradation of the drug in the acidic environment of the stomach. Inactive ingredients include FD&C Blue No. 2, gelatin, hypromellose, hydroxypropyl methylcellulose acetate succinate, sodium lauryl sulfate, sucrose, sugar spheres, talc, titanium dioxide, and triethyl citrate. The 20 and 60 mg capsules also contain iron oxide yellow.

## 12   CLINICAL PHARMACOLOGY

### 12.1   Mechanism of Action

Although the exact mechanisms of the antidepressant, central pain inhibitory and anxiolytic actions of duloxetine in humans are unknown, these actions are believed to be related to its potentiation of serotonergic and noradrenergic activity in the CNS.

### 12.2   Pharmacodynamics

Preclinical studies have shown that duloxetine is a potent inhibitor of neuronal serotonin and norepinephrine reuptake and a less potent inhibitor of dopamine reuptake. Duloxetine has no significant affinity for dopaminergic, adrenergic, cholinergic, histaminergic, opioid, glutamate, and GABA receptors *in vitro*. Duloxetine does not inhibit monoamine oxidase (MAO).

Cymbalta is in a class of drugs known to affect urethral resistance. If symptoms of urinary hesitation develop during treatment with Cymbalta, consideration should be given to the possibility that they might be drug-related.

### 12.3   Pharmacokinetics

Duloxetine has an elimination half-life of about 12 hours (range 8 to 17 hours) and its pharmacokinetics are dose proportional over the therapeutic range. Steady-state plasma concentrations are typically achieved after 3 days of dosing. Elimination of duloxetine is mainly through hepatic metabolism involving two P450 isozymes, CYP1A2 and CYP2D6.

Absorption and Distribution — Orally administered duloxetine hydrochloride is well absorbed. There is a median 2 hour lag until absorption begins ($T_{lag}$), with maximal plasma concentrations ($C_{max}$) of duloxetine occurring 6 hours post dose. Food does not affect the $C_{max}$ of duloxetine, but delays the time to reach peak concentration from 6 to 10 hours and it marginally decreases the extent of absorption (AUC) by about 10%. There is a 3 hour delay in absorption and a one-third increase in apparent clearance of duloxetine after an evening dose as compared to a morning dose.

The apparent volume of distribution averages about 1640 L. Duloxetine is highly bound (>90%) to proteins in human plasma, binding primarily to albumin and $\alpha_1$-acid glycoprotein. The interaction between duloxetine and other highly protein bound drugs has not been fully evaluated. Plasma protein binding of duloxetine is not affected by renal or hepatic impairment.

Metabolism and Elimination — Biotransformation and disposition of duloxetine in humans have been determined following oral administration of [14]C-labeled duloxetine. Duloxetine comprises about 3% of the total radiolabeled material in the plasma, indicating that it undergoes extensive metabolism to numerous metabolites. The major biotransformation pathways for duloxetine involve oxidation of the naphthyl ring followed by conjugation and further oxidation. Both CYP1A2 and CYP2D6 catalyze the oxidation of the naphthyl ring *in vitro*. Metabolites found in plasma include 4-hydroxy duloxetine glucuronide and 5-hydroxy, 6-methoxy duloxetine sulfate. Many additional metabolites have been identified in urine, some representing only minor pathways of elimination. Only trace (<1% of the dose) amounts of unchanged duloxetine are present in the urine. Most (about 70%) of the duloxetine dose appears in the urine as metabolites of duloxetine; about 20% is excreted in the feces. Duloxetine undergoes extensive metabolism, but the major circulating metabolites have not been shown to contribute significantly to the pharmacologic activity of duloxetine.

## 13   NONCLINICAL TOXICOLOGY

### 13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility

Carcinogenesis — Duloxetine was administered in the diet to mice and rats for 2 years.

In female mice receiving duloxetine at 140 mg/kg/day (11 times the maximum recommended human dose [MRHD, 60 mg/day] and 6 times the human dose of 120 mg/day on a mg/m$^2$ basis), there was an increased incidence of hepatocellular adenomas and carcinomas. The no-effect dose was 50 mg/kg/day (4 times the MRHD and 2 times the human dose of 120 mg/day on a mg/m$^2$ basis). Tumor incidence was not increased in male mice receiving duloxetine at doses up to 100 mg/kg/day (8 times the MRHD and 4 times the human dose of 120 mg/day on a mg/m$^2$ basis).

**Exhibit J**
**124**

In rats, dietary doses of duloxetine up to 27 mg/kg/day in females (4 times the MRHD and 2 times the human dose of 120 mg/day on a mg/m$^2$ basis) and up to 36 mg/kg/day in males (6 times the MRHD and 3 times the human dose of 120 mg/day on a mg/m$^2$ basis) did not increase the incidence of tumors.

<u>Mutagenesis</u> — Duloxetine was not mutagenic in the *in vitro* bacterial reverse mutation assay (Ames test) and was not clastogenic in an *in vivo* chromosomal aberration test in mouse bone marrow cells. Additionally, duloxetine was not genotoxic in an *in vitro* mammalian forward gene mutation assay in mouse lymphoma cells or in an *in vitro* unscheduled DNA synthesis (UDS) assay in primary rat hepatocytes, and did not induce sister chromatid exchange in Chinese hamster bone marrow *in vivo*.

<u>Impairment of Fertility</u> — Duloxetine administered orally to either male or female rats prior to and throughout mating at doses up to 45 mg/kg/day (7 times the maximum recommended human dose of 60 mg/day and 4 times the human dose of 120 mg/day on a mg/m$^2$ basis) did not alter mating or fertility.

# 14    CLINICAL STUDIES

## 14.1    Major Depressive Disorder

The efficacy of Cymbalta as a treatment for depression was established in 4 randomized, double-blind, placebo-controlled, fixed-dose studies in adult outpatients (18 to 83 years) meeting DSM-IV criteria for major depression. In 2 studies, patients were randomized to Cymbalta 60 mg once daily (N=123 and N=128, respectively) or placebo (N=122 and N=139, respectively) for 9 weeks; in the third study, patients were randomized to Cymbalta 20 or 40 mg twice daily (N=86 and N=91, respectively) or placebo (N=89) for 8 weeks; in the fourth study, patients were randomized to Cymbalta 40 or 60 mg twice daily (N=95 and N=93, respectively) or placebo (N=93) for 8 weeks. There is no evidence that doses greater than 60 mg/day confer additional benefits.

In all 4 studies, Cymbalta demonstrated superiority over placebo as measured by improvement in the 17-item Hamilton Depression Rating Scale (HAMD-17) total score.

In all of these clinical studies, analyses of the relationship between treatment outcome and age, gender, and race did not suggest any differential responsiveness on the basis of these patient characteristics.

In another study, 533 patients meeting DSM-IV criteria for MDD received Cymbalta 60 mg once daily during an initial 12-week open-label treatment phase. Two hundred and seventy-eight patients who responded to open label treatment (defined as meeting the following criteria at weeks 10 and 12: a HAMD-17 total score ≤9, Clinical Global Impressions of Severity (CGI-S) ≤2, and not meeting the DSM-IV criteria for MDD) were randomly assigned to continuation of Cymbalta at the same dose (N=136) or to placebo (N=142) for 6 months. Patients on Cymbalta experienced a statistically significantly longer time to relapse of depression than did patients on placebo. Relapse was defined as an increase in the CGI-S score of ≥2 points compared with that obtained at week 12, as well as meeting the DSM-IV criteria for MDD at 2 consecutive visits at least 2 weeks apart, where the 2-week temporal criterion had to be satisfied at only the second visit. The effectiveness of Cymbalta in hospitalized patients with major depressive disorder has not been studied.

## 14.2    Generalized Anxiety Disorder

The efficacy of Cymbalta in the treatment of generalized anxiety disorder (GAD) was established in 1 fixed-dose randomized, double-blind, placebo-controlled trial and 2 flexible-dose randomized, double-blind, placebo-controlled trials in adult outpatients between 18 and 83 years of age meeting the DSM-IV criteria for GAD.

In 1 flexible-dose study and in the fixed-dose study, the starting dose was 60 mg once daily where down titration to 30 mg once daily was allowed for tolerability reasons before increasing it to 60 mg once daily. Fifteen percent of patients were down titrated. One flexible-dose study had a starting dose of 30 mg once daily for 1 week before increasing it to 60 mg once daily.

The 2 flexible-dose studies involved dose titration with Cymbalta doses ranging from 60 mg once daily to 120 mg once daily (N=168 and N=162) compared to placebo (N=159 and N=161) over a 10-week treatment period. The mean dose for completers at endpoint in the flexible-dose studies was 104.75 mg/day. The fixed-dose study evaluated Cymbalta doses of 60 mg once daily (N=168) and 120 mg once daily (N=170) compared to placebo (N=175) over a 9-week treatment period. While a 120 mg/day dose was shown to be effective, there is no evidence that doses greater than 60 mg/day confer additional benefit.

In all 3 studies, Cymbalta demonstrated superiority over placebo as measured by greater improvement in the Hamilton Anxiety Scale (HAM-A) total score and by the Sheehan Disability Scale (SDS) global functional impairment score. The SDS is a widely used and well-validated scale that measures the extent emotional symptoms disrupt patient functioning in 3 life domains: work/school, social life/leisure activities, and family life/home responsibilities.

In another study, 887 patients meeting DSM-IV-TR criteria for GAD received Cymbalta 60 mg to 120 mg once daily during an initial 26-week open-label treatment phase. Four hundred and twenty-nine patients who responded to open-label treatment (defined as meeting the following criteria at weeks 24 and 26: a decrease from baseline HAM-A total score by at least 50% to a score no higher than 11, and a Clinical Global Impressions of Improvement [CGI-Improvement] score of 1 or 2) were randomly assigned to continuation of Cymbalta at the same dose (N=216) or to placebo (N=213) and were observed for relapse. Of the patients randomized, 73% had been in a responder status for at least 10 weeks. Relapse was defined as an increase in CGI-Severity score at least 2 points to a score ≥4 and a MINI (Mini-International

Neuropsychiatric Interview) diagnosis of GAD (excluding duration), or discontinuation due to lack of efficacy. Patients taking Cymbalta experienced a statistically significantly longer time to relapse of GAD than did patients taking placebo.

Subgroup analyses did not indicate that there were any differences in treatment outcomes as a function of age or gender.

### 14.3   Diabetic Peripheral Neuropathic Pain

The efficacy of Cymbalta for the management of neuropathic pain associated with diabetic peripheral neuropathy was established in 2 randomized, 12-week, double-blind, placebo-controlled, fixed-dose studies in adult patients having diabetic peripheral neuropathic pain for at least 6 months. Study DPNP-1 and Study DPNP-2 enrolled a total of 791 patients of whom 592 (75%) completed the studies. Patients enrolled had Type I or II diabetes mellitus with a diagnosis of painful distal symmetrical sensorimotor polyneuropathy for at least 6 months. The patients had a baseline pain score of ≥4 on an 11-point scale ranging from 0 (no pain) to 10 (worst possible pain). Patients were permitted up to 4 g of acetaminophen per day as needed for pain, in addition to Cymbalta. Patients recorded their pain daily in a diary.

Both studies compared Cymbalta 60 mg once daily or 60 mg twice daily with placebo. DPNP-1 additionally compared Cymbalta 20 mg with placebo. A total of 457 patients (342 Cymbalta, 115 placebo) were enrolled in DPNP-1 and a total of 334 patients (226 Cymbalta, 108 placebo) were enrolled in DPNP-2. Treatment with Cymbalta 60 mg one or two times a day statistically significantly improved the endpoint mean pain scores from baseline and increased the proportion of patients with at least a 50% reduction in pain scores from baseline. For various degrees of improvement in pain from baseline to study endpoint, Figures 1 and 2 show the fraction of patients achieving that degree of improvement. The figures are cumulative, so that patients whose change from baseline is, for example, 50%, are also included at every level of improvement below 50%. Patients who did not complete the study were assigned 0% improvement. Some patients experienced a decrease in pain as early as week 1, which persisted throughout the study.



**Figure 1: Percentage of Patients Achieving Various Levels of Pain Relief as Measured by 24-Hour Average Pain Severity - DPNP-1**



**Figure 2: Percentage of Patients Achieving Various Levels of Pain Relief as Measured by 24-Hour Average Pain Severity - DPNP-2**

### 14.4    Fibromyalgia

The efficacy of Cymbalta for the management of fibromyalgia was established in two randomized, double-blind, placebo-controlled, fixed-dose studies in adult patients meeting the American College of Rheumatology criteria for fibromyalgia (a history of widespread pain for 3 months, and pain present at 11 or more of the 18 specific tender point sites). Study FM-1 was three months in duration and enrolled female patients only. Study FM-2 was six months in duration and enrolled male and female patients. Approximately 25% of participants had a comorbid diagnosis of major depressive disorder (MDD). FM-1 and FM-2 enrolled a total of 874 patients of whom 541 (62%) completed the studies. The patients had a baseline pain score of 6.5 on an 11-point scale ranging from 0 (no pain) to 10 (worse possible pain).

Both studies compared Cymbalta 60 mg once daily or 120 mg daily (given in divided doses in FM-1 and as a single daily dose in FM-2) with placebo. FM-2 additionally compared Cymbalta 20 mg with placebo during the initial three months of a six-month study. A total of 354 patients (234 Cymbalta, 120 placebo) were enrolled in FM-1 and a total of 520 patients (376 Cymbalta, 144 placebo) were enrolled in FM-2 (5% male, 95% female). Treatment with Cymbalta 60 mg or 120 mg daily statistically significantly improved the endpoint mean pain scores from baseline and increase the proportion of patients with at least a 50% reduction in pain score from baseline. Pain reduction was observed in patients both with and without comorbid MDD. However, the degree of pain reduction may be greater in patients with comorbid MDD. For various degrees of improvement in pain from baseline to study endpoint, Figures 3 and 4 show the fraction of patients achieving that degree of improvement. The figures are cumulative so that patients whose change from baseline is, for example, 50%, are also included at every level of improvement below 50%. Patients who did not complete the study were assigned 0% improvement. Some patients experienced a decrease in pain as early as week 1, which persisted throughout the study. Improvement was also demonstrated on measures of function (Fibromyalgia Impact Questionnaires) and patient global impression of change (PGI). Neither study demonstrated a benefit of 120 mg compared to 60 mg, and a higher dose was associated with more adverse reactions and premature discontinuations of treatment.



**Figure 3: Percentage of Patients Achieving Various Levels of Pain Relief as Measured by 24-Hour Average Pain Severity - FM-1**



**Figure 4: Percentage of Patients Achieving Various Levels of Pain Relief as Measured by 24-Hour Average Pain Severity - FM-2**

Additionally, the benefit of up-titration in non-responders to Cymbalta at 60 mg/day was evaluated in a separate study. Patients were initially treated with Cymbalta 60 mg once daily for eight weeks in open-label fashion. Subsequently, completers of this phase were randomized to double-blind treatment with Cymbalta at either 60 mg once daily or 120 mg once daily. Those patients who were considered non-responders, where response was defined as at least a 30% reduction in pain score from baseline at the end of the 8-week treatment, were no more likely to meet response criteria at the end of 60 weeks of treatment if blindly titrated to Cymbalta 120 mg as compared to those who were blindly continued on Cymbalta 60 mg.

### 14.5    Chronic Musculoskeletal Pain

Cymbalta is indicated for the management of chronic musculoskeletal pain. This has been established in studies in patients with chronic low back pain and chronic pain due to osteoarthritis.

Studies in Chronic Low Back Pain —

The efficacy of Cymbalta in chronic low back pain (CLBP) was assessed in two double-blind, placebo-controlled, randomized clinical trials of 13-weeks duration (Study CLBP-1 and Study CLBP-2), and one of 12-weeks duration (CLBP-

3). CLBP-1 and CLBP-3 demonstrated efficacy of Cymbalta in the treatment of chronic low back pain. Patients in all studies had no signs of radiculopathy or spinal stenosis.

*Study CLBP-1:* Two hundred thirty-six adult patients (N=115 on Cymbalta, N=121 on placebo) enrolled and 182 (77%) completed 13-week treatment phase. After 7 weeks of treatment, Cymbalta patients with less than 30% reduction in average daily pain and who were able to tolerate duloxetine 60 mg once daily had their dose of Cymbalta, in a double-blinded fashion, increased to 120 mg once daily for the remainder of the study. Patients had a mean baseline pain rating of 6 on a numerical rating scale ranging from 0 (no pain) to 10 (worst possible pain). After 13 weeks of treatment, patients taking Cymbalta 60-120 mg daily had a significantly greater pain reduction compared to placebo. Randomization was stratified by the patients' baseline NSAIDs-use status. Subgroup analyses did not indicate that there were differences in treatment outcomes as a function of NSAIDs use.

*Study CLBP-2:* Four hundred and four patients were randomized to receive fixed doses of Cymbalta daily or a matching placebo (N=59 on Cymbalta 20 mg, N=116 on Cymbalta 60 mg, N=112 on Cymbalta 120 mg, N=117 on placebo) and 267 (66%) completed the entire 13-week study. After 13 weeks of treatment, none of the three Cymbalta doses showed a statistically significant difference in pain reduction compared to placebo.

*Study CLBP-3:* Four hundred and one patients were randomized to receive fixed doses of Cymbalta 60 mg daily or placebo (N=198 on Cymbalta, N=203 on placebo), and 303 (76%) completed the study. Patients had a mean baseline pain rating of 6 on a numerical rating scale ranging from 0 (no pain) to 10 (worst possible pain). After 12 weeks of treatment, patients taking Cymbalta 60 mg daily had significantly greater pain reduction compared to placebo.

For various degrees of improvement in pain from baseline to study endpoint, Figures 5 and 6 show the fraction of patients in CLBP-1 and CLBP-3 achieving that degree of improvement. The figures are cumulative, so that patients whose change from baseline is, for example, 50%, are also included at every level of improvement below 50%. Patients who did not complete the study were assigned the value of 0% improvement.



**Figure 5: Percentage of Patients Achieving Various Levels of Pain Relief as Measured by 24-Hour Average Pain Severity – CLBP-1**



**Figure 6: Percentage of Patients Achieving Various Levels of Pain Relief as Measured by 24-Hour Average Pain Severity – CLBP-3**

<u>Studies in Chronic Pain Due to Osteoarthritis</u> —
The efficacy of Cymbalta in chronic pain due to osteoarthritis was assessed in 2 double-blind, placebo-controlled, randomized clinical trials of 13-weeks duration (Study OA-1 and Study OA-2). All patients in both studies fulfilled the ACR clinical and radiographic criteria for classification of idiopathic osteoarthritis of the knee. Randomization was stratified by the patients' baseline NSAIDs-use status. Patients assigned to Cymbalta started treatment in both studies at a dose of 30 mg once daily for one week. After the first week, the dose of Cymbalta was increased to 60 mg once daily. After 7 weeks of treatment with Cymbalta 60 mg once daily, in OA-1 patients with sub-optimal response to treatment (<30% pain reduction) and tolerated duloxetine 60 mg once daily had their dose increased to 120 mg. However, in OA-2, all patients, regardless of their response to treatment after 7 weeks, were re-randomized to either continue receiving Cymbalta 60 mg once daily or have their dose increased to 120 mg once daily for the remainder of the study. Patients in the placebo treatment groups in both studies received a matching placebo for the entire duration of studies. For both studies, efficacy analyses were conducted using 13-week data from the combined Cymbalta 60 mg and 120 mg once daily treatment groups compared to the placebo group.
*Study OA-1*: Two hundred fifty-six patients (N=128 on Cymbalta, N=128 on placebo) enrolled and 204 (80%) completed the study. Patients had a mean baseline pain rating of 6 on a numerical rating scale ranging from 0 (no pain) to 10 (worst possible pain). After 13 weeks of treatment, patients taking Cymbalta had significantly greater pain reduction. Subgroup analyses did not indicate that there were differences in treatment outcomes as a function of NSAIDs use.
*Study OA-2*: Two hundred thirty-one patients (N=111 on Cymbalta, N=120 on placebo) enrolled and 173 (75%) completed the study. Patients had a mean baseline pain of 6 on a numerical rating scale ranging from 0 (no pain) to 10 (worst possible pain). After 13 weeks of treatment, patients taking Cymbalta did not show a significantly greater pain reduction.
In Study OA-1, for various degrees of improvement in pain from baseline to study endpoint, Figure 7 shows the fraction of patients achieving that degree of improvement. The figure is cumulative, so that patients whose change from baseline is, for example, 50%, are also included at every level of improvement below 50%. Patients who did not complete the study were assigned the value of 0% improvement.



**Figure 7: Percentage of Patients Achieving Various Levels of Pain Relief as Measured by 24-Hour Average Pain Severity – OA-1**

## 16    HOW SUPPLIED/STORAGE AND HANDLING

### 16.1    How Supplied

Cymbalta is available as delayed release capsules in the following strengths, colors, imprints, and presentations:

| Features | Strengths | | | |
|---|---|---|---|---|
| | 20 mg[a] | 30 mg[a] | 60 mg[a] | |
| Body color | Opaque green | Opaque white | Opaque green | |
| Cap color | Opaque green | Opaque blue | Opaque blue | |
| Cap imprint | Lilly 3235 | Lilly 3240 | Lilly 3237 | Lilly 3270 |
| Body imprint | 20mg | 30mg | 60mg | 60mg |
| Capsule number | PU3235 | PU3240 | PU3237 | PU3270 |
| Presentations and NDC Codes | | | | |
| Bottles of 30 | NA | 0002-3240-30 | 0002-3237-30 | 0002-3270-30 |
| Bottles of 60 | 0002-3235-60 | NA | NA | NA |
| Bottles of 90 | NA | 0002-3240-90 | NA | NA |
| Bottles of 1000 | NA | 0002-3240-04 | 0002-3237-04 | 0002-3270-04 |
| Blisters ID†100 | NA | 0002-3240-33 | 0002-3237-33 | 0002-3270-33 |

[a]    equivalent to duloxetine base
†    Identi-Dose® (unit dose medication, Lilly)

### 16.2    Storage

Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F) [*see* USP Controlled Room Temperature].

## 17    PATIENT COUNSELING INFORMATION

See FDA-approved patient labeling (Medication Guide).

### 17.1    Information on Medication Guide

Prescribers or other health professionals should inform patients, their families, and their caregivers about the benefits and risks associated with treatment with Cymbalta and should counsel them in its appropriate use. A patient Medication Guide is available for Cymbalta. The prescriber or health professional should instruct patients, their families, and their caregivers to read the Medication Guide before starting Cymbalta and each time their prescription is renewed,

and should assist them in understanding its contents. Patients should be given the opportunity to discuss the contents of the Medication Guide and to obtain answers to any questions they may have. The complete text of the Medication Guide is reprinted at the end of this document.

Patients should be advised of the following issues and asked to alert their prescriber if these occur while taking Cymbalta.

**17.2    Suicidal Thoughts and Behaviors**

Patients, their families, and their caregivers should be encouraged to be alert to the emergence of anxiety, agitation, panic attacks, insomnia, irritability, hostility, aggressiveness, impulsivity, akathisia (psychomotor restlessness), hypomania, mania, other unusual changes in behavior, worsening of depression, and suicidal ideation, especially early during antidepressant treatment and when the dose is adjusted up or down. Families and caregivers of patients should be advised to observe for the emergence of such symptoms on a day-to-day basis, since changes may be abrupt. Such symptoms should be reported to the patient's prescriber or health professional, especially if they are severe, abrupt in onset, or were not part of the patient's presenting symptoms. Symptoms such as these may be associated with an increased risk for suicidal thinking and behavior and indicate a need for very close monitoring and possibly changes in the medication *[see Boxed Warning, and Warnings and Precautions (5.1)]*.

**17.3    Medication Administration**

Cymbalta should be swallowed whole and should not be chewed or crushed, nor should the capsule be opened and its contents be sprinkled on food or mixed with liquids. All of these might affect the enteric coating.

**17.4    Continuing the Therapy Prescribed**

While patients may notice improvement with Cymbalta therapy in 1 to 4 weeks, they should be advised to continue therapy as directed.

**17.5    Hepatotoxicity**

Patients should be informed that severe liver problems, sometimes fatal, have been reported in patients treated with Cymbalta. Patients should be instructed to talk to their healthcare provider if they develop itching, right upper belly pain, dark urine, or yellow skin/eyes while taking Cymbalta, which may be signs of liver problems. Patients should talk to their healthcare provider about their alcohol consumption. Use of Cymbalta with heavy alcohol intake may be associated with severe liver injury *[see Warnings and Precautions (5.2)]*.

**17.6    Alcohol**

Although Cymbalta does not increase the impairment of mental and motor skills caused by alcohol, use of Cymbalta concomitantly with heavy alcohol intake may be associated with severe liver injury. For this reason, Cymbalta should not be prescribed for patients with substantial alcohol use *[see Warnings and Precautions (5.2) and Drug Interactions (7.15)]*.

**17.7    Orthostatic Hypotension and Syncope**

Patients should be advised of the risk of orthostatic hypotension and syncope, especially during the period of initial use and subsequent dose escalation, and in association with the use of concomitant drugs that might potentiate the orthostatic effect of duloxetine *[see Warnings and Precautions (5.3)]*.

**17.8    Serotonin Syndrome**

Patients should be cautioned about the risk of serotonin syndrome with the concomitant use of Cymbalta and other serotonergic agents including triptans, tricyclic antidepressants, fentanyl, lithium, tramadol, buspirone, tryptophan and St. John's Wort *[see Contraindications (4.1), Warnings and Precautions (5.4), and Drug Interactions (7.14)]*.

Patients should be advised of the signs and symptoms associated with serotonin syndrome that may include mental status changes (e.g., agitation, hallucinations, delirium, and coma), autonomic instability (e.g., tachycardia, labile blood pressure, dizziness, diaphoresis, flushing, hyperthermia), neuromuscular changes (e.g., tremor, rigidity, myoclonus, hyperreflexia, incoordination), seizures, and/or gastrointestinal symptoms (e.g., nausea, vomiting, diarrhea). Patients should be cautioned to seek medical care immediately if they experience these symptoms.

**17.9    Abnormal Bleeding**

Patients should be cautioned about the concomitant use of duloxetine and NSAIDs, aspirin, warfarin, or other drugs that affect coagulation since combined use of psychotropic drugs that interfere with serotonin reuptake and these agents has been associated with an increased risk of bleeding *[see Warnings and Precautions (5.5)]*.

**17.10    Severe Skin Reactions**

Patients should be cautioned that Cymbalta may cause serious skin reactions. This may need to be treated in a hospital and may be life-threatening. Patients should be counseled to call their doctor right away or get emergency help if they have skin blisters, peeling rash, sores in their mouth, hives, or any other allergic reactions *[see Warnings and Precautions (5.6)]*.

**17.11    Discontinuation of Treatment**

Patients should be instructed that discontinuation of Cymbalta may be associated with symptoms such as dizziness, headache, nausea, diarrhea, paresthesia, irritability, vomiting, insomnia, anxiety, hyperhidrosis, and fatigue, and should be advised not to alter their dosing regimen, or stop taking Cymbalta without consulting their physician *[see Warnings and Precautions (5.7)]*.

### 17.12 Activation of Mania or Hypomania

Patients with depressive symptoms should be adequately screened for risk of bipolar disorder (e.g. family history of suicide, bipolar disorder, and depression) prior to initiating treatment with Cymbalta. Patients should be advised to report any signs or symptoms of a manic reaction such as greatly increased energy, severe trouble sleeping, racing thoughts, reckless behavior, talking more or faster than usual, unusually grand ideas, and excessive happiness or irritability *[see Warnings and Precautions (5.8)]*.

### 17.13 Seizures

Patients should be advised to inform their physician if they have a history of seizure disorder *[see Warnings and Precautions (5.9)]*.

### 17.14 Effects on Blood Pressure

Patients should be cautioned that Cymbalta may cause an increase in blood pressure *[see Warnings and Precautions (5.10)]*.

### 17.15 Concomitant Medications

Patients should be advised to inform their physicians if they are taking, or plan to take, any prescription or over-the-counter medications, since there is a potential for interactions *[see Dosage and Administration (2.5), Contraindications (4.1), Warnings and Precautions (5.4 and 5.11), and Drug Interactions (7)]*.

### 17.16 Hyponatremia

Patients should be advised that hyponatremia has been reported as a result of treatment with SNRIs and SSRIs, including Cymbalta. Patients should be advised of the signs and symptoms of hyponatremia *[see Warnings and Precautions (5.12)]*.

### 17.17 Concomitant Illnesses

Patients should be advised to inform their physicians about all of their medical conditions *[see Warnings and Precautions (5.13)]*.

### 17.18 Urinary Hesitancy and Retention

Cymbalta is in a class of medicines that may affect urination. Patients should be instructed to consult with their healthcare provider if they develop any problems with urine flow *[see Warnings and Precautions (5.14)]*.

### 17.19 Pregnancy and Breast Feeding

Patients should be advised to notify their physician if they

- become pregnant during therapy
- intend to become pregnant during therapy
- are breast feeding *[see Dosage and Administration (2.3) and Use in Specific Populations (8.1, 8.2, and 8.3)]*.

Lilly maintains a pregnancy registry to monitor the pregnancy outcomes of women exposed to Cymbalta while pregnant. Healthcare providers are encouraged to register any patient who is exposed to Cymbalta during pregnancy by calling the Cymbalta Pregnancy Registry at 1-866-814-6975 or by visiting www.cymbaltapregnancyregistry.com.

### 17.20 Interference with Psychomotor Performance

Any psychoactive drug may impair judgment, thinking, or motor skills. Although in controlled studies Cymbalta has not been shown to impair psychomotor performance, cognitive function, or memory, it may be associated with sedation and dizziness. Therefore, patients should be cautioned about operating hazardous machinery including automobiles, until they are reasonably certain that Cymbalta therapy does not affect their ability to engage in such activities.

Literature revised Month dd, yyyy

**Marketed by: Lilly USA, LLC, Indianapolis, IN 46285, USA**

Copyright © 2004, yyyy, Eli Lilly and Company. All rights reserved.

# EXHIBIT K

1                                          **PRESCRIBING INFORMATION**

2 **PAXIL®**

3 **(paroxetine hydrochloride)**

4 **Tablets and Oral Suspension**

5

---

6 **Suicidality and Antidepressant Drugs**

7    **Antidepressants increased the risk compared to placebo of suicidal thinking and**

8 **behavior (suicidality) in children, adolescents, and young adults in short-term studies of**

9 **major depressive disorder (MDD) and other psychiatric disorders. Anyone considering the**

10 **use of PAXIL or any other antidepressant in a child, adolescent, or young adult must**

11 **balance this risk with the clinical need. Short-term studies did not show an increase in the**

12 **risk of suicidality with antidepressants compared to placebo in adults beyond age 24; there**

13 **was a reduction in risk with antidepressants compared to placebo in adults aged 65 and**

14 **older. Depression and certain other psychiatric disorders are themselves associated with**

15 **increases in the risk of suicide. Patients of all ages who are started on antidepressant**

16 **therapy should be monitored appropriately and observed closely for clinical worsening,**

17 **suicidality, or unusual changes in behavior. Families and caregivers should be advised of**

18 **the need for close observation and communication with the prescriber. PAXIL is not**

19 **approved for use in pediatric patients. (See WARNINGS: Clinical Worsening and Suicide**

20 **Risk, PRECAUTIONS: Information for Patients, and PRECAUTIONS: Pediatric Use.)**

---

21 **DESCRIPTION**

22    PAXIL (paroxetine hydrochloride) is an orally administered psychotropic drug. It is the

23 hydrochloride salt of a phenylpiperidine compound identified chemically as (-)-*trans*-4$R$-(4'-

24 fluorophenyl)-3$S$-[(3',4'-methylenedioxyphenoxy) methyl] piperidine hydrochloride hemihydrate

25 and has the empirical formula of $C_{19}H_{20}FNO_3 \bullet HCl \bullet 1/2H_2O$. The molecular weight is 374.8

26 (329.4 as free base). The structural formula of paroxetine hydrochloride is:

27



28    Paroxetine hydrochloride is an odorless, off-white powder, having a melting point range of

29 120° to 138°C and a solubility of 5.4 mg/mL in water.

30 **Tablets:** Each film-coated tablet contains paroxetine hydrochloride equivalent to paroxetine as

31 follows: 10 mg–yellow (scored); 20 mg–pink (scored); 30 mg–blue, 40 mg–green. Inactive

32 ingredients consist of dibasic calcium phosphate dihydrate, hypromellose, magnesium stearate,

33 polyethylene glycols, polysorbate 80, sodium starch glycolate, titanium dioxide, and 1 or more of

1

34   the following: D&C Red No. 30 aluminum lake, D&C Yellow No. 10 aluminum lake, FD&C
35   Blue No. 2 aluminum lake, FD&C Yellow No. 6 aluminum lake.
36   **Suspension for Oral Administration:** Each 5 mL of orange-colored, orange-flavored liquid
37   contains paroxetine hydrochloride equivalent to paroxetine, 10 mg. Inactive ingredients consist
38   of polacrilin potassium, microcrystalline cellulose, propylene glycol, glycerin, sorbitol,
39   methylparaben, propylparaben, sodium citrate dihydrate, citric acid anhydrous, sodium
40   saccharin, flavorings, FD&C Yellow No. 6 aluminum lake, and simethicone emulsion, USP.

41   **CLINICAL PHARMACOLOGY**
42   **Pharmacodynamics:** The efficacy of paroxetine in the treatment of major depressive
43   disorder, social anxiety disorder, obsessive compulsive disorder (OCD), panic disorder (PD),
44   generalized anxiety disorder (GAD), and posttraumatic stress disorder (PTSD) is presumed to be
45   linked to potentiation of serotonergic activity in the central nervous system resulting from
46   inhibition of neuronal reuptake of serotonin (5-hydroxy-tryptamine, 5-HT). Studies at clinically
47   relevant doses in humans have demonstrated that paroxetine blocks the uptake of serotonin into
48   human platelets. In vitro studies in animals also suggest that paroxetine is a potent and highly
49   selective inhibitor of neuronal serotonin reuptake and has only very weak effects on
50   norepinephrine and dopamine neuronal reuptake. In vitro radioligand binding studies indicate
51   that paroxetine has little affinity for muscarinic, alpha$_1$-, alpha$_2$-, beta-adrenergic-, dopamine
52   ($D_2$)-, 5-HT$_1$-, 5-HT$_2$-, and histamine ($H_1$)-receptors; antagonism of muscarinic, histaminergic,
53   and alpha$_1$-adrenergic receptors has been associated with various anticholinergic, sedative, and
54   cardiovascular effects for other psychotropic drugs.
55      Because the relative potencies of paroxetine's major metabolites are at most 1/50 of the parent
56   compound, they are essentially inactive.
57   **Pharmacokinetics:** Paroxetine hydrochloride is completely absorbed after oral dosing of a
58   solution of the hydrochloride salt. The mean elimination half-life is approximately 21 hours
59   (CV 32%) after oral dosing of 30 mg tablets of PAXIL daily for 30 days. Paroxetine is
60   extensively metabolized and the metabolites are considered to be inactive. Nonlinearity in
61   pharmacokinetics is observed with increasing doses. Paroxetine metabolism is mediated in part
62   by CYP2D6, and the metabolites are primarily excreted in the urine and to some extent in the
63   feces. Pharmacokinetic behavior of paroxetine has not been evaluated in subjects who are
64   deficient in CYP2D6 (poor metabolizers).
65      In a meta-analysis of paroxetine from 4 studies done in healthy volunteers following multiple
66   dosing of 20 mg/day to 40 mg/day, males did not exhibit a significantly lower $C_{max}$ or AUC than
67   females.
68      ***Absorption and Distribution:*** Paroxetine is equally bioavailable from the oral suspension
69   and tablet.
70      Paroxetine hydrochloride is completely absorbed after oral dosing of a solution of the
71   hydrochloride salt. In a study in which normal male subjects (n = 15) received 30 mg tablets
72   daily for 30 days, steady-state paroxetine concentrations were achieved by approximately

2

73   10 days for most subjects, although it may take substantially longer in an occasional patient. At
74   steady state, mean values of $C_{max}$, $T_{max}$, $C_{min}$, and $T_{1/2}$ were 61.7 ng/mL (CV 45%), 5.2 hr.
75   (CV 10%), 30.7 ng/mL (CV 67%), and 21.0 hours (CV 32%), respectively. The steady-state $C_{max}$
76   and $C_{min}$ values were about 6 and 14 times what would be predicted from single-dose studies.
77   Steady-state drug exposure based on $AUC_{0-24}$ was about 8 times greater than would have been
78   predicted from single-dose data in these subjects. The excess accumulation is a consequence of
79   the fact that 1 of the enzymes that metabolizes paroxetine is readily saturable.

80       The effects of food on the bioavailability of paroxetine were studied in subjects administered
81   a single dose with and without food. AUC was only slightly increased (6%) when drug was
82   administered with food but the $C_{max}$ was 29% greater, while the time to reach peak plasma
83   concentration decreased from 6.4 hours post-dosing to 4.9 hours.

84       Paroxetine distributes throughout the body, including the CNS, with only 1% remaining in the
85   plasma.

86       Approximately 95% and 93% of paroxetine is bound to plasma protein at 100 ng/mL and
87   400 ng/mL, respectively. Under clinical conditions, paroxetine concentrations would normally be
88   less than 400 ng/mL. Paroxetine does not alter the in vitro protein binding of phenytoin or
89   warfarin.

90   ***Metabolism and Excretion:*** The mean elimination half-life is approximately 21 hours
91   (CV 32%) after oral dosing of 30 mg tablets daily for 30 days of PAXIL. In steady-state dose
92   proportionality studies involving elderly and nonelderly patients, at doses of 20 mg to 40 mg
93   daily for the elderly and 20 mg to 50 mg daily for the nonelderly, some nonlinearity was
94   observed in both populations, again reflecting a saturable metabolic pathway. In comparison to
95   $C_{min}$ values after 20 mg daily, values after 40 mg daily were only about 2 to 3 times greater than
96   doubled.

97       Paroxetine is extensively metabolized after oral administration. The principal metabolites are
98   polar and conjugated products of oxidation and methylation, which are readily cleared.
99   Conjugates with glucuronic acid and sulfate predominate, and major metabolites have been
100  isolated and identified. Data indicate that the metabolites have no more than 1/50 the potency of
101  the parent compound at inhibiting serotonin uptake. The metabolism of paroxetine is
102  accomplished in part by CYP2D6. Saturation of this enzyme at clinical doses appears to account
103  for the nonlinearity of paroxetine kinetics with increasing dose and increasing duration of
104  treatment. The role of this enzyme in paroxetine metabolism also suggests potential drug-drug
105  interactions (see PRECAUTIONS: Drugs Metabolized by CYP2D6).

106      Approximately 64% of a 30-mg oral solution dose of paroxetine was excreted in the urine
107  with 2% as the parent compound and 62% as metabolites over a 10-day post-dosing period.
108  About 36% was excreted in the feces (probably via the bile), mostly as metabolites and less than
109  1% as the parent compound over the 10-day post-dosing period.

110  **Other Clinical Pharmacology Information: *Specific Populations: Renal and Liver***
111  ***Disease:*** Increased plasma concentrations of paroxetine occur in subjects with renal and
112  hepatic impairment. The mean plasma concentrations in patients with creatinine clearance below

<div align="center">3</div>

113 30 mL/min. were approximately 4 times greater than seen in normal volunteers. Patients with
114 creatinine clearance of 30 to 60 mL/min. and patients with hepatic functional impairment had
115 about a 2-fold increase in plasma concentrations (AUC, $C_{max}$).
116    The initial dosage should therefore be reduced in patients with severe renal or hepatic
117 impairment, and upward titration, if necessary, should be at increased intervals (see DOSAGE
118 AND ADMINISTRATION).
119    ***Elderly Patients:*** In a multiple-dose study in the elderly at daily paroxetine doses of 20,
120 30, and 40 mg, $C_{min}$ concentrations were about 70% to 80% greater than the respective $C_{min}$
121 concentrations in nonelderly subjects. Therefore the initial dosage in the elderly should be
122 reduced (see DOSAGE AND ADMINISTRATION).
123    ***Drug-Drug Interactions:*** In vitro drug interaction studies reveal that paroxetine inhibits
124 CYP2D6. Clinical drug interaction studies have been performed with substrates of CYP2D6 and
125 show that paroxetine can inhibit the metabolism of drugs metabolized by CYP2D6 including
126 desipramine, risperidone, and atomoxetine (see PRECAUTIONS: Drug Interactions).

**Clinical Trials**

127 

128 **Major Depressive Disorder:** The efficacy of PAXIL as a treatment for major depressive
129 disorder has been established in 6 placebo-controlled studies of patients with major depressive
130 disorder (aged 18 to 73). In these studies, PAXIL was shown to be significantly more effective
131 than placebo in treating major depressive disorder by at least 2 of the following measures:
132 Hamilton Depression Rating Scale (HDRS), the Hamilton depressed mood item, and the Clinical
133 Global Impression (CGI)-Severity of Illness. PAXIL was significantly better than placebo in
134 improvement of the HDRS sub-factor scores, including the depressed mood item, sleep
135 disturbance factor, and anxiety factor.
136    A study of outpatients with major depressive disorder who had responded to PAXIL (HDRS
137 total score <8) during an initial 8-week open-treatment phase and were then randomized to
138 continuation on PAXIL or placebo for 1 year demonstrated a significantly lower relapse rate for
139 patients taking PAXIL (15%) compared to those on placebo (39%). Effectiveness was similar for
140 male and female patients.
141 **Obsessive Compulsive Disorder:** The effectiveness of PAXIL in the treatment of obsessive
142 compulsive disorder (OCD) was demonstrated in two 12-week multicenter placebo-controlled
143 studies of adult outpatients (Studies 1 and 2). Patients in all studies had moderate to severe OCD
144 (DSM-IIIR) with mean baseline ratings on the Yale Brown Obsessive Compulsive Scale
145 (YBOCS) total score ranging from 23 to 26. Study 1, a dose-range finding study where patients
146 were treated with fixed doses of 20, 40, or 60 mg of paroxetine/day demonstrated that daily
147 doses of paroxetine 40 and 60 mg are effective in the treatment of OCD. Patients receiving doses
148 of 40 and 60 mg paroxetine experienced a mean reduction of approximately 6 and 7 points,
149 respectively, on the YBOCS total score which was significantly greater than the approximate 4-
150 point reduction at 20 mg and a 3-point reduction in the placebo-treated patients. Study 2 was a
151 flexible-dose study comparing paroxetine (20 to 60 mg daily) with clomipramine (25 to 250 mg

4

Exhibit K
138

152    daily). In this study, patients receiving paroxetine experienced a mean reduction of
153    approximately 7 points on the YBOCS total score, which was significantly greater than the mean
154    reduction of approximately 4 points in placebo-treated patients.
155         The following table provides the outcome classification by treatment group on Global
156    Improvement items of the Clinical Global Impression (CGI) scale for Study 1.
157

| Outcome Classification (%) on CGI-Global Improvement Item for Completers in Study 1 | | | | |
|---|---|---|---|---|
| Outcome Classification | Placebo (n = 74) | PAXIL 20 mg (n = 75) | PAXIL 40 mg (n = 66) | PAXIL 60 mg (n = 66) |
| Worse | 14% | 7% | 7% | 3% |
| No Change | 44% | 35% | 22% | 19% |
| Minimally Improved | 24% | 33% | 29% | 34% |
| Much Improved | 11% | 18% | 22% | 24% |
| Very Much Improved | 7% | 7% | 20% | 20% |

158
159         Subgroup analyses did not indicate that there were any differences in treatment outcomes as a
160    function of age or gender.
161         The long-term maintenance effects of PAXIL in OCD were demonstrated in a long-term
162    extension to Study 1. Patients who were responders on paroxetine during the 3-month
163    double-blind phase and a 6-month extension on open-label paroxetine (20 to 60 mg/day) were
164    randomized to either paroxetine or placebo in a 6-month double-blind relapse prevention phase.
165    Patients randomized to paroxetine were significantly less likely to relapse than comparably
166    treated patients who were randomized to placebo.
167    **Panic Disorder:** The effectiveness of PAXIL in the treatment of panic disorder was
168    demonstrated in three 10- to 12-week multicenter, placebo-controlled studies of adult outpatients
169    (Studies 1-3). Patients in all studies had panic disorder (DSM-IIIR), with or without agoraphobia.
170    In these studies, PAXIL was shown to be significantly more effective than placebo in treating
171    panic disorder by at least 2 out of 3 measures of panic attack frequency and on the Clinical
172    Global Impression Severity of Illness score.
173         Study 1 was a 10-week dose-range finding study; patients were treated with fixed paroxetine
174    doses of 10, 20, or 40 mg/day or placebo. A significant difference from placebo was observed
175    only for the 40 mg/day group. At endpoint, 76% of patients receiving paroxetine 40 mg/day were
176    free of panic attacks, compared to 44% of placebo-treated patients.
177         Study 2 was a 12-week flexible-dose study comparing paroxetine (10 to 60 mg daily) and
178    placebo. At endpoint, 51% of paroxetine patients were free of panic attacks compared to 32% of
179    placebo-treated patients.
180         Study 3 was a 12-week flexible-dose study comparing paroxetine (10 to 60 mg daily) to
181    placebo in patients concurrently receiving standardized cognitive behavioral therapy. At
182    endpoint, 33% of the paroxetine-treated patients showed a reduction to 0 or 1 panic attacks
183    compared to 14% of placebo patients.

5

184      In both Studies 2 and 3, the mean paroxetine dose for completers at endpoint was
185  approximately 40 mg/day of paroxetine.
186      Long-term maintenance effects of PAXIL in panic disorder were demonstrated in an
187  extension to Study 1. Patients who were responders during the 10-week double-blind phase and
188  during a 3-month double-blind extension phase were randomized to either paroxetine (10, 20, or
189  40 mg/day) or placebo in a 3-month double-blind relapse prevention phase. Patients randomized
190  to paroxetine were significantly less likely to relapse than comparably treated patients who were
191  randomized to placebo.
192      Subgroup analyses did not indicate that there were any differences in treatment outcomes as a
193  function of age or gender.
194  **Social Anxiety Disorder:** The effectiveness of PAXIL in the treatment of social anxiety
195  disorder was demonstrated in three 12-week, multicenter, placebo-controlled studies (Studies 1,
196  2, and 3) of adult outpatients with social anxiety disorder (DSM-IV). In these studies, the
197  effectiveness of PAXIL compared to placebo was evaluated on the basis of (1) the proportion of
198  responders, as defined by a Clinical Global Impression (CGI) Improvement score of 1 (very
199  much improved) or 2 (much improved), and (2) change from baseline in the Liebowitz Social
200  Anxiety Scale (LSAS).
201      Studies 1 and 2 were flexible-dose studies comparing paroxetine (20 to 50 mg daily) and
202  placebo. Paroxetine demonstrated statistically significant superiority over placebo on both the
203  CGI Improvement responder criterion and the Liebowitz Social Anxiety Scale (LSAS). In
204  Study 1, for patients who completed to week 12, 69% of paroxetine-treated patients compared to
205  29% of placebo-treated patients were CGI Improvement responders. In Study 2, CGI
206  Improvement responders were 77% and 42% for the paroxetine- and placebo-treated patients,
207  respectively.
208      Study 3 was a 12-week study comparing fixed paroxetine doses of 20, 40, or 60 mg/day with
209  placebo. Paroxetine 20 mg was demonstrated to be significantly superior to placebo on both the
210  LSAS Total Score and the CGI Improvement responder criterion; there were trends for
211  superiority over placebo for the 40 mg and 60 mg/day dose groups. There was no indication in
212  this study of any additional benefit for doses higher than 20 mg/day.
213      Subgroup analyses generally did not indicate differences in treatment outcomes as a function
214  of age, race, or gender.
215  **Generalized Anxiety Disorder:** The effectiveness of PAXIL in the treatment of Generalized
216  Anxiety Disorder (GAD) was demonstrated in two 8-week, multicenter, placebo-controlled
217  studies (Studies 1 and 2) of adult outpatients with Generalized Anxiety Disorder (DSM-IV).
218      Study 1 was an 8-week study comparing fixed paroxetine doses of 20 mg or 40 mg/day with
219  placebo. Doses of 20 mg or 40 mg of PAXIL were both demonstrated to be significantly superior
220  to placebo on the Hamilton Rating Scale for Anxiety (HAM-A) total score. There was not
221  sufficient evidence in this study to suggest a greater benefit for the 40 mg/day dose compared to
222  the 20 mg/day dose.
223      Study 2 was a flexible-dose study comparing paroxetine (20 mg to 50 mg daily) and placebo.

6

224    PAXIL demonstrated statistically significant superiority over placebo on the Hamilton Rating
225    Scale for Anxiety (HAM-A) total score. A third study, also flexible-dose comparing paroxetine
226    (20 mg to 50 mg daily), did not demonstrate statistically significant superiority of PAXIL over
227    placebo on the Hamilton Rating Scale for Anxiety (HAM-A) total score, the primary outcome.

228        Subgroup analyses did not indicate differences in treatment outcomes as a function of race or
229    gender. There were insufficient elderly patients to conduct subgroup analyses on the basis of age.

230        In a longer-term trial, 566 patients meeting DSM-IV criteria for Generalized Anxiety
231    Disorder, who had responded during a single-blind, 8-week acute treatment phase with 20 to
232    50 mg/day of PAXIL, were randomized to continuation of PAXIL at their same dose, or to
233    placebo, for up to 24 weeks of observation for relapse. Response during the single-blind phase
234    was defined by having a decrease of ≥2 points compared to baseline on the CGI-Severity of
235    Illness scale, to a score of ≤3. Relapse during the double-blind phase was defined as an increase
236    of ≥2 points compared to baseline on the CGI-Severity of Illness scale to a score of ≥4, or
237    withdrawal due to lack of efficacy. Patients receiving continued PAXIL experienced a
238    significantly lower relapse rate over the subsequent 24 weeks compared to those receiving
239    placebo.

240    **Posttraumatic Stress Disorder:** The effectiveness of PAXIL in the treatment of
241    Posttraumatic Stress Disorder (PTSD) was demonstrated in two 12-week, multicenter, placebo-
242    controlled studies (Studies 1 and 2) of adult outpatients who met DSM-IV criteria for PTSD. The
243    mean duration of PTSD symptoms for the 2 studies combined was 13 years (ranging from .1 year
244    to 57 years). The percentage of patients with secondary major depressive disorder or non-PTSD
245    anxiety disorders in the combined 2 studies was 41% (356 out of 858 patients) and 40% (345 out
246    of 858 patients), respectively. Study outcome was assessed by (i) the Clinician-Administered
247    PTSD Scale Part 2 (CAPS-2) score and (ii) the Clinical Global Impression-Global Improvement
248    Scale (CGI-I). The CAPS-2 is a multi-item instrument that measures 3 aspects of PTSD with the
249    following symptom clusters: Reexperiencing/intrusion, avoidance/numbing and hyperarousal.
250    The 2 primary outcomes for each trial were (i) change from baseline to endpoint on the CAPS-2
251    total score (17 items), and (ii) proportion of responders on the CGI-I, where responders were
252    defined as patients having a score of 1 (very much improved) or 2 (much improved).

253        Study 1 was a 12-week study comparing fixed paroxetine doses of 20 mg or 40 mg/day to
254    placebo. Doses of 20 mg and 40 mg of PAXIL were demonstrated to be significantly superior to
255    placebo on change from baseline for the CAPS-2 total score and on proportion of responders on
256    the CGI-I. There was not sufficient evidence in this study to suggest a greater benefit for the
257    40 mg/day dose compared to the 20 mg/day dose.

258        Study 2 was a 12-week flexible-dose study comparing paroxetine (20 to 50 mg daily) to
259    placebo. PAXIL was demonstrated to be significantly superior to placebo on change from
260    baseline for the CAPS-2 total score and on proportion of responders on the CGI-I.

261        A third study, also a flexible-dose study comparing paroxetine (20 to 50 mg daily) to placebo,
262    demonstrated PAXIL to be significantly superior to placebo on change from baseline for CAPS-
263    2 total score, but not on proportion of responders on the CGI-I.

Reference ID: 3231319

264   The majority of patients in these trials were women (68% women: 377 out of 551 subjects in
265   Study 1 and 66% women: 202 out of 303 subjects in Study 2). Subgroup analyses did not
266   indicate differences in treatment outcomes as a function of gender. There were an insufficient
267   number of patients who were 65 years and older or were non-Caucasian to conduct subgroup
268   analyses on the basis of age or race, respectively.

269   **INDICATIONS AND USAGE**
270   **Major Depressive Disorder:** PAXIL is indicated for the treatment of major depressive
271   disorder.
272   The efficacy of PAXIL in the treatment of a major depressive episode was established in
273   6-week controlled trials of outpatients whose diagnoses corresponded most closely to the
274   DSM-III category of major depressive disorder (see CLINICAL PHARMACOLOGY: Clinical
275   Trials). A major depressive episode implies a prominent and relatively persistent depressed or
276   dysphoric mood that usually interferes with daily functioning (nearly every day for at least
277   2 weeks); it should include at least 4 of the following 8 symptoms: Change in appetite, change in
278   sleep, psychomotor agitation or retardation, loss of interest in usual activities or decrease in
279   sexual drive, increased fatigue, feelings of guilt or worthlessness, slowed thinking or impaired
280   concentration, and a suicide attempt or suicidal ideation.
281   The effects of PAXIL in hospitalized depressed patients have not been adequately studied.
282   The efficacy of PAXIL in maintaining a response in major depressive disorder for up to 1 year
283   was demonstrated in a placebo-controlled trial (see CLINICAL PHARMACOLOGY: Clinical
284   Trials). Nevertheless, the physician who elects to use PAXIL for extended periods should
285   periodically re-evaluate the long-term usefulness of the drug for the individual patient.
286   **Obsessive Compulsive Disorder:** PAXIL is indicated for the treatment of obsessions and
287   compulsions in patients with obsessive compulsive disorder (OCD) as defined in the DSM-IV.
288   The obsessions or compulsions cause marked distress, are time-consuming, or significantly
289   interfere with social or occupational functioning.
290   The efficacy of PAXIL was established in two 12-week trials with obsessive compulsive
291   outpatients whose diagnoses corresponded most closely to the DSM-IIIR category of obsessive
292   compulsive disorder (see CLINICAL PHARMACOLOGY: Clinical Trials).
293   Obsessive compulsive disorder is characterized by recurrent and persistent ideas, thoughts,
294   impulses, or images (obsessions) that are ego-dystonic and/or repetitive, purposeful, and
295   intentional behaviors (compulsions) that are recognized by the person as excessive or
296   unreasonable.
297   Long-term maintenance of efficacy was demonstrated in a 6-month relapse prevention trial. In
298   this trial, patients assigned to paroxetine showed a lower relapse rate compared to patients on
299   placebo (see CLINICAL PHARMACOLOGY: Clinical Trials). Nevertheless, the physician who
300   elects to use PAXIL for extended periods should periodically re-evaluate the long-term
301   usefulness of the drug for the individual patient (see DOSAGE AND ADMINISTRATION).
302   **Panic Disorder:** PAXIL is indicated for the treatment of panic disorder, with or without

8

303  agoraphobia, as defined in DSM-IV. Panic disorder is characterized by the occurrence of
304  unexpected panic attacks and associated concern about having additional attacks, worry about
305  the implications or consequences of the attacks, and/or a significant change in behavior related to
306  the attacks.
307      The efficacy of PAXIL was established in three 10- to 12-week trials in panic disorder
308  patients whose diagnoses corresponded to the DSM-IIIR category of panic disorder (see
309  CLINICAL PHARMACOLOGY: Clinical Trials).
310      Panic disorder (DSM-IV) is characterized by recurrent unexpected panic attacks, i.e., a
311  discrete period of intense fear or discomfort in which 4 (or more) of the following symptoms
312  develop abruptly and reach a peak within 10 minutes: (1) palpitations, pounding heart, or
313  accelerated heart rate; (2) sweating; (3) trembling or shaking; (4) sensations of shortness of
314  breath or smothering; (5) feeling of choking; (6) chest pain or discomfort; (7) nausea or
315  abdominal distress; (8) feeling dizzy, unsteady, lightheaded, or faint; (9) derealization (feelings
316  of unreality) or depersonalization (being detached from oneself); (10) fear of losing control;
317  (11) fear of dying; (12) paresthesias (numbness or tingling sensations); (13) chills or hot flushes.
318      Long-term maintenance of efficacy was demonstrated in a 3-month relapse prevention trial. In
319  this trial, patients with panic disorder assigned to paroxetine demonstrated a lower relapse rate
320  compared to patients on placebo (see CLINICAL PHARMACOLOGY: Clinical Trials).
321  Nevertheless, the physician who prescribes PAXIL for extended periods should periodically
322  re-evaluate the long-term usefulness of the drug for the individual patient (see DOSAGE AND
323  ADMINISTRATION).
324  **Social Anxiety Disorder:** PAXIL is indicated for the treatment of social anxiety disorder,
325  also known as social phobia, as defined in DSM-IV (300.23). Social anxiety disorder is
326  characterized by a marked and persistent fear of 1 or more social or performance situations in
327  which the person is exposed to unfamiliar people or to possible scrutiny by others. Exposure to
328  the feared situation almost invariably provokes anxiety, which may approach the intensity of a
329  panic attack. The feared situations are avoided or endured with intense anxiety or distress. The
330  avoidance, anxious anticipation, or distress in the feared situation(s) interferes significantly with
331  the person's normal routine, occupational or academic functioning, or social activities or
332  relationships, or there is marked distress about having the phobias. Lesser degrees of
333  performance anxiety or shyness generally do not require psychopharmacological treatment.
334      The efficacy of PAXIL was established in three 12-week trials in adult patients with social
335  anxiety disorder (DSM-IV). PAXIL has not been studied in children or adolescents with social
336  phobia (see CLINICAL PHARMACOLOGY: Clinical Trials).
337      The effectiveness of PAXIL in long-term treatment of social anxiety disorder, i.e., for more
338  than 12 weeks, has not been systematically evaluated in adequate and well-controlled trials.
339  Therefore, the physician who elects to prescribe PAXIL for extended periods should periodically
340  re-evaluate the long-term usefulness of the drug for the individual patient (see DOSAGE AND
341  ADMINISTRATION).
342  **Generalized Anxiety Disorder:** PAXIL is indicated for the treatment of Generalized Anxiety

9

343    Disorder (GAD), as defined in DSM-IV. Anxiety or tension associated with the stress of
344    everyday life usually does not require treatment with an anxiolytic.

345        The efficacy of PAXIL in the treatment of GAD was established in two 8-week
346    placebo-controlled trials in adults with GAD. PAXIL has not been studied in children or
347    adolescents with Generalized Anxiety Disorder (see CLINICAL PHARMACOLOGY: Clinical
348    Trials).

349        Generalized Anxiety Disorder (DSM-IV) is characterized by excessive anxiety and worry
350    (apprehensive expectation) that is persistent for at least 6 months and which the person finds
351    difficult to control. It must be associated with at least 3 of the following 6 symptoms:
352    Restlessness or feeling keyed up or on edge, being easily fatigued, difficulty concentrating or
353    mind going blank, irritability, muscle tension, sleep disturbance.

354        The efficacy of PAXIL in maintaining a response in patients with Generalized Anxiety
355    Disorder, who responded during an 8-week acute treatment phase while taking PAXIL and were
356    then observed for relapse during a period of up to 24 weeks, was demonstrated in a placebo-
357    controlled trial (see CLINICAL PHARMACOLOGY: Clinical Trials). Nevertheless, the
358    physician who elects to use PAXIL for extended periods should periodically re-evaluate the
359    long-term usefulness of the drug for the individual patient (see DOSAGE AND
360    ADMINISTRATION).

361    **Posttraumatic Stress Disorder:** PAXIL is indicated for the treatment of Posttraumatic
362    Stress Disorder (PTSD).

363        The efficacy of PAXIL in the treatment of PTSD was established in two 12-week placebo-
364    controlled trials in adults with PTSD (DSM-IV) (see CLINICAL PHARMACOLOGY: Clinical
365    Trials).

366        PTSD, as defined by DSM-IV, requires exposure to a traumatic event that involved actual or
367    threatened death or serious injury, or threat to the physical integrity of self or others, and a
368    response that involves intense fear, helplessness, or horror. Symptoms that occur as a result of
369    exposure to the traumatic event include reexperiencing of the event in the form of intrusive
370    thoughts, flashbacks, or dreams, and intense psychological distress and physiological reactivity
371    on exposure to cues to the event; avoidance of situations reminiscent of the traumatic event,
372    inability to recall details of the event, and/or numbing of general responsiveness manifested as
373    diminished interest in significant activities, estrangement from others, restricted range of affect,
374    or sense of foreshortened future; and symptoms of autonomic arousal including hypervigilance,
375    exaggerated startle response, sleep disturbance, impaired concentration, and irritability or
376    outbursts of anger. A PTSD diagnosis requires that the symptoms are present for at least a month
377    and that they cause clinically significant distress or impairment in social, occupational, or other
378    important areas of functioning.

379        The efficacy of PAXIL in longer-term treatment of PTSD, i.e., for more than 12 weeks, has
380    not been systematically evaluated in placebo-controlled trials. Therefore, the physician who
381    elects to prescribe PAXIL for extended periods should periodically re-evaluate the long-term
382    usefulness of the drug for the individual patient (see DOSAGE AND ADMINISTRATION).

Reference ID: 3231319

**Exhibit K**
**144**

## CONTRAINDICATIONS

The use of MAOIs intended to treat psychiatric disorders with PAXIL or within 14 days of stopping treatment with PAXIL is contraindicated because of an increased risk of serotonin syndrome. The use of PAXIL within 14 days of stopping an MAOI intended to treat psychiatric disorders is also contraindicated (see WARNINGS and DOSAGE AND ADMINISTRATION).

Starting PAXIL in a patient who is being treated with MAOIs such as linezolid or intravenous methylene blue is also contraindicated because of an increased risk of serotonin syndrome (see WARNINGS and DOSAGE AND ADMINISTRATION).

Concomitant use with thioridazine is contraindicated (see WARNINGS and PRECAUTIONS).

Concomitant use in patients taking pimozide is contraindicated (see PRECAUTIONS).

PAXIL is contraindicated in patients with a hypersensitivity to paroxetine or any of the inactive ingredients in PAXIL.

## WARNINGS

**Clinical Worsening and Suicide Risk:** Patients with major depressive disorder (MDD), both adult and pediatric, may experience worsening of their depression and/or the emergence of suicidal ideation and behavior (suicidality) or unusual changes in behavior, whether or not they are taking antidepressant medications, and this risk may persist until significant remission occurs. Suicide is a known risk of depression and certain other psychiatric disorders, and these disorders themselves are the strongest predictors of suicide. There has been a long-standing concern, however, that antidepressants may have a role in inducing worsening of depression and the emergence of suicidality in certain patients during the early phases of treatment. Pooled analyses of short-term placebo-controlled trials of antidepressant drugs (SSRIs and others) showed that these drugs increase the risk of suicidal thinking and behavior (suicidality) in children, adolescents, and young adults (ages 18-24) with major depressive disorder (MDD) and other psychiatric disorders. Short-term studies did not show an increase in the risk of suicidality with antidepressants compared to placebo in adults beyond age 24; there was a reduction with antidepressants compared to placebo in adults aged 65 and older.

The pooled analyses of placebo-controlled trials in children and adolescents with MDD, obsessive compulsive disorder (OCD), or other psychiatric disorders included a total of 24 short-term trials of 9 antidepressant drugs in over 4,400 patients. The pooled analyses of placebo-controlled trials in adults with MDD or other psychiatric disorders included a total of 295 short-term trials (median duration of 2 months) of 11 antidepressant drugs in over 77,000 patients. There was considerable variation in risk of suicidality among drugs, but a tendency toward an increase in the younger patients for almost all drugs studied. There were differences in absolute risk of suicidality across the different indications, with the highest incidence in MDD. The risk differences (drug vs placebo), however, were relatively stable within age strata and across indications. These risk differences (drug-placebo difference in the number of cases of suicidality per 1,000 patients treated) are provided in Table 1.

11

422
423 **Table 1**

| Age Range | Drug-Placebo Difference in Number of Cases of Suicidality per 1,000 Patients Treated |
|---|---|
| Increases Compared to Placebo | |
| <18 | 14 additional cases |
| 18-24 | 5 additional cases |
| Decreases Compared to Placebo | |
| 25-64 | 1 fewer case |
| ≥65 | 6 fewer cases |

424
425    No suicides occurred in any of the pediatric trials. There were suicides in the adult trials, but
426 the number was not sufficient to reach any conclusion about drug effect on suicide.
427    It is unknown whether the suicidality risk extends to longer-term use, i.e., beyond several
428 months. However, there is substantial evidence from placebo-controlled maintenance trials in
429 adults with depression that the use of antidepressants can delay the recurrence of depression.
430    **All patients being treated with antidepressants for any indication should be monitored**
431 **appropriately and observed closely for clinical worsening, suicidality, and unusual changes**
432 **in behavior, especially during the initial few months of a course of drug therapy, or at times**
433 **of dose changes, either increases or decreases.**
434    The following symptoms, anxiety, agitation, panic attacks, insomnia, irritability, hostility,
435 aggressiveness, impulsivity, akathisia (psychomotor restlessness), hypomania, and mania, have
436 been reported in adult and pediatric patients being treated with antidepressants for major
437 depressive disorder as well as for other indications, both psychiatric and nonpsychiatric.
438 Although a causal link between the emergence of such symptoms and either the worsening of
439 depression and/or the emergence of suicidal impulses has not been established, there is concern
440 that such symptoms may represent precursors to emerging suicidality.
441    Consideration should be given to changing the therapeutic regimen, including possibly
442 discontinuing the medication, in patients whose depression is persistently worse, or who are
443 experiencing emergent suicidality or symptoms that might be precursors to worsening depression
444 or suicidality, especially if these symptoms are severe, abrupt in onset, or were not part of the
445 patient's presenting symptoms.
446    If the decision has been made to discontinue treatment, medication should be tapered, as
447 rapidly as is feasible, but with recognition that abrupt discontinuation can be associated with
448 certain symptoms (see PRECAUTIONS and DOSAGE AND ADMINISTRATION:
449 Discontinuation of Treatment With PAXIL, for a description of the risks of discontinuation of
450 PAXIL).
451    **Families and caregivers of patients being treated with antidepressants for major**
452 **depressive disorder or other indications, both psychiatric and nonpsychiatric, should be**
453 **alerted about the need to monitor patients for the emergence of agitation, irritability,**

12

unusual changes in behavior, and the other symptoms described above, as well as the emergence of suicidality, and to report such symptoms immediately to healthcare providers. Such monitoring should include daily observation by families and caregivers. Prescriptions for PAXIL should be written for the smallest quantity of tablets consistent with good patient management, in order to reduce the risk of overdose.

**Screening Patients for Bipolar Disorder:** A major depressive episode may be the initial presentation of bipolar disorder. It is generally believed (though not established in controlled trials) that treating such an episode with an antidepressant alone may increase the likelihood of precipitation of a mixed/manic episode in patients at risk for bipolar disorder. Whether any of the symptoms described above represent such a conversion is unknown. However, prior to initiating treatment with an antidepressant, patients with depressive symptoms should be adequately screened to determine if they are at risk for bipolar disorder; such screening should include a detailed psychiatric history, including a family history of suicide, bipolar disorder, and depression. It should be noted that PAXIL is not approved for use in treating bipolar depression.

**Serotonin Syndrome:** The development of a potentially life-threatening serotonin syndrome has been reported with SNRIs and SSRIs, including PAXIL, alone but particularly with concomitant use of other serotonergic drugs (including triptans, tricyclic antidepressants, fentanyl, lithium, tramadol, tryptophan, buspirone, and St. John's Wort) and with drugs that impair metabolism of serotonin (in particular, MAOIs, both those intended to treat psychiatric disorders and also others, such as linezolid and intravenous methylene blue).

Serotonin syndrome symptoms may include mental status changes (e.g., agitation, hallucinations, delirium, and coma), autonomic instability (e.g., tachycardia, labile blood pressure, dizziness, diaphoresis, flushing, hyperthermia), neuromuscular symptoms (e.g., tremor, rigidity, myoclonus, hyperreflexia, incoordination), seizures, and/or gastrointestinal symptoms (e.g., nausea, vomiting, diarrhea). Patients should be monitored for the emergence of serotonin syndrome.

The concomitant use of PAXIL with MAOIs intended to treat psychiatric disorders is contraindicated. PAXIL should also not be started in a patient who is being treated with MAOIs such as linezolid or intravenous methylene blue. All reports with methylene blue that provided information on the route of administration involved intravenous administration in the dose range of 1 mg/kg to 8 mg/kg. No reports involved the administration of methylene blue by other routes (such as oral tablets or local tissue injection) or at lower doses. There may be circumstances when it is necessary to initiate treatment with an MAOI such as linezolid or intravenous methylene blue in a patient taking PAXIL. PAXIL should be discontinued before initiating treatment with the MAOI (see CONTRAINDICATIONS and DOSAGE AND ADMINISTRATION).

If concomitant use of PAXIL with certain other serotonergic drugs, i.e., triptans, tricyclic antidepressants, fentanyl, lithium, tramadol, buspirone, tryptophan, and St. John's Wort is clinically warranted, be aware of a potential increased risk for serotonin syndrome, particularly during treatment initiation and dose increases.

13

494      Treatment with PAXIL and any concomitant serotonergic agents should be discontinued
495  immediately if the above events occur and supportive symptomatic treatment should be initiated.
496  **Potential Interaction With Thioridazine: Thioridazine administration alone produces**
497  **prolongation of the QTc interval, which is associated with serious ventricular arrhythmias,**
498  **such as torsade de pointes–type arrhythmias, and sudden death. This effect appears to be**
499  **dose related.**
500      **An in vivo study suggests that drugs which inhibit CYP2D6, such as paroxetine, will**
501  **elevate plasma levels of thioridazine. Therefore, it is recommended that paroxetine not be**
502  **used in combination with thioridazine (see CONTRAINDICATIONS and**
503  **PRECAUTIONS).**
504  **Usage in Pregnancy:** *Teratogenic Effects:* Epidemiological studies have shown that
505  infants exposed to paroxetine in the first trimester of pregnancy have an increased risk of
506  congenital malformations, particularly cardiovascular malformations. The findings from these
507  studies are summarized below:
508  •   A study based on Swedish national registry data demonstrated that infants exposed to
509      paroxetine during pregnancy (n = 815) had an increased risk of cardiovascular
510      malformations (2% risk in paroxetine-exposed infants) compared to the entire registry
511      population (1% risk), for an odds ratio (OR) of 1.8 (95% confidence interval 1.1 to 2.8). No
512      increase in the risk of overall congenital malformations was seen in the paroxetine-exposed
513      infants. The cardiac malformations in the paroxetine-exposed infants were primarily
514      ventricular septal defects (VSDs) and atrial septal defects (ASDs). Septal defects range in
515      severity from those that resolve spontaneously to those which require surgery.
516  •   A separate retrospective cohort study from the United States (United Healthcare data)
517      evaluated 5,956 infants of mothers dispensed antidepressants during the first trimester
518      (n = 815 for paroxetine). This study showed a trend towards an increased risk for
519      cardiovascular malformations for paroxetine (risk of 1.5%) compared to other
520      antidepressants (risk of 1%), for an OR of 1.5 (95% confidence interval 0.8 to 2.9). Of the
521      12 paroxetine-exposed infants with cardiovascular malformations, 9 had VSDs. This study
522      also suggested an increased risk of overall major congenital malformations including
523      cardiovascular defects for paroxetine (4% risk) compared to other (2% risk) antidepressants
524      (OR 1.8; 95% confidence interval 1.2 to 2.8).
525  •   Two large case-control studies using separate databases, each with >9,000 birth defect
526      cases and >4,000 controls, found that maternal use of paroxetine during the first trimester
527      of pregnancy was associated with a 2- to 3-fold increased risk of right ventricular outflow
528      tract obstructions. In one study the odds ratio was 2.5 (95% confidence interval, 1.0 to 6.0,
529      7 exposed infants) and in the other study the odds ratio was 3.3 (95% confidence interval,
530      1.3 to 8.8, 6 exposed infants).
531      Other studies have found varying results as to whether there was an increased risk of overall,
532  cardiovascular, or specific congenital malformations. A meta-analysis of epidemiological data
533  over a 16-year period (1992 to 2008) on first trimester paroxetine use in pregnancy and

14

534  congenital malformations included the above-noted studies in addition to others (n = 17 studies
535  that included overall malformations and n = 14 studies that included cardiovascular
536  malformations; n = 20 distinct studies). While subject to limitations, this meta-analysis suggested
537  an increased occurrence of cardiovascular malformations (prevalence odds ratio [POR] 1.5; 95%
538  confidence interval 1.2 to 1.9) and overall malformations (POR 1.2; 95% confidence interval 1.1
539  to 1.4) with paroxetine use during the first trimester. It was not possible in this meta-analysis to
540  determine the extent to which the observed prevalence of cardiovascular malformations might
541  have contributed to that of overall malformations, nor was it possible to determine whether any
542  specific types of cardiovascular malformations might have contributed to the observed
543  prevalence of all cardiovascular malformations.

544      If a patient becomes pregnant while taking paroxetine, she should be advised of the potential
545  harm to the fetus. Unless the benefits of paroxetine to the mother justify continuing treatment,
546  consideration should be given to either discontinuing paroxetine therapy or switching to another
547  antidepressant (see PRECAUTIONS: Discontinuation of Treatment With PAXIL). For women
548  who intend to become pregnant or are in their first trimester of pregnancy, paroxetine should
549  only be initiated after consideration of the other available treatment options.

550      ***Animal Findings:*** Reproduction studies were performed at doses up to 50 mg/kg/day in rats
551  and 6 mg/kg/day in rabbits administered during organogenesis. These doses are approximately
552  8 (rat) and 2 (rabbit) times the maximum recommended human dose (MRHD) on an $mg/m^2$
553  basis. These studies have revealed no evidence of teratogenic effects. However, in rats, there was
554  an increase in pup deaths during the first 4 days of lactation when dosing occurred during the last
555  trimester of gestation and continued throughout lactation. This effect occurred at a dose of
556  1 mg/kg/day or approximately one-sixth of the MRHD on an $mg/m^2$ basis. The no-effect dose for
557  rat pup mortality was not determined. The cause of these deaths is not known.

558      ***Nonteratogenic Effects:*** Neonates exposed to PAXIL and other SSRIs or serotonin and
559  norepinephrine reuptake inhibitors (SNRIs), late in the third trimester have developed
560  complications requiring prolonged hospitalization, respiratory support, and tube feeding. Such
561  complications can arise immediately upon delivery. Reported clinical findings have included
562  respiratory distress, cyanosis, apnea, seizures, temperature instability, feeding difficulty,
563  vomiting, hypoglycemia, hypotonia, hypertonia, hyperreflexia, tremor, jitteriness, irritability, and
564  constant crying. These features are consistent with either a direct toxic effect of SSRIs and
565  SNRIs or, possibly, a drug discontinuation syndrome. It should be noted that, in some cases, the
566  clinical picture is consistent with serotonin syndrome (see WARNINGS: Serotonin Syndrome).

567      Infants exposed to SSRIs in pregnancy may have an increased risk for persistent pulmonary
568  hypertension of the newborn (PPHN). PPHN occurs in 1 − 2 per 1,000 live births in the general
569  population and is associated with substantial neonatal morbidity and mortality. Several recent
570  epidemiologic studies suggest a positive statistical association between SSRI use (including
571  PAXIL) in pregnancy and PPHN. Other studies do not show a significant statistical association.

572      Physicians should also note the results of a prospective longitudinal study of 201 pregnant
573  women with a history of major depression, who were either on antidepressants or had received

15

574  antidepressants less than 12 weeks prior to their last menstrual period, and were in remission.
575  Women who discontinued antidepressant medication during pregnancy showed a significant
576  increase in relapse of their major depression compared to those women who remained on
577  antidepressant medication throughout pregnancy.
578      When treating a pregnant woman with PAXIL, the physician should carefully consider both
579  the potential risks of taking an SSRI, along with the established benefits of treating depression
580  with an antidepressant. This decision can only be made on a case by case basis (see DOSAGE
581  AND ADMINISTRATION and ADVERSE REACTIONS: Postmarketing Reports).

582  **PRECAUTIONS**
583  **General:** ***Activation of Mania/Hypomania:*** During premarketing testing, hypomania or
584  mania occurred in approximately 1.0% of unipolar patients treated with PAXIL compared to
585  1.1% of active-control and 0.3% of placebo-treated unipolar patients. In a subset of patients
586  classified as bipolar, the rate of manic episodes was 2.2% for PAXIL and 11.6% for the
587  combined active-control groups. As with all drugs effective in the treatment of major depressive
588  disorder, PAXIL should be used cautiously in patients with a history of mania.
589      ***Seizures:*** During premarketing testing, seizures occurred in 0.1% of patients treated with
590  PAXIL, a rate similar to that associated with other drugs effective in the treatment of major
591  depressive disorder. PAXIL should be used cautiously in patients with a history of seizures. It
592  should be discontinued in any patient who develops seizures.
593      ***Discontinuation of Treatment With PAXIL:*** Recent clinical trials supporting the various
594  approved indications for PAXIL employed a taper-phase regimen, rather than an abrupt
595  discontinuation of treatment. The taper-phase regimen used in GAD and PTSD clinical trials
596  involved an incremental decrease in the daily dose by 10 mg/day at weekly intervals. When a
597  daily dose of 20 mg/day was reached, patients were continued on this dose for 1 week before
598  treatment was stopped.
599      With this regimen in those studies, the following adverse events were reported at an incidence
600  of 2% or greater for PAXIL and were at least twice that reported for placebo: Abnormal dreams,
601  paresthesia, and dizziness. In the majority of patients, these events were mild to moderate and
602  were self-limiting and did not require medical intervention.
603      During marketing of PAXIL and other SSRIs and SNRIs, there have been spontaneous reports
604  of adverse events occurring upon the discontinuation of these drugs (particularly when abrupt),
605  including the following: Dysphoric mood, irritability, agitation, dizziness, sensory disturbances
606  (e.g., paresthesias such as electric shock sensations and tinnitus), anxiety, confusion, headache,
607  lethargy, emotional lability, insomnia, and hypomania. While these events are generally self-
608  limiting, there have been reports of serious discontinuation symptoms.
609      Patients should be monitored for these symptoms when discontinuing treatment with PAXIL.
610  A gradual reduction in the dose rather than abrupt cessation is recommended whenever possible.
611  If intolerable symptoms occur following a decrease in the dose or upon discontinuation of
612  treatment, then resuming the previously prescribed dose may be considered. Subsequently, the

16

613 physician may continue decreasing the dose but at a more gradual rate (see DOSAGE AND
614 ADMINISTRATION).

615     See also PRECAUTIONS: Pediatric Use, for adverse events reported upon discontinuation of
616 treatment with PAXIL in pediatric patients.

617     ***Tamoxifen:*** Some studies have shown that the efficacy of tamoxifen, as measured by the risk
618 of breast cancer relapse/mortality, may be reduced when co-prescribed with paroxetine as a
619 result of paroxetine's irreversible inhibition of CYP2D6 (see Drug Interactions). However, other
620 studies have failed to demonstrate such a risk. It is uncertain whether the coadministration of
621 paroxetine and tamoxifen has a significant adverse effect on the efficacy of tamoxifen. One study
622 suggests that the risk may increase with longer duration of coadministration. When tamoxifen is
623 used for the treatment or prevention of breast cancer, prescribers should consider using an
624 alternative antidepressant with little or no CYP2D6 inhibition.

625     ***Akathisia:*** The use of paroxetine or other SSRIs has been associated with the development
626 of akathisia, which is characterized by an inner sense of restlessness and psychomotor agitation
627 such as an inability to sit or stand still usually associated with subjective distress. This is most
628 likely to occur within the first few weeks of treatment.

629     ***Hyponatremia:*** Hyponatremia may occur as a result of treatment with SSRIs and SNRIs,
630 including PAXIL. In many cases, this hyponatremia appears to be the result of the syndrome of
631 inappropriate antidiuretic hormone secretion (SIADH). Cases with serum sodium lower than
632 110 mmol/L have been reported. Elderly patients may be at greater risk of developing
633 hyponatremia with SSRIs and SNRIs. Also, patients taking diuretics or who are otherwise
634 volume depleted may be at greater risk (see PRECAUTIONS: Geriatric Use). Discontinuation of
635 PAXIL should be considered in patients with symptomatic hyponatremia and appropriate
636 medical intervention should be instituted.

637     Signs and symptoms of hyponatremia include headache, difficulty concentrating, memory
638 impairment, confusion, weakness, and unsteadiness, which may lead to falls. Signs and
639 symptoms associated with more severe and/or acute cases have included hallucination, syncope,
640 seizure, coma, respiratory arrest, and death.

641     ***Abnormal Bleeding:*** SSRIs and SNRIs, including paroxetine, may increase the risk of
642 bleeding events. Concomitant use of aspirin, nonsteroidal anti-inflammatory drugs, warfarin, and
643 other anticoagulants may add to this risk. Case reports and epidemiological studies (case-control
644 and cohort design) have demonstrated an association between use of drugs that interfere with
645 serotonin reuptake and the occurrence of gastrointestinal bleeding. Bleeding events related to
646 SSRIs and SNRIs use have ranged from ecchymoses, hematomas, epistaxis, and petechiae to
647 life-threatening hemorrhages. Patients should be cautioned about the risk of bleeding associated
648 with the concomitant use of paroxetine and NSAIDs, aspirin, or other drugs that affect
649 coagulation.

650     ***Bone Fracture:*** Epidemiological studies on bone fracture risk following exposure to some
651 antidepressants, including SSRIs, have reported an association between antidepressant treatment
652 and fractures. There are multiple possible causes for this observation and it is unknown to what

<div align="center">17</div>

653 extent fracture risk is directly attributable to SSRI treatment. The possibility of a pathological
654 fracture, that is, a fracture produced by minimal trauma in a patient with decreased bone mineral
655 density, should be considered in patients treated with paroxetine who present with unexplained
656 bone pain, point tenderness, swelling, or bruising.
657     ***Use in Patients With Concomitant Illness:*** Clinical experience with PAXIL in patients
658 with certain concomitant systemic illness is limited. Caution is advisable in using PAXIL in
659 patients with diseases or conditions that could affect metabolism or hemodynamic responses.
660     As with other SSRIs, mydriasis has been infrequently reported in premarketing studies with
661 PAXIL. A few cases of acute angle closure glaucoma associated with paroxetine therapy have
662 been reported in the literature. As mydriasis can cause acute angle closure in patients with
663 narrow angle glaucoma, caution should be used when PAXIL is prescribed for patients with
664 narrow angle glaucoma.
665     PAXIL has not been evaluated or used to any appreciable extent in patients with a recent
666 history of myocardial infarction or unstable heart disease. Patients with these diagnoses were
667 excluded from clinical studies during the product's premarket testing. Evaluation of
668 electrocardiograms of 682 patients who received PAXIL in double-blind, placebo-controlled
669 trials, however, did not indicate that PAXIL is associated with the development of significant
670 ECG abnormalities. Similarly, PAXIL does not cause any clinically important changes in heart
671 rate or blood pressure.
672     Increased plasma concentrations of paroxetine occur in patients with severe renal impairment
673 (creatinine clearance <30 mL/min.) or severe hepatic impairment. A lower starting dose should
674 be used in such patients (see DOSAGE AND ADMINISTRATION).
675 **Information for Patients:** PAXIL should not be chewed or crushed, and should be swallowed
676 whole.
677     Patients should be cautioned about the risk of serotonin syndrome with the concomitant use of
678 PAXIL and triptans, tramadol, or other serotonergic agents.
679     Prescribers or other health professionals should inform patients, their families, and their
680 caregivers about the benefits and risks associated with treatment with PAXIL and should counsel
681 them in its appropriate use. A patient Medication Guide is available for PAXIL. The prescriber
682 or health professional should instruct patients, their families, and their caregivers to read the
683 Medication Guide and should assist them in understanding its contents. Patients should be given
684 the opportunity to discuss the contents of the Medication Guide and to obtain answers to any
685 questions they may have. The complete text of the Medication Guide is reprinted at the end of
686 this document.
687     Patients should be advised of the following issues and asked to alert their prescriber if these
688 occur while taking PAXIL.
689     ***Clinical Worsening and Suicide Risk:*** Patients, their families, and their caregivers
690 should be encouraged to be alert to the emergence of anxiety, agitation, panic attacks, insomnia,
691 irritability, hostility, aggressiveness, impulsivity, akathisia (psychomotor restlessness),
692 hypomania, mania, other unusual changes in behavior, worsening of depression, and suicidal

Reference ID: 3231319

693    ideation, especially early during antidepressant treatment and when the dose is adjusted up or
694    down. Families and caregivers of patients should be advised to look for the emergence of such
695    symptoms on a day-to-day basis, since changes may be abrupt. Such symptoms should be
696    reported to the patient's prescriber or health professional, especially if they are severe, abrupt in
697    onset, or were not part of the patient's presenting symptoms. Symptoms such as these may be
698    associated with an increased risk for suicidal thinking and behavior and indicate a need for very
699    close monitoring and possibly changes in the medication.

700    **Drugs That Interfere With Hemostasis (e.g., NSAIDs, Aspirin, and Warfarin):**
701    Patients should be cautioned about the concomitant use of paroxetine and NSAIDs, aspirin,
702    warfarin, or other drugs that affect coagulation since combined use of psychotropic drugs that
703    interfere with serotonin reuptake and these agents has been associated with an increased risk of
704    bleeding.

705    **Interference With Cognitive and Motor Performance:** Any psychoactive drug may
706    impair judgment, thinking, or motor skills. Although in controlled studies PAXIL has not been
707    shown to impair psychomotor performance, patients should be cautioned about operating
708    hazardous machinery, including automobiles, until they are reasonably certain that therapy with
709    PAXIL does not affect their ability to engage in such activities.

710    **Completing Course of Therapy:** While patients may notice improvement with treatment
711    with PAXIL in 1 to 4 weeks, they should be advised to continue therapy as directed.

712    **Concomitant Medication:** Patients should be advised to inform their physician if they are
713    taking, or plan to take, any prescription or over-the-counter drugs, since there is a potential for
714    interactions.

715    **Alcohol:** Although PAXIL has not been shown to increase the impairment of mental and
716    motor skills caused by alcohol, patients should be advised to avoid alcohol while taking PAXIL.

717    **Pregnancy:** Patients should be advised to notify their physician if they become pregnant or
718    intend to become pregnant during therapy (see WARNINGS: Usage in Pregnancy: *Teratogenic*
719    *Effects* and *Nonteratogenic Effects*).

720    **Nursing:** Patients should be advised to notify their physician if they are breastfeeding an
721    infant (see PRECAUTIONS: Nursing Mothers).

722    **Laboratory Tests:** There are no specific laboratory tests recommended.

723    **Drug Interactions:** *Tryptophan:* As with other serotonin reuptake inhibitors, an interaction
724    between paroxetine and tryptophan may occur when they are coadministered. Adverse
725    experiences, consisting primarily of headache, nausea, sweating, and dizziness, have been
726    reported when tryptophan was administered to patients taking PAXIL. Consequently,
727    concomitant use of PAXIL with tryptophan is not recommended (see WARNINGS: Serotonin
728    Syndrome).

729    **Monoamine Oxidase Inhibitors:** See CONTRAINDICATIONS and WARNINGS.

730    **Pimozide:** In a controlled study of healthy volunteers, after PAXIL was titrated to 60 mg
731    daily, co-administration of a single dose of 2 mg pimozide was associated with mean increases in
732    pimozide AUC of 151% and $C_{max}$ of 62%, compared to pimozide administered alone. The

<div align="center">19</div>

733  increase in pimozide AUC and $C_{max}$ is due to the CYP2D6 inhibitory properties of paroxetine.
734  Due to the narrow therapeutic index of pimozide and its known ability to prolong the QT
735  interval, concomitant use of pimozide and PAXIL is contraindicated (see
736  CONTRAINDICATIONS).

737  **Serotonergic Drugs:** Based on the mechanism of action of SNRIs and SSRIs, including
738  paroxetine hydrochloride, and the potential for serotonin syndrome, caution is advised when
739  PAXIL is coadministered with other drugs that may affect the serotonergic neurotransmitter
740  systems, such as triptans, lithium, fentanyl, tramadol, or St. John's Wort (see WARNINGS:
741  Serotonin Syndrome).

742  The concomitant use of PAXIL with MAOIs (including linezolid and intravenous methylene
743  blue) is contraindicated (see CONTRAINDICATIONS). The concomitant use of PAXIL with
744  other SSRIs, SNRIs or tryptophan is not recommended (see PRECAUTIONS: Drug Interactions:
745  *Tryptophan*).

746  **Thioridazine:** See CONTRAINDICATIONS and WARNINGS.

747  **Warfarin:** Preliminary data suggest that there may be a pharmacodynamic interaction (that
748  causes an increased bleeding diathesis in the face of unaltered prothrombin time) between
749  paroxetine and warfarin. Since there is little clinical experience, the concomitant administration
750  of PAXIL and warfarin should be undertaken with caution (see PRECAUTIONS: *Drugs That*
751  *Interfere With Hemostasis*).

752  **Triptans:** There have been rare postmarketing reports of serotonin syndrome with the use of
753  an SSRI and a triptan. If concomitant use of PAXIL with a triptan is clinically warranted, careful
754  observation of the patient is advised, particularly during treatment initiation and dose increases
755  (see WARNINGS: Serotonin Syndrome).

756  **Drugs Affecting Hepatic Metabolism:** The metabolism and pharmacokinetics of
757  paroxetine may be affected by the induction or inhibition of drug-metabolizing enzymes.

758  **Cimetidine:** Cimetidine inhibits many cytochrome $P_{450}$ (oxidative) enzymes. In a study
759  where PAXIL (30 mg once daily) was dosed orally for 4 weeks, steady-state plasma
760  concentrations of paroxetine were increased by approximately 50% during coadministration with
761  oral cimetidine (300 mg three times daily) for the final week. Therefore, when these drugs are
762  administered concurrently, dosage adjustment of PAXIL after the 20-mg starting dose should be
763  guided by clinical effect. The effect of paroxetine on cimetidine's pharmacokinetics was not
764  studied.

765  **Phenobarbital:** Phenobarbital induces many cytochrome $P_{450}$ (oxidative) enzymes. When a
766  single oral 30-mg dose of PAXIL was administered at phenobarbital steady state (100 mg once
767  daily for 14 days), paroxetine AUC and $T_{1/2}$ were reduced (by an average of 25% and 38%,
768  respectively) compared to paroxetine administered alone. The effect of paroxetine on
769  phenobarbital pharmacokinetics was not studied. Since PAXIL exhibits nonlinear
770  pharmacokinetics, the results of this study may not address the case where the 2 drugs are both
771  being chronically dosed. No initial dosage adjustment of PAXIL is considered necessary when
772  coadministered with phenobarbital; any subsequent adjustment should be guided by clinical

20

773    effect.

774    **Phenytoin:** When a single oral 30-mg dose of PAXIL was administered at phenytoin steady
775    state (300 mg once daily for 14 days), paroxetine AUC and $T_{1/2}$ were reduced (by an average of
776    50% and 35%, respectively) compared to PAXIL administered alone. In a separate study, when a
777    single oral 300-mg dose of phenytoin was administered at paroxetine steady state (30 mg once
778    daily for 14 days), phenytoin AUC was slightly reduced (12% on average) compared to
779    phenytoin administered alone. Since both drugs exhibit nonlinear pharmacokinetics, the above
780    studies may not address the case where the 2 drugs are both being chronically dosed. No initial
781    dosage adjustments are considered necessary when these drugs are coadministered; any
782    subsequent adjustments should be guided by clinical effect (see ADVERSE REACTIONS:
783    Postmarketing Reports).

784    **Drugs Metabolized by CYP2D6:** Many drugs, including most drugs effective in the
785    treatment of major depressive disorder (paroxetine, other SSRIs and many tricyclics), are
786    metabolized by the cytochrome $P_{450}$ isozyme CYP2D6. Like other agents that are metabolized by
787    CYP2D6, paroxetine may significantly inhibit the activity of this isozyme. In most patients
788    (>90%), this CYP2D6 isozyme is saturated early during dosing with PAXIL. In 1 study, daily
789    dosing of PAXIL (20 mg once daily) under steady-state conditions increased single dose
790    desipramine (100 mg) $C_{max}$, AUC, and $T_{1/2}$ by an average of approximately 2-, 5-, and 3-fold,
791    respectively. Concomitant use of paroxetine with risperidone, a CYP2D6 substrate has also been
792    evaluated. In 1 study, daily dosing of paroxetine 20 mg in patients stabilized on risperidone (4 to
793    8 mg/day) increased mean plasma concentrations of risperidone approximately 4-fold, decreased
794    9-hydroxyrisperidone concentrations approximately 10%, and increased concentrations of the
795    active moiety (the sum of risperidone plus 9-hydroxyrisperidone) approximately 1.4-fold. The
796    effect of paroxetine on the pharmacokinetics of atomoxetine has been evaluated when both drugs
797    were at steady state. In healthy volunteers who were extensive metabolizers of CYP2D6,
798    paroxetine 20 mg daily was given in combination with 20 mg atomoxetine every 12 hours. This
799    resulted in increases in steady state atomoxetine AUC values that were 6- to 8-fold greater and in
800    atomoxetine $C_{max}$ values that were 3- to 4-fold greater than when atomoxetine was given alone.
801    Dosage adjustment of atomoxetine may be necessary and it is recommended that atomoxetine be
802    initiated at a reduced dose when it is given with paroxetine.

803    Concomitant use of PAXIL with other drugs metabolized by cytochrome CYP2D6 has not
804    been formally studied but may require lower doses than usually prescribed for either PAXIL or
805    the other drug.

806    Therefore, coadministration of PAXIL with other drugs that are metabolized by this isozyme,
807    including certain drugs effective in the treatment of major depressive disorder (e.g., nortriptyline,
808    amitriptyline, imipramine, desipramine, and fluoxetine), phenothiazines, risperidone, and Type
809    1C antiarrhythmics (e.g., propafenone, flecainide, and encainide), or that inhibit this enzyme
810    (e.g., quinidine), should be approached with caution.

811    However, due to the risk of serious ventricular arrhythmias and sudden death potentially
812    associated with elevated plasma levels of thioridazine, paroxetine and thioridazine should not be

<div align="center">21</div>

813  coadministered (see CONTRAINDICATIONS and WARNINGS).

814  Tamoxifen is a pro-drug requiring metabolic activation by CYP2D6. Inhibition of CYP2D6

815  by paroxetine may lead to reduced plasma concentrations of an active metabolite (endoxifen) and

816  hence reduced efficacy of tamoxifen (see PRECAUTIONS).

817  At steady state, when the CYP2D6 pathway is essentially saturated, paroxetine clearance is

818  governed by alternative $P_{450}$ isozymes that, unlike CYP2D6, show no evidence of saturation (see

819  PRECAUTIONS: *Tricyclic Antidepressants [TCAs]*).

820  **Drugs Metabolized by Cytochrome CYP3A4:** An in vivo interaction study involving

821  the coadministration under steady-state conditions of paroxetine and terfenadine, a substrate for

822  cytochrome CYP3A4, revealed no effect of paroxetine on terfenadine pharmacokinetics. In

823  addition, in vitro studies have shown ketoconazole, a potent inhibitor of CYP3A4 activity, to be

824  at least 100 times more potent than paroxetine as an inhibitor of the metabolism of several

825  substrates for this enzyme, including terfenadine, astemizole, cisapride, triazolam, and

826  cyclosporine. Based on the assumption that the relationship between paroxetine's in vitro $K_i$ and

827  its lack of effect on terfenadine's in vivo clearance predicts its effect on other CYP3A4

828  substrates, paroxetine's extent of inhibition of CYP3A4 activity is not likely to be of clinical

829  significance.

830  **Tricyclic Antidepressants (TCAs):** Caution is indicated in the coadministration of

831  tricyclic antidepressants (TCAs) with PAXIL, because paroxetine may inhibit TCA metabolism.

832  Plasma TCA concentrations may need to be monitored, and the dose of TCA may need to be

833  reduced, if a TCA is coadministered with PAXIL (see PRECAUTIONS: *Drugs Metabolized by*

834  *Cytochrome CYP2D6*).

835  **Drugs Highly Bound to Plasma Protein:** Because paroxetine is highly bound to plasma

836  protein, administration of PAXIL to a patient taking another drug that is highly protein bound

837  may cause increased free concentrations of the other drug, potentially resulting in adverse events.

838  Conversely, adverse effects could result from displacement of paroxetine by other highly bound

839  drugs.

840  **Drugs That Interfere With Hemostasis (e.g., NSAIDs, Aspirin, and Warfarin):**

841  Serotonin release by platelets plays an important role in hemostasis. Epidemiological studies of

842  the case-control and cohort design that have demonstrated an association between use of

843  psychotropic drugs that interfere with serotonin reuptake and the occurrence of upper

844  gastrointestinal bleeding have also shown that concurrent use of an NSAID or aspirin may

845  potentiate this risk of bleeding. Altered anticoagulant effects, including increased bleeding, have

846  been reported when SSRIs or SNRIs are coadministered with warfarin. Patients receiving

847  warfarin therapy should be carefully monitored when paroxetine is initiated or discontinued.

848  **Alcohol:** Although PAXIL does not increase the impairment of mental and motor skills

849  caused by alcohol, patients should be advised to avoid alcohol while taking PAXIL.

850  **Lithium:** A multiple-dose study has shown that there is no pharmacokinetic interaction

851  between PAXIL and lithium carbonate. However, due to the potential for serotonin syndrome,

852  caution is advised when PAXIL is coadministered with lithium.

Reference ID: 3231319

853     **Digoxin:** The steady-state pharmacokinetics of paroxetine was not altered when administered
854 with digoxin at steady state. Mean digoxin AUC at steady state decreased by 15% in the
855 presence of paroxetine. Since there is little clinical experience, the concurrent administration of
856 paroxetine and digoxin should be undertaken with caution.

857     **Diazepam:** Under steady-state conditions, diazepam does not appear to affect paroxetine
858 kinetics. The effects of paroxetine on diazepam were not evaluated.

859     **Procyclidine:** Daily oral dosing of PAXIL (30 mg once daily) increased steady-state $AUC_{0-24}$,
860 $C_{max}$, and $C_{min}$ values of procyclidine (5 mg oral once daily) by 35%, 37%, and 67%,
861 respectively, compared to procyclidine alone at steady state. If anticholinergic effects are seen,
862 the dose of procyclidine should be reduced.

863     **Beta-Blockers:** In a study where propranolol (80 mg twice daily) was dosed orally for
864 18 days, the established steady-state plasma concentrations of propranolol were unaltered during
865 coadministration with PAXIL (30 mg once daily) for the final 10 days. The effects of
866 propranolol on paroxetine have not been evaluated (see ADVERSE REACTIONS:
867 Postmarketing Reports).

868     **Theophylline:** Reports of elevated theophylline levels associated with treatment with
869 PAXIL have been reported. While this interaction has not been formally studied, it is
870 recommended that theophylline levels be monitored when these drugs are concurrently
871 administered.

872     **Fosamprenavir/Ritonavir:** Co-administration of fosamprenavir/ritonavir with paroxetine
873 significantly decreased plasma levels of paroxetine. Any dose adjustment should be guided by
874 clinical effect (tolerability and efficacy).

875     **Electroconvulsive Therapy (ECT):** There are no clinical studies of the combined use of
876 ECT and PAXIL.

877 **Carcinogenesis, Mutagenesis, Impairment of Fertility: Carcinogenesis:** Two-year
878 carcinogenicity studies were conducted in rodents given paroxetine in the diet at 1, 5, and
879 25 mg/kg/day (mice) and 1, 5, and 20 mg/kg/day (rats). These doses are up to 2.4 (mouse) and
880 3.9 (rat) times the MRHD for major depressive disorder, social anxiety disorder, GAD, and
881 PTSD on a $mg/m^2$ basis. Because the MRHD for major depressive disorder is slightly less than
882 that for OCD (50 mg versus 60 mg), the doses used in these carcinogenicity studies were only
883 2.0 (mouse) and 3.2 (rat) times the MRHD for OCD. There was a significantly greater number of
884 male rats in the high-dose group with reticulum cell sarcomas (1/100, 0/50, 0/50, and 4/50 for
885 control, low-, middle-, and high-dose groups, respectively) and a significantly increased linear
886 trend across dose groups for the occurrence of lymphoreticular tumors in male rats. Female rats
887 were not affected. Although there was a dose-related increase in the number of tumors in mice,
888 there was no drug-related increase in the number of mice with tumors. The relevance of these
889 findings to humans is unknown.

890     **Mutagenesis:** Paroxetine produced no genotoxic effects in a battery of 5 in vitro and 2 in
891 vivo assays that included the following: Bacterial mutation assay, mouse lymphoma mutation
892 assay, unscheduled DNA synthesis assay, and tests for cytogenetic aberrations in vivo in mouse

23

893   bone marrow and in vitro in human lymphocytes and in a dominant lethal test in rats.

894     ***Impairment of Fertility:*** Some clinical studies have shown that SSRIs (including
895   paroxetine) may affect sperm quality during SSRI treatment, which may affect fertility in some
896   men.

897     A reduced pregnancy rate was found in reproduction studies in rats at a dose of paroxetine of
898   15 mg/kg/day, which is 2.9 times the MRHD for major depressive disorder, social anxiety
899   disorder, GAD, and PTSD or 2.4 times the MRHD for OCD on a mg/m² basis. Irreversible
900   lesions occurred in the reproductive tract of male rats after dosing in toxicity studies for 2 to
901   52 weeks. These lesions consisted of vacuolation of epididymal tubular epithelium at
902   50 mg/kg/day and atrophic changes in the seminiferous tubules of the testes with arrested
903   spermatogenesis at 25 mg/kg/day (9.8 and 4.9 times the MRHD for major depressive disorder,
904   social anxiety disorder, and GAD; 8.2 and 4.1 times the MRHD for OCD and PD on a mg/m²
905   basis).

906   **Pregnancy:** Pregnancy Category D. See WARNINGS: Usage in Pregnancy: *Teratogenic*
907   *Effects* and *Nonteratogenic Effects*.

908   **Labor and Delivery:** The effect of paroxetine on labor and delivery in humans is unknown.

909   **Nursing Mothers:** Like many other drugs, paroxetine is secreted in human milk, and caution
910   should be exercised when PAXIL is administered to a nursing woman.

911   **Pediatric Use:** Safety and effectiveness in the pediatric population have not been established
912   (see BOX WARNING and WARNINGS: Clinical Worsening and Suicide Risk). Three placebo-
913   controlled trials in 752 pediatric patients with MDD have been conducted with PAXIL, and the
914   data were not sufficient to support a claim for use in pediatric patients. Anyone considering the
915   use of PAXIL in a child or adolescent must balance the potential risks with the clinical need.
916   Decreased appetite and weight loss have been observed in association with the use of SSRIs.
917   Consequently, regular monitoring of weight and growth should be performed in children and
918   adolescents treated with an SSRI such as PAXIL.

919     In placebo-controlled clinical trials conducted with pediatric patients, the following adverse
920   events were reported in at least 2% of pediatric patients treated with PAXIL and occurred at a
921   rate at least twice that for pediatric patients receiving placebo: emotional lability (including self-
922   harm, suicidal thoughts, attempted suicide, crying, and mood fluctuations), hostility, decreased
923   appetite, tremor, sweating, hyperkinesia, and agitation.

924     Events reported upon discontinuation of treatment with PAXIL in the pediatric clinical trials
925   that included a taper phase regimen, which occurred in at least 2% of patients who received
926   PAXIL and which occurred at a rate at least twice that of placebo, were: emotional lability
927   (including suicidal ideation, suicide attempt, mood changes, and tearfulness), nervousness,
928   dizziness, nausea, and abdominal pain (see DOSAGE AND ADMINISTRATION:
929   Discontinuation of Treatment With PAXIL).

930   **Geriatric Use:** SSRIs and SNRIs, including PAXIL, have been associated with cases of
931   clinically significant hyponatremia in elderly patients, who may be at greater risk for this adverse
932   event (see PRECAUTIONS: Hyponatremia).

Reference ID: 3231319

933    In worldwide premarketing clinical trials with PAXIL, 17% of patients treated with PAXIL
934 (approximately 700) were 65 years of age or older. Pharmacokinetic studies revealed a decreased
935 clearance in the elderly, and a lower starting dose is recommended; there were, however, no
936 overall differences in the adverse event profile between elderly and younger patients, and
937 effectiveness was similar in younger and older patients (see CLINICAL PHARMACOLOGY
938 and DOSAGE AND ADMINISTRATION).

939 **ADVERSE REACTIONS**
940 **Associated With Discontinuation of Treatment:** Twenty percent (1,199/6,145) of patients
941 treated with PAXIL in worldwide clinical trials in major depressive disorder and 16.1%
942 (84/522), 11.8% (64/542), 9.4% (44/469), 10.7% (79/735), and 11.7% (79/676) of patients
943 treated with PAXIL in worldwide trials in social anxiety disorder, OCD, panic disorder, GAD,
944 and PTSD, respectively, discontinued treatment due to an adverse event. The most common
945 events (≥1%) associated with discontinuation and considered to be drug related (i.e., those events
946 associated with dropout at a rate approximately twice or greater for PAXIL compared to placebo)
947 included the following:
948

25

**Exhibit K**
**159**

| | Major Depressive Disorder | | OCD | | Panic Disorder | | Social Anxiety Disorder | | Generalized Anxiety Disorder | | PTSD | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PAXIL | Placebo | PAXIL | Placebo | PAXIL | Placebo | PAXIL | Placebo | PAXIL | Placebo | PAXIL | Placebo |
| **CNS** | | | | | | | | | | | | |
| Somnolence | 2.3% | 0.7% | — | 0% | 1.9% | 0.3% | 3.4% | 0.3% | 2.0% | 0.2% | 2.8% | 0.6% |
| Insomnia | — | — | 1.7% | 0% | 1.3% | 0.3% | 3.1% | 0% | | | — | — |
| Agitation | 1.1% | 0.5% | — | | | | | | | | | |
| Tremor | 1.1% | 0.3% | | | | | 1.7% | 0% | | | 1.0% | 0.2% |
| Anxiety | — | — | — | | | | 1.1% | 0% | | | — | — |
| Dizziness | — | — | 1.5% | 0% | | | 1.9% | 0% | 1.0% | 0.2% | — | — |
| **Gastrointestinal** | | | | | | | | | | | | |
| Constipation | — | | 1.1% | 0% | | | | | | | — | — |
| Nausea | 3.2% | 1.1% | 1.9% | 0% | 3.2% | 1.2% | 4.0% | 0.3% | 2.0% | 0.2% | 2.2% | 0.6% |
| Diarrhea | 1.0% | 0.3% | — | | | | | | | | — | — |
| Dry mouth | 1.0% | 0.3% | — | | | | | | | | — | — |
| Vomiting | 1.0% | 0.3% | — | | | | 1.0% | 0% | | | — | — |
| Flatulence | | | | | | | 1.0% | 0.3% | | | — | — |
| **Other** | | | | | | | | | | | | |
| Asthenia | 1.6% | 0.4% | 1.9% | 0.4% | | | 2.5% | 0.6% | 1.8% | 0.2% | 1.6% | 0.2% |
| Abnormal Ejaculation[a] | 1.6% | 0% | 2.1% | 0% | | | 4.9% | 0.6% | 2.5% | 0.5% | — | — |
| Sweating | 1.0% | 0.3% | — | | | | 1.1% | 0% | 1.1% | 0.2% | — | — |
| Impotence[a] | — | | 1.5% | 0% | | | | | | | — | — |
| Libido Decreased | | | | | | | 1.0% | 0% | | | — | — |

949   Where numbers are not provided the incidence of the adverse events in patients treated with
950   PAXIL was not >1% or was not greater than or equal to 2 times the incidence of placebo.
951   a. Incidence corrected for gender.
952
953   **Commonly Observed Adverse Events:** *Major Depressive Disorder:* The most
954   commonly observed adverse events associated with the use of paroxetine (incidence of 5% or
955   greater and incidence for PAXIL at least twice that for placebo, derived from Table 2) were:
956   Asthenia, sweating, nausea, decreased appetite, somnolence, dizziness, insomnia, tremor,
957   nervousness, ejaculatory disturbance, and other male genital disorders.
958       *Obsessive Compulsive Disorder:* The most commonly observed adverse events
959   associated with the use of paroxetine (incidence of 5% or greater and incidence for PAXIL at
960   least twice that of placebo, derived from Table 3) were: Nausea, dry mouth, decreased appetite,
961   constipation, dizziness, somnolence, tremor, sweating, impotence, and abnormal ejaculation.
962       *Panic Disorder:* The most commonly observed adverse events associated with the use of
963   paroxetine (incidence of 5% or greater and incidence for PAXIL at least twice that for placebo,
964   derived from Table 3) were: Asthenia, sweating, decreased appetite, libido decreased, tremor,

26

965 abnormal ejaculation, female genital disorders, and impotence.

966     ***Social Anxiety Disorder:*** The most commonly observed adverse events associated with
967 the use of paroxetine (incidence of 5% or greater and incidence for PAXIL at least twice that for
968 placebo, derived from Table 3) were: Sweating, nausea, dry mouth, constipation, decreased
969 appetite, somnolence, tremor, libido decreased, yawn, abnormal ejaculation, female genital
970 disorders, and impotence.

971     ***Generalized Anxiety Disorder:*** The most commonly observed adverse events associated
972 with the use of paroxetine (incidence of 5% or greater and incidence for PAXIL at least twice
973 that for placebo, derived from Table 4) were: Asthenia, infection, constipation, decreased
974 appetite, dry mouth, nausea, libido decreased, somnolence, tremor, sweating, and abnormal
975 ejaculation.

976     ***Posttraumatic Stress Disorder:*** The most commonly observed adverse events associated
977 with the use of paroxetine (incidence of 5% or greater and incidence for PAXIL at least twice
978 that for placebo, derived from Table 4) were: Asthenia, sweating, nausea, dry mouth, diarrhea,
979 decreased appetite, somnolence, libido decreased, abnormal ejaculation, female genital disorders,
980 and impotence.

981 **Incidence in Controlled Clinical Trials:** The prescriber should be aware that the figures in
982 the tables following cannot be used to predict the incidence of side effects in the course of usual
983 medical practice where patient characteristics and other factors differ from those that prevailed in
984 the clinical trials. Similarly, the cited frequencies cannot be compared with figures obtained from
985 other clinical investigations involving different treatments, uses, and investigators. The cited
986 figures, however, do provide the prescribing physician with some basis for estimating the
987 relative contribution of drug and nondrug factors to the side effect incidence rate in the
988 populations studied.

989     ***Major Depressive Disorder:*** Table 2 enumerates adverse events that occurred at an
990 incidence of 1% or more among paroxetine-treated patients who participated in short-term
991 (6-week) placebo-controlled trials in which patients were dosed in a range of 20 mg to
992 50 mg/day. Reported adverse events were classified using a standard COSTART-based
993 Dictionary terminology.

994

Reference ID: 3231319

995 **Table 2. Treatment-Emergent Adverse Experience Incidence in Placebo-Controlled**
996 **Clinical Trials for Major Depressive Disorder[a]**

| Body System | Preferred Term | PAXIL (n = 421) | Placebo (n = 421) |
|---|---|---|---|
| Body as a Whole | Headache | 18% | 17% |
| | Asthenia | 15% | 6% |
| Cardiovascular | Palpitation | 3% | 1% |
| | Vasodilation | 3% | 1% |
| Dermatologic | Sweating | 11% | 2% |
| | Rash | 2% | 1% |
| Gastrointestinal | Nausea | 26% | 9% |
| | Dry Mouth | 18% | 12% |
| | Constipation | 14% | 9% |
| | Diarrhea | 12% | 8% |
| | Decreased Appetite | 6% | 2% |
| | Flatulence | 4% | 2% |
| | Oropharynx Disorder[b] | 2% | 0% |
| | Dyspepsia | 2% | 1% |
| Musculoskeletal | Myopathy | 2% | 1% |
| | Myalgia | 2% | 1% |
| | Myasthenia | 1% | 0% |
| Nervous System | Somnolence | 23% | 9% |
| | Dizziness | 13% | 6% |
| | Insomnia | 13% | 6% |
| | Tremor | 8% | 2% |
| | Nervousness | 5% | 3% |
| | Anxiety | 5% | 3% |
| | Paresthesia | 4% | 2% |
| | Libido Decreased | 3% | 0% |
| | Drugged Feeling | 2% | 1% |
| | Confusion | 1% | 0% |
| Respiration | Yawn | 4% | 0% |
| Special Senses | Blurred Vision | 4% | 1% |
| | Taste Perversion | 2% | 0% |
| Urogenital System | Ejaculatory Disturbance[c,d] | 13% | 0% |
| | Other Male Genital Disorders[c,e] | 10% | 0% |
| | Urinary Frequency | 3% | 1% |
| | Urination Disorder[f] | 3% | 0% |
| | Female Genital Disorders[c,g] | 2% | 0% |

997 a. Events reported by at least 1% of patients treated with PAXIL are included, except the
998     following events which had an incidence on placebo ≥ PAXIL: Abdominal pain, agitation,
999     back pain, chest pain, CNS stimulation, fever, increased appetite, myoclonus, pharyngitis,
1000     postural hypotension, respiratory disorder (includes mostly "cold symptoms" or "URI"),
1001     trauma, and vomiting.
1002 b. Includes mostly "lump in throat" and "tightness in throat."

28

1003    c. Percentage corrected for gender.
1004    d. Mostly "ejaculatory delay."
1005    e. Includes "anorgasmia," "erectile difficulties," "delayed ejaculation/orgasm," and "sexual
1006       dysfunction," and "impotence."
1007    f. Includes mostly "difficulty with micturition" and "urinary hesitancy."
1008    g. Includes mostly "anorgasmia" and "difficulty reaching climax/orgasm."
1009

1010 ***Obsessive Compulsive Disorder, Panic Disorder, and Social Anxiety Disorder:***
1011 Table 3 enumerates adverse events that occurred at a frequency of 2% or more among OCD
1012 patients on PAXIL who participated in placebo-controlled trials of 12-weeks duration in which
1013 patients were dosed in a range of 20 mg to 60 mg/day or among patients with panic disorder on
1014 PAXIL who participated in placebo-controlled trials of 10- to 12-weeks duration in which
1015 patients were dosed in a range of 10 mg to 60 mg/day or among patients with social anxiety
1016 disorder on PAXIL who participated in placebo-controlled trials of 12-weeks duration in which
1017 patients were dosed in a range of 20 mg to 50 mg/day.
1018

1019 **Table 3. Treatment-Emergent Adverse Experience Incidence in Placebo-Controlled**
1020 **Clinical Trials for Obsessive Compulsive Disorder, Panic Disorder, and Social Anxiety**
1021 **Disorder[a]**

| Body System | Preferred Term | Obsessive Compulsive Disorder | | Panic Disorder | | Social Anxiety Disorder | |
|---|---|---|---|---|---|---|---|
| | | PAXIL (n = 542) | Placebo (n = 265) | PAXIL (n = 469) | Placebo (n = 324) | PAXIL (n = 425) | Placebo (n = 339) |
| Body as a Whole | Asthenia | 22% | 14% | 14% | 5% | 22% | 14% |
| | Abdominal Pain | — | — | 4% | 3% | — | — |
| | Chest Pain | 3% | 2% | — | — | — | — |
| | Back Pain | — | — | 3% | 2% | — | — |
| | Chills | 2% | 1% | 2% | 1% | — | — |
| | Trauma | — | — | — | — | 3% | 1% |
| Cardiovascular | Vasodilation | 4% | 1% | — | — | — | — |
| | Palpitation | 2% | 0% | — | — | — | — |
| Dermatologic | Sweating | 9% | 3% | 14% | 6% | 9% | 2% |
| | Rash | 3% | 2% | — | — | — | — |
| Gastrointestinal | Nausea | 23% | 10% | 23% | 17% | 25% | 7% |
| | Dry Mouth | 18% | 9% | 18% | 11% | 9% | 3% |
| | Constipation | 16% | 6% | 8% | 5% | 5% | 2% |
| | Diarrhea | 10% | 10% | 12% | 7% | 9% | 6% |
| | Decreased Appetite | 9% | 3% | 7% | 3% | 8% | 2% |
| | Dyspepsia | — | — | — | — | 4% | 2% |
| | Flatulence | — | — | — | — | 4% | 2% |
| | Increased | | | | | | |

| | | Obsessive Compulsive Disorder | | Panic Disorder | | Social Anxiety Disorder | |
|---|---|---|---|---|---|---|---|
| | Appetite | 4% | 3% | 2% | 1% | — | — |
| | Vomiting | — | — | — | — | 2% | 1% |
| Musculoskeletal | Myalgia | — | — | — | — | 4% | 3% |
| Nervous System | Insomnia | 24% | 13% | 18% | 10% | 21% | 16% |
| | Somnolence | 24% | 7% | 19% | 11% | 22% | 5% |
| | Dizziness | 12% | 6% | 14% | 10% | 11% | 7% |
| | Tremor | 11% | 1% | 9% | 1% | 9% | 1% |
| | Nervousness | 9% | 8% | — | — | 8% | 7% |
| | Libido Decreased | 7% | 4% | 9% | 1% | 12% | 1% |
| | Agitation | — | — | 5% | 4% | 3% | 1% |
| | Anxiety | — | — | 5% | 4% | 5% | 4% |
| | Abnormal Dreams | 4% | 1% | — | — | — | — |
| | Concentration Impaired | 3% | 2% | — | — | 4% | 1% |
| | Depersonalization | 3% | 0% | — | — | — | — |
| | Myoclonus | 3% | 0% | 3% | 2% | 2% | 1% |
| | Amnesia | 2% | 1% | — | — | — | — |
| Respiratory System | Rhinitis | — | — | 3% | 0% | — | — |
| | Pharyngitis | — | — | — | — | 4% | 2% |
| | Yawn | — | — | — | — | 5% | 1% |
| Special Senses | Abnormal Vision | 4% | 2% | — | — | 4% | 1% |
| | Taste Perversion | 2% | 0% | — | — | — | — |
| Urogenital System | Abnormal Ejaculation[b] | 23% | 1% | 21% | 1% | 28% | 1% |
| | Dysmenorrhea | — | — | — | — | 5% | 4% |
| | Female Genital Disorder[b] | 3% | 0% | 9% | 1% | 9% | 1% |
| | Impotence[b] | 8% | 1% | 5% | 0% | 5% | 1% |
| | Urinary Frequency | 3% | 1% | 2% | 0% | — | — |
| | Urination Impaired | 3% | 0% | — | — | — | — |
| | Urinary Tract Infection | 2% | 1% | 2% | 1% | — | — |

1022  a. Events reported by at least 2% of OCD, panic disorder, and social anxiety disorder in patients
1023   treated with PAXIL are included, except the following events which had an incidence on
1024   placebo ≥PAXIL: [OCD]: Abdominal pain, agitation, anxiety, back pain, cough increased,
1025   depression, headache, hyperkinesia, infection, paresthesia, pharyngitis, respiratory disorder,
1026   rhinitis, and sinusitis. [panic disorder]: Abnormal dreams, abnormal vision, chest pain, cough
1027   increased, depersonalization, depression, dysmenorrhea, dyspepsia, flu syndrome, headache,

30

1028    infection, myalgia, nervousness, palpitation, paresthesia, pharyngitis, rash, respiratory
1029    disorder, sinusitis, taste perversion, trauma, urination impaired, and vasodilation. [social
1030    anxiety disorder]: Abdominal pain, depression, headache, infection, respiratory disorder, and
1031    sinusitis.
1032    b. Percentage corrected for gender.
1033
1034    ***Generalized Anxiety Disorder and Posttraumatic Stress Disorder:*** Table 4
1035    enumerates adverse events that occurred at a frequency of 2% or more among GAD patients on
1036    PAXIL who participated in placebo-controlled trials of 8-weeks duration in which patients were
1037    dosed in a range of 10 mg/day to 50 mg/day or among PTSD patients on PAXIL who
1038    participated in placebo-controlled trials of 12-weeks duration in which patients were dosed in a
1039    range of 20 mg/day to 50 mg/day.
1040

31

**Exhibit K**
**165**

1041 **Table 4. Treatment-Emergent Adverse Experience Incidence in Placebo-Controlled**
1042 **Clinical Trials for Generalized Anxiety Disorder and Posttraumatic Stress Disorder**[a]

| Body System | Preferred Term | Generalized Anxiety Disorder | | Posttraumatic Stress Disorder | |
|---|---|---|---|---|---|
| | | PAXIL (n = 735) | Placebo (n = 529) | PAXIL (n = 676) | Placebo (n = 504) |
| Body as a Whole | Asthenia | 14% | 6% | 12% | 4% |
| | Headache | 17% | 14% | — | — |
| | Infection | 6% | 3% | 5% | 4% |
| | Abdominal Pain | | | 4% | 3% |
| | Trauma | | | 6% | 5% |
| Cardiovascular | Vasodilation | 3% | 1% | 2% | 1% |
| Dermatologic | Sweating | 6% | 2% | 5% | 1% |
| Gastrointestinal | Nausea | 20% | 5% | 19% | 8% |
| | Dry Mouth | 11% | 5% | 10% | 5% |
| | Constipation | 10% | 2% | 5% | 3% |
| | Diarrhea | 9% | 7% | 11% | 5% |
| | Decreased Appetite | 5% | 1% | 6% | 3% |
| | Vomiting | 3% | 2% | 3% | 2% |
| | Dyspepsia | — | — | 5% | 3% |
| Nervous System | Insomnia | 11% | 8% | 12% | 11% |
| | Somnolence | 15% | 5% | 16% | 5% |
| | Dizziness | 6% | 5% | 6% | 5% |
| | Tremor | 5% | 1% | 4% | 1% |
| | Nervousness | 4% | 3% | — | — |
| | Libido Decreased | 9% | 2% | 5% | 2% |
| | Abnormal Dreams | | | 3% | 2% |
| Respiratory System | Respiratory Disorder | 7% | 5% | — | — |
| | Sinusitis | 4% | 3% | — | — |
| | Yawn | 4% | — | 2% | <1% |
| Special Senses | Abnormal Vision | 2% | 1% | 3% | 1% |
| Urogenital System | Abnormal Ejaculation[b] | 25% | 2% | 13% | 2% |
| | Female Genital Disorder[b] | 4% | 1% | 5% | 1% |
| | Impotence[b] | 4% | 3% | 9% | 1% |

1043 a. Events reported by at least 2% of GAD and PTSD in patients treated with PAXIL are
1044    included, except the following events which had an incidence on placebo ≥PAXIL [GAD]:
1045    Abdominal pain, back pain, trauma, dyspepsia, myalgia, and pharyngitis. [PTSD]: Back pain,
1046    headache, anxiety, depression, nervousness, respiratory disorder, pharyngitis, and sinusitis.
1047 b. Percentage corrected for gender.
1048
1049  ***Dose Dependency of Adverse Events:*** A comparison of adverse event rates in a
1050 fixed-dose study comparing 10, 20, 30, and 40 mg/day of PAXIL with placebo in the treatment
1051 of major depressive disorder revealed a clear dose dependency for some of the more common
1052 adverse events associated with use of PAXIL, as shown in Table 5:
1053

32

1054

1055 **Table 5. Treatment-Emergent Adverse Experience Incidence in a Dose-Comparison Trial**
1056 **in the Treatment of Major Depressive Disorder**[a]

| Body System/Preferred Term | Placebo n = 51 | PAXIL | | | |
|---|---|---|---|---|---|
| | | 10 mg n = 102 | 20 mg n = 104 | 30 mg n = 101 | 40 mg n = 102 |
| **Body as a Whole** | | | | | |
| Asthenia | 0.0% | 2.9% | 10.6% | 13.9% | 12.7% |
| **Dermatology** | | | | | |
| Sweating | 2.0% | 1.0% | 6.7% | 8.9% | 11.8% |
| **Gastrointestinal** | | | | | |
| Constipation | 5.9% | 4.9% | 7.7% | 9.9% | 12.7% |
| Decreased Appetite | 2.0% | 2.0% | 5.8% | 4.0% | 4.9% |
| Diarrhea | 7.8% | 9.8% | 19.2% | 7.9% | 14.7% |
| Dry Mouth | 2.0% | 10.8% | 18.3% | 15.8% | 20.6% |
| Nausea | 13.7% | 14.7% | 26.9% | 34.7% | 36.3% |
| **Nervous System** | | | | | |
| Anxiety | 0.0% | 2.0% | 5.8% | 5.9% | 5.9% |
| Dizziness | 3.9% | 6.9% | 6.7% | 8.9% | 12.7% |
| Nervousness | 0.0% | 5.9% | 5.8% | 4.0% | 2.9% |
| Paresthesia | 0.0% | 2.9% | 1.0% | 5.0% | 5.9% |
| Somnolence | 7.8% | 12.7% | 18.3% | 20.8% | 21.6% |
| Tremor | 0.0% | 0.0% | 7.7% | 7.9% | 14.7% |
| **Special Senses** | | | | | |
| Blurred Vision | 2.0% | 2.9% | 2.9% | 2.0% | 7.8% |
| **Urogenital System** | | | | | |
| Abnormal Ejaculation | 0.0% | 5.8% | 6.5% | 10.6% | 13.0% |
| Impotence | 0.0% | 1.9% | 4.3% | 6.4% | 1.9% |
| Male Genital Disorders | 0.0% | 3.8% | 8.7% | 6.4% | 3.7% |

1057 a.  Rule for including adverse events in table: Incidence at least 5% for 1 of paroxetine groups
1058     and ≥ twice the placebo incidence for at least 1 paroxetine group.

1059

1060     In a fixed-dose study comparing placebo and 20, 40, and 60 mg of PAXIL in the treatment of
1061 OCD, there was no clear relationship between adverse events and the dose of PAXIL to which
1062 patients were assigned. No new adverse events were observed in the group treated with 60 mg of
1063 PAXIL compared to any of the other treatment groups.
1064     In a fixed-dose study comparing placebo and 10, 20, and 40 mg of PAXIL in the treatment of
1065 panic disorder, there was no clear relationship between adverse events and the dose of PAXIL to
1066 which patients were assigned, except for asthenia, dry mouth, anxiety, libido decreased, tremor,
1067 and abnormal ejaculation. In flexible-dose studies, no new adverse events were observed in
1068 patients receiving 60 mg of PAXIL compared to any of the other treatment groups.
1069     In a fixed-dose study comparing placebo and 20, 40, and 60 mg of PAXIL in the treatment of
1070 social anxiety disorder, for most of the adverse events, there was no clear relationship between

33

1071     adverse events and the dose of PAXIL to which patients were assigned.

1072       In a fixed-dose study comparing placebo and 20 and 40 mg of PAXIL in the treatment of
1073     generalized anxiety disorder, for most of the adverse events, there was no clear relationship
1074     between adverse events and the dose of PAXIL to which patients were assigned, except for the
1075     following adverse events: Asthenia, constipation, and abnormal ejaculation.

1076       In a fixed-dose study comparing placebo and 20 and 40 mg of PAXIL in the treatment of
1077     posttraumatic stress disorder, for most of the adverse events, there was no clear relationship
1078     between adverse events and the dose of PAXIL to which patients were assigned, except for
1079     impotence and abnormal ejaculation.

1080       ***Adaptation to Certain Adverse Events:*** Over a 4- to 6-week period, there was evidence
1081     of adaptation to some adverse events with continued therapy (e.g., nausea and dizziness), but less
1082     to other effects (e.g., dry mouth, somnolence, and asthenia).

1083       ***Male and Female Sexual Dysfunction With SSRIs:*** Although changes in sexual desire,
1084     sexual performance, and sexual satisfaction often occur as manifestations of a psychiatric
1085     disorder, they may also be a consequence of pharmacologic treatment. In particular, some
1086     evidence suggests that selective serotonin reuptake inhibitors (SSRIs) can cause such untoward
1087     sexual experiences.

1088       Reliable estimates of the incidence and severity of untoward experiences involving sexual
1089     desire, performance, and satisfaction are difficult to obtain, however, in part because patients and
1090     physicians may be reluctant to discuss them. Accordingly, estimates of the incidence of
1091     untoward sexual experience and performance cited in product labeling, are likely to
1092     underestimate their actual incidence.

1093       In placebo-controlled clinical trials involving more than 3,200 patients, the ranges for the
1094     reported incidence of sexual side effects in males and females with major depressive disorder,
1095     OCD, panic disorder, social anxiety disorder, GAD, and PTSD are displayed in Table 6.

1096

1097 **Table 6. Incidence of Sexual Adverse Events in Controlled Clinical Trials**

|  | **PAXIL** | **Placebo** |
|---|---|---|
| **n (males)** | **1446** | **1042** |
| Decreased Libido | 6-15% | 0-5% |
| Ejaculatory Disturbance | 13-28% | 0-2% |
| Impotence | 2-9% | 0-3% |
| **n (females)** | **1822** | **1340** |
| Decreased Libido | 0-9% | 0-2% |
| Orgasmic Disturbance | 2-9% | 0-1% |

1098

1099       There are no adequate and well-controlled studies examining sexual dysfunction with
1100     paroxetine treatment.

1101       Paroxetine treatment has been associated with several cases of priapism. In those cases with a
1102     known outcome, patients recovered without sequelae.

1103       While it is difficult to know the precise risk of sexual dysfunction associated with the use of

<div align="center">34</div>

1104  SSRIs, physicians should routinely inquire about such possible side effects.

1105  **Weight and Vital Sign Changes:** Significant weight loss may be an undesirable result of
1106  treatment with PAXIL for some patients but, on average, patients in controlled trials had minimal
1107  (about 1 pound) weight loss versus smaller changes on placebo and active control. No significant
1108  changes in vital signs (systolic and diastolic blood pressure, pulse and temperature) were
1109  observed in patients treated with PAXIL in controlled clinical trials.

1110  **ECG Changes:** In an analysis of ECGs obtained in 682 patients treated with PAXIL and
1111  415 patients treated with placebo in controlled clinical trials, no clinically significant changes
1112  were seen in the ECGs of either group.

1113  **Liver Function Tests:** In placebo-controlled clinical trials, patients treated with PAXIL
1114  exhibited abnormal values on liver function tests at no greater rate than that seen in
1115  placebo-treated patients. In particular, the PAXIL-versus-placebo comparisons for alkaline
1116  phosphatase, SGOT, SGPT, and bilirubin revealed no differences in the percentage of patients
1117  with marked abnormalities.

1118  **Hallucinations:** In pooled clinical trials of immediate-release paroxetine hydrochloride,
1119  hallucinations were observed in 22 of 9089 patients receiving drug and 4 of 3187 patients
1120  receiving placebo.

1121  **Other Events Observed During the Premarketing Evaluation of PAXIL:** During its
1122  premarketing assessment in major depressive disorder, multiple doses of PAXIL were
1123  administered to 6,145 patients in phase 2 and 3 studies. The conditions and duration of exposure
1124  to PAXIL varied greatly and included (in overlapping categories) open and double-blind studies,
1125  uncontrolled and controlled studies, inpatient and outpatient studies, and fixed-dose, and titration
1126  studies. During premarketing clinical trials in OCD, panic disorder, social anxiety disorder,
1127  generalized anxiety disorder, and posttraumatic stress disorder, 542, 469, 522, 735, and 676
1128  patients, respectively, received multiple doses of PAXIL. Untoward events associated with this
1129  exposure were recorded by clinical investigators using terminology of their own choosing.
1130  Consequently, it is not possible to provide a meaningful estimate of the proportion of individuals
1131  experiencing adverse events without first grouping similar types of untoward events into a
1132  smaller number of standardized event categories.

1133  In the tabulations that follow, reported adverse events were classified using a standard
1134  COSTART-based Dictionary terminology. The frequencies presented, therefore, represent the
1135  proportion of the 9,089 patients exposed to multiple doses of PAXIL who experienced an event
1136  of the type cited on at least 1 occasion while receiving PAXIL. All reported events are included
1137  except those already listed in Tables 2 to 5, those reported in terms so general as to be
1138  uninformative and those events where a drug cause was remote. It is important to emphasize that
1139  although the events reported occurred during treatment with paroxetine, they were not
1140  necessarily caused by it.

1141  Events are further categorized by body system and listed in order of decreasing frequency
1142  according to the following definitions: Frequent adverse events are those occurring on 1 or more
1143  occasions in at least 1/100 patients (only those not already listed in the tabulated results from

35

1144 placebo-controlled trials appear in this listing); infrequent adverse events are those occurring in
1145 1/100 to 1/1,000 patients; rare events are those occurring in fewer than 1/1,000 patients. Events
1146 of major clinical importance are also described in the PRECAUTIONS section.

1147 **Body as a Whole:** *Infrequent:* Allergic reaction, chills, face edema, malaise, neck pain;
1148 *rare:* Adrenergic syndrome, cellulitis, moniliasis, neck rigidity, pelvic pain, peritonitis, sepsis,
1149 ulcer.

1150 **Cardiovascular System:** *Frequent:* Hypertension, tachycardia; *infrequent:* Bradycardia,
1151 hematoma, hypotension, migraine, postural hypotension, syncope; *rare:* Angina pectoris,
1152 arrhythmia nodal, atrial fibrillation, bundle branch block, cerebral ischemia, cerebrovascular
1153 accident, congestive heart failure, heart block, low cardiac output, myocardial infarct, myocardial
1154 ischemia, pallor, phlebitis, pulmonary embolus, supraventricular extrasystoles, thrombophlebitis,
1155 thrombosis, varicose vein, vascular headache, ventricular extrasystoles.

1156 **Digestive System:** *Infrequent:* Bruxism, colitis, dysphagia, eructation, gastritis,
1157 gastroenteritis, gingivitis, glossitis, increased salivation, liver function tests abnormal, rectal
1158 hemorrhage, ulcerative stomatitis; *rare:* Aphthous stomatitis, bloody diarrhea, bulimia,
1159 cardiospasm, cholelithiasis, duodenitis, enteritis, esophagitis, fecal impactions, fecal
1160 incontinence, gum hemorrhage, hematemesis, hepatitis, ileitis, ileus, intestinal obstruction,
1161 jaundice, melena, mouth ulceration, peptic ulcer, salivary gland enlargement, sialadenitis,
1162 stomach ulcer, stomatitis, tongue discoloration, tongue edema, tooth caries.

1163 **Endocrine System:** *Rare:* Diabetes mellitus, goiter, hyperthyroidism, hypothyroidism,
1164 thyroiditis.

1165 **Hemic and Lymphatic Systems:** *Infrequent:* Anemia, leukopenia, lymphadenopathy,
1166 purpura; *rare:* Abnormal erythrocytes, basophilia, bleeding time increased, eosinophilia,
1167 hypochromic anemia, iron deficiency anemia, leukocytosis, lymphedema, abnormal
1168 lymphocytes, lymphocytosis, microcytic anemia, monocytosis, normocytic anemia,
1169 thrombocythemia, thrombocytopenia.

1170 **Metabolic and Nutritional:** *Frequent:* Weight gain; *infrequent:* Edema, peripheral edema,
1171 SGOT increased, SGPT increased, thirst, weight loss; *rare:* Alkaline phosphatase increased,
1172 bilirubinemia, BUN increased, creatinine phosphokinase increased, dehydration, gamma
1173 globulins increased, gout, hypercalcemia, hypercholesteremia, hyperglycemia, hyperkalemia,
1174 hyperphosphatemia, hypocalcemia, hypoglycemia, hypokalemia, hyponatremia, ketosis, lactic
1175 dehydrogenase increased, non-protein nitrogen (NPN) increased.

1176 **Musculoskeletal System:** *Frequent:* Arthralgia; *infrequent:* Arthritis, arthrosis; *rare:*
1177 Bursitis, myositis, osteoporosis, generalized spasm, tenosynovitis, tetany.

1178 **Nervous System:** *Frequent:* Emotional lability, vertigo; *infrequent:* Abnormal thinking,
1179 alcohol abuse, ataxia, dystonia, dyskinesia, euphoria, hallucinations, hostility, hypertonia,
1180 hypesthesia, hypokinesia, incoordination, lack of emotion, libido increased, manic reaction,
1181 neurosis, paralysis, paranoid reaction; *rare:* Abnormal gait, akinesia, antisocial reaction, aphasia,
1182 choreoathetosis, circumoral paresthesias, convulsion, delirium, delusions, diplopia, drug
1183 dependence, dysarthria, extrapyramidal syndrome, fasciculations, grand mal convulsion,

36

1184 hyperalgesia, hysteria, manic-depressive reaction, meningitis, myelitis, neuralgia, neuropathy,
1185 nystagmus, peripheral neuritis, psychotic depression, psychosis, reflexes decreased, reflexes
1186 increased, stupor, torticollis, trismus, withdrawal syndrome.

1187 **Respiratory System:** *Infrequent:* Asthma, bronchitis, dyspnea, epistaxis, hyperventilation,
1188 pneumonia, respiratory flu; *rare:* Emphysema, hemoptysis, hiccups, lung fibrosis, pulmonary
1189 edema, sputum increased, stridor, voice alteration.

1190 **Skin and Appendages:** *Frequent:* Pruritus; *infrequent:* Acne, alopecia, contact dermatitis,
1191 dry skin, ecchymosis, eczema, herpes simplex, photosensitivity, urticaria; *rare:* Angioedema,
1192 erythema nodosum, erythema multiforme, exfoliative dermatitis, fungal dermatitis, furunculosis;
1193 herpes zoster, hirsutism, maculopapular rash, seborrhea, skin discoloration, skin hypertrophy,
1194 skin ulcer, sweating decreased, vesiculobullous rash.

1195 **Special Senses:** *Frequent*: Tinnitus; *infrequent:* Abnormality of accommodation,
1196 conjunctivitis, ear pain, eye pain, keratoconjunctivitis, mydriasis, otitis media; *rare:* Amblyopia,
1197 anisocoria, blepharitis, cataract, conjunctival edema, corneal ulcer, deafness, exophthalmos, eye
1198 hemorrhage, glaucoma, hyperacusis, night blindness, otitis externa, parosmia, photophobia,
1199 ptosis, retinal hemorrhage, taste loss, visual field defect.

1200 **Urogenital System:** *Infrequent:* Amenorrhea, breast pain, cystitis, dysuria, hematuria,
1201 menorrhagia, nocturia, polyuria, pyuria, urinary incontinence, urinary retention, urinary urgency,
1202 vaginitis; *rare:* Abortion, breast atrophy, breast enlargement, endometrial disorder, epididymitis,
1203 female lactation, fibrocystic breast, kidney calculus, kidney pain, leukorrhea, mastitis,
1204 metrorrhagia, nephritis, oliguria, salpingitis, urethritis, urinary casts, uterine spasm, urolith,
1205 vaginal hemorrhage, vaginal moniliasis.

1206 **Postmarketing Reports:** Voluntary reports of adverse events in patients taking PAXIL that
1207 have been received since market introduction and not listed above that may have no causal
1208 relationship with the drug include acute pancreatitis, elevated liver function tests (the most
1209 severe cases were deaths due to liver necrosis, and grossly elevated transaminases associated
1210 with severe liver dysfunction), Guillain-Barré syndrome, Stevens-Johnson syndrome, toxic
1211 epidermal necrolysis, priapism, syndrome of inappropriate ADH secretion, symptoms suggestive
1212 of prolactinemia and galactorrhea; extrapyramidal symptoms which have included akathisia,
1213 bradykinesia, cogwheel rigidity, dystonia, hypertonia, oculogyric crisis which has been
1214 associated with concomitant use of pimozide; tremor and trismus; status epilepticus, acute renal
1215 failure, pulmonary hypertension, allergic alveolitis, anaphylaxis, eclampsia, laryngismus, optic
1216 neuritis, porphyria, restless legs syndrome (RLS), ventricular fibrillation, ventricular tachycardia
1217 (including torsade de pointes), thrombocytopenia, hemolytic anemia, events related to impaired
1218 hematopoiesis (including aplastic anemia, pancytopenia, bone marrow aplasia, and
1219 agranulocytosis), vasculitic syndromes (such as Henoch-Schönlein purpura), and premature
1220 births in pregnant women. There has been a case report of an elevated phenytoin level after 4
1221 weeks of PAXIL and phenytoin coadministration. There has been a case report of severe
1222 hypotension when PAXIL was added to chronic metoprolol treatment.

Reference ID: 3231319

**DRUG ABUSE AND DEPENDENCE**

**Controlled Substance Class:** PAXIL is not a controlled substance.

**Physical and Psychologic Dependence:** PAXIL has not been systematically studied in animals or humans for its potential for abuse, tolerance or physical dependence. While the clinical trials did not reveal any tendency for any drug-seeking behavior, these observations were not systematic and it is not possible to predict on the basis of this limited experience the extent to which a CNS-active drug will be misused, diverted, and/or abused once marketed. Consequently, patients should be evaluated carefully for history of drug abuse, and such patients should be observed closely for signs of misuse or abuse of PAXIL (e.g., development of tolerance, incrementations of dose, drug-seeking behavior).

**OVERDOSAGE**

**Human Experience:** Since the introduction of PAXIL in the United States, 342 spontaneous cases of deliberate or accidental overdosage during paroxetine treatment have been reported worldwide (circa 1999). These include overdoses with paroxetine alone and in combination with other substances. Of these, 48 cases were fatal and of the fatalities, 17 appeared to involve paroxetine alone. Eight fatal cases that documented the amount of paroxetine ingested were generally confounded by the ingestion of other drugs or alcohol or the presence of significant comorbid conditions. Of 145 non-fatal cases with known outcome, most recovered without sequelae. The largest known ingestion involved 2,000 mg of paroxetine (33 times the maximum recommended daily dose) in a patient who recovered.

Commonly reported adverse events associated with paroxetine overdosage include somnolence, coma, nausea, tremor, tachycardia, confusion, vomiting, and dizziness. Other notable signs and symptoms observed with overdoses involving paroxetine (alone or with other substances) include mydriasis, convulsions (including status epilepticus), ventricular dysrhythmias (including torsade de pointes), hypertension, aggressive reactions, syncope, hypotension, stupor, bradycardia, dystonia, rhabdomyolysis, symptoms of hepatic dysfunction (including hepatic failure, hepatic necrosis, jaundice, hepatitis, and hepatic steatosis), serotonin syndrome, manic reactions, myoclonus, acute renal failure, and urinary retention.

**Overdosage Management:** No specific antidotes for paroxetine are known. Treatment should consist of those general measures employed in the management of overdosage with any drugs effective in the treatment of major depressive disorder.

Ensure an adequate airway, oxygenation, and ventilation. Monitor cardiac rhythm and vital signs. General supportive and symptomatic measures are also recommended. Induction of emesis is not recommended. Due to the large volume of distribution of this drug, forced diuresis, dialysis, hemoperfusion, or exchange transfusion are unlikely to be of benefit.

A specific caution involves patients who are taking or have recently taken paroxetine who might ingest excessive quantities of a tricyclic antidepressant. In such a case, accumulation of the parent tricyclic and/or an active metabolite may increase the possibility of clinically significant sequelae and extend the time needed for close medical observation (see PRECAUTIONS: *Drugs*

Reference ID: 3231319

1262 *Metabolized by Cytochrome CYP2D6).*

1263     In managing overdosage, consider the possibility of multiple drug involvement. The physician
1264 should consider contacting a poison control center for additional information on the treatment of
1265 any overdose. Telephone numbers for certified poison control centers are listed in the *Physicians'*
1266 *Desk Reference* (PDR).

## DOSAGE AND ADMINISTRATION

1267
1268 **Major Depressive Disorder:** ***Usual Initial Dosage:*** PAXIL should be administered as a
1269 single daily dose with or without food, usually in the morning. The recommended initial dose is
1270 20 mg/day. Patients were dosed in a range of 20 to 50 mg/day in the clinical trials demonstrating
1271 the effectiveness of PAXIL in the treatment of major depressive disorder. As with all drugs
1272 effective in the treatment of major depressive disorder, the full effect may be delayed. Some
1273 patients not responding to a 20-mg dose may benefit from dose increases, in 10-mg/day
1274 increments, up to a maximum of 50 mg/day. Dose changes should occur at intervals of at least
1275 1 week.

1276     ***Maintenance Therapy:*** There is no body of evidence available to answer the question of
1277 how long the patient treated with PAXIL should remain on it. It is generally agreed that acute
1278 episodes of major depressive disorder require several months or longer of sustained
1279 pharmacologic therapy. Whether the dose needed to induce remission is identical to the dose
1280 needed to maintain and/or sustain euthymia is unknown.

1281     Systematic evaluation of the efficacy of PAXIL has shown that efficacy is maintained for
1282 periods of up to 1 year with doses that averaged about 30 mg.

1283 **Obsessive Compulsive Disorder:** ***Usual Initial Dosage:*** PAXIL should be administered
1284 as a single daily dose with or without food, usually in the morning. The recommended dose of
1285 PAXIL in the treatment of OCD is 40 mg daily. Patients should be started on 20 mg/day and the
1286 dose can be increased in 10-mg/day increments. Dose changes should occur at intervals of at
1287 least 1 week. Patients were dosed in a range of 20 to 60 mg/day in the clinical trials
1288 demonstrating the effectiveness of PAXIL in the treatment of OCD. The maximum dosage
1289 should not exceed 60 mg/day.

1290     ***Maintenance Therapy:*** Long-term maintenance of efficacy was demonstrated in a 6-month
1291 relapse prevention trial. In this trial, patients with OCD assigned to paroxetine demonstrated a
1292 lower relapse rate compared to patients on placebo (see CLINICAL PHARMACOLOGY:
1293 Clinical Trials). OCD is a chronic condition, and it is reasonable to consider continuation for a
1294 responding patient. Dosage adjustments should be made to maintain the patient on the lowest
1295 effective dosage, and patients should be periodically reassessed to determine the need for
1296 continued treatment.

1297 **Panic Disorder:** ***Usual Initial Dosage:*** PAXIL should be administered as a single daily dose
1298 with or without food, usually in the morning. The target dose of PAXIL in the treatment of panic
1299 disorder is 40 mg/day. Patients should be started on 10 mg/day. Dose changes should occur in
1300 10-mg/day increments and at intervals of at least 1 week. Patients were dosed in a range of 10 to

Reference ID: 3231319

1301  60 mg/day in the clinical trials demonstrating the effectiveness of PAXIL. The maximum dosage
1302  should not exceed 60 mg/day.
1303  **Maintenance Therapy:** Long-term maintenance of efficacy was demonstrated in a 3-month
1304  relapse prevention trial. In this trial, patients with panic disorder assigned to paroxetine
1305  demonstrated a lower relapse rate compared to patients on placebo (see CLINICAL
1306  PHARMACOLOGY: Clinical Trials). Panic disorder is a chronic condition, and it is reasonable
1307  to consider continuation for a responding patient. Dosage adjustments should be made to
1308  maintain the patient on the lowest effective dosage, and patients should be periodically
1309  reassessed to determine the need for continued treatment.
1310  **Social Anxiety Disorder: *Usual Initial Dosage:*** PAXIL should be administered as a single
1311  daily dose with or without food, usually in the morning. The recommended and initial dosage is
1312  20 mg/day. In clinical trials the effectiveness of PAXIL was demonstrated in patients dosed in a
1313  range of 20 to 60 mg/day. While the safety of PAXIL has been evaluated in patients with social
1314  anxiety disorder at doses up to 60 mg/day, available information does not suggest any additional
1315  benefit for doses above 20 mg/day (see CLINICAL PHARMACOLOGY: Clinical Trials).
1316  **Maintenance Therapy:** There is no body of evidence available to answer the question of
1317  how long the patient treated with PAXIL should remain on it. Although the efficacy of PAXIL
1318  beyond 12 weeks of dosing has not been demonstrated in controlled clinical trials, social anxiety
1319  disorder is recognized as a chronic condition, and it is reasonable to consider continuation of
1320  treatment for a responding patient. Dosage adjustments should be made to maintain the patient
1321  on the lowest effective dosage, and patients should be periodically reassessed to determine the
1322  need for continued treatment.
1323  **Generalized Anxiety Disorder: *Usual Initial Dosage:*** PAXIL should be administered as a
1324  single daily dose with or without food, usually in the morning. In clinical trials the effectiveness
1325  of PAXIL was demonstrated in patients dosed in a range of 20 to 50 mg/day. The recommended
1326  starting dosage and the established effective dosage is 20 mg/day. There is not sufficient
1327  evidence to suggest a greater benefit to doses higher than 20 mg/day. Dose changes should occur
1328  in 10 mg/day increments and at intervals of at least 1 week.
1329  **Maintenance Therapy:** Systematic evaluation of continuing PAXIL for periods of up to
1330  24 weeks in patients with Generalized Anxiety Disorder who had responded while taking PAXIL
1331  during an 8-week acute treatment phase has demonstrated a benefit of such maintenance (see
1332  CLINICAL PHARMACOLOGY: Clinical Trials). Nevertheless, patients should be periodically
1333  reassessed to determine the need for maintenance treatment.
1334  **Posttraumatic Stress Disorder: *Usual Initial Dosage:*** PAXIL should be administered as
1335  a single daily dose with or without food, usually in the morning. The recommended starting
1336  dosage and the established effective dosage is 20 mg/day. In 1 clinical trial, the effectiveness of
1337  PAXIL was demonstrated in patients dosed in a range of 20 to 50 mg/day. However, in a fixed
1338  dose study, there was not sufficient evidence to suggest a greater benefit for a dose of 40 mg/day
1339  compared to 20 mg/day. Dose changes, if indicated, should occur in 10 mg/day increments and at
1340  intervals of at least 1 week.

1341  ***Maintenance Therapy:*** There is no body of evidence available to answer the question of
1342  how long the patient treated with PAXIL should remain on it. Although the efficacy of PAXIL
1343  beyond 12 weeks of dosing has not been demonstrated in controlled clinical trials, PTSD is
1344  recognized as a chronic condition, and it is reasonable to consider continuation of treatment for a
1345  responding patient. Dosage adjustments should be made to maintain the patient on the lowest
1346  effective dosage, and patients should be periodically reassessed to determine the need for
1347  continued treatment.

1348  **Special Populations:** ***Treatment of Pregnant Women During the Third Trimester:***
1349  Neonates exposed to PAXIL and other SSRIs or SNRIs, late in the third trimester have
1350  developed complications requiring prolonged hospitalization, respiratory support, and tube
1351  feeding (see WARNINGS: Usage in Pregnancy). When treating pregnant women with paroxetine
1352  during the third trimester, the physician should carefully consider the potential risks and benefits
1353  of treatment.

1354  ***Dosage for Elderly or Debilitated Patients, and Patients With Severe Renal or***
1355  ***Hepatic Impairment:*** The recommended initial dose is 10 mg/day for elderly patients,
1356  debilitated patients, and/or patients with severe renal or hepatic impairment. Increases may be
1357  made if indicated. Dosage should not exceed 40 mg/day.

1358  **Switching a Patient to or From a Monoamine Oxidase Inhibitor (MAOI) Intended to**
1359  **Treat Psychiatric Disorders:** At least 14 days should elapse between discontinuation of an
1360  MAOI intended to treat psychiatric disorders and initiation of therapy with PAXIL. Conversely,
1361  at least 14 days should be allowed after stopping PAXIL before starting an MAOI intended to
1362  treat psychiatric disorders (see CONTRAINDICATIONS).

1363  **Use of PAXIL With Other MAOIs, Such as Linezolid or Methylene Blue:** Do not start
1364  PAXIL in a patient who is being treated with linezolid or intravenous methylene blue because
1365  there is increased risk of serotonin syndrome. In a patient who requires more urgent treatment of
1366  a psychiatric condition, other interventions, including hospitalization, should be considered (see
1367  CONTRAINDICATIONS).

1368  In some cases, a patient already receiving therapy with PAXIL may require urgent treatment
1369  with linezolid or intravenous methylene blue. If acceptable alternatives to linezolid or
1370  intravenous methylene blue treatment are not available and the potential benefits of linezolid or
1371  intravenous methylene blue treatment are judged to outweigh the risks of serotonin syndrome in
1372  a particular patient, PAXIL should be stopped promptly, and linezolid or intravenous methylene
1373  blue can be administered. The patient should be monitored for symptoms of serotonin syndrome
1374  for 2 weeks or until 24 hours after the last dose of linezolid or intravenous methylene blue,
1375  whichever comes first. Therapy with PAXIL may be resumed 24 hours after the last dose of
1376  linezolid or intravenous methylene blue (see WARNINGS).

1377  The risk of administering methylene blue by non-intravenous routes (such as oral tablets or by
1378  local injection) or in intravenous doses much lower than 1 mg/kg with PAXIL is unclear. The
1379  clinician should, nevertheless, be aware of the possibility of emergent symptoms of serotonin
1380  syndrome with such use (see WARNINGS).

<div align="center">41</div>

1381 **Discontinuation of Treatment With PAXIL:** Symptoms associated with discontinuation of
1382 PAXIL have been reported (see PRECAUTIONS: *Discontinuation of Treatment With PAXIL*).
1383 Patients should be monitored for these symptoms when discontinuing treatment, regardless of the
1384 indication for which PAXIL is being prescribed. A gradual reduction in the dose rather than
1385 abrupt cessation is recommended whenever possible. If intolerable symptoms occur following a
1386 decrease in the dose or upon discontinuation of treatment, then resuming the previously
1387 prescribed dose may be considered. Subsequently, the physician may continue decreasing the
1388 dose but at a more gradual rate.
1389    **NOTE:** SHAKE SUSPENSION WELL BEFORE USING.

1390 **HOW SUPPLIED**
1391 **Tablets:** Film-coated, modified-oval as follows:
1392    10-mg yellow, scored tablets engraved on the front with PAXIL and on the back with 10.
1393 NDC 0029-3210-13 Bottles of 30
1394    20-mg pink, scored tablets engraved on the front with PAXIL and on the back with 20.
1395 NDC 0029-3211-13 Bottles of 30
1396    30-mg blue tablets engraved on the front with PAXIL and on the back with 30.
1397 NDC 0029-3212-13 Bottles of 30
1398    40-mg green tablets engraved on the front with PAXIL and on the back with 40.
1399 NDC 0029-3213-13 Bottles of 30
1400    Store tablets between 15° and 30°C (59° and 86°F).
1401 **Oral Suspension:** Orange-colored, orange-flavored, 10 mg/5 mL, in white bottles containing
1402 250 mL.
1403 NDC 0029-3215-48
1404    Store suspension at or below 25°C (77°F).
1405 PAXIL is a registered trademark of GlaxoSmithKline.
1406

**gsk GlaxoSmithKline**

1407
1408

GlaxoSmithKline
Research Triangle Park, NC 27709

1409    ©Year, GlaxoSmithKline. All rights reserved.
1410
1411 Month Year                                                              PXL:XXPI
1412
1413

42

1414
1415 **Medication Guide**
1416 **PAXIL® (PAX-il)**
1417 **(paroxetine hydrochloride)**
1418 **Tablets and Oral Suspension**
1419
1420 Read the Medication Guide that comes with PAXIL before you start taking it and each time you
1421 get a refill. There may be new information. This Medication Guide does not take the place of
1422 talking to your healthcare provider about your medical condition or treatment. Talk with your
1423 healthcare provider if there is something you do not understand or want to learn more about.
1424
1425 **What is the most important information I should know about PAXIL?**
1426 PAXIL and other antidepressant medicines may cause serious side effects, including:
1427 **1.** **Suicidal thoughts or actions:**
1428 - **PAXIL and other antidepressant medicines may increase suicidal thoughts or**
1429 **actions** in some children, teenagers, or young adults within the **first few months of**
1430 **treatment or when the dose is changed.**
1431 - Depression or other serious mental illnesses are the most important causes of suicidal
1432 thoughts or actions.
1433 - Watch for these changes and call your healthcare provider right away if you notice:
1434 - New or sudden changes in mood, behavior, actions, thoughts, or feelings, especially
1435 if severe.
1436 - Pay particular attention to such changes when PAXIL is started or when the dose is
1437 changed.
1438 Keep all follow-up visits with your healthcare provider and call between visits if you are worried
1439 about symptoms.
1440 **Call your healthcare provider right away if you have any of the following symptoms,**
1441 **or call 911 if an emergency, especially if they are new, worse, or worry you:**
1442 - attempts to commit suicide
1443 - acting on dangerous impulses
1444 - acting aggressive or violent
1445 - thoughts about suicide or dying
1446 - new or worse depression
1447 - new or worse anxiety or panic attacks
1448 - feeling agitated, restless, angry, or irritable
1449 - trouble sleeping
1450 - an increase in activity or talking more than what is normal for you
1451 - other unusual changes in behavior or mood
1452 **Call your healthcare provider right away if you have any of the following symptoms, or call**

43

1453   **911 if an emergency. PAXIL may be associated with these serious side effects:**

1454   2.   **Serotonin Syndrome or Neuroleptic Malignant Syndrome-like reactions. This**
1455   **condition can be life-threatening and may include:**

1456       • agitation, hallucinations, coma, or other changes in mental status
1457       • coordination problems or muscle twitching (overactive reflexes)
1458       • racing heartbeat, high or low blood pressure
1459       • sweating or fever
1460       • nausea, vomiting, or diarrhea
1461       • muscle rigidity

1462   3.   **Severe allergic reactions:**
1463       • trouble breathing
1464       • swelling of the face, tongue, eyes, or mouth
1465       • rash, itchy welts (hives), or blisters, alone or with fever or joint pain

1466   4.   **Abnormal bleeding:** PAXIL and other antidepressant medicines may increase your risk of
1467   bleeding or bruising, especially if you take the blood thinner warfarin (Coumadin®,
1468   Jantoven®), a non-steroidal anti-inflammatory drug (NSAIDs, like ibuprofen or naproxen),
1469   or aspirin.

1470   5.   **Seizures or convulsions**

1471   6.   **Manic episodes:**
1472       • greatly increased energy
1473       • severe trouble sleeping
1474       • racing thoughts
1475       • reckless behavior
1476       • unusually grand ideas
1477       • excessive happiness or irritability
1478       • talking more or faster than usual

1479   7.   **Changes in appetite or weight.** Children and adolescents should have height and weight
1480   monitored during treatment.

1481   8.   **Low salt (sodium) levels in the blood.** Elderly people may be at greater risk for this.
1482   Symptoms may include:
1483       • headache
1484       • weakness or feeling unsteady
1485       • confusion, problems concentrating or thinking, or memory problems

1486   **Do not stop PAXIL without first talking to your healthcare provider.** Stopping PAXIL too
1487   quickly may cause serious symptoms including:
1488   • anxiety, irritability, high or low mood, feeling restless, or changes in sleep habits
1489   • headache, sweating, nausea, dizziness
1490   • electric shock-like sensations, shaking, confusion

1491

1492   **What is PAXIL?**

1493 PAXIL is a prescription medicine used to treat depression. It is important to talk with your
1494 healthcare provider about the risks of treating depression and also the risks of not treating it. You
1495 should discuss all treatment choices with your healthcare provider. PAXIL is <u>also</u> used to treat:
1496 • Major Depressive Disorder (MDD)
1497 • Obsessive Compulsive Disorder (OCD)
1498 • Panic Disorder
1499 • Social Anxiety Disorder
1500 • Generalized Anxiety Disorder (GAD)
1501 • Posttraumatic Stress Disorder (PTSD)

1502 Talk to your healthcare provider if you do not think that your condition is getting better with
1503 treatment using PAXIL.

1504

1505 **Who should not take PAXIL?**

1506 Do not take PAXIL if you:
1507 • are allergic to paroxetine or any of the ingredients in PAXIL. See the end of this Medication
1508   Guide for a complete list of ingredients in PAXIL.
1509 • take a monoamine oxidase inhibitor (MAOI). Ask your healthcare provider or pharmacist if
1510   you are not sure if you take an MAOI, including the antibiotic linezolid.
1511   • Do not take an MAOI within 2 weeks of stopping PAXIL unless directed to do so by
1512     your physician.
1513   • Do not start PAXIL if you stopped taking an MAOI in the last 2 weeks unless directed to
1514     do so by your physician.
1515   • **People who take PAXIL close in time to an MAOI may have serious or even life-**
1516     **threatening side effects. Get medical help right away if you have any of these**
1517     **symptoms:**
1518     • high fever
1519     • uncontrolled muscle spasms
1520     • stiff muscles
1521     • rapid changes in heart rate or blood pressure
1522     • confusion
1523     • loss of consciousness (pass out)
1524 • **take MELLARIL® (thioridazine). Do not take MELLARIL® together with PAXIL**
1525   **because this can cause serious heart rhythm problems or sudden death.**
1526 • **take the antipsychotic medicine pimozide (ORAP®) because this can cause serious heart**
1527   **problems.**

1528

1529 **What should I tell my healthcare provider before taking PAXIL? Ask if you are not sure.**

1530 Before starting PAXIL, tell your healthcare provider if you:

45

1531    •  **are pregnant, may be pregnant, or plan to become pregnant.** There is a possibility that
1532      PAXIL may harm your unborn baby, including an increased risk of birth defects, particularly
1533      heart defects. Other risks may include a serious condition in which there is not enough
1534      oxygen in the baby's blood. Your baby may also have certain other symptoms shortly after
1535      birth. Premature births have also been reported in some women who used PAXIL during
1536      pregnancy.
1537    •  **are breastfeeding.** PAXIL passes into your milk. Talk to your healthcare provider about the
1538      best way to feed your baby while taking PAXIL.
1539    •  are taking certain drugs such as:
1540       •  triptans used to treat migraine headache
1541       •  other antidepressants (SSRIs, SNRIs, tricyclics, or lithium) or antipsychotics
1542       •  drugs that affect serotonin, such as lithium, tramadol, tryptophan, St. John's wort
1543       •  certain drugs used to treat irregular heart beats
1544       •  certain drugs used to treat schizophrenia
1545       •  certain drugs used to treat HIV infection
1546       •  certain drugs that affect the blood, such as warfarin, aspirin, and ibuprofen
1547       •  certain drugs used to treat epilepsy
1548       •  atomoxetine
1549       •  cimetidine
1550       •  fentanyl
1551       •  metoprolol
1552       •  pimozide
1553       •  procyclidine
1554       •  tamoxifen
1555    •  have liver problems
1556    •  have kidney problems
1557    •  have heart problems
1558    •  have or had seizures or convulsions
1559    •  have bipolar disorder or mania
1560    •  have low sodium levels in your blood
1561    •  have a history of a stroke
1562    •  have high blood pressure
1563    •  have or had bleeding problems
1564    •  have glaucoma (high pressure in the eye)
1565
1566    **Tell your healthcare provider about all the medicines you take,** including prescription and
1567    non-prescription medicines, vitamins, and herbal supplements. PAXIL and some medicines may
1568    interact with each other, may not work as well, or may cause serious side effects.

Reference ID: 3231319

**Exhibit K
180**

1569 Your healthcare provider or pharmacist can tell you if it is safe to take PAXIL with your other
1570 medicines. Do not start or stop any medicine while taking PAXIL without talking to your
1571 healthcare provider first.

1572 If you take PAXIL, you should not take any other medicines that contain paroxetine, including
1573 PAXIL CR and PEXEVA® (paroxetine mesylate).

1574

## 1575 How should I take PAXIL?

1576 • Take PAXIL exactly as prescribed. Your healthcare provider may need to change the dose of
1577   PAXIL until it is the right dose for you.
1578 • PAXIL may be taken with or without food.
1579 • If you are taking PAXIL Oral Suspension, shake the suspension well before use.
1580 • If you miss a dose of PAXIL, take the missed dose as soon as you remember. If it is almost
1581   time for the next dose, skip the missed dose and take your next dose at the regular time. Do
1582   not take two doses of PAXIL at the same time.
1583 • If you take too much PAXIL, call your healthcare provider or poison control center right
1584   away, or get emergency treatment.
1585 • Do not stop taking PAXIL suddenly without talking to your doctor (unless you have
1586   symptoms of a severe allergic reaction). If you need to stop taking PAXIL, your healthcare
1587   provider can tell you how to safely stop taking it.

1588

## 1589 What should I avoid while taking PAXIL?

1590 PAXIL can cause sleepiness or may affect your ability to make decisions, think clearly, or react
1591 quickly. You should not drive, operate heavy machinery, or do other dangerous activities until
1592 you know how PAXIL affects you. Do not drink alcohol while using PAXIL.

1593

## 1594 What are possible side effects of PAXIL?

1595 PAXIL may cause serious side effects, including all of those described in the section entitled
1596 "What is the most important information I should know about PAXIL?"

1597 Common possible side effects in people who take PAXIL include:
1598 • nausea
1599 • sleepiness
1600 • weakness
1601 • dizziness
1602 • feeling anxious or trouble sleeping
1603 • sexual problems
1604 • sweating
1605 • shaking
1606 • not feeling hungry

47

1607     •   dry mouth
1608     •   constipation
1609     •   infection
1610     •   yawning

1611   Tell your healthcare provider if you have any side effect that bothers you or that does not go
1612   away. These are not all the possible side effects of PAXIL. For more information, ask your
1613   healthcare provider or pharmacist.

1614   **CALL YOUR DOCTOR FOR MEDICAL ADVICE ABOUT SIDE EFFECTS. YOU MAY**
1615   **REPORT SIDE EFFECTS TO THE FDA AT 1-800-FDA-1088 or 1-800-332-1088.**
1616
1617   **How should I store PAXIL?**

1618     •   Store PAXIL Tablets at room temperature between 59º and 86ºF (15º and 30ºC).
1619     •   Store PAXIL Oral Suspension at or below 77ºF (25ºC).
1620     •   Keep PAXIL away from light.
1621     •   Keep bottle of PAXIL closed tightly.

1622   **Keep PAXIL and all medicines out of the reach of children.**
1623
1624   **General information about PAXIL**

1625   Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide.
1626   Do not use PAXIL for a condition for which it was not prescribed. Do not give PAXIL to other
1627   people, even if they have the same condition. It may harm them.
1628
1629   This Medication Guide summarizes the most important information about PAXIL. If you would
1630   like more information, talk with your healthcare provider. You may ask your healthcare provider
1631   or pharmacist for information about PAXIL that is written for healthcare professionals.
1632
1633   For more information about PAXIL call 1-888-825-5249 or go to www.us.gsk.com.
1634
1635   **What are the ingredients in PAXIL?**

1636   **Active ingredient:** paroxetine hydrochloride
1637   **Inactive ingredients in tablets:** dibasic calcium phosphate dihydrate, hypromellose, magnesium
1638   stearate, polyethylene glycols, polysorbate 80, sodium starch glycolate, titanium dioxide, and 1
1639   or more of the following: D&C Red No. 30 aluminum lake, D&C Yellow No. 10 aluminum lake,
1640   FD&C Blue No. 2 aluminum lake, FD&C Yellow No. 6 aluminum lake.
1641   **Inactive ingredients in suspension for oral administration:** polacrilin potassium,
1642   microcrystalline cellulose, propylene glycol, glycerin, sorbitol, methylparaben, propylparaben,
1643   sodium citrate dihydrate, citric acid anhydrous, sodium saccharin, flavorings, FD&C Yellow
1644   No. 6 aluminum lake, and simethicone emulsion, USP.

Reference ID: 3231319

1645
1646   PAXIL and PAXIL CR are registered trademarks of GlaxoSmithKline. The other brands listed
1647   are trademarks of their respective owners and are not trademarks of GlaxoSmithKline. The
1648   makers of these brands are not affiliated with and do not endorse GlaxoSmithKline or its
1649   products.
1650
1651   This Medication Guide has been approved by the U.S. Food and Drug Administration.
1652
1653
1654

1655   **gsk GlaxoSmithKline**

GlaxoSmithKline
Research Triangle Park, NC 27709

1656   ©2011, GlaxoSmithKline. All rights reserved.
1657
1658   December 2012                                              PXL:XX
1659

49

# EXHIBIT L

Exhibit L
184

# Guidance for Industry

## Adverse Reactions Section of Labeling for Human Prescription Drug and Biological Products — Content and Format

**U.S. Department of Health and Human Services**
**Food and Drug Administration**
**Center for Drug Evaluation and Research (CDER)**
**Center for Biologics Evaluation and Research (CBER)**
**January 2006**
**Labeling**

**Exhibit L**
**185**

# Guidance for Industry

## Adverse Reactions Section of Labeling for Human Prescription Drug and Biological Products —  Content and Format

*Additional copies are available from:*

*Office of Training and Communications*
*Division of Drug Information, HFD-240*
*Center for Drug Evaluation and Research*
*Food and Drug Administration*
*5600 Fishers Lane,*
*Rockville, MD  20857*
*(Tel) 301-827-4573*
*(Internet) http://www.fda.gov/cder/guidance/index.htm*

*or*

*Office of Communication, Training and*
*Manufacturers Assistance, HFM-40*
*Center for Biologics Evaluation and Research*
*Food and Drug Administration*
*1401 Rockville Pike, Rockville, MD 20852-1448*
*(Tel) 800-835-4709 or 301-827-1800*
*(Internet) http://www.fda.gov/cber/guidelines.htm*

**U.S. Department of Health and Human Services**
**Food and Drug Administration**
**Center for Drug Evaluation and Research (CDER)**
**Center for Biologics Evaluation and Research (CBER)**
**January 2006**
**Labeling**

**Exhibit L**
**186**

*Contains Nonbinding Recommendations*

**Table of Contents**

I.    INTRODUCTION ........................................................................................................ 1

II.   BACKGROUND .......................................................................................................... 1

III.  ADVERSE REACTIONS SECTION — CONTENT AND FORMAT ......................... 2

   A.   Making the Most Clinically Important Information Accessible .............................. 2

   B.   Adverse Reactions From Clinical Trials ................................................................ 3

   C.   Presentation of Adverse Reaction Information From Spontaneous Reports ............ 7

IV.   GENERAL PRINCIPLES FOR SELECTING AND CHARACTERIZING DATA IN THE ADVERSE REACTIONS SECTION ................................................................. 8

   A.   Selecting Adverse Events for Inclusion ................................................................. 8

   B.   Rare, Serious Reactions ........................................................................................ 8

   C.   Determining Adverse Reaction Rates .................................................................... 8

   D.   Avoiding Nonspecific Terms ................................................................................. 9

   E.   Comparative Safety Claims ................................................................................... 9

   F.   Negative Findings ................................................................................................. 9

V.    GENERAL PRINCIPLES FOR PRESENTING ADVERSE REACTIONS DATA IN A TABLE OR LIST ................................................................................................... 9

   A.   Pooling Data ......................................................................................................... 9

   B.   Classifying Adverse Reactions ........................................................................... 10

   C.   Categorizing Adverse Reactions ......................................................................... 10

   D.   Frequency Cutoff ............................................................................................... 10

   E.   Quantitative Data ............................................................................................... 10

   F.   Denominator ....................................................................................................... 10

   G.   Subgroup Rates .................................................................................................. 10

   H.   Percentages ........................................................................................................ 11

   I.   Adverse Reaction Rates for Drug Less Than for Placebo .................................... 11

   J.   Significance Testing ............................................................................................ 11

VI.   UPDATING THE ADVERSE REACTIONS SECTION ............................................ 11

   A.   Sources of Information ........................................................................................ 11

   B.   New or Outdated Information .............................................................................. 11

   GLOSSARY ............................................................................................................. 13

Exhibit L
187

*Contains Nonbinding Recommendations*

# Guidance for Industry[1]
# Adverse Reactions Section of Labeling for Human Prescription Drug and Biological Products — Content and Format[2]

This guidance represents the Food and Drug Administration's (FDA's) current thinking on this topic. It does not create or confer any rights for or on any person and does not operate to bind FDA or the public. You can use an alternative approach if the approach satisfies the requirements of the applicable statutes and regulations. If you want to discuss an alternative approach, contact the FDA staff responsible for implementing this guidance. If you cannot identify the appropriate FDA staff, call the appropriate number listed on the title page of this guidance.

## I.    INTRODUCTION

This guidance is intended to help applicants and reviewers in drafting the ADVERSE REACTIONS section of prescription drug labeling as required by 21 CFR 201.57(c)(7). Its primary purpose is to aid in (1) selecting information for inclusion in the section, (2) characterizing adverse reactions selected for inclusion, (3) organizing and presenting the information within the section, and (4) updating adverse reaction information. The goal of this guidance is to assist applicants in designing ADVERSE REACTIONS sections that contain the drug safety information important to patient management decisions and that convey the information in a clear and accessible format.

FDA's guidance documents, including this guidance, do not establish legally enforceable responsibilities. Instead, guidances describe the Agency's current thinking on a topic and should be viewed only as recommendations, unless specific regulatory or statutory requirements are cited. The use of the word *should* in Agency guidances means that something is suggested or recommended, but not required.

## II.    BACKGROUND

As this guidance seeks to bring greater consistency to the content and format of the ADVERSE REACTIONS section, the Agency emphasizes that reviewer and applicant judgment remain critical in assessing how or whether to present information on an adverse reaction. FDA reviewers and applicants should assess such factors as seriousness, severity, frequency, and

---

[1] This guidance has been prepared by the Medical Policy Coordinating Committee in the Center for Drug Evaluation and Research (CDER) in conjunction with the Center for Biologics Evaluation and Research (CBER).

[2] This guidance applies to drugs, including biological drug products. For the purposes of this guidance, drug product or drug will be used to refer to human prescription drug and biological products that are regulated as drugs.

**Exhibit L**
**188**

*Contains Nonbinding Recommendations*

strength of causal association in determining which adverse reactions to include in the ADVERSE REACTIONS section and in characterizing those reactions.  In general, the ADVERSE REACTIONS section includes only information that would be useful to health care practitioners making treatment decisions and monitoring and advising patients.  Exhaustive lists of every reported adverse event, including those that are infrequent and minor, commonly observed in the absence of drug therapy or not plausibly related to drug therapy should be avoided (see § 201.57(c)(7) and the Glossary at the end of this guidance for a definition of Adverse Reaction).  Such lists are not informative and tend to obscure the more clinically meaningful information.

## III.   ADVERSE REACTIONS SECTION — CONTENT AND FORMAT

The ADVERSE REACTIONS section is required to list the adverse reactions that occur with the drug and with drugs in the same pharmacologically active and chemically related class, if applicable (§ 201.57(c)(7)(i)).  Separate lists are required for adverse reactions identified from clinical trials (§ 201.57(c)(7)(ii)(A)) and those identified from spontaneous reports after a drug has been marketed (§ 201.57(c)(7)(ii)(B)).  This section of the guidance provides recommendations for ensuring that information about the most clinically important adverse reactions is readily accessible (see III.A), and for organizing the information on adverse reactions from clinical trials (see III.B) and from postmarketing safety reports (see III.C).

### A.   Making the Most Clinically Important Information Accessible

Typically, adverse reactions for a given drug will have varying clinical significance (ranging from serious to minor) and certain adverse reactions that have relatively serious clinical implications will be discussed, often in greater detail, in other sections of labeling (e.g., WARNINGS AND PRECAUTIONS, CONTRAINDICATIONS, and BOXED WARNING).  The ADVERSE REACTIONS section should make it easier for health care practitioners to recognize and retain the adverse reactions information that is most important to prescribing decisions.  The beginning of the ADVERSE REACTIONS section should identify the most clinically significant adverse reactions and direct practitioners to more detailed information about those reactions, if any.  For example, the section should first:

- Identify and cross-reference all serious and otherwise important adverse reactions described in greater detail in other labeling sections, especially BOXED WARNING or WARNINGS AND PRECAUTIONS (e.g., see WARNINGS AND PRECAUTIONS (5.1)).

- Identify the most commonly occurring adverse reactions (e.g., all adverse reactions occurring at a rate of 10 percent or greater in the treatment group and at a rate at least twice the placebo rate).

- Identify adverse reactions, if any, that resulted in a significant rate of discontinuation or other clinical intervention (e.g., dosage adjustment, need for other therapy to treat an adverse reaction) in clinical trials.

**Exhibit L**
**189**

*Contains Nonbinding Recommendations*

**B.     Adverse Reactions From Clinical Trials**

The presentation of adverse reactions identified from clinical trials is the major component of the ADVERSE REACTIONS section.  The ADVERSE REACTIONS section must include a listing of all such reactions that occurred at or above a specified rate that is appropriate to the drug's safety database (see III.B.3), a separate listing of those adverse reactions that occurred below the specified rate, but for which there is some basis to believe there is a causal relationship between the drug and the event (see III.B.4), and, to the extent information is available and relevant, additional detail about the nature, frequency, severity, duration, dose-response, and demographic characteristics of those adverse reactions with significant clinical implications (§ 201.57(c)(7)(ii)(A)). The following is the recommended organization of adverse reactions identified from clinical trials.

*1.     Description of Data Sources*

The presentation of adverse reactions information identified from clinical trials must be preceded by information necessary to interpret the adverse reactions (§ 201.57(c)(7)(i)).  This information would ordinarily include a description of the overall clinical trial database from which adverse reaction data have been drawn, including a discussion of overall exposure (number of patients, dose, schedule, duration), demographics of the exposed population, designs of the trials in which exposure occurred (e.g., placebo-controlled, active-controlled), and any critical exclusions from the safety database.

Sample Database Description

*The data described below reflect exposure to drug X in [n][3] patients, including [n] exposed for 6 months and [n] exposed for greater than one year.  Drug X was studied primarily in placebo- and active-controlled trials (n = __, and n = ___, respectively), and in long-term follow up studies.  The population was [age range], [gender distribution], [race distribution] and had [diseases/conditions].   Most patients received doses [describe range, route of administration, frequency, duration, as appropriate].*

*2.     Statement on the Significance of Adverse Reaction Data Obtained From Clinical Trials*

To help place in perspective the significance of adverse reaction data obtained from clinical trials, the following statement, or an appropriate modification, should precede the presentation of adverse reactions from clinical trials:

---

[3] All n's refer to those exposed to drug and not control.

3

**Exhibit L
190**

*Contains Nonbinding Recommendations*

> *Because clinical trials are conducted under widely varying*
> *conditions, adverse reaction rates observed in the clinical*
> *trials of a drug cannot be directly compared to rates in the*
> *clinical trials of another drug and may not reflect the rates*
> *observed in practice.*

3.      *Presentation of Common Adverse Reactions (the Adverse Reactions Table)*

The ADVERSE REACTIONS section next should list the adverse reactions identified from clinical trials that occurred at or above a specified rate appropriate to the database (for purposes of this guidance, "common" adverse reactions). The listing must include the rate of occurrence of an adverse reaction for the drug and any comparators (active- or placebo-controls), unless such data cannot be determined or presenting the rates for a comparator would be misleading (§ 201.57(c)(7)(ii)(A)). To permit side-by-side comparison of adverse reaction rates, common adverse reactions are typically presented in a table.[4]

a.  Use Best Available Data

The data in the listing of common adverse reactions should be derived from placebo-controlled and/or dose-response studies if these data are available and the databases are sufficiently large to be informative. If these data are unavailable or not sufficiently informative, the primary table should be based on active-controlled data. If concurrently controlled data are unavailable, overall rates from well-monitored, single-arm databases can be used to provide some indication of what was observed in treated patients. In general, only the most informative data should be presented in the table. For example, if placebo-controlled data were available and sufficiently informative, there would usually be no need to present in a table active-controlled data, single-arm trial data, or the overall safety data, even if they are from larger databases. If a data source is not used in the development of a table, but provides important information about adverse reactions listed in the table that is not found in the trials used in the development of the table (e.g., information about prolonged duration of therapy), that information can be discussed in the commentary following the table (see III.B.5).

b.  Description of Data Sources for the Table

The table should be accompanied by a description of the data sources reflected in the table, the basis for including adverse reactions in the table

---

[4] A table can include less common, even rare, important events when the database is large enough to provide a meaningful comparison to a control group.

**Exhibit L**
**191**

*Contains Nonbinding Recommendations*

(e.g., all reactions occurring at > n% in the treated group and for which the rate for drug exceeds the rate for placebo), and the way in which adverse reaction rates were derived (e.g., for a given adverse reaction, was the rate derived from all reported adverse events of that type not present at baseline or from a subset of reported events deemed by investigators to be drug-related). The description of data sources should indicate the types of studies from which the information in the table was derived and whether the study data were pooled. This information can be provided in text preceding the table, in a footnote to the table, in the title to the table, or some combination of these.

c.      How Many Tables?

A single adverse reaction table will usually be adequate. However, it may be more informative to present data in more than one table when a drug's adverse reaction profile differs substantially from one setting or population to another, the adverse reactions that differ are clearly drug related, and the data have important implications for use (or nonuse) and monitoring. Situations in which there may be important differences between rates include different indications, formulations, demographic subgroups, study durations, dosing regimens, and types of studies (e.g., intensely monitored small studies vs. a large outcome study). In these situations, the content of the additional table or tables should be limited to only those adverse reactions for which there were meaningful differences in rates.

*4.      Presentation of Less Common Adverse Reactions*

The ADVERSE REACTIONS section next should present those adverse reactions that occurred below the specified rate for inclusion in the common adverse reactions table or listing, but for which there is some basis to believe there is a causal relationship between the drug and the event (for purposes of this guidance, "less common" adverse reactions). It is difficult to establish that very low frequency adverse events are caused by a drug, and there will often be large numbers of these events reported, most of them not caused by the drug. Lengthy lists of adverse events unlikely to have been caused by the drug are of little or no value to prescribers, and are therefore inappropriate for inclusion in labeling.

Serious, low-frequency adverse events generally will be listed when there is reason to suspect that the drug may have caused the event. Typical reasons to suspect causality for an event include (1) timing of onset or termination with respect to drug use, (2) plausibility in light of the drug's known pharmacology, (3) occurrence at a frequency above that expected in the treated population, and (4) occurrence of an event typical of drug-induced adverse reactions (e.g., liver necrosis, agranulocytosis, Stevens-Johnson syndrome). For serious events that are typical of drug-induced adverse reactions, the occurrence of even a single

**Exhibit L
192**

*Contains Nonbinding Recommendations*

event could be a basis for inclusion in the list.  When none of these reasons exist, however, an event should be excluded from the list.  For example, in a large study of a non-cardiovascular drug in elderly patients, a certain number of acute myocardial infarctions might be expected unrelated to the study drug.  If the rate in the study does not exceed the expected rate, those adverse events should be excluded from the ADVERSE REACTIONS section.

Non-serious, low-frequency adverse events should be listed only when there is strong evidence that the drug caused the event.  Such evidence may include, for example, positive challenge/dechallenge tests or rate of occurrence in a large controlled trial that, although low, is markedly imbalanced between drug and control arms.

5.  *Commentary on Listings of Common and Less Common Adverse Reactions*

For adverse reactions with significant clinical implications (e.g., those that are most commonly occurring, that result in discontinuation or dose modification, or that require monitoring), the listings of common and less common adverse reactions must be supplemented with additional details about the nature, frequency, severity, dose-response, and demographic characteristics of the adverse reaction, to the extent data are available and important (§ 201.57(c)(7)(ii)(A)).  It is more likely that supplemental information will be needed for the more commonly occurring adverse reactions.

a.  Information on Nature, Frequency, and Severity

To the extent information is available and important and bears on the nature, frequency, and severity of clinically important adverse reactions, the commentary must discuss applicable factors (§ 201.57(c)(7)(ii)(A)).  Examples include:

- Concomitant therapy
- Time course of the reaction
- Steps that can diminish the likelihood or severity of, or prevent, adverse reactions
- Changes in adverse reaction rates as a function of duration of therapy (e.g., increasing or decreasing (tolerance) rates with increasing duration of therapy, adverse reactions that emerge only with long-term use)

b.  Dose-Response Information

The commentary must identify clinically significant adverse reactions that exhibit a dose response (§ 201.57(c)(7)(ii)(A)).  It may be helpful to

**Exhibit L**
**193**

*Contains Nonbinding Recommendations*

include a small table showing the dose response for adverse reactions for which dose response would be expected to influence dose selection.

c.      Demographic and Other Subgroups

The commentary must include clinically important information about observed differences, or lack of observed differences, in adverse reactions in various demographic groups (e.g., age, racial, gender) (§ 201.57(c)(7)(ii)(A)).  If information is available and important, the commentary should also discuss observed differences, or lack of observed differences, for other subgroups (e.g., renal failure, liver failure, different severity levels of same disease).  Where there is no reliable information on differences or similarities in adverse reaction profiles among demographic subgroups, that fact should be disclosed, along with an explanation of why such information is unavailable (e.g., clinical trials were not designed or powered to detect differences in these populations).

d.      Multiple Indications

The commentary should summarize any important differences or similarities in the adverse reactions profiles for different indications.  If there are substantial and clinically important differences in adverse reaction profiles between indications, and the differences cannot be adequately summarized in the commentary, there should be separate listings of adverse reactions for each indication.  When warranted, clinically important differences or similarities in adverse reaction profiles for multiple indications can also be identified in a more prominent location in the ADVERSE REACTIONS section (e.g., at the beginning of the section).

e.      Multiple Formulations

If a drug has multiple formulations and a certain formulation or formulations present unique adverse reaction concerns, the commentary should identify clinically important concerns.

## C.      Presentation of Adverse Reaction Information From Spontaneous Reports

The ADVERSE REACTIONS section must list adverse reactions identified from domestic and foreign spontaneous reports (§ 201.57(c)(7)(ii)(B)).  This listing must be separate from the listing of adverse reactions identified in clinical trials (§ 201.57(c)(7)(ii)(B)) and must also be preceded by information necessary to interpret the adverse reactions (§201.57(c)(7)(i)). To help practitioners interpret the significance of data obtained from postmarketing spontaneous reports, the following statement, or an appropriate modification, should precede these data:

**Exhibit L**
**194**

*Contains Nonbinding Recommendations*

> *The following adverse reactions have been identified during postapproval use of drug X. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.*

Decisions about whether to include an adverse event from spontaneous reports in labeling are typically based on one or more of the following factors: (1) seriousness of the event, (2) number of reports, or (3) strength of causal relationship to the drug. When an adverse reaction identified from spontaneous reporting is included in the labeling, the number of spontaneous reports ordinarily is not cited, because the number can quickly become outdated. If the number of reports is cited, the period of observation should be stated.

## IV. GENERAL PRINCIPLES FOR SELECTING AND CHARACTERIZING DATA IN THE ADVERSE REACTIONS SECTION

### A. Selecting Adverse Events for Inclusion

The definition of adverse reactions does not include all adverse events observed during use of a drug. It is limited to those events for which there is some basis to believe there is a causal relationship between occurrence of an adverse event and the use of a drug (§ 201.57(c)(7)). Decisions on whether there is some basis to believe there is a causal relationship are a matter of judgment and are based on factors such as: (1) the frequency of reporting, (2) whether the adverse event rate for the drug exceeds the placebo rate, (3) the extent of dose-response, (4) the extent to which the adverse event is consistent with the pharmacology of the drug, (5) the timing of the event relative to the time of drug exposure, (6) existence of challenge and dechallenge experience, and (7) whether the adverse event is known to be caused by related drugs.

### B. Rare, Serious Reactions

For serious adverse events that are unusual in the absence of drug therapy (e.g., liver failure, agranulocytosis, rhabdomyolysis, idiopathic thrombocytopenic purpura, intussusception), there is a basis to believe there is a causal relationship between the event and the drug at a very low rate of occurrence. Therefore, these events are generally listed in the adverse reactions section even if there are only one or two reported events, unless it is clear that a causal relationship can be excluded.

### C. Determining Adverse Reaction Rates

The rate of an identified adverse reaction is ordinarily derived from all reported adverse events of that type in the database used. Determining a rate based on a subset of reported events that individual investigators believe to be causally related to drug exposure is discouraged. Excluding events from the rate calculation based on the judgment of individual investigators introduces bias and inconsistency in rate determinations.

**Exhibit L**
195

*Contains Nonbinding Recommendations*

### D.        Avoiding Nonspecific Terms

In characterizing overall adverse reaction experience, nonspecific terms that lack a commonly understood or precise meaning are discouraged, as use of such terms can be misleading.  For example, the phrase *well-tolerated* is a vague and subjective judgment about a drug's adverse reaction profile for which there are no commonly understood parameters.  In addition, the terms *rare*, *infrequent*, and *frequent* do not provide meaningful information about the frequency of occurrence of adverse reactions.  Specific frequency ranges (e.g., adverse reactions occurring in < 1/500) provide more precise information about incidence.

### E.        Comparative Safety Claims

Comparative safety claims for drugs in terms of frequency, severity, or character of adverse reaction must be based on data from adequate and well-controlled studies (as defined in 21 CFR 314.126), unless this requirement is waived (§ 201.57(c)(7)(iii)).[5] Details of studies that are the basis for comparative safety claims would ordinarily be discussed in the CLINICAL STUDIES section of the labeling.  Care should be taken to avoid inclusion of comparator rates that would imply a comparative safety claim that is unsubstantiated or otherwise misleading (e.g., if an excessive dose of an active comparator was used).  If the requirement that claims be based on adequate and well-controlled studies is waived to permit inclusion of comparative rates (e.g., because the identity and rates of adverse reactions for the active comparator are important to understanding the significance of the information), the comparator rates should be qualified by a disclaimer indicating that the data are not an adequate basis for comparison of rates between the study drug and the active control.[6]

### F.        Negative Findings

A negative finding can be reported if the absence of the reaction is convincingly demonstrated in a trial of adequate design and power.

## V.        GENERAL PRINCIPLES FOR PRESENTING ADVERSE REACTIONS DATA IN A TABLE OR LIST

### A.        Pooling Data

If there are no major study-to-study differences in study design, study population, and adverse reaction rates, an overall pooling of safety data from multiple studies may increase the precision of adverse reaction rates and provide a more clinically useful representation of a drug's adverse reaction profile.

---

[5] The requirement can be waived under 21 CFR 201.58, or 21 CFR 314.126(c), if applicable.
[6] Also see the discussion of comparative data in the guidance for industry on *Clinical Studies Section of Labeling for Human Prescription Drug and Biological Products—Content and Format*.

**Exhibit L
196**

*Contains Nonbinding Recommendations*

### B.     Classifying Adverse Reactions

Adverse reactions should be classified using meaningful and specific terms that best communicate the nature and significance of the reaction.  There should ordinarily be a common classification scheme across all studies in the safety database.  Events that are reported under different terms in the database, but that represent the same phenomenon (e.g., sedation, somnolence, drowsiness) should ordinarily be grouped together as a single adverse reaction to avoid diluting or obscuring the true effect.  Similarly, adverse events reported in more than one body system that appear to represent a common pathophysiologic event should be grouped together to better characterize the reaction.  For example, an allergic-type adverse event that has respiratory (wheezing) and dermatologic (rash, urticaria) manifestations should be classified as a single adverse reaction (e.g., hypersensitivity).

### C.     Categorizing Adverse Reactions

Within a listing, adverse reactions must be categorized by body system, by severity of reaction, in order of decreasing frequency, or by a combination of these, as appropriate.  Within a category, adverse reactions must be listed in decreasing order of frequency.  If frequency cannot be reliably determined, adverse reactions must be listed in decreasing order of severity (§ 201.57(c)(7)(ii)).

### D.     Frequency Cutoff

The frequency cutoff for the listing of common adverse reactions identified from clinical trials (usually the adverse reactions table) must be appropriate to the safety database (§ 201.57(c)(7)(ii)(A)).  Factors that could influence selection of a frequency cut-off include the size of the safety database, the designs of the trials in the database, and the nature of the indication.  The frequency cutoff should be noted in the listing or table header, in the text accompanying the listing or table, or in a footnote.

### E.     Quantitative Data

For quantitative data (e.g., abnormal laboratory values, vital signs, ECGs), it is usually preferable to present rates of abnormal values and to specify the cutoff value for inclusion (e.g., five times the upper limit of normal) than to refer to a grading system.

### F.     Denominator

The denominator (N = number of patients) should be provided for each column in a table or listing, except for the listing of adverse reactions identified from postmarketing spontaneous reports (see III.C).

### G.     Subgroup Rates

**Exhibit L**
**197**

*Contains Nonbinding Recommendations*

The rates for reactions that are specific to a subgroup (e.g., gender-specific reactions such as menstrual irregularity) should be determined using the appropriate denominator, and that denominator should be identified in a footnote. If rates of specific adverse reactions were gathered for only a subgroup of patients or studies (e.g., an adverse effect on a laboratory test), that fact should be disclosed in a footnote.

### H. Percentages

Adverse reaction rates expressed in percentages should ordinarily be rounded to the nearest integer. An exception would be for particularly serious adverse reactions (e.g., stroke, intracranial hemorrhage, agranulocytosis) occurring at low rates in a large study where fractions of a percent may be meaningful.

### I. Adverse Reaction Rates for Drug Less Than for Placebo

Adverse reactions for which the placebo rate equals or exceeds the rate for the drug (after rounding) should not be included in the ADVERSE REACTIONS section unless there is some compelling factor (e.g., timing) that suggests that the event is caused by the drug. In that case, the adverse reaction should be discussed in the commentary following the table.

### J. Significance Testing

Results of significance testing should be omitted unless they provide useful information and are based on a prespecified hypothesis in an adequately designed and powered study.

## VI. UPDATING THE ADVERSE REACTIONS SECTION

### A. Sources of Information

Sources of information to be considered when updating the ADVERSE REACTIONS section of labeling include controlled trials or epidemiologic studies conducted after marketing approval, manufacturer's safety-related labeling supplements, and other analyses of postmarketing adverse events, including single cases or case series from the literature or from spontaneous reporting.

### B. New or Outdated Information

Applicants are urged to review at least annually the content of the ADVERSE REACTIONS section to ensure that the information remains current. We expect the labeling to be consistent with newly acquired information from controlled trials or spontaneous reports and with the evolution of labeling in the pertinent drug class. Conversely, when there is reliable new adverse reaction information (either overall information or information relevant to a particular adverse reaction) that is inconsistent with the information in the ADVERSE REACTIONS section, we expect the outdated information to be deleted from all affected sections of the labeling or appropriately

**Exhibit L**
**198**

*Contains Nonbinding Recommendations*

modified, and the new information incorporated in all relevant parts of the labeling.  The applicant must update the labeling when new information becomes available that causes the labeling to become inaccurate, false, or misleading (21 CFR 201.56(a)(2)).

12

**Exhibit L**
**199**

*Contains Nonbinding Recommendations*

# GLOSSARY

**Adverse Reaction (21 CFR 201.57(c)(7)):**  For purposes of prescription drug labeling and this guidance, an *adverse reaction* is an undesirable effect, reasonably associated with the use of a drug, that may occur as part of the pharmacological action of the drug or may be unpredictable in its occurrence.  This definition does not include all adverse events observed during use of a drug, only those for which there is some basis to believe there is a causal relationship between the drug and the occurrence of the adverse event.

Adverse reactions may include signs and symptoms, changes in laboratory parameters, and changes in other measures of critical body function, such as vital signs and ECG.

**Adverse Event (or adverse experience):**  For the purposes of this guidance, the term *adverse event* refers to any untoward medical event associated with the use of a drug in humans, whether or not considered drug-related.

**Serious Adverse Reaction:**  For purposes of this guidance, the term *serious adverse reaction* refers to any reaction occurring at any dose that results in any of the following outcomes:  death, a life-threatening adverse experience, inpatient hospitalization or prolongation of existing hospitalization, a persistent or significant disability or incapacity, or a congenital anomaly or birth defect.  Important medical events that may not result in death, be life threatening, or require hospitalization may be considered serious adverse reactions when, based upon appropriate medical judgment, they may jeopardize the patient or subject, and may require medical or surgical intervention to prevent one of the outcomes listed in this definition.

Exhibit L
200