1   Clara J. Shin, SB #214809
     E-mail: cshin@cov.com
2   COVINGTON & BURLING LLP
   One Front Street
3   San Francisco, CA 94111
   Telephone: (415) 591-7058
4   Facsimile: (415) 591-6091

5   Mark H. Lynch (*admitted pro hac vice*)
     E-mail: mlynch@cov.com
6   Michael X. Imbroscio (*admitted pro hac vice*)
     E-mail: mimbroscio@cov.com
7   Phyllis A. Jones (*admitted pro hac vice*)
     E-mail: pajones@cov.com
8   Colleen A. Kelly (*admitted pro hac vice*)
     E-mail: ckelly@cov.com
9   COVINGTON & BURLING LLP
   1201 Pennsylvania Avenue NW
10  Washington, DC 20004
   Telephone: (202) 662-6000
11  Facsimile: (202) 662-6291

12  Attorneys for Defendant
   ELI LILLY AND COMPANY

13

14          UNITED STATES DISTRICT COURT

15      FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  JENNIFER L. SAAVEDRA, et al., on behalf of themselves and all other persons similarly situated, | No. 2:12-cv-09366-SVW-MAN |
| 18       Plaintiffs, | DECLARATION OF ERNST R. BERNDT, PH.D. |
| 19       v. | Date:     November 4, 2013 |
| 20  ELI LILLY AND COMPANY, an Indiana corporation, | Time:    1:30 p.m. |
| 21 | Location: Courtroom 6 |
| 22       Defendant. | Judge:   Hon. Stephen V. Wilson |

I, Ernst R. Berndt, Ph.D., state as follows:

1.     I have been asked by counsel for Eli Lilly and Company to address the question of whether the adjudication of plaintiffs' claims in this case on a class-wide basis will present individualized issues.  I offer no opinion as to whether class certification should be granted, as that is a legal conclusion for the Court to decide.  My purpose is to bring to the Court's attention certain facts that are relevant to whether class certification is appropriate.

## I.     Qualifications

2.     I am the Louis E. Seley Professor in Applied Economics at the Sloan School of Management, Massachusetts Institute of Technology.  I have been a Professor of Applied Economics at MIT since 1980.  From 1992 to 1995, I served as Area Head of the Applied Economics, Finance and Accounting faculty area at MIT's Sloan School of Management.  I am also a Research Associate at the National Bureau of Economic Research and until late 2010 served as Director of its Program on Technological Change and Productivity Measurement.  In addition, I am a member of the Affiliated Faculty of the Harvard-MIT Division of Health Sciences and Technology.  In 2004 I was named Co-Director of the Biomedical Enterprise Program, a joint degree-granting program at the Harvard-MIT Division of Health Sciences and Technology and the MIT Sloan School of Management.  I am an elected Fellow of the Econometric Society, and have been awarded an honorary doctorate degree from Uppsala University in Sweden.  Currently I am on the editorial board of Health Affairs.  My professional qualifications are described in my curriculum vitae, which is attached as Ex. A.

3.     In the last twenty years, a major focus of my academic research has been on health economics and the economics of the pharmaceutical, biotechnology, vaccine and medical device industries.  I have studied the impacts of marketing (*i.e.*, direct-to-consumer advertising, medical journal advertising, physician detailing, and physician sampling) on sales of pharmaceutical drugs, the

pricing patterns of generic and brand-name prescription drugs, and prescription-only to over-the-counter switches, among other topics. A great deal of my research involves issues of price measurement. I have studied or currently am studying: the treatment of brand and generic drugs in pharmaceutical price indexes; price indexes for the treatment of certain illnesses, particularly mental disorders; and the reliability and appropriate interpretation of the U.S. Bureau of Labor Statistics' price indexes for medical services and products. I have conducted research on the process by which promising therapies move from pre-clinical and clinical development phases through the U.S. Food and Drug Administration approval process, factors affecting the differential rates of diffusion of new therapies across different countries, advance market commitments that create incentives to develop vaccines for diseases prevalent in poor countries, and the globalization of clinical trials into emerging economies.

4. In addition to my academic research, from 1996 to 2000 I served as an appointed representative of the American Economic Association to the Economics Advisory Committee of the U.S. Census Bureau, and from 1999 to 2000 as its Co-Chair. From 1991 to 2000 I served as a member of the Advisory Committee on Service Statistics at Statistics Canada. Between 1999 and 2001, I was a member of the U.S. Committee on National Statistics and the National Academy of Sciences, Panel on the Conceptual, Measurement and Other Statistical Issues in Developing Cost-of-Living Indexes. From 2000 to the present, I have served on the U.S. Federal Economic Statistics Advisory Committee, an interagency committee jointly formed by the U.S. Bureau of Labor Statistics, the U.S. Census Bureau, and the U.S. Bureau of Economic Analysis. From 2000 to 2004, I served as its first chair. I have completed a two-year term as a review panel member for the Methodology, Measurement and Statistics program at the National Science Foundation. From October 2003 through June 2004 I served on an unpaid Intermittent Detail to the U.S. Food and Drug Administration,

Office of the Commissioner, and during 2006, I was an uncompensated Special Government Employee at the FDA, Office of Commissioner, a position to which I was reappointed.   In 2012 I completed a three-year term on the Advisory Committee to the Social, Behavioral and Economic Sciences Directorate at the National Science Foundation.   Currently, I chair the Advisory Committee to the U.S. Bureau of Economic Analysis.

5.   Over the years, I have served as an expert on a number of health care litigation matters, retained by counsel for branded pharmaceutical and biotechnology firms, generic pharmaceutical manufacturers, by third party payers, and by the Federal Trade Commission.   I was an expert witness for Eli Lilly in a case brought by third-party payers that culminated in the decision of the United States Court of Appeals for the Second Circuit reversing class certification.   *See UFCW Local 1776 v. Eli Lilly & Co.*, 620 F.3d 121 (2d Cir. 2010).   I have also served as a court-appointed independent expert in two pharmaceutical cases.   In one of those instances, I was appointed by Judge Patti B. Saris of the federal District Court for the District of Massachusetts to assist her in connection with plaintiffs' motion for class certification in the Average Wholesale Price Multi-District Litigation (the "AWP MDL").   *See In re Pharmaceutical Industry Average Wholesale Price Litigation*, 230 F.R.D. 61 (D. Mass. 2005).   My work included meetings and conversations with Judge Saris and her law clerk, attending proceedings in the AWP MDL, and submitting an independent expert report.

## II.   **Background To This Case**

6.   I understand that plaintiffs seek to certify four subclasses of natural persons within the Commonwealth of Massachusetts and the States of Missouri, New York and California who purchased and/or paid for Cymbalta (duloxetine) from its launch in 2004 to the present.

7.   My understanding of this dispute is as follows.   Beginning with the FDA's approval of Cymbalta in 2004, the physician package insert for Cymbalta

stated that certain symptoms (which are described in the insert) occur on discontinuation of use of the drug "at a rate greater than or equal to 2% and at a significantly higher rate in duloxetine-treated patients compared to those discontinuing from placebo."[1] Plaintiffs point out that Lilly had conducted studies that showed that these symptoms collectively occurred at least 44% of the time. Plaintiffs contend that these data should have been included in the physician package insert. Each of the four plaintiffs states that "Had I known about the true discontinuation risks associated with Cymbalta, it would have factored into my decision to purchase the drug and I would not have purchased Cymbalta, or I would have at least expected to pay less for it."[2]

8.     I further understand that plaintiffs are not seeking to recover for any physical side effects they may have experienced from discontinuing use of Cymbalta.  Instead, they seek to recover, under the consumer protection statutes of their respective states, the difference between what they paid for Cymbalta and the price at which the market would have valued Cymbalta had Lilly included additional data about the higher risk of discontinuation symptoms in the physician package insert for Cymbalta.

9.     The record in this case also reveals additional pieces of information, which -- as I shall explain below -- are relevant to whether class treatment of this case will require resolution of individualized issues.

---

[1]   The complete package insert, as originally approved by the FDA, is in the record of this case as Exhibit 1 to the Declaration of Sharon Hoog, M.D. (D.E. 56.).  The quoted language is at D.E. 56 at 22-23.  A revised version, approved by the FDA on November 28, 2007, is Exhibit 2 to the Hoog Declaration.  That version changed the language to "at a rate greater than or equal to 1%." (D.E. 56 at 43.)  A further revision, approved by the FDA on November 4, 2010, is Exhibit 3 to the Hoog Declaration.  That version changed the language to "at 1% or greater." (D.C. 56 at 72.)

[2]   Declaration of Plaintiff Dr. Melissa Strafford (D.E. 76, ¶ 8); Declaration of Plaintiff Carol Jacquez (D.E. 77, ¶ 8); Declaration of Plaintiff Jennifer Saavedra (D.E. 78, ¶ 8); Declaration of Plaintiff David F. Matthews, Jr. (D.E. 79, ¶ 8).

10.     First, there is a disagreement between two well-credentialed psychiatrists over whether the physician package insert adequately discloses the risks of discontinuation symptoms.  Compare Declaration of Douglas Jacobs, M.D. with Declaration of Joseph Glenmullen, M.D.  I do not have the qualifications to opine on this dispute.  But I note that the fact that these two psychiatrists have different views over the adequacy of the package insert suggests that determining whether any given doctor was misled by the package insert will require individualized inquiry.

11.     Second, the information about the higher rates of discontinuation symptoms was published in a peer-reviewed article written by doctors employed by Lilly and an external consultant to Lilly.  David G. Perahia, et al. Symptoms following abrupt discontinuation of duloxetine treatment in patients with major depressive disorder, 89 J. of Affective Disorders 207 (2005) ("2005 JAD Article").[3]

12.     Third, following the publication of the 2005 JAD Article and beginning in September 2006, Lilly incorporated the data from the 2005 JAD Article in its Medical Information Letters on Cymbalta and discontinuation.[4] Medical Information Letters are used by pharmaceutical companies to respond to requests from physicians for information about a specific drug.   Lilly has explained that it makes Medical Information Letters available to physicians in response to unsolicited requests (1) via an 800 number, (2) to Lilly sales representatives, and (3) to Lilly medical personnel at conferences and medical

---

[3]  The article is in the record as Exhibit 1 to the Declaration of David M. Perahia, M.D. (D.E. 57).

[4]  Declaration of Sarah L. Helgeson (D.E. 55, ¶ 7).

meetings, or (4) through an on-line repository that can be accessed by practicing healthcare professionals.[5]

13.     Finally, it is significant that each plaintiff's purchases of Cymbalta were covered by insurance and each plaintiff made out-of-pocket co-payments for their prescriptions.[6]

### III.   This Case Will Require Resolution of Many Individualized Questions.

14.     Determining whether the omission from the physician package insert of the data on the rate of discontinuation symptoms contained in the 2005 JAD Article caused members of the proposed sub-classes to pay more than they would have if that data had been included would require resolution of many individualized questions.    These questions arise both from the individualized nature of each decision to prescribe Cymbalta for an individual patient and also from the complex nature of the way pharmaceutical transactions occur.

### A.     The Physician's Decision to Prescribe Cymbalta

15.     The decision to prescribe Cymbalta is made, in the first instance, by the patient's physician.   With respect to each decision to prescribe Cymbalta, it would be necessary to determine whether the doctor read the package insert; whether the language of the package insert adequately informed the doctor about the risk of discontinuation symptoms; whether the doctor knew of the data reported in the 2005 JAD Article -- either from the Article or from any other source -- and nonetheless prescribed Cymbalta for that particular patient.   The package insert has warned of the risk of discontinuation symptoms since Cymbalta was approved in 2004.   Additional data on the rate of discontinuation symptoms

---

[5]  *See* Helgeson Declaration (D.E. 55, ¶ 6).

[6]  Declaration of Plaintiff Dr. Melissa Strafford (D.E. 76, ¶ 5); Declaration of Plaintiff Carol Jacquez (D.E. 77, ¶ 5); Declaration of Plaintiff Jennifer Saavedra (D.E. 78, ¶ 5); Declaration of Plaintiff David F. Matthews, Jr. (D.E. 79, ¶ 5).

was published in 2005, and has been available to physicians through Medical Information Letters beginning in September 2006.  In light of this diffusion of the data, there are many ways that physicians could come to know of the risk of the potential symptoms associated with Cymbalta discontinuation -- through review of the package insert, reading the 2005 JAD Article or one of the Medical Information Letters, by learning of these data from other doctors, by attendance at Medical conferences, by reading practice guidelines from professional medical associations, and so on.

16.     The Declaration of Joseph Glenmullen, M.D. (D.E. 80) also describes another way in which doctors might know of Cymbalta's risk of discontinuation symptoms.  He states that "The frequency of withdrawal symptoms directly correlates with the time it takes for an antidepressant to wash out of a patient's body, known as a drug's 'half-life.'"  (D.E. 80, ¶ 5.)  FDA regulations require that the physician package insert contain a product's half-life "if clinically significant." 21 C.F.R. § 201.57(c)(13)(i)(C).   The half-life for Cymbalta has been in the physician package insert from its launch.[7]  In addition, Dr. Glenmullen published a book in 2005 entitled The Antidepressant Solution.  In that book, he included a table listing the half-lives of 14 different antidepressants, including Cymbalta.[8] Thus, a doctor who read the half-life for Cymbalta on the physician package insert or who viewed the table in  Dr. Glenmullen's book would be on notice of risk of discontinuation symptoms from Cymbalta and could compare the risk to other antidepressants.

17.     If a doctor was apprised of the risk of discontinuation symptoms in any of the ways described above and still made the judgment to prescribe

---

[7]  See Exhibits 1, 2 and 3 to the Declaration of Sharon Hoog, M.D. (D.E. 56 at pp. 17, 56 and 85).

[8]  See Exhibit B to Declaration of Joseph Glenmullen (D.E. 80-2 at 2).

Cymbalta, Lilly's omission of the data plaintiffs say should have been included in the warning would not be the cause of the doctor's prescribing decision.

18.     Patient reaction to various antidepressant medicines is highly idiosyncratic.  Thus, doctors will prescribe an antidepressant despite its risks, and if the drug is successful in treating a patient's depression, doctors will continue to prescribe it despite known risks.

**B.     The Pharmaceutical Distribution and Reimbursement System**

19.     The pathway of a prescription medicine from a manufacturer to a patient and the means by which the medicine is paid for are complex.  These complexities will present many individualized questions for resolution in order to prove plaintiffs' assertion that they paid more for Cymbalta than they would have paid had the warning contained the data that they maintain it should have contained.

20.     I focus here on the distribution and payment for pharmaceuticals that are dispensed by pharmacies and are self-administered by patients, as that is the model described in the declarations of the four plaintiffs.[9]

21.     Manufacturers of brand-name patent protected pharmaceuticals, like Cymbalta, sell their products to wholesalers or to large pharmacy chains (e.g., CVS, Walgreens) that maintain their own warehouses and effectively conduct the wholesaling function in-house.   The products are then transferred from the warehouses to individual pharmacies.   In general, the price charged by the

---

[9]     Excluded from this discussion are two major avenues through which pharmaceuticals are dispensed.  First are medicines that are dispensed by mail-order pharmacies.  Second are pharmaceuticals that are dispensed in hospitals, nursing homes or other in-patient settings.  I exclude these avenues -- which have their own distribution, pricing and reimbursement complexities -- because none of the four plaintiffs appear to have acquired Cymbalta through these avenues.  If the plaintiffs seek to represent individuals who obtained Cymbalta either from mail-order pharmacies or in in-patient settings, their claims will present additional sets of individualized issues that I can describe in a separate report.

wholesaler to the pharmacy enables the wholesaler to earn a modest profit. Manufacturers typically are not involved in and have no visibility into the transaction between the wholesaler and the pharmacy.

22.   A patient who presents a prescription to the pharmacist is charged a fee which covers the cost of the medicine to the pharmacy, the expense to the pharmacy of stocking the medicine and filling the prescription, and a margin of profit for the pharmacy.  For patients -- like the four plaintiffs -- who are covered by insurance, the amount the pharmacy is paid for the prescription is set by contracts between the insurer and the pharmacy chain.  The insurer pays the bulk of that amount.  The insured patient pays a portion of the amount which is known as a co-payment.  There are two types of co-payments.  Some insurance plans require a flat co-payment, regardless of the total price for the drug.  Other insurance plans require the insured to pay a percentage of the total price of the drug.  (This type of co-payment is also known as "co-insurance.")  The amount of the co-payment or co-insurance typically varies from one insurance plan to another.

23.   There are many different types of organizations that offer insurance. Most insured individuals in the United States are covered through their employers who contract with large insurance companies such as Aetna and Cigna or with health care plans such as the Blue Cross/Blue Shield organizations in the various states.  Unions also establish health benefit plans to provide insurance to their members.  These various types of insurance providers are referred to as "third-party payers" or "TPPs."[10]

---

[10]   The state and federal governments are also major TPPs through programs such as Medicaid, Medicare Part D, insurance programs sponsored by the Department of Defense and the Veterans Administration, and others.  Those programs present complexities of their own, but because none of the plaintiffs appears to have participated in any government insurance program, I will not address them in this declaration.  If, however, plaintiffs seek to represent individuals who receive

(continued...)

24.    The contracts between plan sponsors and TPPs vary substantially, as plan sponsors have different objectives.  In the most basic terms, some plan sponsors want to maximize service and convenience for their members, and others want to minimize costs.  The negotiating leverage of plan sponsors also varies substantially.  A large employer with many employees to cover will have more negotiating leverage than a small trade union.

25.    TPPs or their agents -- which are called pharmacy benefit managers ("PBMs") -- negotiate the contracts with pharmacies that govern the amount that the TPP will pay for a prescription.  These negotiations are complex and involve trade-offs between a number of services that TPPs and pharmacies can provide for each other, as well as the services that PBMs can provide for both the TPP and the pharmacy.  In the most basic terms, the greater the number of insured lives that the TPP can drive to a pharmacy, the lower the rate of reimbursement that the pharmacy will agree to accept in payment from the TPP while still providing enough of a margin to the pharmacy to stay in business.  Large TPPs that represent many covered lives have the greatest leverage in negotiations with pharmacies.  Smaller TPPs, however, can increase their leverage by contracting with a PBM.

26.    For their part, pharmacies and pharmacy chains have leverage in these negotiations by virtue of the breadth of the geographic coverage and the number of ancillary services they can offer to the TPP.  In general, the greater the number of pharmacies in a network chain, the more leverage the chain will have in negotiating with TPPs.

27.    In certain circumstances, TPPs and PBMs also can exert leverage over a pharmaceutical manufacturer to extract rebates from manufacturers that

---

coverage for pharmaceuticals through government programs, I can address those programs in a separate report.

may lower the price that plan members will pay for a prescription.  If there is only one drug that treats a particular condition, TPPs may be unable to negotiate any price concessions from its manufacturer.  However, if there are two or more brand name drugs that can be prescribed to treat the same condition, the TPPs and PBMs are in a position to negotiate rebates from a manufacturer in return for driving their insureds to purchase one of those products.[11]  When there are two or more alternatives for treating a particular condition, a TPP or PBM can influence which one is dispensed by giving one drug a preferred place on the insurance plan's formulary.  A formulary is a list of pharmaceuticals for which a TPP will reimburse its insureds.  A product with a preferred place will have a lower co-payment that the insured must pay, and this lower co-payment is designed to create an incentive for the insured to ask his or her doctor to prescribe that drug in lieu of a drug with a higher co-payment.  Another technique for preferring certain drugs in return for price concessions from a manufacturer is to require pre-authorization from the TPP or PBM before a pharmacy can fill a prescription for a non-preferred drug.

28.    In order to achieve a preferred place on a TPP's formulary, the manufacturer negotiates contracts with the TPP or the TPP's PBM to pay rebates for the manufacturer's drugs that are dispensed to the TPP's insureds.  At the time the drug is dispensed, the TPP will reimburse the pharmacy at the price set by the contract between the TPP and the pharmacy.  The TPP will then claim rebates from the manufacturer according to the terms of the contract between the TPP and the manufacturer.  Although the schedule for calculating rebates is set out in the

---

[11]    A different dynamic takes place when a brand name pharmaceutical loses patent protection and generic versions of that drug are approved by the FDA. However, since there is not yet any generic version of Cymbalta, I will not address the profound impact that generic competition has on the price of pharmaceuticals.

contract between the TPP and the manufacturer, in general the actual amount of the rebates paid to the TPPs can only be determined after the sales by the pharmacies are completed and it is known whether the TPP achieved the level of sales of the manufacturer's product required to justify the rebate.  The extent to which manufacturer rebates will be applied to reduce the cost to a plan member or will be retained by the TPP or PBM is an issue that is negotiated between the plan sponsor and the TPP or its PBM.

29.    In summary, there are four sets of contracts that affect the amount that an insured individual will pay for a prescription:  (1) the contract between the plan sponsor and the TPP; (2) the contract between the TPP and its PBM for pharmacy benefit services; (3) the contract between the TPP and/or the PBM and the pharmacy chain; and (4) the contract between the manufacturer and the TPP or its PBM for rebates.  Because the terms of each of these categories of contract vary substantially, the amounts that plan members pay for the same drug vary substantially.  Indeed, it can be the case that several individuals can go to the same pharmacy, on the same day, with the same prescription, and each individual will pay a different amount for the prescription.

30.    TPPs and PBMs also have an interest in monitoring the efficacy and safety of the drugs on their formulary.  It is very much in their interest to ensure that their insureds get the maximum therapeutic value from the medicines for which the TPPs pay and that insureds do not suffer unwanted side effects from those medicines which will increase the amount of money the TPP will have to pay to maintain the health of the insured.  TPPs and PBMs typically have a Pharmacy and Therapeutics Committee (P&T Committee) that monitors the available information on the drugs that they cover.  These committees are composed of physicians, pharmacists, healthcare economists and other healthcare professionals.  Many of them are highly sophisticated and keep fully abreast of developments in the state of knowledge about the efficacy and safety of the drugs

they cover.  I would expect that many P&T Committees would understand the risk of discontinuation symptoms associated with Cymbalta from the precautions and warnings included in the physician package insert since 2004.  In addition, it is likely that many P&T Committees would have been aware of the data on the rate of discontinuation symptoms that appeared in the 2005 JAD Article and Lilly's Medical Information Letters following September 2006, and would also be aware of the correlation between the half-life of an antidepressant and the risk of discontinuation adverse events, as well as professional practice guidelines.

**C.** **Implications For This Case**

31.    The foregoing discussion of physician prescribing decisions and pharmaceutical pricing and reimbursement presents a number of issues that would have to be resolved on an individual basis in order to determine whether any individual class member paid more for Cymbalta than they would have paid if the physician package insert had included the data that plaintiffs assert it should have included.

32.    Some of these issues would break the chain of causation between Lilly's alleged omission and the class-member's payment for Cymbalta:

(a)    Did the class member's doctor read the physician package insert for Cymbalta?  If not, Lilly's alleged omission cannot have caused the doctor to have prescribed Cymbalta.

(b)    If the doctor read the package insert, did he or she understand the risk of discontinuation symptoms associated with Cymbalta, and nevertheless prescribe Cymbalta?

(c)    Did the class member's doctor know of the risk from sources other than the physician package insert and nevertheless prescribe Cymbalta?

(d)    Did the P&T Committee for the class member's TPP (or the TPP's PBM) know of the risk and nevertheless approve Cymbalta for coverage?

(e)     Did the class-member's insurance plan require a flat co-payment or a percentage co-payment?  If it was a flat co-payment -- *i.e.*, the class member pays the same amount for all drugs in the same formulary tier -- additional knowledge in the market about the risks of discontinuation symptoms would have no effect on the price paid by the class member, absent individualized evidence that the P&T Committee would have placed the drug in a different formulary tier.

33.     Other individualized issues would present significant computational difficulties for determining damages:

(a)     Plaintiffs' theory of damages will require determination of what each class member paid for Cymbalta.  As demonstrated above, that is a complex question, and there are a vast range of differences between what each class member paid for Cymbalta, which may have varied over time.   These inquiries are likely to require review of thousands of contracts, formulary plans and rebate claims over the proposed class period of 2004 through the present.[12]

(b)     Assuming that the class member declined the recommendation of his or her physician to take Cymbalta, did the class member accept a prescription for another anti-depressant?  If so, did the class member pay more than he or she would have paid for Cymbalta?  This inquiry will require working through all of the complexities described above for determining the price of the antidepressant the class member did take.  Moreover, because of different dosage

---

[12]   Plaintiffs' theory of damages also requires determination of what value the marketplace would assign to Cymbalta if the data in the 2005 JAD article had appeared in the physician package insert.  Plaintiffs propose to do this through a conjoint analysis to be performed by Dr. Joel W. Hay.  I have not been asked to address the soundness or workability of Dr. Hay's proposed conjoint analysis, but at the appropriate time, I am prepared to demonstrate that it will not yield the information necessary for calculating class-wide damages.

1    levels, comparing prices of drugs in the same therapeutic class on an apples-to-
2    apples basis can be an exceedingly complex task.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 5, 2013                    Ernst R. Berndt, Ph.D.

# EXHIBIT A



# CURRICULUM VITAE

*Ernst R. Berndt*
*Louis E. Seley Professor in Applied Economics*
*Alfred P. Sloan School of Management*
*Massachusetts Institute of Technology*

*Member, Affiliated Faculty of the Harvard-MIT*
*Division of Health Sciences and Technology*

*Co-Director, MIT-Harvard Division of Health Sciences and Technology,*
*Biomedical Enterprise Program*

*12 September 2013*

## PERSONAL DATA

| M.I.T Address | Home Address | Other Address |
|---|---|---|
| Massachusetts Institute of Technology Alfred P. Sloan School of Management 100 Main St., E62-518 Cambridge, MA 02142 (617) 253-2665 Fax (617) 258-6855 | 3 Myrtle St., Unit #1 Boston, MA 02114-4123 (857) 350-3826 Fax (617) 227-0880 | National Bureau of Economic Research 1050 Massachusetts Ave., Cambridge, MA 02139 (617) 588-1420 Fax (617) 868-2742 |
| **Place and Date of Birth** | **Citizenship** | **E-mail Address** |
| Crespo, Entre Rios, Argentina 13 April 1946 | U.S. Citizen | eberndt@mit.edu berndt617@comcast.net |

**Education and Degrees:**

B.A. (Honors) - 1968
Department of Economics
Valparaiso University
Valparaiso, Indiana 46383

M.S. (1971) and Ph. D. (1972)
Department of Economics
The University of Wisconsin
Madison. Wisconsin 53706

Major Field - Public Finance
Minor Fields - Demography,
Econometrics

D. Phil., Honorary (1991)
Uppsala University
Uppsala, Sweden

**Ph.D. Thesis Title:**

"The Economic Theory of Separability,
Substitution and Aggregation with an
Application to U.S. Manufacturing,
1929-1968"

**Thesis Committee:**

Laurits R. Christiansen, Chair
Arthur S. Goldberger
Charles E. Metcalf

**Academic Awards:**

Christ College Scholar, Valparaiso
University (1965-1968)

National Science Foundation Trainee
(1969-1970)

National Science Foundation Fellow
(1970-1971 and 1971-1972)

Most Cited Economist Under Age 40
in 1985
Journal of Economic Perspectives
Vol. 3, No.4, Fall 1989, p. 143, and
The Journal of Economic Education
Vol. 20, No.4 Fall 1989, p. 413.

**Exhibit A**
**20**

**Academic Awards (continued):**    Elected Fellow, The Econometric
                                    Society, 1994

                                    Distinguished Alumnus Award,
                                    Valparaiso University, March 31, 1996

                                    Excellence Award in Mental Health Policy
                                    and Economics Research, International
                                    Center of Mental Health Policy and
                                    Economics, Venice, Italy, March 2003 for
                                    article published in the March 2002 issue of
                                    <u>The Journal of Mental Health Policy and
                                    Economics</u> (see item #123 in publications
                                    listed below)

                                    Listed in Who's Who in America

                                    MIT Technology and Policy Program,
                                    Faculty Appreciation Award, May 2006

**Current Positions:**             Professor of Applied Economics, MIT
                                    July 1, 1980 - present

                                    Awarded Louis E. Seley Chaired
                                    Professorship in Applied Economics,
                                    February 1997

                                    Member. Affiliated Faculty of the Harvard-
                                    MIT Division of Health Sciences and
                                    Technology, May 2007 – present

                                    Director, National Bureau of
                                    Economic Research, Program on
                                    Productivity and Technological Change,
                                    2000 – 2010

                                    Co-Director, Biomedical Enterprise
                                    Program, Harvard-MIT Division of Health
                                    Sciences and Technology, September 2003
                                    – June 2012

**Previous Positions Held:**       Research Economist
                                    Office of Emergency Preparedness
                                    Executive Office of the President
                                    U.S. Government
                                    Washington, D.C.
                                    September 1971 - December 1972

Assistant Professor
Department of Economics
University of British Columbia
January 1973 – June 1976

Department of Economics
University of British Columbia
June 1976 – June 1980

Visiting Scholar
Department of Economics
Massachusetts Institute of Technology
July 1977 – June 1978

Visiting Scholar
Department of Economics
Stanford University
January – August 1985

Visiting Scholar
Harvard Business School
July 1990 - June 1991

Area Head, Economics, Finance and
Accounting, MIT Sloan School,
July 1992 through June 1995

Visiting Professor of Applied Economics
Harvard Medical School, Division of
Health Care Policy and Research
July 1996- June 1997

Adjunct Professor of Applied Economics,
Harvard Medical School, Division of Health
Care Policy and Research, July 2001 – June
2005

Co-Director, MIT Center for Biomedical
Innovation, January 2005 – June 2008

**Other Professional Activities:**          Elected Member and Member,
Executive Committee
Conference on Income and Wealth
National Bureau of Economic Research
1978 – present

Panel Resource Group Member
U.S. National Academy of Sciences
National Research Council
Committee on Nuclear and Alternative
Energy Systems (CONAES)
March 1976 - May 1978

Associate Editor of the Book Review
Section, <u>Journal of The American
Statistical Association</u>
1977 – 1981

Editorial Advisory Board
<u>Resources and Energy, 1979-2005</u>

Member, Board of Editors
<u>Energy Journal</u>
1979 – 1988

Associate Editor
<u>Journal of Business Administration</u>
1982 – 1992

Program Co-Chairman
Second Annual Meeting of the
International Association of Energy
Economists
Churchill College, Cambridge University
Cambridge, England, June 22-24 1980

Research Associate
National Bureau of Economic Research
Productivity and Technical Change
Program, and Health Care Program
1980 - present

Conference Co-Organizer (with Zvi
Griliches), NBER Workshop on
Measurement Issues, Investment, and
Productivity
Summer 1983, 1984, 1986 - 1999; with
others, 2000 - present

Associate Editor
<u>Journal of Econometrics</u>
April 1985 - February 1991

**Exhibit A**
**23**

**Other Professional Activities**
**(continued)**

Associate Editor
Land Economics
April 1985 - February 1991

Member, Editorial Board
Journal of Economics and Management
Strategy
February 1991 - December 1998

Member, Editorial Board
Economic Inquiry
September 1991 – June 1997

Member, Dean's Advisory Council
College of Business Administration
Valparaiso University
Valparaiso, Indiana
September 1985 – 2003

Conference Co-Organizer (with William
Barnett and Halbert White)
Third Austin Symposium in Economics
University of Texas at Austin
May 22-23, 1986

Conference Co-Organizer (with
W. Erwin Diewert and Jack Triplett)
Jubilee Anniversary of the NBER
Conference on Research in Income
and Wealth
Washington, D.C., May 12-13, 1988

Editorial Board Member
Journal of Productivity Analysis
1987 – 1991

Member, Special Advisory Panel
National Science Foundation
Science and Technology Centers, 1988

Conference Co-Organizer (with Timothy
Bresnahan, Zvi Griliches, and Marilyn
Manser), NBER Conference on Output

**Other Professional Activities
(continued)**

Measurement in the Service Sectors,
Charleston, South Carolina,
May 3-5, 1990

Conference Co-Organizer (with Peter
Englund, Bengt-Christer Ysander and
Lennart Hjarmalsson), Productivity
Growth in the Service Sectors, Uppsala,
Sweden, May 22-24, 1991

Member, Advisory Panel
National Science Foundation
Measurement Methods and Data
Improvement Programs, 1990

Economic Consultant and Academic
Affiliate
Analysis Group, Inc.
Boston, MA, 1985 – present

Member, Advisory Committee on
Service Statistics, Statistics Canada
Ottawa, Canada
December 1991 – February 2000

Member
Christ College, Alumni Advisory Board
Valparaiso University, Valparaiso, IN
January 1992 – March 2006

Member, Committee of Visitors,
Program in Economics, National Science
Foundation, July 1992

Member, Research Consortium,
Financial Executives Research
Foundation, 1992 – 1995

Member, Editorial Board, <u>Southern
Economic Journal</u>, July 1993 – June 1997

Conference Co-Organizer (with Thomas
W. Malone and Laurence C. Rosenberg)
"The Productivity Impacts of Information
Technology Investments," Charleston,
South Carolina, November 11-13, 1993

**Other Professional Activities
(continued)**

Member, External Review Committee,
Pennsylvania State University,
Department of Economics,
March-April, 1994

Appointed Representative of the
American Economic Association to the
U.S. Census Bureau Advisory Committee
1996 – 2000; co-chairman, 1999 – 2000

Member and Chair, National Bureau of
Economic Research, Human Subjects
Investigation Review Board, 1998 – 2012

Member, National Academy of Sciences
Panel on the Conceptual, Measurement and
Other Statistical Issues in Developing Cost-
of-Living Indexes, 1999 - 2001

Member and Chair, Federal Economic
Statistics Advisory Committee, 2000 –
2004; Member, 2000 - present

Member, American Economic Association,
Committee on Economic Statistics, 2002 –
2006

Panel Review Member, National Science
Foundation, Program on Methodology,
Measurement and Statistics, Spring 2003 –
December 2004.

Intermittent Detail to the U.S. Food and
Drug Administration, Office of the
Commissioner, 5600 Fishers Lane,
Rockville, MD 20857, October 1, 2003 –
June 30, 2004.  Appointed Special
Government Employee (uncompensated),
U.S. Food and Drug Administration, Office
of the Commissioner, January 23, 2006 –
December 31, 2006; February 12, 2007 –
December 31, 2007; reappointed May 2009.

Editorial Board, RAND Forum for Health
Economics and Health Policy, renamed
Forum for Health Policy & Economics,
March 2004 – present

Member, Advisory Panel on Outpatient
Drugs, U.S. Government Accountability
Office, July 2004-September 2005

Member, Editorial Board, Health Affairs,
October 2005-present

Member, External Visiting Committee,
University of Pennsylvania, The Wharton
School, Health Care Policy Program, April
2008

Advisory Committee Member, Social,
Behavioral and Economics Directorate,
National Science Foundation, May 2009 –
April 2012

Associate Editor, Neurosurgery, October
2009 – present

Member, Committee of Visitors, Social and
Economic Science Division, National
Science Foundation -- 2010

Member, US Bureau of Economic Analysis,
Advisory Council, April 2011 – present;
Chair, November 2011 – present

Member, National Academy of Sciences,
Committee on Science, Technology and
Economic Policy, 2011 - present

Member, Center for Medicare and Medicaid
Services, Medicare Economic Index
Technical Advisory Panel, February 15,
2012 – September 27, 2012

*Publications (in chronological order)*

## ARTICLES/CHAPTERS/REPORTS:

1.  Berndt, Ernst R. and Laurits R. Christensen, "The Internal Structure of Functional Relationships: Separability, Substitution, and Aggregation," <u>Review of Economic Studies</u>, Vol. XL (3), July 1973, pp. 403-410.

2.  Berndt, Ernst R. and Laurits R. Christensen, "The Translog Function and the Substitution of Equipment, Structures, and Labor in U.S. Manufacturing, 1929-68," <u>Journal of Econometrics</u>, Vol. 1 (1), 1973, pp. 81-114.

3.  Berndt, Ernst R. and Dale W. Jorgenson, "Production Structure," Chapter 3, in Dale W. Jorgenson, Ernst R. Berndt, Laurits R. Christensen, and Edward A. Hudson, <u>U.S. Energy Resources and Economic Growth</u>, Final Report to the Ford Foundation Energy Policy Project, Washington, D.C., October 1973.

4.  Berndt, Ernst R., "Forecasting North American Energy Demand: Issues and Problems," in Peter H. Pearse, ed., <u>The Mackenzie Pipeline: Arctic Gas and Canadian Energy Policy</u>, Toronto: McClelland and Stewart, 1974, pp. 71-79.

5.  Berndt, Ernst R. and David O. Wood, "An Economic Interpretation of the Energy-GNP Ratio," in Michael S. Macrakis, ed., <u>Energy: Demand Conservation and Institutional Problems</u>, Cambridge: MIT Press, 1974.

6.  Berndt, Ernst R. and Laurits R. Christensen, "Testing for the Existence of a Consistent Aggregate Index of Labor Inputs," <u>American Economic Review</u>, June 1974, Vol. 64, No. 3, pp. 391-404.

7.  Berndt, Ernst R., Bronwyn H. Hall, Robert E. Hall, and Jerry A. Hausman, "Estimation and Inference in Nonlinear Structural Models," <u>Annals of Economic and Social Measurement</u>, Vol. 3, No. 4, October 1974, pp. 653-665. Reprinted in Herman Bierens and A. Ronald Gallant, eds., <u>Nonlinear Models</u>, Cheltenham: Edward Elgar Publishing, Ltd., 1996.

8.  Berndt, Ernst R. and David O. Wood, "Technology, Prices and the Derived Demand for Energy," <u>Review of Economics and Statistics</u>, Vol. 57, No. 3, August 1975, pp. 259-268.

9.  Berndt, Ernst R. and N. Eugene Savin, "Estimation and Hypothesis Testing in Singular Equation Systems with Autoregressive Disturbances, <u>Econometrica</u>, Vol. 43, No. 5-6, September-November 1975, pp. 937-957.

10. Berndt, Ernst R., "Reconciling Alternative Estimates of the Elasticity of Substitution," <u>Review of Economics and Statistics</u>, Vol. 58, No. 1, February 1976, pp. 59-68.

11.  Berndt, Ernst R. and G. Campbell Watkins, "Demand for Natural Gas: Residential and Commercial Markets in Ontario and British Columbia," Canadian Journal of Economics, Vol. 10, No. 1, February 1977, pp. 97-111.

12.  Jonathan R. Kesselman, Samuel H. Williamson and Ernst R. Berndt, "Tax Credits for Employment Rather than Investment," American Economic Review, Vol. 67, No. 3, June 1977, pp. 339-349.

13.  Berndt, Ernst R. and N. Eugene Savin, "Conflict Among Criteria for Testing Hypotheses in the Multivariate Linear Regression Model," Econometrica, Vol. 45, No. 5, July 1977, pp. 1263-1278.  Reprinted in Omar F. Hamouda and J.C.R. Rowley, eds., Foundations of Probability, Econometrics and Economic Games, Cheltenham: Edward Elgar Publishing Ltd., 1996.

14.  Berndt, Ernst R., "Canadian Energy Demand and Economic Growth," in G. Campbell Watkins and Michael Walker, eds., Oil in the Seventies: Essays on Energy Policy, Vancouver: The Fraser Institute, 1977, pp. 45-84.

15.  Berndt, Ernst R., Masako N. Darrough, and W. Erwin Diewert, "Flexible Functional Forms and Expenditure Distributions: An Application to Canadian Consumer Demand Functions," International Economic Review, Vol. 18, No. 3, October 1977, pp. 651-676.

16.  Berndt, Ernst R., Melvyn A. Fuss and Leonard Waverman, "Dynamic Models of the Industrial Demand for Energy," Palo Alto: Electric Power Research Institute, November 1977, Report EA-580, 137 pp.

17.  Berndt, Ernst R., "Aggregate Energy, Efficiency, and Productivity Measurement," Annual Review of Energy, Vol. 3, 1978, pp. 225-273.

18.  Berndt, Ernst R. and Dale W. Jorgenson, "How Energy, and Its Cost, Enter the `Productivity Equation,'" Spectrum, Publication of the Institute for Electrical and Electronic Engineers, October 1978, pp. 50-52.

19.  Berndt, Ernst R. and David O. Wood, "Engineering and Econometric Interpretations of Energy-Capital Complementarity," American Economic Review, Vol. 69, No. 3, June 1979, pp. 342-354.

20.  Berndt, Ernst R., Alan J. Cox, and Peter H. Pearse, "Estimation of Logging Costs and Timber Supply Curves from Forestry Inventory Data," The Forestry Chronicle, August 1979, pp. 144-147.

21.  Berndt, Ernst R., Karen Chant Sharp, and G. Campbell Watkins, "Utility Bond Rates and Tax Normalization," Journal of Finance, Vol. 34, No. 5, December 1979, pp. 1211-1220.

22. Berndt, Ernst R. and Mohammed S. Khaled, "Parametric Productivity Measurement and Choice Among Flexible Functional Forms," Journal of Political Economy, Vol. 87, No. 6, December 1979, pp. 1120-1245.

23. Berndt, Ernst R. and Catherine J. Morrison, "Income Redistribution and Employment Effects of Rising Energy Prices," Resources and Energy, Vol. 2, No. 2, June 1979, pp. 131-150.

24. Berndt, Ernst R. and Catherine J. Morrison, "Energy, Capital, and Productivity," Chapter 9 in Joy Dunkerley, ed., International Energy Strategies: Proceedings of the 1979 IAEE/RFF Conference, Cambridge: Oelgeschlaeger, Gunn, and Hain, Publishers, Inc., 1980, pp. 79-99.

25. Berndt, Ernst R., Thomas H. McCurdy, and David E. Rose, "On Testing Theories of Financial Intermediary Portfolio Selection," Review of Economic Studies, Vol. 47, October 1980, pp. 861-873.

26. Berndt, Ernst R., Jonathan R. Kesselman, and G. Campbell Watkins, "Tax Normalization, Regulation and Economic Efficiency," Journal of Business Administration, Special Resource Policy Issue, Vol. II, No. 1, Fall 1980, pp. 171-183.  Reprinted in Peter N. Nemetz, ed., Energy Crisis: Policy Response, Montreal: The Institute for Research on Public Policy, 1981, pp. 171-183.

27. Berndt, Ernst R., Gerry May, and G. Campbell Watkins, "An Econometric Model of Alberta Electricity Demand," in William T. Ziemba, Sandra L. Schwartz, and E. Koenigsberg, eds., Energy Policy Modelling: U.S. and Canadian Experiences, Hingham, Massachusetts: Martinus-Nijhoff Press, Social Science Division, Vol. 1, 1980, pp. 103-116.

28. Berndt, Ernst R., "Energy Price Increases and the Productivity Slowdown in United States Manufacturing," in The Decline in Productivity Growth, Proceedings of a Conference held in June 1980, Boston: The Federal Reserve Bank of Boston, Conference Series No. 22, pp. 60-89.

29. Berndt, Ernst R., Melvyn A. Fuss, and Leonard Waverman, Dynamic Adjustment Models of Industrial Energy Demand: Empirical Analysis for U.S. Manufacturing, 1947-1974, Research Project 683-1, Final Report, Palo Alto: Electric Power Research Institute, November 1980, 179 pp.

30. Berndt, Ernst R. and Catherine J. Morrison, "Capacity Utilization Measures: Underlying Economic Theory and an Alternative Approach," Presented at the 1980 Annual Meetings of the American Economic Association, Denver 1980, American Economic Review, Vol. 71, No. 2, May 1981, pp. 48-51.

31. Berndt, Ernst R. and Barry C. Field, "An Introductory Review of the Economics of Natural Resource Substitution," Chapter 1 in Ernst R. Berndt and Barry C. Field, eds., Modeling and Measuring Natural Resource Substitution, Cambridge: MIT Press, December 1981, pp. 1-14.

32. Berndt, Ernst R., Catherine J. Morrison, and G. Campbell Watkins, "Energy Substitution and Capital Utilization in a Dynamic Context," invited paper presented at the National Science Foundation Conference on Natural Resource Substitution, Key Biscayne, Florida, December 13-14, 1979. Retitled "Dynamic Models of Energy Demand: An Assessment and Comparison," Chapter 12 in Ernst R. Berndt and Barry C. Field, eds., Modeling and Measuring Natural Resource Substitution, Cambridge: MIT Press, December 1981, pp. 259-289.

33. Morrison, Catherine J. and Ernst R. Berndt, "Short Run Labor Productivity in a Dynamic Model," Journal of Econometrics, Vol. 16, No. 3, December 1981, pp. 339-365.

34. Berndt, Ernst R., "Modeling the Simultaneous Demand for Factors of Production," in Zmira Hornstein, Joseph W. Grice, and Alfred P. Webb, eds., The Economics of the Labour Market, London: Her Majesty's Stationery Office, 1981, pp. 127-142.

35. Berndt, Ernst R. and G. Campbell Watkins, Energy Prices and Productivity Trends in the Canadian Manufacturing Sector, 1957-76: Some Exploratory Results, Ottawa, Economic Council of Canada, 1981, 42 pp.

36. Berndt, Ernst R. and David O. Wood, "Engineering and Econometric Interpretations of Energy-Capital Complementarity: Reply," American Economic Review, Vol. 71, No. 5, December 1981, pp. 1105-1110.

37. Berndt, Ernst R. and David O. Wood, "The Specification and Measurement of Technical Change in U.S. Manufacturing," Chapter 7 in John R. Moroney, ed., Advances in the Economics of Energy and Resources, Vol. 4, Greenwich, Connecticut: JAI Press, 1982, pp 199-221.

38. Berndt, Ernst R. and David O. Wood, "Concavity and the Specification of Technical Progress in U.S. Manufacturing," in J. Fericelli and J.-B. Lesourd, eds., Econometrie et crise de l'energie, Economica, Paris, Summer 1983.

39. Berndt, Ernst R. and G. Campbell Watkins, "Energy-Output Coefficients: Complex Realities Behind Simple Ratios," The Energy Journal, Vol. 4, No. 2, April 1983, pp. 105-120.

40. Berndt, Ernst R., German Botero, Enrique de Alba, and Ricardo Samaniego, "Econometric Models of Energy Demand in the Transportation and Residential Sectors of Mexico," Chapter 3 in Edgar Ortiz, ed., Current Economic and Financial Issues of the North American and Caribbean Countries, Villa Obregon/San Angel, Mexico: North American Economics and Finance Association, 1983, pp. 20-27.

41. Berndt, Ernst R., David O. Wood, and Michael Manove, A Review of the
    Energy Productivity Center's `Least-Cost Energy Strategy' Study, Palo Alto:
    Electric Power Research Institute, EPRI EA-2753, Project 1484, Final Report,
    March 1983.

42. Berndt, Ernst R. and G. Campbell Watkins, "An Investigation of the
    Relationship Between Energy and the Other Production Inputs in Canadian
    Manufacturing," study conducted by DataMetrics Limited for Energy, Mines,
    and Resources Canada, Industrial Energy Division, Supply and Services
    Contract No. OSQ82-00025, Industry Series, Publication No. 12, January 1983.

43. Berndt, Ernst R., "Quality Adjustment, Hedonics, and Modern Empirical
    Demand Analysis," in W. Erwin Diewert and Claude Montemarquette, eds.,
    Price Level Measurement, Proceedings from a Conference Sponsored by
    Statistics Canada, Ottawa: Minister of Supply and Services Canada, pp. 817-
    863, October 1983.

44. Berndt, Ernst R. and G. Campbell Watkins, "The Demand for Heavy Oil
    Derived from Asphalt," Chapter 18 in Ragaei El Mallakh, ed., Heavy Versus
    Light Oil: Technical Issues and Economic Considerations, Boulder, Colorado:
    International Research Center for Energy and Economic Development, 1983,
    pp. 251-267.

45. Berndt, Ernst R., "Modeling the Aggregate Demand for Electricity: Simplicity
    vs. Virtuosity," Chapter 7 in John Moroney, ed., Advances in the Economics of
    Energy and Resources, Vol. 5, Greenwich, Connecticut: JAI Press, 1984, pp.
    141-152.

46. Berndt, Ernst R. and Ricardo Samaniego, "Residential Electricity Demand in
    Mexico: A Model Distinguishing Access from Consumption," Land
    Economics, Vol. 60, No. 3, August 1984, pp. 268-277.

47. Berndt, Ernst R. and German Botero, "Energy Demand in the Transportation
    Sector of Mexico," Journal of Development Economics, Vol. 17, No. 2, June
    1985.

48. Berndt, Ernst R., "From Technocracy to Net Energy Analysis: Engineers,
    Economists and Recurring Energy Theories of Value," Chapter 12 in Anthony
    D. Scott, ed., Progress in Natural Resource Economics, Oxford: Clarendon
    Press, 1985, pp. 337-367.

49. Berndt, Ernst R., "Electrification, Embodied Technical Progress, and Labor
    Productivity Growth in U.S. Manufacturing, 1889-1939," in Sam Schurr and
    Sidney Sonenblum, eds., Electricity Use, Productive Efficiency and Economic
    Growth, Palo Alto, California: Electric Power Research Institute, 1986, pp.
    93-114.

50. Berndt, Ernst R. and David O. Wood, "Energy Price Shocks and Productivity Growth in U.S. and U.K. Manufacturing," Oxford Review of Economic Policy, Vol. 2, No. 3, Autumn 1986, pp. 1-31.

51. Berndt, Ernst R. and G. Campbell Watkins, "Modeling Energy Demand: The Choice Between Input and Output Energy Measures," The Energy Journal, Vol. 7, No. 2, April 1986, pp. 69-79.

52. Berndt, Ernst R. and David O. Wood, "Energy Price Shocks and Productivity Growth: A Survey," in Richard Gordon, Henry Jacoby, and Martin Zimmerman, eds., The Analysis of Energy Markets, Festschrift in Honor of Morris A. Adelman, Cambridge, Massachusetts, MIT Press, 1987, pp. 305-342.

53. Berndt, Ernst R. and Dieter M. Hesse, "Measuring and Assessing Capacity Utilization in the Manufacturing Sectors of Nine OECD Countries, European Economic Review, Vol. 30, No. 5, October 1986, pp. 961-989.

54. Berndt, Ernst R. and Melvyn A. Fuss, "Productivity Measurement with Adjustments for Variations in Capacity Utilization and Other Forms of Temporary Equilibrium, Journal of Econometrics, Vol. 33, No. 1/2, October/November 1986, pp. 7-29.

55. Berndt, Ernst R. and Melvyn A. Fuss, "Editors' Introduction," Journal of Econometrics, Vol. 33, No. 1/2, October/November 1986, pp. 1-5.

56. Berndt, Ernst R. and David O. Wood, "Interindustry Differences in the Effects of Energy Price-Induced Capital Utilization Changes on Multifactor Productivity Measurement," in John Moroney, ed., Advances in the Economics of Energy and Resources, Vol. 6, Greenwich, Connecticut: JAI Press, 1987, pp. 87-123.

57. Berndt, Ernst R. and David O. Wood, "Demand Module," in MIT Model Analysis Group, A Review of the State-Level Advanced Utility Simulation Model, Palo Alto, California: Electric Power Research Institute, December 1987.

58. Berndt, Ernst R., "Envelope Consistent Functional Separability," in William A. Barnett, Ernst R. Berndt, and Halbert L. White, eds., Dynamic Econometric Modeling, Cambridge: Cambridge University Press, 1988, pp. 27-41.

59. Berndt, Ernst R., Michael J. Harper, and David O. Wood, "Rates of Return and Capital Aggregation Using Alternative Rental Prices," in Dale W. Jorgenson and Ralph Landau, eds., Technology and Capital Formation, Cambridge, Massachusetts: MIT Press, 1989, pp. 331-372.

60. Berndt, Ernst R. and Paul E. Greenberg, "Canadian Energy Demand After the Oil Shocks," in G. Campbell Watkins, ed., Petro Markets: Probing the Economics of Continental Energy, Vancouver, British Columbia: The Fraser Institute, 1989, pp. 69-103.

61. Berndt, Ernst R., Shunseke Mori, Takamitsu Sawa, and David O. Wood, "Energy Price Shocks and Productivity Growth in the Japanese and U.S. Manufacturing Sectors," in Charles R. Hulten, ed., Productivity Growth in Japan and the United States, Chicago: University of Chicago Press for the National Bureau of Economic Research, 1990, pp. 173-198.

62. Berndt, Ernst R. and Jack E. Triplett, "Editors' Introduction," in Ernst R. Berndt and Jack E. Triplett, eds., Fifty Years of Economic Measurement: The Jubilee of the Conference on Research in Income and Wealth, Chicago: University of Chicago Press for the National Bureau of Economic Research, 1990, pp. 1-8.

63. Berndt, Ernst R., "Energy Use, Technical Change and Productivity Growth: A Survey of Economic Issues, Journal of Productivity Analysis, Vol. 2, No. 1, 1991, pp. 67-83.

64. Watkins, G. Campbell and Ernst R. Berndt, "Dynamic Models of Input Demands: A Comparison Under Different Formulations of Adjustment Costs," in John R. Moroney, ed., Advances in the Economics of Energy and Resources, Vol. 7, Greenwich, CT: JAI Press, 1991, pp. 161-190.

65. Friedlaender, Ann F., Ernst R. Berndt and Gerard McCullough, "Governance Structure, Managerial Characteristics, and Firm Performance in the Deregulated Rail Industry," Brookings Papers on Economic Activity: Microeconomics 1992, 95-169.

66. Vellturo, Christopher A., Ernst R. Berndt, Ann F. Friedlaender, Judy Shaw-Er Wang Chiang and Mark H. Showalter, "Deregulation, Mergers, and Cost Savings in Class I U.S. Railroads, 1974-1986," Journal of Economics and Management Strategy, Vol. 1, No. 2, Summer 1992, pp. 339-370.

67. Berndt, Ernst R. and Bengt Hansson, "Measuring the Contribution of Public Infrastructure Capital in Sweden," Scandinavian Journal of Economics, Vol. 94, Supplement, 1992, pp. S151-S168. Reprinted as Chapter 20 in Roger Stough, Roger Vickerman, Kenneth Button and Peter Nijkamp, eds., Classics in Transport Analysis: Transport Infrastructure, Cheltenham UK: Edward Elgar Publishing, 2002, pp. 329-346.

68. Berndt, Ernst R., Ann F. Friedlaender, Judy Shaw-Er Wang Chiang and Christopher A. Vellturo, "Cost Effects of Mergers and Deregulation in the U.S. Rail Industry," Journal of Productivity Analysis, Vol. 4, No. 2, 1993, pp. 127-144.

69. Silk, Alvin J. and Ernst R. Berndt, "Scale and Scope Effects on Advertising

Agency Costs," Marketing Science, Vol. 12, No. 1, Winter 1993, pp. 53-72.

70. Berndt, Ernst R. and Zvi Griliches, "Price Indexes for Microcomputers: An Exploratory Study," Chapter 2 in Murray F. Foss, Marilyn E. Manser and Allan H. Young, eds., Price Measurements and their Uses, Studies in Income and Wealth, Vol. 57, Chicago: University of Chicago Press for the National Bureau of Economic Research, 1993, pp. 63-93.

71. Berndt, Ernst R., Mark H. Showalter, and Jeffrey M. Wooldridge, "A Theoretical and Empirical Investigation of the Box-Cox Model and a Nonlinear Least Squares Alternative," Econometric Reviews, Vol. 12, No. 1, March 1993, pp. 65-102.

72. Berndt, Ernst R., Charles Kolstad and Jong-Kun Lee, "Measuring the Energy Efficiency and Productivity Impacts of Embodied Technical Progress," Energy Journal, Vol. 14, No. 1, March 1993, pp. 33-55.

73. Friedlaender, Ann F., Ernst R. Berndt, Judy Shaw-Er Wang Chiang, Mark H. Showalter and Christopher A. Vellturo, "Rail Costs and Capital Adjustments in a Quasi-Regulated Environment," Journal of Transport Economics and Policy, Vol. 27, No. 2, May 1993, pp. 131-152.

74. Berndt, Ernst R., Zvi Griliches and Joshua G. Rosett, "Auditing the Producer Price Index: Micro Evidence from Prescription Pharmaceutical Preparations, Journal of Business and Economic Statistics, Vol. 11, No. 3, July 1993, pp. 251-264.

75. Greenberg, Paul E., Laura E. Stiglin, Stan N. Finkelstein and Ernst R. Berndt, "The Economic Burden of Depression in 1990," Journal of Clinical Psychiatry, Vol. 54, No. 11, November 1993, pp. 405-418.

76. Greenberg, Paul E., Laura E. Stiglin, Stan N. Finkelstein and Ernst R. Berndt, "Depression: A Neglected Major Illness," Journal of Clinical Psychiatry, Vol. 54, No. 11, November 1993, pp. 419-424.

77. Silk, Alvin J. and Ernst R. Berndt, "Costs, Institutional Mobility Barriers, and Market Structure: Advertising Agencies as Multiproduct Firms," Journal of Economics and Management Strategy, Vol. 3, No. 3, Fall 1994, pp. 437-480.

78. Berndt, Ernst R. and Catherine J. Morrison, "High-Tech Capital Formation and Economic Performance in U.S. Manufacturing Industries: An Exploratory Analysis," Journal of Econometrics, Vol. 65, No. 1, January 1995, pp. 9-43.

79. Berndt, Ernst R., Linda T. Bui, David H. Reiley and Glen L. Urban, "Information, Marketing and Pricing in the U.S. Anti-Ulcer Drug Market," American Economic Review, Vol. 85, No. 2, May 1995, pp. 100-105.

80. Berndt, Ernst R. and Thomas W. Malone, eds., "Information Technology and

the Productivity Paradox," <u>Economics of Innovation and New Technology</u>, Special Double Issue, Vol. 3, Nos. 3/4, Spring 1995, pp. 177-182.

81.  Greenberg, Paul E., Stan N. Finkelstein and Ernst R. Berndt, "Economic Consequences of Illness in the Workplace," <u>Sloan Management Review</u>, Summer 1995, pp. 26-38.

82.  Berndt, Ernst R., Zvi Griliches and Neal Rappaport, "Econometric Estimates of Price Indexes for Personal Computers in the 1990's," <u>Journal of Econometrics</u>, Vol. 68, No. 1, July 1995, pp. 243-268.  Reprinted in Shane M. Greenstein, ed., <u>Computing</u>, Cheltenham UK and Northampton MA USA: Edward Elgar Publishing, 2006, pp. 3-28.

83.  Berndt, Ernst R. and Paul E. Greenberg, "An Updated and Extended Study of the Price Growth of Prescription Pharmaceutical Preparations," in Robert B. Helms, ed., <u>Competitive Strategies in the Pharmaceutical Industry</u>, Washington, DC: American Enterprise Institute, 1995, pp. 35-48.

84.  Berndt, Ernst R., Michael Doane and Roy G. Epstein, "Electric Utility Rates and the Evaluation of Management Performance", <u>The Electricity Journal</u>, Vol. 8, No. 7, August/September 1995, pp. 69-77.

85.  Greenberg, Paul E., Stan N. Finkelstein and Ernst R. Berndt, "Calculating the Workplace Cost of Chronic Disease," <u>Business & Health: Medical Economics</u>, September 1995, pp. 27-30.

86.  Greenberg, Paul E., Ronald C. Kessler, Tara L. Nells, Stan N. Finkelstein and Ernst R. Berndt, "Depression in the Workplace: An Economic Perspective," ch. 16 in J. P. Feighner and W. F. Boyers, editors, <u>Selective Seratonin Reuptake Inhibitors</u>, Chichester, UK: John Wiley and Sons, 1996, pp. 327-363.

87.  Finkelstein, Stan N., Ernst R. Berndt, Paul E. Greenberg, Rod A. Parsley, James M. Russell, Martin B. Keller and the Chronic Depression Study Group, "Improvement in Subjective Work Performance After Treatment of Chronic Depression: Some Preliminary Results," <u>Psychopharmacology Bulletin</u>, Vol. 32, No. 1, Spring 1996, pp. 33-40.

88.  Berndt, Ernst R., Roy Epstein and Michael Doane, "System Average Rates of U.S. Investor-Owned Electric Utilities: A Statistical Benchmark Study," <u>The Energy Journal</u>, Vol. 17, No. 3, June 1996, pp. 1-21.

89.  Berndt, Ernst R., Iain M. Cockburn and Zvi Griliches, "Pharmaceutical Innovations and Market Dynamics: Tracking Effects on Price Indexes for Antidepressant Drugs," <u>Brookings Papers on Economic Activity: Microeconomics</u>, 1996:2, pp. 133-188.

90.  Berndt, Ernst R., Richard G. Frank and Thomas G. McGuire, "Alternative Insurance Arrangements and the Treatment of Depression: What Are The

Facts?," <u>American Journal of Managed Care</u>, Vol. 3, No. 2, February 1997, pp. 135-143.

91. Berndt, Ernst R., Stan N. Finkelstein and Paul E. Greenberg, "The Next Phase of Managed Care: Targeting Investments in Employee Health," <u>On Managed Care</u>, Vol. 2, No. 11, November 1997, pp. 7-8.

92. Berndt, Ernst R., Linda T. Bui, David H. Reiley and Glen L. Urban, "The Roles of Marketing, Product Quality and Price Competition in the Growth and Composition of the U.S. Anti-Ulcer Drug Industry," chapter 7 in Timothy F. Bresnahan and Robert J. Gordon, eds., <u>The Economics of New Products</u>, Studies in Income and Wealth, Volume 58, Chicago: University of Chicago Press for the National Bureau of Economic Research, 1997, pp. 277-322.

93. Greenberg, Paul E., Stan N. Finkelstein, Ernst R. Berndt, Andrew M. Baker and James M. Russell, "Workplace Illness: Calculating Return on Investment from Reducing Workplace Illness," <u>Drug Benefit Trends</u>, March 1998, pp. 44-47.

94. Richard G. Frank, Susan H. Busch, and Ernst R. Berndt, "Measuring Prices and Quantities of Treatments for Depression," <u>American Economic Review</u>, Vol. 88, No. 2, May 1998, pp. 106-111.

95. Berndt, Ernst R., Stan N. Finkelstein, Paul E. Greenberg, Robert H. Howland, Alison Keith, A. John Rush, James Russell and Martin B. Keller, "Workplace Performance Effects from Chronic Depression and Its Treatment," <u>Journal of Health Economics</u>, Vol. 17, No. 5, Fall 1998, pp. 511-535.

96. Berndt, Ernst R., Iain M. Cockburn, Douglas L. Cocks, Arnold M. Epstein, M.D., and Zvi Griliches, "Is Price Inflation Different for the Elderly?  An Empirical Analysis of Prescription Drugs," ch. 2 in Alan Garber, ed., <u>Frontiers in Health Policy Research</u>, Cambridge, MA: MIT Press for the National Bureau of Economic Research, Vol. 1, 1998, pp. 33-75.

97. Berndt, Ernst R., Iain M. Cockburn, Douglas L. Cocks, Arnold Epstein and Zvi Griliches, "Prescription Drug Prices for the Elderly," <u>Monthly Labor Review</u>, Vol. 121, No. 9, September 1998, pp. 23-34.

98. Cockburn, Iain M., Howard L. Bailit, Ernst R. Berndt and Stan N. Finkelstein, "Costing Out Care: Antihistamines and the Workplace," <u>Business and Health</u>, Vol. 17, No. 3, March 1999, pp. 49 - 50.

99. Russell, James M., Ernst R. Berndt, Robert M. Miceli and Salvatore Colucci, "Course and Cost of  Treatment for Depression with Fluoxetine, Paroxetine and Sertraline," <u>American Journal of Managed Care</u>, Vol. 5, No. 5, May 1999, pp. 597-606.

100. Greenberg, Paul E., Tamar Sisitsky, Ronald C. Kessler, Stan N. Finkelstein, Ernst R. Berndt, Jonathan R. T. Davidson, James C. Ballenger and Abby J.

Fyer, "The Economic Burden of Anxiety Disorders in the 1990's," Journal of Clinical Psychiatry, 60:7, July 1999, pp. 427-435.

101. Triplett, Jack E. and Ernst R. Berndt, "Introduction: New Developments in Measuring Medical Care," ch. 1 in Jack E. Triplett, ed., Measuring the Prices of Medical Treatments, Washington, D.C.: Brookings Institution Press, 1999, pp. 1-33.

102. Frank, Richard G., Ernst R. Berndt and Susan H. Busch, "Price Indexes for the Treatment of Depression," in Jack E. Triplett, ed., Measuring the Prices of Medical Treatments, Washington, D.C.: Brookings Institution Press, 1999, pp. 72-102.

103. Cockburn, Iain M., Howard L. Bailit, Ernst R. Berndt and Stan N. Finkelstein, "Loss of Work Productivity Due to Illness and Medical Treatment", Journal of Occupational and Environmental Medicine, Vol 41, No. 11, November 1999, pp. 948-953.

104. Cremieux, Pierre-Yves, Stan N. Finkelstein, Ernst R. Berndt, Jeffrey Crawford and Mitchell B. Slavin, "Cost-Effectiveness, Quality-Adjusted Life Years, and Supportive Care: Recombinant Human Erythropoietin as Treatment of Cancer-Associated Anemia," Pharmacoeconomics, November 1999, Vol. 16, No. 5 (Part 1), pp. 459-472.

105. Berndt, Ernst R., James M. Russell, Robert M. Miceli, Salvatore Colucci, Yikand Xu, and Amy N. Grudzinski, "Comparing SSRI Treatment Costs for Depression Using Retrospective Claims Data: The Role of Non-Random Selection and Skewed Data," Value in Health, Vol. 3, No. 3, May/June 2000, pp. 208-221.

106. Berndt, Ernst R., Lorrin Koran, Stan N. Finkelstein, Alan Gelenberg, Susan G. Kornstein, Ivan M. Miller, Michael Thase, George Trapp and Martin B. Keller, "Lost Human Capital from Early-Onset Chronic Depression," American Journal of Psychiatry, 157:6, June 2000, pp. 940-947.

107. Berndt, Ernst R., Howard L. Bailit, Martin B. Keller, Jason C. Verner and Stan N. Finkelstein, "Health Care Use and At-Work Productivity Among Employees With Mental Disorders," Health Affairs, Vol. 19, No. 4, July/August 2000, pp. 244-256.

108. Berndt, Ernst R, ed., "Research on Price Index Measurement: Agendas for the Next Twenty Years," Journal of Economic and Social Measurement, 26 (2000), pp. 1-32.

109. Berndt, Ernst R., David Cutler, Richard G. Frank, Zvi Griliches, Joseph P. Newhouse and Jack E. Triplett, "Medical Care Prices and Output," chapter 3, Vol. 1A, in Joseph P. Newhouse and Anthony C. Culyer, eds., Handbook of Health Economics, Amsterdam: Elsevier Science B.V., 2000, pp.119-180.

110. Berndt, Ernst R., "On the Economic Impacts of Medical Treatments: Work Productivity and Functioning," Estudios de Economia, Vol. 27, No. 2, December 2000, pp 181-198.

111. Berndt, Ernst R., "Reducing the Societal Costs of Depression: Opportunities in the Millennium," in Ann Dawson and Andre Tyler, editors, Depression: Social and Economic Timebomb, London: BMJ Publishing Group for the World Health Organization, 2001, pp. 131-141.

112. Berndt, Ernst R., "The U.S. Pharmaceutical Industry: Why Significant Growth in Times of Cost Containment?'" Health Affairs, Vol. 20, No. 2, March/April 2001, pp. 100-114.   Reprinted in John K. Iglehart, ed., The Value of Rx Innovation: A Primer from Health Affairs, Millwood, VA: Project HOPE, 2001, pp. 90-104.

113. Cutler, David M. and Ernst R. Berndt, "Introduction," in David M. Cutler and Ernst R. Berndt, eds., Medical Care Output and Productivity, Studies in Income and Wealth, Vol. 62, Chicago: University of Chicago Press for the National Bureau of Economic Research, 2001, pp. 1-11.

114. Berndt, Ernst R., Susan H. Busch and Richard G. Frank, "Price Indexes for Acute Phase Treatment of Depression," chapter 12 in David Cutler and Ernst R. Berndt, eds., Medical Output and Productivity, Chicago: University of Chicago Press for the National Bureau of Economic Research, 2001, pp. 463-505.

115. Berndt, Ernst R., David Cutler, Richard G. Frank, Zvi Griliches, Joseph P. Newhouse and Jack E. Triplett, "Price Indexes for Medical Care Goods and Services: An Overview of Measurement Issues," chapter 4 in David Cutler and Ernst R. Berndt, eds., Medical Output and Productivity, Chicago: University of Chicago Press for the National Bureau of Economic Research, 2001, pp. 141-198.

116. Berndt, Ernst R. and Neal J. Rappaport, "Price and Quality of Desktop and Mobile Personal Computers: A Quarter Century Historical Overview," American Economic Review, Vol. 91, No. 2, May 2001, 268-273.

117. Busch, Susan H., Ernst R. Berndt and Richard G. Frank, "Creating Price Indexes for Measuring Productivity in Mental Health Care," ch. 5 in Alan M. Garber, editor, Frontiers in Health Policy Research, Vol. 4, Cambridge, MA: MIT Press for the National Bureau of Economic Research, 2001, pp. 115-147.

118. Silk, Alvin J., Lisa R. Klein and Ernst R. Berndt, "The Emerging Position of the Internet as an Advertising Medium," Netnomics, Vol. 3, 2001, pp. 129-148.

119. Ellerman, A. Denny, Thomas M. Stoker and Ernst R. Berndt, "Sources of Productivity Growth in the American Coal Industry," in Charles R. Hulten, Edwin M. Dean, and Michael J. Harper, eds., New Developments in Productivity Analysis, Studies in Income and Wealth, Vol. 63, Chicago:

University of Chicago Press for the National Bureau of Economic Research, 2001, pp. 373-414.

120. Rosenthal, Meredith B., Ernst R. Berndt, Julie M. Donohue, Richard G. Frank and Arnold M. Epstein, "Promotion of Prescription Drugs to Consumers," New England Journal of Medicine, Vol. 346, No. 7, February 14, 2002, pp. 498-505.

121. Berndt, Ernst R., Anupa Bir, Susan H. Busch, Richard G. Frank and Sharon-Lise T. Normand, "The Medical Treatment of Depression, 1991-1996: Productive Inefficiency, Expected Outcome Variations, and Price Indexes," Journal of Health Economics, Vol. 21, No. 3, May 2002, pp. 373-396.

122. Silk, Alvin J., Lisa R. Klein and Ernst R. Berndt, "Intermedia Substitutability in the U.S. National Advertising Market," Review of Industrial Organization, Vol. 20, No. 4, June 2002, pp. 323-348.

123. Berndt, Ernst R., Ashoke Bhattacharjya, David Mishol, Almudena Arcelus and Thomas Lasky, "An Analysis of the Diffusion of New Antidepressants: Variety, Quality, and Marketing Efforts," The Journal of Mental Health Policy and Economics, Vol. 5, No. 1, March 2002, pp. 3-17. Given the "Excellence Award in Mental Health Policy and Economics Research" by I.C.M.P.E., Venice, March 2003.

124. Keller, Martin B. and Ernst R. Berndt, "Depression Treatment: A Life-Long Commitment?", Psychopharmacology Bulletin, Vol. 36, Supplement 2, Summer 2002, pp. 1-9.

125. Crown, William H., Davina Ling and Ernst R. Berndt, "Measuring the Costs and Benefits of Pharmaceutical Expenditures," Expert Review of Pharmacoeconomics Outcomes Research, 2 (5), 2002: 89-97.

126. Wan, George J., William H. Crown, Ernst R. Berndt, Stan N. Finkelstein and Davina Ling, "Healthcare Expenditures in Patients Treated with Venlaxafine or Selective Serotonin Reuptake Inhibitors for Depression and Anxiety," International Journal of Clinical Practice, 56(6), 2002: 434-439.

127. Berndt, Ernst R. and William H. Crown, "Labor Force Activity in Cancer Patients with Anemia," Quality of Life in Oncology, September 2002.

128. Berndt, Ernst R., "Pharmaceuticals in U.S. Health Care: Determinants of Quantity and Price," Journal of Economic Perspectives, Vol. 16, No. 4, Fall 2002, pp. 45-66.

129. Ling, Davina C., Ernst R. Berndt and Margaret K. Kyle, "Deregulating Direct-to-Consumer Marketing of Prescription Drugs: Effects on Prescription and Over-the-Counter Product Sales," Journal of Law and Economics, Vol. 14, October 2002, pp. 691-723.

130. Crown, William H., Stan N. Finkelstein, Ernst R. Berndt, Davina C. Y. Ling, Amy W. Poret and A. John Rush, "The Impact of Treatment-Resistant Depression on Healthcare Utilization and Costs," Journal of Clinical Psychiatry, 63(11) 2002: 963-971.

131. Berndt, Ernst R., Margaret Kyle and Davina Ling, "The Long Shadow of Patent Expiration: Generic Entry and Rx to OTC Switches," Chapter 8 in Robert C. Feenstra and Matthew D. Shapiro, eds., Scanner Data and Price Indexes, NBER Series on the Conference on Research in Income and Wealth, Vol. 61, Chicago: University of Chicago Press for the National Bureau of Economic Research, 2003, pp. 229-267.

132. Lerner, Debra, Benjamin C. Amick III, Jennifer C. Lee, Ted Rooney, William H. Rogers, Hong Chang and Ernst R. Berndt, "The Relationship of Employee-Reported Work Limitations to Work Productivity," Medical Care, 41(5), May 2003, pp. 649-659.

133. Berndt, Ernst R., Robert S. Pindyck and Pierre Azoulay, "Consumption Externalities and Diffusion in Pharmaceutical Markets: Antiulcer Drugs," Journal of Industrial Economics, Vol. 51, No. 2, June 2003, pp. 243-270.

134. Rosenthal, Meredith B., Ernst R. Berndt, Julie M. Donohue, Arnold M. Epstein and Richard G. Frank, "Demand Effects of Recent Changes in Prescription Drug Promotion," Ch. 1 in Alan M. Garber, ed., Frontiers in Health Policy Research, Vol. 6, Cambridge, MA: MIT Press for the National Bureau of Economic Research, June 2003, pp. 1-26.

135. Berndt, Ernst R., "Unique Issues Raised by Drug Benefit Design," Health Affairs, 23(1), January/February 2004, pp. 103-106.

136. Pomerantz, Jay M., Stan N. Finkelstein, Ernst R. Berndt, Amy W. Poret, Leon E. Walker, Robert C. Alber, Vidya Kadiyam, Mitali Das, David T. Boss and Thomas H. Ebert, "Prescriber Intent, Off-Label Usage, and Early Discontinuation of Antidepressants," Journal of Clinical Psychiatry, Vol. 65, No. 3, March 2004, pp. 395-404.

137. Silk, Alvin J. and Ernst R. Berndt, "Cost Economies in the Global Advertising and Marketing Services Business," Chapter 11 in John Quelch and Rohit Deshpande, eds., The Global Market: Developing a Strategy to Manage Across Borders, San Francisco: Jossey Bass, 2004, pp. 217-257.

138. Crown, William H., Ernst R. Berndt, Onur Baser, Stan N. Finkelstein, Whitney P. Witt, Jonathan Maguire and Kenan E. Haver, "Benefit Plan Design, and Prescription Drug Utilization Among Asthmatics: Do Patient Copayments Matter?" Chapter 4 in David M. Cutler and Alan M. Garber, eds., Frontiers in Health Policy, Vol. 7, Cambridge, MA: MIT Press for the NBER, 2004, pp. 95-127.

139. Lerner, Debra, David A. Adler, Hong Chang, Ernst R. Berndt, Julie T. Irish, Leueen Lapitsky, Maggie Y. Hood, John Reed and William H. Rogers, "The Clinical and Occupational Correlates of Work Productivity Loss Among Employed Patients with Depression," Journal of Occupational and Environmental Medicine, 46:6 (supplement), June 2004, pp. 546-555.

140. Frank, Richard G., Ernst R. Berndt, Alisa Busch, and Anthony F. Lehman, "Quality-Constant Prices for the Ongoing Treatment of Schizophrenia: An Exploratory Study," Quarterly Review of Economics and Finance, Vol. 44, No. 3, July 2004, pp. 390-409.

141. Silk, Alvin J. and Ernst R. Berndt, "Holding Company Cost Economies in the Global Advertising and Marketing Services Business," Review of Marketing Science, Vol. 2, Issue 1, Article 5, posted 15 June 2004, http://www.bepress.com/romsjournal/vol2/iss1/art5.

142. Berndt, Ernst R. and Tamar Sisitsky, "Economic Impacts of Anxiety Disorders: A Review," Mental Fitness: The Science of Mental Wellness Vol. 3, No. 1, 2004, pp. 30-34.

143. Berndt, Ernst R., "Changes In The Costs of Treating Mental Health Disorders: An Overview Of Recent Research Findings", PharmacoEconomics, Vol. 22 – Supplement 2, 2004, pp. 37-50.

144. Lerner, Debra, David A. Adler, Hong Chang, Leueen Lapitsky, Maggie Y. Hood, Carla Perrisinotto, John Reed, Thomas J. McLaughlin, Ernst R. Berndt and William H. Rogers, "Unemployment, Job Retention and Productivity Loss Among Employees with Depression," Psychiatric Services, 2004, 55:1371-1378.

145. Donohue, Julie M. and Ernst R. Berndt, "Effects of Direct-to-Consumer Advertising on Medication Choice: The Case of Antidepressants", Journal of Public Policy & Marketing 23(2):115-127, Fall 2004.

146. Donohue, Julie M., Ernst R. Berndt, Meredith Rosenthal, Arnold M. Epstein and Richard G. Frank, "Effects of Pharmaceutical Promotion on Adherence to Guideline Treatment of Depression," Medical Care, 42(12):1176-1185, December 2004.

147. Pransky, Glenn S., Ernst R. Berndt, Stanley N. Finkelstein, S. Verma and Ashwini Agrawal, "Performance Decrements Resulting from Illness in the Workplace: The Effect of Headaches," Journal of Occupational and Environmental Medicine, 47(1), January 2005, pp. 34-40.

148. Berndt, Ernst R., "To Inform or Persuade? Direct-to-Consumer Advertising of Prescription Drugs," Perspective, New England Journal of Medicine, 352:4, January 27, 2005, pp. 325-328.

149. Lyman, Gary H. Ernst R. Berndt, Joel D. Kallich, M. Haim Erder, William H. Crown, Stacey R. Long, Howard Lee, Xue Song, and Stan N. Finkelstein, "The Economic Burden of Anemia in Cancer Patients Receiving Chemotherapy", Value In Health, Vol. 8, No. 2, February 2005, pp. 149-156.

150. Berndt, Ernst R., William H. Crown, Joel D. Kallich, Stacey R. Long, Xue Song, and Gary H. Lyman, "The Impact of Anaemia and its Treatment on Employee Disability and Medical Costs", PharmacoEconomics, 23(2), February 2005, pp. 183-192.

151. Berndt, Ernst R. and John A. Hurvitz, "Vaccine Advance-Purchase Agreements for Low-Income Countries: Practical Issues," Health Affairs, Vol. 24, No. 3, May/June 2005, pp. 653-665.

152. Stoker, Thomas M., Ernst R. Berndt, A. Denny Ellerman, and Susanne M. Schennach, "Panel Data Analysis of U.S. Coal Productivity," Journal of Econometrics, Vol. 127, No. 2, August 2005, pp. 131-164.

153. Berndt, Ernst R., Joel Kallich, Anne McDermott, Xiao Xu, Howard Lee and John Glaspy, "Reductions in Anaemia and Fatigue are Associated with Improvements in Productivity in Cancer Patients Receiving Chemotherapy," Pharmacoeconomics, 2005:23(5), pp. 505-514.

154. Berndt, Ernst R., Adrian H. B. Gottschalk, Tomas J. Philipson and Matthew W. Strobeck, "Industry Funding of the FDA: Effects of PDUFA on Approval Times and Withdrawal Rates", Nature Reviews: Drug Discovery, Vol. 4, No. 7, July 2005, pp. 545-554.

155. Berndt, Ernst R., Adrian H. B. Gottschalk, Tomas Philipson and Matthew W. Strobeck, "Assessing the Impacts of the Prescription Drug User Fee Acts (PDUFA) on the FDA Approval Process", in David M. Cutler and Alan M. Garber, eds., Forum for Health Economics and Policy, Vol. 8 (Frontiers in Health Policy, Article 2.  http://www.bepress.com/fhep/8/2.)

156. Silk, Alvin J. and Ernst R. Berndt, "Holding Companies: Size-Related Cost Economies", Admap, September 2005, pp. 51-53.

157. Berndt, Ernst R., "The Boskin Commission After A Decade: After-life or Requiem?", International Productivity Monitor,  No. 12, Spring 2006, pp. 61-73.

158. Philipson, Tomas A., Ernst R. Berndt, Adrian H. B. Gottschalk and Matthew W. Strobeck, "How Safe Is Too Safe?  Public Safety Versus Innovation at the FDA", Milken Institute Review, Vol. 8, No. 2, Second Quarter 2006, pp. 38-45.

159. Pransky, Glenn, Stan Finkelstein, Ernst Berndt, Margaret Kyle, Joan Mackell and Dan Tortorice, "Objective and Self-Report Work Performance Measures: A Comparative Analysis", International Journal of Productivity and Performance

 Management, 55(5):390-399, 2006.

160. Berndt, Ernst R., Iain M. Cockburn and Karen A. Grepin, "The Impact of Incremental Innovation on Biopharmaceuticals: Drug Utilization in Original and Supplemental Indications", PharmacoEconomics, 2006 24 Suppl. 2:69-86.

161. Berndt, Ernst R., Adrian H. B. Gottschalk and Matthew W. Strobeck, "Opportunities for Improving the Drug Development Process: Results from a Survey of Industry and the FDA," chapter 4 in Adam B. Jaffe, Josh Lerner and Scott Stern, eds., Innovation Policy and the Economy, Vol. 6, 2006, pp. 91-121.

162. Berndt, Ernst R., Rachel Glennerster, Michael R. Kremer, Jean Lee, Ruth Levine, Georg Weizsäcker and Heidi Williams, "Advance Market Commitments for Vaccines Against Neglected Diseases: Estimating Costs and Effectiveness", Health Economics, published online on October 2, 2006, http://www.3.interscience.wiley.com/cgi-bin/abstract/113385484/ABSTRACT. Print hard copy version in Health Economics, 16(5):491-511, May 2007.

163. David M. Cutler, Genia Long, Ernst R. Berndt, Jimmy Royer, Andrée-Anne Fournier, Alicia Sasser and Pierre Cremieux, "The Value of Antihypertensive Drugs: A Perspective on Medical Innovation", Health Affairs, 26(1):97-110, January/February 2007.

164. Trusheim, Mark R., Ernst R. Berndt and Frank L. Douglas, "Stratified Medicine: Strategic and Economic Implications of Combining Drugs and Clinical Biomarkers", Nature Reviews: Drug Discovery, Vol. 6, No. 4, April 2007:287-293.

165. Berndt, Ernst R., Richard Mortimer, Ashoke Bhattacharjya, Andrew Parece and Edward Tuttle, "Authorized Generic Drugs, Price Competition and Consumers' Welfare", Health Affairs, 26(3):790-799, May/June 2007.

166. Long, Genia, David M. Cutler and Ernst R. Berndt, "Antihypertensive Drugs: A Perspective on the Value of Improved Blood Pressure Control in the USA", European Heart Journal, Supplements (2007) 9 (Supplement B), B19-B22.

167. Berndt, Ernst R., "The United States' Experience with Direct-to-Consumer Advertising of Prescription Drugs: What Have We Learned?", ch. 9 in Frank A. Sloan and Chee-Ruey Hsieh, eds., Pharmaceutical Innovation: Incentives, Competition, and Cost-Benefit Analysis in International Perspective, Cambridge, England: Cambridge University Press, 2007, pp. 174-195.

168. Berndt, Ernst R., Patricia M. Danzon and Gregory B. Kruse, "Dynamic Competition in Pharmaceuticals: Cross-National Evidence from New Drug Diffusion", Managerial and Decision Economics, 28:231-250, 2007.

169. Berndt, Ernst R., "A Primer on the Economics of the Re-Importation of Prescription Drugs," Managerial and Decision Economics, 28:415-435, 2007.

170. Berndt, Ernst R. and Richard G. Frank, "Medicare Part D and Prescription Drug Prices", Survey of Current Business, 87(6):59-71, June 2007.

171. Abel, Jaison R., Ernst R. Berndt and Alan G.White, "Price Indexes for Microsoft's Personal Computer Software Products", ch. 9 in Ernst R. Berndt and Charles M. Hulten, eds., Hard-to-Measure Goods and Services: Essays in Honor of Zvi Griliches, National Bureau of Economic Research, Studies in Income and Wealth, Vol. 67, Chicago: University of Chicago Press for the National Bureau of Economic Research, 2007, pp. 269-289.

172. Graham, James B. and Ernst R. Berndt, "The December Effect in FDA Drug Approvals: Assessing the Submissions Echo Hypothesis," Drug Information Journal, 41(5):653-659, 2007.

173. Berndt, Ernst R., Alisa B. Busch, Richard G. Frank and Sharon-Lise Normand, "Real Output in Mental Health Care During the 1990s", Forum for Health Economics and Policy, 2007. Available online at http://www.bepress.com/fhep/9/1/5.

174. Chwelos, Paul D., Ernst R. Berndt and Iain Cockburn, "Faster, Smaller, Cheaper: An Hedonic Price Analysis of PDAs," Applied Economics, published online November 27, 2007 DOI:10.1080/00036840600993924. Hard copy published November 2008, 40(22):2839-2856.

175. Thiers, Fabio A., Ernst R. Berndt and Anthony J. Sinskey, "Trends in the Globalization of Clinical Trials," Nature Reviews: Drug Discovery, Advance Online Publication, published online 2 November 2007; doi:10.1038/nrd2441. Hard copy in Nature Reviews: Drug Discovery, 7(1):13-14, January 2008.

176. Ling, Davina C., Ernst R. Berndt and Richard G. Frank, "Economic Incentives and Contracts: The Use of Psychotropic Medications", Contemporary Economic Policy, 26(1):49-72, January 2008.

177. Philipson, Tomas, Ernst R. Berndt, Adrian H. B. Gottschalk and Eric Sun, "Cost-Benefit Analysis of the FDA: The Case of the Prescription Drug User Fee Acts," Journal of Public Economics, 92:1306-1325, 2008.

178. Berndt, Ernst R. and Julie M. Donohue, "Direct-to-Consumer Advertising in Health Care: An Overview of Economic Issues", in Frank A. Sloan and Hershel Kasper, eds., Incentives and Choice in Health Care, Cambridge, MA: The MIT Press, 2008, 131-162.

179. Huskamp, Haiden A., Julie M. Donohue, Catherine Koss, Ernst R. Berndt and Richard G. Frank, "Generic Entry, Reformulations, and Promotion of SSRIs," PharmacoEconomics, 2008, 26(7):603-16.

180. Conti, Rena, Ernst R. Berndt and Richard G. Frank, "Early Retirement and

DI/SSI Applications: Exploring the Impact of Depression in David M. Cutler and David A. Wise, eds., <u>Health In Older Ages: The Causes and Consequences of Declining Disability Among the Elderly</u>, Chicago: University of Chicago Press, 2008, 381-408.

181. Berndt, Ernst R. "Zvi Griliches (1930-1999)", in Steven N. Durlauf and Lawrence E. Blume, eds., <u>The New Palgrave Dictionary of Economics</u>, Second Edition, Palgrave Macmillan (Basingstoke and New York), 2008. http://www.dictionaryofeconomics.com/article?id=pde2008_G000117 doi:10.1057/9780230226203.0678 (available via http://dx.doi.org/)

182. Aitken, Murray L., Ernst R. Berndt and David M. Cutler, "Prescription Drug Spending Trends in the U.S.: Looking Beyond the Turning Point", <u>Health Affairs – Web Exclusive</u>, 28 (1-2):W151-W160, 2009. Published online December 16, 2008; 10.1377/hlthaff.28.1.w151.

183. Karen N. Eggleston, Nilay D. Shah, Steven A. Smith, Amy E. Wagie, Arthur R. Williams, Jerome H. Grossman, Ernst R. Berndt, Kirsten Hall Long, Ritesh Banerjee and Joseph P. Newhouse, "The Net Value of Health Care for Patients with Type 2 Diabetes, 1997 to 2005," <u>Annals of Internal Medicine</u>, 151(6):386-393, September 2009.

184. Mark R. Trusheim, Murray L. Aitken and Ernst R. Berndt, "Characterizing Markets for Biopharmaceutical Innovations: Do Biologics Differ from Small Molecules?", <u>Forum for Health Economics & Policy</u>, Manuscript 1200, June 2010, 48 pp. Available online at http://www.bepress.com/fhep.

185. White, Alan G., Jaison R. Abel, Ernst R. Berndt and Cory W. Monroe, "Hedonic Price Indexes for Personal Computer Operating Systems and Productivity Suites", <u>Annales d'Economie et de Statistique</u>, Special Issue in Memory of Zvi Griliches, 79/80:787-807, 2005 (actually published June 2010).

186. Bollyky, Thomas J., Iain M. Cockburn and Ernst R. Berndt, "Bridging the Gap: Improving Clinical Development and the Regulatory Pathways for Health Products for Neglected Diseases", <u>Clinical Trials</u>, published online 25 November 2010, DOI: 10.1177/1740774510386390, available at http://ctj.sagepub.com/content/early/2010/10/09/1740774510386390.

187. Shah, Nilay D., Karen N. Eggleston, Steven A. Smith, Ernst R. Berndt and Joseph P. Newhouse, "Quality Adjustment for Healthcare Spending on Chronic Disease: Evidence from Diabetes Treatment, 1999-2009", <u>American Economic Review</u>, 101(3):206-211, May 2011.

188. Aitken, Murray L. and Ernst R. Berndt, "Medicare Part D at Age Five: What Has Happened to Seniors' Prescription Drug Prices?", <u>Report by the IMS Institute for Healthcare Informatics</u>, July 2011, 12 pp.

189. Berndt, Ernst R., "An Overview of Henry Grabowski's Scholarly

Contributions", <u>International Journal of the Economics of Business</u>, 18(2):151-4, July 2011.

190. Berndt, Ernst R. and Murray L. Aitken, "Brand Loyalty, Generic Entry and Price Competition in Pharmaceuticals in the Quarter Century after the 1984 Waxman-Hatch Legislation", <u>International Journal of the Economics of Business</u> 18(2):177-201, July 2011.

191. Berndt, Ernst R., Nathan Blalock and Iain M. Cockburn, "Diffusion of New Drugs in the Post-TRIPS Era", <u>International Journal of the Economics of Business</u>, 18(2):203-24, July 2011.

192. Christopher M. Snyder, Mark William Begor and Ernst R. Berndt, "Economic Perspectives On The Advance Market Commitment For Pneumococcal Vaccines", <u>Health Affairs</u> 30(8):1508-17, August 2011.  Available online at http://content.healthaffairs.org/content/30/8/1508.full.html.

193. Tania Cernuschi, Eliane Furrer, Nina Schwalbe, Andrew Jones, Ernst R. Berndt and Susan McAdams, "Advance Market Commitment for Pneumococcal Vaccines:  Moving from Theory to Practice", <u>Bulletin of the World Health Organization</u>, posted online 14 October 2011, ID: BLT.11.08770, available at http://www.who.int/bulletin/11-087700.  Forthcoming in the December 2011 issue of the <u>Bulletin of the World Health Organization</u> under the "Policy & Practice" section.

194. Trusheim, Mark R., Breon Burgess, Sean Xinghua Hu, Theresa Long, Steven D. Averbuch, Aiden A. Flynn, Alfons Lieftucht, Abhijit Mazumder, Judy Milloy, Peter Shaw, David Swank, Jian Wang, Ernst R. Berndt, Federico Goodsaid and Michael C. Palmer, "Quantifying Factors for the Success of Stratified Medicine," <u>Nature Reviews: Drug Discovery</u> 10:817-33, November 2011.

195. Berndt, Ernst R., Thomas G. McGuire and Joseph P. Newhouse, "A Primer on the Economics of Prescription Pharmaceutical Pricing in Health Insurance Markets", <u>Forum for Health Economics & Policy</u> 14(2), Article 10, November 2011.  Available online at http://www.bepress.com/fhep/14/2/10.

196. Berndt, Ernst R. and Joseph P. Newhouse, "Pricing and Reimbursement in U.S. Pharmaceutical Markets", Chapter 8 in Patricia M. Danzon and Sean N. Nicholson, eds., <u>The Oxford Handbook on the Economics of the Biopharmaceutical Industry</u>, New York: Oxford University Press, pp. 201-265, 2012.

197. Trusheim, Mark R. and  Ernst R.Berndt, "Economic Challenges and Possible Policy Actions to Advance Stratified Medicine", <u>Personalized Medicine</u> 9(4):413-27, 2012.

198. Arzaghi, Mohammad, Ernst R. Berndt, James C. Davis and Alvin J. Silk, "The Unbundling of Advertising Agency Services:  An Economic Analysis", <u>Review</u>

of Marketing Science, 10 (2012), Article 4.  DOI:10.1515/1546-5616.1164.

199. Trusheim, Mark R. and Ernst R. Berndt, "The Segmentation of Therapeutic Populations in Oncology", Health Management, Policy and Innovation, 1(1):19-34, October 2012.

200. Conti, Rena M. and Ernst R. Berndt, "Winners and Losers From the Zaltrap Price Discount:  Unintended Consequences?", Health Affairs Blog, available at http://healthaffairs.org/blog/2013/02/20/winners-and-losers-from-the-zaltrap-price-discount, posted February 20, 2013.

201. Kornfield, Rachel, Julie Donohue, Ernst R. Berndt and G. Caleb Alexander, "Promotion of Prescription Drugs to Consumers and Providers, 2001-2010", PLoS ONE 8(3):e55504.  Doi:10.1371/journal.pone.0055504, published March 4, 2013.

202. Trusheim, Mark R., M.J. Finley Austin, Carsten Rausch and Ernst R. Berndt, "Uncertain prognosis for high-quality diagnostics: clinical challenges, economic barriers and needed reforms", Pharmacogenomics (2013) 14(3):325-334.

203. Huskamp, Haiden A., Alistar J. O'Malley, Marcela Horvitz-Lennon, Anna Levine Taub, Ernst R. Berndt and Julie M. Donohue, "How Quickly Do Physicians Adopt New Drugs?  The Case of Antipsychotics", Psychiatric Services, 64(4):324-330, April 2013.

204. Conti, Rena M., Stacie B. Dusetzina, Ann C. Herbert, Ernst R. Berndt, Haiden A. Huskamp and Nancy L. Keating, "The Impact of Emerging Safety and Effectiveness Evidence on the Use of Physician-administered Drugs:  The Case of Bevacizumab for Breast Cancer", Medical Care 51(7):622-627, July 2013.

205. Lynn G. Baird, Mark R. Trusheim, Hans-Georg Eichler, Ernst R. Berndt and Gigi M. Hirsch, "Comparison of Stakeholder Metrics for Traditional and Adaptive Development and Licensing Approaches to Drug Development," Therapeutic Innovation & Regulatory Science, 47(4):474-483, July 2013.

## REVIEWS/COMMENTS/EDITORIALS

1. Berndt, Ernst R., "Review" of British Columbia's Energy Outlook, 1976-1991, Vancouver: British Columbia Energy Commission, Canadian Public Policy, Vol. 4, No. 1, Winter 1978, pp. 128-29.

2. Berndt, Ernst R., Review of Energy and Economic Myths: Institutional and Analytical Economic Essays by Nicholas Georgescu-Roegen, New York: Pergamon Press, 1976, 380 pp., Canadian Journal of Agricultural Economics, Vol. 26, No. 3, November 1978, pp. 76-79.

3.   Berndt, Ernst R., "Comment on Gollop and Jorgenson," in John W. Kendrick and Beatrice N. Vaccara, eds., New Developments in Productivity Measurement and Analysis, Studies in Income and Wealth, Vol. 44, Chicago: University of Chicago Press for National Bureau of Economic Research, 1980, pp. 124-136.

4.   Berndt, Ernst R., "Review" of Energy Modeling and Simulation, A. S. Kydes, ed., Amsterdam: North-Holland Publishing Company, 1983, 405 pp., Journal of the American Statistical Association, December 1985, pp. 1063-1064.

5.   Berndt, Ernst R., "Review" of Ryuzo Sato and Gilbert S. Suzawa, Research and Productivity: Endogenous Technical Change, Boston: Auburn House Publishing Company, 1983, 199 pp., Journal of Economic Literature, Vol. 24, March 1986, pp. 124-126.

6.   Berndt, Ernst R., "Comment on Bronwyn Hall," Brookings Papers on Economic Activity, Microeconomics, 1990, pp. 125-129.

7.   Berndt, Ernst R., "Comment on Charles R. Hulten, 'The Measurement of Capital,'" in Ernst R. Berndt and Jack E. Triplett, eds., Fifty Years of Economic Measurement, Chicago: University of Chicago Press for the National Bureau of Economic Research, 1991, pp. 152-158.

8.   Berndt, Ernst R., "Comment on Martin Neil Baily and Alan M. Garber, 'Health Care Productivity'", Brookings Papers on Economic Activity: Microeconomics 1997, 1997, pp. 203-209.

9.   Berndt, Ernst, R., "Comment on Patricia M. Danzon and Allison Percy, 'The Effects of Price Regulation on Productivity in Pharmaceuticals'" in Alan Heston and Robert E. Lipsey, eds., International and Interarea Comparisons of Income, Output, and Prices, Chicago, IL:  University of Chicago Press for The National Bureau of Economic Research, 1999, pp. 416-418.

10.  Berndt, Ernst R., Editorial: "International Pharmaceutical Price Comparisons: What Have We Learned, and What Does It Mean?," Journal of Health Economics, Vol. 19, No. 2, March 2000, pp 283-287.

11.  Berndt, Ernst R., "To Inform or Persuade?  Direct-to-Consumer Advertising of Prescription Drugs," Perspective, New England Journal of Medicine, 352:4, January 27, 2005, pp. 325-328.

12.  Berndt, Ernst R., Book Review: Fran Hawthorne, Inside the FDA: The Business and Politics Behind the Drugs We Take and the Food We Eat, Hoboken, NJ: John Wiley & Sons, 2005, New England Journal of Medicine, 353:11, September 15, 2005, p. 1188.

13.  Berndt, Ernst R., "Collaborate to Compete?", Final Word, BioPharm International, 18(9), September 2005, p. 82.

14. Berndt, Ernst R., "Comment" (on Xue Song, William D. Marder, Robert Houchens, Jonathan E. Conklin and Ralph Bradley, "Can A Disease-Based Price Index Improve the Estimation of the Medical CPI?), in W. Erwin Diewert, John Greenlees and Charles Hulten, eds., Price Index Concepts and Measurement, Chicago: University of Chicago Press for the National Bureau of Economic Research, 2009, pp. 369-372.

## BOOKS/EDITED VOLUMES/MONOGRAPHS

1. Berndt, Ernst R., Instructor's Manual for Principles of Economics, by Donald A. Nichols and Clark W. Reynolds, New York: Holt, Rinehart, and Winston, Inc., 1971, 145 pp.

2. Berndt, Ernst R. and Barry C. Field, eds., Modeling and Measuring Natural Resource Substitution, Cambridge: MIT Press, December 1981, 314 pp.

3. Berndt, Ernst R. and Melvyn A. Fuss, eds., The Econometrics of Temporary Equilibrium, Special Issue of the Journal of Econometrics, Vol. 33, No. 1/2, October/November 1986, 310 pp.

4. Berndt, Ernst R., William A. Barnett, and Halbert L. White, eds., Dynamic Econometric Modeling, Cambridge: Cambridge University Press, 1988, 357 pp.

5. Berndt, Ernst R. and Jack E. Triplett, eds., Fifty Years of Economic Measurement: The Jubilee of the Conference on Research in Income and Wealth, Chicago: University of Chicago Press for the National Bureau of Economic Research, 1990, 454 pp.

6. Berndt, Ernst R., The Practice of Econometrics: Classic and Contemporary, Reading, Massachusetts: Addison-Wesley Publishing Company, 1991, 702 pp. Russian edition, Moscow: Addison-Wesley Publishing Company, 2005.

7. Berndt, Ernst R., Instructors Resource Guide to Accompany The Practice of Econometrics: Classic and Contemporary, Reading, Massachusetts: Addison-Wesley Publishing Company, 1991, 209 pp.

8. Berndt, Ernst R., Peter Englund and Lennart Hjalmarsson, eds., Productivity Concepts and Measurement Problems: Welfare, Quality and Productivity in the Service Industries, Supplement, Scandinavian Journal of Economics, Vol. 94, 1992, 269pp.

9. Griliches, Zvi, ed., assisted by Ernst R. Berndt, Timothy F. Bresnahan and Marilyn E. Manser, Output Measurement in the Service Sectors, Studies in Income and Wealth, Volume 56, Chicago: University of Chicago Press for the

National Bureau of Economic Research, 1992, 560 pp.

10. Berndt, Ernst R., <u>Uniform Pharmaceutical Pricing: An Economic Analysis</u>, Washington DC: AEI Press, American Enterprise Institute for Public Policy Research, 1994.

11. Cutler, David M. and Ernst R. Berndt, eds., <u>Medical Care Output and Productivity</u>, Studies in Income and Wealth, Vol. 62, Chicago: University of Chicago Press for the National Bureau of Economic Research, 2001, 611 pp.

12. Frank, Richard G., Ernst R. Berndt, Julie M. Donohue, Arnold M. Epstein and Meredith B. Rosenthal, <u>Trends in Direct-to-Consumer Advertising of Prescription Drugs</u>, Menlo Park, CA: Henry J. Kaiser Family Foundation, Publication #3162, February 2002.

13. Berndt, Ernst R. and Charles R. Hulten, eds., <u>Hard-to-Measure Goods and Services: Essays in Honor of Zvi Griliches</u>, National Bureau of Economic Research, Studies in Income and Wealth, Vol. 67, Chicago: University of Chicago Press for the National Bureau of Economic Research, 2007, 606 pp.

14. Berndt, Ernst R., Rena N. Denoncourt and Anjli C. Warner, <u>U.S. Markets for Vaccines: Characteristics, Case Studies, and Controversies.</u>  Washington DC: AEI Press for the American Enterprise Institute, 2009, 236 pp.

## PUBLISHED ABSTRACTS FOR
## VARIOUS MEDICAL SOCIETY MEETINGS

1. Russell, James M., Andrew M. Baker and Ernst R. Berndt, "Economic Impact of Improved Work Performance After Treatment of Chronic Depression," presented at American Society of Health System Pharmacists, 1996.

2. Russell, James M., Stan N. Finkelstein, Ernst R. Berndt and Paul E. Greenberg, "Economic Impact of Improved Work Performance After Treatment of Chronic Depression," abstract, <u>European Neuropsychopharmacology</u> 6 (Supp. 3): 128, June 1996.

3. Russell, James M., Paul E. Greenberg, Rodney A. Parsley and Martin B. Keller, "Improvement in Subjective Work Performance After Treatment of Chronic Depression: Some Preliminary Results," Abstract, Poster Session, <u>New Research Program and Abstracts, American Psychiatric Association</u>, 1997 150th Annual Meeting.

4. Russell, James M., Stan N. Finkelstein, Paul E. Greenberg, Ernst R. Berndt and Martin B. Keller, "Economic Benefits of Improved Work Performance After Treatment of Chronic Depression," abstract, American Psychopathologic Association, 1997.

5. Russell, James M., Ernst R. Berndt, Robert J. Miceli and Salvatore Colucci,

"Course and Cost of Treatment with SSRIs: A Cost Identification Analysis," abstract, New Clinical Drug Evaluation Unit Program, 38th Annual Meeting Abstracts 181, 1998.

6. Berndt, Ernst R., Lorrin M. Koran, Stan L. Finkelstein, Alan J. Gelenberg, Ivan W. Miller, George Trapp and Martin B. Keller, "Lost Human Capital from Early-Onset Chronic Depression," Abstract NR244 from Poster Session, New Research Program and Abstracts, American Psychiatric Association, 1998 Annual Meeting, Toronto, Canada, June 2, 1998, p. 129.

7. Russell, James M., Ernst R. Berndt, Robert Miceli and Salvatore Colucci, "Course and Cost of Treatment with SSRIs," Abstract NR585 from Poster Session, New Research Program and Abstracts, American Psychiatric Association, 1998 Annual Meeting, Toronto, Canada, June 3, 1998, p. 225.

8. Birnbaum, Howard, Paul E. Greenberg, Stan N. Finkelstein, Ernst R. Berndt, K. Otto, A.B. Montgomery, J. Kylstra and B. Ramsey, "Analysis of Hospitalization and IV Anti-Pseudomonal Antibiotic Use in Cystic Fibrosis Patients on Tobramycin Solution for Inhalation (TOBI), Abstract from Poster Session, Twelfth Annual North American Cystic Fibrosis Meetings, Montreal, Quebec, Canada, October 15-18, 1998.

9. Russell, James M., Ernst R. Berndt, Robert Miceli, Salvatore Colucci and Amy N. Grudzinski, "Course and Cost of Depression Treatment with Fluoxetine, Paroxetine and Sertraline," Abstract from Poster Session, European Congress of Neuropsychopharmacology, Paris, France, November 1, 1998.

10. Finkelstein, Stan N., Ernst R. Berndt, Alan Gelenberg, James Kocsis, Lorrin M. Koran, Robert Miceli, Ivan W. Miller, James M. Russell, Jason Verner, and Martin B. Keller, "Functional and Symptomatic Response During Two Years of Sertraline Therapy for Chronic Depression," Abstract from Poster Session, Poster Board No. 86, American College of Neuropsychopharmacology, 37oth Annual Meetings, Los Croabas, Puerto Rico, December 16, 1998.

11. Cockburn, Iain M., Ernst R. Berndt, Stan N. Finkelstein and Howard L. Bailit, "Loss of Productivity Due to Illness and Medical Treatment: Objective Measurement, " Abstract from Poster Session, Poster Board No. 968, 55th Annual Meetings of the American Academy of Asthma, Allergy and Immunology, Orlando, Florida, March 2, 1999.

12. Russell, James M., Ernst R. Berndt, Robert J. Miceli, Salvatore Colucci and Amy N. Grudzinski, "Making Valid Inferences from Claims Data: A Comparison of SSRI Treatment Costs," abstract, European College of Neuropsychopharmacology, 12th Congress, 1999.

13. Russell, James M., William H. Crown, Lorrin M. Koran, Susan G. Kornstein, James H. Kocsis, David L. Dunner, Francis E. Borian, Ernst R. Berndt and Stan N. Finkelstein, "Economic Aspects of Nefazodone, CBASP, and Their

Combination for the Treatment of Chronic Depression," abstract, <u>New Clinical Drug Evaluation Unit Program</u>, 40th Annual Meeting, 2000.

14. Russell, James M., Ernst R. Berndt, Robert J. Miceli, Salvatore V. Colucci and Amy N. Grudzinski, "Making Valid Inferences from Claims Data: A Comparison of SSRI Treatment Costs", <u>Abstract from Poster Session NR523, New Research Program and Abstracts, American Psychiatric Association</u>, 1999 Annual Meetings, Washington DC, May 19, 1999, p. 214.

15. Russell, James M., William H. Crown, Bruce A. Arnow, Jan A. Blalock, David L. Dunner, Robert M. A. Hirschfeld, James H. Kocsis, Lorrin M. Koran, Susan G. Kornstein, Rachel Manber, John C. Markowitz, A. John Rush, Michael E. Thase, Madhukar H. Trivedi, Ernst R. Berndt, Stan N. Finkelstein and Frances E. Borian, "Economic Aspects of Nefazadone, CBASP, and Their Combination for the Treatment of Chronic Depression," abstract, <u>Collegium Internationale Neuro-Psychopharmacologium</u>, XXII[nd] Congress, 2000.

16. Crown, William H., George J. Wan, Ernst R. Berndt, Stan N. Finkelstein and Davina Ling, "Healthcare Expenditures Among Patients Treated for Depression With or Without Anxiety," poster presented at Sixth Annual Meetings of the International Society for Pharmacoeconomics and Outcomes Research, Arlington, VA, May 22, 2001.

17. Ling, Davina C. Y., Stan N. Finkelstein, Ernst R. Berndt, Amy S. White and William H. Crown, "Healthcare Utilization in Patients with Treatment-Resistant Depression," poster presented at the 46th Annual NCDEU Meetings, Phoenix, AZ, May 30-31, 2001.

18. Finkelstein, Stan N., William H. Crown, Davina C. Y. Ling, Ernst R. Berndt and Amy S. White, "Costs and Health Care Utilization in Patients with Treatment-Resistant Depression," Annual Meetings of the Association for Health Services Research, Atlanta, GA, June 10, 2001.

19. Finkelstein, S., E. Berndt, G. Pransky and J. Mackell, "Evaluation of Migraine in the Workplace," poster presented at International Headache Research Seminar (IHRS), Copenhagen, Denmark, 11/30-12/03/01.

20. Lyman, Gary H., Ernst R. Berndt, William H. Crown, Joel Kallich, M. Haim Erder and Stan N. Finkelstein, "Anemia is a Predictor of High Cost in Patients Recently Diagnosed with Cancer". Poster presented at the 14th MASCC/ISOO International Symposium, Supportive Care in Cancer, Boston, MA, June 23-26, 2002. Also appeared in abstract form, retitled "The Economic Burden of Anemia in Cancer Patients Receiving Chemotherapy," in the Proceedings of the 38th Annual Meeting of the American Society of Clinical Oncology, Orlando, Florida, May18-21, 2002.

21. Berndt, Ernst R., William H. Crown, Stan N. Finkelstein, Joel Kallich, M. Haim Erder and Gary H. Lyman, "Estimating the Impact of Cancer and

Anemia on Workplace Absence in Employee Cancer Patients and Employee Caregivers of Patients with Cancer." Poster presented at the 14th MASCC/ISOO International Symposium, Supportive Care in Cancer, Boston, MA, June 23-26, 2002.

22.  Witt, Whitney P., William H. Crown, Jon Maguire, Ernst R. Berndt and Stan N. Finkelstein, "Asthma in the Family: Determining Family-Level Psychological Morbidity, Medical Services Use, and Healthcare Expenditures." Poster presentation at the 130th Annual Meeting of the American Public Health Association, November 9-13, 2002, Philadelphia, PA.

23.  Witt, Whitney P., William H. Crown, Jon Maguire, Ernst R. Berndt and Stan N. Finkelstein, "Pharmacy Benefit Plan Design, Prescription Drug Utilization, and Healthcare Use Among Asthmatics." Poster presentation at the 130th Annual Meeting of the American Public Health Association, November 9-13, 2002, Philadelphia, PA.

24.  Berndt, Ernst R., Joel Kallich, Xiao Xu, M. Haim Erder, Howard Lee and John Glaspy, "Reductions in Anemia and Fatigue Are Associated with Improvements in Productivity." Poster presentation at the 44th Annual Meeting of the American Society of Hematology, December 9, 2002, Philadelphia, PA.

25.  Pransky, Glenn, Stan N. Finkelstein, Ernst R. Berndt, Margaret K. Kyle, Joan M. Mackell and Dan Tortorice, "Measuring Health Impacts on Work Performance: Comparing Subjective and Objective Reports." Presentation at the International Society for Pharmacoeconomics and Outcomes Research Fifth Annual European Congress, de Doelen Congress Center, Rotterdam, The Netherlands, December 4, 2002.

## BUSINESS CASE STUDIES /
## CONTINUING MEDICAL EDUCATION MONOGRAPHS

1.  King, Charles III, Alvin J. Silk, Lisa R. Klein and Ernst R. Berndt, "Pepcid AC(A): Racing to the OTC Market," Boston, MA: Harvard Business School, Case Study N9-500-073, February 4, 2000, 15 pp.

2.  Marmar, Charles R. and Ernst R. Berndt, Health Economics of Posttraumatic Stress Disorder: Strategies for Managed Care, Glen Ellen, VA: National Association of Managed Care Physicians, February 2001, 60 pp.

## FORTHCOMING PUBLICATIONS

1.  McElligott, Sean, and Ernst R. Berndt, "Vaccine Economics", in Anthony Culyer, ed., Encyclopedia of Health Economics, San Diego, CA: Elsevier Inc., forthcoming 2013.

2. Donohue, Julie M., A. James O'Malley, Marcela Horvitz-Lennon, Anna Levine Taub, Ernst R. Berndt and Haiden Huskamp, "Concentration and Changes in Physician Prescribing of Antipsychotic Medications"unpublished manuscript, March 2012. Revised October 2012.  Forthcoming, Psychiatric Services, 2014.

## UNPUBLISHED MANUSCRIPTS

1. Berndt, Ernst R. and Laurits R. Christensen, "The Specification of Technology in U.S. Manufacturing," Discussion Paper 73-17, University of British Columbia, Department of Economics, October 1973.

2. Berndt, Ernst R. and Terence J. Wales, "Determinants of Wage Rates for Married Women: Results from Panel Data," Discussion Paper 74-05, University of British Columbia, March 1974.

3. Berndt, Ernst R. and Terence J. Wales, "Labour Supply and Fertility Behaviour of Married Women: An Empirical Analysis," Discussion Paper 74-27, University of British Columbia, Department of Economics, December 1974, 50 pp., paper presented at the 1975 Meetings of the Population Association of America, Seattle, April 1975.

4. Berndt, Ernst R. and David O. Wood, "Technical Change, Tax Policy, and the Derived Demand for Energy," xerolithed paper, University of British Columbia, Department of Economics, August 1975.

5. Berndt, Ernst R. and Dale W. Jorgenson, "Energy, Intermediate Goods, and Production in an Inter-Industry Econometric Model of the U.S., 1947-1971," paper presented at the World Congress of the Econometric Society, Toronto, August 1975.

6. Berndt, Ernst R. and David O. Wood, "Consistent Projections of Energy Demand and Aggregate Economic Growth: A Review of Issues and Empirical Studies," MIT Energy Laboratory Working Paper No. MIT-EL 77-024WP, June 1977.

7. Berndt, Ernst R., "The Demand for Electricity: Comment and Further Results," University of British Columbia Resources Paper 28, August 1978, 23 pp.

8. Berndt, Ernst R., Melvyn A. Fuss, and Leonard Waverman, "A Dynamic Model of Costs of Adjustment and Interrelated Factor Demands, with an Empirical Application to Energy Demand in U.S. Manufacturing," University of British Columbia Discussion Paper 79-30, August 1979, 47 pp.

9. Berndt, Ernst R., Robert B. Hirsh, and David O. Wood, "An Intercountry Translog Model of Energy Substitution Responses: Comment," MIT Energy Laboratory Working Paper No. MIT-EL 81-039WP, June 1981, 26 pp.

10. Berndt, Ernst R., "Electrification, Energy Quality, and Productivity Growth in

U.S. Manufacturing," MIT Sloan School Working Paper No. 1421-83, March 1983.

11. Berndt, Ernst R. and David O. Wood, "Energy Price Changes and the Induced Revaluation of Durable Capital in U.S. Manufacturing," paper presented at the 1983 National Bureau of Economic Research Summer Workshop on Investment and Productivity, July 26, 1983, MIT Sloan School Working Paper No. 1455-83. Revised in January, March 1984.

12. Berndt, Ernst R., Catherine J. Morrison, and David O. Wood, "The Modeling, Interpretation and Measurement of Capacity Utilization," U.S. Department of Commerce, Bureau of the Census, Technical Notes, Contract Requisition No. 63-3-2, May 1983.

13. Berndt, Ernst R. and Dean Amel, "Depreciation in the Swedish Automobile Market: An Integration of Hedonic and Latent Variable Approaches," MIT Energy Laboratory Working Paper No. MIT-EL 86-007WP, March 1986.

14. Berndt, Ernst R. and Melvyn A. Fuss," Economic Capacity Utilization and Productivity Measurement for Multiproduct Firms with Multiple Quasi-Fixed Inputs," Cambridge, Massachusetts: NBER Working Paper 2932, April 1989.

15. Berndt, Ernst R., Ann F. Friedlaender, and Judy Shaw-Er Wang Chiang, "Interdependent Pricing and Markup Behavior: An Empirical Analysis of GM, Ford, and Chrysler," Cambridge, Massachusetts:  MIT Center for Energy Policy Research Working Paper MIT-CEPR 90-016WP, June 1990.  Also issued as National Bureau of Economic Research, Working Paper No. 3396, June 1990.

16. Morrison, Catherine J. and Ernst R. Berndt, "Assessing the Productivity of Information Technology Equipment in U.S. Manufacturing Industries," Cambridge, MA: National Bureau of Economic Research, Working Paper No. 3582, January 1991.

17. Berndt, Ernst R. and Alvin J. Silk, "Consistency Requirements and the Specification of Asymmetric Attraction Models of Aggregate Market Share," paper presented at the TIMS Marketing Science Conference, London, 14 July 1992.  Revised 31 August 1992.

18. Keith, Alison M. and Ernst R. Berndt, "A Primer on Issues in the Measurement of Price Change and Price Impact: An Application to Pharmaceuticals", Working Paper, MIT Program on the Pharmaceutical Industry, October 1994.

19. Silk, Alvin J., Lisa R. Klein and Ernst R. Berndt, "Restructuring in the U.S. Advertising Media Industry", Boston, MA: Harvard Business School, Division of Research, Working Paper 99-126, April 27, 1999.

20. Finkelstein, Stan N., Iain M. Cockburn, Howard L. Bailit, Jason Verner, Kenneth Haver and Ernst R. Berndt, "Lost Work Productivity and Absenteeism Among

Parents of Children with Asthma," Cambridge, MA: MIT Program on the Pharmaceutical Industry, Working Paper 57-00, November 2000.

21. Frank, Richard G., Ernst R. Berndt, Julie M. Donohue, and Meredith B. Rosenthal, "Determinants and Effects of Direct-to-Consumer Advertising of Prescription Drugs: A Research Agenda," report prepared for the U.S. Department of Health and Human Services, Conference on Assessing the Impact of Direct-to-Consumer Advertising on Health Care Use, Costs and Outcomes, Washington D.C., May 16, 2001, 28 pp.

22. Russell, James M., Ernst R. Berndt, William H. Crown, Stan Finkelstein, Robert M. A. Hirschfeld, David L. Dunner, Daniel N. Klein, Madhukar H. Trivedi, Michael E. Thase, John Markowitz, Susan G. Kornstein, Bruce Arnow, Janice A. Blalock, Gabor Keitner, Lorrin M. Koran, James H. Kocsis, Davina C. Y. Ling, Rachel Manber, Ivan Miller, Amy White Poret, Frances E. Borian, and Martin B. Keller, "Cost Effectiveness of Nefazadone, Cognitive Behavioral Analysis System of Psychotherapy and Their Combination for the Treatment of Chronic Forms of Major Depression," MIT Sloan School, April 2002.

23. Marder, William D., Ernst R. Berndt, Larry Levitt and Joseph P. Newhouse, "A New Tool for Tracking Private Health Expenditures," Cambridge, MA: The MedStat Group, July 11, 2002.

24. Berndt, Ernst R. and Neal J. Rappaport, "Hedonics for Personal Computers: A Reexamination of Selected Econometric Issues," MIT Sloan School of Management, Draft Manuscript, 18 July 2002.  Revised August 2003.

25. Witt, Whitney, William H. Crown, Jon Maguire, Ernst R. Berndt and Stan N. Finkelstein, "Asthma in the Family: Determining Family-Level Medical Services Use and Healthcare Expenditures," Cambridge, MA: The MedStat Group, unpublished manuscript, September 2002.

26. Ling, Davina Y.C., Richard G. Frank and Ernst R. Berndt, "Behavioral Health Carve-outs and Psychotropic Drug Spending in Medicaid Populations," Boston, MA: Harvard Medical School, unpublished manuscript, May 2003.

27. Ling, Davina Y.C., Ernst R. Berndt and Richard G. Frank, "General Purpose Technologies, Technology-Skill Complementarity, and the Diffusion of New Psychotropic Medications Among Medicaid Populations," Boston, MA: Harvard Medical School, unpublished manuscript, September 2003.

28. Kallich, Joel D., Deborah Dobrez, Yonggang Zhao, Xiao Xu  and Ernst R. Berndt, "Mapping the Functional Assessment of Cancer Therapy (FACT) Fatigue Subscale to the EQ-5D Utility in an Anemic Oncology Sample," manuscript, Version 3, March 2005.

29. Berndt, Berndt, Ernst R., Iain M. Cockburn and Fabio Thiers, "Intellectual Property Rights and the Globalization of Clinical Trials for New Medicines",

paper presented at the European Policy for Intellectual Property, First Annual Conference, Munich, Germany, September 7-8, 2006. Revised May 2007, and retitled, "The Globalization of Clinical Trials: Where Are The Trials Going and Why?.

30. Dere, Melissa E., Ernst R. Berndt, Ilisa B. G. Bernstein, Mark R. Trusheim and Frank L. Douglas, "Changes in the Characteristics of Pivotal Clinical Trials in Support of Approved New Drug Applications for Antibiotics", MIT Center for Biomedical Innovation, draft manuscript, November 2006.

31. Bonfrer, André, Ernst R. Berndt and Alvin J. Silk, "Can Demand Theory Account for Anomalies in Estimates of Cross-Price Elasticities?", Cambridge, MA: National Bureau of Economic Research, Working Paper No. 12756, December 2006.

32. Berndt, Ernst R., Ilisa B.G. Bernstein, Melissa E. Dere, H. Sharon Lin, John S. MacNeil, Fabio A. Thiers, Mark R. Trusheim and Frank L. Douglas, "Characteristics of Clinical Trials Submitted in Support of Approved New Drug Applications: Examination of Variability Across Therapeutic Class and Time Trends," draft manuscript, September 15, 2007.

33. Domino, Marisa Elena, Richard G. Frank and Ernst R. Berndt, "The Diffusion of Antipsychotic Medications: Does the Close-Knittedness of Provider Networks Matter?", paper presented at 2009 Annual Meetings of the American Economic Association, San Francisco, California, January 4, 2009. Revised March 2012.

34. Trusheim, Mark R., Ernst R. Berndt, Fiona Murray and Scott M. Stern, "American Entrepreneurial Chaos or Collaborative Industrial Policy: The Emergence of the Massachusetts Biotechnology Super-Cluster", paper contributed to the Second Conference on Corporate R&D (CONCORD-2010), December 2009.

35. Trusheim, Mark R., Ernst R. Berndt, Fiona Murray and Scott M. Stern, "American Entrepreneurial Chaos or Collaborative Industrial Policy: The Emergence of the Massachusetts Biotechnology Super-Cluster", contributed paper for the Second Conference on Corporate R&D, European Commission, Director General for Research, Geneva, March 2010.

36. Cockburn, Iain M., Howard L. Golub, Fabio Thiers and Ernst R. Berndt, "Trends and Patterns in the Globalization of Clinical Investigations: Evidence from ClinicalTrials.gov", unpublished manuscript, December 2010.

37. Taub, Anna A. Levine, Anton D. Kolotilin, Robert S. Gibbons and Ernst R. Berndt, "The Diversity of Concentrated Prescribing Behavior: An Application to Antipsychotics", Cambridge, MA: National Bureau of Economic Research, Working Paper No. 16243, March 2011. Revised title, "The Diversity of Concentrated Prescribing Behavior: Theory and Evidence from Antipsychotics", November 2012.

38.  Xu, Sean X., Mark R. Trusheim, Ernst R. Berndt, Murray L. Aitken and Arnold M. Epstein, "Identifying Personalized Medicine Therapeutics and Quantifying Their Utilization", unpublished manuscript, June 2011.  Revised August 2012.

39.  Conti, Rena M., Haiden A. Huskamp and Ernst R. Berndt, "The Effect of FDA Advisories on Branded Pharmaceutical Firms' Valuations and Promotional Efforts", Cambridge, MA:  National Bureau of Economic Research, Working Paper No. 17528, October 2011.

40.  Berndt, Ernst R. and Pierre Dubois, "Impacts of Patent Expiry and Regulatory Policies on Daily Cost of Pharmaceutical Treatments, 2004-2010", Toulouse School of Economics, Working Paper No. 702, March 2012.

41.  Conti, Rena M., Stacie B. Dusetzina, Ann C. Herbert, Ernst R. Berndt, Haiden A. Huskamp, and Nancy L. Keating, "The Impact of FDA Regulatory Actions on Bevacizumab Use for Breast Cancer", unpublished manuscript, September 2012.  Revised and retitled, "The Impact of Emerging Safety and Effectiveness Evidence on the Use of Physician-Administered Drugs:  The Case of Bevacizumab for Breast Cancer", December 2012.

42.  Ernst R. Berndt and Iain M. Cockburn, "Price Indexes for Clinical Trial Research: A Feasibility Study", Cambridge, MA:  National Bureau of Economic Research, Working Paper 18918, March 2013.