UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-09366-SVW-MAN | Date | November 4, 2013 |
|---|---|---|---|
| Title | Jennifer L Saavedra v. Eli Lilly and Company | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael D. Woemer | Mark Lynch |
| Gretchen F. Cappio | Colleen Kelly |

**Proceedings:**   [74]   MOTION to Certify Class Pursuant to Rule 23(c)(4) filed by Plaintiff Carol Jacquez, David Matthews, Jr, Jennifer L Saavedra, Melissa Strafford
[73]   MOTION to Certify Class Pursuant to Rule 23(b)(3) filed by Plaintiff Carol Jacquez, David Matthews, Jr, Jennifer L Saavedra, Melissa Strafford

Hearing held.  The motions are submitted.  Order to issue.

:   25

Initials of Preparer   PMC