# EXHIBIT D

Exhibit D - 000040

**Wisner, R. Brent**

| | |
|---|---|
| **From:** | Lynch, Mark [mlynch@cov.com] |
| **Sent:** | Monday, November 25, 2013 9:07 AM |
| **To:** | Wisner, R. Brent; Mike Woerner |
| **Cc:** | Gretchen Freeman Cappio; Alison Gaffney |
| **Subject:** | RE: Saavedra Meet & Confer Call [cty] |

Brent: A search for responsive documents is underway. I hope to have more concrete information next week. We will do our best to produce documents as soon as possible and hopefully in advance of the Hay deposition but I cannot make a firm prediction at this point.

I understand your position that Dr. Hay's deposition is contingent on production of documents. However, for the reasons set forth earlier in this email string, we disagree with that position. We have noticed Dr. Hay's for a date that you indicated was convenient for him and plaintiffs' counsel. If it turns out that you are dissatisfied with our response to your requests for documents in advance of that date, it will be up to you to file a motion for a protective order and convince the Judge of your position that the deposition is contingent on the production of documents. I sincerely hope that it will not come to that, but I want to be clear that we will not agree to continue the deposition, and it will be your burden to convince the Court that it should be continued if that is what you seek.

---

**From:** Wisner, R. Brent [mailto:rbwisner@baumhedlundlaw.com]
**Sent:** Thursday, November 21, 2013 8:12 PM
**To:** Mike Woerner; Lynch, Mark
**Cc:** Gretchen Freeman Cappio; Alison Gaffney
**Subject:** RE: Saavedra Meet & Confer Call [cty]

Mark,

What is the status of the document production we discussed last week? I believe you stated you would update us this week.

Although we have made Dr. Hay available for deposition, that agreement was with the understanding that we would have documents produced in advance of Dr. Hay's deposition. Do you have an anticipated date for production? Also, if you could let us know which requests you plan to respond to, and which you do not, that would greatly help us evaluate the situation before the eleventh hour.

Again, we are reserving our right to continue the deposition if there is no document production in advance of Dr. Hay's deposition—rest assured, however, the sabers are sheathed.

Best,

Brent

---

**From:** Mike Woerner [mailto:mwoerner@KellerRohrback.com]
**Sent:** Friday, November 15, 2013 1:47 PM

1

**To:** 'Lynch, Mark'
**Cc:** Gretchen Freeman Cappio; Wisner, R. Brent
**Subject:** RE: Saavedra Meet & Confer Call [cty]

Thanks, Mark.

No "saber-rattling" was intended. We just wanted to be sure you understood our position, which it appears you do. Hopefully it will not become necessary to resolve what the Court meant. Brent has separately answered your question about the location of the deposition.

Have a good weekend.

---

**From:** Lynch, Mark [mailto:mlynch@cov.com]
**Sent:** Friday, November 15, 2013 1:25 PM
**To:** Mike Woerner
**Cc:** Gretchen Freeman Cappio; 'Wisner, R. Brent'
**Subject:** RE: Saavedra Meet & Confer Call

Mike -- Let me point out that nothing you or the Judge said at the hearing suggested that the Judge's decision that we can depose Dr. Hay is contingent on us first producing any documents. Your request for documents was in connection with your next brief, which is not due until January 28. Any doubt on this point is resolved by the Court's Order of Nov. 5, which states that "the parties shall promptly meet and confer and attempt to reach agreement over exchanging information necessary *to brief* these issues efficiently." (emphasis added) If you go to the Court asking for an order directing us to produce documents in advance of the deposition that Court has said we may take, you will be raising an entirely new issue.

Having said that, we will do our best to try to get you responsive documents in advance of the deposition. We will all be better off if you put some faith in our good faith representations and refrain from saber-rattling about going to the Court.

Thank you for agreeing to reserve December 17 for Dr. Hay's deposition. We will serve a notice of deposition for that date. Pls let me know what location would be convenient for Dr. Hay so we can include that in the notice.

I understand that you are reserving your rights to seek to continue the deposition if, as that date draws nearer, you believe you have some ground to do so.

---

**From:** Mike Woerner [mailto:mwoerner@KellerRohrback.com]
**Sent:** Friday, November 15, 2013 3:48 PM
**To:** Lynch, Mark
**Cc:** Gretchen Freeman Cappio; 'Wisner, R. Brent'
**Subject:** RE: Saavedra Meet & Confer Call

Mark--

We are concerned by the lack of specificity in your response and hope that we do not need to act upon the Court's invitation to move to compel on shortened time. While we await a further response from you, we will ask Dr. Hay to tentatively reserve December 17 for his deposition. That does not mean, however, that we agree to actually produce him for his deposition as we first need your client to respond to our discovery requests as set forth below.

FYI, I will be out of my office most of next week in depositions, so please "reply all" with any further information so that Gretchen or Brent can keep the ball moving in my absence.

Thanks

2

**From:** Lynch, Mark [mailto:mlynch@cov.com]
**Sent:** Friday, November 15, 2013 11:26 AM
**To:** Mike Woerner
**Cc:** Gretchen Freeman Cappio; 'Wisner, R. Brent'
**Subject:** RE: Saavedra Meet & Confer Call

We are moving forward on determining what we have that is responsive to your requests. That is not an easy question for a large organization. I hope to be able to get back to you next week.
In the meantime, let's schedule Dr. Hay's deposition for December 17.

**From:** Mike Woerner [mailto:mwoerner@KellerRohrback.com]
**Sent:** Friday, November 15, 2013 2:19 PM
**To:** Lynch, Mark
**Cc:** Gretchen Freeman Cappio; 'Wisner, R. Brent'
**Subject:** RE: Saavedra Meet & Confer Call


Mark--

During our meet and confer call on Tuesday, you said that you needed to talk to your client before you could answer the questions I posed in my Monday email (below) regarding the discovery we served. As I have not heard from you, can we proceed on the understanding that your client is agreeable to producing the requested discovery and will do so in a timeframe that will give Dr. Hay a reasonable amount of time to review it before his deposition?


**From:** Mike Woerner
**Sent:** Monday, November 11, 2013 8:17 PM
**To:** 'Lynch, Mark'
**Cc:** Gretchen Freeman Cappio; Wisner, R. Brent; Alison Gaffney; Cate Brewer
**Subject:** RE: Saavedra Meet & Confer Call

Mark--

Attached are a set of ten Requests for Production and one Interrogatory pertaining to the Court's November 5 order. In addition to this discovery, plaintiffs request the deposition of any and all declarants whom Lilly offers with its supplemental brief in response to the Court's order of November 5 (which we will want to take before our brief is due and with sufficient time to address that testimony in our brief).

When we have our meet and confer tomorrow, please let us know if Lilly will agree to the foregoing discovery requests and by when it will produce the documents responsive to the Requests for Production and the answer to the Interrogatory. Dr. Hay is generally available for his deposition in December but requests a reasonable amount of time to review Lilly's documents in response to Requests for Production 1, 2, 5, and 6 before his deposition occurs.

Thanks


**From:** Lynch, Mark [mailto:mlynch@cov.com]
**Sent:** Monday, November 11, 2013 2:36 PM

**To:** Mike Woerner
**Cc:** Gretchen Freeman Cappio
**Subject:** RE: Saavedra Meet & Confer Call

Thanks.

---

**From:** Mike Woerner [mailto:mwoerner@KellerRohrback.com]
**Sent:** Monday, November 11, 2013 5:20 PM
**To:** Lynch, Mark
**Cc:** Gretchen Freeman Cappio
**Subject:** RE: Saavedra Meet & Confer Call

Mark, I have confirmed that 10:30 pacific will work for our call tomorrow.  Talk to you then.  Here is a call in number to use, rather than calling me directly:

858-244-1252 (or 800-325-1307)
passcode: 617954#

---

**From:** Lynch, Mark [mailto:mlynch@cov.com]
**Sent:** Monday, November 11, 2013 1:05 PM
**To:** Mike Woerner
**Cc:** Gretchen Freeman Cappio
**Subject:** Saavedra Meet & Confer Call

Can we move this call to 10:30 Pacific?

---

**From:** Mike Woerner [mailto:mwoerner@KellerRohrback.com]
**Sent:** Thursday, November 07, 2013 10:41 AM
**To:** Lynch, Mark
**Cc:** Gretchen Freeman Cappio
**Subject:** RE: Activity in Case 2:12-cv-09366-SVW-MAN Jennifer L Saavedra v. Eli Lilly and Company Minutes of In Chambers Order/Directive - no proceeding held

You can call my direct line at (206) 224-7566.

---

**From:** Lynch, Mark [mailto:mlynch@cov.com]
**Sent:** Thursday, November 07, 2013 7:37 AM
**To:** Mike Woerner
**Cc:** Gretchen Freeman Cappio
**Subject:** RE: Activity in Case 2:12-cv-09366-SVW-MAN Jennifer L Saavedra v. Eli Lilly and Company Minutes of In Chambers Order/Directive - no proceeding held

Sounds good.  Send me a number where I can call you.

---

**From:** Mike Woerner [mailto:mwoerner@KellerRohrback.com]
**Sent:** Thursday, November 07, 2013 10:34 AM
**To:** Lynch, Mark
**Cc:** Gretchen Freeman Cappio
**Subject:** RE: Activity in Case 2:12-cv-09366-SVW-MAN Jennifer L Saavedra v. Eli Lilly and Company Minutes of In Chambers Order/Directive - no proceeding held

How about 1:00 pm eastern / 10:00 am pacific on Tuesday?

**From:** Lynch, Mark [mailto:mlynch@cov.com]
**Sent:** Wednesday, November 06, 2013 4:30 PM
**To:** Mike Woerner
**Cc:** Gretchen Freeman Cappio
**Subject:** RE: Activity in Case 2:12-cv-09366-SVW-MAN Jennifer L Saavedra v. Eli Lilly and Company Minutes of In Chambers Order/Directive - no proceeding held

I'm free on Tuesday before 3:30 EST.
I think it would maximize the productivity of the call if you could come with dates when Dr. Hay is available in December and also let us know in advance what document production you seek.
Thanks.

**From:** Mike Woerner [mailto:mwoerner@KellerRohrback.com]
**Sent:** Wednesday, November 06, 2013 7:24 PM
**To:** Lynch, Mark
**Cc:** Gretchen Freeman Cappio
**Subject:** RE: Activity in Case 2:12-cv-09366-SVW-MAN Jennifer L Saavedra v. Eli Lilly and Company Minutes of In Chambers Order/Directive - no proceeding held

Early next week....how does Tuesday look for you?  I'm open other than around the noon hour in Seattle when I have a telephonic hearing.

**From:** Lynch, Mark [mailto:mlynch@cov.com]
**Sent:** Wednesday, November 06, 2013 3:59 PM
**To:** Mike Woerner
**Subject:** FW: Activity in Case 2:12-cv-09366-SVW-MAN Jennifer L Saavedra v. Eli Lilly and Company Minutes of In Chambers Order/Directive - no proceeding held

Michael -- When you like to schedule a meet and confer?

**From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
**Sent:** Wednesday, November 06, 2013 6:29 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:12-cv-09366-SVW-MAN Jennifer L Saavedra v. Eli Lilly and Company Minutes of In Chambers Order/Directive - no proceeding held

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 11/6/2013 at 3:28 PM PST and filed on 11/5/2013
**Case Name:**      Jennifer L Saavedra v. Eli Lilly and Company

| | |
|---|---|
| **Case Number:** | 2:12-cv-09366-SVW-MAN |
| **Filer:** | |
| **Document Number:** | 99 |

**Docket Text:**
**MINUTE ORDER IN CHAMBERS re Further Proceedings on Plaintiffs Motion forSummary Judgment by Judge Stephen V. Wilson: No later than January 7, 2014, defendant shall file a supplemental brief addressing the foursubjects identified above. Plaintiff shall file a supplemental response no later than 21 days afterdefendants brief if filed. The motion will then stand submitted. As with the prior round of briefing, the parties should assume that plaintiffs will prevail on their contention that defendants representationsregarding Cymbaltas withdrawal risks were misleading as alleged in the Complaint. The supplemental briefs required by this order shall not exceed 30 pages in length, excluding indices and exhibits. Cf. Local Rule 11-6. (pj)**

**2:12-cv-09366-SVW-MAN Notice has been electronically mailed to:**

Michael X Imbroscio    mimbroscio@cov.com

Havila C Unrein    hunrein@kellerrohrback.com

Juli E Farris    hpersun@kellerrohrback.com, jfarris@kellerrohrback.com

Lynn L Sarko    lsarko@kellerrohrback.com

Phyllis A Jones    pajones@cov.com

Mark D Samson    msamson@krplc.com

Mark H Lynch    mlynch@cov.com

Michael D Woerner    mwoerner@kellerrohrback.com, kmak@kellerrohrback.com, bspangler@kellerrohrback.com

Colleen A Kelly    ckelly@cov.com

Clara J Shin    cshin@cov.com, jkolto@cov.com

Harris L Pogust    hpogust@pbmattorneys.com

Terence Matthew Leckman    adavis@pbmattorneys.com, mleckman@pbmattorneys.com

Gretchen Freeman Cappio    mbates@kellerrohrback.com, gcappio@kellerrohrback.com, cbrewer@kellerrohrback.com

Samuel S Deskin    usdstrctcrt-centraldistrict@samueldeskin.com

**2:12-cv-09366-SVW-MAN Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**