Lynn Lincoln Sarko, Esq., *admitted pro hac vice*
lsarko@kellerrohrback.com
Michael D. Woerner, Esq., *admitted pro hac vice*
mwoerner@kellerrohrback.com
Gretchen Freeman Cappio, Esq., *admitted pro hac vice*
gcappio@kellerrohrback.com
Havila Unrein, Esq., *admitted pro hac vice*
hunrein@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900 / Fax: (206) 623-3384

Juli E. Farris, Esq. (CA Bar No. 141716)
jfarris@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
Tel: (805) 456-1496 / Fax: (805) 456-1497

Mark D. Samson, Esq., *admitted pro hac vice*
msamson@kellerrohrback.com
**KELLER ROHRBACK P.L.C.**
3101 N. Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088 / Fax: (602) 248-2822

***Additional Counsel for Plaintiffs on following page***

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. SAAVEDRA, DR. MELISSA STRAFFORD, CAROL JACQUEZ, and DAVID MATTHEWS, JR., on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>Defendant. | No. 2:12-cv-09366-SVW(MANx)<br><br>CLASS ACTION<br><br>**JOINT STIPULATION REGARDING DISCOVERY AND BRIEFING SCHEDULE PURSUANT TO COURT'S JANUARY 22, 2014 ORDER**<br><br>Hon. Stephen V. Wilson |

Michael L. Baum  (SBN: 119511)
mbaum@baumhedlundlaw.com
Bijan Esfandiari (SBN: 223216)
besfandiari@baumhedlundlaw.com
R. Brent Wisner (SBN: 276023)
rbwisner@baumhedlundlaw.com
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233  /  Fax: (310) 820-7444

Samuel S. Deskin, Esq.
sam@deskinlawfirm.com
DESKIN LAW FIRM, PLC
16944 Ventura Blvd
Encino, CA 91316
Tel.:  (800) 709-8978 / Fax: (800) 709-8971

Harris L. Pogust, Esq.
hpogust@pbmattorneys.com
T. Matthew Leckman, Esq.
MLeckman@pbmattorneys.com
POGUST BRASLOW MILLROOD LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
Tel.:  (800) 897-8930 / Fax:  (610) 941-4245

*Additional Counsel for Plaintiffs*

**WHEREAS**, the Court ordered supplemental briefing on the viability of Plaintiffs' proposal to employ conjoint analysis to quantify on a class-wide basis the economic injury caused by the Defendant's allegedly misleading labels;

**WHEREAS**, the parties have engaged in limited discovery to prepare their respective supplemental briefing, including a deposition of Plaintiff's expert witness Dr. Joel Hay on December 17, 2013 (*see* Wisner Decl. ¶ 7);

**WHEREAS**, the Court ordered Defendant to produce certain documents specified in its January 22, 2014 Order (Dkt. 119);

**WHEREAS**, the Court ordered the parties to propose a schedule for the production of discovery authorized by the Court's January 22, 2014 Order and a schedule to expeditiously complete briefing contemplated by the Court's November 5, 2013 Order;

**WHEREAS**, the parties have met and conferred by telephone regarding the timing of discovery and the completion of a briefing schedule (Wisner Decl. ¶ 3);

**WHEREAS**, Defendant will need until February 24, 2014 to produce those documents specified by the Court's January 22, 2014 Order (Wisner Decl. at ¶ 4);

**WHEREAS**, Defendant will require at least one week following the document production to prepare its supplemental brief (Wisner Decl. at ¶ 4);

**WHEREAS**, Defendant's expert on conjoint analysis will only be available for deposition on March 10, 2014 (Wisner Decl. at ¶ 5);

**WHEREAS**, Plaintiffs require three weeks following the deposition of Defendant's expert to prepare a response to Defendant's supplemental brief (Wisner Decl. at ¶ 6);

**WHEREAS**, Plaintiff's expert Dr. Joel Hay will be unavailable between March 19, 2014 and March 26, 2014 due to prior professional obligations (Wisner Decl. at ¶ 6);

**WHEREAS**, the Court stated that any proposed briefing schedule that proposes to complete the briefing later than March 24, 2014 be supported by a

1

showing of good cause (Dkt. 119);

The parties hereby stipulate:

(1)    There exists good cause for the Court to enter the following discovery and briefing schedule:

    a.    Defendant shall produce those documents described in the Court's January 22, 2013 Order on or before **Monday, February 24, 2014**;

    b.    Defendant shall file its supplemental brief pursuant to the Court's November 5, 2013 Order on or before **Monday, March 3, 2014**;

    c.    Defendant will make their expert available for deposition on **Monday, March 10, 2014**; and

    d.    Plaintiff will file its supplemental brief pursuant to the Court's November 5, 2013 Order on or before **Monday, March 31, 2014**.

(2)    There is good cause for the supplemental briefing contemplated by the Court's November 5, 2013 Order to be completed by March 31, 2014, as opposed to March 24, 2014, because the parties require an additional week to conduct discovery and prepare briefing based on that discovery.

DATED this 31st day of January, 2014.

Respectfully submitted,

**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**

By:   \s\ R. Brent Wisner

Michael L. Baum  (SBN: 119511)
mbaum@baumhedlundlaw.com
Bijan Esfandiari (SBN: 223216)
besfandiari@baumhedlundlaw.com
R. Brent Wisner (SBN: 276023)
rbwisner@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233  /  Fax: (310) 820-7444

Lynn Lincoln Sarko, Esq., *admitted pro hac vice*
lsarko@kellerrohrback.com
Michael D. Woerner, Esq., *admitted pro hac vice*
mwoerner@kellerrohrback.com
Gretchen Freeman Cappio, Esq., *admitted pro hac vice*
gcappio@kellerrohrback.com
Havila Unrein, Esq., *admitted pro hac vice*
hunrein@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900 / Fax: (206) 623-3384

Juli E. Farris, Esq. (CA Bar No. 141716)
jfarris@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
Tel: (805) 456-1496 / Fax:(805) 456-1497

Mark D. Samson, Esq., *admitted pro hac vice*
msamson@kellerrohrback.com
**KELLER ROHRBACK P.L.C.**
3101 N. Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel.: (602) 248-0088 / Fax: (602) 248-2822

Samuel S. Deskin, Esq.
sam@deskinlawfirm.com
**DESKIN LAW FIRM, PLC**
16944 Ventura Blvd, Office
Encino, CA 91316
Tel.:  (800) 709-8978 / Fax: (800) 709-8971

Harris L. Pogust, Esq.
hpogust@pbmattorneys.com
T. Matthew Leckman, Esq.
MLeckman@pbmattorneys.com
**POGUST BRASLOW MILLROOD LLC**
161 Washington Street, Suite 1520
Conshohocken, PA 19428
Tel.:  (800) 897-8930 / Fax:  (610) 941-4245

***Attorneys for Plaintiffs***

///

///

///

///

///

///

3

DATED this 31st day of January, 2014.

**COVINGTON & BURLING LLP**

By:   /s/ Clara J. Shin (*per authorization*)

Clara J. Shin, SB #214809
cshin@cov.com
**COVINGTON & BURLING LLP**
One Front Street
San Francisco, CA 94111
Tel: (415) 591-7058 / Fax: (415) 591-6091

Mark H. Lynch (admitted pro hac vice)
mlynch@cov.com
Michael X. Imbroscio (admitted pro hac vice)
mimbroscio@cov.com
Phyllis A. Jones (admitted pro hac vice)
pajones@cov.com
Colleen A. Kelly (admitted pro hac vice)
ckelly@cov.com
**COVINGTON & BURLING LLP**
1201 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 662-6000 / Fax: (202) 662-6291

*Attorneys for Defendant Eli Lilly and Company*

## <u>CERTIFICATE OF SERVICE</u>

I, Afsoun Gabbai, hereby certify that, on January 31, 2014, I electronically filed **JOINT STIPULATION REGARDING DISCOVERY AND BRIEFING SCHEDULE PURSUANT TO COURT'S JANUARY 22, 2014 ORDER** with the Clerk for the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

\s\   Afsoun Gabbai_____
__Afsoun Gabbai, Legal Assistant