Lynn Lincoln Sarko, Esq., *admitted pro hac vice*
lsarko@kellerrohrback.com
Michael D. Woerner, Esq., *admitted pro hac vice*
mwoerner@kellerrohrback.com
Gretchen Freeman Cappio, Esq., *admitted pro hac vice*
gcappio@kellerrohrback.com
Havila Unrein, Esq., *admitted pro hac vice*
hunrein@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900 / Fax: (206) 623-3384

Juli E. Farris, Esq. (CA Bar No. 141716)
jfarris@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
Tel: (805) 456-1496 / Fax: (805) 456-1497

Mark D. Samson, Esq., *admitted pro hac vice*
msamson@kellerrohrback.com
**KELLER ROHRBACK P.L.C.**
3101 N. Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088 / Fax: (602) 248-2822

*Additional Counsel for Plaintiffs on following page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. SAAVEDRA, DR. MELISSA STRAFFORD, CAROL JACQUEZ, and DAVID MATTHEWS, JR., on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>Defendant. | No. 2:12-cv-09366-SVW(MANx)<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING DISCOVERY AND BRIEFING SCHEDULE PURSUANT TO COURT'S JANUARY 22, 2014 ORDER**<br><br>Hon. Stephen V. Wilson |

Michael L. Baum (SBN: 119511)
mbaum@baumhedlundlaw.com
Bijan Esfandiari (SBN: 223216)
besfandiari@baumhedlundlaw.com
R. Brent Wisner (SBN: 276023)
rbwisner@baumhedlundlaw.com
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233  /  Fax: (310) 820-7444

Samuel S. Deskin, Esq.
sam@deskinlawfirm.com
DESKIN LAW FIRM, PLC
16944 Ventura Blvd
Encino, CA 91316
Tel.: (800) 709-8978 / Fax: (800) 709-8971

Harris L. Pogust, Esq.
hpogust@pbmattorneys.com
T. Matthew Leckman, Esq.
MLeckman@pbmattorneys.com
POGUST BRASLOW MILLROOD LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
Tel.: (800) 897-8930 / Fax: (610) 941-4245

*Additional Counsel for Plaintiffs*

The Court, having considered the parties' Joint Stipulation Regarding Discovery and Briefing Schedule Pursuant to Court's January 22, 2014 Order, and good cause having been shown, orders as follows:

1. Defendant shall produce those documents described in the Court's January 22, 2013 Order on or before **Monday, February 24, 2014**;
2. Defendant shall file its supplemental brief pursuant to the Court's November 5, 2013 Order on or before **Monday, March 3, 2014**;
3. Defendant will make their expert available for deposition on **Monday, March 10, 2014**; and
4. Plaintiff will file its supplemental brief pursuant to the Court's November 5, 2013 Order on or before **Monday, March 31, 2014**.

**IT IS SO ORDERED.**

DATED:  February 4, 2014.

_____
Honorable Stephen V. Wilson
United States District Judge