```
 1  Clara J. Shin, SB #214809
       E-mail: cshin@cov.com
 2  COVINGTON & BURLING LLP
    One Front Street
 3  San Francisco, CA 94111
    Telephone: (415) 591-7058
 4  Facsimile: (415) 591-6091

 5  Mark H. Lynch (admitted pro hac vice)
       E-mail: mlynch@cov.com
 6  Michael X. Imbroscio (admitted pro hac vice)
       E-mail: mimbroscio@cov.com
 7  Phyllis A. Jones (admitted pro hac vice)
       E-mail: pajones@cov.com
 8  Colleen A. Kelly (admitted pro hac vice)
       E-mail: ckelly@cov.com
 9  COVINGTON & BURLING LLP
    1201 Pennsylvania Avenue NW
10  Washington, DC 20004
    Telephone: (202) 662-6000
11  Facsimile: (202) 662-6291

12  Attorneys for Defendant
    ELI LILLY AND COMPANY
13
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JENNIFER L. SAAVEDRA, et al., on behalf of themselves and all other persons similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>    Defendant. | No. 2:12-cv-09366-SVW-MAN<br><br>SECOND DECLARATION OF PATRICK BRUEN |
|---|---|

I, Patrick Bruen, state as follows:

A.  Background and Qualifications

1. I am employed by Eli Lilly and Company ("Lilly") as Senior Advisor, U.S. Strategic Pricing. I have worked at Lilly for twenty-eight years. Since January 1998, I have been the person primarily responsible for developing recommendations for Lilly's U.S. Pricing Committee for the initial launch list price of Lilly's medications in the United States and for subsequent changes in the list price of those medications. I have personal knowledge of the facts stated herein and could and would testify competently about them.

2. In my October 7, 2013 declaration, I explained the way Cymbalta is priced, distributed, and paid for.

3. In this declaration, I explain the pricing history of several Lilly prescription medications, including Cymbalta, both before and after a black box warning was added to the medication's label.

4. I make this Declaration in support of Lilly's Opposition to Plaintiffs' Motion for Class Certification.

B.  The Pricing History of Lilly Prescription Medications Both Before and After the Addition of a Black Box Warning to the Medication's Label

5. Lilly sells its prescription medications to wholesalers and to large pharmacy chains that maintain warehouses and perform the wholesaling function in-house. The price that wholesalers pay to Lilly for the prescription medication is Lilly's "Net Wholesale Price" or "NWP," which changes from time to time. (Many other participants in the pharmaceutical industry refer to the price paid by wholesalers for their products as the "Wholesale Acquisition Cost" or "WAC.")

6. A black box warning is the strongest warning that can be placed on a prescription medication's label. For several Lilly prescription medications, a black box warning was added to the medication's label after the initial approval and launch of the product. These products include Cymbalta, Zyprexa, Prozac,

Strattera, Symbyax, and Evista. I have reviewed Lilly's NWP for these products both before and after the date the black box warning was added to the medication's label. For all six products, the NWP for the product increased after the date the black box warning was added to the medication's label. In none of these cases did the NWP decrease after the black box warning was added to the medication's label. I summarize the data on each product below.

7. **Cymbalta**: The FDA initially approved Cymbalta on August 3, 2004. On August 4, 2004, the NWP for Cymbalta 60 mg was $2.85. On February 18, 2005, the FDA approved the addition to the label of a boxed warning regarding suicidality in children and adolescents. The next price change took place on April 27, 2005, when the NWP for Cymbalta 60 mg was increased to $3.04. The next price change took place on February 28, 2006, when the NWP for Cymbalta 60 mg was increased to $3.20.

8. **Zyprexa**: The FDA initially approved Zyprexa on September 30, 1996. On October 10, 2005, the NWP for Zyprexa 5 mg was $6.11. On February 16, 2006, the FDA approved the addition to the label of a boxed warning concerning the increased mortality in elderly patients with dementia-related psychosis. The next price change took place on January 3, 2007, when the NWP for Zyprexa 5 mg was increased to $6.83. The next price change took place on December 11, 2007, when the NWP for Zyprexa 5 mg was increased to $7.24.

9. **Prozac:** The FDA initially approved Prozac on December 29, 1987. On May 20, 2004, the NWP for Prozac 20 mg was $3.34. On February 18, 2005, the FDA approved the addition to the label of a boxed warning regarding suicidality in children and adolescents. The next price change took place on July 13, 2005, when the NWP for Prozac 20 mg was increased to $3.86. The next price change took place on March 23, 2006, when the NWP for Prozac 20 mg was increased to $4.13.

10. **Strattera:** The FDA initially approved Strattera on November 26, 2002. On April 27, 2005, the NWP for Strattera 40 mg was $2.95. On November 8, 2005, the FDA approved the addition to the label of a boxed warning regarding suicidal ideation in children and adolescents. The next price change took place on February 14, 2006, when the NWP for Strattera 40 mg was increased to $3.50. The next price change took place on August 10, 2006, when the NWP for Strattera 40 mg was increased to $3.80.

11. **Symbyax**: The FDA initially approved Symbyax on December 24, 2003. On September 1, 2004, the NWP for Symbyax 6 mg / 25 mg was $6.89. On February 18, 2005, the FDA approved the addition to the label of a boxed warning regarding suicidality in children and adolescents. The next price change took place on June 9, 2005, when the NWP for Symbyax 6 mg / 25 mg was increased to $7.33. The next price change took place on February 2, 2006, when the NWP for Symbyax 6 mg / 25 mg was increased to $7.81.

12. **Evista:** The FDA initially approved Evista on December 9, 1997. On January 3, 2007, the NWP for Evista 60 mg was $2.82. On September 13, 2007, the FDA approved the addition to the label of a boxed warning regarding the increased risk of venous thromboembolism and death from stroke. The next price change took place on January 3, 2008, when the NWP for Evista 60 mg was increased to $2.99. The next price change took place on August 27, 2008, when the NWP for Evista 60 mg was increased to $3.17.

13. The addition of a black box warning to the labels for the foregoing medications did not cause the price increases described above. These price increases were the result of business considerations unrelated to the additional warnings.

1       I declare under penalty of perjury that the foregoing is true and correct. Executed on February 28, 2014.

                                                              Patrick Bruen