Clara J. Shin, SB #214809
E-mail: cshin@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7058
Facsimile: (415) 591-6091

Mark H. Lynch (*admitted pro hac vice*)
E-mail: mlynch@cov.com
Michael X. Imbroscio (*admitted pro hac vice*)
E-mail: mimbroscio@cov.com
Phyllis A. Jones (*admitted pro hac vice*)
E-mail: pajones@cov.com
Colleen A. Kelly (*admitted pro hac vice*)
E-mail: ckelly@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Attorneys for Defendant
ELI LILLY AND COMPANY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. SAAVEDRA, et al., on behalf of themselves and all other persons similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>    Defendant. | No. 2:12-cv-09366-SVW-MAN<br><br>DECLARATION OF KATHY A. LANDEN |

I, Kathy A. Landen, state as follows:

A. Background and Qualifications

1. I am Senior Director in Quality at Eli Lilly and Company ("Lilly") and am located at Lilly's Corporate Center in Indianapolis, Indiana. In this role, I provide Quality (cGMP - current Good Manufacturing Practices) oversight to quality related activities for the Indianapolis Dry Products Manufacturing and Packaging Operations, US Distribution.

2. I have worked at Lilly since September 1995 in various pharmaceutical manufacturing roles and increasing responsibilities.

3. Based upon my experience working in quality assurance and distribution at Lilly, I am familiar with the packaging and distribution of Lilly prescription medications, including Cymbalta.

4. I make this Declaration in support of Lilly's Opposition to Plaintiffs' Motions for Class Certification.

B. The Availability of the Cymbalta Package Insert at the Point of Sale

5. Lilly supplies the Cymbalta package insert and the Cymbalta Medication Guide with its commercial bottles of Cymbalta.

6. At the pharmacy, it is within the discretion of an individual pharmacist to provide a copy of the Cymbalta package insert to a consumer at the point of sale. Therefore, it cannot be assumed that all consumers receive the Cymbalta package insert when they pick up their Cymbalta prescriptions at the pharmacy.

7. However, consumers should receive a copy of the Cymbalta Medication Guide at the point of sale. Since January 2005, Lilly has instructed pharmacists to provide a copy of the Cymbalta Medication Guide to consumers when they pick up their Cymbalta prescriptions at the pharmacy. Attached hereto as Exhibit A is a true and correct copy of the Cymbalta Medication Guide that contains the statement about the risk of discontinuation symptoms that was in

place from January 2005 until May 2007. Attached hereto as Exhibit B is a true and correct copy of the Cymbalta Medication Guide that contains the statement about the risk of discontinuation symptoms that was in place from May 2007 until August 2012.[1] Attached hereto as Exhibit C is a true and correct copy of the Cymbalta Medication Guide that contains the statement about the risk of discontinuation symptoms that was in place from August 2012 until the present.

8. As is illustrated in Exhibits A, B, and C, the Cymbalta Medication Guide has never contained any data about the frequency of discontinuation symptoms.

---

[1] Although Exhibit B is marked as a draft, it is in fact the text that Lilly used during the relevant time period.

1     I declare under penalty of perjury that the foregoing is true and correct.
2 Executed on March 3, 2014.

3

4                                                             /s/ Kathy A. Landen

5                                                             Kathy A. Landen

# Exhibit A

PV 5080 AMP

# Medication Guide

## About Using Antidepressants in Children and Teenagers

### What is the most important information I should know if my child is being prescribed an antidepressant?

Parents or guardians need to think about 4 important things when their child is prescribed an antidepressant:

1. There is a risk of suicidal thoughts or actions
2. How to try to prevent suicidal thoughts or actions in your child
3. You should watch for certain signs if your child is taking an antidepressant
4. There are benefits and risks when using antidepressants

## 1. There is a Risk of Suicidal Thoughts or Actions

Children and teenagers sometimes think about suicide, and many report trying to kill themselves.

Antidepressants increase suicidal thoughts and actions in some children and teenagers. But suicidal thoughts and actions can also be caused by depression, a serious medical condition that is commonly treated with antidepressants. Thinking about killing yourself or trying to kill yourself is called *suicidality* or *being suicidal.*

A large study combined the results of 24 different studies of children and teenagers with depression or other illnesses. In these studies, patients took either a placebo (sugar pill) or an antidepressant for 1 to 4 months. **No one committed suicide in these studies,** but some patients became suicidal. On sugar pills, 2 out of every 100 became suicidal. On the antidepressants, 4 out of every 100 patients became suicidal.

**For some children and teenagers, the risks of suicidal actions may be especially high.** These include patients with

- Bipolar illness (sometimes called manic-depressive illness)
- A family history of bipolar illness
- A personal or family history of attempting suicide

If any of these are present, make sure you tell your health care provider before your child takes an antidepressant.

## 2. How to Try to Prevent Suicidal Thoughts and Actions

To try to prevent suicidal thoughts and actions in your child, pay close attention to changes in her or his moods or actions, especially if the changes occur suddenly. Other important people in your child's life can help by paying attention as well (e.g., your child, brothers and sisters, teachers, and other important people). The changes to look out for are listed in Section 3, on what to watch for.

Whenever an antidepressant is started or its dose is changed, pay close attention to your child.

2

After starting an antidepressant, your child should generally see his or her health care provider

- Once a week for the first 4 weeks
- Every 2 weeks for the next 4 weeks
- After taking the antidepressant for 12 weeks
- After 12 weeks, follow your health care provider's advice about how often to come back
- More often if problems or questions arise (see other side)

You should call your child's health care provider between visits if needed.

### 3. You Should Watch for Certain Signs If Your Child is Taking an Antidepressant

Contact your child's health care provider *right away* if your child exhibits any of the following signs for the first time, or if they seem worse, or worry you, your child, or your child's teacher:

- Thoughts about suicide or dying
- Attempts to commit suicide
- New or worse depression
- New or worse anxiety
- Feeling very agitated or restless
- Panic attacks
- Difficulty sleeping (insomnia)
- New or worse irritability
- Acting aggressive, being angry, or violent
- Acting on dangerous impulses
- An extreme increase in activity and talking
- Other unusual changes in behavior or mood

Never let your child stop taking an antidepressant without first talking to his or her health care provider. Stopping an antidepressant suddenly can cause other symptoms.

### 4. There are Benefits and Risks When Using Antidepressants

Antidepressants are used to treat depression and other illnesses. Depression and other illnesses can lead to suicide. In some children and teenagers, treatment with an antidepressant increases suicidal thinking or actions. It is important to discuss all the risks of treating depression and also the risks of not treating it. You and your child should discuss all treatment choices with your health care provider, not just the use of antidepressants.

Other side effects can occur with antidepressants (see section below).

Of all the antidepressants, only fluoxetine (Prozac®) has been FDA approved to treat pediatric depression.

For obsessive compulsive disorder in children and teenagers, FDA has approved only fluoxetine (Prozac®), sertraline (Zoloft®), fluvoxamine, and clomipramine (Anafranil®).

Your health care provider may suggest other antidepressants based on the past experience of your child or other family members.

### Is this all I need to know if my child is being prescribed an antidepressant?

No. This is a warning about the risk for suicidality. Other side effects can occur with antidepressants. Be sure to ask your health care provider to explain all the side effects of the particular drug he or she is prescribing. Also ask about drugs to avoid when taking an antidepressant. Ask your health care provider or pharmacist where to find more information.

*This Medication Guide has been approved by the US Food and Drug Administration for all antidepressants.*

PV 5080 AMP

# Exhibit B

PV 5082 AMP

# Medication Guide

## Antidepressant Medicines, Depression and other Serious Mental Illnesses, and Suicidal Thoughts or Actions

Read the Medication Guide that comes with your or your family member's antidepressant medicine. This Medication Guide is only about the risk of suicidal thoughts and actions with antidepressant medicines. **Talk to your, or your family member's, healthcare provider about:**

- all risks and benefits of treatment with antidepressant medicines
- all treatment choices for depression or other serious mental illness

**What is the most important information I should know about antidepressant medicines, depression and other serious mental illnesses, and suicidal thoughts or actions?**

1. **Antidepressant medicines may increase suicidal thoughts or actions in some children, teenagers, and young adults when the medicine is first started.**

2. **Depression and other serious mental illnesses are the most important causes of suicidal thoughts and actions. Some people may have a particularly high risk of having suicidal thoughts or actions.** These include people who have (or have a family history of) bipolar illness (also called manic-depressive illness) or suicidal thoughts or actions.

3. **How can I watch for and try to prevent suicidal thoughts and actions in myself or a family member?**

   - Pay close attention to any changes, especially sudden changes, in mood, behaviors, thoughts, or feelings. This is very important when an antidepressant medicine is first started or when the dose is changed.

   - Call the healthcare provider right away to report new or sudden changes in mood, behavior, thoughts, or feelings.

   - Keep all follow-up visits with the healthcare provider as scheduled. Call the healthcare provider between visits as needed, especially if you have concerns about symptoms.

**Call a healthcare provider right away if you or your family member has any of the following symptoms, especially if they are new, worse, or worry you:**

- thoughts about suicide or dying
- attempts to commit suicide
- new or worse depression
- new or worse anxiety
- feeling very agitated or restless

07-May-2007 DRAFT NA USA AAB_0005 Confidential

| | | |
|---|---|---|
| 38 | • | panic attacks |
| 39 | • | trouble sleeping (insomnia) |
| 40 | • | new or worse irritability |
| 41 | • | acting aggressive, being angry, or violent |
| 42 | • | acting on dangerous impulses |
| 43 | • | an extreme increase in activity and talking (mania) |
| 44 | • | other unusual changes in behavior or mood |

45         **What else do I need to know about antidepressant medicines?**

46 • **Never stop an antidepressant medicine without first talking to a healthcare provider.**
47    Stopping an antidepressant medicine suddenly can cause other symptoms.

48 • **Antidepressants are medicines used to treat depression and other illnesses.** It is
49    important to discuss all the risks of treating depression and also the risks of not treating it.
50    Patients and their families or other caregivers should discuss all treatment choices with the
51    healthcare provider, not just the use of antidepressants.

52 • **Antidepressant medicines have other side effects.** Talk to the healthcare provider about
53    the side effects of the medicine prescribed for you or your family member.

54 • **Antidepressant medicines can interact with other medicines.** Know all of the medicines
55    that you or your family member takes. Keep a list of all medicines to show the healthcare
56    provider. Do not start new medicines without first checking with your healthcare provider.

57 • **Not all antidepressant medicines prescribed for children are FDA approved for use in**
58    **children.** Talk to your child's healthcare provider for more information.

59    *This Medication Guide has been approved by the US Food and Drug Administration for*
60                                           *all antidepressants.*

61 Patient Information revised May 1, 2007

62 PV 5082 AMP

# Exhibit C

Exhibit C
12

**Medication Guide**

# Cymbalta® [sim-BALL-tah]
## (duloxetine hydrochloride)

Read the Medication Guide that comes with Cymbalta® before you start taking it and each time you get a refill. There may be new information. This Medication Guide does not take the place of talking to your healthcare provider about your medical condition or treatment. Talk with your healthcare provider if there is something you do not understand or want to learn more about.

**What is the most important information I should know about Cymbalta?**

Cymbalta and other antidepressant medicines may cause serious side effects, including:

1. **Suicidal thoughts or actions:**

   - **Cymbalta and other antidepressant medicines may increase suicidal thoughts or actions** in some children, teenagers, or young adults within the **first few months of treatment or when the dose is changed.**
   - Depression or other serious mental illnesses are the most important causes of suicidal thoughts or actions.
   - Watch for these changes and call your healthcare provider right away if you notice:
     - New or sudden changes in mood, behavior, actions, thoughts, or feelings, especially if severe.
     - Pay particular attention to such changes when Cymbalta is started or when the dose is changed.
     - Keep all follow-up visits with your healthcare provider and call between visits if you are worried about symptoms.

**Call your healthcare provider right away if you have any of the following symptoms, or call 911 if an emergency, especially if they are new, worse, or worry you:**

- attempts to commit suicide
- acting on dangerous impulses
- acting aggressive or violent
- thoughts about suicide or dying
- new or worse depression
- new or worse anxiety or panic attacks
- feeling agitated, restless, angry or irritable
- trouble sleeping
- an increase in activity or talking more than what is normal for you
- other unusual changes in behavior or mood

**Call your healthcare provider right away if you have any of the following symptoms, or call 911 if an emergency. Cymbalta may be associated with these serious side effects:**

2. **Liver damage- symptoms may include:**

   - itching
   - right upper abdominal pain

Exhibit C
13

- dark urine
- hepatitis with yellow skin or eyes
- enlarged liver
- increased liver enzymes

3. **Serotonin Syndrome - This condition can be life-threatening and may include:**

    - agitation, hallucinations, coma or other changes in mental status
    - coordination problems or muscle twitching (overactive reflexes)
    - racing heartbeat, high or low blood pressure
    - sweating or fever
    - nausea, vomiting, or diarrhea
    - muscle rigidity

4. **Abnormal bleeding:** Cymbalta and other antidepressant medicines may increase your risk of bleeding or bruising, especially if you take the blood thinner warfarin (Coumadin*, Jantoven*), a non-steroidal anti-inflammatory drug (NSAIDs, like ibuprofen or naproxen), or aspirin.

5. **Severe skin reactions:** Cymbalta may cause serious skin reactions that may require stopping its use. This may need to be treated in a hospital and may be life-threatening. Call your doctor right away or get emergency help if you have skin blisters, peeling rash, sores in the mouth, hives or any other allergic reactions.

6. **Manic episodes:**

    - greatly increased energy
    - severe trouble sleeping
    - racing thoughts
    - reckless behavior
    - unusually grand ideas
    - excessive happiness or irritability
    - talking more or faster than usual

7. **Seizures or convulsions**

8. **Changes in blood pressure.** Monitor your blood pressure before starting and throughout treatment. Cymbalta may:

    - increase your blood pressure.
    - decrease your blood pressure when standing and cause dizziness or fainting, mostly when first starting Cymbalta or when increasing the dose.

9. **Low salt (sodium) levels in the blood.** Elderly people may be at greater risk for this. Symptoms may include:

    - headache
    - weakness or feeling unsteady
    - confusion, problems concentrating or thinking or memory problems

10. **Problems with urination include:**

    - decreased urine flow

Exhibit C
14

- unable to pass any urine

**11. Changes in appetite or weight.** Children and adolescents should have height and weight monitored during treatment.

**Do not stop Cymbalta without first talking to your healthcare provider.** Stopping Cymbalta too quickly or changing from another antidepressant too quickly may result in serious symptoms including:

- anxiety, irritability
- feeling tired or problems sleeping
- headache, sweating, dizziness
- electric shock-like sensations
- vomiting, nausea, diarrhea

### What is Cymbalta?

Cymbalta is a prescription medicine used to treat depression. It is important to talk with your healthcare provider about the risks of treating depression and also the risks of not treating it. You should discuss all treatment choices with your healthcare provider.

Cymbalta is also used to treat or manage:

- Major Depressive Disorder (MDD)
- Generalized Anxiety Disorder (GAD)
- Diabetic Peripheral Neuropathic Pain (DPNP)
- Fibromyalgia (FM)
- Chronic Musculoskeletal Pain

Talk to your healthcare provider if you do not think that your condition is getting better with Cymbalta treatment.

### Who should not take Cymbalta?

Do NOT take Cymbalta if you:

- have uncontrolled narrow-angle glaucoma
- take a Monoamine Oxidase Inhibitor (MAOI). Ask your healthcare provider or pharmacist if you are not sure if you take an MAOI, including the antibiotic linezolid.
- Do not take an MAOI within 5 days of stopping Cymbalta.
- Do not start Cymbalta if you stopped taking an MAOI in the last 2 weeks.

**People who take Cymbalta close in time to an MAOI may have serious or even life-threatening side effects. Get medical help right away if you have any of these symptoms:**

- high fever
- uncontrolled muscle spasms
- stiff muscles
- rapid changes in heart rate or blood pressure
- confusion
- loss of consciousness (pass out)

Exhibit C
15

- **take Mellaril\* (thioridazine) because this can cause serious heart rhythm problems or sudden death**

**What should I tell my healthcare provider before taking Cymbalta? Ask if you are not sure.**

Before starting Cymbalta, tell your healthcare provider if you:

- Are taking certain drugs such as:
    - Triptans used to treat migraine headache
    - Medicines used to treat mood, anxiety, psychotic or thought disorders, including tricyclics, lithium, SSRIs, SNRIs, MAOIs or antipsychotics
    - Tramadol
    - Cimetidine
    - The antibiotics ciprofloxacin, enoxacin
    - Medicine to control heart rate such as propafenone, flecainide, quinidine
    - Theophylline
    - The blood thinner warfarin (Coumadin\*, Jantoven\*)
    - Non-steroidal anti-inflammatory drug (NSAID), like ibuprofen, naproxen or aspirin.
    - Over-the-counter supplements such as tryptophan or St. John's Wort
- have heart problems or high blood pressure
- have diabetes (Cymbalta treatment worsens the control of blood sugar in some patients with diabetes)
- have liver problems
- have kidney problems
- have glaucoma
- have or had seizures or convulsions
- have bipolar disorder or mania
- have low sodium levels in your blood
- have delayed stomach emptying
- have or had bleeding problems
- are pregnant or plan to become pregnant. It is not known if Cymbalta will harm your unborn baby. Talk to your healthcare provider about the benefits and risks of treating depression or other conditions with Cymbalta during pregnancy. Lilly, the company that markets Cymbalta, maintains a pregnancy registry. The Cymbalta Pregnancy Registry collects information from voluntary participants who are pregnant and who have been exposed to Cymbalta at any time during pregnancy. Women who are interested in enrolling may contact the Registry directly by calling 1-866-814-6975 or by visiting www.cymbaltapregnancyregistry.com
- are breast-feeding or plan to breast-feed. Some Cymbalta may pass into your breast milk. Talk to your healthcare provider about the best way to feed your baby while taking Cymbalta.

**Tell your healthcare provider about all the medicines that you take,** including prescription and non-prescription medicines, vitamins, and herbal supplements. Cymbalta and some medicines may interact with each other, may not work as well, or may cause serious side effects.

Your healthcare provider or pharmacist can tell you if it is safe to take Cymbalta with your other medicines. Do not start or stop any medicine while taking Cymbalta without talking to your healthcare provider first.

Exhibit C
16

> If you take Cymbalta, you should not take any other medicines that contain duloxetine.

### How should I take Cymbalta?

- Take Cymbalta exactly as prescribed. Your healthcare provider may need to change the dose of Cymbalta until it is the right dose for you.
- Do not open, break or chew the capsule; it must be swallowed whole.
- Cymbalta may be taken with or without food.
- If you miss a dose of Cymbalta, take the missed dose as soon as you remember. If it is almost time for the next dose, skip the missed dose and take your next dose at the regular time. Do not take two doses of Cymbalta at the same time.
- If you take too much Cymbalta, call your healthcare provider or poison control center right away, or get emergency treatment.
- When switching from another antidepressant to Cymbalta your doctor may want to lower the dose of the initial antidepressant first to potentially avoid side effects.

### What should I avoid while taking Cymbalta?

- Cymbalta can cause sleepiness or may affect your ability to make decisions, think clearly, or react quickly. You should not drive, operate heavy machinery, or do other dangerous activities until you know how Cymbalta affects you.
- Use of Cymbalta concomitantly with heavy alcohol intake may be associated with severe liver injury. Avoid heavy alcohol use while taking Cymbalta.

### What are the possible side effects of Cymbalta?

Cymbalta may cause serious side effects, including all of those described in the section entitled "What is the most important information I should know about Cymbalta?"

Common possible side effects in people who take Cymbalta include:

- nausea
- dry mouth
- sleepiness
- fatigue
- loss of appetite
- increased sweating
- dizziness

Tell your healthcare provider if you have any side effect that bothers you or that does not go away. These are not all the possible side effects of Cymbalta. For more information, ask your healthcare provider or pharmacist.

**CALL YOUR DOCTOR FOR MEDICAL ADVICE ABOUT SIDE EFFECTS. YOU MAY REPORT SIDE EFFECTS TO THE FDA AT 1-800-FDA-1088.**

### How should I store Cymbalta?

Store Cymbalta at room temperature between 59°F and 86°F (15°C to 30°C).

**Keep Cymbalta and all medicines out of the reach of children.**

**General information about Cymbalta**

Exhibit C
17

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use Cymbalta for a condition for which it was not prescribed. Do not give Cymbalta to other people, even if they have the same condition. It may harm them.

This Medication Guide summarizes the most important information about Cymbalta. If you would like more information, talk with your healthcare provider. You may ask your healthcare provider or pharmacist for information about Cymbalta that is written for healthcare professionals.

For more information about Cymbalta call 1-800-Lilly Rx (1-800-545-5979) or go to www.Cymbalta.com.

### What are the ingredients in Cymbalta?

Active ingredient: duloxetine hydrochloride

Inactive ingredients:

- **Delayed Release Capsules:** FD&C Blue No. 2, gelatin, hypromellose, hydroxypropyl methylcellulose acetate succinate, sodium lauryl sulfate, sucrose, sugar spheres, talc, titanium dioxide, and triethyl citrate.  The 20 and 60 mg capsules also contain iron oxide yellow.

*This Medication Guide has been approved by the U.S. Food and Drug Administration*

*The brands listed are trademarks of their respective owners and not trademarks of Eli Lilly and Company.

Medication Guide revised: August 24, 2012

**Marketed by: Lilly USA, LLC**
**Indianapolis, IN 46285, USA**

www.cymbalta.com

**Cymbalta (duloxetine hydrochloride) is a registered trademark of Eli Lilly and Company.**

Copyright © 2009, 2012, Eli Lilly and Company. All rights reserved.

PV 7091 AMP

Exhibit C
18