Clara J. Shin, SB #214809
E-mail: cshin@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7058
Facsimile: (415) 591-6091

Mark H. Lynch (*admitted pro hac vice*)
E-mail: mlynch@cov.com
Michael X. Imbroscio (*admitted pro hac vice*)
E-mail: mimbroscio@cov.com
Phyllis A. Jones (*admitted pro hac vice*)
E-mail: pajones@cov.com
Colleen A. Kelly (*admitted pro hac vice*)
E-mail: ckelly@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Attorneys for Defendant
ELI LILLY AND COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. SAAVEDRA, et al., on behalf of themselves and all other persons similarly situated, | No. 2:12-cv-09366-SVW-MAN |
| Plaintiffs, | DECLARATION OF YORAM (JERRY) WIND |
| v. | |
| ELI LILLY AND COMPANY, an Indiana corporation, | |
| Defendant. | |

1

## I.    Objectives

1.    I, Yoram (Jerry) Wind, was asked by counsel for Eli Lilly, to evaluate Dr. Hay's declarations of August 16 and November 4, 2013, and his December 17, 2013 deposition to determine whether his proposed use of conjoint analysis is an appropriate and valid methodology to prove liability and ascertain damages on a class-wide basis.

2.    **Structure of Declaration**. Section II sets forth my qualifications. Section III sets forth the approach I have taken in preparing this declaration. Section IV provides a brief introduction to conjoint analysis.  Section V states my conclusions.  Section VI discusses the fatal flaws of Dr. Hay's proposed conjoint analysis study.  Section VII addresses the four questions posed by the Court.

## II.    Qualifications

3.    I am the Lauder Professor and Professor of Marketing at the Wharton School of the University of Pennsylvania.[1]  I joined the Wharton faculty in 1967, upon receipt of my doctorate from Stanford University.

a.    **Expertise in Conjoint Analysis**.  I have been a member of the Wharton team that together with Paul Green developed and applied conjoint analysis. I am the co-author with Paul Green and Doug Carroll of the first book on conjoint analysis, *Multi Attribute Decisions in Marketing: A Measurement Approach (1973)*. Since the 1970s, I have conducted and consulted on the development of and evaluated hundreds of conjoint analysis studies for a variety of

---

[1]   Marketing, according to the American Marketing Association, is the process of planning and executing the conception, pricing, promotion and distribution of ideas, goods and services to create exchanges that satisfy individual and organizational goals.  (P.D. Bennet ed. Dictionary of Marketing terms, Chicago AMA 1988, p. 54.)

products and services. These included a large number of pharmaceutical studies for companies such as Pfizer, Merck, GlaxoSmithKline, and Bristol-Myers Squibb. The health care consulting section of my resume (Exhibit A) lists some of these companies. Exhibit B includes an illustrative list of products and services for which we used conjoint analysis, and areas of application of conjoint analysis, while Exhibit C includes an illustrative list of my publications on conjoint analysis. Below is a brief description of my qualifications.

b. **Publications** -- I have been a regular contributor to the marketing field, including 22 books and over 250 papers, articles and monographs. My books and articles, which are frequently cited by other authors, encompass marketing strategy, marketing research, new product and market development, consumer behavior, and organizational buying behavior, and global marketing strategy.

c. **Editorships** -- I have served as the editor-in-chief of the *Journal of Marketing*, as a guest editor of numerous marketing journals, on the policy boards of the *Journal of Consumer Research and Marketing Science*, and have been on the editorial boards of the major marketing journals. I am the founder of Wharton School Publishing and served as its first Wharton editor from 2004 to 2008.

d. **Teaching and Consulting** -- I have taught MBA, Ph.D., and executive development courses on a wide range of marketing topics. I also have consulted extensively for many Fortune 500 firms, including major pharmaceutical firms. In my teaching, consulting, editorial and university positions, I have designed, conducted and evaluated thousands of marketing and consumer research studies.

e.  **Expert Witness** -- I have conducted and evaluated marketing and consumer research in the litigation context, have been qualified as a marketing and survey research expert, and testified in trial in a number of federal courts.

f.  **Awards** -- I have received various awards, including the four major marketing awards -- The Charles Coolidge Parlin Award (1985), the AMA/Irwin Distinguished Educator Award (1993), the Paul D. Converse Award (1996), and MIT's Buck Weaver Award (2007).  I also received the first Faculty Impact Award by Wharton Alumni (1993).  I was elected to the Attitude Research Hall of Fame in 1984.  I have also been honored with a number of research awards, included two Alpha Kappa Psi Foundation awards. In 2001, I was selected as one of the ten grand Auteurs in Marketing, and in 2003 I received the Elsevier Science Distinguished Scholar Award of the Society for Marketing Advances. In 2010, I was selected as one of the Ten Legends of Marketing, and Sage Publications is publishing eight volumes of my writings.

g.  **Resume and Compensation** -- Exhibit A includes my full resume, which can also be viewed online at the following web address:http://marketing.wharton.upenn.edu/documents/cv/Jerry.Wind.CV.9.28.11.pdf.   The legal cases in which I have testified in deposition or trial are included in Exhibit D. My compensation for review and analysis of the relevant material and preparation of this expert report is at my regular consulting rate of $1,000 per hour and is not contingent on the outcome of the case.

## III.  Approach

4.  **Approach and criteria for evaluation.** In preparing this report, I relied on my study of and experience in marketing and consumer behavior,

marketing research and consumer research concepts, methods, and findings, and the theory and practice of conjoint analysis, (a) as reflected in the professional literature and as taught by me and others at Wharton and other leading universities, and (b) as practiced by me and other leading professionals in conducting and evaluating marketing research and consumer research for academic peer reviewed publications and for management and courts as input into their decisions. These principles are consistent with the criteria outlined in the *Manual for Complex Litigation* (4th Edition), published in 2004 by the Federal Judicial Center.

5. **Material Reviewed and Considered.** I reviewed Dr. Hay's declarations of August 16 and October 21, 2013, and his deposition of December 17, 2013. I also reviewed several of the orders, briefs, declarations and exhibits that have been filed in this case. A full list of the material reviewed is included in Exhibit E.

## IV. An Introduction to Conjoint Analysis

6. Conjoint analysis is a widely used technique in marketing research to determine preferences for the various attributes of a product. The idea is to take a product class and divide it into a set of key attributes, with associated levels. For example, if neckties are being studied, attributes could be fabric, color and price. Within color, the levels could be red, blue and gray. Conjoint analysis shows how one attribute compares to another in a relative or relational sense. For example, conjoint analysis can demonstrate the relative preference of consumers for red neckties or blue neckties. Conjoint analysis does not yield an absolute value of any particular attribute. It does not answer the question of the absolute dollar value of a red necktie or a blue necktie. If monetary values are assigned to attributes, the resulting monetary values will be relative rather than absolute. The

aim in conjoint analysis is to shed light on how individuals make decisions when considering purchasing a member of the product class.

7.    Design of a conjoint analysis study requires answers to the following questions:

- What are the appropriate attributes?
- What levels of each attribute are the most desirable?
- What is the appropriate target population?[2]

8.    For example, if a pharmaceutical product is under consideration, the attributes might be the medical conditions for which the drug is approved, the efficacy of the drug, its side effects, dosage, and price.  Each of these attributes is then divided into various levels.  For example, if efficacy is an attribute, the levels could be low, average, or high.  If nausea is a side effect that is designated as an attribute, the levels could be mild, moderate, or severe.   If drug dose is the attribute, the levels could be once daily, twice daily, and four times daily.

9.    To illustrate, consider the following simplistic example that focuses on just two attributes -- efficacy and nausea as a side effect.  Assume that efficacy has three levels (high, average, and low) and nausea has three levels (mild, moderate, and severe).  A respondent would be presented with nine options:

---

[2]   In most conjoint analysis studies performed in the commercial real world, the following additional questions are usually answered:

- What would be an estimated market share for a product that is described by specifying a level for each attribute?
- To what extent does the addition of another product to the market affect the market share of a company's existing product?
- To what segments of the market is the product most appealing?

|  | | Efficacy | | |
|---|---|---|---|---|
|  | | Low | Average | High |
| **Nausea** | Mild | | | |
| | Moderate | | | |
| | Severe | | | |

10.     The respondent's task would be to rank the nine options from highest (9) to lowest (1).  (Alternatively, the respondent can be asked to provide a score of 0-100 to indicate his/her preference for each of the nine options.)   Choosing between these options requires the respondent to indicate his/her preferences for a variety of trade-offs.  In this simplistic example, the trade-off is between efficacy and a side-effect.   This example measures a respondent's preference for high efficacy with a mild side-effect (9) vs. low efficacy and a severe side-effect (1) and all the points in between those two extremes.   Imagine the following hypothetical responses:

|  | | Efficacy | | |
|---|---|---|---|---|
|  | | Low | Average | High |
| **Nausea** | Mild | 3 | 6 | 9 |
| | Moderate | 2 | 5 | 8 |
| | Severe | 1 | 4 | 7 |

11.     In the foregoing example, the range of scores for efficacy is 18, from a high of 24 (9+8+7) to a low of 6 (3+2+1).  The score of 24 is called the part-

worth for high efficacy. The score of 6 is called the part-worth for low efficacy. For nausea, the range of scores is 6, from a high of 18 (9+6+3) to a low of 12 (7+4+1). The score of 18 is the part-worth for mild nausea, and the score of 12 is the part-worth for severe nausea. The value or importance of each attribute is calculated as the percentage of the range of the scores for that attribute. In the example, the value of efficacy for this respondent is 75% (18 divided by 24). The value of the side-effect for this respondent is 25% (6 divided by 24). Hence, efficacy is three times as important as side-effect for this respondent.

12. Note that in the example above, the respondent placed the most value on high efficacy (9, 8, 7) and was willing to trade high efficacy for a severe side-effect (7). Another respondent, depicted below, might place the most value on minimal side-effects and trade low efficacy for a mild side-effect (7):

|  |  | Efficacy | | |
|---|---|---|---|---|
|  |  | Low | Average | High |
| **Nausea** | Mild | 7 | 8 | 9 |
|  | Moderate | 4 | 5 | 6 |
|  | Severe | 1 | 2 | 3 |

13. The essence of conjoint analysis is the identification of such preferences. The insight underlying conjoint analysis -- based on behavioral research -- is that an individual will state his/her preferences more clearly when required to make trade-offs than if asked a direct question as to his/her preference.

14. In more complex and realistic designs, a greater number of attributes is presented to the respondent, and the analysis is based on sophisticated algorithms. In the simplistic example above, the data were analyzed at the individual level. In practice in an actual conjoint analysis, the choices are

presented to a large survey sample which yields average part-worths for the entire sample (or a segment of the sample) but not part-worths at the individual level.

15.     Another form of conjoint analysis asks respondents to choose between hypothetical product profiles that include each attribute at different specified levels rather than asking respondents to rate the levels of various attributes.   This is known as choice based conjoint analysis.   Respondents are presented with two or more profiles that present the attributes at different levels, and the respondents are asked to choose which profile they prefer.   Computer programs are then used to sort the responses and estimate through advanced statistical methods the part-worths respondents assign to each attribute level.

16.     There are many decisions that go into design of a conjoint analysis; each implementation might very well lead to different results.   The critical steps of conjoint analysis typically involve:

> **Step 1:** The researcher (the person or team of people who have extensive knowledge in performing conjoint analysis) consults with the content experts (in this case physicians and pharmaceutical experts who know the class of drugs that includes Cymbalta).   The outcome of this interaction includes:
>
> - The list of attributes that is most relevant in describing the drug of interest.   It should be noted that price often is not included in the attributes for conjoint analysis studies of prescription drugs evaluated among physicians or consumers, because price is largely irrelevant to physicians and insured consumers.   Price is of relevance to the entities that pay for prescription medications.   By including price in surveys of consumers or physicians, one is potentially overstating the real-world importance of price to those respondents.

- The levels for the selected attributes.  When price is an attribute, selection of the levels can have a profound effect on the outcome of the study.  It is well-established that the wider the range of prices, the more price will matter to survey respondents.  For example, if the levels are one dollar, five dollars and ten dollars, price will be more important to respondents than if the levels are one dollar, two dollars and three dollars.

- The list of drugs that are substitutable for the drug of interest, perhaps differentiated by specialist or condition of patient.

- In designing the survey, the researcher must decide whether only the attributes associated with Cymbalta vary, or whether the attributes of the other products shown to respondents vary. Dr. Hay asserts that "by holding all attributes constant, I could isolate what the MWTP [market's willingness to pay] is for an antidepressant with a withdrawal risk of 1% versus an antidepressant with a withdrawal risk of 44%."  (First Hay Declaration, ¶ 22.)  Proceeding in this manner pre-determines the result and renders a conjoint analysis unreliable.  If only one attribute is varied, only the most desirable version of that attribute will be preferred by respondents, which defeats the purpose of conjoint analysis.

**Step 2:** The researcher and the survey firm, if they are not one and the same, need to determine the target population.

- The researcher needs to decide who the decision maker is for the class of drugs under consideration. Is it the patient? Is it the pharmacist?  Is it the physician?  If physicians, what specialties?  In a court case focusing on a specific time period,

such as this one, only those physicians who would have prescribed the drug during that time-frame are relevant.

- The sample size needs to be determined. If the sample is not sufficiently large, it is very likely that the resulting confidence interval will be quite large, thereby giving very diffuse information about the results.

- The researcher needs to decide on a sampling procedure to ensure that the sample is randomly selected. One source of potential bias is if the list of relevant respondents is not available and/or if it is practically difficult to reach each of the selected respondents. Also, one needs to be concerned about non-response bias. Many people simply refuse to respond to surveys. If certain categories of individuals in the survey sample refuse to respond, their lack of participation can affect the generalizability of the results.

**Step 3:** The researcher designs the survey. This involves a number of key issues, because there are several different approaches to designing a conjoint analysis survey, as Dr. Hay recognizes. (First Hay Declaration ¶ 23, Dkt. #83.) Experts in the field differ sharply over which designs are best, and the choice of a design can have a substantial effect on results.

**Step 4:** The survey is pilot-tested and possibly modified.

**Step 5:** The researcher administers the survey and collects the data.

**Step 6:** Based on the data collected from the sample, the researcher needs to estimate the part-worths for each attribute for each respondent. The analysis of the collected data and the extrapolation from the sample to the population as a whole are accomplished by sophisticated computer programs utilizing advanced statistical

methods.  There are a variety of statistical techniques for estimating the part-worths of each attribute.  As with the design of the survey, experts in the field differ sharply over which statistical techniques are best for estimating part-worths.  And again, the choice of method will affect the results of the analysis.

**Step 7:** The researcher validates the results.  To be reliable, survey results must be validated in the real world.  Product managers do not make high-stakes decisions solely on the basis of a conjoint analysis study.   For example, Paul Green and I led a very large conjoint analysis to determine what features should be incorporated into the design of Courtyard-By-Marriott hotels.  Marriott executives did not make their design choices solely on the basis of the results of our study.  Instead, they market-tested prototypes that were based on our study.  Similarly, it would be imprudent for a court to base damage awards on a conjoint analysis study without validation of the results of the study in the market place.  But there is no way for Dr. Hay to do that, as explained below in paragraph 43.  At a minimum, the estimates that are obtained are subject to random variation.  This variation (usually expressed in the form of a confidence interval) should be part of the analysis.  In my experience, those confidence intervals can be quite wide.

**Step 8:** The researcher creates a simulator that incorporates the results of the conjoint analysis study and enables the researcher to use the collected data and estimated part-worths to answer a variety of what-if questions.  In the simplest case, a simulator can take the form of Excel spreadsheets that enable the researcher to organize data in various ways.  More sophisticated simulators are based on complex computer programs.  The primary aims of conjoint analysis are

strategic:  what levels of the attributes should I choose to maximize profit?  To what segments of respondents is the product most likely to sell?   A simulator can provide answers to such questions.   The objective of most conjoint analysis studies is <u>not</u> to estimate some critical quantity of interest, such as willingness to pay, in an irrefutable way, but rather to get a broader view of the market in which a product lives and allow the ability to conduct sensitivity analysis of the results.  Thus, a simulation is a critical part of most conjoint analysis studies.

## V.    Summary of Conclusions

17.    Conjoint analysis is a powerful tool for marketing and consumer research.  It also has been used in litigation as set forth in my paper on "Applying Conjoint Analysis to Legal Disputes: A Case Study," which plaintiffs have filed as an exhibit in this case.   (Dkt. # 95-3.)   That paper describes a number of applications of conjoint analysis in litigation, but none of them were applied to determine whether individual class members were injured or to estimate damages to each class member.  Indeed, at his deposition, Dr. Hay was unable to identify any litigation in which conjoint analysis has been used as he proposes to use it in this case.

18.    It is important to note that Dr. Hay has not yet conducted or even planned in any detail the conjoint analysis that he proposes for this case.  (Hay Dep. at 60:14-23.)  ("Well, a lot remains to be done.  At this point, really all I've done is started to begin to look at the methods....  I haven't gone through any of

the steps.").[3]   Until he actually conducts his analysis, it is impossible to evaluate whether it has been done in a scientifically valid fashion.

19.    Even though Dr. Hay has not yet designed or conducted a conjoint analysis, *it can be concluded at this point that his proposed use of conjoint analysis is inappropriate and invalid for determining the monetary value to a consumer of information concerning the discontinuation risk of Cymbalta. Accordingly, conjoint analysis cannot be used to prove liability or measure damages on a class wide basis.*   This conclusion is based on eight interrelated flaws in Dr. Hay's approach that stem from the description of conjoint analysis above.  These flaws are fundamental no matter how Dr. Hay designs his study:

a.    Wrong universe.  Dr. Hay proposes to survey consumers, but consumers are not the decision makers on whether Cymbalta is prescribed to the consumer, nor do insured consumers pay the bulk of the cost for Cymbalta.  (¶¶ 22-24, *infra*)

b.    There is no way to control for the biased and leading nature of the questions Dr. Hay plans to ask about discontinuation risk in his survey.  (¶¶ 25-26, *infra*)

c.    Discontinuation risk is not an appropriate attribute for a conjoint analysis.  (¶ 27, *infra*)

d.    The proposed study is biased because it assumes injury as opposed to testing whether injury occurred.  (¶¶ 28-29, *infra*)

e.    Dr. Hay's "refund ratio" is a meaningless and invalid concept.  (¶¶ 30-31, *infra*)

---

[3] The excerpts from Dr. Hay's deposition are included in the Declaration of Phyllis Jones, Exhibit A.

f.     A 2014 study cannot offer valid information on consumer and physician behavior between 2004 and 2014.  (¶ 32, *infra*)

g.     The proposed approach to determine consumers' willingness to pay is unreliable and invalid.  (¶¶ 33-42, *infra*)

h.     There is no way to validate the results.  (¶ 43, *infra*)

20.    These eight interrelated flaws are discussed below in detail.  There is no evidence in Dr. Hay's declarations, deposition, or enclosed publications that addresses these flaws in using his proposed conjoint analysis study to determine the damages that plaintiffs allegedly incurred because the Cymbalta package insert did not contain the warning about discontinuation risk that plaintiffs assert should have been in the package insert.

21.    The Court's four specific questions regarding conjoint analysis are addressed in section VII.  In summary:

a.     In conjoint analysis, value is the relative weight or importance that a consumer or other decision-maker places on a particular attribute of a product.  Price can be an attribute that is included in conjoint analysis, but because conjoint analysis measures the relative relationship of various attributes, it is not capable of determining a specific, real-world monetary amount for any specific attribute.  (¶ 46, *infra*)

b.     The learned intermediary doctrine -- together with the fact that only a doctor can prescribe a prescription medication -- is relevant to conjoint analysis because it implies that any conjoint analysis of a prescription medicine must survey doctors.  Dr. Hay, however, does not intend to include doctors in his conjoint analysis and plans to survey only consumers of Cymbalta, who are the wrong universe.  (¶ 47, *infra*)

c.     Dr. Hay has disclaimed any intention to prove injury through conjoint analysis.  Instead, he assumes that class members have been injured and plans to use conjoint analysis to prove damages only.  In any event, conjoint analysis is not capable of proving that every member of the class was injured.  (¶ 48, *infra*)

d.     Assuming that some class members were injured, conjoint analysis is not capable of measuring each class member's damages.  Dr. Hay plans to ask respondents in a survey sample to assign a monetary sum to the discontinuation warning that Plaintiffs contend should have been included in the Cymbalta package insert.  This exercise by itself is flawed, but even if it were not, it would produce an average sum that Dr. Hay would then extrapolate to the entire class.  This average -- even if it were the product of a reliable estimation -- would not demonstrate each class member's damages.  (¶¶ 49-50, *infra*)

## VI.     The Fatal Flaws of Dr. Hay's Proposed Conjoint Analysis Consumer Study

22.     **Dr. Hay plans to survey the wrong universe.**  Physicians decide whether to prescribe an antidepressant to a patient, and if so, which antidepressant is an appropriate therapy.  Consumers do not make these decisions.  Thus, a conjoint analysis study of consumers (as proposed by Dr. Hay in paragraph 17 of his second declaration, Dkt. #96, and in his deposition) is irrelevant.[4]  Consumers

---

[4]  In his first declaration of August 16, 2013, Dr. Hay proposed both physician and consumer surveys.  However, his latest declaration of November 4, 2013, focused only on consumers, and at his deposition on December 17, 2013, he made clear that he does not intend to survey physicians.  (Hay Dep. at 85:8-15.)  It is also important to note that he never offers in his first declaration any explanation regarding how he could link the results of the two studies.

16

are also the wrong universe for determining willingness to pay ("WTP"), because the overwhelming proportion of consumers -- including all four proposed class representatives -- are covered by insurance, and their insurers decide what to pay for Cymbalta.  Indeed, for the many consumers who are required to make a flat co-payment, the price of one antidepressant versus another is irrelevant.

23.     The problems with trying to ascertain WTP in respondents who are covered by insurance has been noted in the literature on such studies.   For example, in a study conducted in the United Kingdom of patient preferences with respect to the side effects associated with antiepileptic drugs, the authors noted:

> The survey was conducted with members of the British general public (who also have a diagnosis of epilepsy) and as such, most participants will not have had direct experience of paying for their medication.  Most people with epilepsy in the UK receive their medical care through the UK NHS which remains free at the point of contact.     Therefore, people may not have fully comprehended the consequences of having to pay for their medication (they may not comprehend the opportunity cost) and the associated impact on their household expenditure.   Instead, participants may have considered what the change in drug profiles was worth, or what the hypothetical value of it was, rather than what they would actually be willing to pay.

Lloyd, et al., "The Importance of Drug Adverse Effects Compared With Seizure Control for People with Epilepsy," 23 Pharmacoeconomics, 1167, 1177 (2005) (Exhibit F).

24.     Similarly, in a study of WTP for two different types of insulin in five European countries -- on which Dr. Hay relies heavily -- the authors wrote:

> Despite all patients being told that the cost was to be considered  in  the  context  of  their  "out-of-pocket" expense, it is possible that historical cultural differences with respect to pharmaceutical reimbursement had an effect upon the patients' response to cost.   This was reflected by the WTP, which was highly variable among the countries.

Aristides, et al., "Patient Preference and Willingness to Pay for Humalog Mix25 Relative to Humalin 30/70:   A Multicountry Application of a Discrete Choice

1  Experiment," 7 Value in Health 442, 452 (2004) (Exhibit 3 to Dr. Hay's

2  Declaration of Oct. 22, 2013, Dkt. # 96-3) (attached to this declaration as Exhibit

3  G and referred to as the "Humalog Study").

4     25.    **There is no way to control for the biased and leading nature of**

5  **the questions Dr. Hay plans to ask about discontinuation risk in his survey.**

6  Dr. Hay's proposed conjoint analysis is likely to lead to biased and leading

7  responses. It is widely recognized in conjoint analysis that introduction of certain

8  attributes is likely to lead to "rational"/"socially accepted" responses, even if the

9  respondent would not be concerned about that attribute in the real world.[5]

10 "Discontinuation risk" is such an attribute because respondents will react

11 negatively to a risk of side-effects even if they never personally experienced them.

12 By including discontinuation risk as one of the attributes, the study cannot

13 determine if this is an attribute the respondents even consider in their real-world

14 decisions. A further, and compounding, element of bias is introduced if there is a

15 large difference between the levels of an attribute.

16    26.    Dr. Hay's proposal to include cost to the consumer as an attribute in

17 his proposed conjoint analysis study introduces another element of bias. That is

18 because each of the named plaintiffs - and the overwhelming proportion of the

19 proposed class - are covered by insurance that limits their out-of-pocket

20 expenditures for Cymbalta. By including monetary values in his proposed survey,

21 Dr. Hay will bias respondents to place a greater importance on price than they

22 would in the real world.

---

[5] For example, if snacks are being studied, respondents are likely to indicate a
preference for carrot sticks (healthy) over potato chips (unhealthy), even if the
respondent does not care about the health benefits of carrot sticks or actually
prefers unhealthy potato chips.

27.     **Discontinuation risk is not an appropriate attribute for conjoint analysis.**   In the over one hundred conjoint analysis prescription drug studies I have conducted, consulted on, or evaluated over the years, I have never included or seen discontinuation risk as an attribute.   The typical attributes are efficacy, safety (side effects), tolerability and convenience (pills per day, pill/capsule, mode of administration), but not side-effects associated with discontinuation of the medicine.   For example, the conjoint analysis study concluded by Eli Lilly as part of the development of Cymbalta included the following attributes:

- Transient Psychomotor Effects
- Sexual Dysfunction Effects
- Effect on Weight
- Onset of Response
- Efficacy for Depression
- Proof of Relapse
- Proof of Efficacy in Anxiety
- Efficacy in Pain
- Effect on Sleep
- Dosing
- Other Prescribing Considerations

(Exhibit 9 in Dkt. # 81-3).   This practice of not including discontinuation risk among conjoint analysis attributes is further evident in three other conjoint studies conducted by Lilly -- those of Zimmerman et al (2013) (Exhibit H), Hauber et al. (2010) (Exhibit I), and Gelhorn et al. (2013) (Exhibit J).

28.     **The proposed design is biased and assumes injury as opposed to testing whether injury occurred.**   In paragraph 14 of his second declaration (Dkt. #96), Dr. Hay states: "The injury at issue, therefore, is that every customer purchased Cymbalta that was not the same product as Lilly represented."   By accepting this assumption, Dr. Hay failed to test the fundamental questions

whether (1) consumers were exposed to the Cymbalta package insert, (2) consumers read the Cymbalta discontinuation warning in the package insert prior to purchasing Cymbalta, and (3) consumers perceive any difference between the FDA-approved wording in the package insert and the wording proposed by plaintiffs. A scientific study cannot make such an assumption for a drug as complex as Cymbalta with the numerous attributes it has and the lengthy and detailed package insert. A separate perception study is required to determine whether consumers perceive any difference between the package insert that was approved by the FDA and plaintiffs' proposed package insert. Dr. Hay's proposed conjoint analysis study is not capable of answering this question. His proposed conjoint analysis is aimed at determining only whether one form of wording, in an artificial testing environment, is more important than the other in the context of the other attributes included in Dr. Hay's survey.

29.     I understand that the Court has instructed the parties to assume for present purposes that plaintiffs can prove that the Cymbalta discontinuation warning was misleading. But as a matter of scientific consumer research, Dr. Hay's assumption that all consumers were injured by this warning renders his entire conjoint analysis fundamentally flawed. In order to determine if a consumer has been injured, one needs to determine a number of threshold issues, including but not limited to:

a.     Were individual class members exposed to the Cymbalta package insert prior to purchasing Cymbalta? As explained in the declaration of Kathy A. Landen, the package insert is not universally provided with the medicine when consumers pick up their prescriptions at the pharmacy. Accordingly, it cannot be assumed that all consumers of Cymbalta were exposed to the FDA-approved warning.

b.      If individual class members were exposed to the Cymbalta package insert, did they read the discontinuation warning in the package insert prior to purchasing Cymbalta?

c.      Did individual class members perceive any difference between the FDA-approved package insert for Cymbalta and a package insert that substitutes 44% where the FDA-approved package insert says 1%?[6]   Making this determination presents a formidable research challenge.   If the survey calls attention to the difference between 1% and 44%, a respondent will be predisposed to say that the difference is important.   This phenomenon is often found in studies in which the difference in levels is large.   But if presented with two different versions of the entire package insert -- one with 1% and one with 44% in the midst of many pages of additional complex scientific and medical information, as would be the experience in the real world -- many respondents will not even notice the difference.

d.      If class members perceive any difference between the FDA-approved package insert and the package insert plaintiffs propose, would they nonetheless accept their doctor's prescription or would they insist on a prescription for another antidepressant?

---

[6]   Moreover, the issue is not simply 1% versus 44%.   The 2005 study by Perahia, et al. reported at least one discontinuation side effect in 44.3% of the subjects who took Cymbalta versus 22.3% of the subjects who took placebo.   As stated in Dr. Jacobs declaration, "it would be misleading to suggest that this 44% statistic reflects the actual frequency of discontinuation symptoms in Cymbalta-treated patients, in light of the fact that 23% of placebo-treated patients in the clinical studies suffered at least one discontinuation event." (Dkt. # 91, ¶ 47.)

e.     Would class members' out-of-pocket expenditures have decreased if the package insert had included the discontinuation risk information that plaintiffs contend should have been included?

Answers to these questions are required to establish injury.  The answers cannot be assumed, as Dr. Hay does.

30.     **The "refund ratio" is a meaningless and invalid concept.**  Because pharmaceutical prices are not linked directly to specific product features (but rather to the overall suitability of the product for a particular indication) and insured consumers are not the ones paying most of the cost of the drug, Dr. Hay's proposed "refund ratio" is speculative, conceptually unsound, and has no link to reality.  In his second declaration, Dr. Hay states that his conjoint analysis study can ascertain the value that consumers place on information about the risk of Cymbalta discontinuation symptoms and that this value can be translated into a concrete monetary amount through a "refund ratio."  Dr. Hay explains this refund ratio by stating that the relative value translates into the same percentage of a consumer's out-of-pocket costs.  Therefore, according to Dr. Hay, if the value of the discontinuation warning attribute is 30%, then consumers are entitled to 30% of their total out-of-pocket costs for Cymbalta.  Dr. Hay's refund ratio is premised on two faulty assumptions.  First, Dr. Hay assumes without justification that a consumer's preference for an attribute of Cymbalta directly corresponds to the same portion of a consumer's out-of-pocket cost for Cymbalta.  However, the amount that a consumer pays for prescription drugs is not linked to consumer preferences for specific product features.  Second, Dr. Hay makes the related, unwarranted assumption that 100% of a consumer's out-of-pocket costs for Cymbalta correspond to the short list of 5-7 Cymbalta attributes that Dr. Hay plans to include in his study.  (Second Hay Declaration, ¶ 17(B) (Dkt. #96).)  The fewer the number of attributes, the greater the importance of each attribute.  Third, the

proposed conjoint analysis study is not capable of estimating the consumer's willingness to pay, as explained below in ¶¶ 33-42.

31.     In his deposition, Dr. Hay agreed that his damages model involves a but-for world in which the allegedly omitted information is available to consumers and decreases their perception of the value of Cymbalta (Hay Dep. at 181:24-182:11).    His proposed conjoint analysis will over-estimate and inflate the difference between the value of the warning in the FDA-approved package insert and plaintiffs' proposed warning.  According to Dr. Hay, this difference will yield a ratio that shows the percentage of overpayment that can be applied to any class member's out-of-pocket expenses.  However, Dr. Hay disclaims any intention to examine the critical second part of his but-for world:  would the amount that each consumer paid for Cymbalta have changed if the package insert contained the information plaintiffs contend should have been included?  Dr. Hay repeatedly states that he has not been asked to examine the effect of a different package insert on price.  (Hay Dep. at 82:11-14) ("I'm not looking at price . . . . I wasn't asked to opine on what would happen to the price if they had revealed the true withdrawal risk.")   Without knowing whether class members' out-of-pocket expenditures would have changed as a result of a different package insert, it is impossible to calculate any class member's damages.   This is not merely a question of the amount by which class members' out-of-pocket expenditures would have decreased.  The Second Declaration of Patrick Bruen demonstrates that addition of stronger warnings to a package insert does not inevitably lead to a lower price for a medication.    Indeed, Dr. Hay agrees that, because of the nature of pharmaceutical pricing and reimbursement, it is not inevitable that negative information about a patent protected drug causes its price to go down.  (Hay Dep. at 79:12-22.)   Thus, it cannot be assumed that an additional warning about discontinuation risk in the package insert for Cymbalta would make <u>any</u> difference in out-of-pocket expenditures of class members.

32. **A 2014 study cannot offer reliable and valid information on consumers and physicians behavior between 2004 and 2014.** The proposed study will take place in 2014. A current study can only be relevant to a previous time period if there have not been any major changes between the two time periods. In the case of Cymbalta there have been many changes in the marketplace between 2004 and 2014, including:

- New competitive entries. Since Cymbalta was launched in 2004, two new patent-protected antidepressants have entered the market: Pristiq, approved in February 2008 and still patent-protected, and Viibryd, approved in January 2011 and still patent-protected. In addition, six antidepressants that had been approved and were patent-protected at the time Cymbalta was launched subsequently lost patent protection, and the generic versions of these drugs began to compete with Cymbalta: Effexor, approved in December 1993 and patent-protected until August 2006; Effexor XR, approved in October 1997 and patent-protected until June 2010; Zoloft, approved in 1991 and patent-protected until June 2006; Paxil CR, approved in February 1999 and patent-protected until June 2007; Celexa, approved in July 1998 and patent-protected until October 2004; and Lexapro, approved in August 2002 and patent-protected until March 2012. See First Declaration of Patrick Bruen, Dkt. #93, ¶ 13.

- Increased awareness of discontinuation side effects. Dr. Jacobs describes the increasing amount of information that has been made available to physicians about discontinuation side effects since Cymbalta was launched in 2004. See Jacobs Declaration, Dkt. #91, ¶¶ 25-32. He points out that "[t]oday, psychiatrists and health care professionals are very knowledgeable about

discontinuation symptoms following antidepressant treatment."
Id. ¶ 28.

- Consumer sensitivity to price has changed between 2004 and 2014. Both the 2008 economic crisis and the rise in unemployment and under-employment have increased consumer price sensitivity.

- Changes in the mix of the Cymbalta patient base over this 10 year period.

- And most recently, the entry in December 2013 of six generic substitutes for Cymbalta. See Exhibit K. By the time Dr. Hay conducts his proposed survey, most of the respondents will be paying much less for Cymbalta then they did when the medicine was patent-protected.

Given the magnitude of these changes and their interactions, no findings from a 2014 study can be applied with any confidence to the period of 2004-2014.

33. **Dr. Hay's proposed approach to determine consumers' willingness to pay is unreliable and invalid.** It is not a typical application of conjoint analysis to obtain willingness to pay (WTP). A review article in Innovative Marketing describes various approaches to obtaining WTP.[7] In a classification of techniques (Figure 1 of the paper), there are two general approaches: revealed preferences and stated preferences. Conjoint analysis is only one of seven methods for obtaining WTP.

---

[7]  Breidert, C et al (2006), "A Review of Methods for Measuring Willingness-to-Pay," Innovative Marketing, 8-32 (Exhibit L).

34.     Although conjoint analysis was introduced in the seminal paper of Green and Rao in 1971,[8] the first paper that considered using conjoint analysis to determine WTP (by Kohli and Mahajan) was not published until 20 years later.[9] Ascertaining WTP is still not a principal objective of most conjoint analysis studies and it is at best a by-product of a few such studies.

35.     As explained in Section IV, there are many ways to obtain part-worths (a) from a survey sample and (b) extrapolate part-worths from the sample to the general population.  WTP varies depending on the methods used for each of the steps.   The Humalog Study (Exhibit G), on which Dr. Hay relies, uses a different approach from that of Kohli and Mahajan.    Thus, the method for estimating WTP through conjoint analysis is not well-defined in the literature, and there is no consensus on how to estimate WTP.   Results will vary depending on the method chosen.

36.     Dr. Hay holds up the Humalog Study as a "template" for how he proposes to estimate willingness to pay (Hay Dep. at 113:20-21), but that study in fact demonstrates the limits of what he proposes to do in estimating willingness to pay.    That study, conducted in five European countries, found that the 235 respondents in the survey "were prepared to pay, *on average*, a total of €111 per month for Humalog Mix 25 over and above the cost of Humulin 30/70."  Exhibit G at 449 (emphasis added).   The article further reports that the 95% confidence interval for that average of €111 was between €86 and €156.   As a matter of statistics, this means that there is a 95% chance that the "true WTP" is anywhere

---

[8]   Green P.E. and Rao V.R. (1971), "Conjoint Measurement for Quantifying Judgmental Data," <u>Journal of Marketing Research</u>, 355-363.

[9]   Kohli, R. and Mahajan V.J. (1991), "A Reservation Price Model for Optimal Pricing of Multiattribute Products in Conjoint Analysis," <u>Journal of Marketing Research</u>, 347-354 (Exhibit M).

between €86 and €156, assuming that the sample is random.  This spread of €70 obviously is very wide and quite imprecise, and it depends on having a random sample.[10]  While this study provides an estimate of the relative WTP for the two products, it does not provide a reliable means of ascertaining what any individual member of the public is willing to pay.

37.   Dr. Hay's assertion that he can "scale the confidence interval down to as small as . . . we want" (Hay Dep. at 53:6-7) is superficial.  It is impossible to achieve a zero confidence interval, and there are practical issues such as the composition of the sample and non-response bias.  If the sample would be made arbitrarily large this would lead to a confidence interval of very small width, but this confidence interval would not include the true value because of the bias.

38.   Dr. Hay asserts in his deposition that WTP can be estimated "very simply [through] an arithmetic ratio of the coefficient on cost divided into the partial utility coefficient for the other attributes."  (Hay Dep. at 112:9-12.)  But what he calls utility coefficients (per the Humalog Study) are the estimates of coefficients based on some model.  These estimates are not self-evident, universally-agreed principles.  Instead, they depend on a series of technical choices, each of which can result in different estimates.

39.   The Humalog Study illustrates the point that there are various statistical methods to estimate part-worths in a conjoint analysis study, and different methods will produce different results.  First, the authors state that they could not "generate an orthogonal design" for their survey.  Exhibit G at 445. Orthogonality means that each attribute is independent of the others.  Generating profiles that have an orthogonal design is an important aspect of a conjoint

---

[10]   As of February 27, 2014, one Euro equals $1.37, so the spread in dollars is between $117.82 and $213.72.

analysis study and has important implications for the statistical estimation of the part-worths for each attribute. The absence of orthogonality means that it would be impossible to measure the part-worth of one attribute in an unrelated way to the estimation of the part-worth of other attributes, and this would preclude Dr. Hay from determining the value of the discontinuation attribute.

40. Second, the authors acknowledge that "[a] number of methods have been proposed to estimate the relative utilities for the attributes of interest...." Exhibit G at 446. They identify three such methods -- "conditional and RE [random effects] logistic regression, a multivariate binary (MVB) distribution, and generalized estimating equations (GEE)." Id. The authors state that "logistic regression is the standard regression method of choice" and "the ideal sampling approach for our type of study." Id. Nonetheless, "logistics and cost" precluded use of this method, and the authors chose a different method -- generalized estimating equations. Id.

41. The choices made by the authors of the Humalog Study may have been reasonable under the circumstances, but the point is that each of the statistical methods identified by the authors would produce different results. This is one of the reasons why conjoint analysis produces relative rather than absolute values and cannot identify a precise real-world monetary value for any attribute. In addition, the constraints on the Humalog Study, as acknowledged by the authors, demonstrate why estimating WTP is outside the mainstream of conjoint analysis. For all these reasons, the Humalog Study is not a "template" for what Dr. Hay proposes to do in this case.

42. In summary, WTP is not a parameter that is commonly estimated in conjoint studies and is known to be hard to obtain on practical grounds. The answer to the question -- "how much is a consumer willing to pay for a product?" -- depends on a whole host of considerations (e.g., what other products/drugs are you buying/using; what is the cost of alternative products). While conjoint

analysis might be able to shed some light on an estimate, the estimate is not definitive. Other methods of conducting a conjoint analysis study that are arguably as reasonable and even more commonly used might provide very different results. Furthermore, there are so many decisions that need to be made in performing a conjoint analysis, that it is impossible to determine the extent to which these results are sensitive to these possible choices.

43. **There is no way to validate the results.** There is no proven way to validate the results for the conjoint analysis study proposed by Dr. Hay. By including plaintiffs' proposed discontinuation risk warning as an attribute, one would expect that some respondents would give it some value (44% is larger than 1%). But there is no way of validating whether the patients would have asked their doctors to change their prescribing behavior had they been given, in the real world, the alternate wording that plaintiffs assert should have been in the package insert. A reasonable hypothesis is that the proposed wording would not have a significant impact on physicians' prescribing behavior or on the patient behavior because the currently available information addresses the issue. Dr. Jacobs' Declaration provides strong support for such a hypothesis. He points out that many doctors do not rely on package inserts and that there are numerous other sources of information about discontinuation side effects. See Jacobs Declaration, Dkt. #91, ¶¶ 16, 19. Similarly, there is no way of validating whether the patients actually paid a premium price for Cymbalta due to the alleged misrepresentation in the discontinuation warning, because it cannot be assumed that the price would have been lower if plaintiffs' version of the warning had been included in the package insert. See Second Declaration of Patrick Bruen. It is also a reasonable hypothesis that the wording plaintiffs propose would not have made any difference in consumers' out-of-pocket expenditures for Cymbalta. *See* ¶ 31, *supra*.

44.     The eight flaws of Dr. Hay's proposed conjoint study, individually and collectively, will not allow him to offer reliable and valid information on the monetary value of the discontinuation risk of Cymbalta or the consumer's willingness to pay.

**VII.   Response to the Court's Four Questions Re Conjoint Analysis**

45.     The Court in its order of November 5, 2013, raised four questions regarding conjoint analysis.   Below are my responses from a marketing and consumer research perspective.

**46.     What is the distinction between price and value in connection with conjoint analysis?**

Price is an attribute that may be included in a conjoint analysis study.   For example if the range of price is between $1 and $2 the design could list it as:

| PRICE | |
|---|---|
| 1 | $1.00 |
| 2 | $1.50 |
| 3 | $2.00 |

The respondent will see in each hypothetical profile one of these prices together with one level of each of the other attributes.   Thus, price can be one of the inputs to a conjoint analysis study.

Value, on the other hand, is the outcome of a conjoint analysis study.   Value is more precisely referred to as the part-worth score for any attribute.   A part-worth is derived from the scores that respondents assign to an attribute.   (Part-worths can be scored in points or in monetary values.)   The utility of a product is

the sum of the part-worths of the attributes that comprise the product.[11]  As noted above, conjoint analysis reveals relative -- not absolute -- values of different attributes.  Moreover, different statistical techniques are used to estimate part-worths, and the choice of the technique will change the outcome of the estimate.

**47.    What is the relationship, if any, between the learned intermediary doctrine and conjoint analysis?**

I have been advised by Lilly's counsel that the "learned intermediary doctrine" holds that the duty of a pharmaceutical manufacturer is to warn the doctors -- who act as a learned intermediary -- of any of the drug's risks.  From a marketing research perspective, this suggests that the proper universe for any study (whether conjoint analysis or other) are the relevant physicians and not the consumers. This is consistent with my point in paragraphs 19(a) and 22-24 above.

**48.    What is the feasibility of using conjoint analysis to prove liability on a class wide basis?**

I have been advised by Lilly's counsel that to "prove liability on a class wide basis" means proving that defendants' acts or omissions caused injury to all class members without having to inquire into the individual circumstances of each class member.  Dr. Hay has been instructed by plaintiffs' counsel to assume that the class has been injured. (First Hay Declaration, ¶ 14, Dkt. # 83.)  Furthermore, he has focused on ascertaining damages rather than injury. He does not have "a detailed understanding" of the alleged "wrongful conduct" -- and has not "looked into that aspect of the case." (Hay Dep. at 80:7-11.)  It therefore appears that Dr. Hay does not propose to attempt to prove liability through conjoint analysis.  In

---

[11]  In most commercial conjoint analysis studies, utility is converted into share of choice.

any event, the research design proposed by Dr. Hay cannot prove liability on a class-wide basis for the following reasons:

     a.    He proposes a conjoint analysis among consumers but the key decision makers are the physicians -- the learned intermediaries -- and not the consumers. (*See* paragraphs 19(a) and 22-24, above.)

     b.    The consumer market for Cymbalta is very heterogeneous and the only segment that could be affected by the package insert proposed by plaintiffs is restricted to:

- Those consumers who were exposed to the Cymbalta package insert, which is not universally provided to consumers when they pick up their prescriptions at the pharmacy;
- Those consumers who read the package insert prior to taking Cymbalta;
- Those consumers who perceived a difference between the FDA-approved Cymbalta discontinuation warning and the warning that plaintiffs propose;
- Those who at the time of getting the prescription were concerned about discontinuation risk; and
- Those who, had they known about the discontinuation risk as presented in the Perahia et al 2005 study (44.3% test vs 22.9% placebo), would have requested their physician not to prescribe the drug to them; or
- Those whose out-of-pocket expenditures for Cymbalta would have been lower if the additional information about discontinuation risk had been included in the package insert.

c.      Given the heterogeneity of the consumer market there is no a-priori way of determining if a consumer belongs to the segment of the proposed class that would have been affected by plaintiffs' proposed package insert and the only way to determine this is by interviewing each of them individually.  Similarly, as discussed above, it cannot be assumed that plaintiffs' proposed warning would have affected the amounts consumers paid for Cymbalta.   Thus, conjoint analysis cannot identify who was injured.

49.     **Whether conjoint analysis would lead to a uniform method of measuring damages.**

I have been advised by Lilly's counsel that a "uniform method of measuring damages" is a method that will enable a jury to measure the amount of monetary loss that each member of the proposed classes (everyone in California, Massachusetts, Missouri and NY who paid for Cymbalta) suffered because the Cymbalta warning did not contain the information about the risk of discontinuation side effects that plaintiffs contend should have been in the warning and to do so without having to make this calculation class member by class member.

50.     Dr. Hay's proposed conjoint analysis approach cannot measure damages uniformly for the following reasons:

a.      The only members of the proposed classes who would have been affected by the discontinuation side-effects warning proposed by plaintiffs are those who meet the criteria outlined in paragraph 48(b) above.   The proposed classes include many consumers of Cymbalta who were not affected by plaintiffs' proposed warning.

b.      The segment of consumers who might have been affected by plaintiffs' discontinuation warning, as outlined in paragraph 48(b) above, is not homogenous because individual consumers will have

had wide differences in the reasons why their physicians prescribed Cymbalta, their experience with Cymbalta and other medicines, and therefore the value each of them will place on a Cymbalta package insert that includes the information plaintiffs suggest in contrast to Cymbalta with the FDA-approved package insert.  The diversity of responses may very likely include respondents who will place no value on the added information suggested by the Plaintiffs.  Yet Dr. Hay's approach is incapable of identifying such class members.

c.    Dr. Hay's proposed survey of consumers of Cymbalta -- even assuming that the sample and the survey are properly constructed -- will elicit each respondent's subjective opinion of the relative value of Cymbalta with the FDA-approved package insert and Cymbalta with the package insert as plaintiffs claim it should be. These subjective views can reasonably be expected to differ widely because of the heterogeneity of the class.  For example, a respondent who has discontinued Cymbalta without any side effects will place a lower score on Plaintiffs' proposed warning than a respondent who has discontinued and experienced side effects.  Further, with respect to respondents who have experienced side effects, the nature, severity and duration of the side effects will affect the score that each respondent assigns to plaintiffs' proposed warning.

d.    The FDA-approved label states:

Following abrupt or tapered discontinuation in placebo-controlled clinical trials the following symptoms occurred at 1% or greater and at a significantly higher rate in duloxetine-treated patients compared to those discontinuing from placebo:

1.  dizziness

2.  headache

3.  nausea

4.  diarrhea

5.  paresthesia

6.  irritability

7.  vomiting

8.  insomnia

9.  anxiety

10. hyperhidrosis

11. fatigue.

It is apparent that these various side effects will impact the consumers who experience them in widely varying degrees, ranging from merely bothersome to seriously discomforting, or, as Ms. Saavedra alleges, debilitating. The wide range in severity and duration of discontinuation side effects is clear in the record of this case. For example, the article by Drs. Rosenbaum and Zajecka, "Clinical Management of Antidepressant Discontinuation" (Ex. C to Dr. Jacobs' Declaration at p. 38, Dkt. # 90) states that "discontinuation symptoms are usually mild and transient." Dr. Jacobs states that "the risk of discontinuation symptoms is generally not a serious occurrence; while there have been reports of serious events, those risks are generally manageable and tolerable through proper clinical tapering." (Jacobs' Declaration, ¶ 55). According to the plaintiffs' complaint, Ms. Saavedra's experience was at a far end of the spectrum. She alleges that she suffered "severe nausea, electrical 'brain zaps', and even full-body shaking and debilitating tunnel vision." (Corrected First Amended Complaint, Dkt. # 44, ¶ 9). This wide range in impacts will affect the score that each respondent assigns to plaintiffs' proposed warning.

e.     One of the studies funded in part by Lilly clearly states the limitations of such studies:

> Although [discrete choice experiments] are a common methodology for examining preferences for attributes of a wide range of products and services, it is uncertain to what degree the reported preferences reflect the actual preference of patients considering real-life rather than hypothetical medication decisions.  It is also uncertain how strongly these preferences might influence the patients' medication-related behaviours or the decisions of their prescribing physician. . . . Lastly, patients were most likely influenced by their individual treatment experiences, such as having suffered from a specific side effect, despite the fact that all attributes and their levels were carefully described to all participants.

Exhibit J at 808.

f.     Assuming that Dr. Hay's survey is properly designed, conducted, and analyzed, Dr. Hay will collect the relative scores that each respondent in the survey sample assigns to the FDA-approved label and the label that plaintiffs propose.  But, as Dr. Hay conceded, he will not be able to project his findings to any individual class member who is not part of the survey sample.  (Hay Dep. at 121:9-122:21.)  Instead, he will derive an average of the scores reported by respondents in the sample, and he can project this average onto the class.  Because of the widely differing values that respondents in the sample will assign to discontinuation risk based on their individual experiences, the average score will be of no use in ascertaining the score that each class member would assign to the two labels and hence the damages supposedly incurred.  Thus, Dr. Hay admits that his conjoint analysis will not yield an individualized amount of damages for each class member.  Instead, his study will yield the total damages for the class as a whole that can be divided by the number of class members.  (Hay Dep. at 83:11-84:12, 114:1-17, 122:6-123:8.)

He was not asked to opine on how this total amount would be allocated to individual class members. (Hay Dep. at 122:22-123:8.)

51. For the reasons set forth above, I conclude that class-wide damages cannot be determined through conjoint analysis. But even if the possibility of achieving that objective is regarded as an open question, it is impossible at this time to assess the validity of Dr. Hay's proposed conjoint analysis because he has not taken any steps to construct it, let alone conduct it. The many issues that Dr. Hay admits are yet to be determined include:

- Obtaining input from medical experts (Hay Dep. at 145:12-146:2.)
- Identifying the attributes to be included in the survey (Hay Dep. at 146:20-23.)
- Identifying the levels to be included for each attribute (Hay Dep. at 93:23-94:2.)
- The phrasing of the discontinuation risk that will be presented in the survey. This is a consequential issue because Dr. Hay has not yet decided to include each of the side effects listed in the FDA-approved label or to refer to them generically as discontinuation risks. (Hay Dep. at 197:7-10, 93:2-94:19.)
- The size of the survey sample (Hay Dep. at 118:2-5.)
- The composition of subjects in the survey sample (i.e., those consumers with depression, those who took or are taking Cymbalta, those who did or did not experience discontinuation symptoms, etc.) (Hay Dep. at 148:3-24.)
- Whether surveys will be conducted for each of the four states at issue (Hay Dep. at 149:10-17.)
- The method of recruiting subjects for the study (Hay Dep. at 142:14-19, 143:20-144:1.)

Dr. Hay has yet to take the first step on any of these tasks.  Until he actually designs, conducts, and analyzes his survey, it cannot be determined whether his survey will achieve the level of scientific rigor necessary for acceptance by the Court.

52.    *At this point, Dr. Hay has proposed nothing more than a concept that is conceptually wrong, and is calculated to lead to biased and unreliable results that cannot be validated.*

1       I declare under penalty of perjury that the foregoing is a true and correct

2  summary of my opinions in this case. Executed on March **3**, 2014.

3

4                                  Yoram (Jerry) Wind, Ph.D.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# YORAM (JERRY) WIND

**Academic Positions:** Jerry Wind is The Lauder Professor and Professor of Marketing at The Wharton School of the University of Pennsylvania. He is the founding director of the Wharton "think tank," *The SEI Center for Advanced Studies in Management*. The Center's mission is to assure, through research and development, the quality, relevance, and impact of management research, education, and practice. Dr. Wind joined the Wharton faculty in January 1967, upon receipt of his doctorate from Stanford University.

**Program Development:** Dr. Wind is the founder and academic director of *The Wharton Fellows* program. From 1983 to 1988, he was the founding director of *The Joseph H. Lauder Institute of Management and International Studies*, and from 1980 to 1983 the founding director of *The Wharton Center for International Management Studies*. Dr. Wind chaired the Wharton committees that designed *The Wharton Executive MBA Program* (1974), the *new MBA curriculum* (1991), the School's *globalization strategy* (1995-1997), and the MBA's cross-functional integration efforts (2002-04). He also started *The Wharton International Forum* (1987) and served as the chairman of its faculty council until 1998. He was instrumental in establishing the Alfred West, Jr. Learning Lab and served as a member of its first advisory board (2001-05).

**Publications:** Dr. Wind is one of the most cited authors in marketing. His regular contributions to professional marketing literature include 23 books and over 250 papers, articles, and monographs encompassing the areas of marketing strategy, marketing research, new product and market development, consumer and industrial buying behavior, and global marketing. Dr. Wind's books have received wide acclaim and many have been translated into a number of languages. His most recognized publications include: *Competing in a Flat World*, with Victor and William Fung (Wharton School Publishing 2007), *The Power of Impossible Thinking: How Changing Your Mental Models Will Transform the Business of Your Life and the Life of Your Business*, with Colin Crook (Wharton School Publishing 2004), *Convergence Marketing: Strategies for Reaching the New Hybrid Consumer* with Vijay Mahajan (Financial Times/Prentice Hall 2002), and *Driving Change* with Jeremy Main (Free Press 1998). Both *The Power of Impossible Thinking* and *Convergence Marketing* were selected by Executive Book Summaries as one of the thirty best business books of 2002 and 2004. His recent edited books– *The Network Challenge: Strategy, Profit and Risk in an Interlinked World* (Wharton School Publishing, June 2009), *New Product Diffusion Models* (Kluwer 2000), *Digital Marketing* (Wiley 2001), and *Marketing Research and Modeling: Progress and Prospects* (Kluwer 2004)–include the works of the leading experts on these topics. In 2012, Sage will publish an 8-volume edited anthology of Dr. Wind's publications through the *Legends of Marketing* Series.

**Editorship:** Dr. Wind founded *Wharton School Publishing* (Wharton's J.V. with Pearson) (2003) and served as the first Wharton editor (2003-2008). He has served as editor-in-chief of the *Journal of Marketing*, on the policy boards of the *Journal of Consumer Research* and *Marketing Science*, and has been on the editorial boards of the major marketing journals. He has been a guest editor of special issues of the major marketing journals including *Marketing Science* (1996) on Empirical Generalization in Marketing (with Frank Bass), *JMR* (1978) on market segmentation and (1997) on Innovation in New Product Development and *Marketing Research* (1998) on The State of the Art in Quantitative Research.

**Business Experience:** Dr. Wind has served as an advisor to many Fortune 500 firms and a number of non-U.S. multinationals in the financial services, pharmaceuticals, information, and consumer packaged goods industries. His consulting focuses on both overall global corporate and business strategy and transformation as well as marketing strategy and especially the development of new businesses. He is a regular advisor to SEI and a member of their executive committee. In addition, he has served as an expert witness in various legal cases. Dr. Wind is a member of the advisory board of a number of start-ups including Decision Lens. He is a former director of IDT (HK), Enhance Financial Services Corporation, Contel Corporation, CASA and a number of entrepreneurial ventures.

**Professional Activities:** Dr. Wind is an active member of the major marketing and management science professional associations. He is the former Chancellor of the International Academy of Management (IAM). He is a former academic trustee of the Marketing Science Institute and former chairman of the College of the Institute of Management Science. He is a member of the Board of Directors of the Marketing Accountability Standards Board. He is one of the founders of the Israeli university–*The Interdisciplinary Center Herzliya* (IDC) (1994), chairman of its academic council, and member of its academic appointment and promotion committee. He is also a member of the board of the American Friends of IDC. He is a member of the boards of a number of Wharton's centers, including the Lauder Institute and Knowledge@Wharton; a trustee of *The Philadelphia Museum of Art*, chairman of the marketing committee and member of its digital age committee. He is a frequent lecturer in faculty seminars and executive programs in over 50 universities worldwide.

**Awards:** Dr. Wind is the recipient of various awards, including the four major marketing awards—The Charles Coolidge Parlin Award (1985), the AMA/Irwin Distinguished Educator Award (1993), the Paul D. Converse Award (1996) and the Buck Weaver Award (2007). He is the recipient of the first Faculty Impact Award given by Wharton Alumni (1993). In 1984, he was elected as member of the Attitude Research Hall of Fame and has won a number of research awards, including two Alpha Kappa Psi Foundation awards and a recent inclusion in JAR *Classics* issue of 18 articles that have withstood the test of time. In 2001 he was selected as one of the 10 *Grand Auteurs in Marketing* and later named as the 2003 recipient of the Elsevier Science Distinguished Scholar award of the Society for Marketing Advances. In May 2004 he was awarded as Honorary Fellow of the Decade by the Interdisciplinary Center Herzliya (Israel).  In 2009, Dr. Wind was selected as one of the 10 *Legends of Marketing* and in 2013 Sage will publish 8 edited volumes anthologizing his various publications.

# Table of Contents*

### *Click on headings to link directly to sections

1. **ACADEMIC EXPERIENCE** ....................................................................................................6
2. **PUBLICATIONS** ..............................................................................................................8
   I.     BOOKS ....................................................................................................................8
   II.    EDITED BOOKS.........................................................................................................9
   III.   BOOKS UNDER DEVELOPMENT ................................................................................9
   IV.    ARTICLES, CONTRIBUTED CHAPTERS, PAPERS IN PROCEEDINGS, AND WORKING PAPERS ............... 10
       A.   Portfolio Analysis and Strategy.......................................................................... 10
       B.   Marketing and Business Strategy ....................................................................... 11
       C.   Marketing and Product Strategy ........................................................................ 14
       D.   Research on Industrial Buying Behavior .............................................................. 17
       E.   Research on Consumer Behavior......................................................................... 20
       F.   Marketing Research and Modeling ..................................................................... 24
       G.   International Marketing .................................................................................... 28
       H.   International Management Education and The Lauder Institute............................... 30
       I.   Management Practice and Education in the 21st Century........................................ 31
       J.   Convergence Marketing .................................................................................... 32
       K.   Mental Models – Power of Impossible Thinking ................................................... 32
       L.   Network-Based Strategies ................................................................................. 34
       M.   Advertising..................................................................................................... 34
       N.   Entries in Dictionaries, Encyclopedias, and Handbooks ......................................... 35
   V.     EDITOR OF SPECIAL ISSUES ..................................................................................... 36
   VI.    EDITORIALS............................................................................................................ 37
   VII.   ILLUSTRATIVE OP ED AND COMMENTARIES .............................................................. 37
   VIII.  EDITED PUBLICATIONS OF THE SEI CENTER – ILLUSTRATIVE LIST ** ................................ 38
   IX.    Edited Publications of the Wharton Future of Advertising Program ............................ 39
   X.     EDITOR: WHARTON SCHOOL PUBLISHING BOOKS....................................................... 39
   XI.    ILLUSTRATIVE PUBLISHED ABSTRACTS OF PAPERS DELIVERED IN PROFESSIONAL  MEETINGS.......... 41
   XII.   CASE STUDIES ......................................................................................................... 42
3. **CONSULTING EXPERIENCE** ............................................................................................43
   I.     Marketing, Business Strategy, and Marketing Research Consulting............................. 43
   II.    Directorship ........................................................................................................... 45
   III.   Illustrative Advisory Boards...................................................................................... 45
   IV.    Expert Witness: Marketing and Marketing Research Consulting in Legal Cases ............... 45
   V.     Illustrative Marketing Research Clients: ...................................................................... 50
   VI.    Illustrative Marketing Research Program Evaluation and Redesign: .............................. 51
   VII.   Illustrative Intra-Company Marketing Strategy (and Marketing Research) Workshops: .............. 51
   VIII.  Illustrative International Consulting........................................................................... 52
   IX.    Consulting to Government Agencies............................................................................ 53
   X.     Consulting/Advising to Research Organizations ........................................................... 53
4. **UNIVERSITY ACTIVITIES** ...............................................................................................54
   I.     University of Pennsylvania, The Wharton School .......................................................... 54
       A.   Program Development ....................................................................................... 54
       B.   Courses Developed and Taught........................................................................... 55
       C.   Executive Education Programs at the University of Pennsylvania – Illustrative Sessions.................. 56

    1) Creativity and Innovation.................................................................................. 56
    2) Challenging your Mental Models ..................................................................... 57
    3) Transformation and Growth ........................................................................... 58
    4) Marketing and Branding ................................................................................. 59
    5) The Network Challenge .................................................................................. 60
    6) Future of Advertising Program........................................................................ 60
  D. Committee Responsibility:....................................................................................... 61
  E. Doctoral Dissertations Supervised............................................................................ 62
  F. Addresses to Alumni Club and Other Groups Regarding: .......................................... 63
    1) The Joseph H. Lauder Institute ....................................................................... 63
    2) Management 2000 project, the SEI Center for Advanced Studies in Management, and the revised MBA curriculum .......................................................................... 63
    3) Globalization Strategy .................................................................................... 64
    4) Wharton's Information Management Initiatives (WIMI) ................................... 64
    5) Cross-Functional Integration of the MBA Curriculum ..................................... 64
    6) Wharton Fellows Program .............................................................................. 64
    7) Wharton School Publishing ............................................................................ 64
    8) The Power of Impossible Thinking .................................................................. 64
    9) Competing in a Flat World ............................................................................. 65
II.    University of Pennsylvania – University Committees: ...................................................... 65
III.   The Interdisciplinary Center (IDC), Herzliya, Israel ........................................................ 66
IV.   Other Universities ........................................................................................................ 66
  I. Courses Taught ....................................................................................................... 66
  II. Faculty Promotion Review – Illustrative Universities ............................................... 66
  III. Program/School Review ......................................................................................... 66
**5. OTHER PROFESSIONAL ACTIVITIES ............................................................................68**
  I. Development of Research Programs [Illustrative List] .............................................. 68
  II. Editorial Activities .................................................................................................. 68
  III. Offices Held in Professional Associations ................................................................ 70
  IV. Planning and Organizing Professional Programs at the University ............................ 71
  V. Award Committees ................................................................................................. 72
  VI. Planning and Organizing Professional Programs Outside the University ................... 72
  VII. Presentations ......................................................................................................... 73
    A. National conferences of the American Marketing Association .............................. 73
    B. Speaker in various conferences and workshops ................................................. 74
    C. Speaker in a number of the AMA Attitude Research Conferences: ....................... 74
    D. Member of the Faculty of the AMA Doctoral Consortiums .................................. 74
    E. Member of the Faculty of the First Indian Doctoral Consortium, 2012 ................. 74
    F. Member of the AMA Faculty Consortium, Chicago 1997...................................... 74
    G. Illustrative papers delivered in various professional workshops ......................... 74
    H. Illustrative addresses at various top management conferences and meetings....... 75
    I. Illustrative Other Top Management groups addressed ....................................... 76
    J. Guest lecturer at faculty research seminars and executive development programs of various universities and research institutes including: ....................................... 76
    K. Speaker at various local and regional meetings ................................................. 77
    L. Guest speaker at special seminars .................................................................... 77
  VIII. Presentations: Illustrative Topics .......................................................................... 77
    A. Creativity and Innovation ................................................................................. 77
    B. Challenging your Mental Models ....................................................................... 79

|        | C.   | Growth | 80 |
|        | D.   | Marketing and Branding | 82 |
|        | E.   | The Network Challenge | 88 |
|        | F.   | Future of Advertising | 89 |
|        | G.   | Future of Management & Management Education | 90 |
|        | H.   | Marketing Demand & Experimental Model SKAN | 91 |
|        | I.   | Israel | 92 |
| **6.** | **PROFESSIONAL AFFILIATIONS AND AWARDS** | | **93** |
|        | I.   | Professional Affiliations | 93 |
|        | II.  | Professional Awards | 93 |
| **7.** | **PERSONAL DATA** | | **98** |

# 1. ACADEMIC EXPERIENCE

**EDUCATION**

Stanford University, Graduate School of Business. Ph.D. (Marketing), September 1964-December 1966.

Stanford University, International Center for Advancement of Management Education, Certificate in Marketing Management. September 1963-June 1964.

The Hebrew University, Jerusalem, School of Economics and Social Sciences, M.A. (Business Administration and Political Science), September 1961-June 1963; B. Soc. Sci. (Economics and Political Science), September 1958-June 1961.

**UNIVERSITY POSITIONS**

### A. University of Pennsylvania, The Wharton School

**Faculty Positions:**
The Lauder Professor, 1983-present
Professor of Marketing, 1973-present
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Associate Professor of Marketing, 1970-1973
Assistant Professor of Marketing and International Business, 1967-1970

**Selected Administrative Positions:**
Founding Academic Director, The Wharton Fellows program and network , 2000-present
Founding Director, The SEI Center for Advanced Studies in Management, 1988-present
Founding Academic Director, The Future of Advertising Program, 2008-present
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Founding Editor, Wharton School Publishing (WSP), 2003-2008
Founding Director, The Joseph H. Lauder Institute of Management and International Studies, 1983-1988
Founding Director, the 1st Title VI National Resource Center in International Management Studies, 1985-1988
Founding Director, The Wharton Center for International Management Studies, 1980-1983

**Secondary Faculty Appointments:**
Member of the Graduate Group in International Studies (School of Arts & Sciences), 1984-1998
Member of the OR Group, 1979-1984 and the OR affiliated faculty, 1984-1989
Senior Fellow of the Leonard Davis Institute, 1977-1980
Secondary Appointment as Professor of Management, 1981-1984
Member of the Extended Faculty of the Social Systems Sciences Dept. 1981-1986

### B. Other Universities

The Interdisciplinary Center (IDC) Herzliya Israel, Co-Founder (for specific activities since 1994, see p. 66).

University of Tokyo (Japan) Co-Director of the Marunouchi Global Center (MCG) program, 2002; The First Hakuhodo Visiting Professorship, Spring 1992 and 1993.

Erasmus University (The Netherlands) The First Visiting Unilever-Erasmus Professorship, Spring 1993.

University of New South Wales (Australia) The First Visiting Hoover Foundation Professor, 1977.

University of California at Berkeley, School of Business Administration Visiting Professor, Fall 1975.

University of Tel Aviv, The Leon Recanati Graduate School of Business Administration, Visiting Senior Lecturer, September 1968-August 1969.

<u>Stanford University, Graduate School of Business</u>, Research Assistant, June 1965-October 1966.

<u>The Hebrew University Jerusalem</u>, Teaching Assistant in the Departments of Political Science and Business Administration, September 1961-June 1963.

## 2.  PUBLICATIONS

**I. BOOKS**

1. Fung, Victor K., William K. Fung and Yoram (Jerry) Wind. *Competing in a Flat World: Building Enterprises for a Borderless World. Upper Saddle River: Wharton School Publishing, 2007. [Translated editions: Bahasa Indonesia; Chinese Simplified; Chinese Traditional; English (India); Italian; Korean; Polish; Portuguese; Spanish; Italian; Bahasa Indonesian; Turkish.]

2. Wind, Jerry, Colin Crook and Robert E. Gunther. *The Power of Impossible Thinking: Transform the Business of Your Life and the Life of Your Business. Upper Saddle River: Wharton School Publishing, 2004. Selected by Executive Book Summaries as one of the thirty best business books of 2004. [Translated editions: Arabic; Bahasa Indonesia; Bulgarian; Chinese (simplified and traditional); English (Singapore); Italian; Japanese; Korean; Polish; Portuguese; Russian; Serbian; Spanish; Thai; and Turkish.] Selected by Executive Book Summaries as one of the thirty best business books of 2004; finalist in *Fast Company* Reader's Choice Award for the October book of the month; among CEO READ top 25 books of August 2004. A paperback edition was published in 2006.

3. Krieger, Abba, Paul E. Green and Jerry Wind. Adventures in Conjoint Analysis: A Practitioner's Guide to Trade-Off Modeling and Applications. Philadelphia: The Wharton School, 2004 < https://marketing.wharton.upenn.edu/faculty/green/monograph/ >.

4. Wind, Yoram (Jerry), Vijay Mahajan and Robert Gunther. *Convergence Marketing: Strategies for Reaching the New Hybrid Consumer. Upper Saddle River: Prentice Hall, 2002.
   Selected by Executive Book Summaries as one of the thirty best business books of 2002. Translated editions: Chinese (simplified), Tsingua University Press; Chinese (traditional), Prentice Hall Taiwan; Bahasa (Indonesia); Spanish; Portuguese; Italian [*Consumatore Centauro:* Orvaro il Marketing Della Convergenza, ETAS LAB. IT. 2002]; Korean; and Japanese.

5. Fields, George, Hotaka Katahira, Jerry Wind and Robert E. Gunther. Leveraging Japan: Marketing to the New Asia. San Francisco: Jossey-Bass, 1999.

6. Wind, Yoram and Jeremy Main. *Driving Change: How the Best Companies are Preparing for the 21st Century. New York: The Free Press, 1997.
   Translated editions in U.K. by Kogan (Page Ltd.), 1998; China by Shanghai Jiao (Tong University Press), 1999; Hungary by Veres István (Geomeédia Szakkönyvek), 2000. Adaptation to local condition: Brazil by Luiz Felipe Monteiro Jr. (IBMEC Qualitymark Editoria), 2002.

7. Bauer, Roy A., Emilio Collar, Victor Tang, Jerry Wind and Patrick R. Houston. The Silverlake Project: Transformation at IBM. New York: Oxford University Press, 1992.
   Translated to Chinese, Huaxia Publishing, 2000.

8. Wind, Yoram. *Product Policy: Concepts, Methods and Strategies (Addison-Wesley Marketing Series). Reading: Addison-Wesley, 1982. Reviewed in the *Journal of Marketing*, Summer 1981.

9. Wind, Yoram. *Marketing and Product Planning (in Spanish). Mexico: Expansion, 1979.
   This book is based in part on sections from *Product Policy* which was selected by the editors of Expansion as the "Book of the Year" 1979.

10. Wind, Yoram, Paul E. Green and Douglas Carroll. Multi-Attribute Decisions in Marketing: A Measurement Approach. Hinsdale: The Dryden Press, 1973.

11. Webster, Frederick E. and Yoram Wind. Organizational Buying Behavior (Foundations of Marketing). Englewood Cliffs: Prentice Hall, 1972.
    Translated to Portuguese (Editor, Atlas, Sao Paulo, Brazil, 1975). Reviewed JMR, August 1974.

12. Wind, Yoram, Ronald E. Frank and William F. Massy. <u>Market Segmentation (International Series in Management)</u>. Englewood Cliffs: Prentice Hall, 1972. Reviewed JMR, November 1972; August 1974.

13. Wind, Yoram, Homer Dalby and Irwin Gross. <u>Advertising Measurement and Decision Making</u>. Boston: Allyn & Bacon, 1968.

14. Robinson, Patrick J. and Yoram Wind. <u>Industrial Buying and Creative Marketing</u>. Boston: Allyn & Bacon, 1967.
Contributed two chapters; co-authored with Patrick J. Robinson three chapters; and participated in the overall organization and preparation of the book.

15. Yoram Wind. <u>Industrial Buying Behavior: Source Loyalty in the Purchase of Industrial Components</u>. Unpublished Ph.D. dissertation, Stanford University, 1966.

## II. EDITED BOOKS

1. Wind, Yoram and Paul Kleindorfer, eds., <u>The Network Challenge: Strategy, Profit and Risk in an Interlinked World</u>. Wharton School Publishing, 2009.

2. Wind, Yoram (Jerry) and Paul E. Green, ed., *<u>Marketing Research and Modeling: Progress and Prospects</u>. Norwell: Kluwer Academic Publishers, 2004.

3. Wind, Jerry and Vijay Mahajan, ed. <u>Digital Marketing: Global Strategies from the World's Leading Experts</u>. New York: John Wiley & Sons, 2001.

4. Mahajan, Vijay, Eitan Muller and Yoram Wind, ed. <u>New-Product Diffusion Models</u>. Boston: Kluwer 2000.

5. Mahajan, Vijay and Yoram Wind, ed. <u>Innovation Diffusion Models of New Product Acceptance</u>. Cambridge: Ballinger Publishing Co., 1986.

6. Wind, Yoram, Vijay Mahajan and Richard N. Cardozo, ed. <u>New-Product Forecasting: Models and Applications</u>. Lexington: Lexington Books, 1981.

7. Wind, Yoram and Robert J. Thomas, ed. <u>Advances in Organizational Buying Research: The Case of Acquisition of Scientific and Technical Information</u>. Washington, D.C: National Science Foundation, 1979.

8. Wind, Yoram and Marshall Greenberg, ed. <u>Moving Ahead with Attitude Research: Proceedings of the Seventh Attitude Research Conference</u>. Chicago: American Marketing Association, 1977.

9. Nicosia, Francesco M. and Yoram Wind, ed. <u>Behavioral Models for Market Analysis: Foundations for Marketing Action</u>. Hinsdale, IL: The Dryden Press, 1977.

## III. BOOKS UNDER DEVELOPMENT

1. Wind, Yoram and the Future of Advertising Team. <u>Preparing for Advertising 2020 Now</u>. Forthcoming.

2. Wind, Yoram, ed. "Paul Green Contributions to Clustering and Segmentation." <u>Paul Green Sage Series on Legends of Marketing</u>, Forthcoming.

3. Wind, Yoram. "Marketing Strategy Analysis," <u>NOW The Essence of Knowledge: Foundations and Trends in Marketing</u>, Forthcoming.

4. Bell, David and Wind, Yoram. "Market Segmentation Uncut:   A Practitioner's Guide to Understanding and Implementing The Most Powerful Concept in Marketing." <u>NOW The Essence of Knowledge: Foundations and Trends in Marketing</u>, Forthcoming.

5. Wind, Yoram.  "Creating a Creative Organization."

6. Yoram Wind  <u>Legends in Marketing</u>: forthcoming 2013 from Sage Publications:
   *Organizational Buying Behavior*, (ed) Robert Thomas
   *Consumer Behavior*, (eds) Barbara Kahn and Robert Meyer
   *Product and New Product Management*, (ed) Vijay Mahajan,
   *Marketing Strategy*, (ed) David Reibstein
   *Market Segmentation*, (ed) David Bell
   *Global Marketing*, (ed) Arun Jain
   *Marketing Research and Modeling*, (ed) Vithala Rao
   *The Future of Marketing*, (ed) George Day

## IV. ARTICLES, CONTRIBUTED CHAPTERS, PAPERS IN PROCEEDINGS, AND WORKING PAPERS

The papers are grouped by the following topics:

1. Portfolio analysis and strategy
2. Marketing and business strategy
3. Marketing and product strategy
4. Research on industrial buying behavior
5. Research on consumer behavior
6. Marketing research and modeling
7. International marketing
8. International management education and the Lauder Institute
9. Management practice and education in the 21st Century
10. Convergence Marketing
11. Mental Models – Power of Impossible Thinking
12. Network-Based Strategies
13. Advertising
14. Entries in Dictionaries, Encyclopedias, and Handbooks

### A. Portfolio Analysis and Strategy

1. Wind, Yoram. "Product Portfolio: A New Approach to the Product Mix Decision." <u>Combined Proceedings</u>. Ed. Ronald C. Curhan. Chicago: American Marketing Association, Aug. 1974. 460-464.
   <http://dl.dropbox.com/u/9686940/windj/7401_Product_Portfolio_A_New_Approach.pdf>.

2*. Wind, Yoram, and Henry J. Claycamp. "Planning Product Line Strategy: A Matrix Approach." <u>Journal of Marketing</u> 40 (Jan. 1976): 2-9.
   <http://dl.dropbox.com/u/9686940/windj/7601_Planning_Product_Line_Strategy_A.pdf>.

3. Wind, Yoram and Daniel Gross. "An Analytic Hierarchy Process for the Allocation of Resources Within a Target Product/Market/Distribution Portfolio." <u>Proceedings of the First</u>

ORSA/TIMS Special Interest Conference on Market Measurement and Analysis. Eds. David B. Montgomery and Dick R. Wittink. Cambridge, MA: Marketing Science Institute, 1980. 278-297. <http://dl.dropbox.com/u/9686940/windj/8001_An_Analytic_Hierarchy_Process_For.pdf>.

4*.  Wind, Yoram, and Thomas L. Saaty. "Marketing Applications of the Analytic Hierarchy Process." Management Science 26.7 (July 1980): 641-658. <http://dl.dropbox.com/u/9686940/windj/8002_Marketing_Applications_of_the_Analytic.pdf>.

5*.  Wind, Yoram, and Vijay Mahajan. "Designing Product and Business Portfolios." Harvard Business Review 59.1 (Jan. - Feb. 1981): 155-165. [B] Based on "Measurement Issues in Portfolio Analysis." Paper presented at the Second Market Measurement and Analysis Conference, Austin, TX, Mar. 1980. [C] Translated and reprinted in French as "Un portefeuille d'activités en sept étapes." Harvard La Revue des Responsables L'Expansion. 1981: 37-49. <http://dl.dropbox.com/u/9686940/windj/8110_Designing_Product_and_Business_Portfolios.pdf>.

6*.  Wind, Yoram, and Susan Douglas. "International Portfolio Analysis and Strategy: The Challenge of the 80s." Journal of International Business Studies (Fall 1981): 69-82. <http://dl.dropbox.com/u/9686940/windj/8101_International_Portfolio_Analysis_and_Strategy.pdf>.

7.   Mahajan, Vijay, Yoram Wind, and John W. Bradford. "Stochastic Dominance Rules for Product Portfolio Analysis." TIMS Studies in the Management Sciences 18 (1982): 161-183. <http://dl.dropbox.com/u/9686940/windj/8201_Stochastic_Dominance_Rules_for_Product.pdf>

8*.  Harshman, Richard A., Paul E. Green, Yoram Wind, and Margaret E. Lundy. "A Model for the Analysis of Asymmetric Data in Marketing Research." Marketing Science 1.2 (Spring 1982): 205-242. <http://dl.dropbox.com/u/9686940/windj/8202_A_Model_for_the_Analysis.pdf>.

9*.  Wind, Yoram, Vijay Mahajan, and Donald J. Swire. "An Empirical Comparison of Standardized Portfolio Models." Journal of Marketing 47 (Spring 1983): 89-99. [B] Based on paper presented at the Conference on Analytical Approaches to Product and Marketing Planning, 1981 <http://dl.dropbox.com/u/9686940/windj/8308_An_Empirical_Comparison_of_Standardized.pdf

10*. Cardozo, Richard N., and Jerry Wind. "Risk Return Approach to Product Portfolio Strategy." Long Range Planning 18.2 (1985): 77-85. <http://dl.dropbox.com/u/9686940/windj/8501_Risk_Return_Approach_to_Product.pdf>.

11.  Mahajan, Vijay, and Jerry Wind. "Integrating Financial Portfolio Analysis with Product Portfolio Models." Strategic Marketing and Management. Eds. H. Thomas and D. Gardner. New York: John Wiley & Sons Ltd., 1985: 193-212. <http://dl.dropbox.com/u/9686940/windj/8502_Integrating_Financial_Portfolio_Analysis_with.pdf>

12.  Wind, Yoram, and Vijay Mahajan. "Corporate Growth Through Synergy: Concept, Measurement & Applications." Wharton School Working Paper, Aug. 1985. <http://dl.dropbox.com/u/9686940/windj/8503_Corporate_Growth_Through_Synergy_Concept.pdf>

13*. Mahajan, Vijay, and Yoram Wind. "Business Synergy Does Not Always Pay Off." Long Range Planning 21.1 (Feb. 1988): 59-65. <http://dl.dropbox.com/u/9686940/windj/8801_Business_Synergy_Does_Not_Always.pdf>.

## B.  Marketing and Business Strategy

1.   Wind, Yoram. "A Research Program for a Marketing Guided Approach to Mergers and Acquisitions." 1979 Educators' Conference Proceedings. Eds. Neil Beckwith, et al. Chicago:

American Marketing Association, 1979. 207-256. <http://dl.dropbox.com/u/9686940/windj/7901_A_Research_Program_for_a.pdf>.

2.  Wind, Yoram. "Marketing Oriented Strategic Planning Models." Marketing Decision Models. Eds. Randall L. Schultz and Andris A. Zoltners. New York: Elsevier, North Holland, Inc., 1981. 207-250. <http://dl.dropbox.com/u/9686940/windj/8102_Marketing_Oriented_Strategic_Planning_Models.pdf>.

3.  Wind, Yoram. "Marketing and the Other Business Functions." Research in Marketing Vol. 5 (1981): 237-264. <http://dl.dropbox.com/u/9686940/windj/8103_Marketing_and_the_Other_Business.pdf>.

4*. Wind, Yoram. "Marketing and Corporate Strategy." The Wharton Magazine (Summer 1982): 38-45. [B] Based on Wind, Yoram. "Marketing and Corporate Strategy: Problems and Perspectives." 13th Annual Albert Wesley Frey Lecture. University of Pittsburgh. 1981. <http://dl.dropbox.com/u/9686940/windj/8207_Marketing_and_Corporate_Strategy.pdf>.

5.  Robertson, Thomas S., and Yoram Wind. "Marketing Strategy." The Strategic Management Handbook. Ed. Kenneth J. Albert. New York: McGraw-Hill, 1983. 11-3–11-22. <http://dl.dropbox.com/u/9686940/windj/8207_Marketing_and_Corporate_Strategy.pdf>.

6*. Wind, Yoram, and Thomas S. Robertson. "Marketing Strategy: New Directions for Theory and Research." Journal of Marketing 47 (Spring 1983): 12-25. <http://dl.dropbox.com/u/9686940/windj/8302_Marketing_Strategy_New_Direction_for.pdf>.

7.  Wind, Yoram (Jerry). "Marketing for Top Executives: Problems and Prospects," Wharton School Working Paper, 1985.

8.  Wind, Yoram. "Models for Marketing Planning and Decision Making." Handbook of Modern Marketing. 2nd ed. Ed. Victor P. Buell. New York: McGraw-Hill, Feb. 1986. 49-1–49-12. <http://dl.dropbox.com/u/9686940/windj/8601_Models_for_Marketing_Planning_and.PDF>.

9.  Wind, Jerry. "Effective Competitive Strategies: A Marketing Perspective." Address at the Securities Industry Association Regional Conference on Achieving Excellence in Management, Chicago, March 26, 1986: 62-80. <http://dl.dropbox.com/u/9686940/windj/8602_Effective_Competitive_Strategies_A_Marketing.pdf>.

10. Wind, Jerry. "Expanding the Role of the Board of Directors." Wharton School Working Paper, May 1986.  <http://dl.dropbox.com/u/9686940/windj/8605_Expanding_the_Role_of_the.pdfz>

11*. Wind, Y. "An Analytic Hierarchy Process Based Approach to the Design and Evaluation of a Marketing Driven Business and Corporate Strategy." Mathematical Modeling 9.3-5 (1987): 285-291. <http://dl.dropbox.com/u/9686940/windj/8702_An_Analytic_Hierarchy_Process_Based.pdf>.

12*. Wind, Yoram. "Financial Services: Increasing Your Marketing Productivity and Profitability." The Journal of Services Marketing 1.2 (Fall 1987): 5-18. <http://dl.dropbox.com/u/9686940/windj/8703_Financial_Services_Increasing_Your_Marketing.pdf>.

13. Dunn, Elizabeth F., and Jerry Wind. "Analytic Hierarchy Process for Generation and Evaluation of Marketing Mix Strategies." Contemporary Views on Marketing Practice. Eds. Gary L. Frazier and Jagdish N. Sheth. Lexington, MA: Lexington Books, Dec. 1987. 111-131. <http://dl.dropbox.com/u/9686940/windj/8701_Analytic_Hierarchy_Process_for_Generation.pdf>.

14. Wind, Jerry. "A Marketing Perspective for Competitive Strategy." <u>Handbook of Business Strategy: 1988/1989 Yearbook</u>. Ed. Harold E. Glass. Boston: Warren, Gorham & Lamont, 1988. 17-1–17-25. [B] Based on paper presented at the International Conference on Competitive Analysis, Groningen, Netherlands, Oct. 1986.
<<u>http://dl.dropbox.com/u/9686940/windj/8807_A_Marketing_Perspective_for_Competitive.pdf</u>>

15. Wind, Yoram (Jerry). "Targeting Global Markets: Guidelines to Meet the Marketing Challenge." <u>Directions</u>. Atlanta, GA: Contel Corporation, 1989. 20-23.
<<u>http://dl.dropbox.com/u/9686940/windj/8901_Targeting_Global_Markets_Guidelines_to.pdf</u>>.

16*. Day, Diana L., John U. Farley, and Jerry Wind. "New Perspectives on Strategy Research: A View from the Management Sciences." <u>Management Science</u> 36.10 (Oct. 1990).
<<u>http://dl.dropbox.com/u/9686940/windj/9001_New_Perspectives_on_Strategy_Research.pdf</u>>

17. Wind, Yoram (Jerry). "Inducing Creativity and Innovation in Large Bureaucracies: Lessons from Marketing." <u>Proceedings of the RGK Foundation 4th International Conference on Creative and Innovative Management.</u> 1993.
< <u>https://dl.dropbox.com/u/94339855/B.17-Inducing%20Creativity%20and%20Innovation%20in%20Large.pdf</u>>

18. Rangaswamy, Arvind, and Jerry Wind. "Don't Walk In, Just Log In! Electronic Markets and What They Mean for Marketing." Wharton School Working Paper, Dec. 1994.
<<u>http://dl.dropbox.com/u/9686940/windj/9401.Dont.Walk.In.Just.Log.In.pdf</u>>

19. Wind, Yoram (Jerry). "Growth Strategies." Wharton School Working Paper, 1996.

20. Wind, Jerry. "Preemptive Strategies." <u>Wharton on Dynamic Competitive Stratetgy</u>. Eds. George S. Day and David L. Reibstein. New York: John Wiley & Sons, Inc., 1997. 256-276.
< <u>http://dl.dropbox.com/u/9686940/windj/9701_Preemptive_Strategies.pdf</u>>.

21. Wind, Yoram (Jerry). "Segmentation: Accomplishments, Issues and Challenges of the Global Information Age." <u>Proceedings of the 14th Paul D. Converse Symposium</u>. Eds. James D. Hess and Kent B. Monroe. Chicago: American Marketing Association, 1998. 130-150.
<<u>http://dl.dropbox.com/u/9686940/windj/9801_Segmentation_Accomplishments_Issues_and_Challenges.pdf</u>>.

22. Wind, Jerry. "Marketing Strategy in the Global Information Age." <u>Mastering Marketing</u>. Eds. Financial Times, in association with INSEAD, Kellogg, LBS, and Wharton. London: Pearson Education, 1999. 131-150.
<<u>http://dl.dropbox.com/u/9686940/windj/9901_Marketing_Strategy_in_the_Global.pdf</u>>.

23*. Wind, Jerry, and Vijay Mahajan. "The Challenge of Digital Marketing." <u>Digital Marketing</u>. Eds. Jerry Wind and Vijay Mahajan. New York: John Wiley & Sons, Inc., 2001. [B] Modified version published as Wind, Jerry, and Vijay Mahajan. "Digital Marketing." <u>European Business Forum</u> 1.1 (Spring 2000): 20-27.
<u>http://dl.dropbox.com/u/9686940/windj/0004_The_Challenge_of_Digital_Marketing.pdf</u>

24*. Wind, Jerry, and Arvind Rangaswamy. "Customerization: The Next Revolution in Mass Customization." <u>Journal of Interactive Marketing</u> 11.1 (Winter 2001): 13-32. [B] Reprinted as *Marketing Science Institute* working paper, 2000. [C] Summarized as "Customerization: Marketing Driven by the Consumer." <u>Insight from MSI</u> (2000). [D] Reprinted in <u>Pulses</u> (Oct. 2000) (publication of the Singapore Exchange).
<<u>http://dl.dropbox.com/u/9686940/windj/0104_Customerization_The_Next_Revolution_in.pdf</u>>.

25*. Wind, Yoram (Jerry). "The Challenge of 'Customerization' in Financial Services." <u>Communications of the ACM</u> 44.6 (June 2001): 39-44.
<<u>http://dl.dropbox.com/u/9686940/windj/0101_The_Challenge_of_Customerization_in.pdf</u>>.

26*.   Mahajan, Vijay, Raji Srinivasan, and Jerry Wind. "The Dot.com Retail Failures of 2000: Were There Any Winners?" Journal of the Academy of Marketing Science 30.4 (2002): 474-486. <http://dl.dropbox.com/u/9686940/windj/0201_The_Dot.com_Retail_Failures_of.pdf>.

27.    Amit, Raffi, Cohen, Morris, Wunram, Jurgen, and Yoram Wind. "Winning the Digital Transformation Race." Wharton School Working Paper, Oct. 2002.

28*.   Wind, Yoram (Jerry). "Marketing as an Engine of Business Growth: A Cross-Functional Perspective." The Journal of Business Research 58 (2005): 863-873. <http://dl.dropbox.com/u/9686940/windj/0501_Marketing_as_an_Engine_of.pdf>.

29*.   West, Jr., Alfred P., and Yoram (Jerry) Wind. "Putting the Organization on Wheels: How SEI Uses Workplace Design and Art to Create a Corporate Culture that Drives Innovation and Growth." California Management Review. 49.2 (2007): 138-153. <http://dl.dropbox.com/u/9686940/windj/0701_Putting_the_Organization_on_Wheels.pdf>.

30.    Wind, Jerry and David Bell. "Market Segmentation." The Marketing Book (Sixth Edition). Butterworth Heinemann, November 2007. < http://dl.dropbox.com/u/9686940/windj/0702_Market_Segmentation.pdf>.

31*.   Wind, Jerry, Louis Capozzi, and Monita Buchwald. "Beyond Stretch Objectives: Stretch the Thinking, Strategy and Organisational Design." Strategic Innovators (May-July 2008): 8-17. <http://dl.dropbox.com/u/9686940/windj/0801_Beyond_Stretch_Objectives_Stretch_the.pdf>.

32*.   Wind, Yoram (Jerry). "A Plan to Invent the Marketing We Need Today," MIT Sloan Management Review, June 2008.  [B] Excerpted from the 2007 Buck Weaver Award paper "Rigor and Relevance: A Key Marketing Challenge," the full award paper is available online at http://sloanreview.mit.edu.

33*.   Wind, Jerry. "Rethinking Marketing: Peter Drucker's Challenge," Journal of the Academy of Marketing Science 37 (2009): 28-34. <http://dl.dropbox.com/u/9686940/windj/0901_Rethinking_Marketing_Peter_Druckers_Challenge.pdf>

34.    Rappaport, Stephen, Jerry Wind, Howard Moskowitz, and Batool Batalvi "Brand Profitability and Social Impact: Mindsets, Money and Doing Good,"  Wharton School Working Paper, 2013. https://dl.dropbox.com/s/vwpunu2qkuihr94/1309_Brand_Profitability_and_Social_Impact.pdf

35.    Wind, Yoram.  "Towards a New Marketing Paradigm."  Moutinho, L., E. Bigné, A. Manrai (Eds.) Chapter 1. Routledge Companion Future of  Marketing, Forthcoming 2013. https://dl.dropbox.com/s/5vlnvcl8k2jsgv3/1310_Towards_a_New_Marketing_Paradigm.pdf

**C.  Marketing and Product Strategy**

1*.    Knight, Kenneth E., and Yoram Wind. "Innovation in Marketing: An Organizational Behavior Perspective." California Management Review 11 (Fall 1968): 67-78. <http://dl.dropbox.com/u/9686940/windj/6801_Innovation_in_Marketing_An_Organizational.pdf>.

2*.    Wind, Yoram, Bent Stidsen, and Kenneth E. Knight. "Management and Change." Manpower and Applied Psychology 2.2 (Winter 1968): 38-46. <http://dl.dropbox.com/u/9686940/windj/6802_Management_and_Change.pdf>.

3.     Schutte, Thomas F., and Yoram Wind. "The Marketing Concept Revisited: A Decade Recap of Its Development and Meaning." Wharton School Working Paper, Jan. 1968. <http://dl.dropbox.com/u/9686940/windj/6803_The_Marketing_Concept_Revisited_A.pdf>

4*.   Wind, Yoram. "A Marketing Approach to the Salesman Function." Organization and Administration (Hebrew) 15 (Sept. 1969): 26-33.
<http://dl.dropbox.com/u/9686940/windj/6902_A_Marketing_Approach_to_the.pdf>.

5*.   Wind, Yoram. "Innovation as Marketing Orientation." Business Economics (Hebrew) 36 (Dec. 1969): 5-11.
<http://dl.dropbox.com/u/9686940/windj/6901_Innovation_as_Marketing_Orientation.pdf>.

6*.   Wind, Yoram. "The Step Children of Marketing: Organizational and International Customers." The Wharton Quarterly 7 (Fall 1972): 43-46.
<http://dl.dropbox.com/u/9686940/windj/7201_The_Step_Children_of_Marketing.pdf>.

7.    Wind, Yoram. "A Note on the Operationalization of the Product Life Cycle Concept." Wharton School Working Paper, Jan. 1975.
<http://dl.dropbox.com/u/9686940/windj/7501_A_Note_on_the_Operationalization.pdf>

8.    Cacchione, Jr., Frank J., Dan Gross, and Yoram Wind. "Consumer Attitudes as Guidelines for the Evaluation of a New Distribution System." Moving Ahead With Attitude Research. Eds. Jerry Wind and Marshall Greenberg. Chicago: American Marketing Association, 1977. 139-143.
<http://dl.dropbox.com/u/9686940/windj/7701_Consumer_Attitudes_as_Guidelines_for.pdf>.

9.    Wind, Yoram, and Tyzoon Tyebjee. "On the Use of Attitude Research in Product Policy." Moving Ahead With Attitude Research. Eds. Jerry Wind and Marshall Greenberg. Chicago: American Marketing Association, 1977. 147-156
<http://dl.dropbox.com/u/9686940/windj/7702_On_the_Use_of_Attitude.pdf>

10.   Wind, Yoram. "The Perception of a Firm's Competitive Position." Behavioral Models for Market Analysis: Foundations for Marketing Action. Eds. Francesco M. Nicosia and Yoram Wind. Hinsdale, IL: The Dryden Press, 1977. 163-181.
<http://dl.dropbox.com/u/9686940/windj/7703_The_Perception_of_a_Firm's.pdf>.

11*.  Wind, Jerry. "Toward a Change in the Focus of Marketing Analysis: From a Single Brand to an Assortment." Journal of Marketing 41.4 (Oct. 1977): 12+143.
<http://dl.dropbox.com/u/9686940/windj/7704_Toward_a_Change_in_the.pdf>.

12.   Wind, Yoram, and Peter T. FitzRoy. "On the Multidimensionality of Market Share." Wharton School Working Paper, Apr. 1979.
<http://dl.dropbox.com/u/9686940/windj/7902_On_the_Multidimensionality_of_Market.pdf>.

13.   Wind, Yoram. "Product-Marketing Planning Models: Concepts, Techniques, and Needed Development." Analytic Approaches to Product and Marketing Planning. Ed. Allan D. Shocker. Cambridge, MA: Marketing Science Institute, 1979. 39-66.
<http://dl.dropbox.com/u/9686940/windj/7903_Product_Marketing_Planning_Models_Concepts.pdf>.

14*.  Wind, Yoram. "Going to Market: New Twists for Some Old Tricks." The Wharton Magazine 4 (Spring 1980): 34-39. [B] Based on Wind, Yoram. "Product Positioning and Market Segmentation Marketing and Corporate Perspectives." Wharton School Working Paper, 1979.
<http://dl.dropbox.com/u/9686940/windj/8007_Going_to_Market_New_Twists.pdf>.

15*.  Wind, Yoram, and Vijay Mahajan. "Market Share: Concepts, Findings, and Directions for Future Research." Review of Marketing 1981. Eds. Ben M. Enis and Kenneth J. Roering. Chicago: American Marketing Association, 1981. 31-42.
<http://dl.dropbox.com/u/9686940/windj/8104_Market_Share_Concepts_Findings_and.pdf>.

16.   Wind, Jerry. "The Contribution of Research to Product Management and New Product Development." Keynote Address at the 36th ESOMAR Congress, Barcelona, Spain, Aug. 1983. <http://dl.dropbox.com/u/9686940/windj/8303_The_Contribution_of_Research_to.pdf>.

17*.  Wind, Yoram. "Significant Issues for the Future: Some Additional Perspectives - The Required Breakthrough." Journal of Product Innovation Management 2 (1984):129-132. <http://dl.dropbox.com/u/9686940/windj/8401_Significant_Issues_for_the_Future.pdf>.

18.   Wind, Jerry. "The Marketing Challenge." Charles Coolidge Parlin Award Acceptance Speech. Philadelphia, 1985. [B] Wharton School Working Paper, 1985. [C] Excerpts appeared in The Marketing News Aug. 1985. <http://dl.dropbox.com/u/9686940/windj/8508_The_Marketing_Challenge.pdf>.

19*.  Wind, Jerry, and Vijay Mahajan. "Marketing Hype: A New Perspective for New Product Research and Introduction." Journal of Product Innovation Management 4 (1987): 43-39. <http://dl.dropbox.com/u/9686940/windj/8704_Marketing_Hype_A_New_Perspective.pdf>.

20.   Wind, Yoram, and Vijay Mahajan. "New Product Development Process: A Perspective for Reexamination." Journal of Product Innovation Management 5 (1988): 304-310. [B] IEEE Engineering Management Review 18.1(March 1990): 52-58. <http://dl.dropbox.com/u/9686940/windj/8808_New_Product_Development_Process_A.pdf>.

21.   Wind, Yoram J., and Douglas E. Hill. "Salespeople as Marketing Strategists." Wharton School Working Paper, Aug. 1988. <http://dl.dropbox.com/u/9686940/windj/C22_Salespeople%20as%20Marketing%20Strategists_Aug%201988.pdf>

22.   Wind, Yoram (Jerry). "Innovative Distribution: The Neglected Dimension in Business Strategy," Wharton School Working Paper, August 1988.

23.   Wind, Yoram J. "Positioning Analysis and Strategy." The Interface of Marketing and Strategy. Eds. George Day, Barton Weitz and Robin Wensley. Greenwich, CT: JAI Press, Pct. 1990. 387-412. <http://dl.dropbox.com/u/9686940/windj/9002_Positioning_Analysis_and_Strategy.pdf>.

24*.  Wind, Jerry. "Getting a Read on Market-Defined 'Value'" Journal of Pricing Management 1.1 (Winter 1990): 5-14. <http://dl.dropbox.com/u/9686940/windj/9003_Getting_a_Read_on_Market.pdf>.

25.   Wind, Yoram. "A New Approach to the Determination and Allocation of the R&D Budget." Wharton Working Paper, Feb. 1990. <http://dl.dropbox.com/u/9686940/windj/9004_A_New_Approach_to_the.pdf>

27.   Lee, HoonYoung, Jerry Wind, and Raymond R. Burke. "A New Approach for Screening New Product and Service Concepts: Application to Financial Services." Wharton School Working Paper, August 1992. <http://dl.dropbox.com/u/9686940/windj/9201_A_New_Approach_for_Screening.pdf>

28.   Katahira, Hotaka, Makoto Mizuno, and Yoram Wind. "New Product Success in the Japanese Consumer Goods Market." Wharton School Working Paper, Apr. 1994. <http://dl.dropbox.com/u/9686940/windj/9402_New_Product_Success_in_the.pdf>

29*.  Bass, Frank M., and Jerry Wind. "Introduction to the Special Issue: Empirical Generalizations in Marketing." Marketing Science 14.3.2 (1995): G1-G5. <http://dl.dropbox.com/u/9686940/windj/9501_Introduction_to_the_Special_Issue.pdf>.

30.   Wind, Yoram. "Creativity and Innovation: The Management Edge." The First Annual Zoltan Wind Lecture, Herzliya, Israel, May 1996. IDC's Zoltan Wind Lecture Series.

&lt;http://dl.dropbox.com/u/9686940/windj/9602_Creativity_and_Innovation_The_Management.pdf&gt;.

31*.  Wind, Jerry, and Vijay Mahajan. "Issues and Opportunities in New Product Development: An Introduction to the Special Issue." Journal of Marketing Research 34 (Feb. 1997): 1-12. &lt;http://dl.dropbox.com/u/9686940/windj/9702_Issues_and_Opportunities_in_New.pdf&gt;.

32.  Wind, Yoram, Nifssen, Ed, and Berend Wierenga. "Innovation as a Determinant of Firms' Financial Performance: The View of the Financial Analyst." Wharton School Working Paper.

33*.  Mahajan, Vijay, and Yoram (Jerry) Wind. "Got Emotional Product Positioning? There's More to Positioning Than Just Features and Benefits." Marketing Management 11.3 (May/June 2002): 36-41. &lt;http://dl.dropbox.com/u/9686940/windj/0203_Got_Emotional_Product_Positioning_Theres.pdf&gt;

34.  Wind, Yoram (Jerry), and Abba Kreiger. "Beyond Product Substitution: The Impact of Satellite Radio on Sale of CDs and Music Downloads," Working Paper. 2008. &lt;http://dl.dropbox.com/u/9686940/windj/0805_Beyond_Product_Substitution_The_Impact.pdf&gt;

35.  Roberts, John, Alvin Silk, Glen Urban and Jerry Wind. "Kotler on Strategic Marketing." Glen Urban (Ed) Kotler on Strategic Marketing Sage Publications, 2010. &lt; https://dl.dropbox.com/u/94339855/C.35%20Kotler%20on%20Strategic%20Marketing.pdf&gt;

36*.  Wind, Yoram. "Roger Layton's Contributions to Marketing." Astralasian Marketing Journal (2012) &lt;http://dx.doi.org/10.1016/j.ausmj.2012.05.006&gt;.

**D.  Research on Industrial Buying Behavior**

1.  Wind, Yoram. "Integrating Attitude Measures in a Study of Industrial Buying Behavior." Attitude Research on the Rocks. Eds. Lee Adler and Irving Crespi. Chicago: American Marketing Association, 1968. 58-77. &lt;http://dl.dropbox.com/u/9686940/windj/6806_Integrating_Attitude_Measures_in_a.pdf&gt;.

2*.  Wind, Yoram. "Applying the Behavioral Theory of the Firm to Industrial Buying Decisions." The Economic and Business Bulletin 20.3 (Spring 1968): 22-28. &lt;http://dl.dropbox.com/u/9686940/windj/6805_Applying_the_Behavioral_Theory_of.pdf&gt;.

3.  Wind, Yoram. "Mathematical Analysis of Perception and Preference for Industrial Marketing." A New Measure of Responsibility for Marketing. Eds. K. Cox and B. M. Enis. Chicago: American Marketing Association, June 1968. 284-294. &lt;http://dl.dropbox.com/u/9686940/windj/6807_Mathematical_Analysis_of_Perception_and.pdf

4.  Robinson, Patrick J., and Yoram Wind. "Generalized Simulation of the Industrial Buying Process." Marketing Science Institute Working Paper P-46-2, July 1968. &lt;http://dl.dropbox.com/u/9686940/windj/6808_Generalized_Simulation_of_the_Industrial.pdf&gt;

5.  Wind, Yoram, and Patrick J. Robinson. "Simulating the Industrial Buying Process." Marketing and the New Science of Planning. Ed. R. L. King. Chicago: American Marketing Association, Aug. 1968. 441-448. &lt;http://dl.dropbox.com/u/9686940/windj/6809_Simulating_the_Industrial_Buying_Process.pdf&gt;

6*.  Wind, Yoram, Paul E. Green, and Patrick J. Robinson. "The Determinants of Vendor Selection: The Evaluation Function Approach." Journal of Purchasing 4 (Aug. 1968): 29-41. &lt;http://dl.dropbox.com/u/9686940/windj/6804_The_Determinants_of_Vendor_Selection.pdf&gt;.

7*.  Robinson, Patrick J., and Yoram Wind. "Computer Simulation - Marketing Management Tool."

Computer Operations 3 (Jan. - Feb. 1969): 42-27.
<http://dl.dropbox.com/u/9686940/windj/6903_Computer_Simulation_Marketing_Management_Tool.pdf>.

8*.   Wind, Yoram. "Industrial Source Loyalty." Journal of Marketing Research 7 (Nov. 1970): 450-457.
<http://dl.dropbox.com/u/9686940/windj/7001_Industrial_Source_Loyalty.pdf>.

9.    Wind, Yoram. "A Reward-Balance Model of Buying Behavior in Organizations." New Essays in Marketing Theory. Ed. George Fisk. Boston: Allyn & Bacon, 1971. 206-217.
<http://dl.dropbox.com/u/9686940/windj/7101_A_Rd_Balanced_Model_of.pdf>.

10.   Wind, Yoram and Richard Cardozo. "Industrial Marketing Research." Paper presented at the AMA Workshop on Industrial Buying Behavior, Berkeley, CA, Apr. 1971.
https://dl.dropboxusercontent.com/u/94339855/7407_Industrial_Marketing_Segmentation.pdf

11*.  Wind, Yoram, and Frederick E. Webster, Jr. "On the Study of Industrial Buying Behavior: Current Practices and Future Trends." Industrial Marketing Management 4 (1972): 411-416.
<http://dl.dropbox.com/u/9686940/windj/7202_On_the_Study_of_Industrial.pdf>.

12*.  Webster, Jr., Frederick E., and Yoram Wind. "A General Model for Understanding Organizational Buying Behavior." Journal of Marketing 36 (Apr. 1972): 12-19. [B] Reprinted in Marketing Management 4.4 (Winter/Spring 1996) 52-57.
<http://dl.dropbox.com/u/9686940/windj/7215_A_General_Model_for_Understanding.pdf>.

13*.  Wind, Yoram, and Frederick E. Webster, Jr. "Industrial Buying as Organizational Behavior: A Guideline for Research Strategy." Journal of Purchasing 8.3 (Aug. 1972): 5-16.
<http://dl.dropbox.com/u/9686940/windj/7203_Industrial_Buying_as_Organizational_Behavior.pdf>.

14.   Wind, Yoram, and Elmer Lotshaw. "The Industrial Customer." Marketing Manager's Handbook. Ed. Steuart Henderson Britt. Chicago: The Dartnell Corporation, 1973. 781-792.
<http://dl.dropbox.com/u/9686940/windj/7302_The_Industrial_Customer.pdf>.

15.   Wind, Yoram. "Recent Approaches to the Study of Organizational Buying Behavior." Increasing Marketing Productivity. Ed. T. V. Greer. Chicago: American Marketing Association, Apr. 1973. 203-206.
<http://dl.dropbox.com/u/9686940/windj/7303_Recent_Approaches_to_the_Study.pdf>.

16*.  Wind, Yoram, and Richard Cardozo. "Industrial Market Segmentation." Industrial Marketing Management 3 (1974): 153-166. [B] Reprinted as Wind, Yoram, and Richard Cardozo. "La Segmentation des Marchés Industriels." Encyclopedie du Marketing: Volume I. Ed. Christian Pinson. Paris: Editions Techniques, June 1977. 1-10.
<http://dl.dropbox.com/u/9686940/windj/7407_Industrial_Marketing_Segmentation.pdf>.

17*.  Nicosia, Francesco M., and Yoram Wind. "Emerging Models of Organizational Buying Processes." Industrial Marketing Management 6 (1977): 353-369. [B] Also appeared in Eds. Francesco Nicosia and Yoram Wind. Behavioral Models of Market Analysis: Foundations for Marketing Action. Hinsdale, IL: The Dryden Press, 1977. 96-120. [C] Translated and reprinted in Italian as "Modelli emergenti di acquisto nelle organizzazioni." Sviluppo & Organizzazione. Nov.-Dec. 1978: 51-70.
<http://dl.dropbox.com/u/9686940/windj/7714_Emerging_Models_of_Organizational_Buying.pdf>.

18.   Wind, Yoram. "Information Requirements on Buying and Usage of STI Services." Current Research on Scientific and Technical Information Transfer. New York: J. Norton Publishers, 1977.
<http://dl.dropbox.com/u/9686940/windj/7705_Information_Requirements_on_Buying_and.pdf

19.  Wind, Yoram. "Organizational Buying Center: A Research Agenda." Organizational Buying Behavior. Eds. Thomas V. Bonoma and Gerald Zaltman. Chicago: American Marketing Association, 1978. 67-76. <http://dl.dropbox.com/u/9686940/windj/7803_Organizationl_Buying_Center_A_Research.pdf>

20*.  Wind, Yoram. "Organizational Buying Behavior." Annual Review of Marketing. Eds. Gerald Zaltman and Thomas Bonoma. Chicago: American Marketing Association, 1978. 160-193. <http://dl.dropbox.com/u/9686940/windj/7804_Organizational_Buying_Behavior.pdf>.

21*.  Wind, Yoram. "The Boundaries of Buying Decision Centers." Journal of Purchasing and Materials Management 14 (Summer 1978): 23-29. <http://dl.dropbox.com/u/9686940/windj/7802_The_Boundaries_of_Buying_Decision.pdf>.

22*.  Wind, Yoram, John F. Grashof, and Joel D. Goldhar. "Market-Based Guidelines for Design of Industrial Products." Journal of Marketing 24 (July 1978): 27-37. <http://dl.dropbox.com/u/9686940/windj/7801_Market_Based_Guidelines_for_Design.pdf>.

23.  Wind, Yoram, and Robert Thomas. "Problems and Prospects in the Segmentation of the STI Market." Marketing Scientific and Technical Information. Eds. William R. King and Gerald Zaltman. Boulder, CO: Westview Press, 1979. 67-76. <http://dl.dropbox.com/u/9686940/windj/7904_Problems_and_Prospects_in_the.pdf>.

24.  Wind, Yoram. "Industrial Market Segmentation Under Conditions of Intra-Organizational Heterogeneity." Advances in Organizational Buying Behavior. Eds. Yoram Wind and Robert Thomas. Washington, D.C.: National Science Foundation, 1979. <http://dl.dropbox.com/u/9686940/windj/7905_Industrial_Market_Segmentation_Under_Conditions.pdf>.

25*.  Wind, Yoram, and Robert J. Thomas. "Conceptual and Methodological Issues in Organisational Buying Behaviour." European Journal of Marketing 14.5/6 (1980): 239-263. <http://dl.dropbox.com/u/9686940/windj/8004_Conceptual_and_Methodological_Issues_in.pdf

26*.  Robertson, Thomas S., and Yoram Wind. "Organizational Psychographics and Innovativeness." Journal of Consumer Research 7 (June 1980): 24-31. <http://dl.dropbox.com/u/9686940/windj/8003_Organizational_Pyschographics_and_Innovativeness.pdf>.

27.  Grashof, John F., and Yoram Wind. "Marketing Research in the Design of STI Systems: A Case Study." Information Services: Economics, Management, and Technology. Eds. Robert M. Mason and John E. Creps, Jr. Boulder, CO: Westview Press, 1981. 73-84. <http://dl.dropbox.com/u/9686940/windj/8105_Marketing_Research_in_the_Design.pdf>.

28*.  Wind, Yoram, and Thomas S. Robertson. "The Linking Pin Role in Organizational Buying Centers." Journal of Business Research 10.2 (1981): 169-184. <http://dl.dropbox.com/u/9686940/windj/8106_The_Linking_Pin_Role_in.pdf>.

29.  Thomas, Robert J., and Yoram Wind. "Toward Empirical Generalizations on Industrial Market Segmentation." Issues in Industrial Marketing: A View to the Future. Eds. Robert E. Spekman and David T. Wilson. Chicago: American Marketing Association, 1982. 1-19. <http://dl.dropbox.com/u/9686940/windj/8203_Toward_Empirical_Generalizations_on_Industrial.pdf>.

30*.  Robertson, Thomas S., and Yoram Wind. "Organizational Cosmopolitanism and Innovativeness." Academy of Management Journal 26.2 (June 1983): 332-338. <http://dl.dropbox.com/u/9686940/windj/8304_Organizational_Cosmopolitanism_and_Innovativeness.pdf>.

31*.  Richardson, Douglas K., Steven G. Gabbe, and Yoram Wind. "Decision Analysis of High-Risk Patient Referral." <u>Obstetrics & Gynecology</u> 63.4 (Apr. 1984): 496-501. <http://dl.dropbox.com/u/9686940/windj/8402_Decision_Analysis_of_High_Risk.pdf>.

32.  Thomas, Robert J., and Yoram Wind. "The Changing Industrial Market: Implications for Research." <u>A Strategic Approach to Business Marketing</u>. Eds. Robert E. Spekman and David T. Wilson. Chicago: American Marketing Association, 1985. 67-78. <http://dl.dropbox.com/u/9686940/windj/8505_The_Changing_Industrial_Market_Implications.pdf>.

33.  Wind, Yoram, and Robert J. Thomas. "Strategy-Driven Industrial Marketing Research." <u>Annual Review of Marketing</u>. Ed. V. Zeithaml. Chicago: American Marketing Association, 1991. 411-454. <http://dl.dropbox.com/u/9686940/windj/9101_Strategy_Driven_Industrial_Marketing_Research.pdf>.

34.  Wind, Yoram, and Robert J. Thomas. "Segmenting Industrial Markets." <u>Advances in Business Marketing and Purchasing</u>. Ed. Arch G. Woodside. Greenwich, CT: JAI Press, 1994. 59-82. <http://dl.dropbox.com/u/9686940/windj/9405_Segmenting_Industrial_Markets.pdf>.

35.  Wind, Yoram, and Robert J. Thomas. "The BuyGrid Model: 30 Years Later." Wharton School Working Paper, 1998. <http://dl.dropbox.com/u/9686940/windj/9802_The_BuyGrid_Model_30_Years.pdf>

36*.  Wind, Yoram (Jerry). "Blurring the Lines: Is There a Need to Rethink Industrial Marketing?" <u>Rotman Magazine</u>, Spring 2008 Pages 62-68. [B] Excerpted from Wind, Yoram (Jerry). "Blurring the Lines: Is There a Need to Rethink Industrial Marketing?" <u>Journal of Business and Industrial Marketing</u>, 21.7 (2007): 474-481. <http://dl.dropbox.com/u/9686940/windj/0705_Blurring_the_Lines_Is_There.pdf>

37.  Wind, Yoram, and Thomas, Robert J. "Organizational Buying Behavior in an Interdependent World." <u>Journal of Global Academy of Marketing Science (JGAMS)</u>. June 2010. <http://dl.dropbox.com/u/9686940/windj/1004_Organizational_Buying_Behavior_In_An_Interdependent.pdf>

**E.  Research on Consumer Behavior**

1.  Wind, Yoram. "Incongruency of Socioeconomic Variables and Buying Behavior." <u>Marketing Involvement in Society and the Economy</u>. Ed. P. R. McDonald. Chicago: American Marketing Association, Aug. 1969. 362-367. <http://dl.dropbox.com/u/9686940/windj/6905_Incongruency_of_Socioeconomic_Variables_and.pdf>.

2*.  Wind, Yoram, and Ronald E. Frank. "Interproduct Household Loyalty to Brands." <u>Journal of Marketing Research</u> 6 (Nov. 1969): 435-435. <http://dl.dropbox.com/u/9686940/windj/6904_Interproduct_Household_Loyalty_to_Brands.pdf

3*.  Wind, Yoram. "Models of Customer Behavior." <u>Organization and Administration</u> (Hebrew) 16 (May 1970) 3-13. <http://dl.dropbox.com/u/9686940/windj/7002_Models_of_Consumer_Behavior.pdf>.

4.  Wind, Yoram (Jerry). "The Application of Multidimensional Scaling in Segmentation Research." Paper presented at the First Annual Meeting of the Association for Consumer Research, Amherst, MA, Aug. 1970.

5.  Green, Paul E., and Yoram Wind. "Prediction Experiments Utilizing Perceptual and Preference Judgments." Paper presented at the Second Annual Meeting of the American Institute for

Decision Sciences, Dallas, TX, Nov. 1970. <http://dl.dropbox.com/u/9686940/windj/7004_Prediction_Experiments_Utilizing_Perceptual_and.pdf>.

6.   Douglas, Susan P., and Yoram Wind. "Intentions to Buy as Predictors of Buying Behavior." Proceedings of the Second Annual Conference of the Association for Consumer Research. Ed. David M. Gardner. Maryland: Association for Consumer Research, 1971. 331-343. <http://dl.dropbox.com/u/9686940/windj/7104_Intentions_to_Buy_as_Predictors.pdf>.

7.   Wind, Jerry. "Life Style Analysis: A New Approach." Marketing in Motion. Ed. Fred C. Allvin. Chicago: American Marketing Association, Apr. 1971. 302-305. <http://dl.dropbox.com/u/9686940/windj/7103_Life_Style_Analysis_A_New.pdf>.

8.   Green, Paul E., Yoram Wind, and Arun K. Jain. "Consumer Menu Preference: An Application of Additive Conjoint Measurement." Proceedings of the Third Annual Conference of the Association for Consumer Research. Ed. M. Venkatesan. Chicago: Association for Consumer Research, 1972. 304-315. <http://dl.dropbox.com/u/9686940/windj/7208_Consumer_Menu_Preferences_An_Application.pdf>.

9*.   Green, Paul E., Yoram Wind, and Arun K. Jain. "Benefit Bundle Analysis." Journal of Advertising Research 12.2 (Apr. 1972): 31-36. <http://dl.dropbox.com/u/9686940/windj/7204_Benefit_Bundle_Analysis.pdf>.

10*.   Green, Paul E., Frank J. Carmone, and Yoram Wind. "Subjective Evaluation Models and Conjoint Measurement." Behavioral Science 17.3 (May 1972): 288-299. <http://dl.dropbox.com/u/9686940/windj/7205_Subjective_Evaluation_Models_and_Conjoint.pdf>.

11*.   Green, Paul E., Yoram Wind, and Arun K. Jain. "A Note on Measurement of Social-Psychological Belief Systems." Journal of Marketing Research 9 (May 1972): 204-208. <http://dl.dropbox.com/u/9686940/windj/7206_A_Note_on_Measurement_of.pdf>.

12.   Green, Paul E., and Yoram Wind. "Experiments in the Multidimensional Psychophysics of Taste and Semantic Descriptions." Research Design Competition of the American Psychological Association, Division 23, July 1972. <http://dl.dropbox.com/u/9686940/windj/7207_Experiments_in_the_Multidimensional_Psychophysics.pdf>.

13.   Wind, Yoram. "On the Teaching of Consumer Behavior: A Managerial Approach." Paper presented at the American Marketing Association Conference, Houston, TX, Aug. 1972. <http://dl.dropbox.com/u/9686940/windj/7210_On_the_Teaching_of_Consumer.pdf>.

14*.   Green, Paul E., Yoram Wind, and Arun K. Jain. "Preference Measurement of Item Collections." Journal of Marketing Research 9 (Nov. 1972): 371-377. <http://dl.dropbox.com/u/9686940/windj/7209_Preference_Measurement_of_Item_Collections.pdf>.

15*.   Green, Paul E., Frank J. Carmone, and Yoram Wind. "Consumer Evaluation of Discount Cards." Journal of Retailing 49.1 (Spring 1973): 10-22. <http://dl.dropbox.com/u/9686940/windj/7305_Consumer_Evaluation_of_Discount_Cards.pdf>

16*.   Green, Paul E., Yoram Wind, and Arun K. Jain. "Analyzing Free-Response Data in Marketing Research." Journal of Marketing Research 10 (Feb. 1973): 45-52. <http://dl.dropbox.com/u/9686940/windj/7304_Analyzing_Free_Response_Data_in.pdf>.

17.   Green, Paul E., Yoram Wind, and Arun K. Jain. "Benefit Bundle Congruence." Paper presented at the Southeast AIDS Conference, 1974.

<http://dl.dropbox.com/u/9686940/windj/7402_Benefit_Bundle_Congruence.pdf>.

18.   Wind, Jerry, and Paul Green. "Some Conceptual, Measurement, and Analytical Problems in
Life Style Research." Life Style and Psychographics. Ed. William D. Wells. Chicago: American
Marketing Association, 1974. 97-126.
<http://dl.dropbox.com/u/9686940/windj/7403_Some_Conceptual_Measurement_and_Analytic
al.pdf>.

19.   Green, Paul E., and Yoram Wind. "Recent Approaches to the Modeling of Individuals'
Subjective Evaluations." Attitude Research Bridges the Atlantic. Ed. Philip Levine. Chicago:
American Marketing Association, 1975. 123-153.
<http://dl.dropbox.com/u/9686940/windj/7504_Recent_Approaches_to_the_Modeling.pdf>.

20*.  Green, Paul E., Yoram Wind, and Henry J. Claycamp. "Brand-Features Congruence Mapping."
Journal of Marketing Research 12 (Aug. 1975): 306-313.
<http://dl.dropbox.com/u/9686940/windj/7502_Brand_Features_Congruence_Mapping.pdf>.

21.   Wind, Yoram. "Multiperson Influence and Usage Occasions as Determinants of Brand Choice."
Paper presented at the American Marketing Association Conference, Rochester, NY, Aug.
1975.
<http://dl.dropbox.com/u/9686940/windj/7506_Multiperson_Influence_and_Usage_Occasions.
pdf>.

22.   Wind, Yoram, and Terry C. Gleason. "Alternative Approaches to Data Collection for Attitude
Measurement." Paper presented at the American Psychological Association Convention, Los
Angeles, CA, Sept. 1975.
<http://dl.dropbox.com/u/9686940/windj/7505_Alternative_Approaches_to_Data_Collection.pdf

23*.  Villani, Kathryn E. A., and Yoram Wind. "On the Usage of 'Modified' Personality Trait Measures
in Consumer Research." Journal of Consumer Research 2 (Dec. 1975): 223-228.
<http://dl.dropbox.com/u/9686940/windj/7503_On_the_Usage_of_Modified.pdf>.

24.   Wind, Yoram, and Michael DeVita. "On the Relationship Between Knowledge and Preference."
Marketing: 1776-1976 and Beyond. Ed. Kenneth L. Bernhardt. Chicago: American Marketing
Association, 1976. 153-157.
<http://dl.dropbox.com/u/9686940/windj/7603_On_the_Relationship_Between_Knowledge.pdf

25*.  Wind, Yoram. "Preference of Relevant Others and Individual Choice Models." Journal of
Consumer Marketing 3 (June 1976): 50-57.
<http://dl.dropbox.com/u/9686940/windj/7602_Preference_of_Relevant_Others_and.pdf>.

26.   Wind, Yoram. "A 1975 Retrospective View of Bourne's 1957 'Group Influence in Marketing'."
Classics in Consumer Behavior. Ed. Louis E. Boone. Tulsa, OK: The Petroleum Publishing
Company, 1977. 225-235.
<http://dl.dropbox.com/u/9686940/windj/7706_A_1975_Retrospective_View_of.pdf>.

27.   Wind, Yoram. "Brand Loyalty and Vulnerability." Consumer and Industrial Buying Behavior.
Eds. Arch G. Woodside, Jagdish N. Sheth, and Peter D. Bennett. New York: Elsevier, North
Holland, Inc., 1977. 313-319.
<http://dl.dropbox.com/u/9686940/windj/7707_Brand_Loyalty_and_Vulnerability.pdf>.

28.   Wind, Yoram.  "Reflections on Creativity and Relevance of Consumer Research."
Contemporary Marketing Thought. Eds. B. A. Greenberg and D. A. Bellenger. Chicago:
American Marketing Association, 1977. 55-58.
<http://dl.dropbox.com/u/9686940/windj/7708_Reflections_on_Creativity_and_Relevance.pdf>.

29.   Wind, Yoram. "Brand Choice." Selected Aspects of Consumer Behavior: A Summary from the
Perspective of Different Disciplines. Ed. Robert Ferber. Washington, D.C.: U.S. Government

Printing Office, 1977. 235-258.
<http://dl.dropbox.com/u/9686940/windj/7709_Brand_Choice.pdf>.

30. Wind, Yoram. "On the Interface Between Organizational and Consumer Buying Behavior." Advances in Consumer Research. Eds. Kent Hunt and Ann Abor. 1978. 657-662. <http://dl.dropbox.com/u/9686940/windj/7806_On_the_Interface_Between_Organizational.pdf.

31*. Douglas, Susan P., and Yoram Wind. "Examining Family Role and Authority Patterns: Two Methodological Issues." Journal of Marriage and the Family 40.1 (Feb. 1978): 35-47. <http://dl.dropbox.com/u/9686940/windj/7810_Examining_Family_Role_and_Authority.pdf>.

32. Nicosia, Francesco M., and Yoram Wind. "Sociology of Consumption and Trade-Off Models in Consumer Public Policy." Research for Consumer Policy. Eds. William Michael Denney and Robert T. Lund. Cambridge, MA: Center for Policy Alternatives, Massachusetts Institute of Technology, 24 Mar. 1978. 141-184. <http://dl.dropbox.com/u/9686940/windj/7805_Sociology_of_Consumption_and_Trade.pdf>.

33*. Wind, Yoram, Joseph Denny, and Arthur Cunningham. "A Comparison of Three Brand Evaluation Procedures." Public Opinion Quarterly 43 (Summer 1979): 261-270. <http://dl.dropbox.com/u/9686940/windj/7906_A_Comparison_of_Three_Brand.pdf>.

34*. Wind, Yoram, and David Lerner. "On the Measurement of Purchase Data: Surveys Versus Purchase Diaries." Journal of Marketing Research 16 (Feb. 1979): 39-47. <http://dl.dropbox.com/u/9686940/windj/7907_On_the_Measurement_of_Purchase.pdf>.

35*. Wind, Yoram (Jerry), and Peter Shubs. "A Note on the Relationship Between Perceived Problems, Severity, and Frequency of Occurrence." Journal of the Professional Marketing Research Society 1.2 (Oct. 1981): 19-22 [B] and "On the Generalizability and Theoretical Implications of Empirical Findings: A Reply to Comments "A Note on the Relationships Between Perceived Problem Severity and Frequency of Occurrence," with Peter Shubs, Journal of Professional Marketing Research, 1982. <http://dl.dropbox.com/u/9686940/windj/8113_A_Note_on_the_Relationship.pdf>.

36. Wind, Yoram, and Susan P. Douglas. "Comparative Consumer Research: The Next Frontier?" Comparative Marketing Systems. Ed. Erdener Kaynak. Bradford, England: MCB Publications, 1982. 24-35. <http://dl.dropbox.com/u/9686940/windj/8205_Comparative_Consumer_Research_The_Next.pdf>.

37. Fraser, Cynthia, and Yoram Wind. "Physical and Social Psychological Anxiety as Correlates of Purchase Behavior." Wharton School Working Paper, Aug. 1982. <http://dl.dropbox.com/u/9686940/windj/8204_Physical_and_Social_Psychological_Anxiety.pdf >.

38. Deighton, John, Franco M. Nicosia, and Yoram Wind. "Exploration Into the Time-Money Tradeoff: Concepts and an Application." Strategic Planning: A Thing of the Past or a Necessity for the Future – Can Research Contribute? San Francisco: American Marketing Association, Apr. 1983. 51-65. [B] Based in part on "A Time-Money Tradeoff (TMI) Model of Consumer Behavior." Paper presented at the American Psychological Association Conference, Toronto, Aug. 1978. <http://dl.dropbox.com/u/9686940/windj/8309_Exploration_Into_the_Time_Money.pdf>.

39*. Wind, Jerry, Paul E. Green, Douglas Shifflet, and Marsha Scarbrough. "Courtyard by Marriott: Designing a Hotel Facility with Consumer-Based Marketing Models." Interfaces 19.1 (Jan. - Feb. 1989): 25-47. <http://dl.dropbox.com/u/9686940/windj/8902_Courtyard_by_Marriott_Designing_a.pdf>.

40. Wind, Jerry, Vithala R. Rao, and Paul E. Green. "Behavioral Methods." Handbook of

       Consumer Theory and Research. Eds. Thomas Robertson and Hal Kassarjian. Englewood Cliffs, NJ: Prentice Hall, 1991. 507-532.
         < http://dl.dropbox.com/u/9686940/windj/9102_Behavioral_Methods.pdf>.

41.    Schmittlein, David C., and Jerry Wind. "Inferring Causality in Consumer Perception Studies in Litigation Contexts." Advances in Claim Substantiation. New York: Council of Better Business Bureaus, Inc., April 30, 1991. 161-170.
       <http://dl.dropbox.com/u/9686940/windj/9103_Inferring_Causality_in_Consumer_Perception.pdf>.

## F.  Marketing Research and Modeling

1.     Goodman, Charles S., and Yoram Wind. "The Use of Interactive Marketing Models as Framework for Research." Wharton School Working Paper, May 1968.
       <http://dl.dropbox.com/u/9686940/windj/6810_The_Use_of_Interactive_Marketing.pdf>

2.     Wind, Yoram, and Susan P. Douglas. "Marketing Performance: A Conceptual Framework." Marketing Science Institute Working Paper P-51-1, June 1968.
       <http://dl.dropbox.com/u/9686940/windj/6812_Marketing_Performance_A_Conceptual_Framework.pdf>

3*.    Wind, Yoram. "Organizing a Diffusion System for Managerial Information in Israel: A Proposal." Organization and Administration (Hebrew) 15 (Sept. 1969): 1-3.
       <http://dl.dropbox.com/u/9686940/windj/6906_Organizing_a_Diffusion_System_for.pdf>.

4*.    Wind, Yoram, Susan P. Douglas, and Aaron Ascoli. "Experimentation as a Tool for the Retailer." Journal of the Market Research Society 13.3 (July 1971): 158-169.
       <http://dl.dropbox.com/u/9686940/windj/7105_Experimentation_as_a_Tool_for.pdf>.

5.     Wind, Yoram, and Patrick J. Robinson. "Product Positioning: An Application of Multidimensional Scaling." Attitude Research in Transition. Ed. Russell I. Haley. Chicago: American Marketing Association, 1972. 155-175.
       <http://dl.dropbox.com/u/9686940/windj/7212_Product_Positioning_An_Application_of.pdf>.

6.     Wind, Yoram and Francesco M. Nicosia. "On the Measurement of Quality of Life." Paper presented at the TIMS Conference, July 1972.

7*.    Wind, Yoram, Paul E. Green, and Arun K. Jain. "Higher Order Factor Analysis in the Classification of Psychographic Variables." Journal of the Market Research Society 15.4 (1973): 224-232.
       <http://dl.dropbox.com/u/9686940/windj/7306_Higher_Order_Factor_Analysis_in.pdf>.

8*.    Wind, Yoram. "A New Procedure for Concept Evaluation." Journal of Marketing 37 (Oct. 1973): 2-11. [B] Translated and reprinted in French as "Une nouvelle procedure d'évaluation des idées de nouveaux produits." La Revue française du Marketing. 1974: 1-12.
       <http://dl.dropbox.com/u/9686940/windj/7309_A_New_Procedure_for_Concept.pdf>.

9.     Wind, Yoram. "A Note on the Classification and Evaluation of New Product Forecasting Models." Paper presented at the American Marketing Association Conference, Apr. 1974.
       <http://dl.dropbox.com/u/9686940/windj/7405_A_Note_on_the_Classification.pdf>.

10*.  Wind, Yoram, and Joseph Denny. "Multivariate Analysis of Variance in Research on the Effectiveness of TV Commercials." Journal of Marketing Research 11 (May 1974): 136-142.
       <http://dl.dropbox.com/u/9686940/windj/7404_Multivariate_Analysis_of_Variance_in.pdf>.

11.    Wind, Yoram, Stuart Jolly, and Art O'Connor. "Concept Testing as Input to Strategic Market Simulations." Proceedings of the 58th International AMA Conference. Ed. E. Mazzie. American

Marketing Association, Apr. 1975. 120-124. <http://dl.dropbox.com/u/9686940/windj/7508_Concept_Testing_as_Input_to.pdf>.

12.   Wind, Yoram. "Is 'Concept Testing: An Appropriate Approach' Really Appropriate?" Wharton School Working Paper, May 1975. <http://dl.dropbox.com/u/9686940/windj/7507_Is_Concept_Testing_An_Appropriate.pdf>

13*.  Green, Paul E., and Yoram Wind. "New Way to Measure Consumers' Judgments." Harvard Business Review 53 (July - Aug. 1975): 107-117. <http://dl.dropbox.com/u/9686940/windj/7509_New_Way_to_Measure_Consumers'.pdf>.

14*.  Wind, Yoram, and Lawrence K. Spitz. "Analytical Approach to Marketing Decisions in Health-Care Organizations." Operations Research 24.5 (Sept. - Oct. 1976): 973-990. < http://www.jstor.org/stable/pdfplus/169818.pdf?acceptTC=true>.

15.   Wind, Yoram (Jerry). "New Developments in Conjoint Analysis." Paper presented at the 25th Annual Midwest Conference of the American Statistical Association on What's New in Statistical Techniques for Marketing Research, Mar. 1978.

16.   Wind, Yoram, and Daniel Gross. "Determination of the Size and Allocation of Marketing Research Budgets." Proceedings of the August 1978 AMA Conference. Ed. Subhash C. Jain. American Marketing Association, Aug. 1978. 57-61. <http://dl.dropbox.com/u/9686940/windj/7807_Determination_of_the_Size_and.pdf>.

17*.  Wind, Yoram. "Issues and Advances in Segmentation Research." Journal of Marketing Research 15 (Aug. 1978): 317-337. <http://dl.dropbox.com/u/9686940/windj/7809_Issues_and_Advances_in_Segmentation.pdf>.

18.   Wind, Yoram. "Marketing Research and Management: A Retrospective View of the Contributions of Paul E. Green." Diffusing Marketing Theory and Research: The Contributions of Bauer, Green, Kotler, and Levitt. Eds. Alan R. Andreasen and David M. Gardner. Chicago: American Marketing Association, 1979. 57-67. <http://dl.dropbox.com/u/9686940/windj/7908_Marketing_Research_and_Management_A.pdf>

19.   Wind, Yoram, and John G. Myers. "A Note on the Selection of Attributes for Conjoint Analysis." Wharton School Working Paper, Aug. 1979. <http://dl.dropbox.com/u/9686940/windj/7909_A_Notes_on_the_Selection.pdf>.

20*.  Batsell, Richard R., and Yoram Wind. "Product Testing: Current Methods and Needed Developments." Journal of the Market Research Society 22.2 (Apr. 1980): 115-139. <http://dl.dropbox.com/u/9686940/windj/8005_Product_Testing_Current_Methods_and.pdf>.

21.   Wind, Yoram. "Implications of Increased Government Regulations for the Quality and Relevance of Marketing Research." Government Marketing: Theory and Practice. Eds. Michael P. Mokwa and Steven E. Permut. New York: Praeger Publishers, 1981. 264-269. <http://dl.dropbox.com/u/9686940/windj/8109_Implications_of_Increased_Government_Regulations.pdf>.

22*.  Arabie, Phipps, J. Douglas Carroll, Wayne DeSarbo, and Jerry Wind. "Overlapping Clustering: A New Method for Product Positioning." Journal of Marketing Research 18 (Aug. 1981): 310-317. <http://dl.dropbox.com/u/9686940/windj/8107_Overlapping_Clustering_A_New_Method.pdf>.

23.   Wind, Yoram, and Vijay Mahajan. "A Reexamination of New Product Forecasting Models." Proceedings of the August 1981 AMA Educator's Conference. Aug. 1981. 358-363. <http://dl.dropbox.com/u/9686940/windj/8108_A_Reexamination_of_New_Product.pdf>.

24*.  Wind, Yoram, Thomas S. Robertson, and Cynthia Fraser. "Industrial Product Diffusion by

Market Segment." <u>Industrial Marketing Management</u> 11 (1982): 1-8.
<http://dl.dropbox.com/u/9686940/windj/8206_Industrial_Product_Diffusion_by_Market.pdf>.

25.  Mahajan, Vijay, Jerry Wind, and Subhash Sharma. "An Approach to Repeat-Purchase
     Diffusion Analysis." <u>1983 AMA Educators' Proceedings</u>. Eds. P. E. Murphy, O. C. Ferrell, G. R.
     Laczniak, R. F. Lusch, P. F. Anderson, T. A. Shimp, R. W. Belk, and C. B. Weinberg.,
     American Marketing Association, 1983. 442-446.
     <http://dl.dropbox.com/u/9686940/windj/8305_An_Approach_to_Repeat_Purchase.pdf>.

26.  Eliashberg, Jehoshua, Charles S. Tapiero, and Yoram Wind. "Diffusion of New Products in
     Heterogeneous Populations: Incorporating Stochastic Coefficients." Wharton School Working
     Paper, June 1983.
     <http://dl.dropbox.com/u/9686940/windj/8306_Diffusion_of_New_Products_in.pdf>

27*.  Goldberg, Stephen M., Paul E. Green, and Yoram Wind. "Conjoint Analysis of Price Premiums
      for Hotel Amenities." <u>Journal of Business</u> 57.1.2 (1984): S111-S132.
      <http://dl.dropbox.com/u/9686940/windj/8403_Conjoint_Analysis_of_Price_Premiums.pdf>.

28*.  Mahajan, Vijay, Subhash Sharma, and Yoram Wind. "Parameter Estimation in Marketing
      Models in the Presence of Influential Response Data: Robust Regression and Applications."
      <u>Journal of Marketing Research</u> 21 (Aug. 1984): 268-277.
      <http://dl.dropbox.com/u/9686940/windj/8404_Parameter_Estimation_in_Marketing_Models.pd
      f>.

29*.  Mahajan, Vijay, Subhash Sharma, and Yoram Wind. "Assessing the Impact of Patent
      Infringement on New Product Sales." <u>Technological Forecasting and Social Change</u> 28 (1985):
      13-27. <http://dl.dropbox.com/u/9686940/windj/8506_Assessing_the_Impact_of_Patent.pdf>.

30.  Eliashberg, Jehoshua, Charles S. Tapiero, and Yoram Wind. "New Products Diffusion Models
     with Stochastic Parameters." Wharton School Working Paper, Feb. 1985.
     <http://dl.dropbox.com/u/9686940/windj/8507_New_Products_Diffusion_Models_with.pdf>

31.  Mahajan, Vijay, and Yoram Wind. "Innovation Diffusion Models of New Product Acceptance: A
     Reexamination." <u>Innovation Diffusion Models of New Product Acceptance</u>. Eds. Vijay Mahajan
     and Yoram Wind. Cambridge, MA: Ballinger Publishing Company, 1986. 2-25.
     <http://dl.dropbox.com/u/9686940/windj/8710_Innovation_Diffusion_Models_of_New.pdf>.

32.  Fraser, Cynthia, and Yoram Wind. "Why and When to Use Tobit Analysis." Wharton School
     Working Paper, May 1986.
     <http://dl.dropbox.com/u/9686940/windj/8603_Why_and_When_to_Use.pdf>

33*.  DeSarbo, Wayne S., Vithala R. Rao, Joel H. Steckel, Jerry Wind, and Richard Colombo. "A
      Friction Model for Describing and Forecasting Price Changes." <u>Marketing Science</u> 6.4 (Fall
      1987): 299-319.
      <http://dl.dropbox.com/u/9686940/windj/8706_A_Friction_Model_for_Describing.pdf>.

34.  Schmittlein, David C., Vijay Mahajan, and Yoram Wind. "The Role of Within Group Variance in
     the Design and Analysis of Market Tests." Wharton School Working Paper, Sept. 1987.
     <http://dl.dropbox.com/u/9686940/windj/8705_The_Role_of_Within_Group_Variance.pdf>.

35*.  Mahajan, Vijay, and Yoram Wind. "New Product Forecasting Models: Directions for Research
      and Implementation." <u>International Journal of Forecasting</u> 4 (1988): 341-358.
      <http://dl.dropbox.com/u/9686940/windj/8805_New_Product_Forecasting_Models_Directions.
      pdf>

36*.  Rao, Vithala R., Jerry Wind, and Wayne S. DeSarbo. "A Customized Market Response Model:
      Development, Estimation, and Empirical Testing." <u>Journal of the Academy of Marketing
      Science</u> 16.1 (Spring 1988) 128-140.

<http://dl.dropbox.com/u/9686940/windj/8805_New_Product_Forecasting_Models_Directions.pdf>.

37.   Wind, Yoram (Jerry). "Market Application of the Analytic Hierarchy Process." Wharton School Working Paper, 1989.

38*.  Mahajan, Vijay, and Jerry Wind. "Market Discontinuities and Strategic Planning: A Research Agenda." <u>Technological Forecasting and Social Change</u> 36 (1989): 185-199. <http://dl.dropbox.com/u/9686940/windj/8905_Market_Discontinuities_and_Strategic_Planning.pdf>.

39*.  Rangaswamy, Arvind, Jehoshua Eliashberg, Raymond R. Burke, and Jerry Wind. "Developing Marketing Expert Systems: An Application to International Negotiations." <u>Journal of Marketing</u> 53.4 (Oct. 1989): 24-39. <http://dl.dropbox.com/u/9686940/windj/8903_Developing_Marketing_Expert_Systems_An.pdf>

40.   Schmittlein, David C., and Jerry Wind. "Combining Multiple Estimates: An Application to Damage Assessment Litigation." Wharton School Working Paper, 1991. <http://dl.dropbox.com/u/9686940/windj/9104_Combining_Multiple_Estimates_An_Application.pdf>.

41*.  Mahajan, Vijay, and Jerry Wind. "New Product Models: Practice, Shortcomings and Desired Improvements." <u>Journal of Product Innovation Management</u> 9 (1992): 128-139. <http://dl.dropbox.com/u/9686940/windj/9203_New_Product_Models_Practice_Shortcomings.pdf>.

42.   Lee, Hoon Young, Burke, Raymond R., and Yoram Wind. "An Analogical Reasoning System for Managerial Learning and Problem Solving." Wharton School Working Paper, 1992.

43.   Wind, Yoram (Jerry), David C. Schmittlein, and Shoshana Shapiro. "Attribute Interdependencies in Product Performance Claims: Truth and Consequences." <u>Product Performance Tests: Design, Interpretation, and Claims</u>. Proceedings of the NAD Workshop IV., New York: Council of Better Business Bureaus, Inc., 2-3 June 1992. 99-107. <http://dl.dropbox.com/u/9686940/windj/9204_Attribute_Interdependence_in_Product_Performance.pdf>.

44.   Wind, Jerry Yoram. "Marketing Science at a Crossroad." Inaugural Presentation of the Unilever Visiting Professorship. Rotterdam, The Netherlands: Erasmus University, 1993. <http://dl.dropbox.com/u/9686940/windj/9301_Marketing_Science_at_a_Crossroad.pdf>.

45.   Arabie, Phipps, and Yoram Wind. "Marketing and Social Networks." <u>Advances in Social Networks Analysis</u>. Eds. S. Wasserman and J. Galaskiewicz. London: Sage Publications, 1994. 254-273. <http://dl.dropbox.com/u/9686940/windj/9403_Marketing_and_Social_Networks.pdf>.

46*.  Wind, Jerry. "Start Your Engines: Gear Up for Challenges Ahead with Innovative Marketing Research Products and Services." <u>Marketing Research</u> 9.4 (Winter 1997): 4-11. <http://dl.dropbox.com/u/9686940/windj/9703_Start_Your_Engines_Gear_Up.pdf>.

47*.  Mahajan, Vijay, and Jerry Wind. "Rx for Marketing Research: A Diagnosis of and Prescriptions for the Recovery of an Ailing Discipline in the Business World." <u>Marketing Research</u> 11.3 (Fall 1999): 7-13. <http://dl.dropbox.com/u/9686940/windj/9902_Rx_for_Marketing_Research_A.pdf>.

48.   Mahajan, Vijay, Eitan Muller, and Yoram Wind. "New Product Diffusion Models: From Theory to Practice." <u>New-Product Diffusion Models</u>. Eds. Vijay Mahajan, Eitan Muller, and Yoram Wind. Boston: Kluwer Academic Publishers, 2000. 3-24. <http://dl.dropbox.com/u/9686940/windj/0002_New_Product_Diffusion_Models_From.pdf>.

49*.   Green, Paul E., Yoram (Jerry) Wind, Abba M. Krieger, and Paul Saatsoglou. "Applying Qualitative Data." <u>Marketing Research</u> 12.1 (Spring 2000): 17-25. <http://dl.dropbox.com/u/9686940/windj/0003_Applying_Qualitative_Data.pdf>.

50*.   Green, Paul E., Abba M. Krieger, and Yoram (Jerry) Wind. "Thirty Years of Conjoint Analysis: Reflection and Prospects." <u>Interfaces</u> 31.3.2 (May - June 2001): S56-S73. <http://dl.dropbox.com/u/9686940/windj/0102_Thirty_Years_of_Conjoint_Analysis.pdf>.

51*.   Wind, Yoram (Jerry), Abba M. Krieger, and Paul E. Green. "Marketing Research in the Courtroom: A Case Study Shows How Analytical Methods Can Be Applied to the Law." <u>Marketing Research</u> 14.1 (Spring 2002): 28-33. <http://dl.dropbox.com/u/9686940/windj/0204_Marketing_Research_in_the_Courtroom.pdf>.

52.    Green, Paul E., Abba M. Krieger, and Yoram (Jerry) Wind. "Survey Methods Help to Clear Up Legal Questions." <u>Marketing News</u> 16 Sept. 2002: 34-36. <http://dl.dropbox.com/u/9686940/windj/0205_Survey_Methods_Help_to_Clear.pdf>.

53.    Green, Paul E., Wind, Yoram, and Abba Krieger. "Buyer Choice Simulators, Optimizers, and Dynamic Models." <u>Marketing Research and Modeling: Progress and Prospects</u>. Eds. Yoram Wind and Paul E. Green. Kluwer, 2003. < https://dl.dropbox.com/u/94339855/F53.%20%20Buyer_Choice_Simulators.pdf>

54*.   Krieger, Abba M., Paul E. Green, and Yoram (Jerry) Wind. "Dual Considerations." <u>Marketing Research</u> 15.4 (Winter 2003): 8-13. <http://dl.dropbox.com/u/9686940/windj/0301_Dual_Considerations.pdf>.

55.    Wind, Yoram (Jerry), Abba M. Krieger, and Paul E. Green. "Applying Conjoint Analysis to Legal Disputes: A Case Study." Wharton School Working Paper, 2006. <http://dl.dropbox.com/u/9686940/windj/0601_Applying_Conjoint_Analysis_to_Legal.pdf>.

56*.   DeSarbo, Wayne S., Rajdeep Grewal, and Jerry Wind. "Who Competes with Whom? A Demand-Based Perspective for Identifying and Representing Asymmetric Competition." <u>Strategic Management Journal</u> 27.2 (Feb 2006): 101-129. [B] And Wiley InterScience, 21 November 2005. www.interscience.wiley.com <http://dl.dropbox.com/u/9686940/windj/0605_Who_Competes_with_Whom_A.pdf>.

57*.   Wind, Jerry. "Marketing by Experiment," <u>Marketing Research</u>. Spring 2007: 10-16. <http://dl.dropbox.com/u/9686940/windj/0703_Marketing_by_Experiment.pdf>

**G.  International Marketing**

1*.    Wind, Yoram. "The Role of Marketing in Israel." <u>Journal of Marketing</u> 31 (Apr. 1967): 53-57. <http://dl.dropbox.com/u/9686940/windj/6701_The_Role_of_Marketing_in.pdf>.

2.     Wind, Yoram. "Information Requirements for International Business Decisions." Prepared for and used in the introductory International Business course at The Wharton School, University of Pennsylvania, June 1967. <http://dl.dropbox.com/u/9686940/windj/6702_Information_Requirements_for_International_Business.pdf>

3.     Wind, Yoram. "Cross Cultural Analysis of Consumer Behavior." <u>Changing Marketing Systems: Consumer, Corporate and Government Interfaces</u>. Ed. Reed Moyer. Chicago: American Marketing Association, Winter 1967: 183-185. [B] Reprinted in <i>Wharton Quarterly</i> 2 (Winter-Spring 1968): 1-3. < http://dl.dropbox.com/u/9686940/windj/6703_Cross_Cultural_Analysis_of_Consumer.pdf

4.   Wind, Yoram. "Marketing in Israel." <u>Comparative Marketing</u>. Ed. Harper W. Boyd, Jr. Stanford,
     CA: International Center for the Advancement of Education, Stanford University, Jan. 1968.
     < <u>http://dl.dropbox.com/u/9686940/windj/6813_Marketing_in_Israel.pdf</u>>.

5.   Wind, Yoram and Patrick J. Robinson. "Perceptual and Preference Mapping of Countries: An
     Application of Multidimensional Scaling." Paper presented at the Annual Meeting of the
     Association for Education in International Business, Dec. 1970.

6*.  Wind, Yoram, and Susan Douglas. "On the Meaning of Comparison: A Methodology for Cross-
     Cultural Studies." <u>Quarterly Journal of Management Development</u> 2.4.1 (June 1971): 105-121.
     <<u>http://dl.dropbox.com/u/9686940/windj/7106_On_the_Meaning_of_Comparison.pdf</u>>.

7*.  Wind, Yoram, and Susan P. Douglas. "International Market Segmentation." <u>European Journal
     of Marketing</u> 6.1 (1972): 17-25.
     <<u>http://dl.dropbox.com/u/9686940/windj/7213_International_Market_Segmentation.pdf</u>>.

8.   Douglas, Susan, Patrick Le Maire, and Yoram Wind. "Selection of Global Target Markets: A
     Decision Theoretic Approach." <u>Marketing in a Changing World: The Role of Market Research</u>.
     Ed. Proceedings of the 24th ESOMAR Congress. Cannes, France: ESOMAR Congress, Sept.
     1972. PAGES.
     <<u>http://dl.dropbox.com/u/9686940/windj/7214_Selection_of_Global_Target_Markets.pdf</u>>.

9*.  Wind, Yoram, Susan P. Douglas, and Howard V. Perlmutter. "Guidelines for Developing
     International Marketing Strategies." <u>Journal of Marketing</u> 37 (Apr. 1973): 14-23.
     <<u>http://dl.dropbox.com/u/9686940/windj/7307_Guidelines_for_Developing_International_Mark
     eting.pdf</u>>.

10*. Douglas, Susan P., and Yoram Wind. "Environmental Factors and Marketing Practices."
     <u>European Journal of Marketing</u> 7.3 (Winter 1973/1974): 155-165.
     <<u>http://dl.dropbox.com/u/9686940/windj/7308_Environmental_Factors_and_Marketing_Practic
     es.pdf</u>>.

11*. Wind, Yoram, and Susan Douglas. "Some Issues in International Consumer Research."
     <u>European Journal of Marketing</u> 8.3 (Winter 1974/1975): 209-217.
     <<u>http://dl.dropbox.com/u/9686940/windj/7406_Some_Issues_in_International_Consumer.pdf</u>>.

12.  Robinson, Patrick J., and Yoram Wind. "Multinational Tradeoff Segmentation." <u>Moving Ahead
     with Attitude Research</u>. Eds. Yoram Wind and Marshall Greenberg. Chicago: American
     Marketing Association, 1977. 50-57.
     <<u>http://dl.dropbox.com/u/9686940/windj/7710_Multinational_Tradeoff_Segmentation.pdf</u>>

13.  Wind, Yoram. "Research for Multinational Product Policy." <u>Multinational Product Management</u>.
     Eds. Warren J. Keegan and Charles S. Mayer. Chicago: American Marketing Association,
     1977. 165-184.
     <<u>http://dl.dropbox.com/u/9686940/windj/7711_Research_for_Multinational_Product_Policy.pdf</u>

14*. Wind, Yoram, and Howard Perlmutter. "On the Identification of Frontier Issues in Multinational
     Marketing." <u>Columbia Journal of World Business</u> 12 (Winter 1977): 131-139.
     <<u>http://dl.dropbox.com/u/9686940/windj/7712_On_the_Identification_of_Frontier.pdf</u>>.

15.  Wind, Yoram, and Susan Douglas. "Comparative Methodology and Marketing Theory."
     <u>Theoretical Developments in Marketing</u>. Eds. Charles W. Lamb and Patrick M. Dunne.
     Chicago: American Marketing Association, 1980. [B] Based on Wind, Yoram, and Susan P.
     Douglas. "A Theory and a Metatheory of Comparative Marketing Systems." Marketing Science
     Institute Working Paper P-15-1, Sept. 1968.
     <<u>http://dl.dropbox.com/u/9686940/windj/8008_Comparative_Methodology_and_Marketing_Th
     eory.pdf</u>>.

16.    Wind, Jerry and Josh Eliashberg. "Marketing Perspectives on International Risk Analysis and Risk Preference Measurement: Concepts, Methods, and Research Directions." Wharton School Working Paper, 1983. <http://dl.dropbox.com/u/9686940/windj/8307_Marketing_Perspectives_on_International_Risk.pdf>

17.    Chakrabarti, Alok K., and Jerry Wind. "International Technology: Implications for Global Competitive and Cooperative Strategies." Wharton School Working Paper, 1986. <http://dl.dropbox.com/u/9686940/windj/8604_International_Technology_Implications_for_Global.pdf>

18.    Wind, Yoram and Susan Douglas. "Toward the Development of a Global Marketing Strategy: A Dynamic Portfolio Perspective." Wharton School Working Paper, 1987.

19*.   Douglas, Susan P., and Yoram Wind.  'The Myth of Globalization." Columbia Journal of World Business 22.4 (Winter 1987): 19-29. [B] Earlier version published as Wind, Yoram. "The Myth of Globalization." The Journal of Consumer Marketing 3.2 9Spring 1986): 23-26. [C] Reprinted as "The Myth of Globalization." Strategy 4e & Strategy Synthesis 3e, Cengage Learning EMEA (March 2010). <http://dl.dropbox.com/u/9686940/windj/8712_The_Myth_of_Globalization.pdf>.

20*.   Wind, Yoram. "Old-Line Manufacturing Needs Better Marketing." Chief Executive 44 (Mar./Apr. 1988): 44-48. <http://dl.dropbox.com/u/9686940/windj/8806_Old_Line_Manufacturing_Needs_Better.pdf>.

21*.   Mahajan, Vijay, Marcos V. Partini De Moraes, and Jerry Wind. "The Invisible Global Market." Marketing Management 9.4 (Winter 2000): 30-35. http://dl.dropbox.com/u/9686940/windj/0009_The_Invisible_Global_Market.pdf

22*.   Mahajan, Vijay, and Yoram (Jerry) Wind. "Capturing the Ricochet Economy." Harvard Business Review. Nov. 2006. <http://dl.dropbox.com/u/9686940/windj/0606_Capturing_the_Ricochet_Economy.pdf>.

**H.  International Management Education and The Lauder Institute**

1.     Wind, Jerry. "Global Management: Penn's Response." Address to Board of Trustees of the University of Pennsylvania, Philadelphia, PA, Oct. 1983. [B] Reprinted as Wind, Jerry. "Global Management: Penn's Response." Wharton Alumni Magazine (Winter 1984): 32-35. <http://dl.dropbox.com/u/9686940/windj/8310_Global_Management_Penns_Response.PDF>

2.     Wind, Jerry. "Coffee, Closets and Funeral Flowers." Wharton News (1984): 1-3. <http://dl.dropbox.com/u/9686940/windj/8405_Coffee_Closets_and_Funeral_Flowers.pdf>.

3.     Gaudiani, Claire L., and Jerry Wind. "Educating for International Management: The Joseph H. Lauder Institute." Foreign Languages and International Trade: A Global Perspective. Ed. Samia I. Spencer. Athens: University of Georgia Press, 1987. 31-38. <http://dl.dropbox.com/u/9686940/windj/8709_Educating_for_International_Management_The.pdf>.

4.     Wind, Jerry. "International Business Education at the Lauder Institute." Occasional Papers On International Educational Exchange: Hallmarks of Successful International Business Programs. Eds. Maryélise Lamet and Sterling Lamet. New York: Council on International Educational Exchange, Aug. 1988. <http://dl.dropbox.com/u/9686940/windj/8806_International_Business_Education_at_the.pdf>.

5.     Wind, Jerry, and Barbara S. Thomas. "The Globalization of Management Education: Options,

Trade Offs, and an Agenda for Implementation." <u>AACSB Occasional Papers</u>. Montreal: American Assembly of Collegiate Schools of Business, 1989. <<u>http://dl.dropbox.com/u/9686940/windj/8907_The_Globalization_of_Management_Education.pdf</u>>.

I.   **Management Practice and Education in the 21st Century**

1.   Wind, Jerry. "Marketing in the Year 2000." <u>Marketing 2000 and Beyond</u>. Eds. William Lazer, Priscilla La Barbera, James M. MacLachlan, and Allen E. Smith. Chicago: American Marketing Association, 1990. 212-216. <<u>http://dl.dropbox.com/u/9686940/windj/9005_Marketing_in_the_Year_2000.pdf</u>>.

2.   Wind, Jerry. "The Restructured Wharton MBA: Inventing a New Paradigm." <u>University of Pennsylvania Almanac</u> 37 (2 Apr. 1991): 1-4. <<u>http://dl.dropbox.com/u/9686940/windj/9105_The_Restructured_Wharton_MBA_Inventing.pdf</u>>.

3*.   Wind, Jerry, and Alfred P. West, Jr. "Reinventing the Corporation." <u>Chief Executive</u> 71 (Oct. 1991): 72-75. <<u>http://dl.dropbox.com/u/9686940/windj/9106_Reinventing_the_Corporation.pdf</u>>.

4*.   Wind, Jerry. "The Next Paradigm?" <u>Chief Executive</u> 77 (June 1992): 62-65. < <u>http://dl.dropbox.com/u/9686940/windj/9206_The_Next_Paradigm.pdf</u>>.

5.   Wind, Jerry. "JIT Learning: A New Concept for Executive Education." Wharton School Working Paper, June 1993. <<u>http://dl.dropbox.com/u/9686940/windj/9302_JIT_Learning_A_New_Concept.pdf</u>>

6.   Wind, Jerry, Robert Holland, Alfred P. West, Jr., and Robert Gunther. "Pace-Setting 21st Century Enterprises: A Glimpse of What Might Emerge." Prepared for Seventh General Assembly and Exhibition of the World Future Society, 29 June 1993. <<u>http://dl.dropbox.com/u/9686940/windj/9303_Pace_setting_21st_Century_Enterprises.pdf</u>>.

7.   Wind, Jerry. "Downsizing and Layoffs: Miracle Cure or Prescription for Disaster." (8 Feb. 1994).

8.   Wind, Jerry. "Marketing: Big Questions for the 21st Century." <u>Financial Times</u>. 1996. 6-7. <<u>http://dl.dropbox.com/u/9686940/windj/9604_Marketing_Big_Questions_for_the.PDF</u>>

9*.   Main, Jeremy and Jerry Yoram Wind. "A Cynic's Glossary." <u>Across the Board</u>. 35.4. April 1998: 12.

10.   Wind, Jerry. "Driving Change: Preparing for the 21st Century." The Li & Fung Lecture, University of Hong Kong, 17 Apr. 1998. <<u>http://dl.dropbox.com/u/9686940/windj/9806_Driving_Change_Preparing_for_the.pdf</u>>

11.   Wind, Jerry. "Creating a Successful 21st Century Enterprise." Li & Fung Lecture on Commerce & Industry. Chinese University of Hong Kong, 17 Apr. 1998. <<u>http://dl.dropbox.com/u/9686940/windj/9805_Creating_a_Successful_21st_Century.pdf</u>>

12.   Wind, Jerry and Pedro Nueno. "The Impact Imperative: A Manifesto for Closing the Relevance Gap of Academic Management Research." International Academy of Management North America Meeting, 25 July 1998. <<u>http://dl.dropbox.com/u/9686940/windj/9803_The_Impact_Imperative_A_Manifesto.pdf</u>>

13.   Wind, Jerry. "Reinventing the Business School for the Global Information Age." Keynote address at European Foundation for Management Development Conference of Deans and

Directors, Helsinki, Finland, Jan. 2000.
<http://dl.dropbox.com/u/9686940/windj/0010_Reinventing_the_Business_School_for.pdf>.

14.    Wind, Jerry, and Dave Reibstein. "Reinventing Training for the Global information Age." Knowledge@Wharton. Sept. 2000. < http://knowledge.emory.edu/papers/975.pdf >.

15*.   Wind, Yoram (Jerry). "The Integrative Thinking Challenge for Management Education and Research." Rotman Magazine Fall 2002: 18-19. [B] Reprinted in A New Way to Think: The Best of Rotman Magazine. Winter 2005.
<http://dl.dropbox.com/u/9686940/windj/0208_The_Integrative_Thinking_Challenge_for.pdf>.

16.    Wind, Jerry. "Balancing Innovation and Conservative Values: Management as an Experimental Process." Conservative Values and Effective Management. Eds. Peter Drucker and Peter Paschel. Frankfurt: Redline Wirtshaft, 2004.


**J.   Convergence Marketing**

1.    Wind, Jerry, Vijay Mahajan, and Robert Gunther. "The Power of Convergence in the Post-Dot.com Age." Bn.com, 2001.
<http://dl.dropbox.com/u/9686940/windj/0105_The_Power_of_Convergence_in.pdf>.

2*.   Wind, Jerry, Vijay Mahajan, and Robert E. Gunther. "The Convergence Challenge: Realizing the Complex Promise of New Technologies." InformIT. (2001).
<http://dl.dropbox.com/u/9686940/windj/0106_The_Convergence_Challenge_Realizing_the.pdf>.

3*.   Wind, Jerry, Vijay Mahajan, and Robert E. Gunther. "The Power of Convergence: The 5 Cs." InformIT. (2001).
<http://dl.dropbox.com/u/9686940/windj/0107_The_Power_of_Convergence_The.pdf>.

4*.   Wind, Jerry, Vijay Mahajan, and Robert E. Gunther. "Digital Fabric: Organizing for Convergence." InformIT. (Jan. 2002).
<http://dl.dropbox.com/u/9686940/windj/0209_Digital_Fabric_Organizing_for_Convergence.pdf>.

5*.   Wind, Jerry, Vijay Mahajan, and Robert Gunther. "The Consumer is King." European Business Forum 9 (Spring 2002): 12-13.
<http://dl.dropbox.com/u/9686940/windj/0206_The_Consumer_is_King.pdf>

6*.   Wind, Yoram, and Vijay Mahajan. "Convergence Marketing." Journal of Interactive Marketing 16.2 (Spring 2002): 64-79.
<http://dl.dropbox.com/u/9686940/windj/0207_Convergence_Marketing.pdf>

7.    Wind, (Jerry) Yoram. "Convergence Marketing: Meeting the Challenge of the New Hybrid Consumer." Critical Eye Review (Mar. - May 2005): 16-20.
<http://dl.dropbox.com/u/9686940/windj/0502_Convergence_Marketing_Meeting_the_Challenge.pdf>.


**K.   Mental Models – Power of Impossible Thinking**

1.    Wind, Yoram (Jerry). "Leadership as Making Sense," Wharton School Working Paper, 2003.

2.    Wind, Yoram (Jerry). "Challenging the Mental Models of Marketing." Financial Times Handbook of Management 3rd Ed. Ed. Stuart Crainer and Des Dearlove. FT Prentice Hall, 2004. 327-335.

<http://dl.dropbox.com/u/9686940/windj/0503_Challenging_the_Mental_Models_of.pdf>.

3*.    Wind, Yoram (Jerry), and Colin Crook. "Using the Power of Impossible Thinking to Build Prosperity." Rotman Magazine Spring/Summer 2004: 28-31. <http://dl.dropbox.com/u/9686940/windj/0402_Using_the_Power_of_Impossible.pdf>.

4.     Wind, Yoram (Jerry). "Challenging the Mental Models of Marketing." Does Marketing Need Reform? Fresh Perspectives on the Future. Eds. Jagdish N. Sheth and Rajendra S. Sisodia. Armonk, NY: M. E. Sharpe, 2005. 91-104. <http://dl.dropbox.com/u/9686940/windj/0403_Challenging_the_Mental_Models_of.pdf>.

5.     Wind, Yoram and Colin Crook. "Expanding Your Peripheral Vision by Embracing New Mental Models." Wharton School Working Paper, 2005.

6.     Wind, Yoram (Jerry). "The Silver Lining: Seeing Opportunities in Risk." Presented at the Conference in Honor of Paul Kleindorfer on Recent Advances in Operations and Risk Management, Philadelphia, 5 May 2005. <http://dl.dropbox.com/u/9686940/windj/0504_The_Silver_Lining_Seeing_Opportunities.pdf>

7*.    Wind, Yoram. "Rethinking the Board." Directors & Boards 30.1 (Fourth Quarter 2005): 20-26. <http://dl.dropbox.com/u/9686940/windj/0505_Rethinking_the_Board.pdf>.

8.     Wind, Jerry, and Colin Crook. "Changing Mental Models in an Uncontrollable World." Part of the FT Mastering Uncertainty Issue, March 17, 2006. <http://dl.dropbox.com/u/9686940/windj/0607_Changing_Mental_Models_in_an.pdf>.

9*.    Wind, Yoram. "Managing Creativity." Rotman Magazine Spring/Summer 2006: 20-23. <http://dl.dropbox.com/u/9686940/windj/0602_Managing_Creativity.pdf>.

10.    Wind, Jerry. "The Power of Impossible Thinking," Knowledge Leadership at Thomas Group (KL@TG). Inaugural Issue. Winter 2006: 76-80. <http://dl.dropbox.com/u/9686940/windj/0603_The_Power_of_Impossible_Thinking.pdf>.

11*.   Wind, Yoram. "Unleashing the Power of Impossible Thinking." Leadership Excellence 2008.

12*.   Wind, Jerry and Colin Crook. "From Mental Models to Transformation: Overcoming Inhibitors to Change." Rotman Magazine, Spring/Summer 2009: 28-33. <http://dl.dropbox.com/u/9686940/windj/0902_From_Mental_Models_to_Transformatio n.pdf>.

13.    Wind, Yoram (Jerry). "Why Mental Models Matter: The Big Barriers to Growth and Innovation are Self-Imposed," Wharton School Working Paper, 2010.

14.    Wind, Yoram (Jerry) and Stephen D. Rappaport. "The End of Listening As We Know It: From Market Research Projects to Enterprise Value Creator," Listen First! Turning Social Media Conversations into Business Advantage: A Playbook from the Advertising Research Foundation, April 2010. http://listenfirst.buildcapacity.com/2011/10/04/the-end-of-listening-as-we-know-it-from-market-research-projects-to-enterprise-value-creator-a-listen-first-excerpt/

15.    Wind, Yoram (Jerry). "Rethinking Innovation," The Marker, October 2010: 40-41. http://dl.dropbox.com/u/9686940/windj/1107_Rethinking_Innovation.pdf

16.    Wind, Yoram (Jerry) and Ellen Fu.  "Approaches for Challenging Your Mental Models." Wharton School Working Paper, 2013.

17.    Wind, Yoram (Jerry).  "What Business Can Learn from Art."  Wharton School Working Paper, 2013. https://dl.dropboxusercontent.com/u/25620989/1306_What_Business_Can_Learn_From_Art.p

df

## L.  Network-Based Strategies

1*.   Wind, Yoram. "Network Orchestration for a Flat World: Preparing for a Future of "Defining Moments" at Li & Fung," <u>Effective Executive</u>, February 2008: 14-18. <http://dl.dropbox.com/u/9686940/windj/0807_Network_Orchestration_for_a_Flat.pdf>.

2.    Wind, Yoram and Paul Kleindorfer, "The Network Imperative: Community or Contagion?" introductory chapter in Kleindorfer and Wind (eds), <u>The Network Challenge: Strategy, Profit and Risk in an Interlinked World</u>. Wharton School Publishing, 2009. <http://dl.dropbox.com/u/9686940/windj/0903_The_Network_Imperative.pdf>

3.    Wind, Yoram, Victor Fung and William Fung, "Network Orchestration: Creating and Managing Global Supply Chains Without Owning Them," a chapter in Kleindorfer and Wind (eds), <u>The Network Challenge: Strategy, Profit and Risk in an Interlinked World</u>. Wharton School Publishing, 2009. <http://dl.dropbox.com/u/9686940/windj/0904_Network_Orchestration_Creating_and_Managing.pdf>

4.    Wind, Jerry and Thomas, Robert J.  "Symbiotic Innovation: Getting the most Out of Collboration"  <u>Evolution of Innovation Management:  New Ways for Innovations in an International Context</u>.  Alexander Brem and Eric Viardot (eds), Palgrave Macmillan, 2013, 1-31. https://dl.dropbox.com/u/94339855/L4.%20%20Symbiotic_Innovation%20%20Getting%20the%20Most.pdf

## M.  Advertising

1.    Wind, Yoram, and Patrick J. Robinson. "Some Applications of Mathematical Analysis of Perception and Preference in Advertising." Marketing Science Institute Working Paper P-45-1, May 1968. <http://dl.dropbox.com/u/9686940/windj/6811_Some_Applications_of_Mathematical_Analysis.pdf>

2*.   Wind, Yoram, and Stephen E. Silver. "Segmenting Media Buyers." <u>Journal of Advertising Research</u> 13.6 (Dec. 1973): 33-38. <http://dl.dropbox.com/u/9686940/windj/7301_Segmenting_Media_Buyers.pdf">.

3*.   Tapiero, Charles S., Jehoshua Eliashberg, and Yoram Wind. "Risk Behaviour and Optimum Advertising with a Stochastic Dynamic Sales Response." <u>Optimal Control Applications & Methods</u> 8 (1987): 299-304. <http://dl.dropbox.com/u/9686940/windj/8707_Risk_Behaviour_and_Optimum_Advertising.pdf>.

4*.   Burke, Raymond R., Arvind Rangaswamy, Jerry Wind, and Jehoshua Eliashberg. "A Knowledge-Based System for Advertising Design." <u>Marketing Science</u> 9.3 (Summer 1990): 212-229. [B] Earlier version published as "Expert Systems for Marketing." Marketing Science Institute Report 87-107, Nov. 1987. <http://dl.dropbox.com/u/9686940/windj/9007_A_Knowledge_Based_System_for.pdf>.

5*.   Gönül, Füsun F., Franklin Carter, and Jerry Wind. "What Kind of Patients and Physicians Value Direct-to-Consumer Advertising of Prescription Drugs." <u>Health Care Management Science</u> 3 (2000): 215-226. <http://dl.dropbox.com/u/9686940/windj/0001_What_Kind_of_Patients_and.pdf>.

6*.   Sharp, Byron, and Yoram (Jerry) Wind, "Today's Advertising Laws: Will They Survive the Digital Revolution?" <u>Journal of Advertising Research Special Issue on What We Know About Advertising</u>, Guest Editors Byron Sharp and Yoram (Jerry) Wind, June 2009, Vol. 49, No. 2: 120-126.
<http://dl.dropbox.com/u/9686940/windj/1002_Todays_Advertising_Laws_Will_They.pdf >

7*.   Sharp, Byron, and Yoram (Jerry) Wind, "Advertising Empirical Generalizations: Implications for Research and Action," <u>Journal of Advertising Research Special Issue on What We Know about Advertising</u>, Guest Editors Byron Sharp and Yoram (Jerry) Wind, June 2009, Vol. 49, No. 2: 246-252.
http://dl.dropbox.com/u/9686940/windj/1003_Advertising_Empirical_Generalizations_Implications_for.pdf

8.   Wind, Yoram and Catharine Gardner.  "Portfolio Orchestration:  Toward a New Advertising Model."  Wharton School Working Paper, 2013.
https://dl.dropbox.com/s/yd7k45uorv0b8ze/1304_Portfolio_Orchestratrion_Toward_a_New_Advertising_Model.pdf

9.   Wind, Yoram.  "Orchestration as the New Managerial Model in the Digital Age,"  Wharton Knowledge in Action column on <u>Think with Google Forum</u>, Google, 18 April 2012.
<http://www.thinkwithgoogle.com/insights/forum/articles/orchestration-as-the-new-managerial-model/#utm_medium=social&utm_campaign=twgplus&utm_source=pluspage101698568710409127237>

10.   Sharp, Byron, Jerry Wind and Karen Nelson Field.  "Empirical Generalizations: New Laws for Digital Marketing: How Advertising Research Must change."  <u>Journal of Advertising Research Special Issue.</u>, June 2013.

11.   Blogs of the *Wharton Future of Advertising Program*:
   a.   Jerry Wind, Stan Sthanunathan and Rob Malcolm."Great Advertising Is Both Local and Global."  <u>HBR Blog  Network</u>, An HBR Insight Center Blog Series, Harvard Business School  Publishing, 29 Mar. 2013.
http://blogs.hbr.org/c s/2013/03/great_advertising_is_both_loca.html#disqus_thread
   b.   Advertising 2020: Shetty, Baba and Jerry Wind. "Advertisers Should Act More Like Newsrooms."  <u>HBR Blog  Network</u>, An HBR Insight Center Blog Series, Harvard Business School  Publishing, 15 Feb. 2013.
http://blogs.hbr.org/cs/2013/02/advertisers_need_to_act_more_like_newsrooms.html/
   c.   Wind, Jerry and John Winsor. "The End of Traditional Ad Agencies." <u>HBR Blog  Network</u>, An HBR Insight Center Blog Series, Harvard Business School  Publishing, May 9, 2013.
http://blogs.hbr.org/cs/2013/05/the_end_of_traditional_ad_agen.html
   d.   Bughin, Jacques and Jerry Wind. "On-Demand Advertising." Forthcoming 2013.

## N.  Entries in Dictionaries, Encyclopedias, and Handbooks

1.   Green, Paul E., and Yoram Wind. "Marketing, Statistics in." <u>Encyclopedia of Statistical Sciences</u>. Eds. S. Kotz, N. Johnson, and Campbell Read. New York: Wiley, 1985. 227-248.
<http://dl.dropbox.com/u/9686940/windj/8511_Marketing_Statistics_in.pdf>.

2.   Wind, Jerry, and David Schmittlein. "Definitions of Marketing Models." <u>Dictionary of Marketing Terms</u>. Ed. Peter D. Bennett. Chicago: American Marketing Association, 1988. 1-30.
<http://dl.dropbox.com/u/9686940/windj/8809_Definitions_of_Marketing_Models.pdf>.

3.   Rangaswamy, Arvind, and Yoram Wind. "Information Technology in Marketing." <u>Encyclopedia of Microcomputers</u>. Eds. A. Kent and J. G. Williams. New York: Marcel Dekker Inc., 1992. 67-83. <http://dl.dropbox.com/u/9686940/windj/9207_Information_Technology_in_Marketing.pdf>.

4.   Wind, Yoram (Jerry), and Gary L. Lilien. "Marketing Strategy Models." <u>Handbooks in Operations Research & Management Science, Vol. 5: Marketing</u>. Eds. J. Eliashberg and G. L.

Lilien. Amsterdam; NY: Elsevier Science Publishers, 1993. 773-826. <http://dl.dropbox.com/u/9686940/windj/9305_Marketing_Strategy_Models.pdf>.

5.    Yoram (Jerry) Wind, Eric T. Bradlow, Jehoshua Eliashberg, Gary L. Lilien, Jagmohan Raju, Arvind Rangaswamy, Berend Wierenga. "Marketing, Encyclopedia of Operations Research and Management Science 3rd Edition, Ed. Saul Gass, Michael Fu, New York, NY:  Springer, 2011. [B] First published in 1994 edition, Boston: Kluwer Publishers, 1994. 1-15. [C] Revised 1998. <http://dl.dropbox.com/u/9686940/windj/9406_Marketing.pdf>.

6.    Wind, Yoram (Jerry). "Market Segmentation." Companion Encyclopedia of Marketing. Ed. Michael J. Baker. New York: Routledge, 1995. 394-419. [B] Reprinted in Marketing Theory: A Short Text. Ed. M. Baker. London: Business Press, a Division of Thompson Learning, 2000. 394-419. <http://dl.dropbox.com/u/9686940/windj/9502_Marketing_Segmentation.pdf>

7.    Green, Paul E., Jerry Wind, and Vithala R. Rao. "Conjoint Analysis: Methods and Applications." The Technology Management Handbook. Ed. Richard C. Dorf. Boca Raton, FL: CRC Press, 1999. 12-66–12-72. <http://dl.dropbox.com/u/9686940/windj/9903_Conjoint_Analysis_Methods_and_Applications.pdf>.

8.    Wind, Jerry. "Creating a Vision." The Technology Management Handbook. CRCnet Base, 2000. <http://dl.dropbox.com/u/9686940/windj/0013_Creating_a_Vision.pdf>.

9.    Wind, Yoram (Jerry). "The Ten Commandments of Marketing." MBA in a Box. Eds. Joel Kurtzman, Glenn Rifkin, and Victoria Griffith. New York: Crown Business, 2004. [B] Previously "Marketing Strategy." Wharton School Working Paper, 2003. <http://dl.dropbox.com/u/9686940/windj/0404_The_Ten_Commandments_of_Marketing.pdf>

10.   Wind, Yoram. "Marketing Strategy Analysis," The Handbook of Technology Management, Ed. Hossein Bidgoli, Hoboken, N.J.: John Wiley & Sons, Inc., January 2010. 352-365. http://dl.dropbox.com/u/9686940/windj/1001_Marketing_Strategy_Analysis.pdf

11.   Wind, Yoram. "Yoram (Jerry) Wind's Contributions to Marketing," Review of Marketing Research Special Issue: Marketing Legends. 2011. Vol. 8, 269-315. https://dl.dropbox.com/u/94339855/N11.Yoram_Wind%27s_Contributions_To_Marketing.pdf


## V.  EDITOR OF SPECIAL ISSUES

- *Journal of Advertising Research—*
  "Empirical Generalizations in Advertising" (with Byron Sharp), Vol. 49, No. 2, June 2009. https://www.dropbox.com/s/4ya33h55221k9m2/Empierical%20Generalizations%20in%20Marketing.pdf
- *Marketing Science –*
  "Empirical Generalizations in Marketing" (with Frank M. Bass), Vol. 14, No. 3, Part 2, 1995. http://marketingscience.info/assets/documents/209/4038.pdf
- *Journal of Marketing Research*
       – "Market Segmentation," August 1978. http://www.jstor.org/discover/10.2307/3150580?uid=3739864&uid=2129&uid=2&uid=70&uid=4&uid=3739256&sid=56007102433
       – "Innovation and New Products," February 1997. http://dl.dropbox.com/u/9686940/windj/9702_Issues_and_Opportunities_in_New.pdf
- *Marketing Research –*
  "Marketing Research Forum: The State of the Art in Quantitative Research," Winter 1997. http://dl.dropbox.com/u/9686940/windj/9702_Issues_and_Opportunities_in_New.pdf
- *Marketing Science –*

"Empirical Generalizations in Marketing" (with Frank M. Bass), Vol. 14, No. 3, Part 2, 1995.
- *Management Science*
(with John Farley and Diana L. Day) – "The State of The Art in Theory and Methods for Strategy Research," 1990.
- *The Wharton Quarterly*,
"Marketing," Fall 1972.
http://dl.dropbox.com/u/9686940/windj/7201_The_Step_Children_of_Marketing.pdf

## VI. EDITORIALS

| | | |
|---|---|---|
| *Journal of Consumer Research* | June 1977: | "New Directions for *JCR*" |
| *Marketing News* | July 1978: | "New Directions for *JM*" |
| *Journal of Marketing* | Winter 1979: | "The *Journal of Marketing* at a Crossroad" |
| | Spring 1979: | "Repositioning the *Journal*" |
| | Summer 1979: | "Bridging the Gap Between Practitioners and Academicians" |
| | Fall 1979: | "On the Status of Marketing Theory" |
| | Winter 1980: | "Marketing in the 80's" |
| | Spring 1980: | "Strategic Planning and Marketing: Time for a Constructive Partnership," with George Day |
| | Summer 1980: | "International Marketing: The Neglect Continuous," with John Farley |
| | Fall 1980: | "Industrial Marketing: The Sleeping Giant," with Frederick Webster |

http://www.marketingpower.com/ResourceLibrary/JournalofMarketing/Pages/1980/44/4/4997918.aspx

| | | |
|---|---|---|
| | Winter 1981: | "Journals and the Development of a Discipline" |
| | Spring 1981: | "Research and Management" |
| | Summer 1981: | "A Positive Perspective on Marketing" |

http://connection.ebscohost.com/c/editorials/4996997/from-editor-positive-perspective-marketing

| | | |
|---|---|---|
| | Fall 1981: | "Reflections" |
| | Summer 2009: | "Is Marketing Academia Losing its Way?" |

http://www.iimahd.ernet.in/library/PDFs/NICMAN/Is%20marketing%20academia%20losing%20its%20way.pdf

| | | |
|---|---|---|
| *The Lauder Quarterly* | All editorials from initiation in 1986 to July 1988. |

## VII. ILLUSTRATIVE OP ED AND COMMENTARIES

- "Capitalism 3.0: Commentaries" on Jed Emerson and Sheila Bonini, "Capitalism 3.0" in *VALUE* and www.valuenewsnetwork.com, February/March 2006.
- Orchestra needs to change tune in contract negotiations: Settling the score must rest on the idea of working toward a collective goal, *Philadelphia Inquirer*, Commentary, November 4, 2004.
- The Wisdom of the Flip Flop, *Wharton School Publishing Newsletter*, November 2004.
- Rethinking our mental models for elections, *Newsletter of the Wharton Fellows*, November 2004.
- "E-Learning Crossfire," *Information Week*, February 26, 2001.
- "Reverse mentoring can solidify collaboration among functional groups, but it cannot be the only tool that enforces such teamwork or the sole catalyst for change." Commentator on HBR "Too Old to Learn?" Case Study. *Harvard Business Review*. November-December 2000.

## VIII.  EDITED PUBLICATIONS OF THE SEI CENTER – ILLUSTRATIVE LIST **
### ** Recent presentations are listed by topic beginning on page 76

- Insights and Impact: 20th Anniversary Report of the SEI Center for Advanced Studies in Management, March 2010.
- Into the 21st Century: The First Decade and Beyond: A Report on the SEI Center for Advanced Studies in Management, 1990-2000.
- Japan at the Great Divide, April 1999 (by Yasuhisa Shiozaki).
- The Limits of Privacy, March 1999 (by Amitai Etzioni).
- GM for the 21st Century: From "Make and Sell" to "Sense and Respond," March 1999 (by Vince Barabba).
- Managing Workteam Diversity, Conflict, and Productivity: A New Form of Organizing in the 21st Century Workspace, September 1998 (by Etty Jehn, The Diversity Research program with Bob Holland).
- The Systems Approach: The New Generation, February 1998.
- Consumer Choice Behavior in On-line and Regular Stores: The Effects of Brand Name, Price, and Other Search Attributes, January 1998.
- When Is It Worthwhile Targeting the Majority Instead of the Innovators in a New Product Launch? November, 1997.
- Toward New Corporate Governance Models: Lessons from the Japanese and U.S. Experience, March 1997.
- From Detection to Action: Processes and Insights Gained from an Early Warning Signal System, March 1997.
- New Media, February 1997.
- The Future of Impact of Information Management: A Lecture Series from July 1996-January 1997.
- The CEO Challenge: Implementing Strategy in a Constantly Changing Marketplace, December 1996.
- European Venture Capital Industry, November 1996.
- The Impact of Computers and Information on Management: 1946-1996-2001, May 1996.
- A Trapezoidal Corporation, February 1996.
- Corporate Growth Engines, December 1995.
- The Bamboo Network, November 1995.
- Innovation in New Product Development: Best Practices in Research, Modeling and Applications, May 1995.
- The New Science and Emerging Paradigms in Business, April 1995.
- Information Technology and the Changing Boundaries of the Firm, January 1995.
- EMU – The Road to Europe, February 1995.
- Go West Young MBA, Far Far West: Adventures on the World's Business and Management Frontier, January 1995.
- The Virtual University, January 1995.
- A New Management Paradigm for the 21st Century, December 1994.
- Leadership in the 21st Century Enterprise, November 1994.
- Interactive Industry 2000: Who's Gonna Buy this Stuff: Research for the Interactive Television Business, July 1994.
- Interactivity is Two-Way: Life on the Net April 1994.
- Exploratory Conference on Business Ethics: Building the Common Ground, March 1994.
- Beyond Quality: Organizational Transformation for the 21st Century Enterprise, March 1994.
- Empirical Generalizations in Marketing, February 1994.
- Research Challenges in Linking Quality: Profitability and Organizational Architecture, December 1993.
- Deploying Strategic Assets: Beyond Core Capabilities, November 1993.
- The End of Diversity: Rights, Responsibility and the Communication Agenda November 1993.
- The Horizontal Organization, October 1993.
- Strategic Information Architecture: Increasing Productivity, Managing Risks, June 1993.
- Corporate Performances: Beyond Financial Measures, April 1993.
- Dr. Peter Drucker on "The New Organization," April 1993.
- Designing Corporate Governance for the 21st Century Global Enterprise: International Perspectives, January 1993.

- Rewarding the Workforce of the Future: Competence-Based Performance Measures and Incentives, October 1992.
- Issues and Advances in New Product Development, June 1992.
- Decision Making in Highly Uncertain Political Environments: Investing in the Russian Oil and Gas Industry, March 1992.
- Historical Perspectives in Management Education, April 1992.
- Innovation and Learning, March 1992.
- Frontiers in Electronic Commerce: Experimental Systems for Communication, Coordination, and Negotiation, February 1992.
- The Impact of Information Networking on Organizational Design and Strategy, November 1991.
- Visionary Leadership, October 1991.
- Innovation in Services, May 1991.
- Lessons from the Malcolm Baldridge Award: Implications for Management Practice, Research, and Education, February 1991.
- Managing Infrastructure Costs; What is the Best Strategy for Long-Term Controls? February 1991.
- Managing Infrastructure Costs; What is the Best Strategy for Long-Term Controls? February 1991.
- Ethical Standards for Global Corporations? December 1990.
- Innovation and New Product Development for the 21st Century Enterprise, November 1990.
- The Individually Empowered Organization, November 1990.
- Management in the 21st Century: Predictions From Top Think Tanks, September 1990.
- Corporate Governance: Who's in Charge?, May 1990.
- Creating and Implementing Quality in Organizations, March 1990.
- Creating and Implementing a Corporate Vision, January 1990.
- Human Resources: Management for the 21st Century, January 1990.
- The Impact of Artificial Intelligence on Management Decision Making and Organizational Design, February 1990.

## IX. Edited Publications of the Wharton Future of Advertising Program

Wharton Knowledge in Action Column on Think with Google Forum, 2012.
http://www.thinkwithgoogle.com/insights/forum/ :

1. Jerry Wind,      Orchestration as the New Managerial Model in the Digital Age
2. David Bell,      Thin-Slicing and Retailing on the Internet
3. Robert Malcolm & Peter Sieyes,   From Bowling to Pinball – how successful marketing  organizations are adapting to digital
4. Kartik Hosanagar,      Attribution: Who gets the Credit for a New Customer?
5. Dave Reibstein,   The Many Flavors of ROI
6. Eric Bradlow,   The Golden Age of Marketing Research
7. Shawndra Hill,   Social TV: Linking Content, Buzz and Sales
8. Kevin Werbach,   Turn Your Customers into Players:  Lessons from Gaming
9. Leonard Lodish,   When the Parts are more Powerful than the Sum

## X. EDITOR: WHARTON SCHOOL PUBLISHING BOOKS

**2008**
1. V. Kumar, Managing Customers for Profit:  Strategies to Increase Profits and Build Loyalty
2. Stewart Black, Hal Gregersen, It Starts with One:  Changing Individuals Changes Organizations
3. Russell E. Palmer, Ultimate Leadership:  Winning Execution Strategies for Your Situation
4. J.C. Larreche, The Momentum Effect: How to Ignite Exceptional Growth
5. Yves Doz, Mikko Kosonen, Fast Strategy: How strategic agility will help you stay ahead of the game
6. Russell L. Ackoff, Daniel Greenberg, Turning Learning Right Side Up: Putting Education Back on Track
7. Bernard Lewis, Buntzie Ellis Churchill, Islam: The Religion and the People

8. Alexander B. van Putten, Ian C. MacMillan, Unlocking Opportunities for Growth: How to Profit from Uncertainty While Limiting Your Risk
9. Vijay Mahajan, Africa Rising: How 900 Million African Consumers Offer More Than You Think
10. Michael A. Roberto, Know What You Don't Know: How Great Leaders Prevent Problems Before They Happen (Rough Cuts)
11. Jon M. Huntsman, Winners Never Cheat: Even in Difficult Times, New and Expanded Edition

**2007**
1. Aswath Damodaran, Strategic Risk Taking: A Framework for Risk Management
2. Rajendra S. Sisodia, David B. Wolfe, Jagdish N. Sheth, Firms of Endearment: How World-Class Companies Profit from Passion and Purpose
3. Leondard M. Lodish, Howard L. Morgan, Shellya Archambeau, Marketing That Works
4. Howard Moskowitz, Alex Gofman, Selling Blue Elephants: How to Make Great Products That People Want BEFORE The Even Know They Want Them
5. Daniel M. Cable, Change to Strange: Create a Great Organization by Building a Strange Workforce
6. Jagdish N. Sheth, The Self-Destructive Habits of Good Companies…And How to Break Them
7. Bala Chakravarthy and Peter Lorange, Profit or Growth, September.
8. Victor K. Fung, William K. Fung, Jerry (Yoram) Wind, Competing in a Flat World: Building Enterprises for a Borderless World, September.
9. Barry Libert, Jon Spector, Don Tapscott, We Are Smarter Than Me: How to Unleash the Power of Crowds in Your Business, September.
10. Hamid Bouchikhi, John R. Kimberly, Soul of the Corporation, The: How to Manage the Identity of Your Company, September.
11. Hunter Hastings, Jeff Saperstein, Improve Your Marketing to Grow Your Business: Insights and Innovation That Drive Business and Brand Growth, October.
12. Satish Nambisan and Mohanbir Sawhney, The Global Brain: Your Roadmap for Innovating Faster and Smarter in a Networked World, October.
13. James F. Parker, Do The Right Thing: How Dedicated Employees Create Loyal Customers and Large Profits, November.
14. Ellen Ernst Kossek and Brenda A. Lautsch, CEO of Me: Creating a Life that Works in the Flexible Job Age, December

**2006**
1. Peter Navarro, The Well Timed Strategy: Executing Strategy Through the Business Cycle for Competitive Advantage
2. Stuart Lucas, Wealth: Grow It, Protect It, Spend It and Share It (Paperback, 2007)
3. Peter Killing, Thomas Malnight, and Tracey Keys, Must-Win Battles: How to Win Them, Again and Again
4. Neil Bender, Paul Farris, Philip Pfeifer, and Dave Reibstein, 50+ Marketing Metrics Every Business Executive Should Know
5. Russell Ackoff, Herbert Addison, and Jason Magidson, Idealized Design: How to Dissolve Tomorrow's Crisis…Today
6. Lars Kolind, The Second Cycle: 7 Proven Tools for Revitalizing Your Business…Before It's Too Late
7. George Chacko, Anders Sjoman, Hideto Motohashi, and Vincent Dessain, Credit Derivatives: Introduction to Credit Risk and Credit Instruments
8. Jerry Porras, Stewart Emery, and Mark Thompson, Success Built to Last: Creating a Life that Matters
9. Philip Kotler and Nancy Lee, Marketing in the Public Sector: A Roadmap for Improved Performance

**2005**
1. Randall Billingsey, *Understanding Arbitrage: An Intuitive Approach to Financial Analysis*
2. Tony Davila, Marc Epstein, and Robert Shelton, *Making Innovation Work: How to Manage It, Measure It, and Profit from It*
3. Sunil Gupta and Donald Lehmann, *Managing Customers as Investments: The Strategic Value of Customers in the Long Run*

4. Stuart Hart, *Capitalism at the Crossroads: The Unlimited Business Opportunities in Solving the World's Most Difficult Problems* (2nd Edition, 2007)
5. Lawrence Hrebiniak, *Making Strategy Work: Leading Effective Execution and Change*
6. Jon Huntsman, *Winners Never Cheat: Everyday Values We Learned as Children (But May Have Forgotten)*
7. Eamonn Kelly, *Powerful Times:Rising to the Challenge of Our Uncertain World*
8. Doug Lennick and Fred Kiel, *Moral Intelligence: Enhancing Business Performance and Leadership Success* (Paperback, 2007)
9. V. J. Mahajan and Kamini Banga, The *86 Percent Solution: How to Succeed in the Biggest Market Opportunity for the Next 50 Years*
10. Alred Marcus, *Big Winners and Big Losers: The 4 Secrets of Long-Term Business Success and Failure*
11. Kenichi Ohmae, *The Next Global Stage: Challenges and Opportunities in Our Borderless World*
12. Michael Roberto, *Why Great Leaders Don't Take Yes for an Answer: Managing for Conflict and Consensus*
13. Arthur Rubinfeld and Collins Heminway, *Built for Growth: Expanding Your Business Around the Corner or Across the Globe*
14. David Sirota, Louis Mischkind, Michael Meltzer, *The Enthusiastic Employee: How Companies Profit by Giving Workers What They Want.*
15. Thomas Stallkamp, *SCORE!: A Better Way to Do Busine$$: Moving from Conflict to Collaboration*
16. Glen Urban, *Don't Just Relate – Advocate!: A Blueprint for Profit in the Era of Customer Power.*
17. Craig Vogel, Jonathan Cagan, and Peter Boatwright, *The Design of Things to Come: How Ordinary People Create Extraordinary Products.*

**2004**
1. Bernard Baumohl, *The Secrets of Economic Indicators: Hidden Clues to Future Economic Trends and Investment Opportunities* (2nd Edition, 2007)
2. Sayan Chatterjee, *Failsafe Strategies: Profit and Grow from Risks that Others Avoid*
3. Robert Mittelstaedt, *Will your Next Mistake Be Fatal? Avoiding the Chain of Mistakes that Can Destroy your Organization*
4. Mukul Pandya, Robbie Shell, Susan Warner, Sandeep Junnarkar, Jeffrey Brown (2004), *Nightly Business Report Presents Lasting Leadership: What You can Learn from the Top 25 Business People of our Time* (Paperback, 2006)
5. C.K. Prahalad, *The Fortune at the Bottom of the Pyramid* (Paperback, 2006)
6. Scott Shane, *Finding Fertile Ground*
7. Oded Shenkar, *The Chinese Century: The Rising Chinese Economy and Its Impact on the Global Economy, the Balance of Power, and your Job* (Paperback, 2006)
8. Jerry Wind and Colin Crook, *The Power of Impossible Thinking* (Paperback, 2006)

## XI. ILLUSTRATIVE PUBLISHED ABSTRACTS OF PAPERS DELIVERED IN PROFESSIONAL MEETINGS

- "Enduring Vs. Situation Dependent Customer Characteristics as Bases for Market Segmentation: An Evaluation," in David L. Sparks, (ed.), *Broadening the Concepts of Marketing*. Proceedings of the American Marketing Association, August 1970 Conference.
- "Preference of Relevant Others and Individual Choice Models," in W.L. Nichols, ed., *Proceedings of the 1974 AAPOR Conference and in Public Opinion Quarterly*, 38. Fall 1974, pp. 447.
- "Multivariate Decision-Making in the Setting of Pulmonary Outpatient Clinic," with Lawrence Spitz and Ronald Daniele. Paper presented at American College of Physicians, San Francisco, April 1975.
- "Diagnosis Consumer Behavior: A Quantitative Approach," in D. Rothwell, (ed.), *Proceedings of the 30th Annual AAPOR Conference* May 1975 and in *Public Opinion Quarterly*, 39. Fall 1975, pp. 415.
- "Segmentation and Positioning of Health Insurance Services Under Conditions of Heterogeneous Health Insurance Portfolios," in TIMS/ORSA Bulletin for the S.F. Joint Meeting, May 1977, pp. 244.

- "Alternative Approaches to Industrial Market Segmentation," with Paul E. Green, in TIMS/ORSA Bulletin for the S.F. Joint Meeting, May 1977, pp. 234.
- "Innovation and the R&D-Marketing Interface," with Joel Goldhar, in TIMS/ORSA Bulletin for the Atlanta Meeting, November 1977.
- "Measurement Issues in Portfolio Analysis," with Vijay Mahajan, in R.P. Leone, (ed.), *Proceedings of Market Measurement and Analysis*, TIMS, 1980, pp. 50-53.
- Aimagery Products: A Measurement Challenge," with Lew Pringle, in J. Keon, (ed.), *Market Measurement and Analysis*, TIMS/ORSA, 1981.
- "Standardized Portfolio Models: An Empirical Comparison of Business Classification," with Vijay Mahajan and Donald J. Swire in Allan D. Shocker and R. Srivastava, (eds.), *Proceedings of the 1981 Analytical Approaches to Product and Marketing Planning Conference.*


## XII.  CASE STUDIES

- During the academic year 1962-1963, I wrote a number of marketing cases at the Hebrew University, Jerusalem (Israel). One of these cases, The Ozi Ballpoint Pen III, was published in Harper W. Boyd, Jr. et al., (eds.), *Marketing Management: Cases from the Emerging Countries* (Reading, MA: Addison-Wesley Publishing Company), 1966.
- During the academic year 1968-1969, several marketing cases were written under my supervision at the Leon Recanati Graduate School of Business Administration, Tel Aviv University.

## 3. CONSULTING EXPERIENCE

**I. Marketing, Business Strategy, and Marketing Research Consulting**

    1. Information and Telecommunication Industry

- Telenet, Strategies for "Getting More with Less" (2006)
- Samsung, Management of Technological Innovation (2006)
- Next Level Communication: Business strategy consulting (2000)
- Motorola Broadband Sector: 1998-2004. Business Strategy consulting
- Northern Telecom: Value Pricing and Business Strategy Consulting (1993-1995)
- IBM:
  - ABS Division: Developing procedure for Integrating Marketing and R&D (1988-1989)
  - ES Division, Marketing Strategy and Segmentation (1991-1993)
- AT&T & the Bell companies: Occasional consultant to various units, including:
  - AT&T Technologies Inc. – Design a market segmentation program (1986)
  - AT&T – Review and Design of Portfolio System (1981-1982)
  - Bell Atlantic – Marketing & pricing strategy (1983)
  - Bell Canada – Design of a segmentation study and product portfolio (1979-1980)
- Xerox: Marketing consulting to a design integration program (coordinated by Jay Doblin Associates) and design of a market segmentation project (1982-1983)
- Geometric Data: Segmentation/positioning studies (1981-1982)
- Newsweek, Inc.: Marketing consulting (1979-1980)
- RCA, Government Communications Systems: Design of a research program to assess the market response to new Electronic Mail System (1978-1979)

    2. Financial Services

- SEI: Marketing, Business and Corporate Strategy consulting (1986 to present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Edward Jones & Co.: Marketing and Business Strategy consulting (1984-2004)
- CitiBank: Statistical consulting (1980); marketing strategy consulting (1996-1997)
- E. F. Hutton: Design and implementation of a marketing planning system and various marketing research projects (1979-1984)
- Reliance Insurance Companies: Marketing research consulting (1980-1981)
- Colonial Penn Group: Design and evaluation of most of the firm's research activities and general consulting to marketing and top management (1973-1980)
- Chase Manhattan Bank: Process for evaluation of mergers and acquisitions and design of segmentation studies (1978-1979)

    3. Health Care

- ConvaTec: Marketing Driven Business Strategy (2008)
- Bristol-Myers Squibb (BMS): Marketing strategy consulting (1997-2002)
- Sterling Drug, Inc.: Development of marketing driven portfolio of R&D projects (1986-1991); Pricing study for innovative new product (1991-1992)
- Merck, Sharp, and Dome: General marketing research consulting (1981)
- Merck & Co.: Marketing Strategy and Marketing Research and Modeling (1991-1996)
- Pfizer, Inc.: 1975-1990. Design and analysis of most of the marketing research projects of Pfizer Laboratories and Roerig. Occasional marketing strategy consultant to the Hospital Products Group (1984-1986) and Pfizer Pharmaceuticals (1987-1990).
- SmithKline Beckman: Marketing strategy development for TAGAMET (1987-1988); evaluation of strategy implementation (1989)

- SmithKline Clinical Laboratories: Marketing planning (1984)
- Upjohn: Strategic planning consulting (1981)
- West Jersey Health System: Marketing and Business Strategy (1985)

4. Transportation

- Air Canada: Market segmentation, positioning and new product development (1973)
- Chrysler: Modeling the advertising budget (1978), advising regarding the analysis of customer satisfaction process (1995-1997)
- Conrail: Design of a positioning/segmentation study (1978-1979)

5. Consumer Goods

- Mars, Avisor to the Catalyst Group (2010 – present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- DAYMON: Marketing Strategy (2003-05)
- American Dairy Brands and Schreiber Foods, Inc.: Arbitration (2004)
- Campbell Soup: Advertising Strategy, 91-96, 2005-07; Taste Tests (2001-2003)
- Coors Brewing Company, Pricing and positioning (2001)
- Eastman Kodak: New product research approaches (1978)
- R.J. Reynolds Tobacco Co.: Evaluation and design of a new product development system (1979-1980)
- S.B. Thomas: Marketing and research consultant (1979-1980)
- Simplicity Patterns, Inc.: Develop a business plan (1982)
- Pepsi: Research support for the Pepsi Challenge and related campaigns (1978, 1981, 1990, 1995, 1999)

6. Industrial Products and Services

- ITT Water Technology Group (2004-2005)
- John Fluke Manufacturing Co., Inc.): Marketing and corporate strategy (1985-1988)
- Exxon Chemicals: Marketing and Business Strategy (1985-1986)
- International Harvester: Designing a market segmentation process (1980)
- Stauffer Chemicals: General marketing consulting (1980)
- Exxon Chemicals: Marketing and Business Strategy (1985-1986)

7. Retailing

- Wickes, plc: U.K. Marketing and Business Strategy Consulting (1988-1996)
- Sears Roebuck & Company: Advertising and marketing strategy (1972-1973)

8. Professional Service Firms

- MS&L: Marketing consulting (1995-1997; 2001-2002)
- Price-Waterhouse Coopers LLP (marketing and corporate strategy consulting, 1996-2001).
- Standard & Poors (1997-2000)
- IMS America (1997)
- Medicus (1989-1997)
- Hakuhodo. Marketing Strategy for the 21st Century (1992-1995)
- Morgan, Lewis & Bockius: Development of Business Strategy (1992-1994)
- DMB&B (1993)
- Y & R (1989)
- Market Research Corporation of America (MRCA) (1975-1987)
- BBD&O (on an occasional basis, 1974-1985)
- Doyle Dane Bernbach: Evaluation of a campaign claim (1980)

- Cunningham and Walsh, Inc. (1978)
- Oxtoby-Smith (selected projects, 1972-1978)
- Gahagan Research Associates, Inc. (selected projects, 1972-1978)
- Professional Marketing Research, Inc. (1977-1978)
- Oxtoby-Smith (selected projects, 1972-1978)
- Applied Communication Research (1974-1976)
- National Analysts (1975-1976)
- Robinson Associates (1969-1975)
- Robinson Associates (1969-1975)
- McConnel Advertising (Montreal), (1974)
- Whittlesey and Partners (1972-1973)

9. Trading Companies, Real Estate Development

- Li & Fung: Business Strategy consulting (1998 to present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Dewey Companies: Marketing and Business Strategy consulting (2003)

## II.  Directorship

- IDT (2005-2008)
- Ecquaria (2001-04)
- Enhance Financial Services (1997 until acquisition by Radian Group, Inc. in 2001)
- Credit 2B (2001)
- CASA – Center for Adaptive Systems Applications Inc. (1999 Until acquisition by HNC in 2000)
- Access Technologies Group, co-founder and chairman (1992-1996)
- Contel Corporation, member of the Board of Directors (1988 Until acquisition by GTE in 1991)
- Reality Technologies, Inc. (1988-until acquisition by SEI Investments in 1990)
- Dover Regional Bank Shares, member of Board of Trustees (1986-1990)
- Shooting Stars, Inc., member of the Board of Directors (1986-1990)
- The Cortlandt Group, Inc., Co-founder and Chairman of the Board of Directors, (1979-1986)

## III.  Illustrative Advisory Boards

- Decision Lens (2005-present)
- QS World University Rankings (2009-present)
- Fung Retailing Group (2013-present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Arshiya (India) (2007-2013)
- Cisco Collaboration Consortium (2009-2011)
- NetXentry (WebForPhone) (2000-2011)
- Mutual Art (2003-2011)
- Ad4ever (2000-2003)

## IV.  Expert Witness: Marketing and Marketing Research Consulting in Legal Cases

- Alschuler, Grossman and Pines: Packard Bell vs. Compaq, 1995-1996
- Arent, Fox, Kitner, Plotkin & Kahn: Marketing research consulting re: Estee Lauder, 1987
- Arnold, Whiite and Dunkee: The Clorox Co. vs. Dow Brands Inc. re: Smart Scrub v. Soft Scrub, 1995
- Arnold & Porter:
  a) Schering v. Pfizer, Perceived sedation of Zyrtec, 2000
  b) Pfizer: Physicians' beliefs concerning prescription antihistamine products in terms of their sedating/non-sedating characteristics 2002
- Baker & McKenzie:
  a) G.D. Searle & Co. and subsidiaries litigation in the U.S. Tax Court, 1982
  b) American Republic Insurance Co. vs. Americare Inc. and American Dental Centers P.C.,

1988
- Berle, Kass and Case: Evaluation of public attitude re: Burlington County Bridge Commission, 1992
- Bilzin Sumberg Attorneys at Law, Lennar Corporation vs. Michael C. Morgan, 2007
- Bingham McCutchen LLP: Sharp Computer v. Dell Inc., 2010
- Maurice Blackburn Cashman Commercial (Australia), Biota Holdings Limited vs. GlaxoSmithKline re. Relenza, 2007-2008.
- Blanchard, Krasner & French, Consulting Re. Aerus, 2006-2007
- The Calorie Control Council vs. FTC re: the Saccharin case, 1979
- Covington and Burling:
    a) The Proprietary Association vs. FTC re: over-the-counter (antacids) drugs, 1979
    b) FTC Staff Report on cigarette advertising investigation 1981-1983 including appearance before congressional committee in hearing on H. R. 1824: "The Comprehensive Smoking Prevention Education Act"
    c) International Telecharge Inc. vs. AT&T, 1992-1994
    d) Dream Team Collectibles vs. NBA Properties (re: Dream Team), 1996
    e) G. A. Modefine S.A. v. Armani.com, 2003-2004
    f) Defence in Class Action Re: IBM REAP Educational Benefit, 2006-
    g) Spirits Int Nv vs. S.S. Taris Zeytin Vezeytinyagi Birliei, Re: Moskovskaya, 2006-2008
    h) Cunningham v. International Business Machines Corp., 2007
    i) QS Wholesale, Inc., v. World Marketing, Inc., 2013
- Cravath Swain and Moore:
    a) Amertech Corporation, *et. Al.* v. Lucent Technologies Corporation [Arbitration], 1997
    b) Louis Vuitton v. Dooney & Bourke, Inc., 2004
- Crude Oil Resellers vs. U.S. Department of Energy Economic Regulatory Administration re: the proposed crude oil reseller price regulations, 1979, including presentation at public hearing
- Darby and Darby. Proctor & Gamble vs. Colgate, Palmolive, and Y&R re: China advertising, 1997
- Davis Polk & Wardwell LLP
    a) P&G and Sanofi-Aventis US vs. Hoffman-La Roche Inc and GlaxoSmithKline, Inc. Re.Boniva, 2007
    b) Procter & Gamble Pharmaceuticals, Inc., and Sanofi-Aventis US LLC, v. Hoffman-La Roche Inc. and Glaxosmithkline, Inc., 2006
- Dechert Price & Rhoads:
    a) The Mutual Assurance Co. vs. American Council of Life Insurance and Health Insurance Association of America (re: The Green Tree), 1983-1984
    b) INC vs. Manhattan, Inc., 1985
    c) Tunis Brothers Co. vs. Ford Motor Credit Co., 1988
    d) Allerest vs. Alleract, 1988-1990
    e) Campbell Soup Co. vs. Conagra, Inc. (Various deceptive advertising cases) 1991-1996
- Department of Justice, Antitrust Division: Consulting in a number of cases since 1996, including Microsoft Network, ski resorts, Echostar's proposed acquisition of DirecTV, and dental supplies
- Dilworth, Paxson, Kalish, Levy and Kauffman: Prince Castle vs. Le-Jo Enterprises, 1977-1978
- Fitzpatrick, Cella, Harper & Scinto:
    a) The Gap, Inc. and Gap (Apparel) LLC v. G.A.P. Adventures, Inc., 2010
    b) American Beverage Corporation and Pouch Pac Innovations, LLC v. DiAgeo North America, Inc., and DiAgeo Americas Supply, Inc. t/d/b/a Captain Morgan Co., 2012
- Forrest, Hainline III, American Pasta Co. vs. New World Pasta Co. (re: "America's favorite pasta"), 2002
- Fulbright & Jahorski: Deere and Co. vs. MTD Holdings, 2003
- Gibson, Dunn, & Crutcher:
    a) Pfizer, Inc. vs. International Rectifier Corp., 1982-1983
    b) Thompson vs. General Nutrition Corp., 1985
    c) New Vector vs. Metro Mobile, 1986;1992
    d) Air Passenger CRS Antitrust Litigation vs. American Airlines, 1987-1990
    e) Quintons/Mahurkar vs. Shiley
    f) McCaffrey vs. Pfizer re: Plax, 1990
    g) The Travel Difference vs. The Time Mirror Co. (LA Times), 1992

- h) Toyota re: class action defense vs. Staples Stillwell on the "destination charge" on Monronery Stickers,1995-1996; 1999-
- i) Hewlett-Packard vs. Nu-Kote Int. Inc., Anti-trust, 1998-1999
- j) LA Cellular AT&T Wireless class action defense, 2002, 2004-
- k) Hewlett Packard defense vs. Staple Stilwell in class action suit re economy cartridge, 2003
- Gold, Farrel & Marks: Miramax Film Corp. vs. Columbia Pictures Entertainment, re: *I Know What You Did Last Summer* (1997)
- Goodwin Procter LLP:
  - a) FTC vs. New Balance re: "made in USA", 1995-1996 [FTC Hearing] and consulting, 1998
  - b) Public Media Center and People of the State of California vs. Tri-Union Seafoods, Delmonte Corp & Bumble Bee Seafoods. Re: Proposition 65 Mercury In Tuna, 2006
  - c) Environmental World Watch, Inc. v. The Procter & Gamble Distributing Co., Los Angeles Superior Court No. BC 338895; Council for Education & Research on Toxics v. McDonald's Corp., et al., Los Angeles Superior Court No. BC 280980; and People of the State of California v. Frito-Lay, et al., Los Angeles Superior Court No. BC 337618, 2007.
- Greenberg Traurig LLP
  - a) Chatham et al v. Sears Roebuk & Co. Re: Craftsman Made in USA, 2007-
  - b) Whirlpool Corp. vs. Sensata Technologies and Texas Instrument, Inc., 2011
  - c) Curt Schlesinger v. Ticketmaster, 2011
  - d) Santamarina , et. al. v. Sears Roebuck & Company, 2012
- Hapgood, Calimafole, Kalil, Blaustein & Judlowe: Merrill Lynch vs. Paine Webber (re. RMA), 1985
- Heller, Ehrman, White, and McAuliffe: Apple Computer Securities Litigation, 1985-1986.
- Herling, Lindeman, Goldstein and Siegal: Roli Boli vs. Pizza Hut, 1997
- Hill, Betts, and Nash: Fender Musical Instruments Inc. vs. E.S.P. Co., 1985
- Howrey, Simon, Arnold & White:
  - a) Sands, Taylor and Wood vs. The Quaker Oats Co. re: Thirst-Aid, 1987
  - b) Syntex, Inc. vs. Schering-Plough Healthcare Products, Inc. re: Femcare, 1992
  - c) Anheuser Busch (re Bud Dry commercials), 1993
  - d) Anheuser Busch vs. Labbatt (re: Ice Beer), 1994-1995
  - e) Anheuser Busch vs. Samuel Adams, 1995
  - f) Anheuser Busch vs. United Guiness Distillers (re: Red Label from Budweiser), 2002
  - g) Nissan North America vs. BMW (re: "Z"), 2002
  - h) Consulting Re: Schering Plough, 2007
- IT&T Continental Baking vs. FTC re. Fresh Horizons advertising, 1977-1978
- Jenner & Block:
  - a) General Dynamics vs. AT&T. re: Antitrust litigation, 1987-1990
  - b) AT&T vs. MCI re: Telemarketing Practices 1990
  - c) Recording Industry Association of America, Re: Adjustment of Rates & Terms for Satellite Digital Radio Services (Copyright Royalty Board), 2006-2008
  - d) In Re: Adjustment of Rates and Terms for Preexisting Subscription Services and Satellite Digital Audio Radio Services before the Copyright Royalty Board, 2007
- Kaye, Scholer, Fierman, Hays & Handler:
  - a) Automated Bread Dist. Corp. vs. General Foods Corp. (Re: Freihofer Baking Co.), 1991-1992
  - b) Zone Perfect Nutrition Co. vs. Hershey Foods Co., 2004
- Kenyon & Kenyon:
  - a) Mead Data Control, Inc. vs. Toyota Motor Sales, U.S. re: Lexis vs. Lexus, 1988
  - b) Hiram Walker and Sons vs. White Rock Distilleries re: Kapala-Kahlua
  - c) America Online vs. AT&T Corp. re: ATT&T's "You Have Mail", 1999
  - d) Twentieth Century Fox Film vs. Marvel Enterprises, Inc. (re: Mutant X), 2002
  - e) Petition for Cancellation of the Registration of the Gakic Mark, 2006
- Kirkland and Ellis
  - a) Kraft Foods Inc. and Capri Sun vs. Minute Maid, 1997
  - b) Time Inc. vs. Peterson Publishing Co. re: Teen vs. Teen People, 1997-1998
  - c) Brach and Brock vs. James River re: Royals candies, 1998-1999
  - d) Hermes vs. Lederer, re: the Kelly Handbag, 1998-2001
- Kirkpatrick and Lockhart: McPalland et al v. Keystone Health Plan Central, Inc. (re: class

certification   of SeniorBlue Customers, 2001-2002
- Kleinfeld, Kaplan and Becker: re: Iron-Kids Bread Package, 1991
- K&L Gates LLP:
  a)  Quia Corp. v. Mattell Inc. and Fisher-Price Inc., 2010.
  b)  Sara Lee Corporation v. Kraft Foods, Inc. and Kraft Foods Global, Inc., 2011
  c)  Sara Lee Corporation v. Kraft Foods, Inc. and Kraft Foods Global, Inc., 2012
- Kramer Levin LLP:  Finjan, Inc.  v. McAffe, Inc., Symantec Corp., Webroot Software, Inc., Websense, Inc., and Sophos, Inc., 2012
- Lee, Toomey, and Kent Pfizer Pharmaceuticals vs. the IRS, 1978-1979
- Lempres & Wulfsberg and Kutak, Rock, & Campbell: Evaluation of Expert Reports, re: International Pharmaceutical Products, Inc., 1985-1990
- Liddy, Sullivan, Galway, and Begler:
  a)  Coopervision, Inc. vs. CTL, Inc. (re: Permatint), 1985
  b)  Johnson & Johnson, Inc. vs. Oral-B Laboratories (re: Minute-Gel), 1987
  c)  Soft Sheen's Care Free Curl vs. Revlon's I of Nature (Trademark), 1986-1987.
  d)  Oral-B Laboratories, Inc. vs. Johnson & Johnson, Inc. (re: Reach Advertising), 1986-
- Locke Lord Bissell Liddell: The Gap, Inc. and Gap (Apparel) LLC v. G.A.P. Adventures, Inc., 2009.
- Lowenstein, Sandler: Princeton Economics Group vs. AT&T (re: class action defense of spirit), 1994-1995
- Maurice Blackburn Cashman Pty Ltd: Biota Holdings Ltd and Anor vs. Glaxo Group Ltd. & Ors. Re: Relenza, 2006-
- Mitchell, Silberberg & Knupp: Stella Foods Inc. vs. Cacique IC, re: Ranchero, 1997-1999
- Morgan, Lewis and Bockius: Scott paper defense in the Turnabout Marketing Case, 1983
- Morison, Cohen, Siner, and Weinstein, Hertz  v. Avis, 1994.
- Morrison & Foerster [and Bingham McCutchen; Arnold & Porter; Goodwin Procter; Greenberg Traurig]
  a)  Prop 65 [Re Acrylanide in Potato Chips and French Fries]: Environment World Watch Inc. v. P&G Distributing Company
  b)  Council for Education and --- on Toxins v. McDonald's Corp
  c)  People of the State of California v. Frito-Lay Inc., 2007-2008.
- Moses & Singer: THOIP (A Chorion Limited Company) v. The Walt Disney Company, 2009-10
- Munger, Tolles and Olson:
  a)  FTC vs. Polygram Holdings et al. re: Three Tenors Case 2001-2002
  b)  Universal vs. MGM (re: Rollerball) 2002
- Odutola Law: Spirits Int. Nv. vs. Distilleries Melville Ltd. Re: Moskovskaya vs. Moskova, 2007-
- Pattishall, McAuliffe, Newbury, Hilliard, & Geraldson:
  a)  S.C. Johnson and Son, Inc. vs. Carter Wallace ("Edge" vs. "Rise"), 1983
  b)  Anheuser Busch vs. Stroh Brewery Co. and vs. Miller and Heillman, (re: LA beer), 1984-1985
  c)  S. C. Johnson and Son Inc., re: L'envie, 1986-1987.
  d)  Shelby Motor vs. Ford, 1988.
  e)  GFA Brands Inc. and Fitness Foods Inc. vs. Canbra Foods Ltd. and Campbell Mithun/Esty, Inc. re Heartlight, 1990-1991.
  f)  AT&T vs. MCI (various deceptive advertising cases) 1991-
  g)  Walt. Disney vs. Good Times, 1993
  h)  Car Freshener Corp. vs. S.C. Johnson and Son, Inc. (re:Glade Plug Ins Air Freshener Design), 1994
  i)  International Telecharge, Inc. vs. AT&T, 1992-1994
  j)  S.C. Johnson and Son, Inc. vs. Avon (re: Skin So Soft) 1996
  k)  GTE Card Services Inc. vs. AT&T, 1996
  l)  SunAmerica Corp. vs. Sun Life Assurance Co. of Canada 1993-1995, 1997-1998 [W.H. Covington and Burling]
  m)  Blue Cross Blue Shield vs. American Medical Association, re: CPT, 1998
  n)  Encyclopedia Britannica, Inc. vs. Britannica Home Fashions, Inc., 1999
  o)  Simon Property Group, L.P. v. mySimon Inc., 2001-
  p)  Montblanc – Simplo Gmblt v. Savonerie et Parfumerie Bernard, 2001
  q)  Old World Industries, Inc. vs. AutoMeter Products, 2002

    r)  JLJ Inc. v. Santa's Best Craft (Christmas tree lights), 2004
    s)  Energy Brands Inc. (Glaceau) vs. Pespico Inc. + South Beach Beverage Co., Inc Re: Sobe Life Water, 2006
    t)  Auto Meter Products Inc. v. Maxima Technologies & Systems LLC, 2007
    u)  Dyson, Inc. v. BISSELL Homecare, Inc., 2012
    v)  Select Comfort Corp. vs. The Sleep Better Store (2013)
- Paul, Weiss, Rifkin, Wheaton and Grasser:
    a)  Revlon vs. L'OREAL re: Colour Endure Commercials 1995
    b)  Revlon vs. Cover Girl self-renewing lipstick advertising, 1996 [NAD]
    c)  Castrol vs. Penzoil (re comparative advantage) 2008.
- Pepper, Hamilton and Scheetz:
    a)  Del Monte Corp. vs. Sunkist Growers, Inc. Arbitration, 1990-1991
    b)  Sun Oil Company defense against class action certification, 1996-1997
- Pennie & Edmonds IT&T Continental Baking (C&C Cola): defense against Coca Cola re: C&C Cola, 1978
- Pillsbury, Madison & Sutro: Consulting re:
    a)  Thrifty Rent-A-Car vs. Elder, 1991-1992
    b)  Green Giant American Mixtures, 1994
    c)  Chrysler Corp. vs. Replacement Sheet Metalparts Distributors, 1992-1993
- Pillsbury Winthrop LLP
    a)  Mulligan v. Pacific Bell Telephone Co. (inside wiring), 2004
    b)  State of California vs. Tri-Union Seafoods, et al. (Canned Tuna, Proposition 65)
- Quinn Emanuel:
    a)  Louis Vuitton Malletier, S.A. v. Hyundai Motor American, 2011
    b)  Moldex-Metric, Inc. v. McKeon Products, Inc., 2012
    c)  Apple, Inc. vs. Samsung Electronics Co. Ltd., 2012
- Rogers and Wells [and the Italian Trade Commission], re: Italian pasta dumping case, 1996
- Sidley and Austin:
    a)  Industrial Gas litigation, 1986
    b)  Land O'Lakes, Inc. vs. Bakers Franchise Ltd., 1987
    c)  Ultramar, Inc. vs. CITGO Petroleum Corporation, 1997
    d)  AT&T vs. US West Communications, re: US West advertising, 1998
- Sills, Cummis, Zuckerman, Radin, Tischman, Epstein and Gross: E.R. Squibb and Sons, Inc. vs. Stuart Pharmaceuticals, 1991.
- Skadden, Arps, Meagher, & Flom:
    a)  American Home Products vs. Beecham re: Delicare commercials, 1986
    b)  Tambrands, Inc. vs. Warner-Lambert Co. re: EPT commercials, 1986-1987
    c)  Beecham Inc. vs. Yankelovich, Clancy, Shulman and Saatchi & Saatchi Holdings, Inc., re: projections for Delicare, 1986-1988
    d)  American Express vs. MasterCard re: Goldcard, 1988
    e)  Challenge to the networks by Sterling Drug re: Bristol Myers Tribuffered Bufferin commercials, 1988
    f)  Challenge by Dow Brands, Inc. of the TV advertisement for Reynolds Metals Company's "SURE-SEAL" food storage bags, 1989
    g)  Anheuser-Busch Company vs. Coors Brewing Company (various deceptive advertising cases) 1991-1993
    h)  R.H. Donnelley vs. Sprint Publishing and Adv. Inc., re: Sprint Yellow Pages, 1996
    i)  Anheuser Busch vs. Boston Beer re: A-B advertising [NAD], 1997
- Spirits International BV: N.V. vs. S.S. Taris Zeytin, Opposition No. 91163779 before the Trademark Trial and Appeal Board, 2006
- Steptoe & Johnson LLP: DirectTV Inc. and EchoStar Satellite LLC v. William W. Wilkins,Tax Commissioner of Ohio 2006-2007
- Sullivan & Cromwell: Remington Rand Corp. vs. Amsterdam-Rotterdam Bank N.V., 1991
- Van Hagey & Bogan, Ltd.: Consulting re: The Quaker Oats Co, 1991
- Vinson & Elkins LLP: Wal-Mart Stores, Inc. v. GFA Brands, Inc., 2009.
- Weil, Gotshal and Manges:
    a)  Johnson & Johnson vs. SmithKline Beecham, Re: Tums Advertising, 1991

    b) Schering-Plough Healthcare Products vs. Johnson and Johnson, Inc. re: Neutrogena Chemical-Free Sun Block, 1996

    c) Pharmacia Corp. vs. Glaxosmith Kline Consumer Healthcare (re: NicoDerm advertising), 2002-2003

    d) Priceline.com re: NAD, 2003

- White & Case:
  - a) Trovan Ltd. and Electronic Identification Devices vs. Pfizer Inc. re: Trovan's trademark, 1999
  - b) Frederick E. Bouchat vs. Baltimore Ravens, Inc. and NFL Properties Inc., (re: the Ravens Logo), 2001-2002
  - c) Oakland Raiders vs. TBB and NFL, 2003 [with Bingham McCutchen]
- Whiteman, Breed, Abbott & Morgan:
  - a) Pepsi Cola Company: Defense against Coca Cola Co. re: The Pepsi Challenge, 1978; 1981; 1995 [Mostly with the NAD]
  - b) Burger King Comparative Advertising Campaigns vs. McDonald's and Wendy's, 1982-1990
- Winston & Strawn, LLP
  - a) Verizon Directories Corp. vs. Yellow Book USA, Inc., 2004
  - b) Merix Pharmaceuticals vs. GlaxoSmithKline, Re: Releev, 2006
  - c) Dyson Technology Ltd. vs. Maytag Corp., 2006-2007
  - d) Procter & Gamble Co. vs. Ultero Inc. 2007
  - e) Dyson Technology Limited v. Hoover, Inc. and Maytag Corp., 2007
  - f) GlaxoSmithKline Consumer Healthcare LP v. Merix Pharmaceutical Corp, 2007
  - g) Doctor's Associates Inc. vs. QIP Holders LLC & iFilm Corp.: Subway vs. Quiznos, 2008
  - h) LG Electronics USA, Inc. v. Whirlpool Corp., 2009.
  - i) The Scotts Company LLC v. Central Garden & Pet Company and Gulfstream Home & Garden, Inc., 2009.
  - j) Dyson, Inc., v. Oreck Corporation, Oreck Holdings, LLC, Oreck Direct, LLC, Oreck Merchandising, LLC, Oreck Sales, LLC, Oreck Homecare, LLC, and Oreck@Home, LLC 2009.
  - k) LG Electronics USA Inc. v. Whirlpool Corporation, 2010.

## V. Illustrative Marketing Research Clients:

1. Air Canada (1973*)
2. American Cyanamid (1972-1973)*
3. Atlantic Richfield Company (1971-1972)*
4. Bankers Trust Company (1973-1974)*
5. BBD&O (1974-1982)
6. Bell Telephone Company of Pennsylvania (1974;1977)
7. Bissell, Inc. (1969-1971)*
8. Bristol Myers Squibb (1998-2005)
9. Brown & Williamson Tobacco Corp. (1978-1979)
10. Bureau of Newspaper Advertising (1974)*
11. Campbell Soup Company (1972-1973)*
12. CBS (1972)
13. Chrysler (via BBD&O) (1975-1978)
14. Clorox Company (1975-1976)
15. Colonial Penn Group, Inc. (1973-1979)
16. Commercial Union Assurance Companies (1974-1975)
17. Connecticut Bank and Trust Company (1972)*
18. Downe Publishing, Inc. (1972-1973)
19. Eastman Kodak Company (1973)*
20. Edward D. Jones (1985-1987)
21. E.F. Hutton (1981-1984)
22. First Pennsylvania Banking and Trust Company (1971-1972; 1974-1975)*
23. General Electric (via BBD&O 1977) (1982)
24. General Foods Corporation: the Jell-O and Kool-Aid divisions and various departments of the corporate product development division (1969-1972)*
25. Geometric Data (1981)

26. International Air Transport Association (1973-1975)*
27. International Harvester Company (1975)
28. International Harvester Credit Corporation (1973-1974)*
29. IT&T Continental Baking Company (1972-1978;1982)
30. Lever Brothers Company (1971-1973)*
31. Marriott Corp. (1982)
32. Modern Medicine (1970)*
33. MRCA (1975-1987)
34. Pacific Bell (1981-1982)
35. Pepsi Cola (1981)
36. Pfizer Pharmaceuticals, Inc. (1975-1990)
37. Pillsbury (1975)
38. Pioneer Electronics of America (1978)
39. RCA Computer Division (1972)*
40. Sears Roebuck & Company (1972-1973)*
41. SEI Investments (1988-present )
42. Singer (1973)
43. SmithKline and French (1971)*
44. Snelling and Snelling, Inc. (1973-1974)
45. Sterling Drugs (1985-1986; 1990-1992)
46. Stroh Brewery Company (1970)*
47. Sun Oil Company (1972)*
48. Syntex Laboratories, Inc., (1976-1977)
49. The Wool Bureau, Inc. (1975)
50. Twentieth Century Fox (via the Data Group, Inc.) (1972)
51. UNICOM (1973)
52. U.S. Dept. of Commerce, Office of Telecommunications (1972)
53. Western Airlines (via BBD&O) (1979)

The research projects designed and conducted for these firms covered variety of consumer and industrial marketing problems including product positioning and market segmentation, new product development, generation and evaluation of new products, and promotional concepts. Projects with * were conducted via Robinson Associates.

## VI. Illustrative Marketing Research Program Evaluation and Redesign:

1. Bristol Meyer Squibb: Redesign of the Marketing Research function and various research and modeling procedures (1999-2002)
2. Brown and Williamson: copy and concept testing (1978-1979)
3. Colonial Penn: all aspects of research (1973-1980)
4. IT&T Continental Baking: copy and concept testing, segmentation studies (1972-1978)
5. Pfizer Pharmaceuticals: image studies, new product selection models, etc. (1975-1990)
6. R.J. Reynolds Tobacco: new product development system (1979-1980)

## VII. Illustrative Intra-Company Marketing Strategy (and Marketing Research) Workshops:

Estee Lauder (2012 to present)
SEI Corperation (1990 to present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1. American Medical International (1978)
2. Amoco Fabrics Co. (1984; 1988)
3. ARA (1983)
4. Associacion Mexicana de Ejecutivos en Planeacion (1979)
5. AT&T (1972-1978)
6. Atlantic Richfield Company (1971)
7. Bank of East Asia (2005)
8. BBD&O (1974-1983)

9.   Bell Atlantic (1983)
10.  Bell Canada (1980)
11.  Black and Decker (1981)
12.  Bristol Myers Squibb (1998)
13.  Campbell Soup (1972)
14.  Career Futures, Inc. (1975)
15.  Certain-Teed Corporation (1983)
16.  Colonial Penn Group (1975-1980)
17.  Computer Science Corporation (1975)
18.  Contel (1989)
19.  Daymon (2004)
20.  Deutsche Bank (2004)
21.  Di Giorgio Corp (1980-1981)
22.  Edward D. Jones & Co. (1983)
23.  E.F. Hutton (1979-82)
24.  Ethicon, Inc. (1979)
25.  General Foods (1970)
26.  Gray Advertising, Inc. (1977)
27.  IBM – Applied Business Systems (1988)
28.  Intermountain Health Care, Inc. (1978)
29.  International Harvester (1974-1975)
30.  ITT Water Technology Group (2004)
31.  Li & Fung (2005)
32.  Los Angeles Times (1993)
33.  3M's Marketing Council (1986)
34.  Machinist Publishing Co., Ltd., Japan (1977)
35.  Miles Laboratories Ltd., Canada (1973)
36.  MRCA (1978)
37.  New York Telephone Company (1976)
38.  Pfizer Pharmaceutical, Inc. (1975-1987)
39.  Phillips Petroleum Company (1992-1993)
40.  The Pillsbury Company (1976)
41.  Rhodia, Brazil (1979)
42.  Schlachman Research, U.K. (1975)
43.  SmithKline & French (1970)
44.  Spectra-Physics (1983)
45.  Standard & Poors (1998)
46.  Syntex Laboratories, Inc. (1976)
47.  Tektronix, Inc. (1978)
48.  The Bunge Group (1982) Spectra-Physics (1983)
49.  The Clorox Company (1975)
50.  The Executive Forum (1979)
51.  Unilever, U.K. (1975)
52.  Union Mutual (1981)
53.  Wyeth International Ltd. (1980)
54.  Xerox (1981)

**VIII.  Selected International Consulting**

Li & Fung, Hong Kong: Business Strategy (1998 to preent)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1.   UNIG, Singapore, Business Strategy (2000)
2.   Hakuhodo, Japan: Design of a 21st Century Advertising Agency (1993-1997)
3.   Wickes, plc., UK: Marketing and business consulting (1988-1996)
4.   McKinsey, Milan: New Developments in Marketing Strategy, Research, and Modeling (1988)
5.   Bunge Group, Brazil: Marketing planning (1982-1986)
6.   Meridian Group U.K.: Marketing and Business Strategy (1985-1986)
7.   Sunstar, Japan: Marketing and Business Strategy (1985)

8. P.E. Consulting Group, South Africa: Strategic planning & Marketing Consulting and Conducting Executive Seminars (1982)
9. Bell Canada, Canada: Market Segmentation Study (1979-1981)
10. Cooperative de Seguros de Vida, Puerto Rico: Design of a marketing planning system (1980)
11. Discount Bank, Israel: Marketing planning (1980)
12. Bank Leumi Ltd., Israel: Marketing planning (1978)
13. Fuji electric, Japan: Design of a management planning process (1977)
14. Koor Industries, Israel: Designing and organizing the marketing function for the corporation's 34 companies (1968-1969)

## IX. Consulting to Government Agencies

1. FinCen/BENS project on Terrorist Financing, 2003-2004
2. U.S. AIR FORCE: Evaluation of the Air Force resource allocation procedure (1980-1981)
3. CANADIAN GOVERNMENT: Industry, Trade & Commerce Design and execution of a study for evaluation of the U.S. market potential for selected Canadian medical diagnostic and therapeutic products (1980-1981)
4. U.S. PATENT AND TRADEMARK OFFICE: Designing a strategic planning system (1981)
5. NASA: Evaluation of NASA's IAC's 1976 advertising campaign and recommendations for its future advertising and marketing strategy (1977)
6. ISRAEL DEFENSE MINISTRY: Analyze and evaluate the marketing system of the Administered Areas (Arab territory prior to the 6-Day War). The findings and recommendations of this study were submitted in classified report to the Israeli Defense Ministry (1968-1969)

## X. Consulting/Advising to Research Organizations

1. Member of the advisory committee of the Diebold Institute study of the impact of public policy on entrepreneurial startup companies: the U.K. and U.S. in biotech and IT, (1998 -2000)
2. Institute of Business and Economic Research, University of California, Berkeley. Consultant on the Coping Behavior (an empirical study of the consumer-technology interface) project, sponsored by the National R&D Assessment Program, NSF. (1976-1981)
3. Pennsylvania Science and Engineering Foundation, Temple University/Applied Communication Research, Inc. Research consultant for design, analysis, and evaluation of an NSF (Office of Science Information Services) sponsored project concerning the design and evaluation of experiments for the marketing of scientific and technical information services. (1974-1977)
4. EDUCOM: Inter-university Communications Council, Inc. Participant in an interdisciplinary seminar to identify and measure special interest audiences for public television. (1974)
5. The John and Mary R. Markle Foundation.
6. Participated in a workshop for design of "Quality Ratings of TV Programs." (1979)
7. Participated in the design of a study on special interest audiences. (1975)
8. Marketing Science Institute Consultant from February 1967 to December 1968. Conduct and plan research projects primarily in the areas of industrial buying behavior, advertising, and international marketing.
9. Marketing Science Institute U.S. Department of Agriculture Study Group on Marketing Performance Principle investigator, March-December 1968. Developed a model for the evaluation of the performance of the U.S. marketing system.
10. Management Science Center University of Pennsylvania Senior staff member September 1967 to July 1968. Engaged in the development of a marketing model for Anheuser-Busch.

## 4.   UNIVERSITY ACTIVITIES

I. <u>University of Pennsylvania, The Wharton School</u>

**A.  Program Development**

1. <u>The Wharton Fellows</u>
   Master classes designed and directed included:
   - November 27-December 12, 2000: Philadelphia: Transformation Leadership
   - January 7-January 12, 2001: Silicon Valley: Transformation Leadership
   - February 18-February 24, 2001: Barcelona: Transformation Leadership
   - March 15-March 17, 2001: Philadelphia: Transformation Leadership
   - May 6-May 12, 2001: Philadelphia, Wharton: Transformation Leadership
   - June 3-June 9, 2001: Barcelona/Helsinki: Transformation Leadership
   - July 8-July 14, 2001: Silicon Valley: Transformation Leadership
   - March 17-March 22, 2002: CEO Forum: Transformation Leadership
   - April 21-April 25, 2002: Silicon Valley/San Francisco: Transformation Leadership
   - June 9-June 11, 2002; Munich
   - November 3-November 8, 2002: Foundations I: Philadelphia
   - January 5-January 9, 2003: Foundations II: San Francisco: Transformation Leadership
   - September 7-September 9, 2003: Top Line Growth in Turbulent Times: Philadelphia
   - January 7-January 9, 2004: Success: What's Next?: Seattle
   - April 25-April 28, 2004: Milken & the Media: Los Angeles
   - June 1-June 8, 2004: Leveraging Japan: Tokyo; China: Transformation from the Inside: Shanghai
   - November 12-November 14, 2004: Toward a New Europe: Prague, Czech Republic
   - December 12-December 14, 2004: Merger, Acquisition and Renewal: New York
   - March 6-March 9, 2005: Market & Sourcing Opportunities in India: Mumbai & Bangalore, India
   - June 26-June 28, 2005: Working with Government, Washington D.C.
   - November 22-November 27, 2005: Design, Innovation and Strategy: Copenhagen, Denmark/Milan, Italy
   - December 4-December 6, 2005: Opportunities in Latin America and the US Hispanic Markets: Miami
   - March 5-March 7: What's Next? Silicon Valley
   - June 4-June 6: Islam and the West: Istambul
   - February 25-February 27, 2007: Managing in an Evolving World, Philadelphia
   - May 21-May 23, 2007: Globalization Revisited, Shanghai
   - October 14-October 16, 2007: The Next Big Thing, Silicon Valley
   - January 9-11, 2008: Innovation, Customer Insights and Creative Growth Strategies, with David Reibstein, Las Vegas.
   - April 6-8, 2008: Creativity and Innovation, with Karl Ulrich, Philadelphia.
   - October 11-15, 2008: Islam and the West: Insights and Opportunities, with Bulent Gultekin, Dubai.
   - May 17-19, 2009: Philadelphia: Finding Opportunity in Times of Economic Crisis
   - October 25-27, 2009 Washington DC: Opportunities in Times of Crisis: The Changing Relationship between Business and Government
   - June 6-10, 2010: China: Insights and Opportunities, Shanghai, China.
   - October 8-12, 2010 Israel: The Holy Land of Innovation and Entrepreneurship
   - May 2-4: Lessons for profitable growth: New York
   - February 20-22, 2011 Philadelphia: What's Next in Management Disciplines and Business Transformation?
   - October 9-11, 2011 Buenos Aires: Argentina: Insights and Opportunities
   - October 13-15, 2011 São Paulo: Brazil: Insights and Opportunities
   - October 14-17, 2012 Philadelphia, PA:  Innovation and Growth
   - July 14-17, 2013  Silicon Valley, CA:  The Next Big Thing

2. The MBA X-Functional Integration Initiative (2003-2005)
3. A number of Executive Development Programs including :
   - Winning in the Next Millennium: Strategies for Driving Change: Initiator and Director, December 1998.
   - Wharton on the New Reality of Business: Co-Academic Director with Bob Mittlestaedt, December 2001.
   - IDC's MBA @ Wharton Program, 2003-2004; October 2007, 2008, 2009, 2010 (co-director with Ziv Katalan); 2011-2012 (co-director Jehoshua Eliashberg)
   - IESE / CEIBS Global CEO Program: A Transformational Journey (co-director David Heckman), 2012 and 2013
   - LinKS @Wharton, 2007, 2008, 2009, 2010, 2011, 2012 and 2013
4. The e-Curriculum R&D Initiatives. Initiator/Chair of the Committee that designed the new program platform and the e-Curriculum R&D Initiatives (1999-2000) and continued direction and reinvention of the program.
5. The Advanced Management Program (AMP) Design Team (1998).
6. Wharton's Information Management Initiatives (1998-1999). Founder and co-chair (with Paul Kleindorfer) of its faculty council.
7. The Revised MBA Curriculum (1990-1991). Chaired the committee that developed the new curriculum.
8. The SEI Center for Advanced Studies in Management, founding Director. Develop and direct all Center activities and chair its faculty council, 1988-.
9. The Joseph H. Lauder Institute of Management and International Studies, founding Director and chairman of its faculty council. Designed and directed all the Institute's programs, including the establishment of the Institute MBA/MA program which admitted its first class of 50 students in May 1984, February 1983-July 1988.
10. Wharton International Forum. Initiated and designed the original program and chairman of its faculty council, 1987-1998.
11. Wharton Ph.D. with M.A. in International Studies. Initiated the joint program, 1988.
12. Wharton Center for International Management Studies (renamed as the Wurster Center, 1988) founding director. Designed/directed all the Center's activities aimed at the stimulation of international research at Wharton and the internationalization of the faculty and programs, 1980-1983.
13. The Wharton/SIA (Security Industry Association) Marketing Program. Initiated and designed the program which held sessions on April 1982 and November 1982.
14. The Wharton Recanati Multinational Marketing and Management Program, Co-founder, 1978.
15. The Wharton Executive MBA (WEMBA) program, chaired the committee that developed the program, 1974.
16. Marketing Programs, participated in the redesign of the marketing MBA programs, 1970; Ph.D. 1971; and Undergraduate, 1973 and 1981; including the initiation of The Wharton Dual MBA Major in Marketing/Multinational Enterprise.

**B. Courses Developed and Taught**

a. Developed (courses developed by me are indicated by an *), modified and taught courses and seminars in:
   Advertising Management (MBA)
   Channel Management (MBA)
   Communication Processes in Marketing* (MBA)
   Consumer Behavior* (MBA and Ph.D.)
   Creating an e-Business (MBA)*[A binational e-course to Wharton and IDC students)
   Creativity* (MBA)
   Health Care Marketing* (MBA)
   Industrial Marketing* (MBA)
   Integrating Marketing and Operations* (MBA) [developed jointly with P. Kleindorfer]
   Interactive Marketing in the Age of the Empowered Consumer (MBA)*
   International Marketing* (MBA)

Marketing Management (MBA)
Marketing Methods and Applications for Business Consulting* (MBA) [with P. Green]
Marketing Research (MBA and Evening School)
Marketing Strategy (WEMBA*, MBA)
Multinational Management
Necessity and Experimentation: Lessons from Israeli Innovation: Global Modular Courses
Planning Marketing Strategy Projects (MBA)
Product Policy* (MBA)
Promotion Policy (MBA)
Research Seminar (MBA and Undergraduate)

b. Course head: MBA advanced study project (1967-1968, 1974-1979), Marketing Management for non-majors (1967-1968, 1970-1971), the MBA Core Marketing Management Course (1970-1971, 1971-1972), Marketing Strategy Seminar (1974-1975)

c. Guest lecturer in various departments of the Wharton School including the Multinational Enterprise Unit, the Leonard Davis Institute of Health Economics, the Management Department, Management of the Arts Program, Decision Science, Public Policy and Management.

C. **Executive Education Programs at the University of Pennsylvania – Illustrative Sessions**

1) **Creativity and Innovation**

- "Creativity," Advanced Management Program, June 26, 2013.
- "Creating a Creative Organization," Master Class Wharton Alumni Forum, Tokyo, May 25, 2013
- "Lessons from Art and the Secrets of Creativity," Global CEO Program: A Transformational Journey, March 14, 2013
- Enhancing Your Personal Creativity and Challenging your Mental Models," Comcast Women in Leadership, February 21, 2013

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creativity," AMP, June 27, October 29, 2012
- "Lessons from Art and Guidelines for Creating a Creative Organization," Aresty IESE/CEIBS Global CEO Program, March 23, 2012.
- "Israel Innovation for Global Social Impact:  Accomplishments and Opportunities," Wharton Global Webinar, February 3, 2012.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Challenge of Creativity," AMP, June 20, 2011.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creative Thinking and Action," and "Competing in a Flat World in a Time of Crisis," FirstCaribbean Leadership Programme, December 8, 2008.
- "Creative Thinking and Action," Toyota Executive Development Program, July 21, 2008
- "Creative Thinking and Action," (3 Sessions) Toyota Executive Development Program, July 21, 2008.
- "The Innovation Challenge," (2 Sessions) Raytheon Executive Leadership Development Program, June 9, 2008..
- "Wharton Fellows Philadelphia Master Class: Innovation and Creativity," Wharton Fellows, April 6, 2008.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creative Thinking and Action," FirstCaribbean Leadership Programme, November 19, 2007.
- "Innovative Approaches to the Design of Strategy," LinKS @ Wharton, November 11, 2007.
- "Creative Thinking and Action," Toyota Executive Development Program, September 17, 2007.
- "Innovation Strategies for Profitable Growth," Wharton Fellows Philadelphia Master Class *Managing in an Evolving World*, February 27, 2007.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Advances in Innovation Management and New Product Innovation," LINKS @ Wharton, August 26, 2006.
- "Advances in Innovation Management and New Product Innovation," Quad-C Executive Session, July 10, 2006.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creativity – A Must for Marketing Success," back-to-class session at the 2005 Wharton Marketing Conference, October 28, 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Enhancing Creativity and Innovation," The Wharton e-Fellows I Program, March 2001.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creativity and Innovation," in Wharton Workshop on Creativity and Knowledge Creation, April 1999.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Innovation and New Product and Business Development," CEO Circle, May 10, 1996.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

2) **Challenging your Mental Models**

- "Mental Models:  Power of Impossible Thinking," Global Leadership Fellows Program, July 8, 2013. "Challenging the Mental Models of Advertising and Marketing," Google Marketing Academy Module 2, June 6, 2013.
- "Challenging Your Mental Models," Global CEO Program, March 11, 2013
- "Challenging Your Mental Models," ," LinKS NEXT in Line Module 2:  Achieving Global Lead & Global Projects- Listen Louder, January 31, 2013
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging and Changing your Mental Models," IDC@Wharton W12, October 19, 2012
- "Challenging Your Mental Models of Innovation and Growth," Wharton Fellows Philadelphia Master Class, October 15, 2012
- "Challenging your Mental Models," Links: Winning the Right to Serve, Septermber 20, 2012
- "Challenging Your Mental Models," Cheil Worldwide Global Marketing Program, August 20, 2012
- "Mental Models: The Power of Impossible Thinking," Global Leadership Fellows Program World Economic Forum, July, 11, 2012
- "Challenging Your Mental Models," LinKS Next in Line Program, June 22, 2012.
- "Challenging Your Mental Models," Estee Lauder Companies, William P. Lauder Brand Equity & Business Symposium, May 1, 2012.
- "Challenging Your Mental Models," IESE/CEIBS Global CEO Program, March 19, 2012.
- "Challenging Your Mental Models," Estee Lauder Companies Finance Forum, March, 5, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Lesson From Art & Challenging Your Mental Models," Daimler Advanced Executive Program For Vice Presidents, December 6, 2011.
- "Challenging Your Mental Models," LinKS Next in Line @ Wharton, November 10, 2011.
- "Challenging your Mental Models," IDC @ Wharton, September 19, 2011.
- "Challenging Your Mental Models," LinKS@Wharton WWI, September 15, 2011.
- "Challenging Your Mental Models," WEF Wharton Global Leadership Fellows Program: Personal Power and Influence, July 13, 2011.
- "Challenging Your Mental Models: The What, Why, How and Beyond," IBM Wharton Executive Forum, July 11, 2011.
- "Challenging your Mental Models,"  Wharton & Citi Asia: Leadership Program, June 21, 2011.
- "Challenging Your Mental Models," PMA BP CFO Executive Module 3, May 9, 2011.
- "Challenging Your Mental Models, Tyco Electronics Leadership Development Program, February 28, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models", Tyco Electronics Leadership at Wharton, November 16, 2010.
- "Challenging Your Mental Models", IDC at Wharton, October 18, 2010
- "Challenging your Mental Models," 10th LinKS Wharton Program, June 9, 2010
- "Challenging Your Mental Models," LA CEO Global Program, May 6, 2010.
- "Challenging your Mental Models," Tyco, February 4, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging your Mental Models," IDC/CEIBS@Wharton, October 15, 2009.
- "Challenging Your Mental Models," LinKS@Wharton, June 10, 2009.
- "New Mental Models for Capitalizing on Opportunities in Times of Crisis," LinKS@Wharton, June 10, 2009.

- "Challenging Your Mental Models," Latin America CEO Program, April 27, 2009.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Challenging Your Mental Models," ConvaTec, December 16, 2008.
- "Challenging Your Mental Models," ConvaTec, November 12, 2008.
- "Challenging Your Mental Models," linKS @ Wharton, October 27, 2008.
- "Islam and the West: Challenging Your Mental Models," Wharton Fellows Dubai Master Class, October 12, 2008.
- "Challenging Your Mental Models," Wharton Fellows, April 6, 2008.
- "Philadelphia Master Class: The Power of Impossible Thinking," Wharton Connect, April 3, 2008.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Challenging Your Strategic Thinking," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "The Power of Impossible Thinking," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "Challenging Your Mental Models," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "Challenging Your Mental Models," LinKS @ Wharton, November 12, 2007.
- "The Power of Impossible Thinking," Wharton Connect, November 1, 2007.
- "The Power of Impossible Thinking and Global Strategic Management," CEIBS @ Wharton, June 18, 2007.
- "Challenging Your Mental Models," Estée Lauder Companies General Management Program, January 28, 2007

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Challenging Your Mental Models," Wharton's Business Initiative re: Building Winning Profitable Organization in Professional Team Sports, March 19, 2006.
- "The Power of Impossible Thinking," Wharton Staff Workshop, September 12, 2006
- "Creative Thinking and Action," Toyota Executive Development program, September 26, 2006.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The Power of Impossible Thinking," A Wharton Fellows Dinner Event, Kuala Lumpur, March 2005.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Growth Strategies and New Mental Models," Wharton Fellows, August 2003.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Capturing Opportunities and Developing New Mental Models," Wharton on the New Business Reality, December 2001.

## 3) Transformation and Growth

- "Profitable Growth Stratgies," Links: Winning the Right to Serve, September 20, 2012

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Business Models of the Future," 10th LinKS Wharton Program, June 9, 2010.
- "Creating a New Business Paradigm," LA CEO Global Program, May 10, 2010.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Opportunities In Times of Crisis," Wharton Fellows, May 17, 2009.
- "Opportunities In Times of Crisis and Recession," Knowledge@Wharton Advisory Board, May 14, 2009.
- "Opportunities In Times of Crisis and Recession," Knowledge@Wharton Advisory Board, May 14, 2009.
- "Progress, Problems, and Prospects," Wharton Fellows, May 12, 2009.
- "Creating a New Business Paradigm," Latin America CEO Program, April 27, 2009.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Stretch Objectives, Synthesis and Strategy," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "Expand Customers, Value Creation and Diabetic Pathways," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "Integrating Strategies and Leveraging Synergies," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "The Evolving World," LinKS @ Wharton, November 12, 2007.

- "The Evolving World," Wharton Fellows Philadelphia Master Class, February 27, 2007.
- "Leadership Challenges in the Pharmaceutical Industry," TEVA Israel *Leading Your Business*, June 28, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "A View from the Top: The Perspective of the Enlightened CEO," Wharton Executive Leadership Program for AICPCU, April 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Strategy Discussion with Telenet's Top Management, March 11, 2003.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Organizational Change: Problems, Progress, and Prospect," Price-Waterhouse-Coopers Strategy Master Class, July 26, 2002.
- "Capturing Business Opportunities in a Changing World," SIA Institute, 50th Anniversary Program, March 2002.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Winning in the Next Millennium, "Driving Change," 1998.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Stennis Congressional Fellows Program at Wharton, "Driving Change: Creating Winning 21st Century Organizations," 1997.

- "Management in the 21st Century," Wharton AMP, September 1989, Philadelphia, PA.

## 4)  Marketing and Branding

- "Global Branding Strategy," Brand Leadership: Strategies for Driving Growth in a Global Marketplace, June 5, 2013. Philadelphia, Pennsylvania.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Towards a New Marketing Paradigm," IDC@Wharton November 25, 2012
- "Rethinking Your Marketing Strategy," Aresty IESE/CEIBS Global CEO Program, March 19, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing and Business Strategies in the Age of the Empowered Consumer," IDC @ Wharton, September 19, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Rethinking Marketing Strategy," LA CEO Global Program, May 14, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Reinventing Marketing," IDC/CEIBS@Wharton, October 21, 2009.
- "Opportunities in Reinventing Marketing," Wharton Fellows, May 18, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Is Marketing Driving Your Business Strategy?," The Conference Board 2008 Marketing Excellence Conference, November 13, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Destroy Your Brand, "Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Market-Driven Organization," AICPCU and IIA Advanced Executive Education, Wharton, September 10, 2003.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Driven Strategies in a Global Economy," IBM's Managing Director's Executive Development Program, February 13, 2002.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Impact of the e-Bus Revolution on the Marketing Discipline," Wharton Fellows in e-Business, The Impact on the Discipline, December 2000.
- "World Class Marketing: Implications for Spencer Stuart," The Wharton/Spencer Stuart Leadership Assessment Program, June 2000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Strategy in the Global Information Age," AMP Program, October 1997.
-  "Segmentation and Positioning for Sales Force Effectiveness," Sales Force Management, Wharton Executive Education, March 1997.
- Sales Force Management Program, "Segmentation and Positioning for Sales Force Effectiveness,"

1987, 1990, 1997.

------------------------------------------------

- "Marketing in the Pharmaceutical Industry: Emerging Challenges and Opportunities," Keynote Address, Healthcare Marketing and Communications Council and Wharton Executive Education, Wharton School, April 8, 1996.

------------------------------------------------

- "Marketing 2000," AIMSE/Wharton Investment Institute, January 13, 1995.

------------------------------------------------

- "Pharmaceutical Marketing: Emerging Challenges and Opportunities," Pharmaceutical Advertising Council and Wharton Executive Education Conference on Reengineering Pharmaceutical Marketing, February 25, 1994.

------------------------------------------------

- "Marketing Strategy" in the J&J-Wharton Fellows Program in Management for Nurses, 1983, 1984, 1985, 1986.
- AMA International Conference Workshop, Philadelphia, June 1978.
- Marketing Strategy, AMP – Advanced Management Program, 1988-91; 1997-1998.

### 5) The Network Challenge

- "Network Orchestration," Global CEO Program, March 13, 2013
- "Network Orchestration in a Flat World," ," LinKS NEXT in Line Module 2:  Achieving Global Lead & Global Projects- Listen Louder, January 31, 2013

------------------------------------------------

- Governance and Orchestration in a Flat World," Links: Winning the Right to Serve, September 20, 2012

------------------------------------------------

- "Orchestration in a Flat World," LinKS Next in Line @ Wharton, November 10, 2011.
- "Organizational Networks for Effective Competition in the Flat World, Leadership Development Program at Wharton, February 28, 2011.

------------------------------------------------

- "Organizational Networks for Effective Competition in the Flat World", Tyco Electronics Leadership at Wharton, November 16, 2010.
- "The Network Challenge," SEI Executive Network, June 28, 2010.

------------------------------------------------

- "Business Models of the Future: Orchestrating Alliances," LinKS@Wharton, June 10, 2009.
- "Global Economic Crisis," Latin America CEO Program, April 26, 2009.

------------------------------------------------

- "Competing in a Flat World," Wharton Fellows, February 26, 2008.

------------------------------------------------

- "Network Orchestration," Network-Based Strategies & Competencies Workshop, May 3, 2007.

### 6) Future of Advertising Program

- "Creating an Agile and Innovative Organization: Lessons from the FoA Program," Strategic Agility & Innovation Workshop, June 17, 2013
- "Facebook Roundtable," Wharton Future of Advertising, January 18, 2013

------------------------------------------------

- "Challenging your Mental Models of Advertising,"  Havas University Leadership Excellence Program, September 20, 2012
- "The Future of Advertising," Cheil Worldwide Global Marketing Program, August 30, 2012

------------------------------------------------

- "The Future of Advertising," Havas/Euro University Leadership Excellence Program, October 4, 2011.
- "The Future of Advertising," Cheil Worldwide, Global Marketing Program, September 6, 2011.
- "Challenging Your Mental Models of Advertising," Austrian Executive "Future of Advertising" Program, March 7, 2011.
- "Insights from The Wharton Future of Advertising Project"  Wharton Fellows at the Conference

Board: Philadelphia Master Class, January 20, 2011.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The Future of Advertising", Havas/Euro University Leadership Excellence Program, October 26, 2010.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The Future of Advertising is NOW," Cheil Communications Project Based Learning in Marketing, August 19, 2008.

**D.  Committee Responsibility:**

1.  Marketing Department Committees:

- Computer Committee 2009-present.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- Curriculum Committee 2008-2010.
- 5 Year Plan Committee (chair), 2004-2005.
- Initiator and Chair of a Committee to develop a marketing certification program, 2004-2005
- Recruiting/Personnel Committee, since 1971. Chairman Recruiting Committee, 1978-1979; 1981-1983; 1987-1988; Co-chair of the subcommittee for recruiting of STARS 2007- .
- Curriculum Committee, Member of Committee and Chairman of a number of its subcommittees 1967-1978, and 1996-1998. Chairman of the committee 1970-1971,1973-1975, 1976-1978, and 1980.
- Ph.D. Program Coordinator, 1972-75. Doctoral Committee, 1988-1989.
- External Boards/Affairs Committee, 1987/88; Chair 1988-1989.
- Member and Chairman of various departmental Committees, including all the department's advisory committees since 1971, Marketing Fund Committee since 1983, and its Long Range Planning Committee, 1970-1971.
- Senior Faculty Recruiting, Chairman 1995-1997

2.  Wharton School Committees:

- Founder and Member, Wharton Fellows CEO Global Advisory Board, 2009 to present

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- Initiator and developer of *Wharton School Publishing* in conjunction with Pearson/FT, Founding Editor and member of the Faculty Editorial Board (2003-2008)
- Initiator of a faculty group to generate creative curriculum options as input to the MBA Review Committee 2010.
- Dean Advisory Council (since its inception in 1983 to 2000) and 2007/2008; 2008/2009.
- Initiator of a faculty group to generate creative curriculum options as input to the MBA Review Committee 2010.
- Co-Chair, Search Committee for the new Director of the Lauder Institute (2006)
- Member of the Alfred West, Jr. Learning Lab Faculty Committee (2001-2005)
- Chairman, Dean's Committee on Cross-Functional Integration (2002-2004)
- Member of the Executive Development Faculty Advisory Board (2002-2004)
- Chairman of a Faculty Committee to assure cross program dissemination of e-Curriculum Developments (2000)
- Member of the Strategic Planning Steering Committee, 1999-2000
- Member of the Committee to prepare the strategy for "Management, Leadership, and Organizational Priority" area of the University's Agenda for Excellence, 1998
- Senior Faculty Committee to Review the Global Presence strategy (Summer 1997)
- Member of the Advisory Committee on Faculty Personnel, 1976-1978; 1984-1985; 1987-1989; 1994-1995.
- Chairman of the Graduate Curriculum Committee focusing on a critical examination of the MBA program and its appropriateness for preparing the leaders of the 21st century enterprises. The Committee developed the new MBA curriculum which was tested in 1991/1992 and 1992/1993 and which was fully implemented starting in 1993/1994.
- Initiated and organized the Management Education Council – the vehicle for corporate support

and funding of the new MBA curriculum, 1992-1993
- The Wharton International Committee: Chairman, 1978-1981, 1982/1983, 1995-1997. [The 1995-1997 committee developed the Wharton globalization strategy.] Member: 1967-1968, 1983-1987, 1989-1991.
- Member of Boards of the following Wharton Centers:
  - The SEI Center for Advanced Studies in Management (Founder), 1988 to present
  - The Lauder Institute (Founder) (1983 to present)
  - Knowledge@Wharton (2011 to present)
  - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - - - - - - - - - - - - - - - - - - - - -
  - The Alfred West, Jr. Learning Lab (Initiator of the Lab and Founder of the External Advisory Committee), 2001-2005
  - Risk and Decision Process Center, 1984-1986
  - The Manufacturing and Logistics Forum, 1992-2000
  - The Wharton/PIMS Research Center (Co Founder), 1985-1998
  - U.S. Japan Management Studies Center, 1989-1992
  - Wharton Emerging Economics Program, 1992-1995
  - The Wharton Center of International Management Studies (Founder), 1981-1983
  - Wharton Public Policy Initiative, 2013-present
- Dean's Planning Task Force (1986).
- Member of the School's Executive Education Policy Committee, 1987-1989.
- Member or chairman of a number of Chair Search Committees, including seven chairs in Marketing (1985, 1987, 1988-1990, 1992, and 1997), Entrepreneurship (1984-1985, 1997-1998), International Management (1984-1985), Operations Management (1986), the chair and director of the US-Japan Center (1988-1991), the chair in Managerial Economics (1989), the chair in Information Technology (1996-1997), and the chair in Electronic Commerce (1999).
- Member of the (ad hoc) Committees to Review Various Units and Departments:
  - The Snider Entrepreneurial Research Center, 2004-2005
  - Finance Department, 2001-2002
  - The Real Estate Center, 1988
  - Social Systems Science, 1985-1987
  - U.S. Japan Center, 1985-1986
  - Multinational Enterprise Unit, 1977-1978
- Member of the School's Faculty Personnel Committees of:
  - The Health Care Systems Unit, 1974-1975.
  - The Multinational Enterprise Unit, 1978-1979.
- Member of the Committee on Academic Freedom, 1977-1978.
- Chairman of the Advisory Committee for the Wharton Executive MBA Program, 1974-1975.
- Chairman of the Wharton School Doctoral Admissions Committee, 1974-1975.
- Graduate Academic Standards Committee, 1969/1970 – 1971-1972. Chairman of its subcommittee for the evaluation and redesign of the school's grading system.
- A number of Ad Hoc Committees and task forces for the:
  - development of a core Ph.D. Behavioral Science Course, 1972-1973,
  - redesign of the International Business program, 1971,
  - review of the Economic Offerings for Business and Applied Economic doctoral students, 1970-1971,
  - development of a Continuing Education Program in Health Care Administration, November 1971October 1973.
- Evening School Committee, 1972-1973.
- Behavioral Lab Planning and Implementation Committee, 1989-1990.

## E.   Doctoral Dissertations Supervised

Bent Stidsen (1972); Yehoshua Buch (1972); Kathy Villani (1973); Rene Y. Darmon (1973); Arun K. Maheshwari (1973); Chris Hetzel (1973) winner of the AMA Doctoral Dissertation Competition; Arun K. Jain Honorable mention at the AMA Doctoral Dissertation Competition; Joel Huber (1974); Irwin D. Reid (1975); Chris Buss (1979) winner of the AMA Doctoral Dissertation Competition; Robert J. Thomas (1980) Winner of the Academy of Marketing Doctoral Dissertation Competition; Cynthia Fraser (1980); Joel Steckel (1981) Honorable Mention AMA Doctoral Dissertation Competition; John

Deighton (1983); Rajeev Kohli (1984); Oliver Heil (1988); Kamel Jedidi (1988); Bari Harlam (1989); Kris Helsen (1990); Nino Buran (1991); Hoon Young Lee (1992); Rajeev K. Tyagi (1994); Amy Kallianpar (1998).

**F.  Addresses to Alumni Club and Other Groups Regarding:**

**1)  The Joseph H. Lauder Institute**

Illustrative addresses to alumni clubs and other groups on the changing needs for management education and the University's response -- The Joseph H. Lauder Institute.

1.  Alumni Clubs addressed include:
    - Toronto (August 1987)
    - Milan (October 1987)
    - Philadelphia (January 1984, January 1986)
    - Long Island (January 1984, March 1986)
    - Cleveland (April 1986)
    - Taipei (July 1985)
    - Tokyo (June 1985)
    - Hong Kong (July 1985)
    - Dallas (December 1984)
    - London (May 1984)
    - Paris (December 1983)
    - San Francisco (November 1983)
2.  University Groups:
    - Board of Directors of the Association of Alumnae, (March 1984)
    - The Vice Provost Advisory Board, (February 1984)
    - Wharton Board of Overseers, (January 1984, 1997)
    - Trustees (October 1983, January 1984)
3.  Other Groups (partial list):
    - University of Pennsylvania Trustee Committee on Academic Policy (January 1988).
    - 40th National Conference of the Council on International Education Exchange, San Francisco (November 1987)
    - Title VI Center Lauder conference on International Studies and Foreign Language for Management. Philadelphia (May 1986)
    - University of Pennsylvania Alumni (Alumni day, Philadelphia, May 1985)
    - Delaware Valley Faculty Exchange Program on International Business and Language Studies (December 1984)
    - AIESEC-Northeast regional conference (October 1984)
    - Deans of 50 schools in an AACSB seminar on Internationalizing the Business Curriculum (March 1984)

**2)  Management 2000 project, the SEI Center for Advanced Studies in Management, and the revised MBA curriculum**

- Wharton External Affairs, May 2009
- Wharton-Recanati Program, 1993
- International Forum, 1993
- Erasmus University – Faculty and Administration, 1993
- Marketing Advisory Board Meeting, 1993
- Board of Directors of the Wharton Alumni Association, September 1988; May, 1993
- College of Business Administration, University of Texas at Austin C Advisory Board and Faculty, February 1992
- INSEAD Faculty and Administration, February 1992
- Security Industry Institute, 40th Anniversary Program, Wharton, March 1992\
- Wharton Advanced Management Program Participants, 1990, 1991
- The Wharton Graduate Advisory Board 1990

- Wharton's European Advisory Board 1991
- Alumni attending the May 1991 Alumni Reunions
- The SEI Center Board of Directors 1990-1991
- The Joseph H. Lauder Institute Board of Governors 1991
- The Wharton Board of Overseers, April 1988

**3) Globalization Strategy**

- Dean's Advisory Board, February 1997
- Wharton Board of Overseers, March 1997
- Wharton Graduate Executive Board, March 1997
- Wharton Executive Education Advisory Board, May 1997
- European Advisory Board 1997
- Wharton Faculty 1997

**4) Wharton's Information Management Initiatives (WIMI)**

- All Wharton Departments 1998 – 2001
- The 1st Conference of the Wharton Alumni Club of Israel March 2001
- Dean's Faculty Lunch, April 1998

**5) Cross-Functional Integration of the MBA Curriculum**

- Ph.D. Proseminar (Fall 2003)
- CEO Panel for the entering 2004 class (August 2003)
- Graduate Executive Board (March 2003)
- Wharton Faculty (Feb 2003)

**6) Wharton Fellows Program**

- Wharton Executive Education Advisory Board (April 2004)
- Wharton Alumni Club of Atlanta (November 2001) and Israel (December 2001)

**7) Wharton School Publishing**

- Wharton Executive Education Group (January 2005; May 2006)
- Jay H. Baker Retailing Initiative Board (October 2005)
- Wharton School External Affairs group (February 2004)

**8) Illustrative presentations regarding The Power of Impossible Thinking**

- Alumni Leadership Conference, Hong Kong (May 2007)
- Wharton Connect: On Campus (March 2007)
- Wharton Connect (October 2006)
- Organizational Development Network of Greater NYC (October 2006)
- Wharton Staff Workshop (September 2006)
- The Wharton Club of New Jersey (July 2006)
- CEIBS @ Wharton (July 2006)
- Wharton Sports Business Initiative (May 2006)
- Microsoft's Latin America Financial Services CEO Roundtable (March 2006)
- LinKS@Wharton (November 2005; August 2006)
- Merrill Lynch, Investment Banking Institute at Wharton (August 2005)
- The Greater Glenside Chamber of Commerce Meeting (June 2005)
- Wharton Fellows Event, Singapore (March 2005)
- EMTM Alumni Council (February 2005)
- Miami Wharton Club (December 2004)

- Advertising Research Foundation Breakthrough Conference (November 2004)
- Washington, D.C. Clubs of Wharton and AFLSE (September 2004)
- Deutsch Bank External Insights, New York (September 2004)
- Executive Briefing to Federal Express (September 2004)

9) **Competing in a Flat World**

- Links @ Wharton, Philadelphia (October 2008)
- University of Monterrey, Monterrey, Mexico (October 2008)
- American Chamber of Commerce in Hong Kong, Hong Kong (July 2008)
- The Wharton Club of Spain, Madrid, Spain (June 2008)
- CASRO International Research Conference, New York (May 2008)
- Wharton Club of Southern California, Santa Monica, California (April 2008)
- Wharton Club of New York, New York, New York (February 2008)
- Wharton Fellows, New York, New York (February 2008)
- FirstCaribbean Leadership Programme, Philadelphia, Pennsylvania (November 2007)
- Wharton Marketing Conference: Back to Class Session (October 2007)
- Milken Institute Global Conference, (April 2006)

## II. <u>University of Pennsylvania – University Committees:</u>

- Integrated Product Design – Overseer, 2008-2012
- Chair, Penn Social Responsibility Advisory Committee, 2008-2009 and 2009-2010.
- Committee for generating new revenues by medical education initiatives, University of Pennsylvania Health System, 2007-2008.
- Member of the Institute for Strategic Threat Analysis & Response @ Penn (ISTAR) Advisory Board, 2007-
- Research Foundation Committee, Social Science and Management Review Panel, 1999-2006.
- Member of the Faculty Advisory Group to Campus Development Planning Committee, 2005-2006.
- Member of the Committee on International Programs, 2002-2006
- Member of The Ackoff Center Advisory Board, 2001-2006
- Member of the Provost Art and Culture Committee, 2002-2004
- Faculty Senate Committee on Administration, 1995-1998.
- Chair, Subcommittee of the Faculty Senate Committee on Faculty Teaching Evaluations, 1997-1998.
- Chairman of Special Presidential Committee on Borderless Education, 1997-1998.
- Provost's Task Force on the University of the Global Information Age, 1996-1997.
- Faculty Editorial Board, University of Pennsylvania Press, 1996-1997.
- Member of the Provost's Committee on Information Science and Technology, 1996-1997.
- Member of the Provost's Committee on Distance Learning, 1996-1997.
- Chairman of a new university committee focusing on innovative revenue generation, 1992/1993 and 1993/1994. Members include the President, Provost, Chairman of the Board of Trustees, 3 deans, 3 trustees, and 3 faculty members.
- Chairman of a Subcommittee for the Evaluation of the University Office of International Programs, 1990-1991 and of a Subcommittee to Evaluate the University's Off-Campus Programs, 1991-1992.
- Member of the Provost Task Force on International Programs (1992/1993; 1993/1994).
- Member of the Provost International Council, 1990-1992.
- Member of the Commission for the 250th Anniversary Celebration of University of Pennsylvania, 1987-1990
- Advisory Board of the PBS series on The Global Economy, 1990.
- University of Pennsylvania correspondent for PBS program on Geo-economy, moderated by Ted Koppel, May 1990.
- Chairman of the Faculty Council of the Joseph H. Lauder Institute, 1983-1988.
- Member of the Board of Directors of the Joseph H. Lauder Institute, 1983 to present.
- Member of the Advisory Board of the office of International Programs, 1980 to present.
- Chairman, the Wharton Dean Search Committee, (selected Russ Palmer)1982/1983.

- The Senate Committee on the Economic Status of the Faculty, 1978/1979 (member); 1979/1980 (chairman).
- Member of the University's Committee on Research, 1977/1978. Chairman of its subcommittee for evaluation of the University's Policy and Conduct of Research Programs.
- Member of the FAS – Wharton Committee, 1975-1977.
- Member of the subcommittee of the University's Academic Planning Committee for the Measurement of Academic Performance, 1972/1973.

## III. The Interdisciplinary Center (IDC), Herzliya, Israel

- Chairman, Higher Academic Council 1999-present
- Founder of the American Friends of IDC 1998 and a Member of the Board, 2003-present
- Faculty Promotion and Appointment Committee: Chairman 1999-2005; Member 2005-present
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Founder of the American Friends of IDC 1998 and a Member of the Board, 2003
- Designed the week-long programs at Wharton for its visiting MBA class since 2002
- Chairman, International Academic Advisory Board, 1994-2000
- Delivered the first graduation address of the Wharton IDC Marketing Communication Program, March 1999
- Delivered the first Graduation Address, October, 1998
- Co-founder (1994)
- Delivered the first Zoltan Wind lecture, 1996
- Occasional lectures in various courses, faculty seminars, and public addresses since 1995

## IV. Other Universities

### I. Courses Taught

- Erasmus University (The Netherlands) – A variety of courses on marketing strategy and marketing science (1993).
- University of Tokyo (Japan) – Marketing Science (1992).
- University of New South Wales (Australia) – Doctoral Seminar in Marketing (1977).
- University of California at Berkeley – Product Policy, Doctoral Seminar (1975).
- University of Tel Aviv (Israel) – Consumer Behavior, Marketing Seminar (1968).

### II. Faculty Promotion Review – Illustrative Universities

Columbia University, Harvard University, Massachusetts Institute of Technology, New York University, Pennsylvania State University, Stanford University, Tel Aviv University, University of California at Los Angeles and at Berkeley, University of Chicago, University of Georgia, University of Illinois, University of Pittsburgh, University of Rochester, University of Southern California, University of Texas, Yale, and others.

### III. Program/School Review

- Indian School of Business – Organization of the Wharton Planning Meeting, April 2002.
- Rice University – member of the external review committee, 1996.
- University of Santa Clara – member of a Site Review Team for the evaluation of the school's marketing department, 1981.
- University of Tel Aviv – Initiator and organizer of the school's faculty colloquium, working paper series, planned and organized a number of the school's executive development programs and various other activities, 1968/1969.
- The Technion, Israel Institute of Technology – Outside examiner at the Graduate Division of the Technion – The Israel Institute of Technology, Haifa, 1969.

## 5.   OTHER PROFESSIONAL ACTIVITIES

### I.  Development of Research Programs [Illustrative List]

1.  The Future of Advertising (2007 to present)*
2.  Network-Based Strategies and Competencies (2007-present)
3.  Creativity and Innovation (2006-present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
4.  SEI Center project Toward a New Theory of the Firm (2004-2008)
5.  SEI Center project with Business Executives for National Security and FINCEN using the Suspicious Activity Reporting System (SARS) for identifying terrorist financing (2003-2004)
6.  SEI Center project, Assessing the True Value of the Firm, Co-Directed with David Larcker (2002-2003)
7.  The Wharton Office of Homeland Security (OHS) Project, Economic Vulnerability to Terrorism: Assessment, Prioritization and Action Implications, Co-Directed with Paul Kleindorfer (2001-2002)
8.  Digital Transformation Project in Collaboration with McKinsey, WeBI and the Fishman-Davidson Center for Service and Operations Management (2001-)
9.  e-Curriculum R&D Initiatives (2000-2002) and Curriculum R&D for the Wharton Fellows Decision Support Network (2001-2004)
10. The SEI Center's research program on Creating a 21st Century Enterprise. (1990 to present)
11. Established the Value of Marketing program. (1993–1997)
12. Initiated (with Frank Bass) the Empirical Generalizations in Marketing program. (1993–1995)
13. Co-founded (with Greg Farrington) the Virtual University Lab program (1995–1997)
14. Initiated the Computers and Art program for the ENIAC at 50 celebration (1998–1999)
15. Co-developed (with Bob Holland) the SEI Center's George Harvey Program on Value Creation Through Diversity (1996-2000)
16. Co-founded (with Paul Kleindorfer) the Information Management Initiatives Research Program (1998-1999)

### II.  Editorial Activities

1.  Founding editor, Wharton School Publishing, 2003-2008 [published books are listed on pages 37-39]

2.  Initiator and editor of *Advances in Marketing Research and Modeling: Progress and Prospects – A Tribute to Paul E. Green*, Kluwer Academic Publishers, 2002.

3.  Initiator and editor of *The Wharton School Publishing Newsletter* (monthly July 2005-July 2008)

4.  Initiator and Co-Editor of the *Wharton Fellows Newsletter* (quarterly 2003-4; monthly January-December 2005).

5.  Initiator and editor of *Wharton Executive Library* (published by Oxford University Press), 1984-1987. The series was aimed at familiarizing top management with recent developments in the various management disciplines. Books published include:
- Gerard Adams, *The Business Forecasting Revolution, Nation-Industry-Firm*, 1986.
- Leonard M. Lodish, *The Advertising and Promotion Challenge, Vaguely Right or Precisely Wrong?*, 1986.
- David Solomons, *Making Accounting Policy: The Quest for Credibility in Financial Reporting*, 1986
- James C. Emery, *Management Information Systems: The Critical Strategic Resource*, 1987.

6.  Initiator and editor of the Scientific Press *Computer Based Marketing Series*. 1984-90. The series offers short books on specialized marketing topics with accompanying PC software. Books published include:
- Paul E. Green, *CAPPA Electronic Questionnaire Display and Analysis*, 1986
- Gary Lilien, *Marketing Mix Analysis with Lotus 1-2-3*, 1987
- John Hauser, *Applying Marketing Management: Four PC Simulations*, 1987
- Darral G. Clarke, *Marketing Analysis and Decision Making: Text and Cases with Lotus 1-2-3*,

1987.
- Gary Lilien, *Marketing Management: Analytical Exercise with Lotus 1-2-3*, 1988.

7. Editor-in-Chief, *The Journal of Marketing* 1978-1981 (Vol. 43-45)

8. Area Editor, *Marketing Science*, 1981-83 (Vol. 1-2); occasional Area Editor (2002-)

9. Advisory Editor of the Addison-Wesley Marketing Series, 1974-1981. Books published under my editorship include:

- David Hughes, *Marketing Management*, 1978.
- James Bettman, *An Information Processing Theory of Consumer Choice*, 1979.
- Richard N. Cardozo, *Product Policy: Cases & Concepts*, 1979.
- F.E. Brown, *Marketing Research: A Structure for Decision Making*, 1980.

10. Member of the Editorial Boards of:
- Journal of Interactive Marketing, 1998-present
- Journal of Business to Business Marketing, 2004
- Journal of Global Marketing, 1986-1990
- Journal of Product Innovation Management, 1982-1990
- Annual Review of Marketing, 1980-1982
- Computer Operations, 1968-1970
- Journal of Business Research, 1974-1977
- Journal of Consumer Research, 1973-1984
- Journal of High Technology Management and Market Research, 1988
- Journal of Marketing Research, 1978-1981
- Journal of Marketing, 1971-1978
- Journal of Organizational Behavior and Statistics, 1983
- Journal of Pricing Management, 1989
- Journal of Segmentation in Marketing, 1997

11. Occasional reviewer for:
- Decision Sciences
- IEEE Transactions on Engineering Management
- Journal of Management Studies
- Journal of Marketing
- Management Science
- Marketing Science
- Operations Research
- Public Opinion Quarterly
- R&D Management
- The Journal of Economics and Business
- The Wharton Quarterly

12. Screening editor, *Journal of Consumer Research*, 1973-1974.

13. A judge of competitive research papers submitted to the National Conference of The AMA Academic (August) Conference in - Minnesota (1971), Houston (1972), Washington (1973), Portland (1974), Rochester (1975), Memphis (1976), Chicago (1980), Chicago (1984).

14. A judge of Ph.D. dissertations submitted to the AMA Doctoral Dissertation Competition, 1974, 1976, 1977, 1981, 1982, 1983. And the MSI Dissertation, and other award competitions 1984, 1985, 1990

15. Reviewer of papers submitted to the Market Measurement and Analysis Conference (renamed Marketing Science Conference) since 1981.

16. Occasional reviewer of applications for research grants for the Social Science Research Council

(London, England) since 1972; and the National Science Foundation, Division of Science Information and Advanced Productivity Research and Technology, since 1977.

17. Reviewer of manuscripts for a number of publishers and universities, including the MacMillan Company, the Center for Research of the College of Business Administration of Pennsylvania State University, the Graduate School of Business, Columbia University, Prentice Hall, Jose Bass and others.

## III. Offices Held in Professional Associations

### AMA

1. Member of the Board of Directors, The Philadelphia Chapter of the AMA, 1979-1983.
2. Program Chairman of:
   a) The 1977 AMA Doctoral Consortium Philadelphia, August 1977.
   b) The 1975/1976 AMA Attitude Research Conference, Hilton Head, SC, February 1976.
   c) The National Educators AMA Conference, Washington, D.C., August 1973.
3. Member of a number of AMA councils including the Advisory Council of the National Marketing Honorary Society of the AMA - Alpha Mu Alpha, 1980/1981 and the Educational Policy Council, 1977/1978.

### TIMS

1. Chairman, 1974/1975; Chairman Elect, 1973/1974; and Vice Chairman, 1971/1972 of the Institute of Management Science College of Marketing.
2. Program Chairman of:
   a) Marketing track on "Marketing Science for Increased Competitiveness of Firms and Countries," 1988 Washington, D.C., TIMS/ORSA Conference.
   b) The 1981 Market Measurement and Analysis Conference (with Vijay Mahajan).
   c) The Delaware Valley Chapter, 1967/1968.
3. Member of the Program Committees of the Market Measurement and Analysis Conference: University of Texas, 1980; New York University, 1981; and the Marketing Science Conference: University of Chicago, 1983; Vanderbilt University, 1985; University of Texas at Dallas, 1986; Centre HEC-ISA, Jouy-en-Josas, France, 1987; Washington University, 1988.
4. Member of the Advisory Board of Marketing Science, 1983-_____

### IAM – The International Academy of Management

1. Chancellor, 2000-2006.
2. Vice Chancellor for the Americas, 1995-2000.
3. Program chairman, the Americas Conference, 1994, 1998.

### MASB – Marketing Accountability Standards Board

1. Member of the Board of Directors since 2010.

### MSI – Marketing Science Institute

1. Chair of a task force on e-business evaluation (part of the Metrics program), 1999.
2. Academic Trustee (1989-1995).
3. Member of the Academic Advisory Council (1983-1987).
4. Member of a number of steering groups, including
   - Marketing Strategies Steering Group, 1983-1987.
   - The International Advisory Steering Committee (1985-1987).
   - Information Technology Steering Committee (1990-1992).

**Other**

1. The Diebold Institute Entrepreneurship and Public Policy Project, Committee of Advisors (1999-___ ).
2. World Management Council. Member of the Academic Advisory Board (1988–1989).
3. Member of the interdisciplinary task force (organized by AMA) for the design of the *Journal of Consumer Research*, (October 1971–July 1972). Founding member of the Policy Board of the *Journal of Consumer Research* (1972–1983); Chairman of the Board (1977–1978); Chairman of the 1976 and 1981 Editor Search Committees.
4. Member of the Philadelphia's International City Steering Committee (1983–1985, 1987–1988).
5. Member of the Publication Committee of AAPOR (1973-1974).
6. Member of Program Committee of 1979 ACR Conference.
7. Member of the Advertising Research Foundation 75th Anniversary Convention Program Committee (2010)

## IV.   Planning and Organizing Professional Programs at the University

1. Empirical Generalizations in Advertising, December 2008; and Empirical Generalizations in Advertising II, "What works in the New Age of Advertising and Marketing," May 2012, with the Ehrenberg-Bass Institute for Marketing Science, University of South Australia
2. Advertising Effectiveness, with the Wharton Customer Analytics Initiative, May 2013.
3. Gaps in Measuring Advertising Effectiveness, with the Advertising Research Foundation, 2012-2013.
4. Chair, "Network-Based Strategies and Competencies," a joint project with INSEAD co-directed with Paul Kleindorfer, Initial Workshop, May 3, 2007. Conference, November 2007.
5. Chair, "The Future of Advertising," a joint project with the ARF, Workshop, March 30, 2007. Conference, December 2008.
6. Initiated and chaired a task force to develop a Marketing Certification Program (2003-2004)
7. Co-Designed with Bob Mittelstaedt an executive education program on "Wharton on the New Reality of Business," December 2001 [including the design of the "Wharton Post 9/11 Business Scenario" (October 2001-)] and May 2002.
8. Designed and directed the executive programs, "Winning in the Next Millenium," December 1998.
9. Initiated "The Impact of Computers and Information Technology on Management: 1946, 1996, 2001," May 13-14, 1996 program for the ENIAC at 50 celebration (1994-1995).
10. Initiated the "Computers and Art" program for the ENIAC at 50 celebration (1994-1995).
11. Participated in the original design of the Wharton – AT&T Marketing Management Program. Taught in the 1973, 1975 -1980 programs.
12. Developed, organized and taught a Marketing Research Seminar for U.P. Clinical Scholars Group (February–May 1975 and February–April 1976).
13. Planned and taught the marketing management section of a number of advanced management programs of the University of Pennsylvania:
    - Dean Witter - Wharton Account Executive Program, 1986.
    - Securities Industry Association Program, annually since 1982.
    - Advanced Management Program for Overseas Bankers, 1975, 1976.
    - Program for Health Care Executives, 1973, 1975, 1982.
14. Participated in various executive development programs of the Marketing Department of the University of Pennsylvania:
    - Marketing for the Postal Service, 1983.
    - Marketing Strategy Seminar, since 1981 (January & May).
    - Pharmaceutical Advertising Council, 1980/1981.
    - Wharton Salesforce Management Seminar, since 1980 (January & May).
    - Dixie/Marathon (American Can Company), May 1977.
    - Marketing Research Seminar 1977-1983.
    - General Building Contracting Association, Inc., January 1977.
    - Center de Promotion du Commerce International, Chambre de Commerce et d'Industrie de Nantes, 1976, 1978-1980.
15. Planned and taught (with Thomas Robertson) a number of seminars on Health Care Marketing for:
    - The Virginia Hospital Association, February 1978.
    - The New York Management Center, September and November 1977.
    - The Wharton School's Lifelong Education Program, October 1976.

16. Co-founder, organizer of the Wharton teaching component, and frequent lecturer in the Wharton/Israel Binational Marketing Management Program [The Consulting Practicum] 1979-1995.

## V. Award Committees

1. Member of the Sheth Award Committee to select the winning *Journal of Marketing* article that had the greatest long-term impact on the marketing discipline, 2009-2010

2. Member of the Parlin Board of Governors, 1978-1983, 1995-2008 ; Chairman of the Board, 1980/1981.

3. Member of the selection committee for MIT's Sloan Management Review/Price-Waterhouse Company, 2003 – Best Article Award.

4. Member of the "Global Marketing Scholar's Prize" Selection Committee, 2011, hosted by Korean Academy of Marketing Science

5. Nominator for the Marketing Communications Award of the World Technology Network, 2002-present

6. Initiator of the Lauder Institute Award for the Research Paper that Best Advances the Theory & Practice of International Management Science. Administered by TIMS and Chairman of the first award, 1989.

7. Member of the W. Arthur Cullman Executive Award Selection Committee (Ohio State University), 1985-1986

8. Member of a panel of judges for the evaluation of nominees for the Paul D. Converse Awards for Outstanding Contributions to the Development of Theory and Science in Marketing, 1974, 1977, 1981, and 1986.

## VI. Planning and Organizing Professional Programs Outside the University

1. KMDC Program, Kuala Lumpur, The Power of Impossible Thinking and Its Implications for Marketing Innovations, March 15-16, 2005.

2. Co-director (with Hotaka Katahira) of the Marunouchi Global Center Management Program, 2002.

3. Planned and taught a number of two-day seminars on "Recent Developments in Marketing Research Methodology" for:
   - The Management Center, University of Bradford, February 1975 and May 1976.
   - The University of Laval, Canada, November 1973.
   - The University of Social Sciences at Grenoble, France with (Paul E. Green), May 1973.

4. Planned and taught various AT&T Executive Development Seminars on:
   - "Multivariate Analysis in Marketing," March and August 1975.
   - "Market Analysis," December 1974, and June 1975.
   - "Market Segmentation," September 1974, November 1975 and March 1976.
   - "How to get the Most Out of Your Marketing Research," Spring 1974.
   - "Consumer Behavior," October 1972, January 1978.

5. Planned and taught two one-day executive seminars on Conjoint Analysis and New Product Policy at the University of New South Wales (Australia), June 1977.

6. Planned and taught a number of executive seminars at the University of Tel Aviv: Marketing Strategy (1969); Product Policy (1977); Marketing and Corporate Strategy (1978, 1980); New Development in Product and Marketing Research (1980).

7. Planned and taught the marketing research section of the Bank Marketing Program of the Graduate School of Bank Marketing, April 1977.

8. Planned and taught a series of two-day seminars on Marketing Strategy for the New York Telephone Company, February and April 1976.

9. Initiated, planned and organized a number of two day workshops on:
   - Concept Testing, University of Pennsylvania, March 1972.
   - Industrial Buying Behavior (with Frederick E. Webster and Richard N. Cardozo), sponsored by the AMA & the University of California at Berkeley, April 1971.
   - Research Utilization, (with Steve Greyser and Randy Batsell), sponsored by the AMA and MSI, April 1979.
   - Advances and Applications in New Product Forecasting: Innovation Diffusion Models (with Vijay Mahajan) sponsored by MSI, October 1983.

10. Organizer and chairman of various sessions at annual conferences of various professional associations (illustrative list):
    - "Design Meets Marketing: Service Innovation by Design," <u>Marketing Science Institute and Corporate Design Foundation Conference</u>, Stanford University, October 17, 2007.
    - "Marketing science: Accomplishments and challenges in the global information age," plenary session at Informs, Philadelphia, November 1999.
    - "Consumer Labs," Marketing Science Conference, March 1997.
    - "Global Marketing Strategy," 1991 ORSA/TIMS Meeting
    - "Creation of Innovative Marketing Knowledge: An Interdisciplinary Perspective," 1989 AMA Marketing Educators Conference, August 1989.
    - Strategic Alliances," TIMS Osaka, Japan, July 1989.
    - "Industrial and New Technologies Marketing: Lessons from Industry," International Research Seminar in Marketing, La Londe les Maures, France, May 1989.
    - "New Product Development Models," ORSA/TIMS, San Diego, October 1982.
    - "Product/Market Portfolio Models," ORSA/TIMS, Colorado Springs, November 1980.
    - "The Role of Multivariate Analysis in Consumer Research," APA, Toronto, 1978.
    - "Applications of Management Science to Market Segmentation," TIMS, Miami, 1976.
    - "Recent Developments in Management Science Application in Marketing," TIMS, Las Vegas, 1975.
    - "Multidimensional Scaling and Conjoint Measurement in the Study of Multidimensional Psychophysics," ACR, Boston 1973.
    - "Implementation of Management Science in Marketing," TIMS, Houston 1972.
    - "On the Teaching of Consumer Behavior," AMA, Houston, 1972.
    - "Family and Industrial Buying Behavior," AMA, Minneapolis, 1971.
    - "Multidimensional Scaling in the Study of Consumer Behavior," ACR, 1970.

11. Planned, organized and taught a Marketing Management Program for the top executives of the Union of Cooperative Societies (Israel), April to July 1969.

12. Planned and taught marketing courses at a Graduate Program for Marketing Consultants at the Israel Institute of Productivity, September 1968 to January 1969.

13. Academic advisor to a number of organizations engaged in Management Training in Israel. Primarily the Israel Institute of Productivity, and the Technion Research and Development Foundation Ltds., January to August 1969.

## VII. Presentations*

### A. Presented papers at various national conferences of the American Marketing Association
December 1967; June and August 1968; August 1969; August 1970; June and August 1974; April

*Illustrative recent presentations are listed by topic starting on page 76

and August 1975; August 1976; August 1977; June and August 1978; June and August 1979; June and August 1980; August 1981-1990, March 1990, August 1991; August 1991, April 1993; February & August 1994, August 1995, August 1996, August 1997, February 1998, August 1999.

**B. Speaker in various conferences and workshops**

- Association for Consumer Research (ACR), 1968, 1970/1973, 1975, 1977, 1984.
- The Institute of Management Science (TIMS), 1969, 1972, 1974-1978, 1980- .
- American Institute of Decision Sciences (AIDS), 1974, 1976.
- American Association of Public Opinion Research (AAPOR), 1974/1975.
- American Psychological Association (APA) DIV 23, 1978.
- American Statistical Association (ASA), 1978.
- AMA Philadelphia Chapter, 1980/1981.
- Annual Conference of the Strategic Management Society, 1984.
- Annual Conference of the Pharmaceutical Marketing Research Group (PMRG), 1986, 1987.
- Annual Conference of the World Future Society Assembly, Washington, D.C., 1993.

**C. Speaker in a number of the AMA Attitude Research Conferences:**
1967, 1971, 1973, 1976, 1987.

**D. Member of the Faculty of the AMA Doctoral Consortiums**
- University of Colorado, 1996
- University of Santa Clara, 1994
- University of Southern California, 1991
- New York University, 1987
- University of Notre Dame, 1986
- University of Michigan, 1983
- University of Minnesota, 1982
- Pennsylvania State University, 1980
- University of Maryland, 1981
- University of Wisconsin, 1979
- University of Chicago, 1978
- University of Pennsylvania, August 1977
- University of Texas, August 1976
- University of Illinois, September 1971

**E. Member of the Faculty of the First Indian Doctoral Consortium,  2012**

**F. Member of the AMA Faculty Consortium, Chicago 1997**

**G. Illustrative papers delivered in various professional workshops**

- Applications of Multidimensional Scaling to Marketing and Business, sponsored by the University of Pennsylvania and Bell Laboratories, June 1972.
- Planning Data for STI Managers, Sponsored by NSF office of Science and Information, December 1976.
- Synthesis of Knowledge of Consumer Behavior, sponsored by the RANN Program National Science Foundation, April 1975.
- Multinational Product Management, sponsored by the Marketing Science Institute and the AMA International Marketing Division, January 1976.
- Consumer and Industrial Buying Behavior, sponsored by the University of South Carolina, March 1976.
- Organizational Buying Behavior, sponsored by the University of Pittsburgh, April 1976.
- Consumer Research for Consumer Policy, sponsored by the MIT Center for Policy Alternatives, July 1977.
- Analytical Approach to Product-Marketing Planning, sponsored by the AMA and MSI, University of Pittsburgh, November 1977, October 1981.

- Interfaces Between Marketing and Economics, sponsored by the University of Rochester, 1978, 1983.
- Industrial Marketing, Penn State University, May 1982.
- Market Measurement and Analysis, renamed Marketing Science Conference sponsored by ORSA/TIMS:
  - Centre HEC-ISA, Jouy-en-Josas, France, 1987.
  - University of Texas at Dallas, 1986
  - Vanderbilt University, 1985
  - University of Chicago, 1984
  - University of Southern California, 1983
  - Wharton, March 1982
  - New York University, March 1981
  - University of Texas, Austin, March 1980
  - Stanford University, March 1979

## H.  Illustrative addresses at various top management conferences and meetings

- Moderator of Key Issue Forum on Social Media and Brand Opportunities, ARF Re:think Conference, New York, NY, March 23, 2010
- "Moving From Me to We: The New Competitive Edge," Milken Global Conference, Los Angeles, April 28, 2008.
- "The Wisdom of Crowds in Today's Digital World: We vs. Me," Milken Global Conference, Los Angeles, April 23, 2007.
- "Innovation," Telenet Top Executive Strategic Workshop, June 19, 2006.
- "The 1st Mover Advantage Challenge," Telenet Top Executive Strategic Workshop, June 19, 2006.
- "Getting More with Less," Telenet CEO Strategy Review, June 19-20, 2006.
- "Advances in the Management of Technological Innovation," Executive Briefing at Samsung Electronics, June 2, 2006.
- "Brand Names and Logos," Penn Humanities Forum on Word and Image, February 2006.
- "New Frontiers in the Practice of Management" with Paul Kleindorfer, CEO Workshops at IDC Israel, January 2006.
- "Strategic Trends on the Global Marketplace," The Sixth Herzliya Conference on The Balance of Israel's National Security, January 2006.
- "Recent Developments in Marketing and Branding Strategies," presented to the Board and top management of IDT HK, August 2005.
- "Tapping Opportunity in the Developing World: Innovative Solutions for Companies and Communities," Milken Institute Global Conference, April 2005.
- "Return on Marketing Investment: Progress, Problem, and Prospects," Council of Marketing Executives, The Conference Board, October 6, 2004.
- "The Power of Impossible Thinking: A Prerequisite for Profitable Growth," Milken Institute Global Conference, April 27, 2004.
- "The Transformation Challenge," YPO at SEI, March 2004.
- "Technology for Profitable Growth: Progress, Problems, and Prosperity, eBRC Board of Directors meeting, Philadelphia, May 2003.
- "Business and the Pending Wars," a global senior executive Web conference, February 2003.
- "e-Business Revolution: R2R (Return to Reality)," World Leadership Forum of the Foreign Policy Association, New York, September 2000.
- "UNIG Top Executive Forum," Singapore, August 2000.
- "The Future of the Marketing Organization," MSI Board of Trustees Meeting, April 2000.
- "Preparing for 2002: Creating a Leading Global Medical Communication Company for the 21st Century," Top Management of Medius Group Int. Paris, May 1997.
- "The Next Enterprise: Creating a Successful 21st Century Enterprise," The Hong Kong Management Association, January 1996.
- "Building the 21st Century Corporation Today: A Marketing Perspective," A one day session for CEOs who participate in the MASTERSHIP program (LA) January 1990.
- "Growth Outlook for Consumer Products and Services" to the policy committee of Anheuser-Busch Company, 1986.

- "Marketing Management in Securities Firms" SIA Regional conference, 1986.
- "Recent Developments in Marketing Strategy," to Dutch top executives by Horringa & DeKoning, October 1986.
- A number of 1-day Top Management Seminars organized by Studio Ambrosetti (Italy)
  - o Developing and Launching New Products (1986)
  - o Marketing and Corporate Strategy (1987)
  - o Marketing for Financial Institutions (1987)
  - o Domestic and International New Business Entry Strategies 1988)
  - o Strategic Marketing and New Product Development (1989)
  - o How to Develop Products More Often and Get Them to Market Faster (1991)
  - o The Consumer Goods Scenario: The Challenge (1992)
  - o Marketing Driven Bus Strategy in the Global Information Age (2000)
- "The Challenge of Marketing" Board of directors and top management of Grand Metropolitan, 1985.
- "Advances in marketing and Business Strategies" Top management group of the John Fluke Manufacture Co., 1985.
- "Global Marketing Strategies" YPO Chapter of Hong Kong, 1985.
- "Marketing for Hospitals" Hospital presidents program of the J&J Leonard Davis Institute program, 1985.
- "Global Marketing Strategies" Top executive group of MARS pet food business, 1984.
- "Marketing for the Evolving Company" Conference on "Financing & Managing the Evolving Company" sponsored by Arthur Andersen & Co. and the GSB University of Texas at Austin, April 1984.

I. **Illustrative Other Top Management groups addressed**

- MSI Trustees, Cambridge, Massachusetts, October 1983.
- Securities Industry Association Fall Meeting, N.Y., October 1982, Spring Meeting, April 2000, Homestead, Virginia, May 1982: keynote speaker.
- Three sessions at the 1979 YPO Central Area Conference, Williamsburg, October 1979.
- Two sessions at the YPO International University, Rio de Janeiro, May 1979.
- Two sessions at the 1978 YPO, Eastern/Northeastern Area Conference, Sea Island, Georgia, November 1978.
- Eastern Pennsylvania Chapter of YPO, October 1978.
- Two-day seminars for top executives of Latin American countries sponsored by Expansion Publishing Group, Mexico City, June 1978, (Marketing Strategy); June 1979 (the Marketing Audit); and December 1980 (Marketing for Top Executives).
- Bell Laboratories (Applied Statistics Area), 1978

J. **Guest lecturer at faculty research seminars and executive development programs of various universities and research institutes including:**

- Columbia University, 1974, 1976-1978
- Drexel University, 1977, 1984
- Erasmus University, The Netherlands, 1993
- Escola de Administrao de Empresas de Sao Paulo, Brazil, 1979
- European Institute for Advanced Studies in Management, Brussels 1981
- Florida Atlantic University, 1972
- Harvard University, 1981
- IESE Universidad de Navarra, 1999
- Indian Institute of Technology (IIT) Bombay, 1989
- INSEAD, France, 1992, 2000
- Institut Superieur des Sciences Economiques et Commerciales, Paris, 1981
- Interdisciplinary Center Herzliya, 1996, 1997, 1998, 1999, 2000
- Kōc University, Turkey, 2000
- Laval University, Canada, 1973
- Katholieke Universiteit, Leuven, 2001
- Monash University, Australia, 1977

- Nanzan University, Nagoya, Japan, 1977
- New York University, 1979, 1984
- Northwestern University, 1980
- Norwegian School of Management, Norway, 1993
- Pennsylvania State University, 1978
- Southern Methodist University, Texas, 1982, 1984, 1986
- Stanford University, 1976, 1982
- State University of New York at Buffalo, 1975
- University of Bradford, 1975-1976
- University of California at Berkeley, 1975
- University of California at Los Angeles, 1976, 1980, 1990
- University of Capetown, S.A., 1982
- University of Chicago, 1981
- University of Groningen, 1986
- University of Houston, 1977
- University of Illinois, 1985
- University of Iowa, 1971
- University of Minnesota, 1973
- University of New South Wales, Australia, 1977
- University of Ottawa, 1974
- University of Pittsburgh, 1988
- University of Social Sciences, Grenoble, France, 1973
- University of Southern California, 1979
- University of Tel Aviv, 1977-1980, 1982
- University of Texas at Austin, 1984, 1997
- University of Tokyo, Japan, 1992, 1993, 1995, 1997
- University of Washington, 1979
- Yale University, 1982

**K.  Speaker at various local and regional meetings**
of the American Marketing Association, 1967 to present, and national meetings of other marketing associations such as the National Account Marketing Association, 1973; the International Pharmaceutical Marketing Research Group, 1973; The National Association of Children's Hospitals and Related Institutions, 1976; American Management Association's advanced Marketing Research Seminars, 1967/1968; and the Marketing Science Institute conferences and management seminars, 1968-1994.

**L.  Guest speaker at special seminars**

- The Australia and New Zealand Marketing Societies in Sydney and Melbourne, June 1977.
- "New Developments in Social Research," in the Symposium on Corporate Awareness, February 1977.
- The 11th Annual "New Horizons in Science," Conference of the Council for the Advancement of Science Writing, New York, November 1973.
- Various conferences of the Israel Advertisers' Association, The Technion Research and Development Foundation, Ltd., The Ministry of commerce and Industry, 1968/1969.
- Foreign market entry and import protection strategies, The Israel Institute of Management, October 1984.

**VIII. Presentations: Illustrative Topics**

**A.  Creativity and Innovation**

- "Creativity & Innovation Problem, Prospects," SEI Growth Forum, May 25, 2013.
- "Enhancing Your Personal Creativity," The Academy of University of Pennyslvania, February 9, 2013

- "The ROI of Creatives," Cannes Lions International Festival of Creativity, June 19, 2012.
- "Rethinking Your Innovation and NPD Strategies,"  IDC's CEO Forum, May 24, 2011.
- Personal Power and Influence, July 14, 2010.
- "Innovation in Retailing: Progress, Problems and Prospects", Discussion at the Jay H. Baker Retailing Center, October 28, 2010.
- "Marketing Innovation: Reinventing your Marketing and New Product Launch," Marketing Management Program, MA Industries, IDC, November 23, 2009.
- "Selling Scents: Innovative Approaches to the Age Old Selling Challenge in a Flat World of Empowered Consumers," The Fragrance Foundation Conference, March 12, 2008.
- "Advances in New Product Development and Innovation," Mutual Art Lecture Series, November 2, 2007.
- "The Creative Economy: Art and Culture at Penn and in Philadelphia," Penn Arts Leadership Conference, May 9, 2007.
- "Advances in the Management of Technological Innovation," Executive Briefing at Samsung Electronics, June 2, 2006.
- "Innovation and Change in the Turbo—Global Environment: Lessons from the Transformation of 'Old Economy' Firms [and Universities] and The Challenges to Congress," Stennis Congressional Staff Fellows Program on Leadership in e-Business Environments: What Congress Might Learn, Washington D.C., May 2000.
- "Innovation and Change in the Turbo-Global Environment: Lessons from the Transformation of 'Old Economy' Firms [and Universities] and the Challenges to Congress," Stennis Congressional Staff Fellows Program on Leadership in e-Business Environments: What Congress Might Learn, May 2000.
- "Customerization: The New Management Challenge," The President's Forum of the Interdisciplinary Center in Herzliya, Israel, September 2000.
- "Innovation Strategy," New Product Development and Launch, April 1999.
- "Innovation and New Product Development," Tutorial at the 2nd International Workshop, Santiago, Chile, October 1996.
- "Innovative New Product and Service Development: Best Practice and Opportunities for Experimentation," The Israel-North America Business Conference, New York, October 1996.
- "Innovation in New Product Development: Best Practice in Research, Modeling and Applications," Presentation to the JMR Editorial Board on the Special issue, August 1996.
- "Creativity and Innovation: The Management Edge in the Technological Age," the First Wind Lecture at the Interdisciplinary University of Law, Management and Technology (ISRAEL), May 1996.
- "Product Launch," Software Development and Marketing for Competitive Advantage, IC², The University of Texas Conference, March 20, 1996.
- "*JMR* Special Issue on Innovation in New Product Development: Best Practice in Research, Modeling and Applications," *JMR* Editorial Board Meeting, San Francisco, August 7, 1994.
- "A New Approach for Estimating the Demand for Interactive TV Products and Services, Interactive Industry 2000: Market Research for the Interactive Television Business," July 28-29, 1994.
- "Determinants of New Product Success: Lessons from the U.S. and Japan," Faculty and Ph.D. students seminar at Erasmus University, June 10, 1993.
- "Issues and Advances in New Product Development and Management: A U.S. Perspective," Advanced Industrial Marketing Strategy Seminar, September 18, 1992.

- "New Product Development: Problems, Advances and Prospects," Wharton's Advanced Industrial Marketing Strategy, March 19, 1992.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "How to Develop Products More Often and Get Them to Market Faster: Guidelines for Functional Management," Ambrosetti Group, Milan, Italy, May 9-10, 1991.
- "Inducing Creativity and Innovation in Large Bureaucracies: Lessons from Marketing," RGK 4th International Conference on Creativity and Innovative Management, August 8-10, 1991, Los Angeles, CA.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Globalization: Opportunities for Innovative Research and Modeling," UCLA, January 9, 1990, Los Angeles, CA.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Increasing the Effectiveness of Your New Product Development," Indian Institute of Technology, November 1989, Bombay, India.
- "Improving the Effectiveness of the Industrial New Product Development Process: Lessons from Industry – The AS 400 Case," 16th International Research Seminar in Marketing, La Londe les Maures, France, May 19, 1989.
- "Developing and Launching New Products: Costs, Risks, and Conditions for Success," Studio Ambrosetti, AF Marketing Group, May 16, 1989.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "What a Difference a Difference Can Make," Amoco Fabrics and Fibers Co-Leadership Council, May 1988.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- A Innovation Diffusion and New Product Forecasting," TIMS Conference, November 1984.
- "The contribution of Research to Product Management and New Product Development." The 1983 ESOMAR congress August 1983 at Barcelona.
- The First Delaware Valley Meeting of the Product Development and Management Association (PDMA), December 1980.

**B. Challenging your Mental Models**

- "Challenging Your Mental Models," Estee Lauder, February 28, 2013
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenges and guidelines for building learning effectiveness," 2012 Inaugural AIM-AMA Sheth Foundation Doctoral Consortium, July 29, 2012
- "Challenging your mental, business and revenue models," Wharton Alumni club – Beijing, July 25, 2012
- "Challenging your mental, business and revenue models," Wharton Alumni Club – HK, July 20, 2012
- "Challenging your Mental Models," SEI Trust Company Operations, July 16, 2012
- Challenging Your Mental Models," Israel Police Senior Management Program, June 11, 2012.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models in the Age of Empowered Consumers and Networks," SEI Executive Network, November 2, 2011.
- "Challenging Your Mental Models," Estee Lauder Companies Global Marketing Symposium, November 1, 2011.
- "Challenging Your B2B Mental Models," Google's Think B2B: Deconstructing Today's B2B Customers, October 6, 2011.
- "The Power of Impossible Thinking," Austria Connect, September 9, 2011.
- "Challenging Your Mental Models," NESS Executive Session and IDC, May 23, 2011.
- "Challenging Your Mental Models," Perry Ellis Session, May 17, 2011.
- Should We Challenge our Mental Models of Creative," FoA Future of Creatives and Creative Ideas in a Digital World, March 18, 2011.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging your Mental Models," Discount Bank, Israel, May 25, 2010.
- "Challenging your Mental Models," Mellanox Technologies, Israel, May 25, 2010.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Our Mental Models," Jay H Baker Advisory Board Meeting, November 30, 2009.

- "Challenging the Mental Models of Top Management," IDC's CEO Forum, November 19, 2009.
- "Challenging your Mental Models," Wharton Combined Boards Meetings, October 23, 2009.
- "Challenging Your Mental Models," Partner, June 2, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Power of Impossible Thinking," Alumni Leadership Conference, May 24, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Power of Impossible Thinking: Implications for OD," Organizational Development Network of Greater NYC, October 17, 2006.
- "Should the Alumni Leadership Challenge their Mental Models?" Alumni Leadership Conference, October 14, 2006.
- "The Power of Impossible Thinking," Wharton Staff Workshop, September 12, 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Wharton School Publishing and the Power of Impossible Thinking," Presentation to the Board of the Jay H. Baker Retailing Initiative, October 6, 2005.
- "The Power of Impossible Thinking," Opening Session: Transform Your Business with New Thinking and New Models, The 51st Annual ARF Convention, Research Powered Marketing: New Models for Growth, April 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Power of Impossible Thinking in Meeting the Jim Stargel Challenge," ARF Breakthrough Conference, November 4, 2004.
- "Challenging Your Industry's Mental Models," KPMG Global Insurance Institute, December 2003 and November 2004.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Disruptive Technology—Rethinking Your Mental Models," Forbes Global CEO Conference, Singapore, September 2001.

## C. Growth

- "Growth Rules:  Getting to $2.50," SEI Growth Forum, May 21, 2013.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- The Changing Business Environment: Key Trends & Growth Opportunities & Their Growth Implications for SEI," SEI Management Meeting, May 3, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Growth, Interactive Marketing and Business Strategies in the Age of the Empowered Consumer," Wharton Global Alumni Forum, June 24, 2011.
- "The Challenge of Ethical Leadership Lessons from 'Inside Job'," The Leadership in Film Series, April 20, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Perspectives on the Changing Economy," AMA Session, February 20, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Profitable Growth Opportunities in times of Crisis and Rebirth," Jay H Baker Advisory Board Meeting, November 30, 2009.
- "Opportunities in Times of Crisis," SEI Center Annual Board Meeting, October 9, 2009.
- "Opportunities in Times of Crisis," Baker Retailing Initiative, June 23, 2009.
- "Member Managed Relationship: Opportunities for Growth," AAA Management Meeting, June 11, 2009.
- "Innovation and Creativity in Time of Crisis," The Israeli Innovation Forum at IDC, May 31, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of the Corporation Survey Results," SEI Center Board Meeting, November 16, 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "How Should Directors Think About Directing?" The Governance Summit, October 27, 2005.
- "Barcelona 2020: Strategic Options and Action Plans," The Barcelona Group Philadelphia Meeting, July 18, 2005.
- "Decision Aiding Technologies and the New Theory of the Firm," with Paul Kleindorfer, Mack Center for Technological Innovation Conference on Using Technology to Improve Decision Making, May 27, 2005.
- The Silver Lining: Seeing Opportunities in Risk," Recent Advances in Operations and Risk

Management Conference in Honor of Paul Kleindorfer, May 2005.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The Challenge of Corporate Governance," IAM Conference, Barcelona, Fall 2003.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Corporate Transformation: Lessons for Japan," Marunouchi Global Center First Executive Program, November 2002.
- "Leading Transformation Lessons for Mexico," TeleTech's Top Executive Program, October 2002.
- "Wharton on the New Reality of Business: Insights from Our Experience," presentation with Robert Mittelstaedt to the Wharton Combined Boards, March 8, 2002.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Capturing Opportunities in the Post 9/11 Reality," The Wharton Club of Israel, December 2001.
- "What Keeps Us Up At Night?: Post 9/11 Survey of US CEOs – Top Line Results," SEI Center Board, October 2001.
- "Capturing Internet Opportunities Above the Low-Hanging Fruit," Business Week "Rethinking the Internet," Conference, Chicago, October 2001.
- "Making Strategy Happen: Problems, Progress and Proposed Actions for Winning in the Changing Global Information Age," Li & Fung Distribution Annual Conference, Hong Kong, July 2001.
- "Globalization of Technology Startups," Wharton-Israel Global Alumni Conference on the Globalization of Technology Intensive Business, March 2001.
- "The e-Bus Challenge," the Top Executives of the Bank of East Asia, March 2001.
- "Developing a Strategy," ICA Board, March 2001.
- "e-Business: The Lessons to Date and Implication to Management Practice, Research and Education," opening lecture of the PriceWaterhouseCoopers Management Consultants e-Bus Chair at the Graduate School of Business Studies at Katholieke Universiteit Leuven, Belgium, February 2001.
- "Driving Change: New Business Models for the Global Digital Age," Opening Lecture of the PriceWaterhouse Coopers Management Consultants, e-Business Chair, Graduate School of Business Chair, Graduate School of Business Studies, Katholieke Universiteit Leuven, Belgium, February 2001.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "e-Transforming an 'Old Economy' Business," Wharton-Singapore Management University Conference: e-Business in the New Millennium, July 2000.
- "Creating an e-Business," Wharton-Singapore Management University Conference: e-Business in the New Millennium, July 2000.
- "Preparing for Leadership in the Changing e-Business Environment," CEO Circle, May 2000.
- "Preparing for Leadership in the Changing e-Business Environment," CEO Circle, May 2000.
- "Building Communities," Virtual Communities and the Internet, April 2000.
- "Valuation: Valuable or Value Less," Entering the Virtual Millennium, Wharton North American Regional Forum, April 2000.
- "Customization Strategies for Financial Services in the Global Information Age," the Citigroup and Simon Graduate School conference on Electronic Banking Commerce, New York. February 17-18, 2000.
- "Emerging Trends in the Pharmaceutical Industry and the Expected Scenarios," Innovative Managed Care Contracting, January 2000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Winning the high Tech Wars: Strategies for Driving Change," NEC Management Team, Tokyo, April 1998.
- "The Challenge of Market Leadership," Bristol-Myers Squibb Medical Devices Group, January 1998

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -.

- "Driving Change: Preparing for the 21st Century," Business Writers=Seminar, December 1997.
- "Preemptive Strategies," Wharton Executive Education Competitive Marketing Strategies, June 1997.
- "Toward a New Corporate Governance Model: Lessons from the Japanese and U.S. Experience," With Masaru Yoshitomi, the Corporate Governance Workshop, March 1997.
- "Creating a Leading Global Medical Communication Company for the 21st Century," Medicus Group International, Inc., March 1997.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Challenge of Competitive Strategies in the Global Information Age," The Interdisciplinary Center, Herzliya, Israel, December 1996.
- The Technology Challenges for Family Business," Technology Day: The Web, The Future and You, the 1996 Family Firm Institute Conference, October 1996.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Business in the Global Information Age," The Interdisciplinary Center of Business, Law and Technology, December 3, 1995.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "AHP in Top Management Decisions," The Keynote address of The International Conference on AHP Washington, DC, July 11, 1994.
- "Creating a 21st Century Enterprise," Poon Kam Kai Institute of Management, The University of Hong Kong, June 16, 1994.
- "Market Driven Quality," at the Beyond Quality: Organizational Transformation to the 21st Century Enterprise, March 17-18, 1994.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Getting the Most out of Benchmarking," Board of Directors of Wharton's Alumni Association, May 14, 1993.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Executive Development 1992, 1993.
- "The Market Driven 21st Century Enterprise: Implications for Law Departments," Presentation at the SmithKline Beecham U.S. Law Department Conference on Customer Focus Continuous Improvement, April 28, 1992.
- Preparing for the 21st Century Today," Securities Industry Institute, 40th Anniversary Program, March 1992.
- "The Successful 21st Century Enterprise as Customer Driven: Implications for Marketing and Management Science," University of Texas at Austin, Faculty Colloquium, February 1992.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Management in the 21st Century: Implications to the Fragrance Industry," Summit 2000 Conference of the Fragrance Association, April 8, 1991.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Research Priorities in the Information Technology Area," MSI, Information Technology Steering Group, January 18, 1990.
- "Building the 21st Century Corporation Today: A Marketing Perspective," MASTERSHIP, January 9, 1990, Los Angeles, CA.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Management in the 21st Century: Implications for Management Research and Education," University of California, Irvine, April 27, 1989.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Foreign Market Entry and Import Protection Strategies," Israel Institute of Management, October 1984.
- "The CEO and the Board," Strategic Management Conference, October 1984.

**D.  Marketing and Branding**

- "Strategic Review," Estee Lauder North America Leadership Meeting, November 15, 2012
- "Perspectives on Marketing Strategy and Financial Performance," 2012 Inaugural AIM-AMA Sheth Foundation Doctoral Consortium, July 28, 2012
- "Assessing the ROI of Marketing Strategy," 2012 Inaugural AIM-AMA Doctoral Consortium, July 28, 2012
- "The Future of Retailing is Now," Li & Fung Retailing Holding Co., July 23, 2012
- "Client Experience and Engagement," SEI Global Wealth Services Executive Network, May 15, 2012.
- "The Future of Branding and Intellectual Property in Marketing: The Challenge" Brands and Branding in Law, Accounting and Marketing Conference at UNC, April 13, 2012.
- "Rethinking Marketing in the Age of the Empowered Consumer," Temple Fox School fo Business, March 16, 2012.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Conversations with MARS Catalyst & Marketing Lab, MARS, November 8, 2011.
- "Designing TV Commercials That Maximize Social Diffusion," MARS, November 8, 2011.
- "The Myth of the Four-Minute Mile and its Implication to B2B Marketing," Google's Think B2B: Deconstructing Today's B2B Customers, October 6, 2011.
- "Marketing and Business Strategy in the Age of the Empowered Consumer," SEI Private Banking Executive Network, June 16, 2011.
- "Marketing and Business Strategy in the Age of the Empowered Consumer," Wharton Fellows @ The Conference Board:  Fellows Breakfast & Program, June 3, 2011.
- "MSI- The Philadelphia Story," MSI 50th Anniversary, April 26, 2011.
- "Marketing Communication in the Digital Era," MSI 50th Anniversary, April 26, 2011.
- "Marketing:  What's Next," Wharton Fellows at the Conference Board: Philadelphia Master Class, January 22, 2011.
- "Accelerating & Improving GTM Strategies Via Effective Experimentation,"  SEI Marketing Group Meeting, January 2011.
- "Marketing and Business Strategies in the Age of the Empowered Consumer," The Wharton Club of London, February 15, 2011.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Getting the Most Out of Your Interactive Marketing Dollars," Wharton Club of Southern California, November 18, 2010.
- "7 Advertising Myths," Wharton Alumni Webinar, April 22, 2010.
- "Revitalizing Brands and Reinventing Marketing," SEI, December 14, 2010.
- "Go To Market Strategies 10 Interrelated Questions" SEI Marketing Leaders Workshop,  November 9, 2010.
- "The Challenge of Customer Centricity", GSK Executive Leadership, November 9, 2010.
- "Marketing Careers," Wharton Marketing Conference, November 12, 2010.
- "Marketing of Israel," Gratz College, May 6, 2010
- "7 Advertising Myths," M Factor, May 5, 2010.
- "Global Business Branding," America-Israel Chamber of Commerce, April 14, 2010.
- "Marketing Implications of the Changing Economy," AMA Winter Marketing Conference, February 20, 2010.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Leveraging Social Media," The Fox Chase Cancer Center Leadership, December 15, 2009.
- "Leveraging the PMA's Marketing and Pricing Strategies," A Discussion on Reverse Marketing for the PMA, July 20, 2009.
- "The Challenge of Marketing Israel," Wharton Alumni Club of Pacific Palisades, July 8, 2009.
- "Marketing Strategy Discussion Guideline," PhD Seminar, March 27, 2009.
- "Some Observations on the Changing Retail Scene," The Wharton Retail Club Seminar on Industry Trends, March 18, 2009.
- "Can We Brand Our Customers and Not Our Products?" MPlanet, January 27, 2009.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Market Driven Strategy," and "Integrated Global Marketing Strategy," Newell Rubbermaid Marketing Excellence Program, September 17 and 19, and December 10 and 11, 2008.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Rigor & Relevance: A Key Marketing Challenge," The Buck Weaver Award Presentation, September 7, 2007.
- "Global Branding & Marketing," TEVA Israel Leading Your Business, June 28, 2007.
- "The Wisdom of Crowds in Today's Digital World We vs. Me," Milken Global Conference, April 23, 2007.
- "Brand Names and Logos: Implications to Language Instruction," Penn's Language Faculty, March 22, 2007.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Customer Value: Strategies for the Long Term," Marketing Precision Conference: The Value of Marketing, September 27, 2006.
- "Does Korean Marketing Need Reform?" Korean Marketing Club, Seoul, June 5, 2006.
- "Redefining Marketing for the 21st Century," Wharton Club of Korea, Seoul, June 3, 2006.
- "Brand Names and Logos," Penn Humanities Forum on Word and Image, February 2006.

------------------------------------------------------------------------

- "Recent Developments in Marketing and Branding Strategies," IDC Board of Directors Meeting, August 25, 2005.
- "Effective Marketing Planning: What It Is and How to Produce It," JCCA Conference, April 2005.

------------------------------------------------------------------------

- "Strategic Shifts and the Balance of National Security: Summation," J. K. Herzliya Conference, Israel, December 2004.
- "Return on Marketing Investment: Progress, Problems and Prospects," Address to the CMO Group of the conference board, October 6, 2004.
- "Challenges of Identifying, Developing, and Capturing Opportunities: A Fresh Look at Marketing," SEI Center Board Meeting, October 1, 2004.
- "Challenging the Mental Models of Marketing," A State of Marketing Symposium, Does Marketing Need Reform? Boston, August 9, 2004.
- "Should We Challenge Our Mental Models for Building Better Brands?" Med Ad News Conference on Building Better Brands, Philadelphia, July 28, 2004.

------------------------------------------------------------------------

- "The Changing Nature of Marketing: Implications for Research, Teaching, and Practice," The Elsevier Science Distinguished Scholar Award Lecture at the Society for Marketing Advances, November 6, 2003, New Orleans.
- "The Interdisciplinary Challenge of Marketing," Ph.D. Proseminar, February 2003.
- "Convergence Marketing: Strategies for Reaching the New Hybrid Consumers," a Webcast of the University of Wisconsin Consortium for Global e-commerce, January 2003 and a Soundview Teleconference, May 2003.

------------------------------------------------------------------------

- "Managing the Complexities of the Convergent and Multi-Channel Marketing," CMO Summit, October 30, 2002.
- "Marketing Driven Strategies for Today's Economy," presentation at Alumni Weekend, May 2002.
- "Pioneer and Late Entrants: Winning Strategies," Viagra, Cardura, Darifenacin WWT Meeting, April 9, 2002.
- "The Interdisciplinary Challenge of Convergence Marketing," Wharton Ph.D. Proseminar, March 8, 2002.
- "Marketing Driven Strategies in a Global Economy," IBM's Managing Director's Executive Development Program, February 13, 2002.
- "Should You Have a Chief Marketing Officer?" January 2002.
- "Convergence Marketing: The Challenge for the On-Demand Era," IBM's 2002 WW Summit for the On-Demand Era, 2002.

------------------------------------------------------------------------

- "Target Audience, Public Opinion and Foreign Policy – A Marketing Perspective," Balance of National Strength and Security – The Herzliya Conference, December 2001.
- "The 5 Cs of Marketing: Capitalizing on the New Opportunities of Convergence Marketing," The Wharton Club-Atlanta, GA, November 2001.
- "Advances in Customer Focused Marketing and Business Strategy: The 5 Cs of Convergence Marketing," The International Academy of Management, Claremont Graduate University, November 2001.
- "Convergence Marketing: A New Marketing Strategy for the Global e-Business Environment," The Wharton European Forum, May 2001.

------------------------------------------------------------------------

- "Whither System Thinking: Will Taking a Marketing Perspective be an Oxymoron?," Inaugural Conference of the Achoff Center for Advanced Systems Appraisal, September 2000.
- ""New Marketing Rules for e-Business Success," UNIG, Singapore, August 2000.
- "New Marketing Rules for the Global Information Age," IBM Global Services Academic Conference, August 2000.
- "Marketing Driven Business Strategy in the Global Information Age," Managing Change in the New Millennium, Wharton-Singapore Management University Conference, July 2000.
- "A New Marketing Paradigm for the Global e-Business Environment: A Catalyst for Bridging the Gaps," Building Bridges & Broadening Perspectives: A Paradigm for the Next Millennium, 29th EMAC Conference, Rotterdam, May 2000.

- "Research Priorities in e-Commerce and Internet Marketing," Web Consortium, Pennsylvania State University's ISBM, March 2000.
- "Implications of the New e-Business Environment and Models for Management Research and Education," International Academy of Management, Barcelona Meeting, March 2000.
- "Marketing Driven Business Strategy in the Global Information Age," Studio Ambrosetti's top executive seminar in Padova and Milan, March 2000.
- "New Trends in Marketing Research," IDC, Herzliya, March 2000.
- "Digital Marketing: Towards a New Paradigm for the Global Information Age," Faculty Session-INSEAD, France, June 2000.
- "The Future of the Marketing Organization," The Future of the Marketing Organization, MSI Board of Trustees Meeting, Cambridge, Massachusetts, April 2000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Towards a Research Agenda in E-Commerce and Internet Marketing," AMA Educators' Conference, San Francisco, August 1999.
- "Digital Marketing: Implication for the Future of Marketing Management Research and Research in Marketing," plenary session presentation AMA Marketing in the 21st Century, San Francisco, August 1999.
- "Marketing Strategy in the Global Information Age: Implications for Research and Modeling," PhD. And Faculty Seminar IESE Universidad de Navarra, Barcelona, March 8, 1999.
- "Implementation and Feasibility Issues of New Forms of Organizations: A Marketing Perspective," Wharton Impact Conference, March 1999.
- "A Marketing Perspective on Communitarian Policies," The Communitarian Summit, Washington, D.C., February 28, 1999.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "An Extended Marketing Perspective on Corporate Architecture for the 21st Century," Japan Marketing Association, World Marketing Conference, Tokyo, April 1998.
- "The Challenge of Customer-Driven Product and Service Customization," Senior management of Convatec, March 1998.
- "Towards a New Marketing Paradigm," AMA Winter Marketing Educators' Conference, February 1998.
- Towards a New Marketing Paradigm," AMA Winter Marketing Educators=Conference, February 1998.
- "Positioning and Segmentation in the Global Information Age," IMS Marketing Management Meeting, January 1998.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Competitive Marketing Strategies, "Preemptive Strategies," 1997, 1998.
- "Positioning and Segmentation Opportunities for Synergy and Growth," Cognizant Group's Marketing Council, July 1997.
- "Integration of Marketing and other Business Functions: The Wharton Experience," AMA: 1997 Faculty Consortium B Chicago, August 1997.
- "Communicating and Marketing Your Excellence," Volunteer Committees of Art Museums - VCAM Conference, Philadelphia, April 1997.
- "The Challenge of Information Technology to Marketing and Retailing in the 21st Century," University of Tokyo, April 1997.
- "Marketing Strategy in the Global Information Age: Implications for Modeling and Research," Ph.D. Proseminar, March 1997.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing: The State of the Art," Conference of the 2nd International Workshop on Economics and Management, Santiago, Chile, October 1996.
- "Creating a 21st Century Enterprise: Implications for Marketing Practice, Research and Education," Keynote Address, 2nd International Workshop on Economics and Management, Santiago, Chile, October 1996.
- "Marketing Strategy in the Global Information Age: Implications for Research and Modeling," AMA 1996 Doctoral Consortium, July 1996.
- Segmentation in the Global Information Age: Accomplishments, Problems and Challenges," The 1996 Converse Award Presentation, May 7, 1996.
- "Advances in Marketing," Janssen Pharmaceutica, April 18, 1996.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Marketing Issue in the Global Economy," Wharton Doctoral Consortium, August 11, 1995.
- "A View of Marketing Through the Prism of the 1977 and 1995 Doctoral Consortia," Wharton School, Doctoral Consortium, August 8, 1995.
- "Toward a New Marketing Paradigm," Ambrosetti Group's A.F. Meeting (Rome, Italy), March 8, 1995.
- "Toward a New Marketing Paradigm: Lessons From and Implications to the Marketing of Services," Ambrosetti Group's Chief Executive Seminar (Milan, Italy), March 7, 1995.
- "Marketing in the Pharmaceutical Industry: Emerging Challenges and Opportunities," P.A.C. Pharmaceutical Meeting: New Thinking, New Customers. February 28, 1995.
- "Beyond Brand Management," Wharton MBA Marketing Club, January 23, 1995.
- "The Value of Marketing Program," Janssen Pharmaceutica, January 9, 1995.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Research Priorities in Marketing as Derived From the SEI Center for Advanced Studies in Management Work on Creating Successful 21st Century Enterprises," Doctoral Proseminar, November 16, 1994.
- "Entering the U.S. Consumer Durable Markets," Nijenrode Executive MBA Program, August 4, 1994.
- "The Challenge of a New Marketing Paradigm," University of Texas at Austin, March 23, 1994.
- "Creating a Successful 21st Century Enterprise: Implications for Business and Marketing Theory, Practice, Research and Education," The University of Tokyo, November 4, 1994
- "The Marketing Challenges for the Philadelphia Orchestra," Presentation to the Board of Trustees of the Philadelphia Orchestra, March 1, 1994.
- Re Engineering Pharmaceutical Marketing, 1994.
- Is Your Marketing Obsolete? Implications of the New Marketing Paradigm for Business and Non-profit Organizations," YPO Philadelphia Chapter University, The Cloister, September 1994.
- "The Value of Marketing: A Research Agenda," Value of Marketing Conference, Stanford University, August 9, 1994.
- Determining the Value of Marketing: A New Challenge to the Discipline," San Francisco AMA Conference, August 8, 1994.
- "Electronic Commerce: Progress and Prospects," AMA Conference, San Francisco, August 8, 1994.
- "Advances in U.S. Marketing and Their Implications to China," Joint faculty seminar of the School of Economics and Management, Tsinghua University and the School of Management, Peking University, June 15, 1994.
- "Toward a New Marketing Paradigm," a faculty seminar at the Hong Kong University of Science and Technology, School of Business and Management, June 14, 1994.
- "Empirical Generalizations in Marketing: Opportunities for MSI Research Program," MSI Board of Trustees Meeting, April 29, 1994.
- "Empirical Generalizations in Marketing: Some Observations," Wharton Conference on Empirical Generalizations in Marketing, February 16-18, 1994.
- "Increasing Marketing Effectiveness," Executive Conference of Schering-Plough Int., January 18, 1994.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The Value of Pharmaceutical Advertising and Promotion," Coalition of Healthcare Communication Conference, Marketing Conference in an Era of Change, New York October 27, 1993.
- "Advances in Marketing Strategies," Nijenrode University Executive Program, August 6, 1993.
- "Global Consumer Brand Strategies: Problems and Prospects," Seminar for the Business Partners of the Norwegian School of Management, June 11, 1993.
- "Marketing Opportunities in Japan and East Asia," with Hotaka Katahira and the International Forum Participants, April 18, 1993.
- "Toward a New Marketing Paradigm: Implications for Marketing Departments," Advisory Board Meeting of the Wharton's Marketing Department, April 8, 1993.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- Third Workshop on Marketing and Competitive Advantages with Ambrosetti Group, Milan on "The Customer Driven Company: From Concept to Reality," November 27-28, 1992.
- "The Strategic Impact of Market Driven Quality," with Paul R. Kleindorfer. ORSA/TIMS, San Francisco, Session on Customer Satisfaction and its Role in Global Competition. November 1992

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Marketing Skills and Strategies for the 1990's," Pfizer International Marketing Managers, December 1989, Lambertville, NJ.
- "Competitive Advantage Through Strategic Marketing," Contel Corporation, October 1989, Lake of the Ozarks, MO.
- "The Contributions of Strategy and Other Business Functions to the Creation of Innovative Marketing Knowledge," AMA Marketing Educators Conference, Chicago, August 1989.
- Strategic Marketing," Studio Ambrosetti AP Milan Group, May 17, 1989.
- "The Marketing Challenge for Top Management:, Promises and Pitfalls of Expert Systems," University of California, Irvine, April 27, 1989.
- "A Contrarian Approach to Effective Pricing," The Pricing Institute, March 7, 1989, New York.
- "Achieving Competitive Advantage in Marketing," Securities Industry Association, March 6, 1989, Philadelphia, PA.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Courtyard by Marriott: Designing a Hotel Facility with Consumer Based Marketing Models," presented to the TIMS/AMA seminar Marketing Science: A Developmental Tool for Management Scientists, New York, November 16, 1988.
- "Technology and Marketing-Driven Global Portfolio of R&D Projects," with Robert DeLuccia presented at the ORSA/TIMS Joint National Meeting in Denver, Co, October 26, 1988.
- "Pitfalls and Challenges of Global Marketing," Second International Conference on Marketing and Development, Karl Marx University, Budapest, Hungary, July 12, 1988.
- "Information Technology and Marketing Strategy," with Eric Clemons, presented at IS, TC and Strategy Plenary Meeting, January 1988.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "A New Challenge for Human Resource Management: Incorporating a Marketing Perspective," The Lauder Institute: International Human Resource Conference, December 1987.
- "Advances in Marketing Strategy and Research," Wharton Alumni Club, Milan, October 1987.
- "Marketing and Corporate Strategy," Studio Ambrosetti, Milan, October 1987.
- "Marketing for Financial Institutions," Studio Ambrosetti, Milan, October 1987.
- "Proactive Marketing Research and Modeling: Pitfalls and Prospects," PMRG Fall 1987 meeting, Captiva Island, Florida, October 1987.
- "Turning Salespeople and Non-Marketing Executives into Marketing Strategists," AMA Marketing Educators' Conference, Toronto, August 1987.
- "International Marketing," Wharton Alumni Club, Toronto, August 1987.
- "Marketing and Technology: Progress, Problems, and Prospects," European-American Symposium, Enschede, The Netherlands, June 29-July 1, 1987.
- "Market Segmentation: Shortcomings and Opportunities," 1987 Attitude Research Conference, West Palm Beach, Florida, May 1987.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Advances in Management Strategy: A Marketing Perspective," The Institute of Management Consultants, March 1986.
- "Advances in Global Marketing Strategy: Concepts, Methods, and Applications," International Symposium on Recent Developments in Management Research, Helsinki, Finland, 1986.
- "The Marketplace of the Future: Global Consumers," Advertising Research Foundation 50th Anniversary Conference, March 1986.
- "A Marketing Perspective for Public Management: Research Implications," Wharton Department of Public Policy and Management Brown Bag Seminar, January 1986.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Marketing to the U.S." A special meeting of the Chinese Management Association and the Taiwan Ministry of Trade, (Taipei), July 1985.
- "Advances in Portfolio Analysis and Strategy," Chinese Management Association, Taipei, July 1985.
- "New Development in Marketing and Planning," WEFA/Lauder Seminar, June 1985, Tokyo, Japan. Sessions on Advances in Market Segmentation, Product Positioning and Portfolio Analysis and Strategy.
- "Advances in Portfolio Analysis and Strategy," University of Illinois, Theories of Marketing Practice Conference, May 1985
- "Micro Computers in Marketing," Marketing Science Conference, March 1985.

- "Global Marketing Strategies," New York University, 1985.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Diffusion Models: The State of the Art," ASA conference, 1984.
- "Generating and Evaluating Industrial Marketing Strategies Using the AHP," TIMS Conference, November 1984;
- MRCA Conference on "The Affluent Market: New Data and Methodologies in Financial Services Planning," November 1984.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Increasing Marketing Productivity," S.F. Chapter of the AMA, March 1982.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Advances in Segmentation," Philadelphia Chapter of the AMA, Conference on Market Segmentation, January 1981.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Marketing Strategy," Delaware Valley Hospital Strategic Planning Program, May 1980.
- National Agricultural Marketing Association, Philadelphia, March 1977 and February 1978.
- Marketing Planning Conference, The AMA Western Michigan Chapter, Grand Rapids, March 1976

### E.  The Network Challenge

- "Surviving & Thriving in a Hyper-Connected World:  An Ideal Design," WEF Risk in a Hyper-connected World Project, November 13, 2011.
- "From Firm Centric to Network Orchestration," MARS, November 8, 2011.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The Network Challenge," SEI Connections Conference, June 8, 2010.
- "Organizational Networks for Effective Competition," Tyco, February 4, 2010.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The Network Challenge," SEI PB&T Management Team, November 9, 2009.
- "The Network Challenge," SEI Center Annual Board Meeting, October 9, 2009.
- "Wharton Combined Boards Meeting Spring 2009 Opening Plenary Session," Wharton Combined Boards Meeting, April 2, 2009.
- Competing in a World of Network Orchestration: Implications For Marketing," MPlanet, January 27, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Network Orchestration and Open Innovation Models," SEI Center Board Meeting, November 7, 2008.
- "Making Your Way in the New Flat World Economy," CASRO International Research Conference, May 6, 2008.
- "Competing in a Flat World," Wharton Club of NY, February 5, 2008.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Network-Based Strategies and Competencies," SEI Center Board Meeting, November 16, 2007.
- "Network Orchestration: Core Competencies for a Borderless World," Wharton-INSEAD Impact Conference: Network-Based Strategies and Competencies, November 9, 2007
- "Network Orchestration," Network-Based Strategies & Competencies Workshop, May 3, 2007.
- "Succeeding in a Flat World," The Wharton Economic Summit, Philadelphia, April 12, 2007.
- "Web 2.0 & Social Networking: Implications for Management," The Worldwide J&J Diabetes Franchise Leadership Team, January 3, 2007.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The Changing Nature of Corporations: Competing in a Flat World," organizer and chair of a panel at the Milken Institute Global Conference, April 2006.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "An Extended Example of New Risks and their Management in Supply Chains," SEI Meeting, September 26, 2005.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Assessing Vulnerabilities," System Approaches to Terrorism Conference at George Washington University, July 15, 2002.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "State of the World: Trades, Problems and Prospects," YPO Philadelphia Chapter University, The Cloister, September 1994.

---------------------------------------------------------------------------

- "Selecting and Negotiating International Strategic Alliances: Applications of the AHP," TIMS Osaka, July 1989.


## F.  Future of Advertising

- "Advertising and Media 2020:  Implications for Action," Cannes Lions Young Media Academy, June 19, 2013
- "The New Frontiers of Retailing," Fung Group Idealized Workshop, May 29, 2013.
- "Creating an Agile and Innovative Organization: Lessons from the FoA Program," Strategic Agility & Innovation Workshop, IDC Herzliya, June 17, 2013.
- "Innovative Approaches to Measuring Advertising Effectiveness," Wharton Future of Advertising Program and Wharton Customer Analytics Initiative, May 16, 2013.
- "Insights from Advertising 2020," ARF Webinar, May 9, 2013.
- "Insights from Advertising 2020," ARF Re:think:  Unparalleled Knowledge, Unparalleled Networking, March 17, 2013.
- "Facebook Roundtable," Wharton Future of Advertising Program, January 18, 2013.
- "The Implications of Advertising 2020," ARF Rethink 2013. March 19 2013," Wharton Future of Advertising, January 18, 2013.

---------------------------------------------------------------------------

- "The Future of Advertising Program; Global Insight Roundtables:  China," Beijing, July 25, 2012
- "What's Next for Empirical Generalizations in Advertising," Emirical Generalizations in Advertising II: Whar works in the New Age of Advertising and Marketing, June 1, 2012.
- "The Secrets of Viral Ads" Post-Advertising Summit Story Worldwide, March 29, 2012.

---------------------------------------------------------------------------

- "Rethinking Marketing and Advertising Research," Future of Advertising Global Advisory Board Meeting, December 9, 2011.
- "Toward a New Mental Model of Advertising:  Implications to Orchestration, Business & Revenue Models," FoA Orchestration Session, October 27, 2011.
- The Future of Brand Building and Brand Experience: Blurring Boundaries Between Advertising and Retailing," Workshop Session with the Jay H. Baker Retailing Initiative, April 21, 2011.
- "The Future of Sports Advertising," WSBI Alumni Advisory Committee Mtg, April 7, 2011.
- "The Future of Marketing & Advertising: An opportunity for Preeminence," Wharton External Affairs Director's Meeting, March 21, 2011.
- The Future of Sports Advertising, Innovations and Experiments with Multi Touch Point Portfolios," Leverage Sports Agency, March 16, 2011.
- "The Future of Advertising, The Wharton Club of London, February 18, 2011.

---------------------------------------------------------------------------

- "The Future of Advertising is Now," IESE, May 17, 2010.
- "Future of Advertising," Future of Advertising Project Global Advisory Board Working Session, March 10, 2010.

---------------------------------------------------------------------------

- "Future of Advertising: Progress and Prospects," Board Meeting of Ehrenberg-Bass Institute, November 10, 2009.
- "The Future of Advertising Project and The New Marketing Challenges," SEI Center Annual Board Meeting, October 9, 2009.
- "The Future of Advertising Project (Project Update)," Future of Advertising Project Global Advisory Board Meeting, October 8, 2009.
- "What We Know about Advertising: Implications for Management and Measurement," Audience Measurement 4.0, June 24, 2009.
- "Empirical Generalizations in Advertising: What We Know, Don't Know, Can't Know, and Should Know," Rethink The ARF Annual Convention, March 31, 2009.

---------------------------------------------------------------------------

- "Taking Stock of Existing Advertising Empirical Generalizations," Wharton Impact Empirical Generalizations in Advertising Conference, December 4, 2008.
- "The Future of Advertising if NOW: Project Overview and Update," SEI Center Board Meeting, November 6, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising," SEI Center Board Meeting, November 16, 2007.


**G.  Future of Management & Management Education**

- "Israel Knowledge@Wharton: Implications," Israel Knowledge@Wharton Launch Event and Working Forum, October 12, 2012
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Managing Change in Higher Education: Challenges, Approaches & Action Plans," NACUBO Conference on Managing Change, September 30, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Management Education 2020", Wharton Combined Boards Meeting, October 15, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Reinventing Management Education," SEI Center Annual Board Meeting, October 9, 2009.
- Socially Responsible Capitalism Approaches to Improving Business and Government Relations," SEI Center Annual Board Meeting, October 9, 2009.
- "Future of Management and Management Education," SEI Center Annual Board Meeting, October 8, 2009.
- "The Financial Crisis and the Changing Relationship between Business and Government," Chiefs of Staff Meeting, September 15, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Approaches for Redesigning the Total Wharton Experience," The Wharton School, May 15, 2009.
- "Challenging the Current MBA," January 1, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Thought Leadership," The Wharton Economic Summit, April 12, 2007.
- "The Future of Management Education," International Academy of Management @ IMD, March 22, 2007.
- "The Future of Management Education," International Academy of Management @ IMD, March 16, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Perspectives on Research: Innovation, Impact, and Fun," The Joseph Wharton Scholars Senior Research Seminar, October 11, 2006.
- "Reinventing the MBA," Panelist at the MBA Roundtable Session on MBA 2020: Curricular Innovation for Tomorrow's Business School," October 6, 2006.
- "New Frontiers in the Practice of Management" with Paul Kleindorfer, CEO Workshops at IDC Israel, February 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Toward a New Theory of the Firm," SEI Center Board Meeting, October 7, 2005.
- "The Lauder Institute: 1984-2005: A Reexamination," The Lauder Institute, July 12, 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "e-Bus: The Curriculum and Research Challenge: A Discussion with Jerry Wind," Faculty Seminar, Graduate School of Business Studies, Katholieke Universiteit Leuven, Belgium, February 2001.
- "Reinventing Training for the Global Information Age," Delphi e-Learing Conference, January 2001.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creating a University for the Global Information Age," The Inaugural Lecture of the Wharton-Singapore Management University, July 2000.
- "Reinventing the Business School for the Global Information Age," plenary session, The EFMD Deans and Directors Meeting 2000, Helsinki, Finland, January 2000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Information Revolution and the Emerging Management Education Paradigm," On Line Educa, Berlin, December 1998.
- "Towards a New Management Education Paradigm," IDC Faculty Workshop, June 1998.

- --------------------------------------------------------
- "Choices and Strategies for Universities in the Global Information Age," Provosts Seminar on Information, February 1997.
- --------------------------------------------------------
- "Creating a 21st Century Enterprise," Universidad Adolfo Ibanez, Vina del Mar, Chile, October 1996.
- "Creating a 21st Century Enterprise: Implications for Boards of Directors," Enhance Board of Directors, September 1996.
- "The Stakeholder Challenge for Increased European Competitiveness," Wharton European Forum, (London, England), March 29, 1996.
- "The Next Enterprise: Creating a Successful 21st Century Enterprise Today," The Hong Kong Management Association, January 12, 1996.
- --------------------------------------------------------
- "Toward Virtual Management Education," International Academy of Management (Boston, MA), December 8, 1995.
- "The Virtual University: Research and Action Agenda," The Virtual University Conference, SEI Center, January 12, 1995.
- --------------------------------------------------------
- "A New Management Paradigm for the 21st Century Enterprise," Conference of the International Academy of Management, December 9, 1994.
- "Textbook of the Future: A Perspective From the Virtual University Lab," April 8, 1994.
- Neuhauf Lecture, "The Impact of Marketing Science on Industry and Academia: Applications, Results and Lessons," at Rice University, March 23, 1994.
- "Role of Marketing in the New MBA Curriculum: Lessons from the Wharton Experience," AMA Winter Conference, February 21, 1994.
- --------------------------------------------------------
- "The New Wharton MBA Curriculum," Faculty seminar at Erasmus University, March 10 and June 10, 1993.
- --------------------------------------------------------
- "Designing & Implementing an Innovative MBA Program: Lessons from the Wharton Experience," Conference on the Future of Management Education in Israel, Jerusalem, Israel, October 16, 1991.
- --------------------------------------------------------
- "The Globalization of Management Education: Options, Trade-Offs, and an Agenda for Implementation," AACSB Annual Meeting, April 18, 1989, Montreal.
- --------------------------------------------------------
- "Management Education in a Global Context," University of Pennsylvania Conference on Management Education and Foreign Languages, December 1984.

## H.  Marketing Demand & Experimental Model SKAN

- "The Changing Role of Marketing Research," 2012 Inaugural AIM-AMA Sheth Foundation Doctoral Consortium, July 29, 2012
- --------------------------------------------------------
- "Marketing Research in Times of Crisis," Navigating a New World Conference hosted by Greater NY and Phila Marketing Research Association, April 16, 2009.
- --------------------------------------------------------
- "Online Panels: Where We Are Today and in the Future," CASRO, June 22, 2007.
- --------------------------------------------------------
- "Adaptive Experimentation"  The Sammy Ofer School of Communications and Information," IDC Herzliya, September 9, 2005.
- --------------------------------------------------------
- "Research Challenges in the Management of Extreme Events: The Case of the Office Homeland Security," with Paul Kleindorfer, Advisory Board Meeting of the Wharton Managing and Financing Extreme Event Project, December 2001.
- --------------------------------------------------------
- "Marketing Science: Accomplishments and Challenges in the Global Information Age," Informs, November 1999.

- "Marketing Research in the Global Information Age: Practice, Problems, and Prospects," Wharton-IDC Marketing Communications Program, March 1999.

---

- "Creative Joint Ventures and the Potential Role of the University," Philadelphia-Israeli Chamber of Commerce, June 1997.
- "The Use of Conjoint Analysis-Based Survey to Determine Consumer Price Elasticities," Debriefing Session for the Anti-Trust Division, Washington, D.C., February 1997.

---

- Address on Issues in Marketing Research for Legal Cases: Necessity of Using controls and the Propriety and Risk of Repetitive Probes," Marketing and Public Policy Conference, Washington, D.C., May 1996.

---

- "Marketing Science at a Crossroad," Inaugural Presentation as the first holder of the Unilever-Erasmus Marketing Professorship, Erasmus University, February 18, 1993.

---

- "Time Based Competition: Implications for Marketing Science," INSEAD Faculty Presentation, January 1992.

---

- "Marketing Research and Modeling for the 21st Century Enterprise: The Emerging Crisis and its Challenges," Management Science Roundtable, February 17, 1991, Redington Beach, FL.

---

- "Concept Testing for Generating and Evaluating Positioning Strategies," PDMA Positioning Conference, March 6, 1990, New York, NY.

---

- "Second Generation Expert Systems: Incorporating Enhanced Explanation and Learning," Marketing Science Conference, Jouy-en-Josas, France, June 24-26, 1987.

---

- "Advances in Marketing Research and Modeling," Studio Ambrosetti, Milan, December 1986.
- "Expert Systems in Marketing," TIMS October 1986 Conference, Miami.

---

- "The Contribution of Consulting to the Consumer Research Discipline," ACR conference, October 1984.


I. **Israel**

- "Getting the Most from your Israel Visit," 2012 Faculty International Seminar to Israel/Turkey, April 25, 2012.
- "Israel: Insights and Opportunities: Background Discussion for GIP Israel Program," GIP Israel Program, November 16, 2010.
- "Making the Case for Israel," IDC Panel Discussion, Israel, May 26, 2010.

---

- "The Challenge of Marketing Israel," Israeli MBA Conference, April 19, 2009.

---

- "A New Management Paradigm for Israel's Schools of Management: Lessons from the New Wharton MBA Curriculum," Conference on the Future of Management Education in Israel, Jerusalem, Israel, October 16, 1991.

## 6.   PROFESSIONAL AFFILIATIONS AND AWARDS

**I. Professional Affiliations**

1. Fellow of the International Academy of Management (since 1989), Chancellor 2000- , Vice Chancellor for the Americas, 1996-2000
2. Academy of International Business
3. American Marketing Associations
4. American Association for Public Opinion Research
5. American Psychological Association, Division of Consumer Psychology (Div. 23)
6. Association for Consumer Research
7. International Communication Association
8. Product Development and Management Association
9. Psychometric Society
10. Strategic Management Society
11. INFORMS – The Institute of Management Sciences
12. The Market Research Society (London)

**II.Professional Awards**

**1.   Honorary Degrees**

M.A. Honors, University of Pennsylvania, 1971

**2.   Awards**

- One of the 10 *Legends of Marketing, 2009.*  An 8-volume set of anthologized work forthcoming from Sage, 2013.
- **Buck Weaver Award**, Massachusetts Institute of Technology, 2007.
- **Honorary Fellow of the Decade**, Interdisciplinary Center, Herzliya (Israel), May 2004.
- The **2003 Elsevier Science Distinguished Scholar Award** of the Society for Marketing Advances
- One of the **10 Grand Auteurs** in Marketing. [Alain Jolbert, EMS Management and Societe, 2000]
- One of 18 *JAR* articles in the Special Classics Issue **of articles that have withstood the test of time**. Nov./Dec. 2000.
- **The Paul D. Converse Award**, 1996.
- **American Marketing Association/Irwin Distinguished Educator Award**, 1993.
- **First Faculty Impact Award**, Wharton Alumni Association, 1993.
- First Runner-Up in the **1988 Franz Edelman Award for Management Science/Achievem**ent.
- **The 1985 Charles Coolidge Parlin Award.**
- Elected as the 1984 member of the **Attitude Research Hall of Fame.**
- Delivered the 13th (1981) **Albert Wesley Frey Lecture**, University of Pittsburgh.
- My *Product Policy* book won the **1979 Book of the Year Award** given by the editors of Expansion (Mexico).
- Winner of two **Alpha Kappa Psi Foundation Awards** for the best article published in the *Journal of Marketing* in 1973 and 1976.
- Runner up of the 1983 **William O'Dell Award** for "the article published 5 years earlier in JMR which stood the test of time and made the most significant long run contribution to Marketing Theory, methodology and practice".
- **Winning paper** (with Paul E. Green) of American Psychological Association Division of Consumer Psychology, 1972 Research Design Co mpetition.
- A finalist (top 5) for the 1980 Wharton Award for teaching excellence.

**3.   Illustrative Citations**

- Third highest ranked Marketing Scholar in the University of Maryland's Kirkpatrick and Locke Faculty Scholarship Study, 1985 (based on number of publications, citations, and peer ratings).
- 10th highest ranked marketing Scholar in the Cote, Leong and Cote "Assessing the Dissemination

and Utilization of Marketing Research in the Social Sciences: A Citation Analysis Approach," 1990.

**4.  Illustrative Research Grants**

- National Science Foundation: U.P. Research Grant (Summer 1970);
- General Foods, the Jell-0 Division (1971);
- N.W. Ayer (1972) - (with Paul E. Green);
- Downe Communication, Inc. (1972);
- Lever Brothers (1972) - (with Paul E. Green);
- Thomas Jefferson University Hospital (1973);
- AT&T (1973);
- The Robert Wood Johnson Foundation Clinical Scholar Fund (1974);
- The John and Mary R. Markle Foundation with R.E. Frank (1975-1976);
- National Science Foundation (Grant No. 51575-12928) (1975);
- The National Health Care Management Center of the Leonard Davis Institute with Thomas Robertson (1977).
- Wharton Global Initiatives Research Program (2010)
- Wharton Sports Business Initiative Program (2010)

**5.  Fellowships**

- Hebrew University Awards 1959/1960; 1964/1965; 1965/1966;
- Ford Foundation Fellowship 1963/1964;
- Owen D. Young: General Electric Fellowship in Marketing 1964/1965; 1965/1966;
- Bankendorf Fellowship 1964/1965;
- Stanford University Fellowship 1964/1965; 1965/1966.

**6.  Illustrative Recent Media Coverage**

- Knowledge@Wharton:
    - The U.S. Demographic Shift: A 'Tipping Point' for Marketers [May 22, 2012] http://knowledgetoday.wharton.upenn.edu/2012/05/the-u-s-demographic-shift-a-tipping-point-for-marketers/
    - Putting the Squeeze on Consumer Choice [September, 23, 2011] http://knowledgetoday.wharton.upenn.edu/2011/09/putting-the-squeeze-on-consumer-choice/
    - Harnessing Networks to Create Value and Identify New Opportunities [July 15, 2009] http://knowledge.wharton.upenn.edu/article.cfm?articleid=2289&specialid=88#
    - What Does it Take to Compete in a Flat World? [October 31, 2007] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1836
    - Can't Run, Can't Hide: New Rules of Engagement for Crisis Management [September 19, 2007] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1807
    - Will a New Theory Help Firms to Manage in a 'Flat' World? [October 25, 2006] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1588
    - Business Books for the Beach, The Power of Impossible Thinking [March 22, 2006] http://knowledge.wharton.upenn.edu/special_section.cfm?specialID=22
    - Farewell, Peter Drucker: A Tribute to an Intellectual Giant [November 30, 2005] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1326
    - Should Your Next CEO Be a Philosopher? [interview, February 9, 2005] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1125
    - What's the Buzz About Buzz Marketing? [interview, January 12, 2005], reprinted in *Wharton Alumni Magazine*, Winter 2005 http://knowledge.wharton.upenn.edu/article.cfm?articleid=1105
    - Amazon's Multiple Personalities [interview, January 14, 2005] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1088
    - Back to the Drawing Board: Is the Traditional Theory of the Firm Obsolete? [interview, October 6, 2004] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1047
    - The Power of Impossible Thinking [book, August 25, 2004]

- http://knowledge.wharton.upenn.edu/article.cfm?articleid=1022
  - What's Behind the 4-Minute Mile, Starbucks, and Moonlanding? The Power of Impossible Thinking [book, July 14, 2004] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1007
  - A Lofty Take on Leadership: Mountain Climbing and Managing Companies [book, September 24, 2003] http://knowledge.wharton.upenn.edu/article.cfm?articleid=858
  - How Business Can Prepare for War [conference, February 9, 2003]
  - Could a Cyber-Terrorist Take Down Your Company? Don't Wait to Find Out [conference, August 28, 2002] http://knowledge.wharton.upenn.edu/article.cfm?articleid=615
  - The New Business Reality [conference, January 30, 2002] http://knowledge.wharton.upenn.edu/article.cfm?articleid=509
  - What Webvan Could Have Learned from Tesco [interview, October 10, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=448
  - What's in Store for Capital Markets and the Economy? [interview, September 26, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=436
  - Did Terrorists Blow Up the Recovery? [interview, September 13, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=425
  - Dotcom Bomb Hits the Publications that Covered It [interview, August 29, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=418
  - Can Priceline Remain Profitable? [interview, August 15, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=412
  - Good vs. Great Leaders: The Difference is Humility, Doubt, and Drive [conference, June 20, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=377
  - It's Not Easy Being Paul Green [interview, November 8, 2000] http://knowledge.wharton.upenn.edu/article.cfm?articleid=262
  - Three Marketing Lessons from the Love Bug [interview, May 24, 2000] http://knowledge.wharton.upenn.edu/article.cfm?articleid=184
  - Just-in-Time Education: Learning in the Global Information Age [paper, August 30, 2000] http://knowledge.wharton.upenn.edu/article.cfm?articleid=236
  - New Rules of Digital Marketing [interview, October 13, 1999] http://knowledge.wharton.upenn.edu/article.cfm?articleid=79
  - Who's Buying on the Internet? [paper, September 1, 1999] http://knowledge.wharton.upenn.edu/article.cfm?articleid=63
  - Marketing Strategy in the Global Information Age [lecture, July 23, 1999] http://knowledge.wharton.upenn.edu/article.cfm?articleid=36
  - The Knowledge Edge [conference, June 23, 1999] http://knowledge.wharton.upenn.edu/article.cfm?articleid=34
  - Knowledge @ Wharton, High School Edition [glossary of various marketing terms]
- "Has Johnson & Johnson lost its way?" Leader, August 1, 2012 http://www.leader.co.za/article.aspx?s=1&f=1&a=3843
- "Facing Up to Change: The Executive Challenge," iedp.com, July 13, 2012 http://www.iedp.com/Blog/Wharton_Fellows_Keep-Up_Deal_with_Change
- "6 Steps to Achieving Creativity in Business, Personal Life," US News and World Report, January 3, 2011. http://health.usnews.com/health-news/family-health/brain-and-behavior/articles/2011/01/03/6-steps-to-achieving-creativity-in-business-personal-life.html
- "Wharton's Jerry Wind Predicts the Future of Advertising," IESE Insight, May 19, 2010. http://www.iese.edu/aplicaciones/news/view.asp?id=2333&lang=en
- Interviewed in report on the *Future of Advertising Project*, VMarketing China Magazine, April 2010.
- Listing of *The Network Challenge: Strategy, Profit, and Risk in an Interlinked World* in "KYW News Radio 1060 AM's 10 Books to Read by Marc Kramer." November 1, 2009.
- "World Series a marketing windfall for Philadelphia," Philly.Com, October 27, 2009. http://www.philly.com/philly/business/66284122.html
- Media coverage of Fast.Forward (http://www.youtube.com/user/FastForward), the Marketing Channel on YouTube co-founded with Google:
  - "Truth in Advertising," Penn Gazette, September, 2009. http://www.upenn.edu/gazette/0909/gaz07.html
  - "YouTube's FastForward Biz Site Off to Slow Start," ReadWriteWeb Blog, September 23, 2009.

http://www.readwriteweb.com/archives/youtubes_fastforward_biz_site_off_to_slow_start.php
- o "Fast.Forward. Connecting marketers with innovative ideas (and other marketers)," YouTube Biz Blog, September 23, 2009. http://ytbizblog.blogspot.com/2009/09/fastforward-connecting-marketers-with.html
- o "Will the Future of Advertising Be a Blend of Old and New Media?" Knowledge@Wharton, September 30, 2009. http://knowledge.wharton.upenn.edu/article.cfm?articleid=2344
- o "What's the future of advertising?" InternetNews.com, October 2, 2009. http://blog.internetnews.com/dneedle/2009/10/whats-the-future-of-advertisin.html
- o "New Year, New Look for Google for Advertisers," Google Agency Ad Solutions Blog, January 13, 2010. http://adwordsagency.blogspot.com/2010/01/new-year-new-look-for-google-for.html
- "Interview: Yoram (Jerry) Wind," First Friday Book Synopsis, July 26, 2009. http://ffbsccn.wordpress.com/2009/07/26/interview-yoram-jerry-wind/. Also published on Examiner.com, July 26, 2009. http://www.examiner.com/x-14678-Dallas-Business-Commentary-Examiner~y2009m7d26-Interview-Yoram-Jerry-Wind
- "Tips for Better Networking Skills," FOX Business News, July 17, 2009. http://www.foxbusiness.com/search-results/m/25340846/tips-for-better-networking-skills.htm
- Featured book in Wharton Alumni Newsletter: *The Network Challenge: Strategy, Profit, and Risk in an Interlinked World*, July 2009. http://www.wharton.upenn.edu/alumni/newsletter/2009/july/
- "Future of Advertising? Print, TV, Online Ads," Ad Age, June 1, 2009. http://adage.com/article?article_id=136993
- "Wondering What to Do? We Asked the Experts," Ad Age, April 6, 2009. http://adage.com/article?article_id=135772
- "An Interview with Wharton Professor Jerry Wind at MPlanet 2009" on Marketing Shift Online Marketing Blog, January 28, 2009. http://www.marketingshift.com/2009/1/an-interview-wharton-school-professor.cfm.
- Interview with LA Times on the financial crisis: Mindful Strategy, October 1, 2008.
- Interview with Sally Herships regarding Asia's demand for large jewels, "A Glimmer in Hong Kong's Eye." Marketplace, NPR. February 20, 2008.
- "The Power of Impossible Thinking," Podcast interview with LadyAdvisor.com, February 2008.
- Wharton@Work Report on the Las Vegas Fellows Master Class, January 2008.
- Interview on "Managing Creative People," Joel Kurtzman (ed), Creating Value Through People. Wiley 2008.
- Research Conference Report Summary of CASRO Technology Conference Speech "Online Panels: Where We Are Today and Where We Are Headed in the Future," August 2007.
- "The Power of Impossible Thinking," Ocean City Public Library, BUSINESS BOOK CLUB, Book of the Week, October 07, 2007.
- Wharton media coverage of Competing in a Flat World:

| | | | |
|---|---|---|---|
| Wharton Alumni Magazine | Winter | 2008 | Featured book |
| Wharton Alumni Magazine | December | 2007 | Featured article |
| Wharton Alumni Newsletter | August | 2007 | Featured book |
| Wharton Alumni Newsletter | December | 2007 | Featured book |
| Wharton Executive Education -- featured on home page | September | 2007 | Featured book |
| Wharton Faculty / Staff newsletter | September | 2007 | Featured book |
| Wharton Faculty / Staff newsletter | December | 2007 | Competing in a Flat World Competition Announcement |
| Knowledge at Wharton | October | 2007 | Interview with audio download |
| Competing in a Flat World website | October | 2007 | Website went live in October |

- Goh, Dr. Sunny T.H. "How to Make the Impossible Possible." *The Star Online.* July 10, 2006. thestar.com.my/news/story.asp?file=/2006/7/10/business/14512212&sec=business.
- A link has been placed for the book *The Power of Impossible Thinking* on the website,

www.worksavvy.ws/organization.htm#yourself as a recommendation to entrepreneurs and the diagram from page xxiv of the book is shown in the section of the website, "Organizing Yourself: Your Mind, Your Attitude, Time and Planning."

- "How Business Ideas are Born," MoneyControl.com, June 2, 2006.
- "Think You Know More Than Your Boss? You Just Might," Beepcentral.com, April 24, 2006.
- "New Model: Divide and Govern." *Directorship*. April 2006.
- "Creativity Comes to B-Schools," *Business Week Online*, March 26, 2006.
- Thomas Group Review. *The Power of Impossible Thinking*: A conversation with Yoram (Jerry) Wind and Jim Taylor. Also appeared at Knowledge Leadership @ Thomas Group, Winter 2006.
- *The Power of Impossible Thinking* selected as one of the five outstanding books on "Thinking Outside the Box" by the Swiss Journal *CASH* on March 16, 2006.
- "Marketing Prof. Gives Crash Course in Brand Image," *Daily Pennsylvanian*, February 9, 2006.
- "Churning Out Books for the Bigwigs," *Daily Pennsylvanian*, November 10, 2005.
- Inaugural Thought Leader interview, *The Brand Strategy Roundtable Journal,* November 2005.
- A number of radio interviews re *The Power of Impossible Thinking*, including:
  - *Something You Should Know with Mike Carruthers*, March 2006.
  - Mix 92.9 Morning Show, Nashville, March 2006.
  - KRMB Radio, Strategies for Living, Shrevesport, LA, August 11, 2004.
  - WKCT Radio, Drive Time, Bowling Green, KY, August 20, 2004.
  - WABJ Radio, John Sabastian Morning Show, Detroit, MI, August 18, 2004.
  - WKNO Radio, Smart Copy, Memphis, TN, August 17, 2004.
  - KIKK Radio, Salt Lake City, UT, November 6, 2004.
- "Winds of Change," *The Economic Times, Brand Equity*, June 1, 2005, front page.
- "From Ink to Implementation: New Press Wharton School Publishing Co-Editors Say They Aim for Sound Management Titles that You Can Do Something With," *BusinessWeek Online,* April 11, 2005.
- "Power of Mental Models," *Asia Inc.* April 2005, pp. F14-15.
- "Challenge Your Mental Models," *The Edge Malaysia*, March 21, 2005.
- "Meet the Master-Minds: Jerry Wind Reveals the Power of Impossible Thinking," *Management Consulting News*, March 3, 2005.
- "Mental Power Tool," *Automotive Design and Production*, 2004.
- "Read All About It: Q&A with Jerry Wind about Wharton School Publishing," *Wharton Alumni Magazine*, Spring 2004.
- "Comment s'adresser au consummateur "Post-bull"? D'apres *Convergence Marketing Strategies for Reaching the Hybrid Consumer, Business Digest* 127 (February 2003), pp. 19-20.
- "Wealth is Created During Periods of Uncertainty," *Fast Company*, April 2002, pp. 87-88.
- "Thought Leaders: Convergence Marketing: Preview an excerpt from the book by Wharton Professor Jerry Wind and Professor Vijay Mahajan of the University of Texas," Wharton's E-Buzz, October 2001; and Knowledge@Wharton, October 2001.
- "Wind of Change," *The Peak*, Volume 17, Number 1, 2001.
- "Conversation with Jerry Wind," Singapore, October 2000; abstract reproduced in http://can.mediacorpnews.com/analysis_prog/incon/incon_wind1.htm.
- "You Can't Be An Extremist," Globs March 8, 2001 (Hebrew).
- Wind, Yoram (Jerry). "Managing in the Year 2000" Executive Issues. August 1991.

## 7.  PERSONAL DATA

**Office:**  The Wharton School
University of Pennsylvania
Philadelphia, PA 19104
Tel:  (215) 898-8267
Fax: (215) 898-1703
E-mail: windj@wharton.upenn.edu

**Marital Status:** Married to Vardina Wind, Artist, (BA in Sociology, MA in Communications); Two children.

**Illustrative Pro Bono Activities**

The Interdisciplinary Center, Herzliya (Israel), all planning activities and other involvement (as outlined on p. 43), since 1994.

American Friends of IDC – Founding President (1998-2002); Member (2003-present).

Government of Catalonia, International Advisory Board (2007-present)

Lauder Institute Alumni Association, Advisory Board (2005-present)

The Philadelphia Museum of Art. Trustee (1992-present); Member of the Digital Age Committee (2009-present); Member of the Corporate Executive board of the Museum (1996-present); Led a trustee committee and the management and curatorial staff of the museum in the development of a market driven strategy, (1990); Member of the Nominating Committee (1999-2002); Member of Trustee Committees for Development (1993-1997); Special Exhibitions (1993-1995); and Strategy (1997-1998); Chairman, Audience Building Committee (2004-      );

Business for Diplomatic Actions, Member, Advisory Board and Coordinator of the Wharton research efforts in this area (2005-2010)

The Fox Chase Cancer Center, Member, Advisory Board (2009-2012)

Institute of Contemporary Art (ICA).  Help guide a strategic planning process (2001).

The Jewish Federation of Greater Philadelphia: Member of the Financial Resource Development Committee, 1990-1992.

National Constitution Center, Member, Strategic Planning Steering Committee (2005)

Operation Independence, Israeli Management School Oversight Committee, 1991-1992.

The Philadelphia Orchestra: Advisor regarding the development of Marketing Strategy (1994-1997).

University of Pennsylvania Museum of Archeology and Anthropology. Help establish a vision and revenue generation strategies (1999).

**Affiliations:**

The Philadelphia Museum of Art – Trustee (Philadelphia)
The Barnes Foundation (Philadelphia)
The Institute of Contemporary Art of the University of Pennsylvania (Philadelphia)
Pennsylvania Academy of the Fine Arts (Philadelphia)
The Museum of Modern Art (New York)
Museum of Art and Design (New York)
The New Museum (New York)
Whitney Museum of American Art (New York)
The Jewish Museum (New York)
Guggenheim Museum (New York)
U.S. Holocaust Memorial Museum (Washington D.C.)

# EXHIBIT B

**EXHIBIT B:**
**Illustrative List of Conjoint Analysis Applications**

- Consumer Nondurables
  - Bar soaps
  - Hair shampoos
  - Carpet cleaners
  - Synthetic-fiber garments
  - Gasoline pricing
  - Panty hose
  - Lawn chemicals
  - Facial tissues

- Financial Services
  - Bank services
  - Auto insurance policies
  - Health insurance policies
  - Credit card features
  - Consumer discount cards
  - Travel and entertainment packages
  - Financial planning

- Consumer Durables
  - Automotive styling
  - Automobile and truck tires
  - Pickup truck design
  - Car batteries
  - Apartment design
  - Toasters
  - Commercial lawn mowing

- Other Services
  - Car rental agencies
  - Telephone services and pricing
  - Employment agencies
  - Information retrieval services
  - Employee benefits packages
  - Design of hotels

- Health Care/Pharmaceuticals
  - Ethical drugs
  - Diagnostic equipment
  - Health maintenance organizations

- Industrial Goods
  - Copying machines
  - Printing equipment
  - Facsimile transmission
  - Data transmission
  - Portable computer terminals
  - Diagnostic x-ray equipment
  - Computers

- Transportation
  - Domestic airlines
  - Transcontinental airlines
  - Passenger train operations
  - Freight train operations

**EXHIBIT B (Con't):**
**Areas of Application of Conjoint Analysis Studies**

- Market Segmentation
  - As a basis for segmentation--"benefit" segmentation
  - As a descriptor of segments
  - Flexible segmentation
  - Componential segmentation and models for simultaneous evaluation (i.e., SIMOPT)

- Product Decision
  - Positioning
  - Concept evaluation
  - Product development guidelines

- Pricing Decisions
  - Price sensitivity
  - Value of different models of pricing

- Promotional Decisions
  - Semantic equivalents

- Distribution Decisions
  - Value of different outlets
  - Design of a product/service mix for distribution outlets

- Management Decision Criteria
  - Product portfolio
  - New product evaluation
  - Allocation of resources

- Consumer Behavior
  - Consumer choice of items and item collections
  - Allocation of time and money among activities

# EXHIBIT C

Exhibit C
142

**EXHIBIT C:**
**Illustrative Publications on Conjoint Analysis**

## Books

1. Wind, Yoram, Paul E. Green and Douglas Carroll. <u>Multi-Attribute Decisions in Marketing: A Measurement Approach</u>. Hinsdale: The Dryden Press, 1973.

2. Krieger, Abba, Paul E. Green and Jerry Wind. <u>Adventures in Conjoint Analysis: A Practitioner's Guide to Trade-Off Modeling and Applications</u>. Philadelphia: The Wharton School, 2004 < https://marketing.wharton.upenn.edu/faculty/green/monograph/ >.

## Articles, Chapters, Papers

1. Green, Paul E., Yoram Wind, and Arun K. Jain. "Consumer Menu Preference: An Application of Additive Conjoint Measurement." <u>Proceedings of the Third Annual Conference of the Association for Consumer Research</u>. Ed. M. Venkatesan. Chicago: Association for Consumer Research, 1972. 304-315. <http://dl.dropbox.com/u/9686940/windj/7208_Consumer_Menu_Preferences_An_Application.pdf>\

2. Green, Paul E., Yoram Wind, and Arun K. Jain. "Benefit Bundle Analysis." <u>Journal of Advertising Research</u> 12.2 (Apr. 1972): 31-36.

3. Green, Paul E., Frank J. Carmone, and Yoram Wind. "Subjective Evaluation Models and Conjoint Measurement." <u>Behavioral Science</u> 17.3 (May 1972): 288-299. <http://dl.dropbox.com/u/9686940/windj/7205_Subjective_Evaluation_Models_and_Conjoint.pdf>.

4. Green, Paul E., and Yoram Wind. "Experiments in the Multidimensional Psychophysics of Taste and Semantic Descriptions." Research Design Competition of the American Psychological Association, Division 23, July 1972. <http://dl.dropbox.com/u/9686940/windj/7207_Experiments_in_the_Multidimensional_Psychophysics.pdf>.

5. Green, Paul E., Yoram Wind, and Arun K. Jain. "Preference Measurement of Item Collections." <u>Journal of Marketing Research</u> 9 (Nov. 1972): 371-377. <http://dl.dropbox.com/u/9686940/windj/7209_Preference_Measurement_of_Item_Collections.pdf>.

6. Green, Paul E., Frank J. Carmone, and Yoram Wind. "Consumer Evaluation of Discount Cards." <u>Journal of Retailing</u> 49.1 (Spring 1973): 10-22. <http://dl.dropbox.com/u/9686940/windj/7305_Consumer_Evaluation_of_Discount_Cards.pdf>

7. Green, Paul E., and Yoram Wind. "Recent Approaches to the Modeling of Individuals' Subjective Evaluations." <u>Attitude Research Bridges the Atlantic</u>. Ed. Philip Levine. Chicago: American Marketing Association, 1975. 123-153. <http://dl.dropbox.com/u/9686940/windj/7504_Recent_Approaches_to_the_Modeling.pdf>.

Exhibit C
143

8. Green, Paul E., and Yoram Wind. "New Way to Measure Consumers' Judgments." Harvard Business Review 53 (July - Aug. 1975): 107-117. <http://dl.dropbox.com/u/9686940/windj/7509_New_Way_to_Measure_Consumers'.pdf>

9. Wind, Yoram (Jerry). "New Developments in Conjoint Analysis." Paper presented at the 25th Annual Midwest Conference of the American Statistical Association on What's New in Statistical Techniques for Marketing Research, Mar. 1978.

10. Wind, Yoram, and John G. Myers. "A Note on the Selection of Attributes for Conjoint Analysis." Wharton School Working Paper, Aug. 1979. <http://dl.dropbox.com/u/9686940/windj/7909_A_Notes_on_the_Selection.pdf>.

11. Goldberg, Stephen M., Paul E. Green, and Yoram Wind. "Conjoint Analysis of Price Premiums for Hotel Amenities." Journal of Business 57.1.2 (1984): S111-S132. <http://dl.dropbox.com/u/9686940/windj/8403_Conjoint_Analysis_of_Price_Premiums.pdf>

12. Wind, Jerry, Paul E. Green, Douglas Shifflet, and Marsha Scarbrough. "Courtyard by Marriott: Designing a Hotel Facility with Consumer-Based Marketing Models." Interfaces 19.1 (Jan. - Feb. 1989): 25-47. <http://dl.dropbox.com/u/9686940/windj/8902_Courtyard_by_Marriott_Designing_a.pdf>

13. Green, Paul E., Jerry Wind, and Vithala R. Rao. "Conjoint Analysis: Methods and Applications." The Technology Management Handbook. Ed. Richard C. Dorf. Boca Raton, FL: CRC Press, 1999. 12-66--12-72. <http://dl.dropbox.com/u/9686940/windj/9903_Conjoint_Analysis_Methods_and_Applications.pdf>.

14. Green, Paul E., Abba M. Krieger, and Yoram (Jerry) Wind. "Thirty Years of Conjoint Analysis: Reflection and Prospects." Interfaces 31.3.2 (May - June 2001): S56-S73. <http://dl.dropbox.com/u/9686940/windj/0102_Thirty_Years_of_Conjoint_Analysis.pdf>

15. Wind, Yoram (Jerry), Abba M. Krieger, and Paul E. Green. "Applying Conjoint Analysis to Legal Disputes: A Case Study." Wharton School Working Paper, 2006. <http://dl.dropbox.com/u/9686940/windj/0601_Applying_Conjoint_Analysis_to_Legal.pdf>

Exhibit C
144

# EXHIBIT D

**Exhibit D**
**Trial and/or Deposition Testimony 2007-2014**

<u>2007</u>
- GlaxoSmithKline Consumer Healthcare LP v. **Merix Pharmaceutical Corp.**
  [Winston & Strawn]
  *Deposition*
- Cunningham v. **IBM**, No. 421,453 (19th Judicial District Court, East Baton Rouge, Louisiana)
  [Covington & Burling LLP]
  *Deposition*
- Dyson Technology Limited v. **Hoover, Inc. and Maytag Corp.**
  [Winston & Strawn]
  *Deposition*
- In Re: Adjustment of Rates and Terms for Preexisting Subscription Services and Satellite Digital Audio Radio Services before the Copyright Royalty Board docket no. 2006-1 CRB DSTRA
  [Jenner & Block]
  *Deposition, Trial*
- Environmental World Watch, Inc. v. **The Procter & Gamble Distributing Co.**, Los Angeles Superior Court No. BC 338895; Council for Education & Research on Toxics v. **McDonald's Corp., et al.**, Los Angeles Superior Court No. BC 280980; and People of the State of California v. **Frito-Lay, et al.**, Los Angeles Superior Court No. BC 337618
  [Goodwin Procter LLP]
  *Deposition*
- **Auto Meter Products, Inc.**, v. Maxima Technologies & Systems, LLC (Northern District of Illinois Eastern Division, Civil Action No. 05cv4587
  [Pattishall, McAuliffe, Newbury, Hilliard & Geraldson]
  *Deposition*

<u>2008</u>
- Doctor's Associates v. **QIP Holders LLC and Ifilm, Inc.**
  [Winston & Strawn]

<u>2009</u>
- **LG Electronics USA, Inc.** v. Whirlpool Corp.
  [Winston & Strawn]
  *Deposition*
- The Gap, Inc. and Gap (Apparel) LLC v. **G.A.P. Adventures, Inc.** 07 CV. 9614 (AKH)
  [Locke Lord Bissell Liddell]
  *Deposition*
- The Scotts Company LLC v. **Central Garden & Pet Company and Gulfstream Home & Garden, Inc.**
  [Winston & Strawn]

*Deposition*

- Dyson, Inc., v. **Oreck Corporation; Oreck Holdings, LLC; Oreck Direct, LLC; Oreck Merchandising, LLC; Oreck Sales, LLC; Oreck Homecare, LLC; and Oreck@Home, LLC**; Civil Action No. 07-9633 (Eastern District of Louisiana)
  [Winston & Strawn]
  *Deposition*
- **THOIP (A Chorion Limited Company)** v. The Walt Disney Company, Civil Action No.:08 cv 6823 (SAS)
  [Moses & Singer]
  *Deposition*
- Wal-Mart Stores, Inc., vs. **GFA Brands, Inc.**, Report #5032, NAD/CARU Case Reports
  [Vinson & Elkins LLP]

**2010**

- **Quia Corp.** v. Mattell Inc. and Fisher-Price Inc. Con N. C 10-1902 JF (HRL) (Re IXL vs. iXL)
  [K&L Gates LLP]
  *Deposition*
- **Sharp Computer** v. Dell Inc. Case No. 2:08 CV-05088-PGS-ES
  [Bingham McCutchen LLP]
  *Deposition*
- **LG Electronics USA Inc.** v. Whirlpool Corporation Civil Action No. 08 C 242 Northern District of Illinois Eastern Division
  [Winston & Strawn]
  *Trial*
- The Gap, Inc. and Gap (Apparel) LLC v. **G.A.P. Adventures, Inc.** 07 CV. 9614 (AKH)
  [Fitzpatrick, Cella, Harper & Scinto]
  *Deposition, Trial*
- **THOIP (A Chorion Limited Company)** v. The Walt Disney Company, Civil Action No.:08 cv 6823 (SAS)
  [Moses & Singer]
  *Deposition, Trial*

**2011**

- *Sara Lee Corporation v.* **Kraft Foods, Inc. and Kraft Foods Global, Inc.,** Case No. 1:09-cv-03039, USDC for the Northern District of Illinois, Eastern Division
  [K&L Gates LLP]
  *Deposition & Trial*
- Louis Vuitton Malletier, S.A. v. **Hyundai Motor America,** 10 Civ.1611 (PKC), Southern District of New York
  [Quinn Emanuel Urquart & Sullivan, LLP]
  *Deposition*

- <u>Whirlpool Corp. vs **Sensata Technologies and Texas Instruments, Inc.**, No. 09 L 1022 Circuit Court of Cook County, Illinois</u>
  [Greenburg Traurig]
  *Deposition*

**2012**

- <u>Santamarina , et. al. v. **Sears Roebuck & Company**, Case # BC326946, Superior Court of California, Los Angeles</u>
  [Greenberg Traurig]
  *Deposition*
- <u>**Finjan, Inc.**  v. McAffe, Inc., Symantec Corp., Webroot Software, Inc., Websense, Inc., and Sophos, Inc., CA no. 10-593-GMS, US District Court for the District of Delaware</u>
  [Kramer Levin]
  *Deposition*
- American Beverage Corporation and Pouch Pac Innovations, LLC v. **DiAgeo North America, Inc.**, and DiAgeo Americas Supply, Inc. t/d/b/a Captain Morgan Co., CA no. 12:12-cv-00601-JFC, US District Court for the Western District of Pennsylvania
  [Fitzpatrick, Cella, Harper & Scinto]
  *Trial*
- **Moldex-Metric, Inc.** v. McKeon Products, Inc., CA no. CV11-01742 GHK (AGRx), US District Court for the Central District of California Western Division
  [Quinn Emanuel Urquart & Sullivan, LLP]
  *Deposition*
- Dyson, Inc. v. **BISSELL Homecare, Inc.**
  [Pattishall, McAuliffe, Newbury, Hilliard & Geraldson, LLP]
  *Deposition*
- Apple, Inc. vs. **Samsung Electronics Co. Ltd.**
  [Quinn Emanuel Urquart & Sullivan, LLP]
  *Deposition*

**2013**

- <u>QS Wholesale, Inc. v. **World Marketing, Inc.**, Case # 8:12-cv-00451-DOC-RNB, United States District Court for the Central District of California Southern Division</u>
  [Covington & Burling]
  *Deposition, Trial*
- <u>**Rembrandt Social Media** v. Facebook, Inc., et al. United States District Court – VAED (Alexandria) – C.A. No. 1:13 cv 158</u>
  [Fish & Richardson]
  *Deposition*

<u>2014</u>

- <u>American Petroleum Institute, et al., v. Roy A. Cooper, III, Attorney General of North Carolina, No.5:08-CV-396-FL, USDC, EDNC, WD.</u>
  [Covington & Burling]
  *Trial*

# EXHIBIT E

**EXHIBIT E:**
**Material reviewed**

1. Declaration of Dr. Joel W. Hay -- August 16, 2013 and Enclosures

2. Declaration of Dr. Joel W. Hay -- October 21, 2013 and Enclosures

3. Transcript of Dr. Joel W. Hay's Deposition -- December 17, 2013

4. Declaration of Douglas Jacobs -- October 7, 2013

5. Declaration of Ernst Berndt -- October 5, 2013

6. Declaration of Patrick Bruen -- October 7, 2013

7. Lilly's Supplemental Submission -- October 8, 2013

8. Joel W. Hay, Conjoint Analysis in Pharmaceutical Research, 8 J. Managed Care Pharmacy 3, 206-08 (2002)

9. Joel W. Hay et al, Depression Treatment Preferences of Older White and Mexican American Men, 35 GEN. HOSPITAL PSYCH. 1, 59-65 (2013)

10. Joel W. Hay et al, Development and Validation of a Grading System for the Quality of Cost Effectiveness Studies, 41 MED. Care 1, 32044 (Jan. 2003)

11. Joel W. Hay, Effectiveness of Collaborative Care in Addressing Depression Treatment Preferences Among Low-Income Latinos, 61 PSYCHIATRIC SERVICES 11, 1112-18 (2010)

12. Joel W. Hay et al, Using Conjoint Analysis to Assess Depression Treatment Preferences Among Low-Income Latinos, 55 PSYCHIATRIC SERVICES 8, 934-37 (2004)

13. Hay J. W. "Application of Cost Effectiveness and Cost Benefit Analysis to Pharmaceuticals." Chapter 14 in Santoro M, Gorrie T, eds. The Grand Bargain: Ethics and the Pharmaceutical Industry in the 21st Century. Cambridge University Press, New York NY

14. Plaintiff's Response -- October 22, 2013

15. Notice of Motion for Class Certification -- August 19, 2013

16. Declaration of Plaintiffs:

    a.  Dr. Melissa Strafford -- August 15, 2013
    b.  Carol Jacques
    c.  Jennifer L. Saavedra
    d.  David Matthews Jr.

17. Cymbalta Label

18. Lilly Conjoint Analysis Studies:

    a.  Aristides et al (2004), Patient Preference and Willingness-to-Pay for Humalog Mix 25 Relative to Humulin 30/70: A Multicountry Application of a Discrete Choice Experiment. Value in Health, pp. 442-454
    b.  Zimmerman et al (2013), Patient preferences for outcomes of depression treatment in Germany: A choice-based conjoint analysis study
    c.  Hauber et al (2010), Estimating importance weights for the IWQOL-Lite using conjoint analysis
    d.  Gelhorn et al (2013), Preferences for medication attributes among patients with type 2 diabetes mellitus in the UK

    e.  Proprietary Lilly conjoint analysis studies

19. Harvard Business School Case Study, "Eli Lilly: Developing Cymbalta" (2008)

20. Physician Advertising: WEDMD MDD Clinical Challenge

21. Physician Advertising: Why Cymbalta -- Visual Aid

22. DTC Advertising: Depression Hurts

23. DTC Advertising: Chronic Pain

24. Marketing All-Stars (Lilly's award-winning DTC campaign for Cymbalta)

25. 2009 and 2012 Cymbalta Medication Guides

26. The Court's November 5, 2013 Order

27. A few marketing research articles re willingness to pay

    a.  Breidert, C et al (2006) A Review of Methods for Measuring Willingness-to-Pay, Innovative Marketing pp. 8-32.

b.  Green P.E. and Rao V.R. (1971) Conjoint Measurement for Quantifying Judgmental Data, Journal of Marketing Research pp. 355-363.

c.  Kohli, R. and Mahajan V.J. (1991) A Reservation Price Model for Optimal Pricing of Multiattribute Products in Conjoint Analysis, Journal of Marketing Research pp. 347-354.

d.  Wittink, D. et al (1989) The Effects of Differences in the Number of Attribute Levels on Conjoint Results.  Marketing Letters pp. 113-123.

28. A few articles regarding discontinuation symptoms

a.  Perahia et al. (2005), Symptoms following abrupt discontinuation of duloxetine treatment in patients with major depressive disorder

b.  Allgulander et al. (2007), Pharmacotherapy of generalized anxiety disorder: results of duloxetine treatment from a pooled analysis of three clinical trials

c.  Young and Currie (1997), Physicians' knowledge of antidepressant withdrawal effects: a survey

d.  Warner et al. (2006), Antidepressant discontinuation syndrome

e.  Shelton (2001), Steps following attainment of remission: discontinuation of antidepressant therapy

f.  Schatzberg et al. (2006), Antidepressant discontinuation syndrome: consensus panel recommendations for clinical management and additional research

g.  Bull et al. (2002), Discontinuation of use and switching of antidepressants

# EXHIBIT F

**ORIGINAL RESEARCH ARTICLE**

Pharmacoeconomics 2005; 23 (11): 1167-1181
1170-7690/05/0011-1167/$34.95/0

© 2005 Adis Data Information BV. All rights reserved.

# The Importance of Drug Adverse Effects Compared with Seizure Control for People with Epilepsy
## A Discrete Choice Experiment

*Andrew Lloyd,*[1] *Emma McIntosh*[2] and *Martin Price*[3]

1 The MEDTAP Institute at United BioSource Corporation, London, UK
2 Health Economics Research Centre, University of Oxford, Oxford, UK
3 Janssen-Cilag, Saunderton, Buckinghamshire, UK

## Abstract

**Introduction:** Antiepileptic drugs (AEDs) have been shown to reduce the severity and frequency of seizures for most patients. However, many patients experience adverse effects in order to maintain seizure control.

**Study design:** A stated preference discrete choice experiment (DCE) was used to explore the preferences of people with epilepsy regarding the adverse effects and seizure control of AEDs.

**Methods:** The main adverse effects of AEDs were identified through a literature search and expert consultation. In addition, a national epilepsy patient advocacy group helped to identify important attributes and commented on the attributes we had already identified. The DCE included five attributes related to adverse effects (alopecia, nausea, skin rash, concentration effects and weight change) plus seizure control and cost (to estimate willingness to pay [WTP]). A cost attribute was included in the DCE in order to estimate people's WTP for changes in attribute levels.

Five hundred members of a national patient advocacy group with a diagnosis of epilepsy were presented with pairs of hypothetical drug profiles with varied levels of adverse effects, seizure control and cost; they were then asked to indicate which drug they preferred. Questions were also included to collect sociodemographic data (including income) and information regarding experience of adverse effects and medication. The survey was administered via the post and the Internet. Data were analysed using a random effects probit model.

**Results:** A total of 148 surveys were returned. All attributes were significant and had the expected polarity, i.e. participants showed a preference for less severe adverse effects, greater seizure control and less cost. To achieve 100% seizure control and no adverse effects, participants were willing to pay £709 ($US1105) per month, 95% CI £451, £1278 (£1 = $US1.56, 2002 exchange rate). Participants' WTP was significantly influenced by different adverse effects; for example, people with epilepsy were willing to pay only £174 ($US271) per month for a drug that provided seizure freedom but also caused hair loss. Segmented models showed that seizure frequency has a significant negative impact on respondents'

*Lloyd et al.*

income levels. Also, women were willing to pay twice as much as men to avoid
weight gain. Participants were also willing to trade changes in seizure control for
improvements in adverse effects.

**Conclusion:** Participants placed a high value on gaining total seizure control with
no adverse effects. This study underlines the importance that people with epilepsy
place on reducing adverse effects. The study also revealed how preferences for
AEDs vary in different subgroups. Management of epilepsy is usually aimed at
minimising seizures within a tolerable level of adverse effects. The present study
suggests that people with epilepsy have strong preferences for reducing adverse
effects as well as improving seizure control. These data may be considered useful
when making medical management decisions in epilepsy.

Antiepileptic drugs (AEDs) have been shown to
reduce the severity and frequency of seizures and,
for most patients, are the cornerstone of their epilepsy management. It has been estimated that approximately 65% of patients can achieve full seizure
control with their first AED.[1] However, up to 35%
will need to switch to other AEDs due to lack of
efficacy or tolerability problems. AEDs are successful in reducing or even eliminating seizures for
many patients. While seizure freedom is the ultimate
aim of treatment for all patients, it is also important
to consider how adverse effects of AEDs will affect
their quality of life.

The range of AED adverse effects is very broad
and their pattern can be complex.[2] Relatively common non-life-threatening adverse effects include alopecia, rash, disturbances in concentration, gastrointestinal irritation, weight gain or loss, dizziness,
tremor and lethargy.[3-7] AEDs are also occasionally
associated with very severe effects that can
be life threatening. Skin rash can (rarely) be the sign
of a severe hypersensitivity reaction called Stevens-
Johnson syndrome, which is fatal in about 10% of
cases.[8] Another rare but fatal toxic effect of AEDs
is toxic epidermal necrolysis. Severe haematological reactions such as thrombocytopenia and aplastic
anaemia have also been reported.[8] Hepatic and
cardiac life-threatening adverse events can also occur. While these rare complications can have very
dramatic effects on patients, it may well be that, for
the average patient, the more common non-life-
threatening problems have a greater effect on health-
related quality of life.

It is unclear whether patients' preferences regarding treatments and their potential adverse effects are
always considered in the clinical decision-making
process, which is primarily concerned with balancing seizure control and adverse effects. It has been
advocated that the management of a disease like
epilepsy should incorporate a shared decision-making process between doctor and patient.[9,10] Decisions regarding patients' treatment generally follow
treatment guidelines based on evidence from
clinical trials. Patient preferences may sometimes be
included in decision making, but this is probably in
the form of the physician's perceptions of patient
preferences, which may be biased. To include patients' preferences in clinical decision making, there
is a need for accurate information regarding the
nature of their preferences.

This study was designed to elicit patients' preferences regarding their epilepsy treatment using a
stated preference discrete choice experiment (DCE).
DCEs are a useful method of eliciting preferences
because they are able to quantify the individual
impact of each different attribute of the intervention
on decision making. Hypothetical scenarios are
presented and participants are asked to state which
option they prefer. Different attributes in the decision are considered simultaneously by the respondents, and analysis of the resulting choices allows
the relative importance of each (main effect) to be
determined, as well as interaction effects if this is
accommodated in the design. The attributes in a
healthcare DCE can represent the different elements
of the clinical decision and typically include attrib-

© 2005 Adis Data Information BV. All rights reserved.

utes such as treatment efficacy, adverse effects, standards of care and waiting time. DCEs have been used in other areas of health to elicit patients' preferences.[11-15]

By including the sacrifice-based attribute 'cost', it is also possible to estimate the amount that participants would be willing to pay for improvements in attributes such as different adverse effects or treatment effectiveness. This places the DCE within the realms of economic theory and allows the estimation of welfare values for use within economic evaluation, namely cost-benefit analysis. In the present study, a DCE was designed to elicit the preferences of people with epilepsy for changes in adverse effects and the level of seizure control. The study included cost as an attribute in order to determine willingness to pay (WTP) for improvements in adverse effects and seizure frequency.

## Methods

### Rationale for Using Discrete Choice Experiments

In the absence of any available data on how patients feel about experiencing different potential adverse effects of AEDs, it was decided to use the stated preference DCE approach to elicit preferences for the adverse effect profiles of various 'hypothetical' AEDs. The aim was to identify the relative importance of the individual adverse effects of such drugs in order to inform policy makers and clinicians of the importance of various adverse effect drug profiles to epilepsy patients. One of the key features of a DCE is its ability to identify marginal values for individual attributes of a drug or intervention. This information can then be used to determine participants' WTP for any combination of adverse effects and seizure control. There are a number of stages in a DCE, as follows.

1. Identify the relevant attributes and the appropriate levels.
2. Use statistical design theory to produce an orthogonal matrix of scenarios combining the attributes and levels (ensuring level balance).

3. Decide the appropriate participation model (e.g. binary, multinomial or nested).
4. Pair the scenarios such that the properties of orthogonality are retained, ensuring minimal overlap on the attribute levels.[16]
5. Produce a survey instrument containing relevant explanation of the choice exercise as well as the pairwise choices.
6. Elicit preferences (postal survey or interviews).
7. Analyse the preference data.

### Identify Attributes and Ranges

The attributes to be included in the DCE should represent the cogent elements of the clinical scenario and therefore must have face validity. In order to identify the relevant attributes for inclusion in the present study, we undertook a detailed literature search. This was designed to identify studies that described the adverse effects of different AEDs.

Two recent review articles were identified from the literature search.[6,8] These articles were reviewed in order to determine the different adverse effects that are associated with AEDs and also to document the ranges of probabilities associated with these adverse effects. One of these articles related to the use of AEDs in the treatment of bipolar disorder. Many AEDs also have an indication for bipolar disorder and so information regarding adverse effects would be relevant. Supplemental information on commonly prescribed AEDs was also derived from the product monographs, which included detailed information on the frequencies of adverse events associated with the product.[17-21] A large list of different adverse effects was identified through this process.

More than 20 relatively common, non-life-threatening adverse effects were identified together with a substantial number of rare but potentially life-threatening adverse events that have been linked with AEDs. Using a DCE methodology, it is not possible to include an unlimited number of different attributes and so it was necessary to identify a limited set of the most important adverse effects from among the total list. The number of attributes was limited to seven so that the decision making was not unrealisti-

© 2005 Adis Data Information BV. All rights reserved.

Exhibit F
157

cally complicated and the number of choices was in the range recommended in questionnaire design studies.[22] Other studies have been reported that have included a similar number of attributes.[13,23]

A concerted attempt was made to ensure that the attributes included were meaningful and important to participants. The attributes and levels are shown in table I. The list of attributes chosen had to include seizure control, as this is clearly an important consideration in treatment choice. Skin rash was included because it, in itself, causes concern for participants, but it is also associated with the small risk of Stevens-Johnson syndrome, a potentially life-threatening complication. It was felt necessary to include one of the rare but potentially fatal adverse effects of AEDs, and Stevens-Johnson syndrome is the most

widely reported with commonly used AEDs. Hair loss was included because, while it is essentially just a cosmetic adverse effect, it can have a detrimental effect on quality of life. An attribute describing concentration deficits was included. Problems with concentration could affect a person's ability to work and undertake many leisure activities. Nausea or sickness[1] was included because nausea could have a serious impact on quality of life but may not be a threat to health. Finally, weight change was also included because most of the AEDs can affect weight (both weight gain and weight loss). Weight change can also affect a participant's health and their quality of life.

The relative strength of preference placed on the avoidance of these adverse effects (attributes) will help to indicate whether risks to health or quality of life are most important to people. The rationale for the selection of different adverse effects included in the DCE was discussed with a national epilepsy patient advocacy group (Epilepsy Action™) in the UK, as well as a physician involved in epilepsy research. Once the attributes had been identified and agreed, it was necessary to specify the attribute levels, such as the risk of rash, level of weight gain and the degree of seizure control. The level ranges used in the DCE were guided by our review of the literature as described above.

In order to compare how much people value changes in adverse effect profiles and seizure control within an economic evaluation framework, transformation of attribute values into a common numeraire is required. A commonly used approach is to include 'cost' as an attribute. The present study included cost in monetary terms (£ per month) and can be used to estimate people's WTP for different drug profiles. The levels of the cost attribute were selected to broadly capture the range of list prices for the main AEDs on the UK market.

Participants were asked to imagine that their current epilepsy therapy was no longer working and they now required an additional drug. Participants were all informed that this was a purely hypothetical

**Table I.** Attributes and levels selected for the discrete choice experiment

| Attribute | Level |
|---|---|
| Seizure control | You become free of seizures |
| | Your seizures are reduced by more than half (75%) |
| | Your seizures are reduced by half (50%) |
| Weight change | You gain 26lbs |
| | You gain 13lbs |
| | You lose 13lbs |
| Skin rash | You have no skin rash |
| | You have a 1 in 10 chance (10%) of developing skin rash |
| | You have a 1 in 5 chance (20%) of developing skin rash |
| Concentration | Your concentration is unaffected |
| | You have a 1 in 10 chance (10%) of the drug affecting your concentration |
| | You have a 1 in 5 chance (20%) of the drug affecting your concentration |
| Alopecia | You have no hair loss |
| | You have a 1 in 10 chance (10%) of hair loss |
| | You have a 1 in 5 chance (20%) of hair loss |
| Feeling sick | You do not feel sick |
| | You have a 1 in 10 (10%) chance of feeling sick or being sick |
| | You have a 1 in 3 (33%) chance of feeling sick or being sick |
| Payment vehicles | |
| cost | The drug will cost you an extra £25 per month |
| | The drug will cost you an extra £50 per month |
| | The drug will cost you an extra £75 per month |

---

1   In the current context, the word 'sick' is used to refer to nausea and vomiting and not just general illness as in the US sense of the word.

© 2005 Adis Data Information BV. All rights reserved.

exercise and that it was designed to find out how important the different aspects of antiepilepsy therapy are for each individual.

### Use Design Theory to Produce an Orthogonal Matrix of Scenarios Combining the Attributes and Levels

A number of design criteria are recommended when devising DCEs; three key features are orthogonality, level balance and minimal overlap.[16] Orthogonality is the requirement that the attribute levels are uncorrelated, and level balance requires that the attribute levels appear an equal number of times. Level balance was achieved by giving all attributes the same number of levels (three), and the software package SPEED[24] (Hague Consulting Ltd, 1997) was used to combine the attributes and levels from table I into an orthogonal matrix. When pairing up choice sets, care was taken to ensure minimal overlap. Too much overlap reduces the information obtained on trade-offs between attribute levels.

### Decide the Appropriate Participation Model

It is necessary to decide on the nature of the response that participants are asked to make and whether, for example, they can choose not to accept the hypothetical therapy offered in the DCE. During this stage, the most 'realistic' decision format within which to present the choices must be decided. A binary choice (a forced choice between drug A or drug B) represents an unconditional demand model and generally does not incorporate an 'opt-out' option (neither drug A nor drug B) or a *status quo* option. It was decided that, with this group of participants, because they were already identified as 'demanders', i.e. they currently used drugs to control their epilepsy, opting out of their drug therapy was not a realistic option for them. Essentially, the aim of the study was to explore preferences for current attributes and not to predict demand. Therefore, a binary model was employed and efforts were made to identify realistic levels to produce meaningful choice sets so as to minimise the chances of the

binary choice 'forcing' responses to unrealistic choices.

### Pair the Scenarios so that the Properties of Orthogonality are Retained

The scenarios from the orthogonal design were randomly paired up into choice sets, ready for eliciting preferences. The differences between the choice sets were then tested to ensure that orthogonality in differences was maintained, and appropriate correlation tests for discrete and continuous data were employed to test this. The choice sets were then replicated and a model simulated using LIMDEP software to ensure absence of significant correlation. An example of a choice set from the survey is shown in figure 1.

### Development of Survey Instrument

The questionnaire included an introduction regarding the purpose of the DCE and instructions on how to complete the exercise. The questionnaire included a description of each attribute and its levels. There was also a discussion of the cost attribute and why it had been included. The reasoning for the inclusion of cost was included in a section entitled 'Making Difficult Choices'. The phrasing was as follows:

"We are going to ask you to make a series of difficult choices regarding your treatment. For example we are going to ask to you to think about whether you would be willing to accept a drug that you would have to pay for. These choices are all hypothetical, but they will help us understand how strongly you feel about side-effects and seizure reduction; your answers here will in no way affect the treatment you receive."

The second section of the questionnaire contained the ten DCE choice sets. In this study, an extra choice set was added to the questionnaire (choice 6) to explore consistency of preferences. This option was clearly superior to other scenarios in the questionnaire. Participants who failed to pick this option were considered to have not understood the task adequately and their data were excluded from the final analysis. In the final section, there was

© 2005 Adis Data Information BV. All rights reserved.

Case 2:12-cv-09366-SVW-MAN    Document 127    Filed 03/03/14    Page 160 of 252    Page ID
#:3390



**Fig. 1.** Example of a choice set.

a series of questions regarding demographics, the nature of participants' epilepsy and their medication. Participants were also asked to indicate whether they had previously experienced any of the adverse effects listed in the questionnaire and how important the adverse effect was to them.

As shown in table I, several of the attributes in the DCE contained uncertainty or risk. Individuals may find it difficult to understand uncertainties and then incorporate them into a decision.[25,26] In order to help people understand the uncertainties, the information was always presented in more than one format, as recommended by Entwistle et al.,[27] and Bennett and Calman.[28] Evidence indicates that people find it much easier to understand absolute frequencies rather than percentages.[25,29] The risks were always presented in the questionnaire as '1 in X' followed by the probability re-expressed as a percentage in brackets. One exception to this was the description of the improvement in seizure control, which was described as reducing seizures by a half, by more than a half, or as being free from seizures. The levels were further qualified as a reduction of 50%, 75% or 100%, respectively. Work by Reyna et al.[30-32] suggests that people base a lot

of decision making on simple qualitative representations that represent the gist of the different probabilities. We have attempted to provide a simplified description of the uncertainty around seizure control in order to reduce the chance of misinterpretation.

### Eliciting Preferences

Data collection took place in two stages. The questionnaire was piloted with 30 participants in order to check for any problems in interpretation and face validity. Participants were recruited for the pilot phase by contacting all members of an online epilepsy community supported by Epilepsy Action™. The pilot study demonstrated that participants were easily able to complete the questionnaire and that all the attributes chosen for inclusion in the questionnaire were significant predictors of choice, and were in the expected direction. The pilot also confirmed that the levels of the cost attribute were appropriate. Following the pilot phase, 500 WTP questionnaires were posted out to a random selection of members of Epilepsy Action™ who had previously expressed an interest in taking part in surveys. This postal questionnaire was identical in

© 2005 Adis Data Information BV. All rights reserved.

Exhibit F
160

appearance to the online version. A donation of £10 was made to the charity for every questionnaire that was returned, and participants were informed of this. Participants themselves received no payment for participating. The questionnaire data were entered onto an Excel spreadsheet. The same questionnaires were then re-entered by another person onto a separate spreadsheet. The two spreadsheets were compared and any discrepancies were corrected.

### Analysis of Preference Data

The random effects probit model, readily available on LIMDEP, was used to analyse the data.[33] The indirect utility function is the maximum attainable utility given prices (p) and outlay (x). The inclusion of cost as an attribute in the utility function $\psi$ (x,p) allows for the derivation of marginal WTP for each of the other attributes in line with economic theory.[34]

Assuming a linear additive function, the following unconditional indirect utility function was estimated for the WTP survey (equation 1):

$$\Delta\psi = \alpha_1(weight_B - weight_A) + \alpha_2(rash_B - rash_A) + \alpha_3(concentration_B - concentration_A) + \alpha_4(hairloss_B - hairloss_A) + \alpha_5(seizure_B - seizure_A) + \alpha_6(cost_B - cost_A) + \alpha_7(sickness_B - sickness_A) + e + u$$

$$(Eq. 1)$$

which is equal to (equation 2):

$$\Delta\psi = \alpha_1 Difweight + \alpha_2 Difrash + \alpha_3 Difconc + \alpha_4 Difhair + \alpha_5 Difseiz + \alpha_6 Difcost + \alpha_7 Difsick + e + u$$

$$(Eq. 2)$$

where $\Delta\psi$ is the change in utility in moving from option A to option B, where $e$ is the unobservable error term due to differences among observations, and $u$ is the unobservable error term due to difference among respondents.[35] The units of the variables are as expressed in the questionnaire, so the units of weight are pounds; units of cost are £, etc. $\alpha1$–6 represent the weights, or specifically preference weights, that we are trying to estimate. In this survey, a difference model was estimated. Hanemann[36] notes that if a statistical binary re-

sponse model is to be interpreted as the outcome of a utility maximising choice, the argument of the standard normal cumulative density function in the probit model must take the form of a utility difference. Hanemann notes that this condition provides a criterion for determining whether a given statistical model is compatible with the economic hypothesis of utility maximisation. Apart from this theoretical advantage, such a difference model offers a practical procedure for specifying the functional form of the statistical model.

This study estimated WTP for all attributes by taking the marginal rates of substitution between the attribute 'monthly cost of the drug' and the remaining attributes. 'Marginal rates of substitution' describes the rate at which people are willing to give up units of one good in exchange for more units of another good. Font[37] shows that for random utility models, such as those in DCEs, the compensating variation (CV) [or difference in cost that compensates for the difference in the good] for a given change is the amount of $CV_{ti}$ needed to leave the individual indifferent between the original attributes structure, $v_{ti}$ (say option A) and the new structure $v'_{ti}$ (say option B) [equation 3]:

$$v'_{ti} + CV_{ti} = v_{ti}$$

$$(Eq. 3)$$

Because of the role the cost parameter plays in estimating CV, the coefficient on cost would be expected to have a statistically significant (and negative) impact on utility. Confidence intervals (CIs) for the welfare estimates were obtained by bootstrapping from the multivariate normal distribution of coefficients and their variance-covariance matrix.[33] The 95% CIs are the 2.5 and 97.5 percentile values from the bootstrapped distribution.

In addition to the standard aggregate model outlined in equation 1 and equation 2, segmented (subgroup) analyses were performed to explore how preferences vary depending on socioeconomic factors. WTP values were explored for variations depending on individuals' income levels to test the theoretical validity of the model. Participants were asked to indicate their household income on a ten-

© 2005 Adis Data Information BV. All rights reserved.

Exhibit F
161

*Lloyd et al.*

**Table II.** Demographic and disease-related information related to the participants in the survey

| Parameter | Value |
|---|---|
| Number of participants | 148 |
| Female (%) | 58 |
| Mean age (years) | 41.2 |
| Proportion with children (%) | 43 |
| Mean number of children | 1.56 |
| Education (%) | |
|   no qualifications | 7 |
|   school only (≤18 years) | 44 |
|   vocational diploma | 17 |
|   university degree or higher | 32 |
| Median salary range | £20 000–25 000 |
| Years since diagnosis | 17.6 |
| Type of epilepsy (%) | |
|   partial | 21 |
|   partial with secondary generalisation | 14 |
|   general tonic-clonic | 52 |
|   other | 13 |
| Seizure frequency (%) | |
|   >1 per week | 21 |
|   2–3 per month | 12 |
|   1 per month | 13 |
|   1 every 3–4 months | 13 |
|   1–2 per year or less | 41 |
| Current medication to control seizures (%) | |
|   monotherapy | 55 |
|   polytherapy (two drugs) | 25 |
|   polytherapy (more than two drugs) | 20 |

point scale that varied from <£10 000 to >£50 000. It was hypothesised that participants with a higher income would be willing to pay more for unit improvements in attributes. The theoretical validity of the DCE model was tested by creating dummy variables for three income groups: low, medium and high.

Preferences for the attribute 'seizure frequency' were explored according to participants' actual seizure frequency and type of seizures experienced. Data regarding actual seizure frequency (from >1 per week to ≤1–2 per year) and type of seizures were recorded in the questionnaire. It was hypothesised that participants who experienced more frequent seizures would be willing to pay more for seizure control. Finally, preferences for adverse effects such as weight gain and hair loss were explored in terms

of sex. This analysis was exploratory and so no specific hypotheses were tested. All segmented analyses were undertaken through the use of dummy variables (for income level, seizure frequency, seizure type and sex). Wald tests of linear restrictions were used to test whether differences between the subgroups were statistically significant.

## Results

In total, 148 usable questionnaires were returned, a response rate of 28%. The demographic and disease-related characteristics of the sample are presented in table II.

The median salary was approximately equivalent to that of the UK general population. However, this is likely to represent an above-average earning group of people with epilepsy because of the known socioeconomic effects of epilepsy on people's income. There was evidence of bimodal salary distribution showing that people were most likely to earn <£15 000 or >£50 000 per year.

Generally, participants in this survey had experienced epilepsy for many years and had a broad experience of different AEDs. The mean number of drugs reported in table II represents participants' current medication. Participants also reported how they were familiar with different adverse effects. Participants reported a high level of familiarity with the adverse effects of AEDs, which suggests that people had well formed preferences regarding the adverse effects included in the DCE.

There were ten discrete choices per respondent, which gave rise to 1480 observations in total. Of these, however, there were 29 missing responses. In addition to this, choice 6 was removed for all respondents because this was a non-design consistency check. Hence, the final analyses of the DCE data included 1303 observations. Of the 148 respondents, the consistency rate was 98% (145 of 148), i.e. 145 out of 148 respondents answered the consistency check (choice set 6) correctly. This result demonstrates a high level of understanding among study respondents regarding the nature of the DCE exercise.

© 2005 Adis Data Information BV. All rights reserved.

Exhibit F
162

**Table III.** Random effects probit model (148 individuals providing 1303 observations)[a] showing the influence of attributes on choice of treatment: willingness to pay (WTP) data

| Variable | Coefficients (95% CI) | SE | p-Value | WTP (£) per month per unit (95% CI) |
|---|---|---|---|---|
| Weight (lb) | −0.0143134 (−0.0089, −0.0248) | 0.002534 | 0.000 | 0.76 (0.47, 1.31) |
| Chance of skin rash (%) | −0.04628796 (−0.0346, −0.0760) | 0.007169 | 0.000 | 2.45 (1.83, 4.02) |
| Chance of concentration being affected (%) | −0.01070777 (−0.0034, −0.03185) | 0.004491 | 0.006 | 0.57 (0.18, 1.68) |
| Chance of hair loss (%) | −0.050474203 (−0.0373, −0.0847) | 0.006272 | 0.000 | 2.67 (1.97, 4.48) |
| Chance of reduction in seizure control (%) | −0.010406686 (−0.00543, −0.02395) | 0.002306 | 0.000 | 0.55 (0.29, 1.27) |
| Monthly cost to you (£) | −0.0189126927 (−0.0109, −0.0487) | 0.002978 | 0.000 | NA |
| Chance of feeling sick (%) | −0.012429432 (−0.00204, −0.01868) | 0.003106 | 0.000 | 0.66 (0.11, 0.99) |

a   Log likelihood function −605.89, restricted log likelihood −605.97, chi squared 524.22, McFadden's R$^2$ 0.3%, correct predictions 76%.

**NA** = not applicable; **SE** = standard error.

Table III provides the results of the random effects probit model and the WTP results with 95% CIs. All the attribute coefficients have the expected sign (negative) and are all significant predictors of choice (as shown by the p-values). This indicates that respondents were less likely to choose a scenario with higher weight gain, higher chance of rash, higher chance of concentration problems, higher chance of hair loss, poorer level of seizure control, higher chance of nausea or higher monthly cost. The random effects model correctly predicted 76% of participants' choices.

The unit WTP estimates provided in table III reflect the mean value of a unit improvement in each attribute level. For example, people are willing to pay £0.76 per month for a treatment that caused 1lb less weight gain and £2.45 per month for a 1% reduction in the chance of developing a skin rash.

Based on the unit WTP values provided in table III, in table IV these values have been extrapolated to a number of identifiable epileptic health states to obtain absolute WTP values. Health state 1 'seizure freedom with no adverse effects' is valued at £708.66 per month. These figures have been obtained by multiplying the unit WTP value from table III and inflating it to the relevant value. For instance, health state 1 reflects 100% seizure control and 0% of all other adverse effects. The figure of £708.66 is obtained by summing the individual identified WTP values for avoiding each of the adverse effects:

**Table IV.** Absolute willingness to pay (WTP) values for identified epileptic health states

| No. | Health state | Absolute WTP value (£ per month) | 95% CI (£) lower | upper |
|---|---|---|---|---|
| 1 | Seizure free with no adverse effects | 709 | 451 | 1278 |
| 2 | Seizure free with 13lb weight gain | 679 | 433 | 1227 |
| 3 | Seizure free with no weight gain | 669 | 427 | 1210 |
| 4 | Seizure free with hair loss | 175 | 56 | 382 |
| 5 | Seizure free with rash | 219 | 84 | 474 |
| 6 | Seizure free with sickness | 577 | 429 | 1081 |
| 7 | Seizure free with concentration reduced by 50% | 680 | 442 | 1194 |
| 8 | 50% reduction in seizures with no adverse effects | 681 | 437 | 1215 |
| 9 | 50% reduction in seizures with 13lb weight gain | 671 | 431 | 1198 |
| 10 | 50% reduction in seizures with hair loss | 147 | 42 | 319 |
| 11 | 50% reduction in seizures with rash | 192 | 70 | 411 |
| 12 | 50% reduction in seizures with sickness | 550 | 415 | 1017 |

© 2005 Adis Data Information BV. All rights reserved.

Exhibit F
163

**Table V.** Extent of additional seizure control that participants are willing to give up to improve units of adverse effects

| Amount seizure control willing to give up | For unit improvement in adverse effects |
|---|---|
| 1.37% seizure control | 1lb reduction in weight gain |
| 4.45% seizure control | 1% reduction in risk of rash |
| 1.03% seizure control | 1% reduction in risk of concentration loss |
| 4.85% seizure control | 1% reduction in risk of hair loss |
| 1.19% seizure control | 1% reduction in risk of sickness |

100% seizure freedom (100 × £0.55), no weight gain (26 × £0.76), 0% chance of rash (100 × £2.45), 0% chance of concentration loss (100 × £0.57), 0% chance of hair loss (100 × £2.67) and 0% chance of sickness (100 × £0.66). Similarly, the health state 'seizure freedom with hair loss' is estimated by determining WTP for 100% seizure control and 0% on all other attributes apart from hair loss. This health state was valued at £174.90 per month.

### Importance of Seizure Control and Adverse Effects

The DCE also allows us to explore whether participants are willing to trade seizure control against improvements in adverse effects. In the DCE, participants were presented with hypothetical drug profiles that were all associated with 50%, 75% or 100% reduction in seizure frequency. This analysis indicated that, on average, participants were willing to forego some improvements in seizure control in order to avoid adverse effects. Table V shows the extent to which people were willing to trade improvements in seizure control for unit changes in adverse effects.

### Examining the Influence of Other Variables on Preferences

#### Segmented Model 1: Testing the Theoretical Validity of the Willingness-to-Pay Estimates

Table VI shows that WTP for improvements in attribute levels increases as income levels increase. While these differences are not significant, the trend is in the *a priori* expected direction and provides evidence for the theoretical validity of the model. This analysis indicates that people who have a

higher income were willing to pay more for their epilepsy treatments.

By comparing the mean WTP estimates with the mean income levels, it is possible to estimate the proportion of their income that individuals would be willing to part with each month in order to gain seizure freedom with no adverse effects. While the estimates are rather crude, this analysis suggests that people would be willing to pay somewhere between 34% to 42% of their household income for seizure freedom with no adverse effects (i.e. full health). This illustrates the value that people with epilepsy place on gaining control over their illness.

#### Segmented Model 2: Actual Seizure Frequency of Individuals/Reduction in Frequency of Seizure

Model 2 was segmented according to the actual seizure frequency of individuals answering the questionnaire. The aim here was to explore whether individuals' preferences for the attribute 'seizure reduction' were influenced by individuals' actual seizure frequency. A question in the survey asked participants to estimate their actual seizure frequency and, for the segmented analysis, this was coded as weekly, monthly or yearly. Participants experiencing seizures weekly had a WTP of £27 per month to avoid seizures, for those with monthly seizures this figure was £38, and for yearly seizures the WTP amount was £89. The marginal effects for each of the subgroups were compared using Wald tests of linear restrictions. These tests revealed that there were significant differences between 'seizure weekly' to 'seizure yearly' and between 'seizure monthly' and 'seizure yearly'.

**Table VI.** Segmented income model showing willingness to pay (WTP) for improvements in attribute levels, according to income level

| Attribute | Segmented WTP values (£) | | |
|---|---|---|---|
| | low income | medium income | high income |
| Weight change | 0.66 | 0.72 | 0.90 |
| Skin rash | 2.16 | 2.38 | 2.96 |
| Concentration | 0.61 | 0.67 | 0.83 |
| Hair loss | 2.39 | 2.64 | 3.28 |
| Seizure frequency | 0.56 | 0.61 | 0.76 |
| Nausea/sickness | 0.61 | 0.67 | 0.84 |

© 2005 Adis Data Information BV. All rights reserved.

### Segmented Model 3: Type of Seizure/Reduction in Frequency of Seizure

Segmented Model 3 explored the impact on preferences for improvements in seizure frequency as a function of the type of seizures people currently experience. Participants were broadly classified as follows: partial; partial with secondary generalisation; and generalised tonic-clonic (grand mal) seizures. For the purposes of subgroup analyses, these seizures were re-categorised into partial and tonic-clonic. The results show that those with tonic-clonic seizures are willing to pay slightly more (£60 per month) to avoid seizures compared with those who predominantly experience partial seizures (£54 per month). While this result is what would be expected *a priori*, the difference is not significant.

### Segmented Model 4: Sex/Attributes

Model 4 explored the impact of values for improvements in 'cosmetic' attributes as a function of sex. These analyses show that preferences for improvements in hair loss and rash do not differ between males and females; however, women have a significantly higher WTP to avoid weight gain. Women's valuations for avoiding weight gain (£0.99 per month to avoid a 1lb gain in weight) are more than double those of males (£0.45 per month). This result implies that weight gain is an important adverse effect of AEDs for women.

## Discussion

The current study was designed to determine the importance of different attributes of AEDs to people with epilepsy. The results of the study suggest that people with epilepsy attach considerable importance to the level and type of adverse effects they experience. While participants valued changes in seizure frequency, they also attached significant value to improvements in the adverse effect burden of AEDs. The DCE indicated that participants were willing to pay substantial amounts per month in order to achieve better control of their seizures and adverse effects, indicating the value of reducing symptoms and adverse effects to epilepsy patients. For a treatment with 100% seizure control and avoidance of all adverse effects, people were willing to pay £709 per month. For a 50% reduction in seizures accompanied by nausea, people were still willing to pay £549. The values describe the relative importance of marginal changes in the unit of one attribute compared with another, and the WTP values represent a useful metric for making such comparisons.

The relatively high absolute WTP values observed in this study may be related to a number of factors. A significant subgroup of our sample (15%) recorded an annual income of over £50 000. Our analyses also indicated that the richer participants were willing to pay more. However, there may be some other explanations for why the WTP values were high. The survey was conducted with members of the British general public (who also have a diagnosis of epilepsy) and, as such, most participants will not have had direct experience of paying for their medication. Most people with epilepsy in the UK receive their medical care through the UK NHS, which remains free at the point of contact. Therefore, people may not have fully comprehended the consequences of having to pay for their medication (they may not comprehend the opportunity cost) and the associated impact on their household expenditure. Instead, participants may have considered what the change in drug profiles was worth, or what the hypothetical value of it was, rather than what they would actually be willing to pay.

The WTP values expressed in this study were compared with values derived from studies in other clinical areas. Unutzer et al.[38] reported that, for depression treatment, participants were willing to pay $US270 ± 187 per month (year of value 2001) for a treatment that would eliminate their symptoms of depression. This was reported to be approximately 9% of the participants' household income. Lenert[39] reported that the mean WTP for an ideal migraine remedy (i.e. one that was 100% effective, worked quickly and had no adverse effects) was $US130 per month (1999 values). Jacobs et al.[40] reported that Americans were willing to pay $US2000 (2001 values) for the risk-free prevention of hepatitis A.

A study from Norway also indicated the high value that patients with epilepsy place on a cure.[41]

© 2005 Adis Data Information BV. All rights reserved.

Stavem[41] reported a study of 57 people with epilepsy who were asked to complete a contingent valuation (WTP) survey, as well as interviews. The median WTP for a total cure of their epilepsy was 150 000 Norwegian kroner ($US20 000 or £11 800 – year not stated but study published in 1999). This figure was equivalent to 47% of the annual household income. The only variable that predicted WTP was household income. WTP was not associated with participants' values for their current health state utility – as assessed using time trade-off, standard gamble and EQ-5D or 15D. Stavem's results are very similar to the findings from the current study and reinforce the conclusion that people with epilepsy place considerable value on the avoidance of the burden of epilepsy.

The WTP figures in the current study therefore fall within the range of WTP values reported in the literature and seem to highlight the importance of the condition in the patient's everyday life and the desire to avoid adverse effects associated with potential treatment options. In our study, people with epilepsy were willing to pay somewhere between 34% and 42% of their household income to have the 'perfect' AED and achieve seizure freedom without adverse effects.

The study also demonstrated that people were willing to trade seizure control against a better adverse effect profile. Participants did not always choose the option with the best level of seizure control – a so-called dominant preference. The data reported in table V indicate that people traded improvements in adverse effects against further gains in seizure control. This is an illustration of just how important consideration of adverse effects is for participants. However, the finding should be considered within the context of the group of participants recruited into the study.

Table II indicates that the median seizure frequency for participants was one seizure every 3–4 months. In the questionnaire, participants are asked to imagine that the hypothetical add-on drugs would reduce their seizures by 50%, 75% or 100%. Therefore, if people were experiencing relatively few seizures, the importance of gaining additional

seizure control may be lower than the importance they place on reducing weight gain or avoiding nausea. This is an important finding because it suggests that the preferences of people who rarely experience seizures are probably quite different to those of people who experience them commonly. For people who experience infrequent seizures, it is likely that they will place a greater emphasis on minimising adverse effects than patients who experience more frequent seizures. Given that up to 70% of patients become seizure free on monotherapy, choosing a treatment to match the patient's preferences is very important. Our survey showed that adverse effects such as hair loss and rash (with the potential serious consequences of Stevens-Johnson syndrome) were of particular concern. It also demonstrated that treatments with the potential for weight gain were of much more concern to women than they were to men.

The finding that cosmetic adverse effects are of such importance to this group may be related to stigma. Stigma associated with epilepsy has been well documented in the literature[42] and it is possible that treatments causing visible changes in a patient's appearance may only increase this problem. This survey demonstrated that a dialogue between patient and physician on the relative adverse effect profiles of different treatments is an important aspect of prescribing decisions. A more satisfied and motivated patient is likely to be more compliant with their prescribed treatment.

In our study, we expected that people with more frequent seizures would be willing to pay a higher amount to achieve better seizure control than those with less frequent seizures, but this hypothesis was not substantiated by our analysis. The WTP results show that as seizures become less frequent, people are willing to pay more for unit improvements in seizure control. However, further analysis revealed a strong, significant correlation with reported seizure frequency and income levels. This correlation result is an important finding because it reveals that people with frequent seizures (weekly and monthly) have lower income levels than those with infrequent seizures (yearly). This result implies that

© 2005 Adis Data Information BV. All rights reserved.

people's productive lives, i.e. capacity to work and earn income, are adversely affected by their epilepsy. It is also possible that people with very infrequent seizures may place a high premium on maintenance of seizure control because of the potential loss of a driving licence, which could impact on their independence and employment status. Given the current sample size, it was not possible to further explore the relationship between WTP for seizure control, actual seizure frequency and income. This finding suggests that epilepsy patients with more severe epilepsy suffer from inequity in terms of their income. When one considers that such patients also have lower quality of life,[17] higher healthcare costs[43] and a greater chance of premature mortality,[44] it re-emphasises the devastating impact that this condition has on people.

There are limitations to this study that should be highlighted. A convenience sample of participants was recruited from among the membership of Epilepsy Action™. The extent to which the participants are representative of epilepsy patients generally is unclear. Slightly more than half (58%) of the respondents were women and most of the sample were between the ages of 30 and 50 years. The age and sex of our sample was similar to a much larger survey conducted with the same group.[45] The reported breakdown of cases by type of seizure (e.g. partial seizure, generalised tonic-clonic) was very similar to that reported previously in a similar survey,[45] although compared with the general population our sample had a higher proportion of participants with generalised tonic-clonic seizures.[20] The sample was derived from all areas of the UK and so may be more representative than a sample from, for example, a specific neurology clinic. It would actually be difficult to recruit a national sample of epilepsy patients without going through a patient group. Therefore, this approach represents an appropriate means of collecting national survey data from patients.

It should also be mentioned that the response rate in this survey was quite low at 28%. This represents only a modest response rate, but is not untypical of postal surveys. The questionnaire was quite long (18

pages) and there was no direct incentive for the participant other than a £10 donation to Epilepsy Action™. Alternatively, people may have objected to answering questions regarding their health, income and medical care.

Another potential limitation of this study is the manner in which the DCE attributes were selected. It was not possible to select all or even most of the different adverse effects that are associated with AEDs. Therefore, we attempted to choose a representative selection of attributes that included common non-health-threatening effects such as alopecia, and potentially health-threatening effects such as weight gain and skin rash. The attribute skin rash also made reference to the rare but life-threatening condition Stevens-Johnson syndrome.

The choice sets were combined in the survey by pairing them randomly and testing for any residual correlation. A more efficient experimental design could be produced by pairing choice sets systematically so as to maximise D-efficiency – which is a measure of statistical efficiency. It should also be noted that the addition of a further consistency check may have been able to distinguish whether the 2% inconsistency detected by the consistency test was due to random error or true inconsistency.

Finally, the risk attributes presented in the model were designed specifically to aid in respondents' understanding of risk percentages and probabilities. These risk data were then analysed on a continuum assuming the respondents interpreted the levels as such. However, further ongoing analysis aims to explore the sensitivity of the results when making the assumption that respondents interpreted the risk levels in a more qualitative fashion.

Medical decisions regarding patient care should incorporate the views or preferences of those patients, and a DCE is one approach that has been used as an accurate method of eliciting preferences. Analysis of DCE data can also identify how preferences vary between important subgroups, which provides useful information in helping understand the importance of various attributes of treatments. The preference data emerging from this study indicate that people with epilepsy are entirely able to make deci-

© 2005 Adis Data Information BV. All rights reserved.

sions regarding their own treatment. It also supports the case for entering into a shared decision-making process between the doctor and patient. For some patients, their decision may be to relinquish treatment decisions to their physician. However, for others, shared decision making may enable them to take greater control over their epilepsy and so lead to improvements in their quality of life.

## Conclusion

This study indicates that people with epilepsy have strong preferences for reducing adverse effects as well as improving seizure control. These data may be considered usefully when making medical management decisions in epilepsy.

## Acknowledgements

This work was supported by Janssen-Cilag UK Ltd. There are no other conflicts of interest. Andrew Lloyd was the principal investigator on this study and was the primary author of the manuscript. Emma McIntosh advised on the correct approach to the methodology, produced the orthogonal design, completed all of the statistical analyses and authored much of the paper. Martin Price had the original idea for the study, fed into the design of the study including selection of attributes and interpretation of results and wrote parts of the manuscript.

## References

1. Feely M. Drug treatment of epilepsy. BMJ 1999; 318: 106-9
2. Mattson RH. Efficacy and adverse effects of established and new antiepileptic drugs. Epilepsia 1995; 36 Suppl. 2: S13-26
3. Swann AC. Major system toxicities and side effects of anticonvulsants. J Clin Psychiatry 2001; 62 Suppl. 14: 16-21
4. Matsuo F, Bergen D, Faught E, et al. Placebo-controlled study of the efficacy and safety of lamotrigine in patients with partial seizures. Neurology 1993; 43: 2284-91
5. Mercke Y, Sheng H, Khan T, et al. Hair loss in psychopharmacology. Ann Clin Psychiatry 2000; 12 (1): 35-42
6. Strakowski SM, DelBello MP, Adler CM. Comparative efficacy and tolerability of drug treatments for bipolar disorder. CNS Drugs 2001; 15 (9): 701-18
7. Greenwood RS. Adverse effects of antiepileptic drugs. Epilepsia 2000; 41 Suppl. 2: S42-52
8. Arroyo S, de la Morena A. Life-threatening adverse events of antiepileptic drugs. Epilepsy Res 2001; 47: 155-74
9. Coulter A, Entwistle V, Gilbert D. Sharing decisions with patients: is the information good enough? BMJ 1999; 318: 318-22
10. Holmes-Rovner M, Llewellyn-Thomas H, Entwistle V, et al. Patient choice modules for summaries of clinical effectiveness: a proposal. BMJ 2001; 322: 664-7
11. van der Pol M, Cairns JA. Estimating time preferences for health using discrete choice experiments. Soc Sci Med 2001; 52: 1459-70
12. van der Pol M, Cairns J. Establishing patient preferences for blood transfusion support: an application of conjoint analysis. J Health Serv Res Policy 1998; 3 (2): 70-6
13. Ratcliffe J, Buxton M. Patients' preferences regarding the process and outcomes of life saving technology: an application of conjoint analysis to liver transplantation. Int J Technol Assess Health Care 1999; 15: 340-51
14. Bryan S, Buxton M, Sheldon R, et al. Magnetic resonance imaging for the investigation of knee injuries: an investigation of preferences. Health Econ 1998; 7 (7): 595-603
15. Ryan M, Scott DA, Reeves C. Eliciting public preferences for healthcare: a systematic review of techniques. Health Technol Assess 2001; 5 (5): 1-186
16. Huber J, Zwerina K. The importance of utility balance in efficient choice designs. J Mark Res 1996; 33: 307-17
17. Baker GA, Jacoby A, Buck D, et al. Quality of life of people with epilepsy: a European study. Epilepsia 1997; 38: 353-62
18. Berto P. Quality of life in patients with epilepsy and impact of treatments. Pharmacoeconomics 2002; 20 (15): 1039-59
19. GlaxoSmithKline. Lamictal monograph. GlaxoSmithKline, 2001 [online]. Available from URL: http://us.gsk.com/products/assets/us_lamictal.pdf [Accessed 2005 Sep 15]
20. Hart YM, Shorvon SD. The nature of epilepsy in the general population II: medical care. Epilepsy Res 1995; 21: 51-8
21. Novartis Pharmaceuticals. Tegretol® (carbamazepine) prescribing information, Novartis Pharmaceuticals, 1999 [online]. Available from URL: http://www.pharma.us.novartis.com/product/pi/pdf/tegretol.pdf [Accessed 2005 Sep 15]
22. Froberg DG, Kane RL. Methodology for measuring health-state preferences: I. measurement strategies. J Clin Epidemiol 1989; 42: 345-54
23. Ryan M. Using conjoint analysis to take account of patient preferences and go beyond health outcomes: an application to in vitro fertilisation. Soc Sci Med 1999 Feb; 48 (4): 535-46
24. Bradley M. User's manual for SPEED v 2.1 The Hague: Hague Consulting Group, 1991
25. Gigerenzer G. Reckoning with risk: learning to live with uncertainty. London: Penguin Books, 2002
26. Slovic P, editor. The perception of risk. London: Earthscan Publications Ltd, 2000
27. Entwistle V, Watt I, Davis H, et al. Developing information materials to present the findings of technology assessments to consumers. Int J Technol Assess Health Care 1998; 14 (1): 47-70
28. Bennet P, Calman K. Risk communication and public health. Oxford, UK: Oxford University Press, 1999
29. Gigerenzer G, Hoffrage U. How to improve Bayesian reasoning without instructions: frequency formats. Psychol Rev 1995; 98: 506-28
30. Reyna V, Brainerd C. Fuzzy-trace theory and framing effects in choice: gist extraction, truncation and conversion. J Behav Decis Making 1991; 4: 249-62
31. Reyna V, Brainerd C. Fuzzy-trace theory: an interim synthesis: learning and individual differences. Learn Individ Differ 1995; 7: 1-75
32. Reyna V, Lloyd F, Brainerd C. Memory, development and rationality: an integrative theory of judgment and decision-making. In: Schneider S, Shanteau J, editors. Emerging perspectives in judgment and decision making. Mahwah (NJ): Erlbaum, 2001

© 2005 Adis Data Information BV. All rights reserved.

33. Green W. LIMDEP Version 8, Users Manual. Econometric Software Inc, 1998

34. Roe B, Boyle KJ, Teisl MF. Using conjoint analysis to derive estimates of compensating variation. J Environ Econ Manage 1996; 31: 145-9

35. Manski CF. The structure of random utility models. Theory Decis 1977; 8: 229-54

36. Hanemann WM. Welfare evaluations in contingent valuation experiments with discrete responses. Am J Agric Econ 1984; 66: 332-41

37. Font AR. Mass tourism and the demand for protected natural areas: a travel cost approach. J Environ Econ Manage 2000; 39: 97-116

38. Unutzer J, Katon WJ, Russo J, et al. Willingness to pay for depression treatment in primary care. Psychiatr Serv 2003 Mar; 54 (3): 340-5

39. Lenert LA. Use of willingness to pay to study values for pharmacotherapies for migraine headache. Pharmacoeconomics 2002; 20 (11): 739-47

40. Jacobs RJ, Moleski RJ, Meyerhoff AS. Valuation of symptomatic hepatitis A in adults: estimates based on time trade-off and willingness-to-pay measurement. Med Care 2003 Feb; 41 (2): 299-308

41. Stavem K. Willingness to pay: a feasible method for assessing treatment benefits in epilepsy? Seizure 1999; 8: 14-9

42. Jacoby A, Snape D, Baker GA. Epilepsy and social identity: the stigma of a chronic neurological disorder. Lancet Neurol 2005; 4: 171-8

43. Jacoby A, Buck D, Baker G, et al. Uptake and costs of care for epilepsy: findings from a UK regional study. Epilepsia 1998; 39: 776-86

44. Remak E, Hutton J, Peeters K, et al. Estimated impact of seizure frequency on survival in epilepsy. Association of British Neurologists Spring Scientific Meeting April 2-4, 2003; Cardiff, Wales, UK

45. British Epilepsy Association. The treatment of epilepsy: a patient's viewpoint. Leeds: British Epilepsy Association, 1996.

Correspondence and offprints: Dr *Andrew Lloyd*, The MEDTAP Institute at UBC, 20 Bloomsbury Square, London, WC1A 2NS, UK.

E-mail: andrew.lloyd@unitedbiosource.com

© 2005 Adis Data Information BV. All rights reserved.

# EXHIBIT G

This material may be protected by Copyright law (Title 17 U.S. Code)

Volume 7 • Number 4 • 2004
VALUE IN HEALTH

# Patient Preference and Willingness-to-Pay for Humalog Mix25 Relative to Humulin 30/70: A Multicountry Application of a Discrete Choice Experiment

Michael Aristides, MSc,[1] Adèle R. Weston, PhD[2,3] Patrick FitzGerald, PhD,[2,4] Corinne Le Reun, BA,[2] Nikos Maniadakis, PhD[5]

[1]M-TAG Limited, London, England, UK, [2]M-TAG Pty Ltd, Sydney, NSW, Australia, [3]Faculty of Health Sciences, University of Sydney, Sydney, NSW, Australia, [4]Centre for Clinical Epidemiology and Biostatistics, University of Newcastle, Newcastle, NSW, Australia, [5]European Health Outcomes, Eli Lilly & Company Ltd, Basingstoke, Hampshire, UK

## ABSTRACT

**Objectives:** To assess preference and willingness-to-pay (WTP) for the insulin mixture Humalog Mix25 relative to Humulin 30/70, from the patients' perspective, the relative importance of individual treatment attributes was also determined. Differences among five European countries were investigated.
**Methods:** Two hundred and ninety patients with type 2 diabetes were recruited from five European countries. Of these, 235 were suitable for inclusion in the analysis. Their mean age was 51.3 years and, on average, patients had had diabetes for 11 years. A discrete-choice conjoint analysis was conducted via face-to-face interviews. Treatment attributes, such as timing of injections around meals, 2-hour postprandial control, effect of prandial dosing, frequency of nocturnal hypoglycemia, and cost, and levels were derived after a systematic review of all published comparative clinical trial data. Meta-analyses were undertaken where appropriate.

**Results:** Ninety percent (95% CI 86–93%) of patients would choose Humalog Mix25 over Humulin 30/70, at the same cost. On average, European subjects were willing to pay €111 per month more for Humalog Mix25 (95% CI €86.71–156.91). The primary driver was the reduced risk of nocturnal hypoglycemic events, contributing 49% of WTP. The convenience of dosing immediately before the meal contributed 37%. Preference results were similar in all five countries, although WTP and sensitivity to increasing cost both varied.
**Conclusions:** Patients in all countries showed a preference and WTP for Humalog Mix25 over Humulin 30/70. The main drivers of patient WTP may be of interest to pharmaceutical prescribers, manufacturers, and reimbursement agencies.
*Keywords:* insulin, type 2 diabetes, Humalog Mix25, Humulin 30/70, discrete choice experiment, willingness-to-pay, cost benefit analysis.

## Introduction

The aging of the population and a worsening risk profile predict that the prevalence of type 2 diabetes will continue to increase. When poorly controlled, diabetes results in prolonged elevation of blood glucose, placing the patient at increased risk of cardiovascular disease, renal disease, amputation, blindness, and impotence. Advances in diabetes pharmacotherapy should not only improve glycemic control per se, but should also aim to maximize the effectiveness of medication by increasing patient compliance.

Health-care prescribers and reimbursement agencies should consider patient preferences regarding diabetes medication, because these are likely to translate directly to increased compliance, which in turn will lead to greater treatment effectiveness and ultimately less burden of disease—to both patient and society. Patient preference depends not only on the clinical efficacy differentials among treatment options, but also patient-relevant characteristics such as the nature, frequency and convenience of administration, and the likelihood, severity and importance of adverse reactions. A formal valuation study provides the opportunity to quantify the value of all of these characteristics simultaneously, in monetary terms.

A wide variety of insulin treatments are now available, with many patients finding it convenient

*Address correspondence to:* Michael Aristides, M-TAG Limited, Level 3, Lee House, 109 Hammersmith Road, London W14 0QH, UK. E-mail: maristides@m-tag.net

© ISPOR   1098-3015/04/$15.00/442   442–454

to use manufactured mixtures of short- and intermediate-acting insulins, because they do not need to self-mix insulins or to inject twice. Mixtures of either insulin lispro or human insulin are available. Insulin lispro provides a greater physiological response, with the onset of activity occurring within 15 minutes of administration, compared with 30 to 45 minutes for regular human insulin [1]. Similarly, serum insulin levels peak earlier with insulin lispro (about 1 hour vs. 2–3 hours) and the duration of action is shorter than that of human insulin (3.5–4.5 hours vs. 5.5–7.5 hours).

Humalog Mix25 consists of a 1:3 ratio of short-acting insulin lispro to intermediate-acting insulin lispro protamine suspension (also known as neutral protamine lispro, NPL). Glucose clamp measurements confirm that Humalog Mix25 retains the rapid action of lispro and the intermediate action of NPL [2].

Several randomized, controlled clinical trials have directly compared the efficacy and safety of Humalog Mix25 with the human insulin mixture, Humulin 30/70, in patients with type 2 diabetes [3–5]. Patients in these studies were treated with equivalent mean doses and management was otherwise comparable. It was concluded from these studies that Humalog Mix25 produces better postprandial glucose control than Humulin 30/70, with a lower rate of nocturnal hypoglycemia. Furthermore, the pharmacokinetic properties of the two treatments result in differences in the timing of insulin injections, with Humalog Mix25 able to be injected closer to mealtime.

A patient preference and willingness-to-pay (WTP) study was conducted to value these clinical and convenience features. Valuation studies allow "value for money" decisions regarding health interventions to consider both clinical and nonclinical characteristics.

## Patients and Methods

### Patients

A total of 290 patients were enrolled from France (n = 53), Germany (60), Italy (56), Spain (60) and the UK (61). Inclusion criteria were: more than 18 and less than 70 years of age; diagnosed as having type 2 diabetes; receiving regular insulin mix injections for at least 6 months; and currently receiving regular insulin mix injections. Informed consent was obtained from all participants and no names of respondents were collected, hence all data were de-identified. A patient rather than societal perspective was used in the current study, because the investi-

gators considered that an understanding of the disease and its treatment was paramount.

### Methods

A discrete choice analysis survey was used in the current study. Discrete choice experiments are a well-accepted methodology for valuing the relative benefit of therapies as an incremental WTP. This value can then be utilized in a cost–benefit economic evaluation to help policy makers decide whether a new therapy should be adopted or rejected. A therapy can be considered worth adopting if the net costs are less than the net benefits, expressed in monetary terms, although the net benefit of a health intervention should ideally be ranked with other interventions competing for finite funding resources in health care.

In addition, the technique allows the relative contribution of the individual attributes to total WTP to be quantified. Recently, the technique has been applied to a variety of health interventions [6–13]. Ryan provides a comprehensive review of the use of discrete choice experiments in the health-care arena [14]. Telser and Zweifel discuss the theoretical background and soundness of discrete choice experiments in their recent application of the technique [11].

The survey was conducted by an independent research agency (Martin Hamblin GfK) using face-to-face individual interviews with the aid of a transcript. The first section of the questionnaire collected demographic data and information relating to the patient's disease and treatment habits. The second section presented 10-paired scenarios. Each pair of scenarios comprised a fixed scenario, which represented Humulin 30/70 treatment, and an alternative scenario generated from various combinations of Humalog Mix25, Humulin 30/70, and additional sensitivity levels. The following five attributes were included in each scenario: timing of injection around meals, 2-hour postprandial control, effect of prandial dosing, frequency of nocturnal hypoglycemic events, and cost.

The two scenarios presented within the pair were labeled anonymously as insulin A and B, and participants were asked to indicate in writing their choice between the two insulin mixtures. These comparisons were designed to elicit trade-offs from the participants in order to determine their preferences. Each participant compared 10 pairs of scenarios in the order that they were presented to them. An example scenario pair is illustrated in Appendix A, where insulin B represents the fixed

Exhibit G
172

444                                                                              *Aristides et al.*

scenario and insulin A represents one of the generated alternative scenarios.

The attributes and levels relating to the clinical characteristics of Humalog Mix25 and Humulin 30/70 were derived after a systematic review of the available published articles and conference abstracts that reported head-to-head comparisons of these two insulin preparations (located by Medline and Embase searches conducted in July 2001). Publications and abstracts were also sourced from the manufacturer.

To meet the inclusion criteria, a study had to: be a randomized, controlled clinical trial of Humalog Mix25 versus Humulin 30/70; be of minimum 3-months treatment duration; have no fewer than 10 patients per treatment arm; and report data for 2-hour postprandial blood glucose concentration and/or nocturnal hypoglycemic events. Three studies met the inclusion criteria. Two were published as full-length arti-

cles [3,4] while at the time of this study, the third was published in abstract form only [5].

The clinical attribute levels were determined from these studies. Where data for a particular attribute were available from more than one of the studies, a meta-analysis was conducted using Rev-Man 4.1 to obtain a statistically pooled result. A fixed-effects model was applied, except in the case of statistically heterogeneous results, where a random-effects (RE) model was used. Pooled means for individual treatment arms were calculated using the weightings indicated in Fig. 1. Pooled estimates indicated a statistically significant treatment effect for both 2-hour postprandial blood glucose and nocturnal hypoglycemia rate. Therefore, it was appropriate to include both as attributes in the discrete choice experiment. Other clinical attributes not reaching statistical significance were not included in the discrete choice experiment.

In addition, patient-relevant differences in



**Figure 1** (a) Pooled 2-hour postprandial blood glucose (adjusted to premeal blood glucose of 9.2) (all available published data)*. (b) Pooled nocturnal hypoglycemia rate (all available published data).

Exhibit G
173

*Humalog Mix25 vs. Humulin 30/70* 445

administration characteristics were also included as attributes. The selection of these attributes was made after a pilot survey conducted with type 2 diabetic patients in the UK. The pilot involved a qualitative study of 13 patients in the UK. A structured interview presented potential differentiating treatment attributes and hypothetical costs. All statistically significant clinical attributes identified in the literature search were found to be of interest to the subjects, including the timing of the injection before the meal. The majority of patients admitted to injecting their current insulin at or after mealtime, despite this being contrary to instructions.

A third level was included for three of the attributes to facilitate the conduct of a sensitivity analysis (see Table 1).

Costs were framed in terms of additional "out-of-pocket" cost to the subject. The fixed scenario (i.e., Humulin 30/70) is a no-cost option to subjects, while the alternative scenarios were randomly assigned an incremental cost of €0, €10, €20, €30, €50, or €80 per month. The cost levels were chosen on the basis that the upper level was selected in the pilot study and that a reasonable range was assigned from zero.

The range of scenarios was generated by the presentation of all possible combinations of attribute levels. Mandatory linkages existed between levels in attributes 1 and 3, necessitating the exclusion of nonlogical scenarios (i.e., level 1 in attribute 1 could be presented only with level 1 of attribute 3, and, levels 2 and 3 of attribute 1 could be presented only

with level 2 of attribute 3). In fact this makes the third attribute completely confounded with the first, and hence the third attribute was removed from the analysis completely. This reduced the number of scenarios from 54 to 27, one of which was the fixed scenario (representing Humulin 30/70). It was necessary to then exclude any scenarios where all attributes for the fixed scenario are preferable to those of the alternative scenario. In this situation, choosing the alternative (worse) scenario with a higher cost would be illogical. After exclusion of these "dominated" scenarios, a total of 19 alternative scenarios remained. One of these was the baseline alternative scenario (representing Humalog Mix25), leaving 18 other scenarios available for randomization.

It is impossible to generate an orthogonal design from the remaining scenarios so two designs were produced instead. Each design included the baseline alternative scenario and eight other scenarios chosen at random from the 18 remaining scenarios. Each set was presented alongside the fixed scenario to half the sample in each country. One additional scenario pair was presented to all participants. This was an illogical scenario in which the alternative scenario duplicated the fixed scenario, but the alternative scenario was associated with a cost of €20. This approach is commonly used to pick up so-called irrational traders, those prepared to pay more than the minimum for the same scenario with different prices. The 10 scenario pairs were presented to subjects in a randomly determined order.

**Table I** Levels for noncost attributes and their source

| | Source |
|---|---|
| Attribute 1: Timing of injection before meal | |
| Level 1   0–15 min (alternative scenario)[‡] | Humalog Mix25 Product Information |
| Level 2   30–45 min (fixed scenario)[‡] | Humulin 30/70 Product Information |
| Level 3   60 min | Additional level for sensitivity analysis |
| Attribute 2: Two-hour postprandial blood glucose | |
| Level 1   9.4 mmol/L (alternative scenario)[‡] | Weighted average level for patients treated with Humalog Mix25, estimated by meta-analysis of available clinical evidence [3,4]* |
| Level 2   10.3 mmol/l (fixed scenario)[‡] | Weighted average level for patients treated with Humulin 30/70, estimated by meta-analysis of available clinical evidence [3,4]* |
| Level 3   11.0 mmol/L | Additional level for sensitivity analysis |
| Attribute 3: Effect of prandial dosing | |
| Level 1   Won't make a difference | Pharmacokinetic data |
| Level 2   Will make a difference | Pharmacokinetic data |
| Attribute 4: Nocturnal hypoglycemic frequency | |
| Level 1   One event in 12 months (alternative scenario)[‡] | Weighted average rate for patients treated with Humalog Mix25, derived from meta-analysis of available clinical evidence [4,5]† |
| Level 2   Two events in 12 months (fixed scenario)[‡] | Weighted average rate for patients treated with Humulin 30/70, derived from meta-analysis of available clinical evidence [4,5]† |
| Level 3   Four events in 12 months | Additional level for sensitivity analysis |

*Weighted mean difference from the meta-analysis (−0.89, $P = 0.002$) was applied to a premeal value of 9.2 mmol/L. The value from Roach et al. [4] is PM value only; Roach et al. [3] value is pooled AM and PM value.
†Weighted mean difference from the meta-analysis (−0.30 per 3 months, $P = 0.03$).
‡Alternative and fixed scenarios constituting the primary analysis of Humalog Mix25 and Humulin 30/70.

Note that the classical approach to this type of study dictates the use of orthogonal designs for reasons of statistical efficiency and convenience. When used for a linear model, the advantages include higher statistical efficiency, or smaller variance estimates, and uncorrelated estimates, so that coefficient estimates are those obtained using unadjusted analyses. Nevertheless, logistic regression modeling is being used to analyze the responses, so that the resulting variance matrix for the estimated coefficients is generally not diagonal, that is, coefficients are not uncorrelated. Also, the ultimate efficiency of any design is a function of the unknown regression coefficients, which may result in an overall drop in efficiency when compared to nonorthogonal designs. We therefore see little disadvantage in our approach.

### Statistical Methods and Other Data Analysis Issues

Descriptive statistics were performed on the demographic responses. For continuous outcomes, means and standard deviations were calculated. For categorical responses, frequency tabulations were produced. All statistical analyses were performed using Stata version 6.0 (Stata Corporation, College Station, TX, 1997) [15].

A number of methods have been proposed to estimate the relative utilities for the attributes of interest in stated preference studies with a binary choice response. These include conditional and RE logistic regression, a multivariate binary (MVB) distribution, and generalized estimating equations (GEE [16]). The latter approach is used for the following reasons.

With independent binary outcomes and predictors or covariates measured for each outcome, logistic regression is the standard regression method of choice [17]. We regard this as the ideal sampling approach for our type of study, as it maximizes the variability in the responses, for the given scenario information. Strict implementation of this approach leads to a survey design where each subject is presented with a single scenario. Nevertheless, as logistics and cost usually preclude this, in practice each subject responds by making a choice for each of a set of scenarios. This approach results in correlation between a subject's responses, unwanted correlation given the ideal approach, which must be accounted for in any analysis.

The method of GEE was developed for precisely this situation in analyses based on generalized linear models, of which logistic regression is an example, and interpretation of the coefficients is the same as in standard logistic regression. The philosophy of the other approaches, RE and MVB, differs, as the underlying assumed models have a different genesis. Coefficients estimated by the other models do not have the same interpretation [18]. The RE model, assumes an underlying, subject-specific propensity to choose in favor of one outcome, which is random between scenarios. Under this model, it is this property, which induces a correlation between a subject's responses. In RE and conditional logistic regression, the attribute coefficients are estimated simultaneously with the propensity, which is usually unobserved. This is a different model from the corresponding standard logistic regression model, and thus has a different interpretation. More obviously, they have different magnitudes.

A MVB model is potentially very complex and hard to interpret. Here the assumption is that a model described by the attribute effects and parameters that describe the correlation structure typically arise simultaneously in the same (log- or logit-) linear model [18]. In this case the attribute effect coefficients are adjusted for the correlation structure effects. Again, it is easy to see that such a model is different from a standard logistic regression model, so that the interpretation of coefficients is different.

GEE estimation is based on iteratively reweighted least squares estimation, where an assumed correlation structure between an individual's outcomes forms part of the weight matrix for an individual's data. Parameter estimates and corresponding variance (standard error) estimates may be affected by misspecifying the correlation structure, but a robust or sandwich-estimator of variance estimates may be used to guard against this [19].

Willingness-to-pay (WTP) for the various attribute levels is calculated in a straightforward manner from the estimated coefficients, dividing the negative of the estimated attribute level coefficient of interest by the coefficient of cost. The rationale underlying this approach is derived from Lancaster's theory of demand, in which these ratios are known as marginal rates of substitution [20]. The WTP for a specific scenario is then the sum of the individual WTP for the corresponding attribute levels.

Confidence intervals for WTP are not routinely available from the GEE procedure, and the distribution of the resulting WTP is unknown. A number of methods have been used including Fieller's method, the delta method (based on a Taylor's series expansion about the true value) [21] and, more recently, bootstrapping [22]. We adopted bootstrapping of confidence intervals as the preferred approach as this method makes no assumptions about the distribution or variability of WTP, unlike the other methods, and is thus robust to challenges

*Humalog Mix25 vs. Humulin 30/70*                                                                                                   447

about the sampling distribution. Confidence intervals are based on a so-called bootstrap distribution, which is obtained by estimating the desired statistic on a series of random samples from the observed data set, samples that are made with replacement. Observed bias in the mean of the bootstrap distribution is adjusted for by the so-called bias correction method. Confidence intervals for WTP were calculated using bootstrap distributions of 2000 samples analyzed by key logistic regression models using GEE.

In this study, the attribute referring to the effect of prandial dosing (Attribute 3) was not considered sufficiently independent of the first attribute referring to the time of dosing. It was therefore omitted from the WTP calculations.

The probability of selecting the proposed treatment relative to the existing treatment at zero incremental cost was calculated. This process was then repeated at a variety of incremental costs to obtain a cost-demand curve. In addition to a total incremental WTP, logistic regression enables WTP to be estimated for all contributing attributes and therefore also allows the relative importance of the attributes to be gauged.

A simple sensitivity analysis is conducted in order to detect the extent to which the demographics of the sample may have confounded the results of the discrete choice model, and thus affect WTP. Stepwise logistic regression analysis is used to determine any significant demographic variables, in addition to the scenario attributes. Currently an arbitrary limit of 20% difference between adjusted and unadjusted models as the threshold above which potential reasons for differences should be considered more carefully. Further research into this approach is needed.

## Results

### Demographics

Participants appeared representative of European type 2 diabetics, with the exception of elderly patients (> 65 years), who were under-represented

**Table 2**  Categorical participant demographics

| Characteristic | Category | n | % |
|---|---|---|---|
| Age | <18 years | 1 | 0.3 |
| | 18–30 years | 18 | 6.3 |
| | 31–54 years | 123 | 42.7 |
| | 55–65 | 126 | 43.8 |
| | > 65 years | 20 | 6.9 |
| Gender | Female | 157 | 54.3 |
| | Male | 132 | 45.7 |
| Marital status | Never married | 51 | 17.6 |
| | Married/de facto | 176 | 60.9 |
| | Widowed/divorced/separated | 62 | 21.5 |
| Highest educational level | Some high school | 89 | 30.8 |
| | Completed high school | 70 | 24.2 |
| | Trade/technical college | 40 | 13.8 |
| | University | 70 | 24.2 |
| | Other | 20 | 6.9 |
| Employment status | Employed | 98 | 35.4 |
| | Self-employed | 29 | 10.5 |
| | Full-time homemaker | 42 | 15.2 |
| | Unemployed | 30 | 10.8 |
| | Retired | 78 | 28.2 |
| Gross annual income | Less than €20,000 equivalent | 112 | 41.0 |
| | €20,000–40,000 equivalent | 112 | 41.0 |
| | €40,000–60,000 equivalent | 40 | 14.7 |
| | €60,000–80,000 equivalent | 8 | 2.9 |
| | Greater than €80,000 equivalent | 1 | 0.4 |
| Private health insurance | Yes | 98 | 33.8 |
| | No | 192 | 66.2 |
| Out-of-pocket expense per month | 0 | 199 | 69.6 |
| | Less than €10 equivalent | 27 | 9.4 |
| | €10–49 equivalent | 40 | 14 |
| | Greater than €50 | 20 | 7 |
| Inject just before meal rather than 30 min before | Never | 107 | 37 |
| | Occasionally | 65 | 22.5 |
| | Often | 35 | 12.1 |
| | Always | 82 | 28.4 |
| Inject just after meal rather than 30 min before | Never | 194 | 67.4 |
| | Occasionally | 81 | 28.1 |
| | Often | 9 | 3.1 |
| | Always | 4 | 1.4 |

*Aristides et al.*

(Table 2). The mean age of patients was 51.3 years (SD 12.7) and they had had diabetes for an average of 11.0 years (SD 9.3). The majority of patients fell within the lower two income brackets (≤€40,000). This is to be expected given the high proportion of semiretired or retired participants in this patient population. The majority of patients (70%) did not contribute financially to the cost of their diabetes treatment. This reflects the health and welfare arrangements of the participant countries.

Three of the demographic characteristics were found to have a significant effect on the results. Those patients with private health insurance were willing to pay more, as were those patients who had had diabetes for a longer period of time. The frequency of injecting after meals also influenced the WTP, but there was no consistent directional trend across the categories. Nevertheless, when the GEE model for all countries combined was adjusted for these significant demographic effects, the estimates of WTP were similar to those for the unadjusted model. The confidence intervals based on this model were also quite similar. It was therefore concluded that the confounding introduced by these factors was minimal, and hence the unadjusted results are presented here. With regard to individual countries, only the UK model required adjustment for demographic factors.

### Irrational Traders and Nontraders

In one scenario pair, presented to all participants, the alternative scenario duplicated the fixed scenario, but was associated with a cost of €20. Thirteen respondents chose the most expensive of this pair and were determined to be "irrational traders." Forty-two respondents were not willing to "trade" under any conditions and were termed nontraders. These nontraders were typically patients who always chose the no cost option regardless of any other considerations. Because the validity of the discrete choice experiment method is dependent on sagacious trading among all treatment attributes, including cost, it is common practice [23] to exclude irrational traders and nontraders from the analysis, and this approach is adopted here. It is noted, however, that for nontraders this approach may be too conservative. Further comments about this are made below.

### Patient Preference

The statistical comparison of the alternative scenario representing Humalog Mix25 with the fixed scenario representing Humulin 30/70 is referred to as the primary analysis. The levels of the fixed scenario were: 30 to 45 minutes for timing of dose, 10.3 mmol/L for the 2-hour postprandial blood glucose level, and two nocturnal hypoglycemic events every 12 months. The alternative scenario in the primary analysis was 0 to 15 minutes for timing of dose, 9.4 mmol/L for the 2-hour postprandial blood glucose levels, and one nocturnal hypoglycemic event every 12 months.

Estimated coefficients for the attribute levels, plus the coefficient of cost, in the logistic regression unadjusted for demographic factors except for country of origin, are shown in Table 3. Robust standard error estimates and estimated 95% confidence intervals are also shown. By convention, the reference level of each attribute is that for the fixed scenario. The coefficients of the remaining levels for each attribute are interpreted as deviations from the reference level. Note that although most of the attributes for this study are continuous we have

**Table 3** Estimated attribute levels and cost coefficients, standard errors and confidence intervals for the logistic regression model, unadjusted for demographic factors

| Attribute | Level | Estimate | Robust SE | P value* | 95% CI |
|---|---|---|---|---|---|
| Timing of injection before meal | 30–45 min | 0† | — | — | — |
| | 0–15 min | 0.912 | 0.133 | <0.001 | 0.652, 1.172 |
| | 60 min | −0.615 | 0.132 | <0.001 | −0.874, −0.356 |
| Two-hour postprandial blood glucose | 10.3 mmol/L | 0† | — | — | — |
| | 9.4 mmol/L | 0.360 | 0.144 | 0.012 | 0.078, 0.643 |
| | 11.0 mmol/L | −0.431 | 0.129 | 0.001 | −0.684, −0.178 |
| Nocturnal hypoglycemic frequency | 2 events in 12 months | 0† | — | — | — |
| | 1 event in 12 months | 1.202 | 0.141 | <0.001 | 0.926, 1.478 |
| | 4 events in 12 months | −1.302 | 0.173 | <0.001 | −1.640, −0.964 |
| Cost (per €) | | −0.022 | 0.003 | <0.001 | −0.027, −0.017 |

*P value for Wald test that the coefficient is 0. Test statistic is calculated as z = estimate/robust SE.
†By convention, the fixed scenario level of each attribute was set to 0.

*Humalog Mix25 vs. Humulin 30/70* 449

**Table 4**  Patient preference for Humalog Mix25 relative to Humulin 30/70 for each attribute in isolation, expressed as odds ratios (unadjusted)

| Attribute | Humalog Mix25 | Humulin 30/70 | Odds ratio | 95% CI (BC) | P value* |
|---|---|---|---|---|---|
| Time of dose | 0–15 mins | 30–45 mins | 2.49 | 1.92, 3.23 | <0.001 |
| Two-hour postprandial blood glucose | 9.4 mmol/L | 10.3 mmol/L | 1.43 | 1.08, 1.90 | 0.012 |
| Frequency of nocturnal hypoglycemic events per 12 months | 1 | 2 | 3.33 | 2.52, 4.39 | <0.001 |
| Cost (per month) | per €1 | €0 | 0.98 | 0.973, 0.983 | <0.001 |

*P value is obtained from a multivariate Wald test that assumes a normal distribution for the coefficients. In contrast, the confidence intervals are obtained empirically from the bootstrap observations, and so they do take into account bias.
Abbreviations; BC, bias-corrected for a skewed distribution; CI, confidence interval.

grouped values into categories for ease of interpretation.

Based on estimated coefficients, the logit model equation for calculating the probability of choosing Humalog Mix25, relative to Humulin 30/70, is:

$$\text{Logit}(p) = \ln\{p/(1 - p)\} =$$
$$2.18440.37 - 0.0222596 \text{ (incremental cost in €} \\ \text{per month)} \quad (1)$$

At zero additional cost, the probability of accepting the primary alternative scenario (HumalogMix25) rather than the fixed scenario (Humulin 30/70) was 0.8988 (95% CI 0.8645, 0.9253). This preference can also be expressed as odds of 8.889 for choosing Humalog Mix25 (95% CI 6.38, 12.38).

As expected, the preference for Humalog Mix25 decreased with increasing cost: 0.8767 at an incremental cost of €10 per month, 0.8506 at €20, 0.8200 at €30, 0.7449 at €50, and 0.5996 at €80 per month. If the premium were approximately €100 per month, it is estimated that the probability of choosing Humalog Mix25 would fall to approximately 0.5.

The magnitude of the individual attribute effects were also determined and presented as odds ratios, relative to Humulin 30/70. The results of the comparison with the primary alternative are presented in Table 4. In addition, the effect of cost per se on preference is presented for every incremental euro per month.

### Willingness-to-Pay

The results indicate that individuals in all countries combined were prepared to pay, on average, a total of €111 per month for Humalog Mix25 over and above the cost of Humulin 30/70. The bias-corrected 95% confidence intervals give a range of likely values for the true WTP (€86–156 per month).

The relative importance of the attributes can be determined in monetary terms from the WTP coefficients. A set of estimates of the incremental cost that participants were willing to pay for the various attributes for Humalog Mix25 is shown in Table 5.

Only two demographic factors had a consistent, statistically significant effect on total WTP. The longer a patient had had diabetes, the greater the WTP. In addition, patients who held private health insurance were willing to pay more, although the magnitude of the difference was modest. Patients with private health insurance were willing to pay €116.60 (SE: 37.78; 95% CI 65.80, 233.50), while those without private health insurance were willing to pay €106.40 (SE: 19.27; 95% CI 77.10, 156.20).

### Sensitivity Analyses

Additional attribute levels were included for time of dosing, 2-hour postprandial blood glucose concentration, and the rate of nocturnal hypoglycemic events. Table 6 summarizes the WTP values obtained for Humalog Mix25 in response to

**Table 5**  Incremental WTP utilities for Humalog Mix25 relative to Humulin 30/70

| Attribute | Variable | Estimated WTP (€) | SE‡ | 95% CI§ | Percentage of aggregate WTP accounted for |
|---|---|---|---|---|---|
| Time of dose* | 0–15 vs. 30–45 mins | 40.98 | 7.07 | 28.97, 57.48 | 37% |
| Two-hour postprandial blood glucose† | 9.4 mmol/L vs. 10.3 mmol/L | 16.19 | 6.34 | 4.87, 29.71 | 14% |
| Nocturnal hypoglycemic event rate† | One vs. two events per 12 months | 54.01 | 8.26 | 41.80, 77.05 | 49% |
| Total* | | 111.18 | 16.56 | 86.71, 156.91 | 100% |

*1972 successful bootstrap repetitions.
†2000 successful bootstrap repetitions.
‡Standard error of the bootstrap estimate.
§Bias-corrected confidence interval.
Abbreviations: CI, confidence interval; SE, standard error; WTP, willingness-to-pay.

450

*Aristides et al.*

**Table 6** Effect of altered clinical characteristics and altered patient inclusion criteria

| Change in alternative attribute level* or patient inclusion criteria | Primary analysis WTP† (€) | Revised WTP† (€) | 95% CI‡ |
|---|---|---|---|
| Change in dosing time from 0–15 mins to 60 mins | 40.98 | −27.62 | −44.02, 15.28 |
| Change in two-hour postprandial blood glucose from 9.4 mmol/L to 11 mmol/L | 16.19 | −19.36 | −33.90, −7.74 |
| Change in frequency of nocturnal hypoglycemia from one to four events per 12 months | 54.01 | −58.50 | −81.56, −43.40 |
| Result adjusted for demographics | 111.18 | 102.11 | 77.49, 151.54 |
| Result including nontraders§ | 111.18 | 87.26 | 62.40, 121.12 |
| Result including nontraders + irrational traders§ | 111.18 | 85.98 | 61.04, 118.93 |

*Compared with fixed level.
†Per month.
‡Bias corrected confidence interval.
§n = 42 nontraders, n = 13 irrational traders.
Abbreviations: BC, bias corrected; CI, confidence interval; WTP, willingness-to-pay.

changes in attribute levels. The effect of adjusting for demographics is also presented.

The sensitivity analyses indicated that the WTP was responsive to changes in levels of all attributes. The levels tested were worse than those of the fixed scenario and predictably led to a negative WTP. This suggests the WTP is a continuum across the span of levels tested in this study and is a valid measure of patient preference.

A further sensitivity analysis was conducted to quantify the effect of excluding nontraders and irrational traders (Table 6).

The results showed that broadening the patient inclusion criteria to include those who fail to trade reduced the total WTP by €25.20. This reduction in WTP is expected, as the majority of nontraders always choose the no-cost option. In contrast, inclusion of the irrational traders had little effect on total WTP. This is also expected, as irrational traders tend to have more varied and less predictable responses that are usually nonsensical.

## Country Differences

The results presented above are the combined results for the five countries. When the results for individual countries were considered, the probability of choosing Humalog Mix25 at no incremental cost was found to be similarly high in all five countries (range: 0.8599–0.9311). Nevertheless, as the incremental cost of Humalog Mix25 treatment increased, the probability of choosing this treatment decreased at different rates in the five countries (Fig. 2). Note that pounds were used for the English survey, and these have been converted to euros, for ease of comparison. The French and UK patients exhibited the lowest cost elasticity, while Italian patients were highly sensitive to cost. Despite all patients being told that the cost was to be considered in the context of their "out-of-pocket" expense, it is possible that historical cultural differences in pharmaceutical reimbursement had an effect on the patients' response to cost.



**Figure 2** Probability of choosing Humalog Mix25 rather than Humulin 30/70 with increasing incremental cost.

*Humalog Mix25 vs. Humulin 30/70*                                                                   451

**Table 7**   Estimated total WTP and percentage contribution of individual attributes to total WTP in individual countries

| | Estimated total WTP (€) | 95% CI* | % contribution to WTP | | |
| | | | Nocturnal hypoglycemic event rate | Time of dose | Two-hour postprandial blood glucose |
|---|---|---|---|---|---|
| France | 146.83 | 51.03, 946.31 | 48 | 46 | 6 |
| Germany | 126.65 | 57.89, 243.06 | 53 | 40 | 7 |
| Italy | 56.98 | 18.37, 106.08 | 41 | 37 | 22 |
| Spain | 150.06 | 88.68, 357.13 | 42 | 31 | 27† |
| UK | 194.36‡ | 83.82, 2711.96 | 65 | 35 | 0 |

*Bias-corrected confidence interval. Based on between 1400 and 2000 successful bootstrap repetitions.
†Spain was the only country where the WTP for improved postprandial glycemic control reached statistical significance.
‡The WTP for UK is adjusted for demographic factors. All other WTP values are unadjusted.
Abbreviations: CI, confidence interval; WTP, willingness-to-pay.

An intercountry difference was apparent in the total WTP per month (Table 7).

In all countries, the main driver of both preference and WTP for Humalog Mix25 was the reduced frequency of nocturnal hypoglycemic events, closely followed by the convenience of dosing closer to mealtime. The extent of the 2-hour postprandial excursion was of lesser importance to the patients, only reaching statistical significance in Spain.

## Discussion

The results of the current valuation study conducted in five European countries indicate a strong patient preference for the attributes of Humalog Mix25 relative to those of Humulin 30/70. Close to 90% of all patients preferred Humalog Mix25 when both treatments were presented with equal cost. This is comparable to the 84% preference detected by Dranitsaris et al. [24] using a contingent valuation technique. The preference for Humalog Mix25 is not surprising as Humalog Mix25 has advantages in both clinical and patient-relevant attributes. In monetary terms, this preference corresponded to an incremental mean WTP for Humalog Mix25 of approximately €111 per month. This incremental WTP was in excess of any monthly costs associated with Humulin 30/70.

The current study was able to determine that the primary driver of both patient preference and WTP was the reduced risk of nocturnal hypoglycemic events with Humalog Mix25. Patients were more than 3-times as likely to choose the treatment with fewer nocturnal hypoglycemic events (Humalog Mix25), with this attribute contributing 49% of the total WTP. This was despite the low absolute rate of events for both treatments (one vs. two nocturnal hypoglycemic events in a 12-month period). This reflects the patients' fear of nocturnal hypoglycemia, the extent of which may not always be appreciated by prescribers or reimbursement decision makers.

The convenience of being able to inject Humalog Mix25 immediately before mealtime was also highly valued by patients, contributing a further 37% of the total WTP. As 63% of this representative sample admitted to injecting just before the meal and as many as 33% reported injecting after the meal, the importance of an insulin that can be injected close to mealtime cannot be disputed.

The improved postprandial glycemic control made a small contribution to preference and WTP, failing to reach statistical significance in all individual countries except Spain. As participants were diabetic patients aware of the long-term sequelae of hyperglycemia, it is unlikely that they did not appreciate the relevance of 2-hour postprandial blood glucose excursion per se. Nevertheless, the magnitude of the difference tested in the current study (0.9 mmol/L) was not highly valued.

The majority of demographic factors had minimal effect on WTP. In contrast to previous studies, income did not significantly affect WTP. However, this may reflect the rather homogenous nature of the patient sample with respect to income. Notably, patients who had private insurance were willing to pay more for the benefits of the treatment. This may be an important consideration in future WTP studies. If one considers the duration of disease as a proxy for the severity of disease (and risk of further morbidity), then it is not surprising that this was the other factor influencing WTP. Patients with a higher initial risk can be expected to pay more for treatment, in accordance with economic theory [11].

As mentioned to in the Results section, the exclusion of nontraders, although standard, may be questionable. Some might argue that responses from a nontrader merely represent an extreme value on some willingness-to-trade spectrum. This point of view has some appeal, as the opposite case of data

Exhibit G
180

452                                                                                              *Aristides et al.*

from subjects who always trade are not excluded in the traditional approach. Nevertheless, the approach to analyzing the data depends on what population the researcher wishes to make inferences about. From a statistical point of view, the result of excluding nontraders is that the coefficients of the logistic regression model are estimated from a probability model, which is conditional on each subject having traded at least one scenario. Consider the results from the unadjusted GEE model. The obvious effect of excluding nontraders is that the intercept ($\alpha$) will be overestimated compared with the estimate obtained if nontraders were included. Suppose that $\delta$ remains the same. Then, to compensate for this apparent increase in the estimated log-odds of choosing the fixed baseline scenario, $\beta$ estimates will be attenuated, on average, so that the sum of such coefficients for any scenario will be smaller (i.e., more negative), and the apparent total WTP greater. Conversely, the total WTP will be less if data from nontraders are excluded, as was noted in the Results section.

On the other hand, an unconditional analysis, in which no a priori selection of subjects on the basis of trader status takes place, may be more natural. One way to achieve this is to assume, as speculated above, which nontraders and traders arise from the same population and simply include data from nontraders in the analysis. Alternatively, one may assume that two populations are represented in the sample. One way to analyze such data is to use finite mixture modeling. This approach has been used in the discrete-choice modeling area as a means of examining market segmentation [25]. The question of how to apply finite mixture models to data where GEE estimation is used is a topic for further research.

To the best of our knowledge, this study is the first published discrete choice experiment of a health-care invention conducted simultaneously across multiple countries. The probability of choosing Humalog Mix25 at no incremental cost was similarly high in all five countries. Nevertheless, as the incremental cost of Humalog Mix25 treatment increased, the probability of choosing this treatment decreased at different rates in the five countries. The French and UK patients exhibited relative insensitivity to the increasing cost, while Italian patients were highly sensitive to cost. The German and Spanish patients showed a more moderate response. Despite all patients being told that the cost was to be considered in the context of their "out-of-pocket" expense, it is possible that historical cultural differences with respect to pharmaceutical

reimbursement had an effect upon the patients' response to cost. This was reflected by the WTP, which was highly variable among the countries. These findings highlight the need for researchers and policy makers to conduct monetary valuations of health benefits in each country in question. In contrast, the results of the current study suggest that the relative importance of individual attributes was quite robust across these five countries.

The choice of estimation using GEE over other approaches deserves further comment. We have proposed that the ideal sampling situation leads to standard logistic regression. Implicit in this view is the assumption that gathering of information on a subject's preference across the complete range of attribute levels is not essential. If this is not the case, certainly other approaches need to be explored; as such a requirement would lead more naturally to consideration of a multivariate outcome model. Alternatively, if prediction of choice for an individual with a known propensity is paramount, then a RE model is a more natural choice [18].

## Conclusions

In conclusion, this study found that respondents were willing to pay a considerable monthly premium for the incremental benefits of Humalog Mix25 relative to Humulin 30/70. This indicates the extent of welfare perceived by patients from the reduced risk of hypoglycemia, convenience of the administration schedule, and improvement in postprandial control. The monetary value of Humalog Mix25 measured in the current study can be compared with the additional acquisition costs for Humalog Mix25 relative to Humulin 30/70 in these countries, to indicate the extent of welfare gain to the community.

The authors wish to acknowledge the editorial assistance of Alison Hillman and the advice and pilot investigations of Dr Mark Schulz. This study was funded by Eli Lilly & Company Ltd.

## References

1 Howey DC, Bowsher RR, Brunelle RL, Woodworth JR. [Lys (B28), Pro (B29) ]-human insulin: a rapidly absorbed analogue of human insulin. Diabetes 1994;43:396–402.
2 Heise T, Weyer C, Serwas A, et al. Time-action profiles of novel premixed preparations of insulin lispro and NPL insulin. Diabetes Care 1998;21:800–3.
3 Roach P, Trautmann M, Arora V, et al. Improved postprandial blood glucose control and reduced

nocturnal hypoglycaemia during treatment with two novel insulin lispro-protamine formulations, insulin Lispro Mix25 and Insulin Lispro Mix50. Clin Ther 1999;21:523–34.

4 Roach P, Yue L, Arora V. Improved postprandial glycaemic control during treatment with Humalog Mix25, a novel protamine-based insulin lispro formulation. Diabetes Care 1999;22:1258–61.

5 Brash PD, Shaw K. Reduced nocturnal hypoglycaemia with twice daily Humalog Mix25 compared to human insulin 30/70 in patients with type 2 diabetes. Diabetic Med 2001;18 (Suppl. 2):A41.

6 Ratcliffe J, Buxton M. Patients' preferences regarding the process and outcomes of life-saving technology: an application of conjoint analysis to liver transplantation. Int J Technol Assess Health Care 1999;15:340–51.

7 San Miguel F, Ryan M, McIntosh E. Applying conjoint analysis in economic evaluations: an application to menorrhagia. Appl Economics 2000; 32:823–33.

8 Fraenkel L, Bodardus S, Wittink DR. Understanding patient preferences for the treatment of lupus nephritis with adaptive conjoint analysis. Med Care 2001;39:1203–16.

9 Meister H, Lausberg I, Walger M, von Wedel H. Using conjoint analysis to examine the importance of hearing aid attributes. Ear Hear 2001;22:142–50.

10 Shackley P, Slack R, Michaels J. Vascular patients' preferences for local treatment: an application of conjoint analysis. J Health Serv Res Policy 2001;6:151–7.

11 Telser H, Zweifel P. Measuring willingness-to-pay for risk reduction: an application of conjoint analysis. Health Econ 2002;11:129–39.

12 Aristides M, Chen J, Schulz M et al. Conjoint analysis of a new chemotherapy: willingness-to-pay and preference for the features for raltitrexed versus standard therapy in advanced colorectal cancer. Pharmacoeconomics 2002;20:775–84.

13 Weston AR, FitzGerald P. Discrete-choice conjoint analysis to derive willingness-to-pay for methyl aminolevulinate photodynamic therapy versus simple excision surgery in the treatment of basal cell carcinoma. Pharmacoeconomics (in press).

14 Ryan M. Using Consumer Preferences in Health Care Decision Making: the Application of Conjoint Analysis. London: Office of Health Economics, 1996.

15 Stata Corporation. Statistical Software; Release, 6.0. College Station, TX, USA, 1997.

16 Liang K-Y, Zeger SL. Longitudinal data analysis using generalized linear models. Biometrika 1986; 73:13–22.

17 Hosmer DW, Lemeshow S. Applied Logistic Regression. New York: Wiley 1989.

18 Pendergast JF, Gange SJ, Newton MA et al. A survey of methods for analyzing clustered binary response data. Int Statistics Rev 1996;64:89–118.

19 Huber PJ. The behaviour of maximum likelihood estimates under non-standard conditions. In: Proceedings of the Fifth Berkeley Symposium in Mathematical Statistics and Probability. Berkeley, CA: University of California Press, 1967;1:221–53.

20 Lancaster K. Consumer Demand: a New Approach. New York: Columbia University Press, 1971.

21 Herson J. Fieller's theorem vs delta method for significance intervals for ratios. J Stat Comput Sim 1975;3:265–74.

22 Efron B, Tisbshirani R. An Introduction to Bootstrap. New York: Chapman & Hall, 1993.

23 Ryan M, Hughes J. Using conjoint analysis to value surgical versus medical management of miscarriage. Health Econ 1997;6:261–73.

24 Dranitsaris G, Longo CJ, Grossman LD. The economic value of a new insulin preparation, Humalog Mix25—measured by a willingness-to-pay approach. Pharmacoeconomics 2000;18:275–87.

25 Wedel M, Kamakura WA. Market Segmentation: Conceptual and Methodological Foundations. Boston: Kluwer, 1999.

454                                                                        *Aristides et al.*

**Appendix A: Example of scenario pair presented to participants**

| Attribute | Insulin A | Insulin B |
|---|---|---|
| When to inject<br>  The recommended time to inject is: | 0–15 min before a<br>meal | 30–45 min before a<br>meal |
| Blood sugar after meal<br>  Imagine before a meal your blood sugar was<br>  9.2 mmol/L and 2 hours after a meal it is: | 11 mmol/L | 10.3 mmol/L |
| Injecting just before a meal<br>  If for some reason the insulin is used just<br>  before a meal: | This *won't* make any difference. After a meal<br>your blood sugar *would be the same* as if you<br>took the insulin at the correct time | This *will* make a difference. After a meal<br>your blood sugar *would be higher* than if<br>you took the insulin at the correct time |
| Night-time very low blood sugar or "hypo"<br>  Using the insulin, you can expect to have: | Two night-time "hypos" over 12 months | Two night-time "hypos" over 12 months |
| Cost to you of this insulin every month: | £18 | £0 |
| Which insulin do you prefer?<br>  Please tick one box only | Insulin A: ☐ | Insulin B: ☐ |

# EXHIBIT H

This material may be protected by Copyright law (Title 17 U.S. Code)

Journal of Affective Disorders 148 (2013) 210–219



Contents lists available at SciVerse ScienceDirect

## Journal of Affective Disorders

journal homepage: www.elsevier.com/locate/jad



Research report

# Patient preferences for outcomes of depression treatment in Germany: A choice-based conjoint analysis study



Thomas M. Zimmermann [a,*], Johannes Clouth [a], Michael Elosge [b], Matthias Heurich [c], Edith Schneider [d], Stefan Wilhelm [d], Anette Wolfrath [e]

[a] Health Outcomes, Lilly Deutschland GmbH, Bad Homburg, Germany
[b] Market Research, Lilly Deutschland GmbH, Bad Homburg, Germany
[c] GfK SE, HealthCare, Nürnberg, Germany
[d] Medical Department, Lilly Deutschland GmbH, Bad Homburg, Germany
[e] GfK SE, Marketing Sciences, Nürnberg, Germany

ARTICLE INFO

Article history:
Received 21 December 2011
Received in revised form
28 November 2012
Accepted 29 November 2012
Available online 3 January 2013

Keywords:
Antidepressants
Depression
Patient preferences
Choice-based conjoint analysis
Discrete choice analysis

ABSTRACT

Background: In general, treatment efficacy in depressed patients is evaluated mainly based on the core symptoms of depression. However, patients might consider different outcomes. This study used choice-based conjoint analysis (CBC) to evaluate patient preferences for depression treatment outcomes.
Methods: Adult subjects from Germany, currently or previously on antidepressant treatment, were presented with 18 pairs of hypothetical treatment outcome scenarios, differing in eight attributes (2–3 factor levels each): depressed mood, loss of interest and enjoyment, loss of energy/fatigue, sleep disturbance, feelings of guilt, depression-related pain, treatment duration, side effects after 2 weeks. Attributes and factor levels were defined by literature review, expert consultations, and in-depth subject interviews. Data were analyzed using multinomial logit modeling; individual part-worth utilities were estimated using hierarchical Bayes routines.
Results: Two hundred twenty-seven subjects (89.4% currently treated with antidepressants, 30.0% with depression-related pain) completed the survey. They valued the relative importance of outcomes as follows: loss of energy/fatigue 18.5%, side effects after 2 weeks 14.2%, loss of interest and enjoyment 13.5%, depression-related pain 12.0%, sleep disturbance 12.0%, feelings of guilt 11.5%, treatment duration 9.9%, depressed mood 8.5%.
Limitations: Participants were not required to meet ICD-10 or DSM-IV criteria for depression and had heterogeneous disease severity.
Conclusions: CBC analysis was able to reveal patient preferences for outcomes of depression treatment. Subjects valued the ability to cope with activities of everyday living highest. They considered being free of depression-related pain and side effects more important than being free of depressed mood. These findings should be considered when making treatment decisions.

© 2012 Elsevier B.V. All rights reserved.

## 1. Introduction

Depression causes a significant burden both to the individual and to society (Sobocki et al., 2006). In Europe, the 12-month prevalence of major depression has been estimated to be 6.9%, with no major country-specific variations (Wittchen et al., 2011). In Germany alone, approximately 4 million people require treatment for depression every year (Glaeske et al., 2009). Including all subjects with clinically relevant, acute depressive episodes, the 12-month-prevalence of depressive disorders in Germany is estimated 8.8% for adults aged 18–65 years, 15% for elderly people, and 45% for elderly people living in nursing homes and for elderly hospitalized patients but results may vary as exact numbers are not known (Glaeske et al., 2009; Benkert and Hippius, 2011, Federal Joint Committee, 2011a). It has been estimated that only 50% of subjects with depressive symptoms consult a physician, 50% of those visiting a physician are diagnosed correctly, and that of those, only 50% actually receive treatment (Möller et al., 2006). Improved detection, treatment and patient management are essential for health care systems to cope with the burden of depression and its associated costs in the future (Sobocki et al., 2006). One reason for the high proportion of unrecognized and untreated depressions may be that 70% of affected subjects initially seek treatment for their somatic

* Correspondence to: Health Outcomes, Lilly Deutschland GmbH, Werner-Reimers Straße 2-4, 61352 Bad Homburg, Germany. Tel.: +49 6172 273 2269; fax: +49 6172 273 2530.
E-mail addresses: zimmermann_thomas_markus@lilly.com, ZimmermannTH@lilly.com (T.M. Zimmermann).

0165-0327/$ - see front matter © 2012 Elsevier B.V. All rights reserved.
http://dx.doi.org/10.1016/j.jad.2012.11.062

Exhibit H
185

*T.M. Zimmermann et al. / Journal of Affective Disorders 148 (2013) 210–219*                                      211

symptoms by consulting a general practitioner rather than for the core symptoms of their depression (Simon et al., 1999; Tylee, 2006).

As defined by ICD-10, the core symptoms of depression include depressed mood, anhedonia (loss of interest and enjoyment), and loss of energy/fatigue; at least two of these three symptoms are required to diagnose a "depressive episode" (International Statistical Classification of Diseases and Health Related Problems, 2010). Physicians can be expected to initiate treatment mainly based on these core symptoms; rarely will they involve the patient's opinion and ask which outcomes the patients themselves might consider most important (Bieber et al., 2005). In contrast, most patients prefer to be involved in medical decision making, and shared decision making is associated with higher patient satisfaction (Carlsen and Aakvik, 2006). It is widely recognized that the efficacy of depression treatment in clinical practice is limited by multiple factors, including premature dropout and non-adherence (Masand, 2003; Keller et al., 2002; Melfi et al., 1998). Thus, considering patient preferences may influence their willingness to start and adhere to treatment, and engage fully in the course of treatment, potentially with an indirect effect on treatment outcome (Swift and Callahan, 2009; Kwan et al., 2010).

Health care system stakeholders have recognized the importance of patient preferences. For example for each new drug to be launched in Germany, the pharmaceutical company has to submit a dossier which assesses the additional drug benefit compared to appropriate comparator(s); and besides the mandatory patient-relevant endpoints and benefits, patient preferences should also be considered in the assessment (Reform of the Market for Medicinal Products, AMNOG, §35a of SGB-V; Federal Joint Committee, 2011b). In addition, the German Institute for Quality and Efficiency in Health Care (IQWiG) has stated that an evaluation of drug benefit in its broader sense is not only derived from evidence-based medicine, but also requires a weighting of endpoints (including patient-relevant endpoints), probably by analytic hierarchy process or conjoint analysis (IQWiG, 2009). The IQWiG currently evaluates both methods (IQWiG 2009, p. 17, ff).

The technique of conjoint (CONsidered JOINTly) analysis was developed in the field of mathematical psychology in Luce and Tukey (1964), Green and Rao (1971), Louviere and Damowicz (2000) and is well established for analyzing consumer preferences in market research (Green and Rao, 1971; Gustafsson et al., 2007). Choice-based conjoint (CBC) analyses have also been used to evaluate patient preferences for treatment options in many different indications (Ryan and Farrar, 2000), such as diabetes, myeloma, asthma, osteoporosis or schizophrenia (Porzsolt et al., 2010; Mühlbacher and Nübling, 2011; Ratcliffe et al., 2002; de Bekker-Grob et al., 2008; Kinter, 2009).

The objective of this market research study was to identify patient preferences of depressed subjects in Germany which might be helpful for medical decision making. This study is innovative in its goal to use CBC analysis to evaluate patient preferences for depression treatment outcomes in subjects with depression rather than in healthy subjects.

## 2. Methods

A CBC analysis evaluates how individuals make trade-off choices among alternatives built of multiple characteristics (attributes). The key idea is that participants are presented with a series of choice tasks, each task requiring them to choose between a pair of hypothetical product or patient profiles (e.g., different treatment outcome scenarios). Each profile is composed of multiple attributes with different combinations of factor levels. In the case of depression treatment for example, the participant might

be asked to choose between two hypothetical patients, one with normal mood, poor activity levels, moderate concomitant pain symptoms and mild side effects, and, alternatively, a patient with low mood, but normal activity levels, low pain symptoms and moderate side effects. It is generally accepted that such forced trade-off decisions reveal preferences more clearly than a direct query, where most individuals would claim that every factor is important (Gustafsson et al., 2007; Kinter 2009). Whereas preferences revealed with such an approach must not be consistent with stated preferences of subjects, we consider the conversion from judgment tasks into revealed preferences a legitimate assumption when assuming that (guided by a principle of hedonism) subjects do prefer a (subjectively judged) better treatment state over a treatment stage they judge as worse. The different profiles and choice tasks are generated by experimental design algorithms. The number of choice tasks the respondent has to complete per study depends on the complexity of the research setting. Preference scores can then be derived for each attribute, the so-called (part-worth) utility scores.

Setting up a CBC analysis requires several subsequent design steps including determination of the attributes and factor levels to be used in the CBC procedure, the survey design, and the selection of the target population.

Survey development, obtainment of respondents' consent and conduct of this market research study were performed in compliance with international market research guidelines (EphMRA, 2011; ICC/ESOMAR, 2008) and in compliance with the national German guideline on quality assurance for online surveys (ADM, 2001) and the ISPOR Good Research Practices for Conjoint Analysis Applications in Health (Bridges et al., 2011).

### 2.1. Determination of attributes and factor levels

Potential attributes of depression treatment outcomes and the corresponding factor levels were initially identified by literature search (focusing on antidepressant treatment) and consultation of several psychiatrists and psychologists. The actual patient perspective on the disease was explored during 60-min in-depth-interviews with $n=8$ adult depressed subjects (five subjects with additional pain symptoms) which had been proposed by their treating physicians. Starting with the first signs of symptoms the subjects perceived for themselves, mood mappings were developed during the interviews. Along these mood maps, subjects described their history of depression, including their symptoms, in their own language. Reported symptoms were then clustered, and the relevance of these reported symptom clusters was subsequently assessed during the interviews. In addition, subjects were presented with the attributes and factor levels derived from literature reviews and expert discussions, to assess alignment of the 'objective' and 'subjective' perspectives on depression symptoms.

Interview results were then re-discussed with psychiatrists, psychologists, and methodological experts, additionally considering fundamental psychological literature, to define the final attributes and factor levels to be used. There are no fixed rules on the number of attributes and factor levels to be used in a CBC analysis, but two conflicting tendencies need to be considered: there will be information under-load if the chosen attributes do not describe the situation of interest in sufficient detail, but participants may not be able to complete questionnaires due to information over-load in case the fictional descriptions become too complex. In methodological studies on factorial design surveys, student populations were able to deal with up to 12 different attributes (Auspurg et al. 2009). As another rule of thumb, findings from cognitive sciences revealed that humans can deal best with 7 plus/minus 2 pieces of information (zimbardo et al.,1988). Considering that participants of

Exhibit H
186

*T.M. Zimmermann et al. / Journal of Affective Disorders 148 (2013) 210–219*

**Table 1**
Conjoint design: attributes and factor levels.

| Outcome attribute | Factor levels | | |
|---|---|---|---|
| | 1 | 2 | 3 |
| 1 Depressed mood | Feels extremely low and distressed | Feels low and distressed | Does not feel low and distressed |
| 2 Loss of interest and enjoyment | Previous leisure activities (like hobbies, meeting with friends/family) are of **no interest** to him/her anymore | Has only **moderate interest** in previous leisure activities (like hobbies, meeting with friends/family) | Has **strong or normal interest** in the majority of previous leisure activities (like hobbies, meeting with friends/family) |
| 3 Loss of energy/fatigue | Cannot start and cope with **any activities** on his/her own (e.g., getting out of bed or washing oneself) | Can only start and cope with **minor activities** on his/her own (e.g., washing oneself, preparing a small meal) | Can start and cope with **all activities** on his/her own (e.g., housekeeping, career) |
| 4 Sleep disturbance | Has **severe sleep disturbance**, wakes up at night and cannot get back to sleep | Has **disturbed** sleep | Has **no sleep disturbance** ('sleeps as always') |
| 5 Feelings of guilt | Has **severe** feelings of guilt, that pre-occupy him/her continuously | Has **mild to moderate** feelings of guilt, that pre-occupy him/her occasionally | Has **no** feelings of guilt |
| 6 Pain, related to depression | Suffers from physical pain that **affects daily life** | Suffers from physical pain that does **not considerably affect daily life** | Does **not** suffer from physical pain |
| 7 Duration of treatment | Received medication during the **acute phase of depression** (over approx. 10 weeks) and subsequently terminated treatment | Received medication during the acute phase of depression and **continues** this medication **prophylactically** | |
| 8 Side effects ongoing after the first 2 weeks (e.g., nausea, dry mouth, headache, dizziness) | Faces **severe** side-effects | Faces **mild to moderate** side-effects | Faces **no** side-effects |

the current survey would include elderly and less educated respondents, eight different attributes were selected, using three factor levels for all but one attribute (duration of treatment), as shown in Table 1. The attribute "depressed mood" was worded as "gloomy mood" in the actual questionnaire, to improve subjects' understanding as one finding of the initial qualitative in-depth interviews. In addition, explanatory wording was also developed, to describe each attribute and factor level in a way that subjects can understand.

### 2.2. Survey design

The actual interviews were conducted as 30-min online surveys which included the CBC component and collected socio-demographic and disease-related data. A fractional factorial design was used to generate the CBC survey, using standard software for experimental designs (SSI, Sawtooth Software, Inc., Sequim, Washington, USA) (Sawtooth Software, Inc. (2008)). The number of choice tasks per interview was set to 18; each task required a choice between two alternative, randomly generated patient profiles. Each choice task consisted of two hypothetic profiles which the software had randomly selected from the potential 4374 possible combinations of attributes and factor levels ($3^7 \times 2^1$), based on the design algorithm. In advance we excluded 14 implausible combinations like 'Has no sleep disturbance ('sleeps as always')' combined with 'Suffers from physical pain that affects daily life', which reduces the overall number of possible combinations.

The questionnaire was generated automatically for each respondent, in this case out of a pool of 100 different conjoint versions with 18 choice tasks each. This setting was chosen to achieve optimal balance between burden for participants and amount of information obtained; feasibility was confirmed based on a design test integrated into the experimental design software.

Prior to presenting the choice tasks to the subjects, an education screen was shown which introduced the task together with an explanation of the attribute levels around which the fictitious patients have been varied. Fig. 1 presents an example choice task as used for this study. All choice tasks used "third person" wording ("Which of the two patients do you think is in a better

state?") as a result of learning from the in-depth interviews. The reason therefore is, that for our specific population not all subjects necessarily have experienced the complete spectrum of possible symptoms of depression, like possible relapses. Confronting the respondents with these symptoms in a "first person" wording would not fully meet an individual subject's reference framework and might be disturbing. A "third person" wording was also successfully applied in an assessment of patient preferences among schizophrenic patients (Kinter 2009). To present respondents with a realistic setting, the alternatives were portrayed as concrete hypothetical patients, i.e., they were given female or male first names. Names were chosen randomly and changed continuously to avoid contingent effects. Male respondents were presented with male names and female participants with female names only, to avoid gender bias. Similar "third person" approaches have been used previously (Kinter, 2009; Jasso, 2006). In a pre-test the refined questionnaire and programmed online surveys were tested with $n=5$ depressed subjects at the GfK office in Nuremberg (subjects proposed by treating physician, consent obtained in accordance with market research guidelines [EphMRA, 2011; ICC/ESOMAR, 2008; ADM, 2001]); and minor wording adaptations were made before starting the main study.

### 2.3. Data analysis—Estimation of conjoint utilities

The relative importances which subjects assigned to each of the 8 attributes were derived using a multinomial logit model, which is the standard mathematical framework for the analysis of choice data. Individual part-worth utility scores were estimated for each factor level based on both hierarchical Bayes (HB) routines (Lenk et al., 1996) and latent class analysis (LCA). Part-worth utilities are scaled to an arbitrary additive constant within each attribute and are interval data. For analysis purposes parameters were effect coded, a commonly used method in conjoint analysis. It means that the utilities are scaled to sum to zero within each attribute. The interpretation of utilities within effects-coding is that a negative utility decreases the total utility and a positive utility increases the total utility of a treatment.

Exhibit H
187

T.M. Zimmermann et al. / Journal of Affective Disorders 148 (2013) 210–219

All patients suffer from depression and have started treatment with an antidepressant one year ago.

0% ▓▓▓▓▓▓▓▓▓▓ 100%

Which of the two individuals do you think is in a **BETTER** state?

|  | Claudia | Martina |
|---|---|---|
| Depressed mood: | Feels low and distressed | Does not feel low and distressed |
| Loss of interest and enjoyment: | Has strong or normal interest in the majority of previous leisure activities (like hobbies, meeting with friends/family) | Has strong or normal interest in the majority of previous leisure activities (like hobbies, meeting with friends/family) |
| Loss of energy/fatigue: | Can start and cope with all activities on his/her own (e.g. housekeeping, career) | Can start and cope with all activities on his/her own (e.g. housekeeping, career) |
| Sleep disturbance: | Has no evident sleep disturbance ('sleeps as always') | Has severe sleep disturbance, wakes up at night and cannot get back to sleep |
| Feelings of guilt: | Has mild to moderate feelings of guilt, that pre-occupy him/her occasionally | Has no feelings of guilt |
| Pain, related to depression: | Does not suffer from physical pain | Suffers from physical pain that does not considerably affect daily life |
| Duration of treatment: | Received medication during the acute phase of depression and continues this medication prophylactically | Received medication during the acute phase of depression and continues this medication prophylactically |
| Side effects ongoing after the first 2 weeks (e.g. nausea, dry mouth, headache, dizziness): | Faces mild to moderate side-effects | Faces severe side-effects |
|  | ◯ | ◯ |

Please choose the individual by clicking, which you think is in a (maybe only slightly) **BETTER** state



**Fig. 1.** Example choice task (translated from German). Each task included two patient profiles; surveys were designed with 18 random choice sets.

The total utility is the sum across the corresponding utilities that determine a specific treatment.

The aggregated model estimation was used to screen the statistical relevance of the parameters. For the main outcome of conjoint experiments – importance scores – it is recommended to rely on the HB estimates. Because summaries of importance from aggregate logit can artificially bias estimates of attribute importance. More accurate results for importance scores are expected from HB analysis (Sawtooth, CBC Technical Paper). Furthermore HB allows reporting of results on subject's level.

Exploratory subgroup analyses of preferences were conducted by age group and gender.

The validity of the analysis was tested by comparing the actual choices made by participants versus the estimated choices based on the mathematical model. The pseudo $R^2$ value was calculated as an additional criterion for the goodness of fit, reflecting the consistency of respondents' behavior.

### 2.4. Target population

The target population for the main survey was selected from an existing full-controlled market research panel of 20,000 private households in Germany ("GfK Household Panel") which is representative for the German population living in private households (excluding foreign households).

From this panel, an online sample of 5955 individuals was selected with the requirement of representing the German private household population aged 20 years or older in terms of age and gender. This sample was contacted via email for an initial screening to identify eligible individuals with depression. Individuals were eligible for the main CBC interview if they stated that they suffered from depression currently or had suffered from depression within the last 12 months (continuous symptoms or recurrent episodes), and that they currently received pharmacological treatment for their depression or had received antidepressants

within the last 12 months. All eligible persons were asked to participate in the online interview. Individuals who agreed to participate accessed the online questionnaire by the link provided.

## 3. Results

### 3.1. Subject population

Among a quota sample of 5955 individuals aged 20 years or older (see above), 255 individuals (4.3%) were identified during the initial screening questions as eligible. Of these 255 target subjects (who had previously agreed to participate in the CBC interview), 227 (89.0%) fully completed the online interview including the CBC module and provided valid information at every stage of the interview. These 227 completers were included in the analysis. The remaining 28 eligible target subjects were excluded from the analysis because they had provided incomplete data ($n=14$) or because quality checks suggested invalid answers due to interview duration ($n=14$).

As per eligibility criteria, the subjects had to take antidepressants, either currently (89.4%) or within the last 12 months (10.6%). Patient characteristics are summarized in Table 2. Overall, 183 subjects (80.6%) reported concomitant pain symptoms; 68 of the 227 participating subjects (30.0%) linked these pain symptoms to their depression.

### 3.2. Patient preferences

Fig. 2 summarizes the relative importance subjects assigned to the 8 different depression treatment outcome attributes. The relative importance of attributes is based on differences between maximum and minimum part worth utilities within each attribute. The importance of attribute × is the ratio of difference × and the sum across all differences. By calculating the ratios for each

Exhibit H
188

*T.M. Zimmermann et al. / Journal of Affective Disorders 148 (2013) 210–219*

**Table 2**
Baseline characteristics, all subjects.

| | All subjects (N=227) n (%) |
|---|---|
| **Age group, years** | |
| 20–39 | 40 (17.6) |
| 40–49 | 55 (24.2) |
| 50–59 | 73 (32.2) |
| ≥ 60 | 59 (26.0) |
| **Gender** | |
| Female | 140 (61.7) |
| Male | 87 (38.3) |
| **Household setting** | |
| Single | 77 (33.9) |
| 2 persons | 93 (41.0) |
| 3 persons | 30 (13.2) |
| 4 or more persons | 27 (11.9) |
| **Type of depression treatment** | |
| Antidepressants only | 194 (85.5) |
| Antidepressants and non-pharmacological treatment | 33 (14.5) |
| **History of depression treatment** | |
| Currently receiving antidepressants | 203 (89.4) |
| Initial treatment | 64 (28.2) |
| Long-term or recurrent treatment | 139 (61.2) |
| Antidepressants within the last 12 months | 24 (10.6) |
| **Physician type initially contacted for depression** | |
| General practitioner | 119 (52.4) |
| Psychiatrist/ neurologist | 100 (44.1) |
| Other | 8 (3.5) |
| **Concomitant physical pain** | |
| Any pain, such as back pain, headache, joint pain etc. | 183 (80.6) |
| Pharmacological treatment only | 89 (39.2) |
| Non-pharmacological treatment only | 34 (15.0) |
| Combined treatment | 20 (8.8) |
| No treatment | 40 (17.6) |
| Pain related to depression | 68 (30.0) |
| Pharmacological treatment only | 54 (23.8) |
| Non-pharmacological treatment only | 0 |
| Combined treatment | 14 (6.2) |
| No treatment | 0 |
| **Other concomitant diseases** | |
| Hypertension | 90 (39.6) |
| Allergy | 79 (34.8) |
| Heartburn, gastroesophageal reflux | 68 (30.0) |
| High cholesterol | 54 (23.8) |
| Bronchitis | 40 (17.6) |
| Asthma | 35 (15.4) |
| Diabetes | 35 (15.4) |
| Heart disease | 27 (11.9) |



**Fig. 2.** Relative importance of the eight treatment outcome attributes (all patients, N=227). (a) *Factor levels*: acute phase treatment only, or additional long-term prophylactic treatment; preference for acute phase treatment only. *Note*: Error bars indicate standard deviations. Attribute importance scores sum to 100%. Refer to Table 1 for attribute and factor level definitions.

attribute the researcher obtains a set of attribute importance scores that add to 100 percent. Statistical tests were used to reveal significant differences between attribute importances.

The non-parametric Friedman's test indicates that there are two or more significant differences between the attribute importances.

| Test[a] Statistics | |
|---|---|
| N | 227 |
| Chi-Quadrat | 145,311 |
| Df | 7 |
| Asymptotic significance | 000 |

[a] Friedman-test.

By applying a series of follow-up tests (Wilcoxons signed ranks test) significant differences of pairs of attribute importances were identified. A Bonferroni correction was applied in order to control for Type I errors across the tests. Only highly significant differences between pairs of attribute importance are reported in Table 3.

Subjects valued loss of energy/fatigue as the most important outcome attribute (relative importance 18.5%) differing significantly from all other attribute importances. The extent of side effects, pain related to depression, sleep disturbances, and feelings of guilt were all considered of higher importance (range 11.5–14.2%) than the extent of depressed mood (8.5%). Table 4 summarizes the respective utility scores for each factor level, showing that for specific attributes – loss of energy/fatigue, depression-related pain, feelings of guilt – higher differences of utility scores were observed between moderate and positive treatment outcome levels than for the other attributes. Subjects would consider a treatment affecting these attributes as more beneficial if it enabled them to start and cope with all activities on their own, to be free of any pain, or to become free of any feelings of guilt rather than remaining on a moderate treatment outcome.

Male and female subjects reported largely the same preferences (Fig. 3a); female subjects considered pain related to depression as more important than male subjects did (relative importance: males 10.2%, females 13.0%). Patient preferences varied for different age groups (Fig. 3b), but all age groups considered loss of energy/fatigue as the most important attribute. Younger subjects (age group 20–39 years) valued loss of energy/fatigue even more important than the groups aged 40 years or higher (relative importance 22.3% compared with 17.1–18.3%). Patients of middle age (40–49 years) considered pain related to depression more important than the other age groups (relative importance 15.5% compared with 11.4% for subjects aged < 40 years and 11.2% for subjects aged > 60 years). No differences in preferences were identified between those subjects who linked their pain to depression and those subjects who were either free of pain or did not link their pain to depression (Fig. 3c); the distribution of part worth utility scores was also similar in both subgroups (Supplemental Table).

### 3.3. Validity of the model

To illustrate how well the estimation model was able to reflect the subjects' actual choices during the interviews, we compared the actual choices made by participants versus the estimated choices based on the mathematical model. The model prediction was close to the actual choices. Among 4,086 individual choices overall (227 subjects completed 18 choice tasks each), there were 6.4% false predictions, suggesting a good fit of the model to the data. The pseudo $R^2$, an additional criterion for the quality of fit, was 0.907 (in relation to the share of preference).

To assess any potential impact of non-compensatory preferences (which could result from truly non-compensatory preference

*T.M. Zimmermann et al. / Journal of Affective Disorders 148 (2013) 210–219*

**Table 3**
Differences between pairs of attribute importance.

| | IMP_A2–IMP_A1 | IMP_A3–IMP_A1 | IMP_A5–IMP_A1 | IMP_A6–IMP_A1 | IMP_A8–IMP_A1 | IMP_A3–IMP_A2 | IMP_A7–IMP_A2 |
|---|---|---|---|---|---|---|---|
| Z | −7085[a] | −9852[a] | −4165[a] | −4202[a] | −5032[a] | −4361[a] | −5683[b] |
| Asymptotic significance (2-tailed) | 000 | 000 | 000 | 000 | 000 | 000 | 000 |

| | IMP_A4–IMP_A3 | IMP_A5–IMP_A3 | IMP_A6–IMP_A3 | IMP_A7–IMP_A3 | IMP_A8–IMP_A3 | IMP_A7–IMP_A6 | IMP_A8–IMP_A7 |
|---|---|---|---|---|---|---|---|
| Z | −6007[b] | −5894[b] | −5510[b] | −7462[b] | −3982[a] | −3701[b] | −5324[a] |
| Asymptotic significance (2-tailed) | 000 | 000 | 000 | 000 | 000 | 000 | 000 |

*Notes:* IMP A1: Depressed mood; IMP A2: Loss of interest and enjoyment; IMP A3: Loss of energy/fatigue; IMP A4: Sleep disturbance; IMP A5: Feelings of guilt; IMP A6: Pain, related to depression; IMP A7: Duration of treatment; IMP A8: Side effects ongoing after the first 2 weeks (e.g., nausea, dry mouth, headache, dizziness).

[a] Wilcoxon-test.
[b] Based on negative ranks.

**Table 4**
Utility scores sorted from most to least preferred for each attribute.

| Attribute | Factor levels | Utility score (SD) |
|---|---|---|
| Loss of energy/fatigue | 3. Can start and cope with all activities on his/her own | +10.9 (5.4) |
| | 2. Can only start and cope with minor activities on his/her own | +0.8 (2.8) |
| | 1. Cannot start and cope with any activities on his/her own | −11.7 (5.9) |
| Side effects after > 2 weeks | 3. Faces no side effects | +6.5 (3.8) |
| | 2. Faces mild to moderate side effects | +1.8 (3.0) |
| | 1. Faces severe side effects | −8.3 (5.1) |
| Loss of interest and enjoyment | 3. Has strong or normal interest in majority of previous leisure activities | +5.5 (3.0) |
| | 2. Has moderate interest in previous leisure activities | +4.5 (3.0) |
| | 1. Has no interest in previous leisure activities | −10.0 (5.6) |
| Pain, related to depression | 3. Does not suffer from physical pain | +6.9 (3.9) |
| | 2. Suffers from physical pain not considerably affecting daily life | −0.5 (3.0) |
| | 1. Suffers from physical pain affecting daily life | −6.5 (3.9) |
| Sleep disturbance | 3. Has no evident sleep disturbance | +5.9 (3.9) |
| | 2. Has interrupted/disturbed sleep | +1.2 (2.3) |
| | 1. Has severe sleep disturbance | −7.1 (4.3) |
| Feelings of guilt | 3. Has no feelings of guilt | +6.7 (3.9) |
| | 2. Has mild to moderate feelings of guilt | +0.8 (2.7) |
| | 1. Has severe feelings of guilt | −7.5 (4.3) |
| Duration of treatment | 1. Medication during acute phase of depression | +2.0 (3.6) |
| | 2. … and continues this medication prophylactically | −2.0 (3.6) |
| Depressed mood | 3. Does not feel low and distressed | +4.3 (2.5) |
| | 2. Feels low and distressed | +2.0 (2.1) |
| | 1. Feels extremely low and distressed | −6.2 (3.4) |

Refer to Table 1 for the complete factor level message text.
SD=average within-respondent standard deviation for each respondent's utility score.

structure or from simple inattentiveness to the trade-off tasks) we estimated a model which interacts a non-compensatory dummy-variable with the dominant attribute.[1] Following this best practice of testing for significant effects of non-compensatory or dominated preferences, findings indicate that there are no significant interaction effects with non-compensatory dummy-variables. Furthermore the authors conducted a latent class analysis (LCA) to check the stability of the weights and to reveal potential taste heterogeneity. The estimation routines are based on multivariate normal distribution. In the literature exists also other types of distributional forms which can be very useful for revealing preferences. However, in this research we relied on the robustness of the normal distribution, as there is no indication that another distribution would fit better (ISPOR Good Research Practices Bridges et al., 2011, p. 410). While the result of dividing into three and more potential subgroups did not meet the criteria of

statistical validity (e.g., 62.6% holdout hit rate for three subgroups), a dividing in two subgroups might be pursued (73.1% holdout hit rate) for further research.[2] For the later one, a split-up in one group (n=56) with focusing on 'Side effects after 2 weeks' (33.66) and 'Loss of interest and enjoyment' (16.28), and another subgroup (n=171) with focus on 'Loss of energy/fatigue' (26.62) might be feasible. A possible explanation might be that the second group consists primarily of newcomers, not used to the occurrence of depressive symptoms, while the first group consists of experienced patients with at least two episodes who are well aware of typical side effects of pharmacological treatment. Both the four-group and five-group solutions contain tiny groups, so they would probably be disqualified on that basis. As we can only speculate about possible explanations, we decided to focus on the sample as a whole.

---

[1] Whereas compensatory decision making assumes that all attributes contribute to the overall utility of a profile, this may not be the case for non-compensatory preference formation as it does not allow for trade-offs between different attributes.

[2] A holdout hit rate is regarded as out-of-sample validity criteria because one or more of the choice tasks are not used for the parameter estimation. Afterwards comparisons between stated and estimated choices in those tasks show if the model performs well and is not affected by overfitting.

*T.M. Zimmermann et al. / Journal of Affective Disorders 148 (2013) 210–219*







**Fig. 3.** Subgroup analysis of relative importance of treatment outcome attributes; (a) by sex, (b) by age group, (c) by pain linked to depression vs. no pain or pain not linked to depression. (a) *Factor levels*: acute phase treatment only, or additional long-term prophylactic treatment; preference for acute phase treatment only. (b) All other subjects include subjects with no pain and subjects not linking their pain to depression. *Note*: Error bars indicate standard deviations. *Abbreviations*: yrs=years.

## 4.  Discussion

There is general agreement today that treatment decisions for depressed patients should be made as joint decisions by

patient and physician (German Association for Psychiatry and Psychotherapy, 2011). Nevertheless, physicians often focus on the remission of depression symptoms only, based on standardized depression questionnaires, potentially neglecting additional

*T.M. Zimmermann et al. / Journal of Affective Disorders 148 (2013) 210–219*

aspects which might be relevant for patients (Bieber et al., 2005). In an attempt to elicit patients and physicians preferences by an Analytical Hierarchy Process which bases on the answered questionnaires of 12 patients and 7 physicians, differences between patients preferences and those of physicians already appear (Danner et al., 2011; Hummel et al., 2012). What seems to be very obvious is, that a general need for more research in patient preferences as well as in physicians' preferences exists.

This study illustrates that CBC analysis was able to reveal preferences for treatment outcomes in subjects with depression. Of 255 eligible subjects, 227 (89.0%) completed the interview including the CBC module and provided valid information. In addition, the high pseudo-$R^2$ (0.907) observed in this study suggests that by presenting fictional patients along the chosen attributes, the CBC analysis was able to reveal consistent underlying preference patterns of the subjects.

Based on the sample of 227 subjects from Germany, most of whom 89.4%) received pharmacological antidepressant treatment at the time of the survey, the CBC analysis revealed that patient preferences relate only partially to the core symptoms of depression and therefore might differ from the physician perspective. Patients valued the ability to start and accomplish activities of everyday living on their own highest, i.e., they preferred a positive effect of antidepressant treatment on the loss of energy/fatigue. Further, they considered the lack of side effects after the two first treatment weeks and the absence of depression-related pain, sleep disturbances or feelings of guilt all as more important than being free of low and distressed feelings.

A high patient preference for being able to cope with everyday life activities has also been described for patients suffering from diabetic peripheral neuropathic pain (DPNP) (Schneider et al., 2011). Based on the Interference Score of the Brief Pain Inventory (BPI), patients most frequently expected "general activity" to improve most as a result of DPNP treatment, followed by walking ability.

In the current study, subjects who linked their pain to the depression reported similar preferences for treatment outcomes as patients who were free of pain or who did not link their pain to depression, including a similar relative importance of depression-related pain. The authors assume that all subjects have suffered from pain at some time in their life; subjects without depression-related pain may have made similar choices based on their previous non-depression pain experiences.

Conjoint analysis has rarely been used in depressed subjects to date, maybe because it has been unclear to what extent depressive symptoms might impair the ability to weigh options in conjoint analysis surveys. Our study shows that CBC analysis was able to reveal preferences of depressed subjects, at least if there are no severe cases. This study was specifically designed to evaluate patient preferences for antidepressant treatment; non-pharmacological treatment was out of scope. The few previous studies which used CBC analysis in similar settings have mainly compared pharmacological versus non-pharmacological depression treatments. In one study in a small group of low-income latino patients, the depressed patients preferred combined counseling and pharmacological approaches over either approach alone; however, the patient population had scarce experience with antidepressant treatment (Dwight-Johnson et al., (2010)). Wittkin et al. (2010) have used CBC analysis to evaluate depression treatment preferences based on an internet-panel of 86 adults. Most participants preferred counseling over medication, avoided pharmacological options with severe side effects, and wanted to be seen in the primary care doctor's office as opposed to other treatment settings. Additional open-ended questioning which treatment features the participants considered important (beyond those of the CBC part) revealed that those participants who preferred counseling over medication more frequently had concerns regarding the side effects of medication, addiction, and its

effectiveness. Participants who preferred pharmacological treatment were more concerned about the time needed for treatment, the therapeutic relationship with the treatment provider, and were more interested in combined treatment approaches. Although participants had no depression, and the CBC attributes relating to pharmacological treatment were limited and differed from those in our study, the study highlights that patient preferences may vary.

Several studies in depressed patients have evaluated the impact of patient preferences on treatment adherence and clinical outcome. Raue et al. (2009) have randomly assigned 60 primary care patients with major depression to antidepressant treatment or interpersonal psychotherapy, matching or mismatching with their individual preference. As in the CBC studies, patients expressed stronger preference for psychotherapy than for antidepressant medication. The strength of a priori treatment preference for either antidepressant medication or psychotherapy was associated with initiation of and adherence to treatment, but there was no association with treatment outcome in terms of depression severity or remission rates. In a similar randomized study in 106 patients with major depression, assignment to the preferred treatment was an important predictor of engagement in treatment, starting and staying on treatment, and forming positive early therapeutic alliances with the treating physicians (Kwan et al., 2010). Again, there was no direct effect on the improvement of depression.

We suggest an interpretation that both findings in combination indicate that beyond the attributes included in the model (i.e., the attributes of the conjoint matrix), respondent-specific aspects contribute to the individual preference structures. Consequently, the results in this paper might be considered a starting point in a broader framework (drawing analogies from similar research in other fields (Jasso 2006). Next step in the framework which we suggest for patient preference research will be to put further attention on the determinants of the individual preference patterns.

A limitation of the current study was that participants were not required to meet ICD-10 or DSM-IV diagnostic criteria for depression; there was no classification of depression and no assessment of disease severity. Subjects were eligible for the CBC part of the survey only if they stated to have depression, either a first episode or recurrent disease, and received pharmacological treatment with antidepressants, at the time of the survey or within the last 12 months. Therefore, disease severity may have varied from a single, mild depressive episode up to recurrent major or bipolar depression. However, the population was selected from a panel of individuals living in private households. Subjects with severe depression, as well as elderly subjects who are rarely familiar with computer systems can be assumed to have been under-represented in the survey; this might have biased the study data; however this is a general problem, which limits most study's results. The population was restricted to subjects from Germany; it cannot be excluded that subjects from different background and culture might have different preferences (instead this is something we assume). Finally, the number and definition of attributes and factor levels is the critical step in any conjoint analysis, and was based on subject and expert opinion here. Further research is needed to determine the relative effect of potential other important attributes, and to evaluate the stability of results across different populations and disease settings.

## 5. Conclusions

CBC analysis was able to reveal patient preferences for treatment outcome in subjects with depression. 227 subjects from Germany

Exhibit H
192

*T.M. Zimmermann et al. / Journal of Affective Disorders 148 (2013) 210–219*

valued the ability to cope with activities of everyday living highest, and they considered being free of depression-related pain and side effects as more important than being free of depressed mood. These data reinforce the discussion about joint decisions by physician and patient; as decisions based on the remission of depression core symptoms alone may not reflect patient preferences and joint decisions might be important for treatment adherence.

## Conflict of interest

TMZ, JC, MEL, EDS, and SWL are employees Lilly Deutschland GmbH, Bad Homburg, Germany; JC, MEL, EDS, SWL, and TMZ own Lilly stocks. MH and AW have served as consultant for Eli Lilly.

## Role of funding source

The study was funded by Lilly Deutschland GmbH, Bad Homburg, Germany.

## Acknowledgments

Karin Helsberg (PhD), Trilogy Writing & Consulting, Frankfurt, Germany, provided medical writing support for this manuscript, on behalf of the Lilly Deutschland GmbH. We would like to thank I. Kirz, and C. Hoene, Lilly Deutschland GmbH, Bad Homburg, Germany, for providing background information and conducting the literature search.

## Appendix A. Supporting information

Supplementary data associated with this article can be found in the online version at http://dx.doi.org/10.1016/j.jad.2012.11.062.

## References

Arbeitskreis Deutscher Markt- und Sozialforschungsinstitute e.V. (ADM). Standards for Quality Assurance for Online Surveys. Edition 2001. Available at: ⟨http://www.adm-ev.de/index.php?id=28&L=1⟩. Accessed at: 08 December 2011.

Auspurg, K., Hinz, T., Liebig, S., 2009. Complexity, learning effects, and plausibility of vignettes in factorial surveys. [Komplexität von Vignetten, Lerneffekte und Plausibilität im Faktoriellen Survey]. Methoden, Daten und Analysen 3, 59–96.

Benkert, O., Hippius, H., 2011. Kompendium der Psychiatrischen Pharmakotherapie, seventh ed. Springer Medizin Verlag, Heidelberg, Germany, p. 17.

Bieber, C., Müller, K.N., Blumenstiel, K., Richter, A., Hochlehnert, A., Wilke, S., Eich, W., 2005. In 'Gemeinsam entscheiden—erfolgreich behandeln'. M. Härter/A. Loh/C. Spies (Hrsg.), Deutscher Ärzte-Verlag, Cologne, Germany.

Bridges, F.P., Hauber, A.B., Marshall, D., Lloyd, A., Prosser, L.A., Regier, D.A. Johnson, F.P., Mauskopf, J., 2011. Conjoint Analysis Applications in Health—A Checklist: A Report of the ISPOR Good Research Practices for Conjoint Analysis Task Force, Available at: ⟨http://www.ispor.org/TaskForces/documents/ISPOR-CA-in-Health-TF-Report-Checklist.pdf⟩. Accessed on 09 November 2012.

Carlsen, B., Aakvik, A., 2006. Patient involvement in clinical decision making: the effect of GP attitude on patient satisfaction. Health Expectations 9, 148–157.

Danner, M., Hummel, J.M., Volz, F., van Manen, J.G., Wiegard, B., Dintsios, C.M., Bastian, H., Gerber, A., Ijzerman, M.J., 2011. Integrating patients' views into health technology assessment: analytic hierarchy process (AHP) as a method to elicit patient preferences. International Journal of Health Technology Assessment in Health Care, Oct 27 (4), 369–375.

de Bekker-Grob, E.W., Essink-Bot, M.L., Meerding, W.J., Pols, H.A., Koes, B.W., Steyerberg, E.W., 2008. Patients' preferences for osteoporosis drug treatment: a discrete choice experiment. Osteoporosis International 19, 1029–1037.

German Association for Psychiatry and Psychotherapy [Deutsche Gesellschaft für Psychiatrie, Psychotherapie und Nervenheilkunde, DGPPN]. S3-Guideline Unipolar Depression" [Nationale Versorgungsleitlinie Unipolare Depression"], August 2011. Version 1.2. Available at: ⟨http://www.versorgungsleitlinien.de/themen/depression/pdf/s3_nvl_depression_lang.pdf⟩. Accessed on: 09 November, 2011.

Dwight-Johnson, M., Lagomasino, I.T., Hay, J., Zhang, L., Tang, L., Green, J.M., Duan, N., 2010. Effectiveness of collaborative care in addressing depression treatment preferences among low-income Latinos. Psychiatric Services 61, 1112–1118.

European Pharmaceutical Market Research Association (EphMRA). Code of Conduct 2011. Available at: ⟨http://www.ephmra.org/pdf/EphMRA%20Code%20of%20-Conduct%20May%202011.pdf⟩. Accessed on: 08 December, 2011.

Federal Joint Committee [Gemeinsamer Bundesausschuss, G-BA], 2011a. Modellprojekt. Verfahren zur verbesserten Versorgungsorientierung am Beispielthema Depression. Abschlussbericht AG Versorgungsorientierung/Priorisierung, Stand: 3. Februar 2011. Available at: ⟨http://www.g-ba.de/downloads/17-98-3016/

2011-02-17_Versorgungsorientierung_Bericht.pdf⟩. Accessed on: 09 November, 2011.

Federal Joint Committee [Gemeinsamer Bundesausschuss, G-BA], 2011b. 5. Kapitel der Verfahrensordnung des Gemeinsamen Bundesausschusses, 20 January 2011. Anlage II. Kapitel 5, Modul 3, p.102. Available at: ⟨http://www.g-ba.de/downloads/17-98-3025/2011_Kapitel%205%20VerfO_zweiseitig.pdf⟩. Accessed on: 14 September, 2011.

Glaeske, G., Schicktanz, C., Jahnsen, K., 2009. GEK-Arzneimittelreport 2009. Schriftenreihe zur Gesundheitsanalyse, Volume 68, Bremen, Schwäbisch Gmünd, July 2009, p. 137.

Green, P.E., Rao, V.R., 1971. Conjoint measurement for quantifying judgmental data. Journal of Marketing Research 8, 355–363.

Gustafsson, A., Herrmann, A., Huber, F., 2007. Conjoint Measurement: Methods and Applications, fourth ed. Springer, New York.

Hummel, M.J., Volz, F., van Manen, J.G., Danner, M., Dintsios, C.M., Ijzerman, M.J., Gerber, A., 2012. Using the analytic hierarchy process to elicit patient preferences: prioritizing multiple outcome measures of antidepressant drug treatment. The Patient. Oct., 25. (ahead of print).

Institute for Quality and Efficiency in Health Care (Institut für Qualität und Wirtschaftlichkeit im Gesundheitswesen, IQWiG), 2009. Allgemeine Methoden zur Bewertung von Verhältnissen zwischen Nutzen und Kosten. Available at: ⟨https://www.iqwig.de/download/Methodik_fuer_die_Bewertung_von_Verhaeltnissen_zwischen_Kosten_und_Nutzen.pdf⟩. Accessed on: 14 December, 2011.

International Chamber of Commerce (ICC), European Society for Opinion and Marketing Research (ESOMAR). International Code on Market and Social Research, 2008. Available at: ⟨http://www.esomar.org/uploads/public/knowledge-and-standards/codes-and-guidelines/ESOMAR_ICC-ESOMAR_Code_English.pdf⟩. Accessed on: 08 December, 2011.

International Statistical Classification of Diseases and Health Related Problems. The ICD-10 Classification of Mental and Behavioural Disorders. World Health Organization, Geneva, 2010. Available at: ⟨http://www.who.int/classifications/icd/en/⟩. Accessed on: 26 December, 2012.

Jasso, G., 2006. Factorial survey methods for studying beliefs and judgments. Sociological Methods & Research 34, 334–423.

Keller, M.B., Hirschfeld, R.M., Demyttenaere, K., Baldwin, D.S., 2002. Optimizing outcomes in depression: focus on antidepressant compliance. International Clinical Psychopharmacology 17, 265–271.

Kinter, E.T., 2009. Identifying treatment Preferences of Patients with Schizophrenia in Germany. An Application of Patient-centered Care. Dissertation. Johns Hopkins University, Baltimore, Maryland.

Kwan, B.M., Dimidjian, S., Rizvi, S.L., 2010. Treatment preference, engagement, and clinical improvement in pharmacotherapy versus psychotherapy for depression. Behaviour Research and Therapy 48, 799–804.

Lenk, P.J., De Sarbo, W.S., Green, P.E., Young, M.R., 1996. Hierarchical Bayes conjoint analysis: recovery of partworth heterogeneity from reduced experimental designs. Marketing Science 15, 173–191.

Louviere, J.J., Damowicz, W., 2000. Stated choice Methods: Analysis and Application. Cambridge University Press, Cambridge.

Luce, R., Tukey, J., 1964. Simultaneous conjoint measurement: a new type of fundamental measurement. Journal of Mathematical Psychology 1, 1–27.

Masand, P.S., 2003. Tolerability and adherence issues in antidepressant therapy. Clinical Therapeutics 25 (8), 2289–2304.

Melfi, C.A., Chawla, A.J., Croghan, T.W., Hanna, M.P., Kennedy, S., Sredl, K., 1998. The effects of adherence to antidepressant treatment guidelines on relapse and recurrence of depression. Archives of General Psychiatry 55, 1128–1132.

Möller, H.J., Müller, W.E., Schmauß, M., 2006. Vorwort—antidepressiva: state of the art. In: Möller, H.J., Müller, W.E., Schmauß, M. (Eds.), Innovation und Wandel der antidepressiven Therapie in Deutschland. Thieme Verlag, Stuttgart, Germany, pp. XI-XVI.

Mühlbacher, A.C., Nübling, M., 2011. Analysis of physicians' perspectives versus patients' preferences: direct assessment and discrete choice experiments in the therapy of multiple myeloma. European Journal of Health Economics 12, 193–203.

Porzsolt, F., Clouth, J., Deutschmann, M., Hippler, H.J., 2010. Preferences of diabetes patients and physicians: a feasibility study to identify the key indicators for appraisal of health. Health and Quality of Life Outcomes 4, 125.

Ratcliffe, J., Van Haselen, R., Buxton, M., Hardy, K., Colehan, J., Partridge, M., 2002. Assessing patients' preferences for characteristics associated with homeopathic and conventional treatment of asthma: a conjoint analysis study. Thorax 57, 503–508.

Raue, P.J., Schulberg, H.C., Heo, M., Klimstra, S., Bruce, M.L., 2009. Patients' depression treatment preferences and initiation, adherence, and outcome: a randomized primary care study. Psychiatric Services 60, 337–343.

Ryan, M., Farrar, S., 2000. Using conjoint analysis to elicit preferences for health care. British Medical Journal 320, 1530–1533.

Sawtooth Software, Inc. 2008. The CBC System for Choice-Based Conjoint Analysis. Technical Paper. ⟨http://www.sawtoothsoftware.com/download/techpap/cbctech.pdf⟩. Accessed on: 22 September, 2011.

Schneider, E., Ziegler, D., Wilhelm, S., Schacht, A., Birklein, F., 2011. Patient expectations and physicians' judgement in the treatment of diabetic peripheral neuropathic pain. European Journal of Pain 5 (Suppl), T266, 55.

Simon, G.E., VonKorff, M., Piccinelli, M., Fullerton, C., Ormel, J., 1999. An international study of the relation between somatic symptoms and depression. New England Journal of Medicine 341, 1329–1335.

Sobocki, P., Jönsson, B., Angst, J., Rehnberg, C., 2006. Cost of depression in Europe. Journal of Mental Health Policy and Economics, June 9 (2), 87–98.

Exhibit H

193

*T.M. Zimmermann et al. / Journal of Affective Disorders 148 (2013) 210–219*                                                      219

Swift, J.K., Callahan, J.L., 2009. The impact of client treatment preferences on outcome: a meta-analysis. Journal of Clinical Psychology 65, 368–381.

Tylee, A., 2006. Identifying and managing depression in primary care in the United Kingdom. Journal of Clinical Psychiatry 67 (Suppl. 6), 41–45.

Wittchen, H.U., Jacobi, F., Rehm, J., Gustavsson, A., Svensson, M., Jönsson, B., Olesen, J., Allgulander, C., Alonso, J., Faravelli, C., Fratiglioni, L., Jennum, P., Lieb, R., Maercker, A., van Os, J., Preisig, M., Salvador-Carulla, L., Simon, R.,

Steinhausen, H.C., 2011. The size and burden of mental disorders and other disorders of the brain in Europe 2010. European Neuropsychopharmacology 21, 655–679.

Wittink, M.N., Cary, M., Tenhave, T., Baron, J., Gallo, J.J., 2010. Towards patient-centered care for depression: conjoint methods to tailor treatment based on preferences. Patient 3, 145–157.

Zimbardo, G., 1988. Psychologie, sixth ed. Springer Verlag, Berlin, Heidelberg, p275.

# EXHIBIT I

Exhibit I
195

Qual Life Res (2010) 19:701–709
DOI 10.1007/s11136-010-9621-9

This material may be protected by Copyright law (Title 17 U.S. Code)

# Estimating importance weights for the IWQOL-Lite using conjoint analysis

A. Brett Hauber · Ateesha F. Mohamed ·
F. Reed Johnson · Olatoye Oyelowo ·
Bradley H. Curtis · Cheryl Coon

Accepted: 16 February 2010 / Published online: 4 March 2010
© Springer Science+Business Media B.V. 2010

## Abstract

*Purpose*  Our objective was to estimate preference-based weights for the IWQOL-Lite that reflect the relative importance overweight and obese people place on the domains included in the instrument.

*Methods*  US residents, 18 years of age or older, who are overweight (BMI = 25.0–29.9) or obese (BMI ≥ 30) completed an online survey instrument consisting of 12 choice questions. The survey included eight attributes: problems doing usual daily activities, physical symptoms, worry about health, low self-esteem, sexual problems, problems moving around or sitting in public places, teasing or discrimination, and problems at work. Ordered probit was used to estimate importance weights for the attributes and levels.

*Results*  Five hundred and two subjects completed the survey. Sexual problem was the most important attribute. The remaining attributes can be ranked on the order of importance as follows: low self-esteem, physical symptoms, daily activities, teasing or discrimination, moving around or sitting, problems at work, and worry about health.

*Conclusions*  Our results confirm previous findings that weighting the individual items in the IWQOL-Lite by the importance of outcomes to overweight and obese subjects may provide a more meaningful evaluation of the effect of changes in weight on patient well-being than a nonpreference-based measure of HRQOL.

**Keywords**  Obesity · IWQOL-Lite · Conjoint analysis · Discrete choice experiment · Quality of life

## Introduction

The prevalence of obesity in the United States (US) has increased dramatically in the past 20 years. Results from the 2003–2004 National Health and Nutrition Examination Survey (NHANES) indicated that 32% of the US population was considered to be obese and 34% to be overweight [1]. "Overweight" and "obese", defined by body mass index (BMI), are labels for ranges of body weight that exceed what is considered healthy for a person of a given height. A person with a BMI of 25–29.9 is considered overweight, and a person with a BMI of 30 or higher is considered obese.

Being overweight or obese has been shown to have a significant impact on health and health-related quality of life (HRQOL) [2]. The impact of weight on quality of life-lite (IWQOL-Lite) is a validated instrument used to assess HRQOL in obese individuals [3, 4]. The IWQOL-Lite consists of 31 items in five domains: physical function, self-esteem, sexual life, public distress, and work. It has been used to assess the effect of weight on HRQOL in patients with schizophrenia [5] and bipolar disorder [6], binge-eating disorder [7], and in patients seeking surgical interventions for weight reduction [8, 9].

A. Brett Hauber (✉) · A. F. Mohamed · F. Reed Johnson
Health Preference Assessment, RTI Health Solutions, 3040
Cornwallis Road, PO Box 12194, Research Triangle Park,
NC 27709-2194, USA
e-mail: abhauber@rti.org

O. Oyelowo · B. H. Curtis
Eli Lilly and Company, Indianapolis, IN, USA

C. Coon
Patient Reported Outcomes, RTI Health Solutions, 3040
Cornwallis Road, PO Box 12194, Research Triangle Park,
NC 27709-2194, USA

Ⓐ Springer

Exhibit I
196

Qual Life Res (2010) 19:701–709

HRQOL assessment instruments such as the IWQOL-Lite are designed to provide a measure of the impact of health interventions on patient quality of life. Psychometric methods are used to determine the items and scoring necessary to create a valid and reliable measure of an outcome, such as HRQOL, that often is latent or unobservable. Many HRQOL assessment instruments, including the IWQOL-Lite, are scored by averaging or summing Likert responses over all items or domains of the elicitation instrument, yielding a single score for each domain or a single score for the entire instrument. Item response theory can be used to weight items based on the information they contribute to the accurate estimation of the latent outcome.

While psychometric methods and item response theory can be used to design survey instruments to estimate accurately a latent construct such as HRQOL as a function of outcomes, preference-based methods can capture the relative importance that patients place on these outcomes. Although not the first to notice differences between HRQOL measures and preference-based measures, Chancellor and colleagues [10] identified challenges to constructing health-state utility estimates for outcomes measured in HRQOL instruments. Since that time, researchers have used varying approaches to demonstrate or reconcile differences between nonpreference-based psychometric measures and preference-based measures of importance. Some researchers have examined the statistical relationship between overall HRQOL scores and health-state utilities [11, 12]. Others have applied separate health-state utility weights to individual items comprising an HRQOL score in an effort to improve the correspondence between HRQOL scores and utility estimates [13–15].

More recently, Johnson et al. [16] and Osoba et al. [17] used conjoint analysis to examine patient preferences for HRQOL items and domains. Conjoint analysis (also known as a discrete choice experiment) is a method for eliciting judgments or preferences over sets of outcomes or features that individuals consider when making decisions. The use of these methods in health research is based on the premise that medical conditions and interventions are characterized by a set of attributes or outcomes and that the importance of a particular intervention or change in health status to individuals is a function of these attributes [18–21]. Patients' relative preferences among attributes and outcomes vary, and thus they are willing to accept trade-offs among them. Because these methods yield quantitative estimates of the rate at which subjects are willing to trade off different treatment attributes or health outcomes, they can be used to estimate the relative importance subjects place on different health attributes including HRQOL [16, 17]. To elicit these trade-offs, conjoint analysis surveys present subjects with a set a possible attribute or outcome profiles and ask

subjects to evaluate these profiles using ranking, rating, or choice techniques.

Johnson et al. [16] and Osoba et al. [17] demonstrated that different symptoms and outcomes of cancer and chemotherapy measured using the European Organization for Research and Treatment of Cancer Quality of Life Questionnaire-C30 (EORTC QLQ-C30) had significantly different impacts on patients' perceptions of well-being, indicating that the linear scoring rules employed in the evaluation of HRQOL may not capture patients' evaluation of the relative importance of changes in health outcomes. Specifically, these researchers found that the impact of symptoms and outcomes on physical, role, and social function were more important than the individual symptom or outcome domains. In this study, we employ a choice-format conjoint analysis survey to elicit and quantify the relative importance of items in the IWQOL-Lite to overweight and obese people in the United States.

## Methods and procedures

### Survey development

To estimate the relative importance of the domains and items within the IWQOL-Lite, it was necessary to map the items of the instrument into attributes. As it is cognitively impossible for people to evaluate simultaneous trade-offs among 31 attributes, a method for combining IWQOL-Lite items into a smaller subset of attributes was required. The most direct approach to accomplish this task would be to include five attributes in the conjoint study corresponding to the five domains in the IWQOL-Lite. This approach would provide a test of whether subjects place different levels of importance on the domains of the IWQOL-Lite and levels within each domain; however, this approach would not allow us to test whether different items within a domain varied in their importance to patients. Therefore, we separated the items of two of the five domains into more than one attribute based on correlations among items in each domain of the IWQOL-Lite.

In validating the IWQOL-Lite, Kolotkin and colleagues [3] estimated item-to-scale correlations for each HRQOL domain in the instrument. In most cases, each item was correlated with its designated domain (correlation > 0.70); however, among the items in the physical function domain, symptoms including shortness of breath, painful or stiff joints, and swollen ankles or lower legs were somewhat less correlated with the physical function scale $(0.60 < \text{correlation} < 0.70)$ and worry about health was much less correlated with the physical function scale (correlation = 0.44). Likewise, within the public distress domain, three of the five items—fitting in public seats,

Exhibit I
197

Qual Life Res (2010) 19:701–709                                                703

fitting through aisles or turnstiles, and worry about finding chairs that are strong enough—were highly correlated with the scale (correlation > 0.70), but experiencing ridicule and experiencing discrimination by others were less correlated with the public distress scale (0.60 < correlation < 0.70). Accordingly, we separated the physical function domain into three attributes—*problems doing usual daily activities, physical symptoms,* and *worrying about health*—and the public distress domain into two attributes—*problems moving around or sitting in public places* and *teasing or discrimination by others.*

Following this approach, we were left with eight attributes—problems doing usual daily activities, physical symptoms, worrying about health, low self-esteem, sexual problems, problems moving around or sitting in public places, teasing or discrimination by others, and problems doing your job or getting recognition at work. In addition, we included three levels (*always true, sometimes true,* and *never true*) for each attribute rather than the five levels for each item in the IWQOL-Lite (*always true, usually true, sometimes true, rarely true,* and *never true*). We eliminated the *usually true* and *rarely true* levels because pretest subjects indicated that they saw little difference between *never true* and *rarely true* or *always true* and *usually true* and would not treat these adjacent levels differently in evaluating the conjoint questions. Therefore, it is unlikely that including them would yield statistically significant importance weights for the *rarely true* and *usually true* levels. The three remaining categories provide sufficient information to test for differences in importance across different levels within an attribute. The attributes included in the conjoint survey, the IWQOL-Lite domains, and IWQOL-Lite items included in each domain are presented in Table 1. The attribute descriptions and levels as presented in the conjoint survey are presented in Table 2.

In each choice task, subjects were presented with two hypothetical profiles and asked to indicate which profile represented a better quality of life. Each hypothetical profile in a given pair was described according to the same eight attributes, but the levels of these attributes were varied across profiles and across choice tasks (Fig. 1). Subjects were told that the attribute levels in each profile represented a hypothetical person's self-assessment of the impact of each attribute on his or her daily life over the past week. Prior to presenting the choice questions, we described each of the eight attributes using the IWQOL-Lite items associated with that attribute.

A choice-format conjoint survey instrument requires assembling a series of 8–12 conjoint tasks. The particular combination of attribute levels used in each profile in each choice question is known as the experimental design. These combinations must have statistical properties that allow estimation of the importance weights of interest. We

employed a commonly used D-optimal algorithm to construct a fractional factorial experimental design [22–24] to estimate the independent main effect of each attribute. We included an appropriate number of pairs in the experimental design, so that we could estimate the relative importance weight for each attribute level independent of the other attributes and levels included in the study. The optimal design for this study required 48 pairs of profiles. Each subject was randomly assigned to one of four blocks each with 12 choice questions. The survey also was used to collect demographic information (e.g., age, gender, education, and employment status) and items about each subject's current health and the ways in which body weight affected him or her on a daily basis.

### Survey sample

All subjects were required to be 18 years of age or older with a body mass index (BMI) ≥25 calculated using the subject's self-reported height and weight as (weight in pounds × 703)/(height in inches)$^2$. The study was reviewed and approved by the Office of Research Protection and Ethics at Research Triangle Institute. All subjects provided informed consent to participate in this study.

Knowledge Networks administered the Web-enabled survey to members of their survey panel in June 2008. The panel is a representative, probability-based sample of the United States population. Members of the panel are recruited through random-digit dialing and are provided with equipment for receiving Web-enabled surveys if they do not have Internet access at home. This approach mitigates the selection bias problem generally associated with online surveys, particularly the under-representation of older subjects and minorities.

### Statistical analysis

Because the response to each question was a rating of the pair of profiles ("Person A has a better quality of life than person B", "Person A and Person B have the same quality of life", or "Person B has a better quality of life than Person A"), we used random-effects ordered probit to estimate the choice model. The dependent variable in this model is the rating of each pair of profiles, and the explanatory variables included differences in the attribute levels between the profiles presented in each question. The ordered probit model yields a unique parameter for each attribute level that represents the relative contribution of that attribute level to the likelihood that a profile including that attribute level will be chosen [25]. In this case, the parameter estimate for each attribute level can be interpreted as the relative importance of that attribute level to subjects. All statistical analyses were conducted using

Exhibit I
198

704                                                                                                    Qual Life Res (2010) 19:701–709

**Table 1** IWQOL items, scales, and final eight attributes used in the choice-format conjoint survey

| IWQOL-Lite scale | Conjoint attribute | IWQOL-Lite item |
|---|---|---|
| Physical function | Problems doing usual daily activities | Because of my weight, I have trouble picking up objects |
| | | Because of my weight, I have trouble tying my shoes |
| | | Because of my weight, I have difficulty getting up from chairs |
| | | Because of my weight, I have trouble using stairs |
| | | Because of my weight, I have difficulty putting on or taking off my clothing |
| | | Because of my weight, I have trouble with mobility |
| | | Because of my weight, I have trouble crossing my legs |
| | Physical symptoms | I feel short of breath with only mild exertion |
| | | I am troubled by painful or stiff joints |
| | | My ankles and lower legs are swollen at the end of the day |
| | Worrying about health | I am worried about my health |
| Self-esteem | Low self-esteem | Because of my weight, I am self-conscious |
| | | Because of my weight, my self-esteem is not what it could be |
| | | Because of my weight, I feel unsure of myself |
| | | Because of my weight, I don't like myself |
| | | Because of my weight, I am afraid of being rejected |
| | | Because of my weight, I avoid looking in mirrors or seeing myself in photographs |
| | | Because of my weight, I am embarrassed to be seen in public places |
| Sexual life | Sexual problems | Because of my weight, I do not enjoy sexual activity |
| | | Because of my weight, I have little or no sexual desire |
| | | Because of my weight, I have difficulty with sexual performance |
| | | Because of my weight, I avoid sexual encounters whenever possible |
| Public distress | Problems moving around or sitting in public places | Because of my weight, I worry about fitting into seats in public places (e.g., theaters, restaurants, cars, airplanes) |
| | | Because of my weight, I worry about fitting through aisles or turnstiles |
| | | Because of my weight, I worry about finding chairs that are strong enough to hold my weight |
| | Teasing or discrimination by others | Because of my weight, I experience ridicule, teasing, or unwanted attention |
| | | Because of my weight, I experience discrimination by others |
| Work | Problems doing your job or getting recognition at work | Because of my weight, I have trouble getting things accomplished or meeting my responsibilities |
| | | Because of my weight, I am less productive than I could be |
| | | Because of my weight, I don't receive appropriate raises, promotions, or recognition at work |
| | | Because of my weight, I am afraid to go on job interviews |

*IWQOL-Lite* Impact of Weight on Quality of Life-Lite Questionnaire

NLOGIT version 4.0 (Econometric Software Inc., Plainview, NY).

To demonstrate differences between the importance of an attribute and the way in which IWQOL-Lite items are scored, the parameter estimate for the best level (*never true*) was assigned an importance weight of 1 corresponding to *never true* response category in the IWQOL-Lite. For the most important attribute, the parameter estimate for the worst level (*always true*) was assigned an importance weight of 5. Parameter estimates for all other attribute levels are scaled relative to the most important attribute to represent importance weights for the intermediate (sometime true) and worst (never true) levels of these attributes.

## Results

### Survey sample

Knowledge Networks sent e-mail invitations to 830 potential subjects who were overweight or obese, based on self-reported height and weight. Of the 586 panel members who responded (70% response rate), 537 qualified for the

🕮 Springer

Exhibit I
199

Case 2:12-cv-09366-SVW-MAN   Document 127   Filed 03/03/14   Page 200 of 252   Page ID #:3430

**Table 2** Attribute and levels included in the choice-format conjoint survey

| Attribute | Abbreviated label | Levels |
|---|---|---|
| During the past week, how often did you have… | | |
| Problems doing usual daily activities? | Activity | 5: Always |
| | | 3: Sometimes |
| | | 1: Never |
| Physical symptoms? | Symptoms | 5: Always |
| | | 3: Sometimes |
| | | 1: Never |
| Worrying about health? | Worry | 5: Always |
| | | 3: Sometimes |
| | | 1: Never |
| Low self-esteem? | Esteem | 5: Always |
| | | 3: Sometimes |
| | | 1: Never |
| Sexual problems? | Sexual | 5: Always |
| | | 3: Sometimes |
| | | 1: Never |
| Problems moving around or sitting in public places? | Place | 5: Always |
| | | 3: Sometimes |
| | | 1: Never |
| Teasing or discrimination by others? | Teasing | 5: Always |
| | | 3: Sometimes |
| | | 1: Never |
| Problems doing your job or getting recognition at work? | Job | 5: Always |
| | | 3: Sometimes |
| | | 1: Never |

survey. Of the qualified subjects, 502 consented to participate in the survey. Of these 502 subjects, 0.8% had one or more missing responses for the choice questions. All 502 subjects answered at least one choice question.

Table 3 summarizes the demographic characteristics of the subjects who completed the survey instrument. The study sample had slightly more males (53%) than females and was predominantly white (81%). About 57% of the sample had at least some college education, and 57% were married. The mean age was 50 (SD = 14.8). Table 4 summarizes subjects' self-evaluation on each of the 8 attributes included in the conjoint study. The mean scores presented in this table are unweighted and are measured on the same Likert scale as the items in the IWQOL-Lite (1 = never true and 5 = always true) such that lower values are associated with higher quality of life. Overweight subjects in this study had relatively high quality of life in all 8 attributes; however, on average, these subjects were rarely-to-sometimes worried about how weight affected their health. Not surprisingly, obese subjects indicated a lower

quality of life than overweight subjects in these 8 attributes. Obese subjects indicated that they were most impacted by worry about health and least impacted by public distress (problems moving around or sitting in public places and teasing and discrimination by others) and problems at work.

Importance weights for the attribute levels included in this study are presented in Fig. 2. Importance weights for each attribute level are scaled between 1 and 5. Importance weights for the levels of all eight attributes are ordered correctly. That is, the best level (never true) has a higher importance weight than the intermediate level (sometimes true), and the intermediate level (sometimes true) has a higher importance weight than the worst level (always true). All importance estimates within each attribute are statistically different from each other ($P < 0.05$).

The relative importance for an improvement in an attribute from one level to another level is represented by the height of the line segment between two importance weights. For example, the relative importance for an improvement from sometimes true to never true in the sexual problems domain is ~1.5, whereas an improvement from always true to sometimes true in the same domain is ~2.5. Thus, an improvement from sometimes true to never true is ~1.7 times (2.5/1.5) as important as an improvement than from always true to sometimes true in the sexual problems attribute.

The difference between the importance weights for the best level and worst level of an attribute can be interpreted as the relative overall importance of the attribute to subjects. As presented in Fig. 2, the sexual problems attribute is the most important. The remaining attributes can be ranked in order of importance as follows: low self-esteem, physical symptoms, problems doing usual daily activities, teasing or discrimination by others, moving around or sitting in public places, problems doing your job or getting recognition at work, and worry about health.

## Discussion

In this study, we estimated importance weights for eight attributes included in the choice-format conjoint survey derived from the IWQOL-Lite. Our results provide evidence that, in this case, IWQOL-Lite scores designed to measure of the impact of health interventions on patient quality of life do not capture accurately the importance that overweight and obese people place on the items included in the instrument. This result is consistent with the findings of Johnson et al. [16] and Osoba et al. [17] who found that different cancer and chemotherapy outcomes measured using the EORTC-QLQ-C30 are of varying importance to patients.

Exhibit I
200

706

Qual Life Res (2010) 19:701–709

**Fig. 1** Example of an obesity HRQOL choice question



In an earlier study, Brazier et al. [12] estimated the relationship between scores on the IWQOL-Lite and the preference index of the SF-6D. Specifically, these authors estimated models to describe the ability of different combinations of IWQOL-Lite items to predict the SF-6D preference-based health status index among a large group of community volunteers and patients enrolled in different clinical trials. The results of their study indicate that, while the IWQOL-Lite can be mapped into the SF-6D, there appears to be HRQOL information in IWQOL-Lite scores that is not contained in SF-6D scores. Our study differs from the work of Brazier et al. [12] in two fundamental ways. First, we do not attempt to estimate a single absolute preference-based index from the IWQOL-Lite, but rather relative importance weights for components of the IWQOL-Lite. Second, we designed our study to elicit subject evaluations of the importance of these components directly rather than attempting to map a condition-specific HRQOL measure into a preference index derived from a generic HRQOL measure.

Although it is clear from these results that some domains and some changes within domains differ in their importance to overweight and obese people in the United States, we are limited in our ability to generate a detailed and comprehensive set of importance weights for the items of the IWQOL-Lite. Estimating the relative importance of each level of each item in the instrument would require that

we develop a choice-format conjoint survey in which subjects are asked to evaluate all 31 items of the IWQOL-Lite simultaneously. Such a task would entail a level of cognitive burden beyond subjects' capabilities.

Although conjoint analysis methods are widely used in health economics to elicit evaluations of the relative importance of treatment attributes and assess health-related quality of life, they have limitations. One inherent limitation is that conjoint tasks ask subjects to evaluate hypothetical scenarios. In an effort to minimize the hypothetical nature of the task, we motivated each attribute in the choice questions by asking each subject to indicate how often he or she experienced the attribute and to indicate whether or not he or she knew someone who had experienced the attribute.

Because we do not estimate importance weights for each item in the IWQOL-Lite, we must make two critical assumptions when generalizing about the relative importance of individual items. First, mapping these 8 attributes into the five domains of the IWQOL-Lite would require that we assume that the relative importance weight of each attribute comprising the physical function domain and each attribute in the public distress domain is proportional to the number of items in that attribute. Likewise, we would need to assume explicitly that each item included in an attribute is weighted equally. Furthermore, because qualitative evidence from the pretests indicated that subjects did not make

🖉 Springer

Exhibit I
201

Qual Life Res (2010) 19:701–709                                    707

**Table 3** Demographic information for the study sample

| Category | Number of subjects | Percent of subjects |
|---|---|---|
| Gender | | |
| Male | 266 | 53.0 |
| Female | 236 | 47.0 |
| Age, mean (SD), years | 50.1 (14.8) | NA |
| Marital status | | |
| Married | 288 | 57.4 |
| Divorced | 57 | 11.3 |
| Separated | 9 | 1.8 |
| Never married | 103 | 20.5 |
| Living with partner | 45 | 9.0 |
| Widowed | 0 | 0.0 |
| Race/ethnicity | | |
| White, non-Hispanic | 405 | 80.7 |
| Black, non-Hispanic | 31 | 6.2 |
| Hispanic | 36 | 7.1 |
| Other, non-Hispanic | 10 | 2.0 |
| Two or more races, non-Hispanic | 20 | 4.0 |
| Highest education | | |
| Less than high school | 5 | 1.0 |
| Some high school, no diploma | 49 | 9.7 |
| High school diploma or GED | 162 | 32.3 |
| Some college, no degree | 110 | 21.9 |
| Associate degree | 41 | 8.2 |
| Bachelor's degree | 80 | 15.9 |
| Master's degree | 40 | 8.0 |
| Professional or Doctoral degree | 15 | 3.0 |
| BMI, mean (SD) | 32.6 (7.3) | NA |

*BMI* body mass index, *GED* general equivalency diploma, *NA* not applicable, *SD* standard deviation

**Table 4** Subjects' self-evaluation of quality of life based on the attributes included in the conjoint survey instrument

| Attribute | Mean (SD) Likert scale scores[a] | | |
|---|---|---|---|
| | Overweight (N = 236) | Obese (N = 266) | All subjects (N = 502) |
| 1. During the past week, I had problems doing one or more usual daily activities *because of my weight*. | 1.56 (0.84) | 2.51 (1.37) | 2.06 (1.25) |
| 2. During the past week, I experienced physical symptoms *because of my weight* | 1.65 (0.95) | 2.70 (1.31) | 2.20 (1.27) |
| 3. During the past week, I worried about how *my weight might affect* my health | 2.18 (1.17) | 3.08 (1.30) | 2.66 (1.32) |
| 4. During the past week, I had low self-esteem *because of my weight* | 1.80 (1.03) | 2.59 (1.44) | 2.22 (1.33) |
| 5. During the past week, I had problems in my sexual life *because of my weight* | 1.43 (0.91) | 2.15 (1.38) | 1.81 (1.24) |
| 6. During the past week, I had problems moving around or sitting in public places *because of my weight* | 1.13 (0.38) | 1.77 (1.16) | 1.47 (0.94) |
| 7. During the past week, I experienced teasing or discrimination by others *because of my weight* | 1.17 (0.46) | 1.70 (1.09) | 1.45 (0.90) |
| 8. During the past week, I had problems doing my job or getting recognition at work *because of my weight* | 1.11 (0.52) | 1.42 (0.98) | 1.27 (0.82) |

*SD* standard deviation

[a] 1 = never true, 3 = sometimes true, 5 = always true

 Springer

Exhibit I
202

Qual Life Res (2010) 19:701–709

**Fig. 2** Importance weights



meaningful distinctions between *always true* and *usually true* and between *rarely true* and *never true*, we collapsed the 5 response levels in the IWQOL-Lite into 3 levels for each attribute in the conjoint survey. The fact that subjects had difficulty discriminating between these intermediate levels and the adjacent extreme levels may indicate that the linear scoring of these responses (e.g., a response of *rarely true* is equidistant between *never true* and *sometimes true*) likely will not reflect the relative importance of these item levels to overweight and obese people. However, we were not able to estimate relative values for these levels and cannot know for certain what weights to apply to these levels.

Another limitation of this particular study is that we asked subjects to evaluate the HRQOL of hypothetical overweight or obese people. This approach was necessary, because many subjects in the pretests rejected the notion that certain outcomes could apply to them. For example, many subjects who indicated that they had high self-esteem could not accept that a low self-esteem profile would ever apply to them. Therefore, we could not ask subjects to choose between hypothetical profiles intended to represent how they would respond to the attributes in the study. Because we did not ask people to choose the set of outcomes they preferred for themselves, the results of this study must be interpreted as people's evaluation of the relative importance of IWQOL-Lite domains on HRQOL rather than individuals' preferences for treatment outcomes. Finally, the study was designed to estimate only the independent main effect of each attribute and not potential interaction effects among attributes.

Despite these limitations, this study provides clear evidence that not all domains within the IWQOL-Lite are

equally important to overweight and obese people in our sample. In addition, the results of this study confirm that some improvements within a domain or item are more important to subjects than other improvements within the same domain or item. Based on these two observations, we conclude that weighting the individual items in the IWQOL-Lite by the importance of outcomes to overweight and obese subjects may provide a more meaningful evaluation of the effect of changes in weight on patient well-being than a nonpreference-based measure of HRQOL.

**Acknowledgments** This study was funded by Eli Lilly & Company, Indianapolis, Indiana. The views expressed herein do not necessarily reflect those of Eli Lilly & Company. As the supervisor for the study, A. Brett Hauber had full access to all of the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis. The authors would like to thank Juan Marcos González, Sebastain Awondo, and Lauren Donnalley for their assistance at various stages of this project and the preparation of this manuscript. In addition, the authors would like to thank Eric Finkelstein for his review of the conjoint survey instrument and helpful comments throughout the preparation of this manuscript.

## References

1. National Center for Health Statistics. (2005). Prevalence of overweight and obesity among adults: United States, 2003–2004. Available at: http://www.cdc.gov/nchs/products/pubs/pubd/hestats/overweight/overwght_adult_03.htm. Accessed 8 Sep 2008.
2. Kolotkin, R. L., Crosby, R. D., Williams, G. R., Hartley, G. G., & Nicol, S. (2001). The relationship between health-related quality of life and weight loss. *Obesity Research, 9*(9), 564–571.
3. Kolotkin, R. L., Crosby, R. D., Kosloski, K. D., & Williams, G. R. (2001). Development of a brief measure to assess quality of life in obesity. *Obesity Research, 9*(2), 102–111.

🖄 Springer

Exhibit I
203

Qual Life Res (2010) 19:701–709

4. Kolotkin, R. L., & Crosby, R. D. (2002). Psychometric evaluation of the impact of weight on quality of life-lite questionnaire (IWQOL-Lite) in a community sample. *Quality of Life Research, 11*, 157–171.

5. Kolotkin, R. L., Corey-Lisle, P. K., Crosby, R. D., Kan, H. J., & McQuade, R. D. (2008). Changes in weight and weight-related quality of life in a multicentre, randomized trial of aripiprazole versus standard of care. *European Psychiatry, 26*, 561–566.

6. Kolotkin, R. L., Corey-Lisle, P. K., Crosby, R. D., Swanson, J. M., Tuomari, A. V., L'Italien, G. J., et al. (2008). Impact of obesity on health-related quality of life in schizophrenia and bipolar disorder. *Obesity, 16*(4), 749–754.

7. Rieger, E., Wilfley, D. E., Stein, R. I., Marino, V., & Crow, S. J. (2005). A comparison of quality of life in obese individuals with and without binge eating disorder. *International Journal of Eating Disorders, 37*(3), 234–240.

8. Boan, J., Kolotkin, R. L., Westman, E. C., McMahon, R. L., & Grant, J. P. (2004). Binge eating, quality of life and physical activity improve after Roux-en-Y gastric bypass for morbid obesity. *Obesity Surgery, 14*(3), 341–348.

9. Van Nunen, A. M., Wouters, E. J., Vingerhoets, A. J., Hox, J. J., & Geenen, R. (2007). The health-related quality of life of obese persons seeking or not seeking surgical or non-surgical treatment: A meta-analysis. *Obesity Surgery, 17*(10), 1357–1366.

10. Chancellor, J. V. M., Coyle, D., & Drummond, M. F. (1997). Constructing health state preference values from descriptive quality of life outcomes: Mission impossible? *Quality of Life Research, 6*, 159–168.

11. Bult, J. R., Bosch, J. L., & Hunink, M. G. M. (1996). Heterogeneity in the relationship between the standard-gamble utility measure and health-status dimensions. *Medical Decision Making, 16*, 226–233.

12. Brazier, J. E., Kolotkin, R. L., Crosby, R. D., & Williams, G. R. (2004). Estimating a preference-based single index for the Impact of Weight on Quality of Life-Lite (IWQOL-Lite) instrument from the SF-6D. *Value in Health, 7*(4), 490–498.

13. Byrne, H. A., Hailey, B. J., & Johnson, J. T. (1996). The use of weighted scores with the Functional Assessment of Cancer Therapy (FACT) scales. *Journal of Psychosocial Oncology, 13*, 57–77.

14. Schwartz, C. E., Mathias, S. D., Pasta, D. J., Colwell, H. H., Rapkin, B. D., Genderson, M. W., et al. (1999). A comparison of

two approaches for assessing patient importance weights to conduct and extended Q-TWiST analysis. *Quality of Life Research, 8*, 197–207.

15. Jansen, S. J. T., Stiggelbout, A. M., Nooij, M. A., & Kievit, J. (2000). The effect of individually assessed preference weights on the relationship between holistic utilities and nonpreference-based assessment. *Quality of Life Research, 9*, 541–557.

16. Johnson, F. R., Hauber, A. B., Osoba, D., Hsu, M., Coombs, J., & Copley-Merriman, C. (2006). Are chemotherapy patients' HRQoL importance weights consistent with linear scoring rules? A stated-choice approach. *Quality of Life Research, 15*, 285–298.

17. Osoba, D., Hsu, A., Copley-Merriman, C., Coombs, J., Johnson, F. R., Hauber, A. B., et al. (2006). Stated preferences of patients with cancer for health-related quality-of-life (HRQOL) domains during treatment. *Quality of Life Research, 15*, 273–283.

18. Ryan, M., McIntosh, E., & Shackley, P. (1998). Methodological issues in the application of conjoint analysis in health care. *Health Economics, 7*, 373–378.

19. Bryan, S., Martin, B., Robert, S., & Alison, G. (1998). Magnetic resonance imaging for the investigation of knee injuries: An investigation of preferences. *Health Economics, 7*, 595–603.

20. Johnson, F. R., Banzhaf, M., & Desvousges, W. (2000). Willingness to pay for improved respiratory and cardiovascular health: A multiple-format stated-preference approach. *Health Economics, 9*, 295–317.

21. Gan, T. J., Lubarsky, D. A., Flood, E. M., Thanh, T., Mauskopf, J., Mayne, T., et al. (2004). Subject preferences for acute pain treatment. *British Journal of Anaesthesia, 92*(5), 681–688.

22. Huber, J., & Zwerina, K. (1996). The importance of utility balance in efficient choice designs. *Journal of Marketing Research, 33*, 307–317.

23. Zwerina, K., Huber, J., & Kuhfeld, W. (1996). *A general method for constructing efficient choice designs.* Durham: Fuqua School of Business, Duke University.

24. Kanninen, B. (2002). Optimal design for multinomial choice experiments. *Journal of Marketing Research, 39*, 214–227.

25. Train, K. (1986). *Qualitative choice analysis: Theory and applications to predict automobile demand.* Cambridge: The MIT Press.

⌂ Springer

Exhibit I
204

# EXHIBIT J

This article is protected by copyright and is provided by the University of Wisconsin-Madison under license from John Wiley & Sons. All rights reserved.

# original article

*Diabetes, Obesity and Metabolism* 15: 802–809, 2013.
© 2013 Blackwell Publishing Ltd

# Preferences for medication attributes among patients with type 2 diabetes mellitus in the UK

H. L. Gelhorn[1], S. M. Stringer[1], A. Brooks[1], C. Thompson[1], B. U. Monz[2], K. S. Boye[3], T. Hach[4], S. S. Lund[4] & R. Palencia[2]

[1] United BioSource Corporation, Bethesda, MD, USA
[2] Boehringer Ingelheim GmbH, Ingelheim, Germany
[3] Eli Lilly & Co., Indianapolis, IN, USA
[4] Boehringer Ingelheim Pharma GmbH & Co. KG, Ingelheim, Germany

**Aim:** To examine preferences for oral medication attributes among participants with early and advanced type 2 diabetes mellitus (T2DM) in the UK using a discrete choice experiment (DCE).

**Methods:** A web-based DCE was administered where participants indicated which medication they preferred from two different hypothetical oral anti-diabetic (OAD) medication profiles, each composed of differing levels of seven attributes (efficacy, hypoglycaemic events, weight change, gastrointestinal/nausea side effects, urinary tract infection and genital infection, blood pressure and cardiovascular risk) for 20 sets of pair-wise comparisons. A random effects multinomial logit regression model was used to estimate the preference weight (PW) for each of the attribute levels, and the relative importance (RI) of each attribute was calculated. Analyses were conducted for the overall sample and for medication and gender subgroups.

**Results:** The final sample included 100 participants with a mean age of 62.9 (SD 11.1) years and comparable numbers of participants of each gender (51% male, 49% female). The majority of the participants were White-British (92%). The total PW and corresponding RI were highest for four of the seven attributes: hypoglycaemic events (PW = 1.98; RI = 24.7%), weight change (PW = 1.65; RI = 20.6%), gastrointestinal/nausea side effects (PW = 1.49; RI = 18.6%) and efficacy (PW = 1.44; RI = 18.0%). The RI values differed for some attributes across gender and number of current T2DM medication subgroups.

**Conclusion:** The results suggest that hypoglycaemia, weight change, gastrointestinal side effects and efficacy are of primary importance to patients in their OAD preferences in T2DM. These four attributes comprised over 80% of the RI.

**Keywords:** discrete choice experiment, patient preference, type 2 diabetes

*Date submitted 17 December 2012; date of first decision 20 January 2013; date of final acceptance 3 March 2013*

## Introduction

Diabetes is a highly prevalent chronic disease [1–4], and the number of affected individuals is growing worldwide. It is estimated that the global prevalence of the disease will reach 552 million by 2030 [5]. The progressive nature of type 2 diabetes mellitus (T2DM) necessitates that treatment may include increasing the dosage of oral anti-diabetic agents and the introduction of additional medications in order to achieve treatment goals [6].

Given the high prevalence of the disease and the need for combination therapy to meet glycaemic goals in many patients, the search for new therapeutic targets and novel mechanisms of drug action have resulted in the availability of new classes of drugs. As there are substantial differences between the characteristics of medications for the treatment of

T2DM [7,8], there was an interest in understanding patients' preferences for oral T2DM medication attributes.

Several approaches have been used previously to evaluate preferences associated with medication attributes including several studies of patients with T2DM [9–15]. One common way of assessing preferences is conjoint analysis (CA), an approach which posits that 'humans evaluate the overall desirability of a complex product based on a function of the value of its separate (yet conjoined) parts' [16]. CA is a technique that establishes the relative importance (RI) of different attributes in determining the overall value of a good or service. Discrete choice experiments (DCEs) involve the presentation of hypothetical scenarios composed of multiple levels of different attributes. One advantage of the decision-making approach used in DCEs is that it closely resembles the way in which individuals consciously and unconsciously make decisions on a daily basis (i.e. by considering trade-offs among realistic options). The objective of this study was to use a DCE to examine preferences for oral medication attributes among patients with early and advanced T2DM.

*Correspondence to:* Heather L. Gelhorn, PhD, Research Scientist, United Biosource Corporation, 22500 Indian Head Road, Golden, CO 80403, USA.
E-mail: heather.gelhorn@unitedbiosource.com

DIABETES, OBESITY AND METABOLISM

original article

Previous preference studies on T2DM have included a wide range of attributes and levels within their study designs most commonly including glucose control (i.e. efficacy) and weight change [10,12,17–19]. Attributes such as mode of administration, side effects (e.g. nausea), dosing schedule and amount, cardiovascular risk and hypoglycaemia have been included in some, but not in all previous studies [10,12,17–19]. Knowledge of patients' preferences and the RI of different types of side effects within the context of decisions involving other attributes previously shown to be of high importance (e.g. efficacy, weight gain) is of particular interest because these side effects may represent key differences between different classes of T2DM medications.

## Methods

A targeted literature review, consultation with clinical experts, and a pilot study were used in the development of the DCE. The draft DCE was evaluated in a pilot study to ensure that the survey was understandable and relevant to participants. Three iterative rounds of pilot testing with a total of five participants were conducted that included completion of the draft DCE, and one-on-one qualitative cognitive interviews to elicit feedback on the medication attributes, corresponding levels and the appearance and usability of the questionnaire, which was presented on the web-based platform. Overall, participants were easily able to complete the survey online, and reported that the medication attributes presented were relevant and easy to comprehend. The final attributes included in the DCE were efficacy, gastrointestinal (GI)/nausea side effects, weight change, hypoglycaemic events, blood pressure, urinary tract infection (UTI) and genital infection side effects and cardio-vascular risk (Table 1). Although UTI and genital infection side effects are not side effects commonly associated with current diabetes medications, participants in the pilot interviews were able to understand and accurately interpret this attribute.

### Participants

Participants with T2DM from an internet panel database in the UK were invited to participate via e-mail. To be eligible for the study, participants had to meet the following main criteria: male or female ≥ 18 years of age; self-reported diagnosis of T2DM; and taken an oral prescription medication for at least 6 months to treat T2DM. Participants were excluded

**Table 1.** Attributes and levels for the discrete choice experiment.

| Attribute | Description | Options for levels |
|---|---|---|
| Efficacy | Likelihood that the patient will reach the treatment efficacy target set by their physician (<7% HbA1c level) within the first 6 months of use. | (A) 10% of patients (10 of 100) taking the medication reach their treatment efficacy target<br>(B) 30% of patients (30 of 100) taking the medication reach their treatment efficacy target<br>(C) 50% of patients (50 of 100) taking the medication reach their treatment efficacy target |
| Urinary tract infection (UTI) and genital infection side effects | The likelihood that the medication will cause a UTI or a genital infection during the first 6 months of use. | (A) 0% – no increased risk of a UTI or genital infection from the medication<br>(B) 2% of patients (2 of 100) experience increased risk of a UTI or genital infection from the medication<br>(C) 5% of patients (5 of 100) experience increased risk of a UTI or genital infection from the medication |
| Gastrointestinal (GI)/nausea side effects | The likelihood that the medication will cause any gastrointestinal (GI) side effects (which may include diarrhea, vomiting and/or nausea) within the first 6 months of use. | (A) 0% – no risk of diarrhoea, upset stomach and/or nausea<br>(B) 10% of patients (10 of 100) experience diarrhoea, upset stomach and/or nausea<br>(C) 20% of patients (20 of 100) experience diarrhoea, upset stomach and/or nausea |
| Weight change | Medication-related weight changes that patients will experience within the first 6 months of use. | (A) Weight loss – 1/2 stone (−3 kg)<br>(B) Weight loss: −1/4 stone (−1.5 kg)<br>(C) Remain the same weight<br>(D) Weight gain: +1/4 stone (+1.5 kg)<br>(E) Weight gain: +1/2 stone (+3 kg) |
| Hypoglycaemic events | The likelihood that patients who are not taking insulin will experience hypoglycaemic events within the first 6 months of use. | (A) 0% – no risk of hypoglycaemic events<br>(B) 15% of patients (15 of 100) experience a hypoglycaemic event each month<br>(C) 30% of patients (30 of 100) experience a hypoglycaemic event each month |
| Blood pressure | The likelihood of changes in blood pressure associated with taking the medication that would occur within the first 6 months of use. | (A) No change in blood pressure<br>(B) Small improvement in blood pressure [drop of 5 mmHg (e.g. from 140/90 to 135/90 or from 125/90 to 120/90)] |
| Cardiovascular risk | Medication-related change in cardiovascular risk (e.g. risk of heart attack or stroke). | (A) No change (0%) in cardiovascular risk<br>(B) 1% improvement in cardiovascular risk (1 less stroke in 100 patients) |

Exhibit J
207

original article

DIABETES, OBESITY AND METABOLISM

**Table 2.** Self-reported sociodemographic and clinical characteristics.

| | Overall sample N = 100 | One medication N = 50 | Two or more medications N = 50 | p-value |
|---|---|---|---|---|
| Age (years), mean (SD) [range] | 62.9 (11.1) [23–82] | 62.0 (11.8) [23–81] | 63.8 (10.3) [33–82] | 0.4292 |
| Gender (n, %) | | | | |
| Male | 51 (51.0) | 24 (48.0) | 27 (54.0) | 0.5484 |
| Female | 49 (49.0) | 26 (52.0) | 23 (46.0) | |
| Ethnicity (n, %) | | | | |
| White British | 92 (92.0) | 46 (92.0) | 46 (92.0) | 0.5249 |
| White other | 5 (5.0) | 3 (6.0) | 2 (4.0) | |
| Mixed | 0 (0.0) | 0 (0.0) | 0 (0.0) | |
| Asian Indian | 1 (1.0) | 0 (0.0) | 1 (2.0) | |
| Asian Pakistani | 1 (1.0) | 1 (2.0) | 0 (0.0) | |
| Black | 0 (0.0) | 0 (0.0) | 0 (0.0) | |
| Chinese | 1 (1.0) | 0 (0.0) | 1 (2.0) | |
| Highest level of education (n, %) | | | | |
| No formal qualifications | 11 (11.0) | 6 (12.0) | 5 (10.0) | 0.5656 |
| GCSE/O' levels or equivalent | 22 (22.0) | 10 (20.0) | 12 (24.0) | |
| A' levels or equivalent | 15 (15.0) | 6 (12.0) | 9 (18.0) | |
| Vocational/work-based qualifications | 23 (23.0) | 10 (20.0) | 13 (26.0) | |
| University degree | 29 (29.0) | 18 (36.0) | 11 (22.0) | |
| Current annual household income (n, %) | | | | |
| Less than £25 000 | 53 (53.0) | 22 (44.0) | 31 (62.0) | 0.1122 |
| £25 000 to £44 000 | 27 (27.0) | 18 (36.0) | 9 (18.0) | |
| £45 000 to £75 000 | 7 (7.0) | 4 (8.0) | 3 (6.0) | |
| More than £75 000 | 2 (2.0) | 2 (4.0) | 0 (0.0) | |
| Prefer not to say | 11 (11.0) | 4 (8.0) | 7 (14.0) | |
| BMI, mean (SD) [range] | 32.7 (6.5) [22–55] | 32.5 (7.3) [23–55] | 32.8 (5.8) [22–46] | 0.7688 |
| Diabetes complications (n, % yes) | 21 (21.0) | 12 (24.0) | 9 (18.0) | 0.4614 |
| Types of complications (n, %) | | | | |
| Kidney disease | 0 (0.0) | 0 (0.0) | 0 (0.0) | N/A |
| Tingling or loss of feeling in legs, etc. | 16 (76.2) | 9 (75.0) | 7 (77.8) | 0.8824 |
| Eye problems | 6 (28.6) | 3 (25.0) | 3 (33.3) | 0.6757 |
| Heart disease | 2 (9.5) | 0 (0.0) | 2 (22.2) | 0.0860 |
| Other | 3 (14.3) | 3 (25.0) | 0 (0.0) | 0.1052 |
| Number of medications currently taking for diabetes (n, %) | | | | |
| One medication | 50 (50.0) | 50 (100.0) | 0 (0.0) | <0.0001 |
| Two to three medications | 46 (46.0) | 0 (0.0) | 46 (92.0) | |
| Four or more medications | 4 (4.0) | 0 (0.0) | 4 (8.0) | |
| Different diabetes medications tried over a lifetime (n, %) | | | | |
| One to two medications | 72 (72.0) | 46 (92.0) | 26 (52.0) | <0.0001 |
| Three to four medications | 20 (20.0) | 2 (4.0) | 18 (36.0) | |
| Five or more medications | 8 (8.0) | 2 (4.0) | 6 (12.0) | |
| Time since diagnosis (n, %) | | | | |
| Less than 1 year | 2 (2.0) | 2 (4.0) | 0 (0.0) | 0.0417 |
| More than 1 year and up to 5 years | 41 (41.0) | 26 (52.0) | 15 (30.0) | |
| More than 5 years and up to 10 years | 31 (31.0) | 13 (26.0) | 18 (36.0) | |
| More than 10 years | 26 (26.0) | 9 (18.0) | 17 (34.0) | |
| Current HbA1c level (n, %) | | | | |
| Below 53 mmol/mol (<7%) | 30 (30.0) | 18 (36.0) | 12 (24.0) | 0.0711 |
| Below 64 mmol/mol (≥7% but <8%) | 13 (13.0) | 7 (14.0) | 6 (12.0) | |
| Below 75 mmol/mol (≥8% but <9%) | 7 (7.0) | 1 (2.0) | 6 (12.0) | |
| Higher than 75 mmol/mol (≥9%) | 7 (7.0) | 1 (2.0) | 6 (12.0) | |
| I don't know | 43 (43.0) | 23 (46.0) | 20 (40.0) | |

*Independent *t*-tests for continuous data and chi-squared tests for categorical data were used to determine significant differences between participants who currently take one medication versus those who take two or more medications. A p-value of <0.05 indicates that there was a significant difference between these subgroups.

if they reported that they were taking insulin, had type 1 diabetes, renal disease or gestational diabetes. The study was approved by an Independent Review Board (IRB) (Ethical & Independent Review Services; 23 April 2012), and all participants provided informed consent prior to participation. Participants completed the survey between 27 April 2012 and 3 May 2012. They received 50 points from the survey hosting

company for their participation. A sample size of 100 evaluable patients was targeted for the survey; this allowed for a sufficient number of participants for the planned subgroup analyses.

## Measures

The computerized survey had three sections: (i) a description of the study, (ii) the DCE, and (iii) the sociodemographic

Exhibit J
208

DIABETES, OBESITY AND METABOLISM

original article

**Table 3.** Preference weights, relative importance and rankings of attributes in overall sample.

| Parameter | Preference weights* | Relative importance (%) | Rank | Attribute levels | Part-worth utility estimate (SE)† | p-value‡ |
|---|---|---|---|---|---|---|
| Hypoglycaemic events | 1.98 | 24.7 | 1 | 30% | −0.971 (0.093) | <0.0001 |
| | | | | 15% | −0.090 (0.056) | 0.4789 |
| | | | | 0% | 1.011 (0.088) | <0.0001 |
| Weight change | 1.65 | 20.6 | 2 | +1/2 stone (+3 kg) | −0.861 (0.108) | <0.0001 |
| | | | | +1/4 stone (+1.5 kg) | −0.618 (0.089) | <0.0001 |
| | | | | Remain the same weight | 0.129 (0.083) | 0.0403 |
| | | | | −1/4 stone (−1.5 kg) | 0.558 (0.089) | <0.0001 |
| | | | | −1/2 stone (−3 kg) | 0.792 (0.106) | <0.0001 |
| Gastrointestinal (GI)/nausea side effects | 1.49 | 18.6 | 3 | 20% | −0.712 (0.082) | <0.0001 |
| | | | | 10% | −0.066 (0.057) | 0.2536 |
| | | | | 0% | 0.778 (0.085) | <0.0001 |
| Efficacy | 1.44 | 18.0 | 4 | 10% | −0.774 (0.083) | <0.0001 |
| | | | | 30% | 0.106 (0.059) | 0.0695 |
| | | | | 50% | 0.667 (0.082) | <0.0001 |
| UTI and genital infection side effects | 0.79 | 9.9 | 5 | 5% | −0.380 (0.063) | <0.0001 |
| | | | | 2% | −0.035 (0.057) | 0.5434 |
| | | | | 0% | 0.414 (0.070) | <0.0001 |
| Cardiovascular risk | 0.34 | 4.3 | 6 | No change | −0.171 (0.049) | 0.0005 |
| | | | | 1% improvement | 0.171 (0.049) | 0.0005 |
| Blood pressure | 0.31 | 3.9 | 7 | No change | −0.156 (0.043) | 0.0003 |
| | | | | Drop of 5 mmHg | 0.156 (0.043) | 0.0003 |

*The preference weights represent the range of utility values within each attribute.
†Part-worth utility values provide information on the extent to which participants prefer each level of an attribute and are scaled within each attribute to have a mean of 0. A positive part-worth utility value indicates that the attribute level is preferred, while negative values indicate a preference for other levels of the attribute.
‡The p-values indicate whether the part-worth utility value differs significantly from 0.

and clinical information section. The DCE consisted of sequential screens presenting two hypothetical medications with one randomly selected level for each of the seven attributes. For each pair, participants were asked to indicate which medication they preferred. The order of presentation for the attributes was randomized across participants.

Participants completed 20 medication choices. Two of the medication choices presented to each participant were consistent and fixed across all participants with one clearly correct medication choice. The fixed choices were used to ensure that participants understood the DCE and attended appropriately to the medication choices. Any participant who responded incorrectly to either of the fixed medication choices was removed from the data set prior to conducting the analyses.

### Analyses

Descriptive statistics were used to characterize the sample including means for continuous variables and percentages for categorical variables. The results of the DCE were examined for the overall sample, and subgroups defined by gender and number of current T2DM medications, a proxy for disease severity (one medication vs. two or more medications). Preference weights (PWs) were computed using a random effects multinomial logit regression model in SAS® (SAS Institute Inc., Cary, NC, USA) [20] and were scaled to sum to 0 within each attribute. The PWs reflect the strength of patients' preferences for each of the diabetes medication attributes and

differ conceptually from utility values estimated to calculate quality adjusted life years (QALYs).

Part-worth utility values provide information on the extent to which participants prefer each level of an attribute, and are scaled within each attribute to have a mean of 0. A positive value indicates that the attribute level is preferred, while negative values indicate a preference for other levels of the attribute. Larger part-worth utility values indicate a higher degree of preference. The likelihood ratio tests were used to determine whether the part-worth utility values indicated a significant preference. The results of the multinomial logit regressions are presented for the overall sample, by number of T2DM medications and by gender.

Lastly, the RI of each attribute was calculated by summing the range of part-worth utility values (i.e. the largest minus the smallest part-worth utility values within each attribute) for all attributes yielding the PWs, and then by dividing each individual attribute's utility range by the PWs [16]. The RI of each attribute is expressed as a percentage and reflects the proportion of the variance in the overall medication decision that is accounted for by each attribute.

Likelihood ratio tests were used to examine whether the RI of each attribute varied across number of medications or gender subgroups. The overall type I error level for the attribute comparisons was set at 5% and the p-value to determine significance for each attribute-level comparison was calculated using a Bonferroni correction for each subgroup comparison. SAS® statistical software version 9.1.3 (SAS Institute Inc.) was used to conduct the analyses.

Exhibit J
209

# original article

## Results

E-mail invitations were sent to 735 potential participants, and 48.2% (n = 354) responded. A total of 342 (96.6%) completed screening, of which 150 (43.9%) were eligible. Of those, 138 (92%) consented and initiated the survey. A total of 100 participants were included in the final sample; those not included were eliminated because of incomplete surveys, incorrect responses on the fixed choices, ineligibility based on data collected within the survey and sample matching for subgroup analyses. The demographic and clinical characteristics of the participants are presented in Table 2. Patients self-reported their current diabetes medications, 87% received metformin, 30% SU therapy and 25% another T2DM medication.

## Results of the Discrete Choice Experiment

*Preferences in the Overall Sample.* The PW and corresponding RI values were highest for four of the attributes: hypoglycaemic events (PW = 1.98; RI = 24.7%), weight change (PW = 1.65; RI = 20.6%), gastrointestinal/nausea side effects (PW = 1.49; RI = 18.6%) and efficacy (PW = 1.44; RI = 18.0%) (Table 3).

The remaining three attributes were of lesser RI: UTI and genital infection side effects (PW = 0.79; RI = 9.9%), cardiovascular risk (PW = 0.34; RI = 4.3%) and blood pressure (PW = 0.31; RI = 3.9%). For all seven attributes, differences between levels of the attributes were significant, with participants indicating preferences in the expected direction towards the more favourable levels across all attributes (all p < 0.05) (Table 3).

*Patient Preferences by Number of Medications.* For patients taking two or more medications, the top four attributes in rank order were: (i) weight change, (ii) hypoglycaemic events, (iii) GI/nausea side effects and (iv) efficacy. Among patients taking one medication, the same four attributes were most important with a different rank order: (i) hypoglycaemic events, (ii) efficacy, (iii) GI/nausea side effects and (iv) weight change. The largest difference in RI values across a single attribute was observed for weight change, which was significantly higher for patients taking 2+ medications (RI: 1 med = 17.4%; 2+ meds = 24.4%; p < 0.0001) (figure 1). Participants taking one medication had a significantly higher RI for hypoglycaemic events (RI: 1 med = 27.1%; 2+ meds: = 22.3%; p = 0.0045),



**Figure 1.** Relative importance of attributes by number of diabetes medications. *Comparison of the relative importance of the attribute between groups was significant at a Bonferonni adjusted p < 0.007.

Exhibit J
210

DIABETES, OBESITY AND METABOLISM

original article

efficacy (RI: 1 med = 20.1%; 2+ meds = 15.6%; p = 0.0016), and cardiovascular risk attributes (RI: 1 med = 5.7%; 2+ meds = 2.7%; p < 0.0001) compared with those taking two or more medications (figure 1).

*Patient Preferences by Gender.* The results by gender were generally similar to those observed in the overall sample with both males and females showing significant preferences for each level for most of the attributes. The two exceptions to this were found among males, where there were no significant differences among preferences for the two levels of blood pressure ($\chi^2 = 3.59$; p = .0580) or the two levels of cardiovascular risk ($\chi^2 = 2.65$; p = .1037). The ranking of the attributes among females mirrored the results for the overall sample. In contrast, among male patients, the most important attribute was hypoglycaemic events, followed by efficacy, GI/nausea side effects and weight change. There were significant differences in the RI of attributes by gender. The efficacy attribute was of significantly greater importance to males (RI: males = 20.1%; females = 15.7%; p = 0.0018) and the cardiovascular risk attribute was significantly more important to females (RI males = 2.6%; females = 6.3%; p < 0.0001) (figure 2).

## Discussion

Overall, the results of the study suggest that the likelihood of hypoglycaemic events, weight change, the likelihood of GI/nausea side effects and efficacy are important factors determining patients' preferences for oral medications for the treatment of T2DM. Together these four attributes comprised over 80% of the overall RI in the patients' medication decisions. Other attributes such as blood pressure changes and cardiovascular risk were of lesser importance; however, the cardiovascular risk attribute tended to be significantly and differentially important to female participants and those with only one oral T2DM medication.

In the current study, the number of T2DM medications that the patients were currently taking was used as a proxy for disease severity. Comparisons across the medication subgroups suggested that patients taking two or more medications were more likely to base their treatment preferences on changes in weight, which may reflect their treatment and/or disease experience. Patients who are at more advanced stages of the disease, or who are taking more medications to control the disease, may tend to consider other potentially beneficial aspects of a medication such as reduction in body weight in addition to considering



**Figure 2.** Relative importance of attributes by gender. *Comparison of the relative importance of the attribute between groups was significant at a Bonferonni adjusted p < 0.007.

doi:10.1111/dom.12091 | 807

# original article

DIABETES, OBESITY AND METABOLISM

aspects of efficacy and hypoglycaemic risk. Likewise, patients taking two or more medications may have experienced weight gain more often with glucose-lowering agents compared with patients taking only one medication; this may have resulted in an increased awareness about weight changes associated with diabetes medications and the importance of body weight for achieving stable glycaemic control.

Previous preference studies of patients' preferences for attributes of T2DM medications have included a wide range of attributes and levels, but generally consistent results have been reported including the finding that glucose control [10,12,17–19,21] and weight change [12,13,18,19] were attributes of high importance to patients with T2DM. The high level of importance reported for efficacy in the current study is also consistent with previous research, suggesting that patients' self-reported treatment satisfaction is significantly related to improvements in HbA1c control [22]. A subgroup analysis by gender in this study found that cardiovascular risk was significantly more important to women, while several previous studies have identified weight change as of significantly higher importance among women [18,23]. Within this study, although there was a trend suggesting the same effect (i.e. the RI of weight changes was 22.6% among women and 18.6% among men), this difference was not significant. To our knowledge, none of the previous studies investigated UTI and genital infection side effects making this study the first to investigate this attribute.

## Limitations

The results of the current study should be interpreted with consideration for the following limitations. First, the participants for this study were recruited online and completed the study through a web-based survey. The extent to which these participants represent the general population of the UK or elsewhere with T2DM is unknown. In addition, the participants' diagnosis was solely based on self-reports. Although the questions used to ascertain T2DM status and eligibility were carefully designed, the accuracy of their self-reports or their T2DM diagnoses were not confirmed by physicians. Although DCEs are a common methodology for examining preferences for attributes of a wide range of products and services, it is uncertain to what degree the reported preferences reflect the actual preference of patients considering real-life rather than hypothetical medication decisions. It is also uncertain how strongly these preferences might influence the patients' medication-related behaviours or the decisions of their prescribing physician. This study included only patients from UK and the results may not be generalizable to patients from other countries. Lastly, patients were most likely influenced by their individual treatment experiences, such as having suffered from a specific side effect, despite the fact that all attributes and their levels were carefully described to all participants.

## Conclusion

Hypoglycaemic events, weight change, gastrointestinal/nausea side effects and efficacy were identified as the most important attributes to the patients who participated in this study.

The results of this study may help to determine which attributes of oral medications are most important to patients who are receiving treatment for T2DM, potentially leading to more individualized treatment. The results may also help to identify important subgroups of patients with specific concerns or considerations related to their T2DM medication decisions.

## Acknowledgements

The authors would like to thank Fritz Hamme for assistance in the preparation of this manuscript. This research was funded by Boehringer Ingelheim International GmbH and Eli Lilly and Company.

## Conflict of Interest

R. P., B. M., T. H. and S. L. are full-time employees of Boehringer Ingelheim, the manufacturer of several diabetes compounds in the market and in development. S. L. has stocks in Novo Nordisk A/S. H. G., S. S., A. B. and C. T. are all full-time employees of United BioSource Corporation which provides scientific consulting and other research services to pharmaceutical, device, government and other non-government organizations. K. B. is a full-time employee and a minor stockholder of Eli Lilly and Company, the manufacturer of several diabetes compounds in the market and in development.

H. G., R. P., B. M., K. B., T. H., S. L. and A. B. designed this study. H. G., R. P., C. T., B. M., S. S., A. B., T. H., K. B. and S. L performed analysis and interpretation. All co-authors contributed to the development and approved the final content of the manuscript.

## References

1. Rull JA, Aguilar-Salinas CA, Rojas R, Rios-Torres JM, Gomez-Perez FJ, Olaiz G. Epidemiology of type 2 diabetes in Mexico. Arch Med Res[Rev]. 2005; **36**: 188–196.

2. Marshall MC Jr. Diabetes in African Americans. Postgrad Med J 2005; **81**: 734–740.

3. Leisinger C, Doring A, Heier M, Thorand B, Lowel H. Type 2 diabetes mellitus in Augsburg–an epidemiological overview. Gesundheitswesen 2005; **67**(Suppl.1): S103–109.

4. Srinivasan B, Taub N, Khunti K, Davies M. Diabetes: glycaemic control in type 2. Br Med J Clin Evid 2008; **3**: 1–28.

5. International Diabetes Federation. Diabetes and impaired glucose tolerance. Global burden: prevalence and projections, 2010 and 2030. 2011.

6. Nathan DM, Buse JB, Davidson MB et al. Medical management of hyperglycemia in type 2 diabetes: a consensus algorithm for the initiation and adjustment of therapy: a consensus statement of the American Diabetes Association and the European Association for the Study of Diabetes. Diabetes Care 2009; **32**: 193–203.

7. Neumiller JJ, White JR Jr, Campbell RK. Sodium-glucose co-transport inhibitors: progress and therapeutic potential in type 2 diabetes mellitus. Drugs 2010; **70**: 377–385.

8. Bailey CJ, Day C. SGLT2 inhibitors: glucuretic treatment for type 2 diabetes. Br J Diabetes Vasc Dis. 2010; **10**: 193–199.

9. Porzsolt F, Clouth J, Deutschmann M, Hippler HJ. Preferences of diabetes patients and physicians: a feasibility study to identify the key indicators

DIABETES, OBESITY AND METABOLISM

original article

for appraisal of health care values. Health Qual Life Outcomes 2010; **8**: 125.

10. Polster M, Zanutto E, McDonald S, Conner C, Hammer M. A comparison of preferences for two GLP-1 products–liraglutide and–for the treatment of type 2 diabetes. J Med Econ 2010; **13**: 655–661.

11. Hauber AB, Johnson FR, Sauriol L, Lescrauwaet B. Risking health to avoid injections: preferences of Canadians with type 2 diabetes. Diabetes Care 2005; **28**: 2243–2245.

12. Guimaraes C, Marra CA, Colley L et al. A valuation of patients' willingness-to-pay for insulin delivery in diabetes. Int J Technol Assess Health Care 2009; **25**: 359–366.

13. Matza LS, Boye KS, Yurgin N et al. Utilities and disutilities for type 2 diabetes treatment-related attributes. Qual Life Res 2007; **16**: 1251–1265.

14. Boye KS, Matza LS, Walter KN, Van Brunt K, Palsgrove AC, Tynan A. Utilities and disutilities for attributes of injectable treatments for type 2 diabetes. Eur J Health Econ 2011; **12**: 219–230.

15. Aristides M, Weston AR, FitzGerald P, Le Reun C, Maniadakis N. Patient preference and willingness-to-pay for Humalog Mix25 relative to Humulin 30/70: a multicountry application of a discrete choice experiment. Value Health 2004; **7**: 442–454.

16. Orme B. Interpreting the Results of Conjoint Analysis. Getting Started with Conjoint Analysis: Strategies for Product Design and Pricing Research. 2nd edn. Madison: Research Publishers LLC, 2010.

17. Casciano R, Malangone E, Ramachandran A, Gagliardino JJ. A quantitative assessment of patient barriers to insulin. Int J Clin Pract 2011; **65**: 408–414.

18. Hauber AB, Mohamed AF, Johnson FR, Falvey H. Treatment preferences and medication adherence of people with Type 2 diabetes using oral glucose-lowering agents. Diabet Med 2009; **26**: 416–424.

19. Jendle J, Torffvit O, Ridderstråle M, Lammert M, Ericsson A, Bogelund M. Swedish patients with type 2 diabetes show willingness-to-pay for health improvements including weight loss, reduction in hypoglycaemia and glycaemic control. Diabetologia 2009; **52**(Suppl. 1): S407 [abstract 1039].

20. Kuhfeld WF. Marketing research methods in SAS: Experimental design, choice, conjoint, and graphical techniques. October 1, 2010. SAS 9.2 Edition. MR-2010. Available from URL: http://support.sas.com/techsup/technote/mr2010.pdf. Accessed 6 June 2012.

21. Zanutto E, Conner C, Polster M, McDonald SS, Hammer M. Evaluation of GLP-1 product attributes in treating people with type-2 diabetes in US: comparing time-tradeoff and willingness-to-pay methodologies. Value in Health 2009; **12**: A33.

22. Atkinson MJ, Zhang Q, Smith DD, Boltri JM, Smith WD. Better %HbA1c control among type 2 diabetes patients is associated with higher patient-reported satisfaction with treatment: a meta-analysis of trial results. Diabetologia 2009; **52**(S1): S406.

23. Jendle J, Torffvit O, Ridderstrale M, Lammert M, Ericsson A, Bogelund M. Willingness to pay for health improvements associated with anti-diabetes treatments for people with type 2 diabetes. Curr Med Res Opin 2010; **26**: 917–923.

doi:10.1111/dom.12091 | **809**

Exhibit J
213

# EXHIBIT K

- Skip to main page content
- Skip to search
- Skip to topics menu
- Skip to common links

HHSU.S. Department of Health and Human Services
FDA

# U.S. Food and Drug Administration

Protecting and Promoting *Your* Health

- A to Z Index
- Follow FDA
- FDA Voice Blog

Search FDA [        ] [ Submit search ]

- Popular Content
- Home
- Food
- Drugs
- Medical Devices
- Radiation-Emitting Products
- Vaccines, Blood & Biologics
- Animal & Veterinary
- Cosmetics
- Tobacco Products

## News & Events

- Print this page
- Share this page
- E-mail this page

- Home
- News & Events
- Newsroom
- Press Announcements

NewsroomPress Announcements2013201220112010

**FDA NEWS RELEASE**

For Immediate Release: Dec. 11, 2013
Media Inquiries: Sandy Walsh, 301-796-4669, sandy.walsh@fda.hhs.gov
Consumer Inquiries: 888-INFO-FDA

En Español

**FDA approves first generic versions of antidepressant drug Cymbalta**

The U.S. Food and Drug Administration today approved the first generic versions of Cymbalta (duloxetine delayed-release capsules), a prescription medicine used to treat depression and other conditions.

Aurobindo Pharma Ltd., Dr. Reddy's Laboratories Ltd., Lupin Ltd., Sun Pharma Global FZE, Teva Pharmaceuticals USA, and Torrent Pharmaceuticals Ltd. have received FDA approval to market duloxetine in various strengths.

"Health care professionals and consumers can be assured that these FDA-approved generic drugs have met our rigorous standards," said Kathleen Uhl, M.D., acting director of the Office of Generic Drugs in the FDA's Center for Drug Evaluation and Research. "Generic drugs offer greater access to health care for many people."

Depression is characterized by symptoms that interfere with a person's ability to work, sleep, study, eat, and enjoy once-pleasurable activities. Episodes of depression often recur throughout a person's lifetime. Signs and symptoms of depression include: depressed mood, loss of interest in usual activities, significant change in weight or appetite, insomnia or excessive sleeping (hypersomnia), restlessness/pacing (psychomotor agitation), increased fatigue, feelings of guilt or worthlessness, slowed thinking or impaired concentration, and suicide attempts or thoughts of suicide.

Duloxetine and other antidepressant drugs have a boxed warning describing the increased risk of suicidal thinking and behavior during initial treatment in children, adolescents, and young adults ages 18 to 24. The warning also says data do not show this increased risk in those older than 24 years and that patients ages 65 and older who take antidepressants have a decreased risk of suicidal thinking and behavior.

The warning says depression and other serious psychiatric disorders themselves are the most important causes of suicide and that close monitoring of patients starting these medications is necessary. Duloxetine must be dispensed with a patient medication guide that describes important information about the drug's uses and risks.

Common adverse reactions reported by people taking Cymbalta include nausea, dry mouth, drowsiness, fatigue, decreased appetite, increased sweating, and dizziness.

Generic prescription drugs approved by the FDA have the same high quality and strength as brand-name drugs. Generic prescription drug manufacturing and packaging sites must pass the same quality standards as those of brand-name drugs.

Information about the availability of generic duloxetine can be obtained from the manufacturers.

Exhibit K
215

Press Announcements > FDA approves first generic versions of antidepressant drug Cym...   Page 2 of 3

For more information:

- FDA: Understanding Generic Drugs
- Information on specific drug products, Drugs@FDA

The FDA, an agency within the U.S. Department of Health and Human Services, protects the public health by assuring the safety, effectiveness, and security of human and veterinary drugs, vaccines and other biological products for human use, and medical devices. The agency also is responsible for the safety and security of our nation's food supply, cosmetics, dietary supplements, products that give off electronic radiation, and for regulating tobacco products.
### #

Read our Blog: FDA Voice

Visit the FDA on Facebook, Flickr, YouTube and Twitter

RSS Feed for FDA News Releases

Page Last Updated: 12/12/2013
Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

FDA

- Accessibility
- Careers
- FDA Basics
- FOIA
- No Fear Act
- Site Map
- Transparency
- Website Policies

*U.S. Food and Drug Administration*
*10903 New Hampshire Avenue*
*Silver Spring, MD 20993*
*1-888-INFO-FDA (1-888-463-6332)*
*Contact FDA*



Subscribe to FDA RSS feedsFollow FDA on TwitterFollow FDA on FacebookView FDA videos on YouTubeView FDA photos on Flickr

- FDA Archive
- Combination Products
- Advisory Committees
- Regulatory Information
- Safety

- Emergency Preparedness
- International Programs
- News & Events
- Training & Continuing Education
- Inspections & Compliance

- Federal, State & Local Officials
- Consumers
- Health Professionals
- Science & Research
- Industry

Scroll back to top

## Popular Content

- Home
- Latest Recalls
- Report an Adverse Event
- MedWatch Safety Alerts
- News Releases
- Consumer Updates
- About FDA
- Contact FDA
- Browse by Product Area

**Product Areas**

back
- Food
- Drugs
- Medical Devices
- Radiation-Emitting Products
- Vaccines, Blood & Biologics
- Animal & Veterinary
- Cosmetics
- Tobacco Products

# EXHIBIT L

Exhibit L
218

8                     *Innovative Marketing, Volume 2, Issue 4, 2006*

# A REVIEW OF METHODS FOR MEASURING WILLINGNESS-TO-PAY

Christoph Breidert[*], Michael Hahsler[**], Thomas Reutterer[***]

## Abstract

Knowledge about a product's willingness-to-pay on behalf of its (potential) customers plays a crucial role in many areas of marketing management like pricing decisions or new product development. Numerous approaches to measure willingness-to-pay with differential conceptual foundations and methodological implications have been presented in the relevant literature so far. This article provides the reader with a systematic overview of the relevant literature on these competing approaches and associated schools of thought, recognizes their respective merits and discusses obstacles and issues regarding their adoption to measuring willingness-to-pay. Because of its practical relevance, special focus will be put on indirect surveying techniques and, in particular, conjoint-based applications will be discussed in more detail. The strengths and limitations of the individual approaches are discussed and evaluated from a managerial point of view.

**Key words:** Willingness-to-pay, pricing, surveying techniques, conjoint measurement.

## Introduction

Despite considerable advances in both academic and applied pricing research over the past decades, many companies still make their pricing decisions without a profound understanding of the likely response of (potential) buyers and competitors to alternative prices quotations. As a result of missing adequate knowledge of the customer's willingness-to-pay (WTP) for their products, these companies fail to pursue a pricing strategy that is suitably customized to their marketing environment and thus also risk ignoring valuable sources for increasing profitability of the products offered. Different practical studies have shown that minor variations of prices and the corresponding consumer behavior can have notable effects on revenues and profits (Marn et al., 2003).

Companies often adopt some business rules and follow a strategy that could be denoted as "intuitive" pricing. Remarkably, such a behavior is not limited to retailing or service industries only, where mark-up-pricing is still representing the predominant practice (cf. Levy et al., 2004; Berman and Evans, 2001, p. 555 ff.; Monroe, 2003, p. 257). Several recent studies indicate that only 8 to 15% of all companies develop pricing strategies based on likely buyer response behavior (Monroe and Cox, 2001). In contrast to what seems to be common practice, managers consider the knowledge of customers' responses to different prices as a cornerstone of marketing strategies, particularly in the areas of product development, brand management, value audits, and competitive strategy (Anderson et al., 1993).

Researchers agree with managers on the importance of valid WTP estimates. Balderjahn (2003, p. 387) considers valid estimates of WTP essential for developing an optimal pricing strategy. Similar arguments about the importance of WTP and perceptions of value by customers can also be found by many other authors (cf. Monroe, 2003, pp. 11-12; Nagle and Holden, 2002, p. 7 and pp. 104-105; and Simon, 1992, p. 365 ff.). Such estimates can be used to forecast market response to price changes and for modeling demand functions. Furthermore, various approaches to measure brand equity (cf. e.g., Farquhar, 1989; Srivastava and Shocker, 1991; Park and Srinivasan, 1994) emphasize customers' WTP in terms of the (monetary) added value endowed by a brand to a specific product vis-à-vis its competitors or an unbranded baseline product, respectively. Good over-

[*] PONTIS Venture Partners, Austria.
[**] Institute for Information Business, Vienna University of Economics and Business Administration, Austria.
[***] Institute of Retailing and Marketing, Vienna University of Economics and Business Administration, Austria.
© Christoph Breidert, Michael Hahsler, Thomas Reutterer, 2006

Exhibit L
219

*Innovative Marketing, Volume 2, Issue 4, 2006*                                    9

views on contemporary approaches to brand equity measurement are presented by Sattler (1995) or
Ailawadi et al. (2003).

As our literature review will show, a huge variety of competing approaches and corresponding
analytical techniques for measuring WTP has been added to the realm of marketing literature in
the past. Equally, evidence on the relative empirical performance is scattered across a number of
comparative studies of selected measurement approaches. Despite that fact, today the research area
is rather fragmented and there has been relatively little attention paid to attempts towards an in-
depth and comprehensive synopsis of the various existing approaches as well as what is known
from empirical research regarding their effectiveness and efficiency to measure WTP. The purpose
of this paper is to provide some insights into this direction. Moreover, we conceptualize a general
evaluation framework that aims to be helpful for managers when it comes to select a particular
measurement approach in practical applications. Against this managerial background, it is impor-
tant to balance the specific merits and obstacles of the available approaches.

Specifically, the remainder of this paper is organized as follows: First, we provide a review of
methods for measuring WTP and the corresponding data collection techniques. For the sake of
clarity, we start with a classification of the various methods, thereafter we provide references to
related substantial theoretical and empirical work, and discuss advantages and drawbacks for each
method. Finally, we consolidate the most important results to provide guidance for managers who
plan to measure WTP and provide ideas how to enhance indirect surveying techniques.

## Classification of Methods

Several authors proposed different hierarchical classification frameworks to organize existing meth-
ods to WTP estimation. Marbeau (1987) distinguishes the estimation methods on the highest level,
whether they are monadic tests or competitive tests. In the former, price information is elicited with-
out considering a competitive context. In the latter, a competitive context is present. Balderjahn
(2003) distinguishes estimation methods on the highest level, whether they elicit price information at
the individual level or at the aggregate level. Nagle and Holden (2002) classify techniques for meas-
uring price sensitivity at the highest level into uncontrolled and experimentally controlled measure-
ment of the variables. Furthermore, they classify the techniques based on the variable measurement
into measurement of purchase behavior and measurement of purchase intention.

To guide the reader through this paper, we use the classification framework based on data collec-
tion methods as presented in Figure 1. On the highest level, methods can be distinguished whether
they utilize surveying techniques or whether they are based on actual or simulated price-response
data. Taking a closer look at response data, market observations can be used or data can be gener-
ated by performing experiments. Experiments can further be divided into field experiments and
laboratory experiments. Since auctions are a very important form of laboratory experiment, we
included them as an extra method in the classification framework. Results obtained from price-
responses are often referred to as *revealed preference* data. Looking at survey-based techniques for
estimation of WTP, there exist direct and indirect surveys for collecting the relevant data. In con-
trast to revealed preferences, preference data derived from surveys are frequently referred to as
*stated preferences* (cf. Louviere et al., 2000, p. 20 ff.).

With direct surveys, respondents (e.g., selected customers) are asked to state how much they
would be willing to pay for some product. In indirect surveys some sort of rating or ranking proce-
dure for different products is applied in order to estimate a preference structure from which WTP
can be derived. Conjoint analysis and discrete choice analysis are examples of indirect surveying
methods.

In practice, selecting a feasible method for measuring WTP is often restricted, for example, by
time or monetary constraints. Data collection determines to a great extent the time and the costs of
the method. Therefore, this framework provides a useful guideline for choosing an appropriate
method and it was used to structure this paper.

Exhibit L
220



Fig. 1. Classification framework for methods to measure willingness-to-pay

## Analysis of Market Data

Analyzing observed market data (i.e., sales data) is often used to estimate price-response functions. Depending on their data sources, sales data suitable for WTP estimation can be roughly subdivided into the following two subtypes: (1) *panel data* – individual purchase data reported by members of a customer panel, and (2) *store scanner data* – sales records from retail outlets. Using historical market data is based on the assumption that past demands can be used to predict future market behavior. This implies that the product for which future demand is estimated has only been exposed to minor variations in the product profile. A problem of the method arises if the historical data do not contain the necessary price variations to cover the desired spectrum of WTPs. Indeed, small ranges of observed price variations often appear to be a pitfall when analyzing historical sales data. For this reason Sattler and Nitschke (2003) even classify WTP estimation based on market data as infeasible. Demand curves based upon sales data are usually modeled with regression techniques. A restriction is that this is only possible if the requirements of the independent variables are met (cf. Balderjahn, 2003, p. 399; Nessim and Dodge, 1995, p. 72).

Note that sales data are often available at the aggregate level only. The data are aggregated over time and different stores are combined. In such cases derivation of individual customer level estimates is infeasible. This is different with panel data where the actual prices paid for products are observed at the individual level. The drawbacks are that running a customer panel entails high operating costs. Furthermore, it is often questionable, whether the customer panel adequately represents the market (Nagle and Holden, 2002, p. 335).

Conventional scanner data provided by commercial market research companies are usually not aggregated over time but aggregated at the store level. Scanner data are useful for observing response to short time price variations. But because of store level aggregation, individual level repeated purchase behavior cannot be extracted from such sources of scanner data. Parallel to the diffusion of point-of-sale (POS) scanning technologies combined with customer ID cards, however, customer specific reactions to items' price variations are accessible at least for purchase transactions realized with a specific retailer (cf. Kahn and McAllister, 1997, p. 106 ff.). Inclusion of price variations across competing stores is warranted by POS-ID scanner panels (cf. e.g., Simon et al., 1982; and Erichson, 1992).

In general, using market data has the advantage that real purchases, which include information about competing products, are used instead of, for example, only stated purchase intentions. Limitations are that the price variations in the data are normally very limited and that it is not possible to estimate WTP for entirely new products where no data are available (yet). Empirical applications are provided by Kamakura and Russell (1993) or Leeflang and Wittink (1992).

Exhibit L
221

## Experiments

Generally, experiments can be divided into laboratory experiments and field experiments (e.g., Malhotra, 2004). Both types can be applied in pricing studies including WTP estimation.

### Laboratory Experiments

In laboratory experiments, purchase behavior is typically simulated by giving the subjects an amount of money and asking them to spend the money on a specific selection of goods. The goods and prices are varied systematically. Methods for accessing price response of this form have been applied by Silk and Urban (1978) in their well-known ASSESSOR procedure. In laboratory experiments the results are obtained quickly. Due to the non-biotic context of investigation, a major drawback is that the subjects are aware of the experimental situation. This might lead to subjects becoming more rational of their purchase behavior compared to their normal shopping behavior which can lead to low external validity (Nessim and Dodge, 1995, p.74). Another source of bias might be the artificial setup as described above, in which the subjects either do not take real possession of the "purchased" goods, or do not use their own money (Nagle and Holden, 2002, p. 341).

### Field Experiments

Field experiments or in-store purchase experiments do not suffer from the problem of the artificial setup because they are performed in a real-world shopping environment. Depending on the experimental conditions, the respondents are aware of participating in an experiment or not. Field experiments are often conducted in form of so-called test markets. In different test markets the prices are systematically varied and the consumers' responses are analyzed. A crucial issue in test market analysis is to select small scaled market environments that are representative for the target market under investigation. An overview of institutional test market simulations in Germany is provided by Gaul et al. (1996). Compared to laboratory experiments, considerably higher expenditures and the longer time intervals entailed by monitoring market responses to price changes are reported as main drawbacks of test markets as well as other forms of field and in-store experiments (Nagle and Holden 2002 p. 341; Sattler and Nitschke, 2003; and Urban and Hauser, 1993, p. 495 ff.).

### Auctions

A special application of experiments are auctions which can be carried out as laboratory or field experiments. In laboratory settings auctions have been intensively employed for WTP elicitation. If the true monetary evaluation of a product as perceived by the customer(s) were known, there would be no need for an auction. The offering party would simply sell the good to the bidder with the highest valuation at a price close or equal to that valuation. If the seller is uncertain about customers' valuations, however, an auction can provide valuable insights to sell the item at a fair price. Therefore, an auction is useful to gain knowledge of consumers' evaluations of a product or brand and can therefore be used to reveal consumers' valuations to facilitate future pricing decisions.

According to Wertenbroch and Skiera incentives to reveal true WTP can be provided with Vickrey auctions: "Vickrey suggests that incentive compatibility is ensured if a given bid determines only whether the bidder has the right to buy the good that is auctioned off" (Wertenbroch and Skiera, 2002). The Vickery auction takes place in sealed form, and the purchase price is determined by the second highest bid. A participant in the auction submits a bid containing how much he or she would be willing to pay in sealed form, for example in a closed envelope. If the participant has the highest bid, he or she wins the auction. However, the participant only has to pay the price of the second highest bid. With this mechanism the participants are provided an incentive to reveal their true valuation, because they must buy the good if their bid wins the auction (Vickrey, 1961).

Skiera and Revenstorff (1999) investigate the ability of Vickrey auctions to reveal consumers' WTP. The mechanism of the auction was described to the students, and the optimal bidding strategy was explained (which is bidding the true valuation) and different phone contracts were offered in a Vickrey auction. Based on a questionnaire the subjects seemed to have a good understanding

Exhibit L
222

of the mechanism of the auction. But the optimal bidding strategy (bid the true valuation) was less clear to the subjects which might be a problem for the method.

In a different experiment Sattler and Nitschke (2003) find that the Vickrey auctions in addition to the first-price auctions (auction where the highest bid wins) both tend to overestimate consumers' WTP. The authors suppose that this effect is due to the overbidding phenomenon. The overbidding phenomenon occurs when bidders strategically place bids above their true WTP to increase their chance of winning (Kagel et al., 1987).

Another incentive compatible auction form is the well-known BDM procedure introduced by the authors Becker, DeGroot and Marshak (cf. Becker et al., 1964). In BDM every participant simultaneously submits an offer price to purchase a product. A sale price is randomly drawn from a distribution of prices. The possible prices cover an interval from zero to a price greater than the anticipated maximum price, which any bidder would submit. The bidders whose bids are greater than the sale price receive a unit of the good and pay an amount equal to the sale price. The mechanism is incentive compatible for the same reason as the Vickrey auction: A given bid determines only whether the bidder has the right to buy the good that is auctioned off. The price is set by some mechanism and is below the participants bid.

The BDM procedure was tested by a number of researchers for its ability to forecast WTP. Wertenbroch and Skiera (2002) tested it together with a Vickrey auction in a field experiment with a purchase obligation for the participants. The participants of the experiment easily understood the BDM method and hardly any of the approached individuals refused to participate. Validity was determined by relating the estimated WTPs to data from an additional questionnaire asking the respondents to rate their desire of the tested products. After the experiment the participants rated how satisfied they were with their purchase. The buyers as well as the non-buyers were extremely satisfied with the outcome of the BDM experiment. This result indicates that BDM does not suffer from the overbidding bias, which is found in some Vickrey auctions.

In a study published by Noussair et al. (2004) the Vickrey auction is compared with the BDM mechanism, with the aim to test which method converges towards the optimal bidding strategy (bidding the true valuation) more rapidly. The authors found that under the Vickrey auction the bias from the true valuation is more rapidly reduced and the dispersion of bids is narrowed down more rapidly. That is, the subjects learn the best bidding strategy more quickly. The authors argue that the reason for this difference lies in the fact that a deviation from the optimal strategy is more costly under the Vickrey auction than under the BDM mechanism. With respect to these results Noussair et al. (2004) conclude that Vickrey auctions are superior to the BDM procedure for elicitation of WTP towards private goods.

Applied research using experimental auctions in laboratory settings for estimating products' WTP is rather limited. However, auctions are applied as sales mechanisms in practice as for example by EBAY and can deliver useful information for understanding buyer's likely response behavior to different prices.

Another approach to estimate WTP with an auction-like procedure is the so-called reverse-pricing or name-your-own-price mechanism (e.g., Chernev, 2003; and Spann et al., 2004). In this mechanism each buyer names a price he or she is willing to pay for a certain product. Based upon a price threshold set by the seller but unknown to the buyers, the buyers who have the right to purchase the product are determined. Each buyer pays the price which he or she named. Unlike the Vickrey auction and the BDM mechanism, reverse-pricing is not incentive compatible. In the latter each buyer has the incentive to name a lower price than the true valuation in order to get a better deal. However, it is argued that the named prices will be determined by the WTP and if each buyer can submit several bids, WTP can be estimated. In contrast to more conventional auction procedures, numerous applications of reverse-pricing can be found in practice. A well-known example is priceline.com, a US-based retailer operating since 1998, whose primary focus is on sales of flights, rental cars, and vacation packages.

Exhibit L
223

*Innovative Marketing, Volume 2, Issue 4, 2006*   13

## Direct Surveys

In the previous sections, we discussed methods for measuring WTP based on revealed preference data. It is not always possible for a marketing analyst to obtain such data in order to estimate price-response functions. For example, new or differentiated products would have to be designed and manufactured before they can be tested experimentally. Typically the number of possible differentiated products is large and not all candidates can be tested under justifiable budget and time restrictions. In this case specific surveying techniques that render respondents' statements with respect to their price preferences are better suited.

In the next sections, an overview of various surveying and related data analytical techniques with relevance to WTP estimation will be given. The most important methods, namely conjoint analysis and discrete choice analysis, are discussed in more detail. According to the classification provided above, direct surveys can be further divided into expert judgments and customer surveys. Reflecting their relative suitability to deliver accurate WTP estimates, we only review expert judgments briefly while focusing on customer surveys.

### Expert Judgments

As a heuristic to assess customers' WTP as well as to provide rough estimates of expected demand in response to different price levels, expert judgments are quite popular in marketing practice. They can be collected more time and cost efficient as compared to interviewing customers.

Usually sales or marketing managers serve as experts in projecting customers' WTP. Since sales representatives work directly in the market and in close connection with the consumers, they are aware of the competitive structure in the market and are sensitive to trends in consumer needs. Therefore, interviewing sales people can provide an important source of information for demand estimates. Nevertheless, the opinion of sales people might be biased because of conflicting objectives of the marketer and the sales force. For example, if the sales force's rewarding system is tied to sales volume, intentionally or unintentionally overstated or understated expert judgments might result in biased estimates (Nessim and Dodge, 1995, p. 70).

Conversely, marketing experts' estimates of product demand under different price schedules might suffer from the distance to the market and the consumers. In contrast to judgments provided by sales people there are no incentives to over- or understate the true estimates. Usually, there are less marketing executives in a company than sales force people and the opinions of few marketing managers might lead to poor forecasts of future demand.

In general, expert judgments seem to be best applicable in a market environment with only small numbers of customers. In such an environment the customers are known well enough to adequately approximate their WTP. With a larger and more heterogeneous customer base, the availability of this knowledge becomes a critical issue.

Authors are divided on the usefulness of using exclusively expert judgments. For example, Nessim and Dodge (1995, p. 70) argue that expert judgments are an important source of information because an educated guess is better than a random selection of a presumably adequate price from a number of price possibilities. Other authors, for example Balderjahn (2003, p. 391), label expert judgments as a poor measurement instrument with low validity and discourage from its use.

### Customer Surveys

If one attempts to forecast consumer behavior in response to different prices, the evident way is to directly ask the customers. One of the first applications of direct surveys was a psychologically motivated method for estimating WTP developed by Stoetzel (1954). Stoetzel's idea was that there is a maximum and minimum price for each product which can be elicited by directly asking the customers. Studies based on this idea consist of the following two questions formulated by Marbeau (1987):

1. "Above which price would you definitely not buy the product, because you can't afford it or because you didn't think it was worth the money?

Exhibit L
224

2.  Below which price would you say you would not buy the product because you would start to suspect the quality?"

Directly asking respondents to indicate acceptable prices is referred to as a *direct approach* to measure WTP. Other researchers continued to build upon this idea and research in this area became quite popular (e.g., Abrams, 1964; Gabor et al., 1970; and Stout, 1969). Van Westendorp (1976) introduced a price sensitivity meter which included two additional questions on a reasonable cheap price and a reasonable expensive price of the product under consideration. Applications of this approach can be still found in commercial applications (for example, the pan-european market research company GfK utilizes the procedure to attain critical price ranges for new or re-launched products).

Recently, several other procedures based on direct customer surveying have been established. An example is the commercial tool BASES Price Advisor by ACNielsen. The tool's procedure presents the subjects with several typical product profiles. The products can be in an early conceptual phase or already marketable. The subjects are then asked to name prices at which they consider a product to have a very good value, an average value, and a somewhat poor value. From the responses, purchase probabilities for different prices are derived. According to Balderjahn (2003, p. 392) the price for "a somewhat poor" value could be interpreted as reflecting a respondent's WTP.

Quite obviously, directly surveying customers has some flaws:

1.  By directly asking the customers for a price, there is an unnatural focus on price which can displace the importance of a product's other attributes.
2.  Customers do not necessarily have an incentive to reveal their true WTP. They might overstate prices because of prestige effects or understate prices because of consumer collaboration effects. Nessim and Dodge (1995, p. 72) suppose that "buyers in direct responding may also attempt to quote artificially lower prices, since many of them perceive their role as conscientious buyers as that of helping to keep prices down". Nagle and Holden (2002, p. 344) observe the opposite behavior. To not appear stingy to the researcher respondents could also overstate their WTP.
3.  Even if customers reveal their true valuations of a good, this valuation does not necessarily translate intro real purchasing behavior (Nessim and Dodge, 1995, p. 72).
4.  Directly asking for WTPs especially for complex and unfamiliar goods is a cognitively challenging task for respondents (Brown et al., 1996). While it remains unclear whether this leads to over- or understating of true valuations a bias is likely to occur. Note, that this effect also occurs in the Vickrey auction and the BDM mechanism which were introduced in the previous section about experiments.
5.  The perceived valuation of a product is not necessarily stable. Buyers often misjudge the price of a product, especially if it is not a high frequency purchase or an indispensable good (Marbeau, 1987). This can lead to an abrupt WTP change once the customer learns the market price of the product.

An empirical comparison between a field experiment, a laboratory experiment, and a personal interview was carried out by Stout (1969). In this experiment the prices for different products were varied and the changes in demand were measured. The results showed significant quantity changes on systematic price changes in the field experiment. As expected, the demand for the products decreased as the prices were raised and vice versa. For the other two methods, no significant changes in demand for the products could be measured caused by raised and lowered prices. The personal interview even contained reversals. For some respondents the demand increased when the prices were raised.

Overall, directly asking customers' WTP for different products seems not to be a reliable method. Balderjahn (2003, p. 402) explicitly alludes to the distortional effects of direct surveys and pleads against its use. Nagle and Holden (2002, p. 345) even state that "the results of such studies are at best useless and are potentially highly misleading".

Exhibit L
225

*Innovative Marketing, Volume 2, Issue 4, 2006*                                    15

## Indirect Surveys

Brown et al. (1996) argue that for a respondent it is cognitively easier to decide whether a specific price for a product is acceptable than to directly assign a price. When the respondent is presented competing product alternatives and their prices, he or she can be asked to apply a preference rating, preference ordering or select his most preferred choice.

In contrast to directly asking respondents for their WTP, customers are presented product profiles with systematically varied prices and are asked to indicate whether they would purchase the good at that price or not. This measurement approach is denoted to as indirect survey (cf. Marbeau, 1987).

In an approach proposed by Camron and James (1987), the authors suggest to present to a random sample of respondents product profiles with randomly assigned prices. Camron and James (1987) explain their technique as follows: "Across the selection of product scenarios, the investigator is free to vary not only the proposed price, but also the levels of all other product attributes. Each consumer's willingness or unwillingness to purchase the specific product at the designated price is recorded. If the experimental design includes variability in the levels of prices, product attributes, and consumer characteristics, the researcher will be able to use the statistical techniques [...] to calibrate the demand function."

Methods based on this idea are discussed in the following sections.

### Conjoint Analysis

Generally speaking, conjoint analysis is a technique for measuring individuals' preference structures via systematical variations of product attributes in an experimental design. A product's attribute is considered as a set of possible realizations, which are referred to as the attribute's levels. The respondent is presented a number of product profiles consisting of realizations of the product's attributes and arranges them according to her or his perceived preference, e.g., by indicating a rank order with respect to the degree of preference. These overall preference evaluations are used to make inferences of the relative contributions of the different attribute levels. The latter are called part-worths and the evaluation of a full product stimulus is referred to as the product's utility. In a conjoint study part-worths are estimated for all attribute levels. That is, each level is assigned a number, such that the respondents' preference structure based on the attributes and levels is represented. The measurement focusing on the different attributes is called importance. The importance of one attribute is based on the level's part-worths and simply describes the range of the part-worths from the least preferred to the most preferred level. Overview articles on the development of conjoint analysis can be found in Carroll and Green (1995), Green and Srinivasan (1978, 1990), Gustafsson et al. (2000), Louviere (1994), and Rao and Hauser (2004).

The conjoint methods considered here follow the assumption of an *additive compensatory decision rule* that governs respondents' information processing (cf. Young, 1973; Lilien et al., 1992 p. 93 ff.; and Johnson, 2001). This assumption on utility formation is quite common in the marketing literature (cf. Lilien et al., 1992, p. 93 ff.). Hence, the utility of product $c$ is calculated as the sum of the part-worths of the levels of all attributes as follows:

$$y_c = \sum_{a=1}^{A} \sum_{l=1}^{L_a} \beta_{al} \cdot x_{al}$$

with

$y_c$: Rank of product card $c$

$\beta_{al}$: Unknown part-worth of level $l$ and attribute $a$

$x_{al} = 1$ if product card $c$ has level $l$ of attribute $a$ and 0 otherwise.

Exhibit L
226

Green and Rao (1971) were among the first who introduced conjoint measurement into the marketing literature. Since then, the methodology experienced many extensions and refinements and today represents an important technique of the modern marketing analyst's toolbox (see e.g., Wittink and Cattin, 1989; Wittink and Burhenne, 1994; Voeth, 1999; Hartmann and Sattler, 2002a, 2002b).

The classic approach to conjoint measurement is *full profile conjoint analysis* (Green and Rao, 1971). In full profile conjoint analysis the subjects are presented sequences of product profiles that are described as a combination of the levels of all attributes. These full profile stimuli are presented on cards with textual and/or graphical descriptions of the product profiles. The respondent's task is to evaluate each of these profiles. In the classical case, preference rankings of the product cards are provided and the parameters $\beta_{al}$ of the respondent's preference structure need to be fitted. If the rankings of the respondent are treated using an ordinal scale, typically MONANOVA (Kruskal, 1965) is applied. If the rankings are assumed to be equidistant, they can be treated using an interval scale and OLS regression or ANOVA can be applied. However, various studies have shown that different estimation procedures do not lead to significantly different results (e.g., Cattin and Wittink, 1976; Carmone et al., 1978; and Wittink and Cattin, 1981).

Once the part-worths are fitted, a utility score for any stimulus composed from the attributes and levels can be predicted using the additive composition rule. Note that the utility can also be calculated for products that were not actually presented to the respondent during the study as long as they are constructed only from attribute level which were part of the analysis.

Naturally, apart from rankings other answer formats for measuring preferences in conjoint experiments can be employed as well (see, e.g., Otter, 2001, p. 64 ff. for an overview and a comparative empirical evaluation). For example, the respondents can be instructed to rate the product profiles on a 1-7 attractiveness scale (Huber, 1997) or a 0-100 purchase likelihood scale (Mahajan et al., 1982). Such rating-based approaches are also frequently denoted as metric conjoint analysis (Louviere, 1988). The recovery of part-worths is accomplished in the same way as the estimation procedure for ranking data as described above. Furthermore, the use of choices as an answer format in conjoint studies converges to the methodology of discrete choice analysis, which is further discussed below.

Apart from full profile there exist other conjoint approaches. So-called *trade-off methods* confront the respondent with only two attributes at a time (Johnson, 1974). This is done for all attribute pairs. The intention of using partial profiles instead of full profiles is to avoid information overload tendencies that are likely to occur when all possible attributes are present in a product stimulus (Green and Srinivasan, 1978). However, the drawback with trade-off matrices is that by decomposing the factors into two-at-a-time partial profiles, there is a sacrifice of realism to the respondent who is confronted with incomplete products (Green and Srinivasan, 1978). In this sense full profiles can be considered as more realistic and trade-off method is rarely used in practice (Wittink and Cattin, 1989).

There exist conjoint methods that use self-explicated data to elaborate the estimation of each respondent's utility function. Self-explicated data are elicited directly by asking the respondent to rate the different attributes levels. Such a procedure typically entails the following steps (cf. Fishbein, 1967; and Green and Krieger, 1996).

1. The decision maker rates the desirability of each of a set of possible levels of each of a set of attributes on, e.g., a 0-10 scale.
2. Following this, the decision maker rates the importance of each attribute on, e.g., a 0-10 scale. In this model, a part-worth is defined as the product of the attribute's importance times the associated level's desirability.

In *hybrid conjoint analysis* self-explicated data are used to obtain preliminary part-worths for each respondent. After this, a limited number of full-profile cards is presented for evaluation. Thus, the number of profiles and, as a consequence, information overload tendencies can be reduced. The profiles are chosen and presented to all respondents in such a way that each profile is at least rated once. The evaluations are pooled and group level part-worths are estimated by dummy variable

Exhibit L
227

regression (Green et al., 1981). The part-worths at the individual level are then fitted with data from the group level estimates of the full profile task by multiple regression analysis. Several empirical studies have shown that cross-validity of hybrid models is better than self-explicated data alone. However, full-profile models appear to be superior of hybrid models (Green and Krieger, 1996). In newer hybrid models, part-worths from a self-explicated task are fitted with individual level estimates from full-profile conjoint. If the number of full profiles is reasonable and an orthogonal design can be applied, individual level part-worth estimates can be calculated for all attributes and levels. This can increase the internal validity measured on holdout scores of hybrid models (Green and Krieger, 1996).

*Adaptive conjoint analysis (ACA)* also uses self-explicated data as preliminary input. Instead of combining the data with full product profiles partial profiles are used. ACA was developed in the beginning of the 1980's when the technological possibility arose to perform computer-administered interviews (Johnson, 1987). Based upon the self-explicated data, the respondent has to evaluate a sequence of pairs of partial profiles. The method is called adaptive because the selection of the subsequent partial profiles is adapted based on the respondent's preference indications. Using ACA studies with more attributes and levels can be performed than with full profile conjoint analysis. ACA has successfully been implemented in many conjoint studies and was the most frequently chosen method in Europe (Wittink and Burhenne, 1994) and the USA in the 1990s (Orme, 2003). The advantage of ACA over other conjoint methods is that it is a combined presentation and estimation computer package. With a web-front end it can be also used for online surveying.

### Using Conjoint Measurement in Pricing Studies

According to the literature, pricing studies are one of the most important applications of conjoint analysis (e.g., Gustafsson et al., 2000, pp. 6-7). In a study on conjoint applications in the US in the years 1981-1985 Wittink and Cattin (1989) surveyed 59 companies who carried out 1062 conjoint studies. 38% of the identified studies were pricing studies. In a similar study on the application of conjoint analysis in the European market in the years 1986-1991 Wittink and Burhenne (1994) surveyed 66 companies and reported a total of 956 conjoint studies. Out of these 46% were pricing studies. Baier (1999) carried out a smaller study in the German market. 8 companies were interviewed and 382 conjoint studies were identified, of which 62% were pricing studies. Hartmann and Sattler (2002a,b) surveyed 54 marketing research institutes in Germany, Austria, and Switzerland in the year 2001. These institutes performed a total of 304 studies regarding preference measurement. 121 studies were documented in greater detail by the marketing research institutes, showing that 48% were pricing studies.

Not only overview articles on the usage of conjoint analysis show its importance in pricing research. Also, publications of the application of conjoint analysis in scientific journals illustrate its importance. In a broad review Voeth (1999) summarizes the publications on conjoint analysis in German between the years 1976-1998. Most of the identified 150 studies were published in the 1990s of which 31 studies explicitly focused on pricing.

Some of the best examples from the literature regarding pricing studies performed by conjoint analysis in important German and English scientific journals are Currim et al. (1981), Mahajan et al. (1982), Goldberg et al. (1984), Green and Krieger (1990), Hanson and Martin (1990), Balderjahn (1991), Green and Krieger (1992), Eppen et al. (1991), Venkatesh and Mahajan (1993), Balderjahn (1994), Eggenberger and Christof (1996), and Green et al. (1997). As can be seen from practical applications and journal publications, pricing studies are an important field of conjoint analysis. Apparently, conjoint analysis is a method which is well suited for pricing studies (cf. Diller, 2000, p. 202).

The commonly used approach in pricing studies by conjoint analysis is incorporating the price in the study as an additional attribute (e.g., Green and Srinivasan, 1990; Orme, 2001). The levels of the attribute price are then assigned part-worths like the other attributes. For different part-worths

Exhibit L
228

of price points, interpolation heuristics are applied to obtain the part-worth for any intermediate level which was not part of the conjoint analysis.

Kohli and Mahajan (1991) published the first article explicitly focusing on WTP estimation within a conjoint analytical framework. The authors define WTP as follows: "We assume that a consumer's reservation price for a new product is determined by his or her (estimated) utility for the product in relationship to the price and utility for his or her most preferred product among all product offerings in his or her evoked set." An evoked set consists of all products that are accessible to an individual consumer and perceived as potential consumption alternatives, of which one, and only one, can and will be purchased. Formally, Kohli and Mahajan model WTP estimation based on conjoint data as follows:

$$u_{it|\sim p} + u_i(p) \geq u_i^* + \varepsilon.$$

In this notation individual $i$ prefers product $t$ over some status quo product with utility $u_i$. The status quo product has the highest estimated utility of any currently available product in consumer $i$'s evoked set. Product $t$ is preferred if the sum of the part-worths of the non-price attributes $u_{it|\sim p}$ and the part-worth due to price $u_i(p)$ is higher than the utility of the status quo product plus some arbitrarily small number $\varepsilon$.

In the remainder of their work the authors assume that the WTP observations are drawn from a normal distribution. They estimate this distribution and describe shares of preference for different products at different prices based upon the distribution's density function.

In an empirical application study, Kohli and Mahajan tested different apartment concepts among MBA students. The preference structure for the concepts is estimated for each individual via conjoint analysis. Price is included as an attribute and modelled as a continuous linear variable in the multi-attribute preference function. A status quo apartment is assumed to be given at a fixed price. This status quo apartment is the same for every respondent. Against this apartment the prices for all other concepts at which the respondents would switch away are calculated. These prices are representing the participants' WTPs.

Note that the prerequisite for a correct forecast of a respondent's WTP is that he or she perceives the status quo apartment the best alternative in his or her evoked set. Furthermore, every respondent must be willing to purchase the status quo product at the current price. Notice this approach rests on the critical assumption that all respondents are willing to purchase the status quo product, otherwise, conjoint data only poorly reflect realistic market behaviour (cf. Balderjahn, 1993; Weiber and Rosendahl, 1997).

Another problem is respondents' heterogeneity with respect to status quo products: Different participants might consider different products their best alternative. Hence, using the same status quo product for all participants might not yield correct WTP predictions. Researchers reacted to this problem by letting every respondent indicate his or her own status quo product. Voeth and Hahn (1998) let the subjects arrange the product profiles in a rank order and then insert a so-called limit-card. Up to the position of the card, the respondent would be willing to purchase the product profile at the indicated price, below the card the respondent would not purchase the product. The product at the position of the limit-card is used as the status quo product. This approach was picked up by other researchers. A somewhat different approach was used by Sattler and Nitschke (2003) where the subjects order different product profiles with prices and then indicate those which they would actually purchase. The stimulus with the lowest overall part-worth is then used as the status quo product.

A crucial design question for conjoint interviews with price is to set appropriate price levels. Usually the attribute price is set so that it covers the range of usual market prices. This is problematic for respondents whose WTP is far above or below the average market price. These respondents rate or rank a large number of profiles with prices assigned that are far displaced from their WTP. It can happen that the relevant product stimuli are only presented in very few conjoint questions

Exhibit L
229

*Innovative Marketing, Volume 2, Issue 4, 2006*                                        19

and therefore only few relevant data-points are elicited. Furthermore, using a fixed range of market prices does not allow the estimation of market expansion or contraction effects, if the prices for the products were set outside of the range of usual market prices.

Jedidi and Zhang (2002) question that the assumption of unconditional category purchase holds when new products are introduced that attract consumers, who did not buy in that category before. Therefore, the authors depart from the approach by Kohli and Mahajan (1991) by estimating an origin of zero utility for each respondent individually. With this, the authors dismiss the assumption that every respondent would accept a status quo product and allow the estimation of market expansion and contraction effects caused by consumers who switch to and from the category. In their approach a consumer's WTP is the price at which the consumer is indifferent between buying and not buying the product, given all consumption alternatives available to the consumer (e.g., products in other categories). Formally, Jedidi and Zhang present the condition for WTP $r_i(P)$ that some individual $i$ has for some product $P$ as:

$$U_i\left(P, \frac{m_i - r_i(P)}{p_i^y}\right) - U_i\left(0, \frac{m_i}{p_i^y}\right) \equiv 0.$$

As in economic theory each individual has a utility function $U_i(P, y_i)$ for the consumption of the product $P$ and the consumption of some amount of the composite product $y_i$. The amount of the composite product consumed by the individual is expressed in terms of a budget constraint $m_i = p_i^y y_i + p$ and the price $p$ for product $P$. Based upon the assumption that WTP solely depends on the alternative purchase opportunities, Jedidi and Zhang interpolate between the levels of the attributes in the conjoint study and extrapolate to zero. The derived utility for the absence of the attribute is assigned zero monetary value. This is assumed to be the origin of utility for that attribute. Offset to this part-worth, the exchange rate between utility and price is used to calculate the WTPs.

Table 1

Example of attributes price and hard drive with assigned levels and estimated part-worths

| Hard Drive | Part-Worth |
|---|---|
| 100 GB | 10 |
| 200 GB | 15 |

| Price | Part-Worth |
|---|---|
| 500 € | 10 |
| 200 € | 50 |

To illustrate the approach, we give a brief example for the two attributes price and size of hard drive shown in Table 1. The part-worths of the attribute levels are estimated by conjoint analysis. The linear extrapolation of the size of hard drive to 0 GB leads to 5 utility units (calculated from the numbers in the upper part of Table 1). Since 5 utility units is equivalent to the absence of hard drive, the authors derive that the respondent would pay no money for 5 utility units. The exchange rate between utility and price in this example calculates to 10 € per utility unit ((500 € -100 € ) / (50 -10) = 10 €). Using the exchange rate between utility and price and subtracting the utility for which the respondent would pay no money the authors calculate an individual's WTP for the levels of hard disc. For 100 GB hard drive the WTP of the individual would be 50 € (calculated by (10 -5)·10 € = 50 €).

Exhibit L
230

Jedidi and Zhang present an empirical study carried out amongst MBA students at a major U.S. university. The students participated in a conjoint analysis for notebooks consisting of the attributes price, brand, memory, speed, and hard drive with either two or three levels. The data were collected with a traditional conjoint measurement method. The authors simulate market shares and profits at different prices for the new notebook and show that their estimation yields different results compared to a conventional approach with a status quo product. In the conventional approach the market is simply divided between the offered products. In order to test the validity of their model Jedidi and Zhang compute the correlation between self-stated WTPs and estimated WTPs for the new product and find a positive correlation between the two values across the consumer population.

Jedidi and Zhang's approach does not require status quo products and is able to estimate the share of non-buyers which reflects real market behavior with market expansion and contraction phenomena more adequately. This is accomplished by using an augmented set of conjoint data with assumed choices via interpolation heuristics. However, since actual choice data are not explicitly collected, validation of the interpolation results remains an open issue.

### Limitations of Existing Conjoint-Based Approaches

In all approaches presented in the previous section price was incorporated in conjoint designs as an additional attribute in order to provide WTP estimates. This practice, however, has some severe shortcomings which will be discussed in the remainder of this chapter. By doing so, we distinguish the following three types of problems encountered with the inclusion of price attributes in conjoint experiments:

1. ***Theoretical Problem:*** By treating price as an attribute in a conjoint study, part-worth utilities are estimated for the presented price levels. By definition price does not have a utility, rather it reflects an exchange rate between different utility scales, implying, the price of goods do not influence the goods' utility. Rather, it denotes how much of alternative consumption (with the associated utility) has to be given up to consume the good.

2. ***Practical Problem:*** The occurrence of interactions between price and other attributes are likely to occur in a conjoint study. When this happens the additive-compensatory model is violated. Furthermore, crucial effects are the price effect, the range effect, and the number-of-levels effect that occur when price is included as an attribute. Last but not least, problems calculating the interpolation heuristics between utility and price can occur, when more than two price levels are used.

3. ***Estimation Problem:*** Traditional conjoint analysis does not incorporate a decision rule. That is, only preference structure is estimated and not choices for or against different products. When the objective is to estimate WTP, researchers need choice information. This information is usually added to the data by assuming or explicitly asking the respondents for a status quo product with an associated WTP. Estimating the WTPs for all products of the conjoint study based on one data-point (the status quo product) only might not be sufficient for accurate estimations.

Let us first address the **theoretical problems** raised: In neoclassical economic theory of consumer behavior price is treated as an exogenous variable. It bears no more information to a customer besides how many units of different goods he or she may consume before the budget is exhausted. This treatment of price permits the construction of choice behavior and indifference curves as well as demand functions. In these neoclassical approaches price enters any model solely through a budget constraint (cf. Varian 2003, chap. 5-6)[1].

---

[1] Nevertheless, besides an allocative function of the budget constraint, price can bear information for the customer. Price can provide evidence of quality, as was first documented by Scitovsky (1945). On this topic a great number of empirical studies have been carried out, an overview is given in Rao (1993) and recent publications include Sattler and Rao (1997) and Brooks et al. (2000). These studies indicate a mixed relationship between quality and price. A very low price might be perceived as an indicator of low quality, and vice versa a very high price might be perceived as an indicator for high

Exhibit L
231

*Innovative Marketing, Volume 2, Issue 4, 2006*                                                                 21

By assigning part-worth utilities to the price levels of the study, price is treated fundamentally different than in neoclassical economic theory. As emphasized by Rao and Gautschi (1982) this approach is data-based rather than theory-based. The conjoint analyst would simply treat price as another attribute in the multi-attribute utility function because it makes estimation of response behavior simple. Srinivasan (1982) responded to the argumentation of Rao and Gautschi (1982) that the distinct treatment of price is not so great after all and should not cause theoretical problems. If a consumer's WTP for a product solely depends on the consumer's budget constraint and the consumption alternatives given elsewhere, the utility function of two goods, the good of interest and the composite good, can be re-arranged into a utility function of only the good of interest with price included as an attribute that attaches value to the product (cf. Ratchford, 1979; and Srinivasan, 1982).

However, we believe that in real purchase situations WTP does not only depend on the composite product and a budget constraint but also on alternative product offerings, so-called reference products. Therefore, the theoretical problem of including price as an attribute in conjoint analysis still remains unresolved.

***Practical Problems:*** When the participant of a conjoint analysis with randomly assigned profiles is presented a ranking or rating task, it is possible that some of the presented profiles have an unfairly high price to some respondents or appear to be an extremely good deal. When this happens, the respondents fail to compare the current profile with other profiles and this would lead to a non consistent ranking or rating. These profiles would be rated artificially low or high. If this happens, the additive-compensatory model is violated and interactions between certain price levels with other attribute levels have occurred. This is likely to happen in a conjoint study with price as an attribute (Weiber and Rosendahl, 1997). Attempts to relax the restrictive assumptions of compensatory decision models are numerous in the psychometric literaterature (cf., e.g., Tversky, 1972; Tversky et al., 1988) as well as in marketing. A general discussion as well as advanced more flexible modeling approaches towards this direction are provided by Gilbride and Allenby (2004), Jedidi and Kohli (2004), Yee et al. (2005).

The price effect occurs when the number of attributes becomes large. In conjoint studies with many attributes of which one is price the importance of price tends to be artificially understated, and the degree of understatement increases as the number of attributes increases (Orme 2003). Practitioners attempt to overcome this problem by calibrating the importance of price in a post process by re-scaling the importance of the attribute price.

The range effect is a well studied effect in psychophysics (e.g., Parducci, 1974). If the physical range of attribute levels in an experiment is altered, the range of the stimuli responses is also altered (Verlegh et al., 2002). This is important for price, because price does not have a natural upper or lower limit. In a traditional price study using conjoint analysis determining the range of acceptable prices is crucial. Choosing a price range that is very wide, covering all possible prices will result in a larger importance of the attribute price, than if a narrower range was chosen.

Another important effect in conjoint analysis is the number-of-levels effect. This effect has been studied by many authors (e.g., Wittink et al., 1989; Steenkamp and Wittink, 1994). Increasing the number of levels of an attribute increases the attribute's importance significantly (Green and Srinivasan, 1990). The number-of-levels effect is even stronger than the range effect (Verlegh et al., 2002). Again, since price does not have a natural number of levels, the conjoint analyst must decide how many levels to use. In many cases, certain price levels are of special interest to a re-

---

quality. There also exist goods for which the allocative effect of price is reversed. For these products preference for buying increases as a direct function of price. They are called Veblen goods, examples are expensive wines and perfumes. Decreasing their prices decreases consumers' preferences for buying them because they are no longer perceived as exclusive or high status products (Leibenstein, 1950). However, in this work we focus on "normal" products and do not wish to separate the allocational and informational effect of price. Instead, we are generally interested in WTP estimation which contains both effects.

Exhibit L
232

searcher which confronts the researcher with the dilemma that inserting the intermediate levels of interest, artificially increases the importance of price.

The price effect, the range effect, and the number-of-levels effect cannot be avoided for price, when it is included as an attribute in a conjoint study.

Another problem occurs by using more than two price levels. The estimation procedure for attribute level parameters is usually not constrained to support a natural ordering of the levels. But price has a natural ordering: A higher price level should have a lower part-worth than a lower price level. In unconstrained estimation it is possible and sometimes expected that the natural ordering of part-worths of price levels contains reversals (Orme, 2001). Practitioners get around these problems by using as few levels as possible (Orme, 2002). Another problem that occurs if more than two price levels are used is to decide how interpolation heuristics should be applied to estimate an exchange rate between utility and price. Possible heuristics are piecewise linear interpolation between the price levels, least squares fitting, or using the highest and lowest price level for linear interpolation only. Depending on the interpolation heuristics different WTPs are estimated for the products of the conjoint study.

*Estimation Problems:* Traditional conjoint analysis does not include a way to estimate choice behavior. In particular, the respondent cannot indicate that he or she would refuse to accept a product at a certain price level, even though he or she would prefer that product offering over others which are even less desirable. Indication of refusal to accept is only explicitly present in discrete choice analysis which is discussed in the next section. Forecasting choice behavior based on conjoint data can only hypothesize that a respondent would actually purchase some of the product stimuli at certain price levels. Calculating the WTPs of an individual is usually done by offsetting the products prices to a status quo product. However, the estimation of the exchange rate between utility and price for all product stimuli and the assumption that all possible prices only rely on just one indicated status quo product and its price seems not very robust. We believe that it would be better to elicit more data points in order to fit the exchange rate between utility and price.

### Discrete Choice Analysis

In discrete choice analysis the respondents choose between alternative product profiles (Ben-Akiva and Lerman, 1985; and McFadden, 1980, 1986). In a conjoint measurement context this is also referred to as choice-based conjoint analysis (cf. Louviere and Woodworth, 1983). The connection to conjoint analysis lies in the ability of both methods to decompose products into attribute levels and estimate part-worths for these levels. The difference lies in the underlying estimation methods (for a detailed discussion see, e.g. Louviere et al., 2000). Albeit, as further outlined below, recent developments allow individual level estimates as well, conventional discrete choice analysis tries to estimate a latent utility structure on the aggregate or segment level (see, e.g. mixture models as outlined in Wedel and Kamakura, 2000).

The utility structure is estimated based on a choice set, which is typically (but not necessarily) fixed across all respondents. Every choice can be fully described in terms of its attributes. The respondents are presented different alternatives and indicate which one they would actually choose. Often the respondents are provided a no-choice alternative, to indicate that they would not choose any of the presented product profiles (cf. DeSarbo et al., 1995; and Haaijer et al., 2001).

A latent preference for every choice in the evoked set is assumed to exist at the aggregate (or segment) level. The evoked set refers to the set of possible products or brands the respondent is currently considering in the decision process. This latent preference is estimated based on choices between different product profiles the participants make during the analysis. For every participant the utility value for a choice is modeled consisting of a deterministic component, that represents the latent preference structure at the aggregate level, and a random component. The random component is due to fluctuations in perceptions, attitudes, or other unmeasured factors (McFadden, 1986). Depending on whether the random component is normally or logarithmically distributed, the model is referred to as a probit-model or a logit-model. The more common model is the logit model.

Exhibit L
233

*Innovative Marketing, Volume 2, Issue 4, 2006*                23

Based upon random utility theory, the utility that an individual *i* assigns to some alternative can be described as

$$U_i = V_i + \varepsilon_i.$$

In this notation $U_i$ is the unobservable, but true utility of alternative *i*. $V_i$ is the observable or systematic component of utility and $\varepsilon_i$ is the random component.

Price is included as an attribute of the product profiles and the levels cover the range of the possible and meaningful prices. The probability for the choice for a specific alternative *i* from a specific choice set can be described by the multinomial logit model

$$P_C(i) = EXP(V_i) / \sum_{j \in C} EXP(V_j).$$

"In this model, $C = \{1, 2, ..., M\}$ denotes a set of available alternatives, indexed from 1 to *M*, and *P* is the probability that an individual when presented with this set will choose alternative *i*" (McFadden, 1986). Note that *V* does not depend on the individual. This parameter describes the latent preference structure of the population. The unknown parameters $V_j$ for all alternatives $j \in C$ are typically estimated from the data by the maximum likelihood procedure. The probability for a product $P_C$ is used as a market-forecast and can be viewed as the potential market share.

Since part-worths for different prices are estimated, a change in price can be expressed in terms of change in utility and exchange rate between utility and price can be calculated. Given this exchange rate, the WTP for any product profile relative to the most preferred choice in an individual's evoked set can be calculated. An example of an empirical study using this approach can be found in Balderjahn (1991). A comparison between ratings-based conjoint analysis and discrete choice analysis can be found in Elrod and Louviere (1992). The authors find little difference between the two methods with respect to predictive validity on holdouts.

From the estimation procedure described above we see that discrete choice modeling aims at estimating preference structure at the aggregate level. In this approach it is not possible to directly estimate part-worths at the individual level because usually too few data points are elicited for each respondent. This is due to the fact that the observation of a choice out of an evoked set only contains information about the chosen product and not about the remaining products. This is different in conjoint analysis in which a ranking or rating of all products is provided by the respondent.

However, recent improvements of powerful Markov Chain Monte Carlo simulation methodologies have been shown to successfully alleviate the estimation problems of individual level part-worths (and hence also WTP) in a number of discrete choice type studies (cf., e.g., Allenby and Ginter, 1995; Lenk et al., 1996).

## Comparison of Methods

Many authors have compared competing approaches to WTP measurement. A brief summary of their findings is reported in the following. An early comparison between direct surveys eliciting WTP, conjoint analysis using ranking, and conjoint analysis using rating was performed by Kalish and Nelson (1991). The experiment was conducted among undergraduate and first year graduate students of different business classes. The authors tested the three approaches in terms of their predictive validity on holdout products. The products of the experiment were airline tickets described by the non-price attributes service level, seating room, and non-stop. In the direct survey the respondents were asked to state their WTP for different product configurations. WTP was explained to the students as the amount of money that would make them indifferent between purchasing the ticket and keeping the money. For the two conjoint approaches prices covering the usual range of typical prices in the market were used. For the ranking the students were asked to bring the products into a preference order, for the rating the students were asked to distribute a number of rating points over the presented prod-

Exhibit L
234

ucts. The main goal of Kalish and Nelson's experiment was to test for internal validity by predicting holdout products. At the end of every survey the participants were presented four product profiles (so-called holdouts) with assigned prices and were asked to indicate their preferred choice. The predicted choices derived from the data of the three surveys were compared to the actual choices of the respondents. The predictive validity of the conjoint models based on rankings as well as the model based on ratings clearly outperform the model fit from the directly elicited WTPs. 62% of the first choices were correctly predicted in the two conjoint approaches compared to only 46% for the direct survey. The authors find that directly surveying WTP "is not as robust to respondent involvement as are ranks or ratings" (Kalish and Nelson, 1991).

More recently, researchers tested different approaches to WTP estimation for external validity. Sattler and Nitschke (2003) performed an empirical comparison of the methods direct survey, conjoint analysis, first-price auction, and Vickrey auction. The authors elicited WTP for different prepaid telephone cards among students. Each of the students was exposed to all four instruments in random order. Based upon the WTP estimates derived from the four instruments, Sattler and Nitschke systematically tested for differences. Furthermore, they tested for external validity by requiring a sub-sample of respondents for each instrument to actually purchase the telephone card at the indicated WTP. All approaches except the two auction mechanisms show significant pairwise differences in estimated WTPs. The results of the study indicate that WTP is systematically higher in hypothetical settings where the subjects do not have to make a purchase at the end. In real settings, with a purchase at the end, the estimated WTPs are systematically lower. These findings are consistent with other studies, for example by Harrison and Rutström (2004) and Wertenbroch and Skiera (2002). Sattler and Nitschke discover this bias for the methods conjoint analysis, ascending auction, and Vickrey auction. Also in the setting with the real purchase at the end, the estimated WTPs exhibit significant pairwise differences between the four methods. The authors draw the conclusion that one cannot decide which method mimics real market best and thus should be advised for use.

In a different study Backhaus and Brzoska (2004) used a Vickrey auction to test external validity of WTPs estimated by a conjoint procedure and by discrete choice analysis. The authors assume that the Vickrey auction is feasible to elicit true product valuations and therefore can be used to test hypothetical procedures for external validity. For the conjoint procedure a Limit-card (as described above) was used. The object of their study is a selection of four different DVD players for which the subjects could place bids in a Vickrey auction after completing one of the two interviews. Backhaus and Brzoska constructed a price-response curve for each player from the observed bidding data as well as from the data elicited by conjoint analysis and by discrete choice analysis. A comparison showed that the two hypothetical procedures substantially overestimated the WTP for the participants of the experiment. At the aggregate level the overestimation by the conjoint approach was smaller than the overestimation by discrete choice analysis. However, at the individual level underestimations of WTPs also occurred which lessens the overestimation at the aggregate level. In a recent comparative study of a broad range of alternative approaches to WTP estimation conducted by Völckner (2005) significant and substantial differences between the derived WTP are reported depending on whether respondents had to pay the stated prices or not (revealed versus stated preferences in our classification system).

## Conclusions and Managerial Implications

In the present paper different methods to estimate consumers' WTP have been discussed. The methods were classified into four groups: Analysis of market data, experiments, direct surveys, and indirect surveys. As discussed, all methods have specific theoretical as well as practical advantages and drawbacks, which we summarize in Table 2.

Market data represent customers' purchase behavior. Depending on whether the data are already available and on the size of the data set this can be a cost effective and time efficient method to estimate consumer's WTP. Since WTP estimates are derived from actual demand data, they are generally very reliable and reflect highly external valid results. In many practical situations, how-

Exhibit L
235

*Innovative Marketing, Volume 2, Issue 4, 2006*                    25

ever, usage of market data is not appropriate for WTP estimation. In particular, for new or hypothetical products that are not yet available in the market there is no market data available. Equally, market prices frequently do not contain sufficient price variations to estimate demand at different price levels.

Table 2

Comparative evaluation of competing methods for measuring willingness-to-pay

| | Market data | Experiments | Direct Surveys | Indirect Surveys | |
|---|---|---|---|---|---|
| | | | | Conjoint Analysis | Discrete Choice Analysis (CBC) |
| Cost effective | +/- | -- | ++ | + | + |
| Time efficient | +/- | -- | ++ | + | + |
| Flexibility to include new price/product combinations | -- | ++ | +/- | ++ | ++ |
| Validity of estimations | ++ | +/- | -- | + | + |
| Real purchase behavior | ++ | +/- | -- | -- | -- |
| Observed choice behavior | ++ | + | -- | -- | + |
| Individual level estimations | +/- | +/- | ++ | ++ | + |

+ (++)   = (strong) advantage
- (--)    = (strong) disadvantage
+/-      = no clear advantage or disadvantage
         (depending on data-collection and/or estimation method)

By using experiments the above mentioned problems encountered with new products or insufficient price variations can be overcome. In this approach, WTP for different products is also estimated by observing purchase behavior, but in an experiment the products and prices are easily adaptable such that the participants are opposed with the necessary price variations. Depending on the setup, the participants are more or less aware that they are participating in an experiment which might result in biased estimates and loss of external validity (cf. Völckner, 2006). Practical disadvantages related to experiments are the associated expenditures and time needed which makes them less suitable for many practical application contexts.

In general, surveying techniques will be the preferred methodological approach when the manager is facing monetary and/or time constraints. This can be the case when consumer reactions need to be collected as repeated measurements or the results are required to be available quickly. Surveys are also very flexible when product features need to be varied and when a larger set of possible prices need to be tested. In surveys the respondents state their choice or desire for a number of products. Since, in general, real purchase behavior remains unobserved WTP estimates derived from survey data can be typically considered to exhibit a lower degree of validity as compared to, e.g., WTP estimated from market data. Direct surveys require the respondents to (directly) state how much he or she is willing to pay for a specific product or bundle of attributes. Naturally, this approach has a number of possible biases. For example, it is often difficult to state a WTP for an unfamiliar product. WTP also tends to be sometimes overstated because of prestige effects or understated due to consumer collaborations effects to keep the prices low.

In many real-world applications, indirect survey approaches turn out to be the method of choice for WTP estimation, because they usually exhibit both higher internal and external validity. Using indirect approaches the respondents are confronted with a number of different products (or attribute combinations) with assigned prices and have to choose the most preferred one or are involved in a task to rank or rate the offered combinations of products and prices. Based upon the choices the respondents make (or the applied rank order) WTPs for the different products can be estimated by statistical techniques.

Exhibit L
236

Among indirect surveys, two groups of approaches, namely conjoint analysis and discrete choice analysis (also referred to as choice based conjoint), are available for marketing analysts to estimate WTP. Most of the available methods for conjoint analysis typically are capable to estimate WTP for the respondents at the individual level based on every respondent's data. Generally, WTP estimation at the individual level is particularly important if the price-sensitivity in the market under study is assumed to be heterogeneous. In discrete choice analysis WTP is traditionally estimated at the segment or sample level. Notice, however, that with the diffusion of advanced empirical Bayesian estimation techniques, individual level estimates becomes feasible also in a choice-based conjoint context. Using commonly available statistical software, WTP estimation based on data collected within a discrete choice task currently remains to be more expertise demanding and therefore also more time-consuming than estimations based on ordinary conjoint data.

In conjoint analysis, individual level WTP is estimated based on each respondent's data only. But in contrast to the no-purchase option in discrete choice analysis, in the classical conjoint analysis approach the respondent typically is not asked whether he or she would actually buy a product. With respect to the presentation technique to the respondent, this is regarded as the main disadvantage of conjoint analysis compared to discrete choice analysis. Letting the respondent choose rather than rate or rank mimics real purchase behavior more closely.

To estimate product choice probabilities at different prices based on conjoint data marketers usually assume the existence of a (preferred) status quo product. Furthermore, the respondents of the interview are a priori assumed to buy this product. The WTP for a competing product is then estimated as the price at which the respondent would switch away from the status quo product. With this set of assumptions, WTP cannot be estimated for customers who would actually not buy the status quo product in the first place or have a different (unknown) status quo product. To circumvent this problem, respondents can be allowed to select their individual status quo product themselves.

The gray area in Table 2 (above) shows that the two indirect surveying methods have complementary strengths. In discrete choice analysis, product choice probabilities are estimated the aggregate level and with HB individual level choices can be regained. In conjoint analysis, the preference structure is estimated for each respondent individually but choice behavior is not elicited and price only enters as an additional attribute.

A modified approach that combines the relative strengths of both methods in a two-step interview approach can proceed as follows:

1. A regular conjoint analysis using non-price attributes only is performed to estimate the respondent's individual utility structure. This avoids the above discussed issues with using price as an attribute while exploiting the methodological strength of easily estimating individual utility structures.

2. WTP for product profiles is estimated in a choice-based interview scene (including a no-purchase option). The respondent is presented a sequence of dynamically selected product profiles with associated prices based on the previously determined utility structure. With a suitable search algorithm, one can find several (at least 2) points in the utility-price space where the respondent is indifferent between buying and not buying the presented product. Based upon these datapoints, a model can be estimated (for example a simple linear model by least-squares fitting) that maps the utility of each product profile on a price scale, which represents the individual's WTP for the product.

This new hybrid approach eliminates the shortcomings while combining the strengths of the currently mostly used conjoint and choice based methods. A first implementation of such a hybrid approach is discussed in Breidert et al. (2005).

Our previous discussion revealed that, in general, each method has its specific merits and limitations. Choosing a suitable method depends on the managerial task underlying the estimation of WTP and is influenced by both conceptual considerations (e.g., if individual estimates are required

Exhibit L
237

or not) and practical restrictions (e.g., time and budget availability). With a particular emphasis on conjoint-based methods this article provides a thorough review of available approaches for measuring WTP, evaluates their strengths and limitations and therefore provides marketing managers with a basis for selecting an appropriate method.

## References

1. Abrams J. A New Method for Testing Pricing Decisions // Journal of Marketing, 1964. – N° 28(1). – 6-9.
2. Addelmann S. Orthogonal Main-Effect Plans for Asymmetrical Factorial Experiments // Technometrics, 1962. – N° 4(1). – pp. 21-46.
3. Agarwal M.K. How Many Pairs Should We Use in Adaptive Conjoint Analysis? An Empirical Analysis // AMA Winter Educators' Conference Proceedings, 1989. – pp. 7-11.
4. Ailawadi K.L., Lehmann D.R., Neslin S.A. Revenue Premium as an Outcome Measure of Brand Equity // Journal of Marketing, 2003. – N° 67 (October). – pp. 1-17.
5. Allenby G.M., Ginter J.L. Using Extremes to Design Products and Segment Markets // Journal of Marketing Research, 1995. – N° 32(4). – pp. 392-403.
6. Anderson J., Dipak J., Pradeep K.C. Understanding Customer Value in Business Markets: Methods of Customer Value Assessment // Journal of Business-to-Business Marketing, 1993. – N° 1(1). – pp. 3-30.
7. Backhaus K., Brzoska L. Conjointanalytische Präferenzmessungen zur Prognose von Preisreaktionen: Eine empirische Analyse der externen Validität. // Die Betriebswirtschaft, 2004. – N° 64(1). – pp. 39-57.
8. Baier D. Methoden der Conjointanalyse in der Marktforschungs- und Marketingpraxis // W. Gaul, M. Schader (Eds.), Mathematische Methoden der Wirtschaftswissenschaften, 1999. – pp. 197–206.
9. Balderjahn I. Ein Verfahren zur empirische Bestimmung von Preisresponsefunktionen // Marketing – Zeitschrift für Forschung und Praxis (ZFP), 1991. – N° 13. – pp. 33-42.
10. Balderjahn I. Marktreaktionen von Konsumenten. – Berlin: Duncker & Humblot, 1993.
11. Balderjahn I. Der Einsatz der Conjoint-Analyse zur empirischen Bestimmung von Preisresponsefunktionen // Marketing – Zeitschrift für Forschung und Praxis (ZFP), 1994. – N° 16- – 12-20.
12. Balderjahn I. Erfassung der Preisbereitschaft // H. Diller, A. Hermann (Eds.), Handbuch Preispolitik: Strategien -Planung -Organisation -Umsetzung, – Wiesbaden: Gabler, 2003. – pp. 387-404.
13. Becker G.M., Degroth M.H., Marschak J. Measuring Utility by a Single-Response Sequential Method // Behavioral Science, 1964. – N° 9(2).– pp. 226-32.
14. Ben-Akiva M., Lerman S.R. Discrete Choice Analysis: Theory and Application to Travel Demand. – Cambridge, MA: The MIT Press, 1985.
15. Berman B., Evans J.R. Retail Management. A Strategic Approach. – Upper Saddle River, NJ: Prentice Hall, 2001.
16. Breidert C., Hahsler M., Schmidt-Thieme L. Reservation price estimation by adaptive conjoint analysis // Claus Weihs, Wolfgang Gaul, editors, Classification - the Ubiquitous Challenge. Studies in Classification. – Springer-Verlag, 2005. – pp. 577-584.
17. Brown T.C., Champ P.A., Bishop R.C., McCollum D.W. Which Response Format Reveals the Truth About Donations to a Public Good // Land Economics, 1996. – N° 72(2). – pp. 152-166.
18. Brucks M., Zeithaml V.A., Naylor G. Price and Brand Name as Indicators of Quality Dimensions for Consumer Durables // Journal of the Academy of Marketing Science, 2000. – N° 28(3). – pp. 359-374.
19. Camron T.A., James M.D. Estimating Willingness to Pay from Survey Data: An Alternative Pre-Test-Market Evaluation Procedure // Journal of Marketing Research, 1987. – N° 24(4). – pp. 389-395.
20. Carmone F.J., Green P.E., Jain A.K. Robustness of Conjoint Analysis: Some Monte Carlo Results // Journal of Marketing Research, 1978. – N° 15(2). – pp. 300-303.

Exhibit L
238

21.  Carroll J.D., Green P.E. Psychometric Methods in Marketing Research: Part I, Conjoint Analysis // Journal of Marketing Research, 1995. – N° 32(4). – pp. 385-391.

22.  Cattin P., Wittink D.R. A Monte Carlo Study of Metric and Nonmetric Estimation Methods for Multiattribute Models // Research Paper No. 341, Graduate School of Business, Standford University, 1976.

23.  Chernev A. Reverse Pricing Online: Price Elicitation Strategies in Consumer Choice // Journal of Consumer Psychology, 2003. – N° 13(1&2). – pp. 51-62.

24.  Currim I.S., Weinberg C.B., Wittink D.R. Design of Subscription Programs for a Performing Arts Series // The Journal of Consumer Research, 1981. – N° 8(1). – 67-65.

25.  DeSarbo W.S., V. Ramaswamy, S.H. Cohen. Market segmentation with choice-based conjoint analysis // Marketing Letters, 1995. – N° 6(2). – pp. 137-147.

26.  Diller H. Preispolitik. – Stuttgart: Kohlhammer Edition Marketing, 2000.

27.  Eggenberger, C., Christof, H. Conjoint Measurement zur Gestaltung von internationalen Telefondienstleistungen // Zeitschrift für betriebswirtschaftliche Forschung (ZfbF ), 1996. – N° 48(9). – pp. 841-859.

28.  Elrod T., Louviere J. An Empirical Comparison of Ratings-Based and Choice-Based Conjoint Models // Journal of Marketing Research (JMR), 1992. – N° 29(3). – pp. 368-377.

29.  Eppen G.D., Hanson W.A., Martin K.R. Bundling – New Products, New Markets, Low Risk // Sloan Management Review, 1991. – N° 32(4). – pp. 7-14.

30.  Erichson B. Elektronische Panelforschung. // Hermanns, Arnold und Volker Flegel (Hrsg.). Handbuch des Electronic Marketing. – München: C.H. Beck, 1992. – pp. 183-215.

31.  Farquhar P.H. Managing Brand Equity // Marketing Research, 1989. – N° 1 (September). – 24-33.

32.  Fishbein M. A Behavior Theory Approach to the Relations Between Beliefs About an Object and the Attitude Towards the Object // M. Fishbein (Ed.), Readings in Attitude Theory and Measurement. – New York: Wiley, 1967. – pp. 389-400.

33.  Gabor A., Granger C.W., Sowter A.P. Real and Hypothetical Shop Situations in Market Research // Journal of Marketing Research, 1970. – N° 7(3). – pp. 355-359.

34.  Gaul W., Baier D., Apergis A. Verfahren der Testmarktsimulation in Deutschland: Eine vergleichende Analys // Marketing-ZFP, 1996. – N° 3. – pp. 203-217.

35.  Gilbride T.J., Allenby G.M. A Choice Model With Conjunctive, Disjunctive, And Compensatory Screening Rules // Marketing Science, 2004. – N° 23(3). – pp. 391-406.

36.  Goldberg S.M., Green P.E., Yoram W. Conjoint Analysis of Price Premiums for Hotel Amenitites // The Journal of Business, 1984. – N° 57(1). – pp. 111-132.

37.  Green P.E., Carrol D.J., Carmone F.J. Some New Types of Fractional Designs for Marketing Experiments // J.N. Sheth (Ed.), Research In Marketing, Vol. 1. – Greenwich, CT: JAI Press, 1978.

38.  Green P.E., Rao V.R. Conjoint Measurement for Quantifying Judgemental Data // Journal of Marketing Research, 1971. – N° 8(3). – pp. 355-363.

39.  Green P.E., Srinivasan V. Conjoint Analysis in Consumer Research: Issues and Outlook // The Journal of Consumer Research, 1978. – N° 5(2). – pp. 103-23.

40.  Green P.E., Goldberg S.M., Montemayor M. A Hybrid Utility Estimation Model for Conjoint Analysis // Journal of Marketing, 1981. – N° 45(1). – pp. 33-41.

41.  Green P.E., Krieger A.M. A Hybrid Conjoint Model for Price-Demand Estimation // European Journal of Operational Research, 1990. – N° 44(1). – pp. 28-38.

42.  Green P.E., Srinivasan V. Conjoint Analysis in Marketing: New Developments With Implications for Research and Practice // Journal of Marketing, 1990. – N° 54(4). – pp. 3-19.

43.  Green P.E., Krieger A.M., Agarwal M.K. Adaptive Conjoint Analysis: Some Caveats and Suggestions // Journal of Marketing Research, 1991. – N° 28(2). – pp. 215-222.

44.  Green P.E., Krieger A.M. An Application of a Product Positioning Model to Pharmaceutical Products // Marketing Science, 1992. – N° 11(2). – pp. 117-132.

45.  Green P.E., Krieger A.M. Individualized Hybrid Models for Conjoint Analysis // Management Science, 1996. – N° 42(6). – pp. 850-867.

Exhibit L
239

46. Green P.E., Krieger A.M., Vavra T.G. Evaluating New Products // Marketing Research, 1997. – N° 9(4). – pp. 12-21.

47. Gustafsson A., Hermann A., Huber F. Conjoint Measurement. Methods and Application. – Berlin, Heidelberg: Springer Verlag, 2000.

48. Haaijer R., Kamakura W.A., Wedel M. The 'no-choice' alternative in conjoint choice experiments // International Journal of Market Research, 2001. – N° 43(1). – pp. 93-106.

49. Hanson W., Martin K.R. Optimal Bundle Pricing // Management Science, 1990. – N° 36(2) – pp. 155-174.

50. Harrison G.W., Rutström E.E. Experimental Evidence on the Existence of Hypothetical Bias in Value Elicitation Experiments // C.R. Plott, V.L. Smith (Eds.), Handbook of Experimental Economics Results. – New York: Elsevier Press, 2004. – forthcoming.

51. Hartmann A., Sattler H. Commercial Use of Conjoint Analysis in Germany Austria and Switzerland // Research Papers on Marketing and Retailing, No. 6, University of Hamburg, 2002a.

52. Hartmann A., Sattler H. Preference Measurement in Marketing Research Practice // Proceedings of the 31. Annual Conference of the European Marketing Academy, 2002b.

53. Huber J. What We Have Learned from 20 Years of Conjoint Research: When to Use Self-Explicated, Graded Pairs, Full Profiles or Choice Experiments // Technical report, Sawtooth Software Inc, 1997.

54. Jedidi K., Zhang Z.J. Augmenting Conjoint Analysis to Estimate Consumer Reservation Price // Management Science, 2002. – N° 48(10). – pp. 1350-1368.

55. Jedidi K., Kohli R. Representation and Inference of Lexicographic Preference Models and their Variants // Working Paper. – Columbia University: New York, 2004.

56. Johnson R.M. Trade-Off Analysis of Consumer Values // Journal of Marketing Research, 1974. – N° 11(2). – pp. 121-127.

57. Johnson R.M. Adaptive Conjoint Analysis // Sawtooth Software Conference on Perceptual Mapping, Conjoint Analysis, and Computer Interviewing. – Sawtooth Software Inc., 1987.

58. Johnson R.M. Comment on "Adaptive Conjoint Analysis: Come Caveats and Suggestions" // Journal of Marketing Research, 1991. – N° 28(2). – pp. 223-225.

59. Johnson R.M. History of ACA // Technical report, Sawtooth Software Inc., 2001.

60. Kahn B., L. McAllister. Grocery Revolution: The New Focus on the Consumer. – New York: Addison-Wesley, 1997.

61. Kagel J.H., Harstad R.M., Levin D. Information Impact and Allocation Rules in Auctions with Affiliated Private Values: A Laboratory Study // Econometrica, 1987. – N° 55(6). – pp. 1275-1308.

62. Kalish S., Nelson P. A Comparison of Ranking, Rating and Reservation Price Measurement in Conjoint Analysis // Marketing Letters, 1991. – N° 2(4). – pp. 327-336.

63. Kamakura W.A., Russell G.J. Measuring brand value with scanner data // International Journal of Research in Marketing, 1993. – N° 10(1). – pp. 9-22.

64. Kohli R., Mahajan V. A Reservation-Price Model for Optimal Pricing of Multiattribute Products in Conjoint Analysis // Journal of Marketing Research, 1991. – N° 28(3). – pp. 347-354.

65. Kruskal J.B. Analysis of Factorial Experiments by Estimating Monotone Trans-formations of the Data // Journal of the Royal Statistical Society (Series B), 1965. – N° 27. – pp. 251-263.

66. Leeflang P.S., Wittink D. Diagnosing competitive reactions using (aggregated) scanner data // International Journal of Research in Marketing, 1992. – N° 9(1). – pp. 39-57.

67. Leibenstein H. Bandwagon, Snob, and Veblen Effects in the Theory of Consumer's Demand // Quarterly Journal of Economics, 1950. – N° 64(2). – pp. 183-207.

68. Lenk P.J., DeSarbo W.S., Green P.E., Young M.R. Hierarchical Bayes Conjoint Analysis: Recovery of Partworth Heterogeneity from Reduced Experimental Designs // Marketing Science, 1996. – N° 15(2). – pp. 173-191.

69. Levy M., D. Grewal, P.K. Kopalle, J.D. Hess. Emerging trends in retail pricing practice: implications for research // Journal of Retailing, 2004. – N° 80. – pp. 13-21.

70. Lilien G.L., Kotler P., Moorthy K.S. Marketing Models. – Englewood Cliffs, NJ: Prentice Hall, 1992.

Exhibit L
240

71.  Louviere J., Woodworth G. Design and Analysis of Simulated Consumer Choice or Alloca-
     tion Experiments: An Approach Based on Aggregate Data // Journal of Marketing Research,
     1983. – N° 20(4). pp. 350-367.

72.  Louviere J.J. Analyzing Individual Decision Making: Metric Conjoint Analysis. – Newbury
     Park, CA: Sage University Series on Quantitative Applications in the Social Sciences, N° 67,
     1988.

73.  Louviere J.J. Conjoint Analysis // Bagozzi, Richard P. (Hrsg.). Advanced Methods of Mar-
     keting Research. Cambridge, 1994. – pp. 223-259.

74.  Louviere JJ., Hensher D.A., Swait J.D. Stated Choice Methods: Analysis and Application. –
     Cambridge: Cambridge University Press, 2000.

75.  Mahajan V., Green P.E., Goldberg S.M. A Conjoint Model for Measuring Self-and Cross-
     Price/Demand Relationships // Journal of Marketing Research, 1982. – N° 19(3). – pp. 334-
     342.

76.  Malhotra N. Marketing Research. An Applied Orientation. – 4th Edition. – Upper Saddle
     River, NJ: Pearson Education Inc., 2004.

77.  Marbeau Y. What Value Pricing Research today? // Journal of the Market Research Society,
     1987 – N° 29(2). – pp. 153-182.

78.  Marn M.V., Roegner E.V., Zawada, C.C. Pricing new products // The McKinsey Quaterly,
     2003. – N° 3.

79.  McFadden D. Econometric Models for Probabilistic Choice Among Products // The Journal
     of Business, 1980. – N° 53(3). – pp. 13-29.

80.  McFadden D. The Choice Theory Approach to Market Research // Marketing Science, 1986.
     – N° 5(4). – pp. 275-297.

81.  Monroe K. Pricing: Making Profitable Decisions. – McGraw-Hill Irwin, 3rd Edition, 2003.

82.  Monroe K.B., Cox J.L. Pricing Practices that Endanger Profits // Marketing Management,
     2001. – N° 10(3). – pp. 42-46.

83.  Nagle T.T., Holden R.K. The Strategy and Tactics of Pricing. – Upper Saddle River, NJ:
     Prentice Hall, 2002.

84.  Nessim H., Dodge R. Pricing-Policies and Procedures. – London: MacMillan Press, 1995.

85.  Noussair C., Robin S., Ruffeux B. Revealing Consumers' Willingness-to-Pay: A Comparison
     of the BDM Mechanism and the Vickrey Auction // Journal of Economic Psychology, 2004.
     – N° 25(6). – pp. 725-741.

86.  Orme B. Assessing the Monetary Value of Attribute Levels with Conjoint Analysis: Warn-
     ings and Suggestions // Technical report, Sawtooth Software Inc., 2001.

87.  Orme, B. Formulating Attributes and Levels in Conjoint Analysis // Technical report,
     Sawtooth Software Inc., 2002

88.  Orme B. Which Conjoint Method Should I use? // Technical report, Sawtooth Software Inc.,
     2003.

89.  Otter T. Conjointanalyse zur Messung und Erklärung von Markenwert. – Wien: Service-
     Fachverlag, 2001.

90.  Parducci A. Contextual Effects: A Range-Frequency Analysis // E. C. Carterette, M. P.
     (Eds.), Handbook of Perception, Vol. 2. – New York: Academic Press, 1974 – pp. 127-141.

91.  Park C.S., Srinivasan V. A Survey-Based Method for Measuring and Understanding Brand //
     Journal of Marketing Research, 1994. – N° 32 (2). – pp. 271-289.

92.  Rao V.R. Pricing Decision Models in Marketing // J. Eliashberg, G.L. Lilien (Eds.), Hand-
     books in Operations Research and Management Science. – Amsterdam: North Holland, 1993.
     – pp. 517-552.

93.  Rao V.R., Gautschi D.A. The Role of Price in Individual Utility Judgements: Development
     and Empirical Validation of Alternative Models // L. McAlister (Ed.), Choice Models for
     Buyer Behavior. – Greenwich: JAI Press, 1982.

94.  Rao V.R., Hauser J. Conjoint Analysis, Related Modeling, and Applications // Market Re-
     search and Modeling: Progress and Prospects: A Tribute to Paul Green. Y. Wind, P.E. Green
     (Eds.). – Kluwer Academic Publishers, 2004. – pp. 141-168.

Exhibit L
241

95. Ratchford B.T. Operationalizing Economic Models of Demand for Product Characteristics // Journal of Consumer Research, 1979. – Nº 6(2). – pp. 76-85.

96. Sattler H. Markenbewertung // Zeitschrift für Betriebswirtschaft, 1995. – Nº 65(6). – pp. 663-682.

97. Sattler H., Rao V.R. Die Validität eines Ansatzes zur Separierung der Allokations- und Informationsfunktion des Preises // Zeitschrift für Betriebswirtschaft, 1997. – Nº 67(12). pp. 1285-1307.

98. Sattler H., Hensel-Börner S., Krüger B. Die Abhängigkeit der Validität von Conjoint-Studien von demographischen Subjecten-Charakteristika: Neue empirische Befunde // Zeitschrift für Betriebswirtschaft, 2001. – Nº 71(7). – pp. 771-78.

99. Sattler H., Nitschke T. Ein empirischer Vergleich von Instrumenten zur Erhebung von Zahlungsbereitschaften // Zeitschrift für betriebswirtschaftliche Forschung (ZfbF), 2003. – Nº 55. – pp. 364-381.

100. Sawtooth Software Inc. ACA 5.0 Technical Paper // Technical report, Sawtooth Software Inc., 2002.

101. Scitovsky T. Some Consequences of the Habit of Judging Quality by Price // Review of Economic Studies, 1945. – Nº 12(32). – pp. 100-105.

102. Silk A.J., Urban G.L. Pre-Test-Market Evaluation of New Packaged Goods: A Model and Measurement Methodology // Journal of Marketing Research, 1987. – Nº 15(2). – pp.171-191.

103. Simon H., Kucher E., Sebastian K. Scanner-Daten in Marktforschung und Marketingentscheidung // Zeitschrift für Betriebswirtschaft, 1982. – Nº 52(6). – pp. 555-579.

104. Simon H. Preismanagement. Analyse, Strategie, Umsetzung. – Wiesbaden: Gabler, 1992.

105. Skiera B., Revenstorff I. Auktionen als Instrument zur Erhebung von Zahlungsbereitschaften // Zeitschrift für betriebswirtschaftliche Forschung (ZfbF), 1999. – Nº 51. – pp. 224-242.

106. Spann M., Skiera B., Schäfers B. Measuring Individual Frictional Costs and Willingness-to-Pay via Name-Your-Own-Price Mechanisms // Journal of Interactive Marketing, 2004. – Nº 18(4). – pp. 22-36.

107. Srinivasan V. Comments on the Role of Price in Individual Utility Judgements. // L. McAlister (Ed.), Choice Models for Buyer Behavior. – Greenwich: JAI Press, 1982. – pp. 81-90.

108. Srivastava R.K., Shocker A.D. Brand Equity: A Perspective on Its Meaning and Measurement // Marketing Science Institute Report Nº 91-124, 1991.

109. Steenkamp J.B.E., Wittnik D.R. The Metric Quality of Full Profile Judgements and the Number-of-Attribute-Levels Effect in Conjoint Analysis // International Journal of Research in Marketing, 1994. – Nº 11(3). – pp. 275-86.

110. Stoetzel J. Le Prix Comme Limite // P.L. Reynaud (Ed.), La Psychologie Economique. – Paris: P.L. Reynaud, 1954. – pp. 183-188.

111. Stout R.G. Developing Data to Estimate Price-quantity Relationships // Journal of Marketing, 1969. – Nº 33(2). – pp. 34-36.

112. Strotz R.H. The Empirical Implications of a Utility Tree // Econometrica, 1957. – Nº 25(2). – pp. 269-280.

113. Tversky A. Elimination-by-Aspects: A Theory of Choice // Psychological Review, 1972. – Nº 79(4). – pp. 281-292.

114. Tversky A, Sattath S., Slovic P. Contingent Weighting in judgement and choice. // Psychological Review, 1988. – Nº 95. – pp. 371-384.

115. Urban G.L., Hauser J.R. Design and Marketing of New Products. – 2nd Edition. – Englewood Cliffs, NJ: Prentice-Hall, 1993.

116. Van Westendorp P.H. NSS-Price Sensitivity Meter: A New Approach to Study Consumer Perception of Prices // Venice ESOMAR Congress, Amsterdam: European Marketing Research Society, 1976. – pp. 139-167.

117. Varian H.R. (2003). Intermediate Economics – A Modern Approach. – 6th Edition. – New York, London: W.W. Norton and Company, 2003.

118. Venkatesh R., Mahajan V. A Probabilistic Approach to Pricing a Bundle of Products or Services // Journal of Marketing Research, 1993. – Nº 30(4). – pp. 494-518.

Exhibit L
242

119. Verlegh P.W., Schifferstein H.N., Wittink D.R. Range and Number-of-Levels Effects in Derived and Stated Measures of Attribute Importance // Marketing Letters, 2002. – N° 13(1). – pp. 41-52.

120. Vickrey W. Counterspeculation, Auctions, and Competitive Sealed Tenders // Journal of Finance, 1961. – N° 16(1). – pp. 8-37.

121. Völckner F. An empirical comparison of methods for measuring consumers' willingness to pay // Marketing Letters, 2006. – N° 17(2). – pp. 137-149.

122. Voeth M. 25 Jahre conjointanalytische Forschung in Deutschland // Zeitschrift für Betriebswirtschaft, 1999. – N° 2/99. – pp. 153-176.

123. Voeth M., Hahn C. Limit Conjoint-Analyse // Marketing – Zeitschrift für Forschung und Praxis (ZFP), 1998. – N° 2. – pp. 119-132.

124. Wedel M., Kamakura W.A. Market Segmentation. Conceptual and Methodological Foundations. – Dordrecht: Kluwer, 2000.

125. Weiber R., Rosendahl T. Anwendungsprobleme der Conjoint-Analyse: Die Eignung conjointanalytischer Untersuchungsansätze zur Abbildung realer Kaufentscheidungen. // Marketing – Zeitschrift für Forschung und Praxis (ZFP), 1997. – N° 19. – pp. 107-118.

126. Wertenbroch K., Skiera B. Measuring Consumers' Willingness to Pay at the Point of Purchase // Journal of Marketing Research, 2002. – N° 39(2). – pp. 228-241.

127. Williams P., Kilroy D. Calibrating Price in ACA: The ACA Price Effect and How to Manage it // Technical report, Sawtooth Software Inc., 2000.

128. Wittink D.R., Cattin P. Commercial Use of Conjoint Analysis: An Update // Journal of Marketing, 1989. – N° 53(3). – pp. 41-52.

129. Wittink D.R., Krishnamurthi L., Nutter J.B. The Effect of Differences in the Number of Attribute Levels on Conjoint Results // Marketing Letters, 1989. – N° 1(2). – pp. 113-123.

130. Wittink D.R., Cattin P. Alternative Estimation Methods for Conjoint Analysis: A Monte Carlo Study // Journal of Marketing Research, 1981. – N° 18(1). – pp. 101–106.

131. Wittink D.R., Vries M., Burhenne W. Commercial Use of Conjoint Analysis in Europe: Results and Critical Reflections // International Journal of Research in Marketing, 1994. – N° 11(1). – pp. 41-52.

132. Wübker G., Mahajan V. A Conjoint Analysis-Based Procedure to Measure Reservation Price and to Optimally Price Product Bundles // R. Fürderer, A. Herrmann, G. Wübker (Eds.), Optimal Bundle Pricing: Marketing Strategies for Improving Economic Performance. – Berlin, Heidelberg: Springer Verlag, 1999. – pp. 157-174.

133. Yee M., Hauser J., Orlin J., Dahan E. Greedoid-Based non-compensatory two-stage consideration-then-choice inference // Working Paper. MIT Sloan School of Management. Boston, 2005.

134. Young F.W. Conjoint Scaling // Working Paper N°. 118, L.L. Thurstone Psychometric Laboratory. – Chapel Hill, NC: University of North Carolina, 1973.

Exhibit L
243

# EXHIBIT M

This material may be protected by Copyright law (Title 17 U.S. Code)

RAJEEV KOHLI and VIJAY MAHAJAN*

A significant application of conjoint analysis is in pricing decisions for new products. Conceptually, profit maximization is an important criterion for selecting the price of a product. However, the maximization of profit necessitates estimation of fixed and variable costs, which are difficult to estimate reliably for the large number of products available for evaluation in conjoint analysis. Consequently, users of conjoint models have begun to use a share simulation to screen a small set of attractive products. For each screened product, fixed and variable costs are estimated separately and used to simulate its profits at different price levels. The limitation of this approach is that the profit simulations are based on the assumption that the conjoint data, and hence the predicted profits, are error free. Also, though the purpose of examining alternative prices is to determine the best price at which to offer a new product, current conjoint simulators do not focus explicitly on optimal pricing decisions. The authors describe and illustrate a model for optimal pricing of screened products in conjoint analysis, incorporating the effect of measurement and estimation error on predicted profits.

# A Reservation-Price Model for Optimal Pricing of Multiattribute Products in Conjoint Analysis

Since its introduction in the early 1970s, conjoint analysis has been widely accepted as a procedure for measuring customers' tradeoffs among multiattribute products and services. Wittink and Cattin (1989) estimate that about 200 to 400 commercial applications of conjoint analysis per year were carried out during the early 1980s. Most of those applications were in new product concept identification, competitive analysis, pricing, segmentation, and product repositioning.

One significant application of conjoint analysis is in pricing decisions (Mahajan, Green, and Goldberg 1982; Page and Rosenbaum 1987). The objective in such applications is to determine the best price at which a new product should be offered to customers. The determination of the best price typically is achieved by using conjoint choice simulators, which predict the effect of alternative feasible prices on the share of a new product concept. Thus, choice simulators assess the sensitivity of a new product's share to changes in its price, and therefore are useful for selecting a price at which the new product is offered to consumers. The availability of choice simulators in computer packages such as Sawtooth and Bretton-Clark has contributed to the popularity of the conjoint approach for pricing new products.

Though useful for assessing the sensitivity of a prod-

*Rajeev Kohli is Associate Professor of Marketing, The Joseph M. Katz Graduate School of Business, University of Pittsburgh. Vijay Mahajan is James L. Bayless/ENSTAR Corporation Chair in Business Administration, Graduate School of Business, University of Texas at Austin.

The idea for this research developed during discussions with Heungsoo Park, Yonsei University. The authors thank Subimal Chatterjee, University of Pittsburgh, for his comments on the article and for his computer programming assistance. Thanks are also expressed to Rajiv Grover, University of Pittsburgh, for his comments at the early stages of the research, and to Paul E. Green, University of Pennsylvania, for providing the data for the application reported in the article. The research was supported by a Faculty Research Grant to the first author by the Joseph M. Katz Graduate School of Business, University of Pittsburgh.

347

Exhibit M
245

JOURNAL OF MARKETING RESEARCH, AUGUST 1991

uct's share to changes in its price, current choice simulators do not extend to (1) assessing the profitability of a new product and (2) identifying a price that maximizes the profit from a new product. The principal reason is that a profit criterion necessitates estimates of fixed and variable costs for every feasible product. In many conjoint studies, estimating costs individually for each potential new product is not practical because of the large number of feasible products available for evaluation. Conceptually, multiattribute cost functions offer an alternative approach for estimating variable costs. Practically, as suggested by Green and Krieger (1989), multiattribute cost functions are difficult to estimate reliably. The difficulty of obtaining accurate cost estimates has been a major impediment in the development of conjoint models using a profit objective.

Faced with the difficulty of cost function estimation, users of conjoint models have begun to adopt a two-step approach to conjoint simulations. First, traditional share simulations (which require no cost information) are used to screen a small number of attractive product concepts. The fixed and variable costs for each screened product then are estimated individually and used to simulate its profits at different price levels (see, e.g., Page and Rosenbaum 1987 for an illustration of this approach at the Sunbeam Corporation, which manufactures blenders and choppers for household use). However, the profit simulations are based on the assumption that the conjoint data, and hence the predicted demand and profits, are error free. Also, although the purpose of examining alternative prices is to determine the best price at which to offer a new product, current conjoint simulators do not focus explicitly on optimal pricing decisions.

We propose a model for determining the price that maximizes the profit of a product that has been screened by using a share criterion and for which fixed and variable costs have been estimated separately. In contrast to current simulators in which conjoint data are assumed to be error free, the proposed approach incorporates the effect of error in demand estimates that can arise from measurement and estimation error in conjoint utility functions. The error in demand in turn affects the price that maximizes the profit of a new product.

The proposed approach also differs from conjoint-based models for optimal product and product-line design that have been proposed recently in the literature (see, e.g., Green and Krieger 1989). Those models assume error-free utility function estimates and formulate the problem of selecting an optimal product or product line as a mathematical programming problem. Though a mathematical programming approach can be used to formulate the pricing problem, we pursue the proposed approach because it explicitly models error in consumer preferences.

In the following section, we detail the development of the model. Then we use the model in an application to determine the optimal prices for new apartments. We conclude with a discussion of limitations and possible extensions of the proposed approach.

## MODEL DEVELOPMENT

### Conceptual Underpinnings

To explicate the conceptual underpinnings of the proposed model, let us consider the choice of apartments by a group of university students. Assume that the apartments are described in terms of the six attributes (including price) in Table 1A. Assume also that a student (or a segment of students) currently occupies the apartment described in Table 1B. Consider a real estate developer who has screened the four apartment concepts in Table 1C on the basis of a conjoint share simulation. Only one type of apartment is to be constructed, and there is no constraint on the number of units that can be built. Given the information on the currently occupied apartment, what should be the monthly rent that maximizes the (independent) profit of each screened apartment? To address the pricing question, we assume that each consumer has a maximum (i.e., reservation) price that he or she is willing to pay for a new product. Also, we assume that a consumer's reservation price for a new product is determined by his or her (estimated) utility for the product *in relation* to the price and utility for his or her most preferred product among all product offerings in his or her evoked set. For expository purposes, assume that each student's current apartment is his or her most preferred among available apartments. Thus, for the apartments example, we assume that the maximum monthly rent a student is willing to pay for a new apartment depends on its utility in relation to the utility and rent of the currently occupied apartment.

Estimates of consumer preference functions can contain error because (1) consumer ratings of product profiles can contain error and (2) missing attributes and misspecification of the preference function can contribute estimation error. A reservation price estimate therefore also can contain error because it reflects a consumer's utility for a product in relation to his or her utility for a status quo product. Hence, we assume that each consumer's reservation price estimate is an observation from an idiosyncratic reservation price distribution. Note that conjoint preference functions typically are estimated by regression (Wittink and Cattin 1989) and therefore assume that consumers have deterministic preferences (Green and Srinivasan 1978). Under that modeling assumption, a consumer's reservation price estimate is a realization of a random variable not because his or her preferences are stochastic, but because the measurement and estimation of his or her preferences contains error.

We further assume that each consumer's reservation price estimate is an observation from a distribution that has the same functional form, but different parameter values, across consumers. The parameters reflecting preference heterogeneity are assumed to have an appropriate conjugate distribution over the population. By specifying both the individual reservation price distribution and the across-individual heterogeneity distribution, we obtain the unconditional reservation price dis-

**Table 1**
**APARTMENT ATTRIBUTES AND PROFILE DESCRIPTIONS**

**A. Attributes**

| Attribute | Levels |
|---|---|
| Rent | $225, $270, $315, $360, $405, $450, $495, $540 |
| Walking time to class | 10, 15, 20, 30 minutes |
| Noise level of apartment | Very quiet, average, noisier than average, very noisy |
| Safety of apartment location | Very safe, average, less safe than average, very unsafe |
| Condition of apartment | Newly renovated throughout, renovated kitchen only, fair condition, poor condition |
| Size of living/dining area | 24' × 30', 15' × 24', 12' × 15', 9' × 12' |

**B. Profile Description of Status Quo Apartment**

| Attribute | Levels |
|---|---|
| Rent | $360 |
| Walking time to class | 20 minutes |
| Noise level of apartment | Average |
| Safety of apartment location | Average |
| Condition of apartment | Renovated kitchen only |
| Size of living/dining area | 12' × 15' |

**C. Profile Description of Four New Apartment Concepts**

| Attribute | Concept 1 | Concept 2 | Concept 3 | Concept 4 |
|---|---|---|---|---|
| Walking time to class | 10 minutes | 30 minutes | 10 minutes | 30 minutes |
| Noise level of apartment | Average | Very quiet | Average | Average |
| Safety of apartment location | Average | Very quiet | Average | Average |
| Condition of apartment | Poor | Renovated kitchen | Renovated throughout | Renovated throughout |
| Size of living/dining area | 9' × 12' | 12' × 15' | 9' × 12' | 24' × 30' |

tribution across consumers. This unconditional distribution is related to the demand function for a new product and is used to estimate the price at which the product's expected profit is maximized.

*Analytical Underpinnings*

To describe the analytical underpinnings of the proposed model, let us consider a product described in terms of $K$ attributes, including price. Let $k = 1, \ldots, K$ denote the attributes, and let $k = p$ specifically denote the price attribute. We assume that the conjoint data have been collected for all $K$ attributes, and that the preference functions are estimated with price as a continuous attribute. As in most conjoint studies, consumers are assumed to provide ratings of product concepts (Wittink and Cattin 1989). Individual preference functions are estimated by a regression constrained to ensure that as price increases, a consumer's utility for a product linearly decreases.[1]

Let $u_i^*$ denote the highest estimated utility of any currently available product in consumer $i$'s evoked set. The value of $u_i^*$ includes the utility contribution due to price. Let $t$ denote the index of a new product for which the optimal price is to be assessed. Let $u_{it|\sim p}$ denote the multiattribute utility of product $t$, where the notation emphasizes that the utility contribution due to price is *not included* in $u_{it|\sim p}$. We assume that individual $i$ prefers product $t$ at price $p$ to any product in his or her evoked set if

$$(1) \qquad u_{it|\sim p} + u_i(p) \geq u_i^* + \epsilon,$$

where $u_i(p)$ is the contribution of price $p$ to individual $i$'s utility for a product and $\epsilon$ is an arbitrarily small positive number (we assume that a small value of $\epsilon$ is selected by the user in any application of the proposed model). Then $p_{it}$ is an estimate of individual $i$'s *reservation price* for product $t$ if $p = p_{it}$ is the price at which equation 1 is satisfied as an equality; that is, it is the price at which the utility of item $t$ exceeds by $\epsilon$ the utility of the most preferred item in consumer $i$'s evoked set.[2]

---

[1]The model represents the simplest situation in which the utility of a product is a linearly decreasing function of price. Alternative assumptions about the effect of price on the utility of product concepts are also possible (e.g., an inverted-U relationship between utility and price, and/or interactions between price and other attributes). As described subsequently, a linearly decreasing relationship between utility and price justifies the use of a normal distribution for individual reservation prices. For other utility-price relationships, the derivation of reservation price distributions is significantly more difficult and should be examined in future research.

[2]An alternative approach is to ask consumers directly to state the maximum (positive or negative) price they are willing to pay to switch to a new product from their status quo. This task may be difficult for respondents and can potentially affect the reliability (and hence the measurement error) of the direct evaluations. However, direct evaluations do not have the estimation error that is present in conjoint-based estimates of reservation prices. Future research should examine alternative approaches to reservation price estimation and identify conditions under which each approach is most useful.

As $u_i(p)$ is assumed to be a single-valued, decreasing function of price, a single reservation price $p_{ii}$ is estimated for each consumer.

As the reservation price reflects the marginal value of product $t$ over the most preferred offering in a consumer's evoked set, this distribution should accommodate both positive and negative reservation prices. For reasons discussed subsequently, we assume that a consumer's reservation price is described by a normal distribution $r(p_{ii}) = N(\mu_{ii}, \sigma_{ii}^2)$ with mean $\mu_{ii}$ and variance $\sigma_{ii}^2$, $i = 1, 2 \ldots, n$. Heterogeneity in individual reservation prices is modeled by assuming that the variance $\sigma_{ii}^2$ of the distribution of individual reservation prices is the same but the mean $\mu_{ii}$ of the individual reservation price distributions is normally distributed across the consumer population; that is, $\mu_{ii} \sim N(\mu_t, \sigma_t'^2)$, where $E(\mu_{ii}) = \mu_t$ is the expected value of $\mu_{ii}$ and $\mathrm{var}(\mu_{ii}) = \sigma_t'^2$ is the variance of $\mu_{ii}$ across the population of consumers. Let $g(\mu_{ii}) = N(\mu_t, \sigma_t'^2)$ denote the density of $\mu_{ii}$ across the consumer population. Let $h(p_t)$ denote the *unconditional density* of reservation prices for product $t$ across the population of consumers. The $h(p_t) = \int_{-\infty}^{\infty} r(p_{ii}) g(\mu_{ii}) d\mu_{ii} \sim N(\mu_t, \sigma_t^2)$, where $\sigma_t^2 = \sigma_{ii}^2 + \sigma_t'^2$ (Johnson and Kotz 1970, p. 87). Let $H(p_t)$ denote the cumulative density function of $h(p_t)$. Observe that $1 - H(p_t)$ denotes the probability that a randomly chosen individual from the consumer population will have a reservation price less than $p_t$, and therefore will prefer product $t$ at price $p_t$ over all products in his or her evoked set. Equivalently, $1 - H(p_t)$ is the proportion of consumers who select product $t$ at price $p_t$ over all items in their (idiosyncratic) evoked sets; that is, it is an estimate of the *share of choices* of product $t$ at price $p_t$. If $m$ denotes the total number of consumers in the target market, the number of consumers who will buy product $t$ at price $p_t$ is

$$(2) \qquad D(p_t) = m[1 - H(p_t)].$$

If each consumer buys one unit of a product, equation 2 describes the demand function for product $t$. The expected profit from selling product $t$ at price $p_t$ is

$$(3) \qquad \pi(p_t) = m[1 - H(p_t)](p_t - c_t) - f_t,$$

where $f_t$ is the fixed cost of producing product $t$ and $c_t$ is its (constant) unit variable cost (in the concluding section, we discuss relaxing the assumption of constant variable cost). The firm's profit is maximized when $d\pi(p_t)/dp_t = 0$, which in turn implies that the optimal price of product $t$ is

$$(4) \qquad p_{t,\mathrm{opt}} = \frac{1 - H(p_t)}{h(p_t)} + c_t.$$

Note that a dollar increase in the variable cost $c_t$ increases the optimal price $p_{t,\mathrm{opt}}$ by a dollar. Thus, if the cost is estimated to be in the range $c_t \pm \delta$, the optimal price is in the range $p_t \pm \delta$.

As $h(p_t)$ is a normal density function, an explicit for-

mula for $H(p_t)$, and hence a closed-form solution for $p_{t,\mathrm{opt}}$, is not possible from equation 4. However, the optimal price can be obtained by numerically solving equation 4. Given estimates of $\mu_t$ and $\sigma_t^2$, one can readily compute the value of the normal density $h(p_t)$ for different values of $p_t$. The corresponding value of $H(p_t)$ can be obtained from standard normal tables. The optimal price is given by the value of $p_t$ at which $H(p_t)$ intersects $Z(p_t) = 1 - h(p_t)(p_t - c_t)$ and can be determined graphically from a simultaneous plot of $H(p_t)$ and $Z(p_t)$.

Our analytical development has its roots in the work by Gabor and Granger (1966). Those authors postulated and successfully tested several hypotheses about customer behavior in markets where a product's quality is imputed from its price. Gabor and Granger found that any given customer has a price range within which he or she will consider purchasing a product. Brands priced below that acceptance range will be rejected by the consumer as being too shoddy. Similarly, brands priced above the range will be rejected as being too expensive. The minimum and maximum acceptable prices differ from person to person. However, for a homogeneous group of customers, the minimum or the maximum price that a customer is willing to pay for the product is a lognormally distributed random variable (i.e., the logarithm of the price is normally distributed). Further, the standard deviations of the log distributions for the minimum and maximum prices are the same.

The concept of a reservation price suggested in our formulation corresponds to the maximum price suggested by Gabor and Granger. Unlike them, however, we assume that the reservation price for a customer follows a normal distribution. Our use of the normal distribution is based on the following three reasons.

1. Conjoint models are used most often with ratings data to estimate a linear preference model (Wittink and Cattin 1989). A normal error assumption is both common and robust in linear models parameterized with interval-scaled data. In turn, a normal error assumption in a linear model implies a normal distribution for the utilities $u_{i(t-p}$ and $u_i^*$, and hence a normal distribution for the marginal utility $\Delta u_{ii} = u_{i(t-p} - u_i^*$ of product $t$ over the most preferred item in consumer $i$'s evoked set. If, as is common in conjoint studies, we assume a linear relationship between utility and price, a normal distribution for $\Delta u_{ii}$ implies a normal distribution for the individual reservation prices $p_{ii}$.

2. We define a consumer's reservation price $p_{ii}$ to reflect the marginal value of product $t$ in relation to the value of the most preferred item in his or her evoked set. Hence, both negative and positive reservation prices should be defined, which is possible if the reservation prices are normally distributed but not if they are lognormally distributed. The normal model retains this advantage over alternative reservation price models (e.g., exponentially distributed individual reservation prices with gamma heterogeneity) that are restricted to the positive price domain.

3. If the empirical distribution of (positive) reservation prices is skewed to the left, it can be approximated by both a

lognormal distribution and a (truncated) normal distribution. However, an empirical reservation price distribution that is skewed to the right can be approximated by a (truncated) normal distribution, but not by the lognormal distribution. Hence, a (truncated) normal distribution is likely to be more flexible than a lognormal distribution in approximating alternative reservation price distributions.

### Estimation

The preceding description suggests that the unconditional distribution of reservation prices should be described by a normal density function $h(p_t)$ defined over the range $[-\infty, \infty]$. However, conjoint preference functions are estimated only over a restricted positive range $[p_{min}, p_{max}]$ of prices that consumers are likely to encounter in their actual purchases. Consequently, a consumer's reservation price can be estimated from conjoint data only if it is in the range $[p_{min}, p_{max}]$. Let $u_i(p_{min})$ and $u_i(p_{max})$ denote the utility contributions of prices $p_{min}$ and $p_{max}$, respectively, in consumer $i$'s multiattribute preference function, $i = 1, \ldots, n$. Then consumer $i$'s reservation price estimate is less than $p_{min}$ if $u_{i(-p}$ + $u_i(p_{min}) < u_i^* + \epsilon$, and is higher than $p_{max}$ if $u_{i(-p}$ + $u_i(p_{max}) > u_i^* + \epsilon$. In either case, a reservation price estimate for consumer $i$ cannot be obtained because preference functions are not estimated below price $p_{min}$ or above price $p_{max}$. However, the fraction $q_{1t}$ of consumers whose reservation price estimates are below $p_{min}$, and the fraction $q_{2t}$ of consumers whose reservation price estimates are above $p_{max}$, can be estimated.

Thus, the following data are available from conjoint analysis for the estimation of the normal density $h(p_t)$: (1) the estimates $q_{1t}$ and $q_{2t}$ of the fractions of consumers with reservation price estimates below $p_{min}$ and above $p_{max}$, respectively, and (2) the estimates of reservation prices in the range $[p_{min}, p_{max}]$ for a fraction $1 - (q_{1t} + q_{2t})$ of the consumers. Procedures for estimating a normal distribution from truncated data have been developed for cases when $q_{1t}$ and $q_{2t}$ are not known (see, e.g., Johnson and Kotz 1970, p. 81–86). The proportions $q_{1t}$ and $q_{2t}$ are allowed to take any value in those estimation procedures. However, $q_{1t}$ and $q_{2t}$ are known in the present instance and should be used to constrain parameter estimates further. Such constraints use all available information about reservation prices and provide a stricter test of the assumption that the reservation prices have a normal distribution. A constrained maximum likelihood estimation procedure is described next to estimate the mean $\mu_t$ and variance $\sigma_t^2$ of the normal density $h(p_t)$ of the unconditional reservation prices.

Let $z_t = (p_t - \mu_t)/c_t$ denote the standardized value of $p_t$. Then $z_t$ has the standard normal density $f(z_t) = (1/2\pi)^{1/2} \exp(-z_t^2/2)$. Let $F(z_t)$ denote the cumulative density function of $z_t$. Let $z_{t,min}$ ($z_{t,max}$) denote the value of $z_t$ at $p = p_{min}$ ($p = p_{max}$). Let $\bar{p}_t$ and $s_t$ denote the average and standard deviation of the reservation price observations between $p_{max}$ and $p_{min}$. If $q_{1t}$ and $q_{2t}$ are not known,

the maximum likelihood estimates of $\mu_t$ and $\sigma_t^2$ are given by (Johnson and Kotz 1970, p. 82–83)

$$\hat{\mu}_t = \bar{p}_t - R\hat{\sigma}_t^2$$

and

$$\hat{\sigma}_t^2 = \frac{s_t^2}{C},$$

respectively, where:

$$R = \frac{f(z_{t,min}) - f(z_{t,max})}{F(z_{t,max}) - F(z_{t,min})}$$

and

$$C = 1 + \frac{z_{t,min}f(z_{t,min}) - z_{t,max}f(z_{t,max})}{F(z_{t,max}) - F(z_{t,min})} - R^2.$$

Note that $R$ and $C$ depend on the values of $z_t$, $f(z_t)$, and $F(z_t)$ at the truncation points $z = z_{min}$ and $z = z_{max}$. If those values are not known, iterative solution procedures that maximize the likelihood function are needed to estimate $R$ and $C$ (e.g., Harter and Moore 1966). However, $q_{1t}$ and $1 - q_{2t}$, which are known in the present instance, are estimates of the cumulative proportions under the normal density curve $f(z_t)$ at $z_t = z_{t,min}$ and $z_t = z_{t,max}$, respectively; that is, $\hat{F}(z_{t,min}) = q_{1t}$, $\hat{F}(z_{t,max})$ = $1 - q_{2t}$. The corresponding values of $z_{t,max}$ and $z_{t,min}$ can be determined from standard normal tables (e.g., $F(z_t)$ = .5 implies $z_t = 0$). Once $z_{t,max}$ and $z_{t,min}$ are estimated, the corresponding values of the unit normal variate $f(z_t)$ can computed. Thus the values of $z_t$, $f(z_t)$, and $F(z_t)$ can be estimated at $z_t = z_{t,min}$ because $q_{1t}$ is known, and can be estimated at $z_t = z_{t,max}$ because $q_{2t}$ is known. Given these values, one can readily estimate the expressions for $R$ and $C$, and hence the expressions for $\mu_t$ and $\sigma_t^2$.

To illustrate the estimation procedure, consider $q_{1t} = q_{2t} = .025$ (i.e., 2.5% of the sample consumers have reservation price estimates below $p_{min}$ and another 2.5% have them above $p_{max}$). Then $\hat{F}(z_{t,min}) = 1 - \hat{F}(z_{t,max}) = .025$. From the standard normal tables, $F(z_t = -1.96)$ = .025 and $F(z_t = 1.96) = .975$, which implies $z_{t,min}$ = .025 and $-z_{t,max} = -1.96$. Thus,

$$f(z_{t,min}) = f(z_{t,max}) = \frac{1}{\sqrt{2\pi}} \exp\left(\frac{-(-1.96)^2}{2}\right) = .0584.$$

Hence,

$$R = \frac{.0584 - .0584}{.975 - .025} = 0$$

and

$$C = 1 + \frac{(-1.96)(.0584) - (1.96)(.0584)}{.975 - .025} - 0^2 = .7591.$$

If $\bar{p}_t$ and $s_t^2$ are the values of the mean and variance for the 95% reservation price estimates between $p_{min}$ and $p_{max}$, the mean and variance estimates for the untruncated nor-

mal distribution of reservation prices are $\hat{\mu}_t = \bar{p}_t$ and $\hat{\sigma}_t^2 = (1/.7591)s_t^2 = 1.317s_t^2$, respectively.

## AN APPLICATION

As an illustrative application of the proposed model, consider again the problem of determining independently the optimal pricing policy for each of the four apartments in Table 1C, assuming that only one of the apartments is to be offered by a real estate developer. The apartments described represent actual alternatives that students at an urban northeastern university are likely to encounter. The apartment described by concept 1 is small, close to campus, in poor condition, and average in terms of both the noise and safety attributes. The apartment described by concept 3 is similar to the apartment described by concept 1, but has been thoroughly renovated. Apartments described by concepts 2 and 4 are farther from campus and larger than the apartments described by concepts 1 and 3. However, in choosing between the apartments described by concepts 2 and 4, a student must make a tradeoff between the larger size and better condition of the latter and the lesser noise and greater safety of the former.

The conjoint data for our study were a replication of the data used by Green, Helsen, and Shandler (1988). Six of the seven original attributes (including price) were used in the replication. Each of 177 students, comprising both MBA students and business undergraduates, rated 32 apartment concepts, which were used to estimate idiosyncratic multiattribute preference functions. Each student's preferences for apartments were described by a main effects model in which price was used as a continuous variable. All other attributes in the model appeared at a discrete number of levels. The parameters for each individual's preference function were estimated by OLS regression. For expository purposes, all consumers were assumed to have the same status quo apartment, described in Table 1B.

An analysis of the data suggested that for apartments described by concepts 3 and 4, the number of reservation prices in the $225 to $375 range was small ($\le 5$). However, the proportion of reservation price estimates below $225 exceeded .20 for each of those apartments. Consequently, the lowest reservation price used in the following analysis is $375, and the observations in the $225 to $375 range are reflected in the computation of $q_{1t}$ for apartment $t = 1, \ldots, 4$. Also, for the purpose of this illustration, the (linear) price term in the multiattribute preference functions is extrapolated to $825. That is, we assume that the individual reservation price estimates could be obtained over the range $[p_{\min}, p_{\max}] = [\$375, \$825].$[3]

[3] We extrapolate the upper truncation point beyond the maximum price used in the conjoint study for expository purposes. In commercial settings, the conjoint data collection should be designed to include a price range that is wide enough for a reasonable sample of reservation prices to be estimated.

The parameters of the normal distribution $h(p_t)$ of unconditional reservation prices were estimated for the four apartments by the previously described estimation procedure. Figure 1 shows the estimated cumulative density function and the observed cumulative proportions of reservation prices at each of 11 equally spaced points (including the endpoints) in the range $[p_{\min}, p_{\max}] = [\$375, \$825]$. Let $M_t$ denote maximum difference between the empirical cumulative distribution and the estimated cumulative normal distribution of reservation prices for apartment $t$. Let $prob_t$ denote the probability of obtaining no less than the observed value of $M_t$ if we assume that the unconditional reservation prices have a normal distribution. If the normal distribution provides a good fit to the empirical reservation price distributions, the value of $prob_t$ should be high. The asymptotic value of $prob_t$ (which is valid for large sample sizes) was computed by using the Kolmogorov-Smirnov test (Owens 1962). As shown in the following table, the value of $prob_t$ was large for all four apartments, suggesting that the normal distribution provided a good fit of the empirical distribution to reservation prices.

| Concept | $q_1$ | $q_2$ | $\hat{\mu}_t$ | $\hat{\sigma}_t$ | $M_t$ | $Prob_t$ |
|---------|-------|-------|---------------|------------------|-------|----------|
| 1 | .39 | .01 | 418.33 | 161.18 | .04 | .94 |
| 2 | .40 | .05 | 423.72 | 209.83 | .02 | .99 |
| 3 | .20 | .11 | 582.25 | 188.67 | .05 | .76 |
| 4 | .21 | .11 | 521.38 | 203.21 | .05 | .76 |

To determine the optimal prices, we used an arbitrary variable cost of $c_t = \$400$ per month for each new apartment (the variable cost for apartments can include items such as interest and insurance payments, utilities and maintenance costs, and employee salaries). Recall that increasing the variable cost by a dollar also increases the optimal price by a dollar. Hence, the optimal prices for variable costs different from $400 can be computed readily by increasing (decreasing) the optimal price by the same amount as the increase (decrease) in the unit variable cost above (below) $400.

The points of intersection between the estimated cumulative density $H(p_t)$ of the unconditional reservation prices and the function $Z(p_t) = 1 - h(p_t)(p_t - 400)$ are shown in Figure 1. The profit-maximizing monthly rent for the apartment described by concept $t$ is identified by the price $p_t$ at which $H(p_t)$ and $Z(p_t)$ intersect. Note that the only difference between the apartments described by concepts 1 and 3 is that the former apartment is in poor condition and the latter apartment has been thoroughly renovated. The estimated mean reservation price (rent) for the apartment described by concept 3 is approximately $160 higher, and its estimated optimal monthly rent (assuming a constant variable cost $c_1 = c_3 = \$400$ per month) is more than $180 higher, than that for the apartment described by concept 1. Also, note that though the apartments described by concepts 2 and 4 are both 30 minutes from campus, the former is safer and less noisy, but smaller and in poorer condition, than the latter. Our analysis suggests that the estimated mean res-

Case 2:12-cv-09366-SVW-MAN   Document 127   Filed 03/03/14   Page 251 of 252   Page ID #:3481

Figure 1

NORMAL CUMULATIVE DENSITY FUNCTION ESTIMATE OF RESERVATION PRICES, AND OPTIMAL PRICES OF FOUR
PRODUCT CONCEPTS ASSUMING A UNIT VARIABLE COST OF $400

(X = empirical cumulative density of reservation prices)



ervation price is about $97 higher for the larger apartment in better condition (i.e., for the apartment described by concept 4), and that its profit-maximizing monthly rent (assuming $c_2 = c_4 = \$400$ per month) is higher by $95, than that for the apartment described by concept 2. Given the market size $m$, and the values of $f_t$ and $c_t$ for apartment $t$, the corresponding monthly profit at the optimal rental price $p_{t,opt}$ can be obtained from equation 3. To illustrate, let $m = 1000$. Let the fixed-cost allocations per month be $f_1 = \$20,000$, $f_2 = \$30,000$, $f_3 = \$35,000$, and $f_4 = \$45,000$. Let $c_t = \$400$ per month for $t = 1$, 2, 3, 4. Then the monthly profit at the optimal rent is $23,090 for apartment 1, $25,500 for apartment 2, $59,990 for apartment 3, and $46,000 for apartment 4.

## CONCLUSIONS

We propose a procedure to determine the optimal price of a product by using the data typically obtained by conjoint analysis. The conjoint data are used to infer individual reservation prices. Both an individual's reservation price and the mean reservation price over the target population are assumed to be normally distributed, implying a normal distribution for the unconditional reservation prices. The cumulative density for the unconditional reservation prices is related to the demand function for a product, which in turn is used to determine a price that maximizes the product's profit. As an illustrative

Exhibit M
251

354

example, we consider the problem of pricing student apartments. Additional applications, particularly in commercial settings, would be useful for further validation of the proposed method.

In our analysis, we assume constant variable cost because (1) it keeps the analysis simple and (2) in most practical applications, it is easier for a user to estimate a range of costs (based on the share-of-choice simulations) than to estimate a cost function that reflects scale effects. Conceptually, however, it is possible to reflect scale effects by modeling cost as a function of demand; that is, $c_i = f(D(p_i))$. However, note that if (as here) the unconditional reservation price distribution is assumed to be normal, the demand, and hence the cost, depends on $H(p_i)$. A closed-form expression for unit cost cannot be obtained in this case. Numerical estimation procedures that can overcome the potential problem of local optima would be useful in extending the model to reflect scale effects.

Another assumption of the proposed model is that each consumer buys one unit of the product. One way to relax this assumption is to define as many "dummy" customers as the number of units purchased by a customer. Each dummy customer then can be assumed to purchase one unit of the product. However, recall that our model also assumes that the individual reservation prices are independent. The introduction of dummy consumers violates this independence assumption. It would be useful to consider alternative methods that incorporate purchase rate differences in the proposed model (e.g., by making the market size parameter $m$ a random variable reflecting purchase rate heterogeneity).

## REFERENCES

Gabor, Andre and C. W. J. Granger (1966), "Price as an Indicator of Quality: Report on an Enquiry," *Economica,* 33 (February), 43–70.

Green, Paul E., Kristiaan Helsen, and Bruce Shandler (1988), "Conjoint Internal Validity Under Alternative Profile Presentations," *Journal of Consumer Research,* 15 (December), 392–7.

—— and Abba M. Krieger (1989), "Recent Contributions to Optimal Product Positioning and Buyer Segmentation," *European Journal of Operational Research,* 41, 127–41.

—— and V. Srinivasan (1978), "Conjoint Analysis in Consumer Research: Issues and Outlook," *Journal of Consumer Research,* 5 (September), 103–23.

Harter, H. Leon and Albert H. Moore (1966), "Iterative Maximum-Likelihood Estimation of the Parameters of a Normal Population From Singly and Doubly Censored Samples," *Biometrika,* 53 (1 and 2), 205–13.

Johnson, N. I. and S. Kotz (1970), *Continuous Univariate Distribution,* Part I. Boston, MA: Houghton-Mifflin Company.

Mahajan, Vijay, Paul E. Green, and Stephen M. Goldberg (1982), "A Conjoint Model for Measuring Self- and Cross-Price Demand Relationships," *Journal of Marketing Research,* 19 (August), 334–42.

Owens, D. B. (1962), *Handbook of Statistical Tables.* Reading, MA: Addison Wesley Publishing Company.

Page, Albert L. and Harold F. Rosenbaum (1987), "Redesigning Product Lines With Conjoint Analysis: How Sunbeam Does It," *Journal of Product Innovation Management,* 4 (June), 120–37.

Wittink, Dick R. and Philippe Cattin (1989), "Commercial Use of Conjoint Analysis: An Update," *Journal of Marketing,* 53 (July), 91–6.

Reprint No. JMR283108