Lynn Lincoln Sarko, Esq., *admitted pro hac vice*
lsarko@kellerrohrback.com
Michael D. Woerner, Esq., *admitted pro hac vice*
mwoerner@kellerrohrback.com
Gretchen Freeman Cappio, Esq., *admitted pro hac vice*
gcappio@kellerrohrback.com
Havila Unrein, Esq., *admitted pro hac vice*
hunrein@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900 / Fax: (206) 623-3384

Juli E. Farris, Esq. (CA Bar No. 141716)
jfarris@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
Tel: (805) 456-1496 / Fax: (805) 456-1497

Mark D. Samson, Esq., *admitted pro hac vice*
msamson@kellerrohrback.com
**KELLER ROHRBACK P.L.C.**
3101 N. Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088 / Fax: (602) 248-2822

*Additional Counsel for Plaintiffs on following page*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. SAAVEDRA, DR. MELISSA STRAFFORD, CAROL JACQUEZ, and DAVID MATTHEWS, JR., on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>Defendant. | No. 2:12-CV-09366-SVW(MANx)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED APPLICATION TO FILE DOCUMENTS UNDER SEAL |

```
 1  Michael L. Baum (SBN: 119511)
    mbaum@baumhedlundlaw.com
 2  Bijan Esfandiari (SBN: 223216)
    besfandiari@baumhedlundlaw.com
 3  R. Brent Wisner (SBN: 276023)
    rbwisner@baumhedlundlaw.com
 4  BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
    12100 Wilshire Blvd., Suite 950
 5  Los Angeles, CA 90025
    Tel: (310) 207-3233 / Fax: (310) 820-7444
 6
    Samuel S. Deskin, Esq.
 7  sam@deskinlawfirm.com
    DESKIN LAW FIRM, PLC
 8  16944 Ventura Blvd
    Encino, CA 91316
 9  Tel.: (800) 709-8978 / Fax: (800) 709-8971

10  Harris L. Pogust, Esq.
    hpogust@pbmattorneys.com
11  T. Matthew Leckman, Esq.
    MLeckman@pbmattorneys.com
12  POGUST BRASLOW MILLROOD LLC
    161 Washington Street, Suite 1520
13  Conshohocken, PA 19428
    Tel.: (800) 897-8930 / Fax: (610) 941-4245

14  *Additional Counsel for Plaintiffs
```

# [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED APPLICATION TO FILE DOCUMENTS UNDER SEAL

On March 31, 2014, Plaintiffs filed an Unopposed Application to File Documents under Seal. Having considered Plaintiffs' Application, and with good cause appearing,

**It is hereby ordered** that Plaintiff's Application is **GRANTED** and the following documents are hereby **SEALED**:

(1) SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION;

(2) DECLARATION OF R. BRENT WISNER IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT'S SUPPLEMENTAL BRIEF RE. CONJOINT ANALYSIS; and

(3) SUPPLEMENTAL DECLARATION OF DR. JOEL W. HAY IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT'S SUPPLEMENTAL BRIEF RE. CONJOINT ANALYSIS.

**IT IS SO ORDERED.**

DATED: 4/2/14

Honorable Stephen V. Wilson
United States District Judge