FILED

MAR 25 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JENNIFER L. SAAVEDRA, an individual on behalf of herself and all other persons similarly situated; et al.,<br><br>        Plaintiffs - Petitioners,<br><br> v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>        Defendant - Respondent. | No. 15-80000<br><br>D.C. No. 2:12-cv-09366-SVW-MAN<br>Central District of California, Los Angeles<br><br>ORDER |

Before: SILVERMAN and CLIFTON, Circuit Judges.

     The court, in its discretion, denies the petition for permission to appeal the district court's December 18, 2014 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

DA/MOATT