# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-09366-SVW-MAN | Date | August 17, 2015 |
|---|---|---|---|
| Title | Jennifer L Saavedra et al. v. Eli Lilly and Company | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS DENYING IN PART PLAINTIFF'S MOTION FOR SANCTIONS [184]

Presently before the Court is Plaintiffs' motion for sanctions. (Dkt. 184.) The Court FINDS that any purported wrongdoing by Defendant does not rise to such a level as would warrant entering default judgment against Defendant as a sanction. The Court therefore DENIES IN PART Plaintiffs' motion for sanctions insofar as it requests entry of default judgment as a sanction. However, the Court RESERVES RULING on the sanctions motion insofar as it seeks other forms of sanctions.

|   | : |   |
|---|---|---|
| Initials of Preparer | | PMC |