# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:12-cv-09366-SVW-MAN | Date | October 13, 2015 |
|---|---|---|---|
| Title | Jennifer L Saavedra et al. v. Eli Lilly and Company | | |

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS DENYING PLAINTIFF'S MOTION FOR SANCTIONS [184]

    Presently before the Court is Plaintiffs' motion for sanctions. (Dkt. 184.) The Court previously denied in part Plaintiffs' request to enter default judgment as a sanction, but reserved ruling on the motion insofar as it sought other sanctions. (Dkt. 187.) In light of the history of the litigation in this case and the facts and circumstances surrounding the motion at bar, the Court FINDS that sanctions against Defendant are not warranted. The Court therefore DENIES Plaintiffs' motions for sanctions. (Dkt. 184

|  | : |
|---|---|
| Initials of Preparer | PMC |